## DECLARATION OF LAURA GAULT

I, Laura Gault, declare and say as follows:

1. I am an Attorney Adviser in the Office of the Legal Adviser for the Department of State, Washington, DC. This office has responsibility for extradition requests, and I am charged with the extradition case of Marcin Pióro. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. The relevant and applicable treaty provisions in full force and effect between the United States and Poland are found in the Extradition Treaty Between the United States of America and the Republic of Poland signed July 10, 1996 (the "1996 Treaty"), and the Agreement between the United States of America and the Republic of Poland on the application of the Extradition Treaty between the United States of America and the Republic of Poland signed July 10, 1996, pursuant to Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed at Washington June 25, 2003 (the "Agreement"), with annex, signed June 9, 2006. The annex to the Agreement (the "Annex") reflects the integrated text of the provisions of the 1996 Treaty and the U.S.-E.U. Extradition Agreement. A copy of the Agreement and Annex are attached to this declaration.

3. In accordance with the provisions of the Annex, the Embassy of Poland has submitted Diplomatic Note No. 34.47.2025, dated September 11, 2025, which formally requested the extradition of Marcin Pióro and enclosed a letter from the Polish Ministry of Justice, No. DWMPC-IV.8043.52.2025, dated August 7, 2025. The Embassy of Poland also provided supplemental information through letter No. 1001-5.Oz.1406.2025 CK, dated November 4, 2025, and letter No. 1001-5.Oz.1406.2025 CK, dated February 5, 2026. Copies of the diplomatic note and letters are attached to

Government Exhibit
26-MJ-02039-DPR

EXT-PIORO-00001

this declaration.

4. In accordance with Article 22 of the Annex, the Government of the United States of America provides legal representation in U.S. courts for the Government of Poland in its extradition requests, and the Government of Poland provides legal representation in its courts for extradition requests made by the United States.

5. The offenses for which extradition is sought are covered under Article 2 of the Annex.

6. Under Article 10 of the Annex, documents that bear the certificate or seal of the Ministry of Justice, or Ministry or Department responsible for foreign affairs, of the requesting state are admissible in extradition proceedings without further certification, authentication or other legalization. Poland, in submitting documents in the instant case that bear the certificate or seal of the Ministry of Justice or the certificate or seal of the Ministry of Foreign Affairs, has complied with the authentication requirements of Article 10.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington D.C. on March 19, 2026.

LAURA GAULT

Attachments:

1. Copy of Note and Letters
2. Copy of Agreement with Annex

EXT-PIORO-00002

No 34.47.2025
AMB.WASZ.WK.342.16.2025

The Embassy of the Republic of Poland presents its compliments to the United States Department of State, and in accordance with the Treaty of Extradition between the Republic of Poland and the United States of America, has the honor to request the extradition of Marcin PIÓRO, a Polish citizen, born on September 6, 1980 in Szczecin, Poland, in connection with criminal proceedings conducted by the Regional Prosecutor's Office in Poznań (Case File No. 2007-2.Ds.21.2024).

The attached request corresponds with the Article 2 of the Treaty of Extradition between the Republic of Poland and the United States of America, signed 10 July 1996, in connection with the article 3(2) of the Agreement between the European Union and the United States of America on Extradition of 25 June 2003.

The Embassy of the Republic of Poland avails itself of this opportunity to renew to the United States Departament of State the assurances of its highest consideration.

Enclosures: Documents supporting the request.

Washington, DC, September 11, 2025

U.S. Department of State
Washington, D.C.



*Translator's notes in italics.*

*[National emblem of the Republic of Poland]*
Minister of Justice

DWMPC-IV.8043.52.2025
Warsaw, 7 August 2025

**Mr**

**Marco Rubio**

**Secretary of State of the United States of America**

Based on the content of Article 1, Article 2 paragraphs 1 and 2, and Article 12 of the Treaty between the Republic of Poland and the United States of America on Extradition dated 10 July 1996, as well as based on the content of Article 5 paragraph 2 of the Agreement between the European Union and the United States of America on Extradition dated 25 June 2003, I respectfully submit the request of Prokurator Regionalny *[Regional Prosecutor]* in Poznań dated 5 August2025, reference number 3042-6.Oz.1049.2024, for detention on remand pending trial and extradition of Polish citizen Marcin Pióro suspected of committing crimes under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code and under Article 299 paragraphs 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code, together with the required documents and translation into English.

Sharing the position expressed in the request, I ask that it be implemented.

*Two oblong stamps cancelled with an illegible signature:*
**On behalf of**
**MINISTER OF JUSTICE**
Arkadiusz Myrcha
SEKRETARZ STANU *[SECRETARY OF STATE]*

*Round official stamp with the national emblem of the Republic of Poland in the centre and the following circumscription:* MINISTER OF JUSTICE *9*

+48 22 52 12 888
kontakt@ms.gov.pl
www.gov.pl/sprawiedliwosc

Al. Ujazdowskie 11
00-950 Warsaw P-33





REPUBLIC OF POLAND
NATIONAL PROSECUTOR'S OFFICE
**BUREAU OF INTERNATIONAL COOPERATION**
3 Postępu Street, 02-676 Warsaw
e-mail: sekretariat.pk.bwm@prokuratura.gov.pl
fax: + 48 22 125-14-22

Warsaw, 4/14/2025

**URGENT**

Our Ref. No.: 1001-5.Oz.1406.2025 CK

Your Ref. No.: 95-100-32761 – extradition of MARCIN PIÓRO

> **U.S. Department of Justice**
> **Office of International Affairs**
> **Criminal Division**
> **1301 New York Avenue, N.W.**
> **WASHINGTON D.C. 20530**
> **U.S.A**
>
> By post and e-mail: Christine.Yurechko@usdoj.gov
> Dominique.Sparks@usdoj.gov

With reference to our previous correspondence concerning the request for extradition of Marcin Pióro, Ref. No. 2007-2.Ds.21.2024, issued by the Regional Prosecutor in Poznań – and especially as a response to your e-mail of 1 October 2025 – enclosed please find the decision on presenting charges, dated 5 March 2025 and the decision to supplement the charges, dated 30 May 2025, along with an English translation thereof.

The documents have been duly authorized by the Polish Ministry of Justice.

Sincerely yours,



Director of Bureau
of International Cooperation

Mirosław Jerzy Iwanicki

Cc:
1. Regional Prosecutor in Poznań, 2007-2.Ds.21.2024
2. Eurojust Polish Desk, ID 91824
   pawel.wasik@eurojust.europa.eu, CollegePL@eurojust.europa.eu,



REPUBLIC OF POLAND
NATIONAL PROSECUTOR'S OFFICE
**BUREAU OF INTERNATIONAL COOPERATION**
3 Postępu Street, 02-676 Warsaw
e-mail: sekretariat.pk.bwm@prokuratura.gov.pl
fax: + 48 22 125-14-22

Warsaw, 5 February 2026

Our Ref. No: 1001-5.Oz.1406.2025 CK
Your Ref. No: CRM-95-100-32761

**U.S. Department of Justice**

**Criminal Division**

**Office of International Affairs**

**1301 New York Avenue, N.W.**

**Washington, D.C. 20530**

**USA**

With reference to our previous correspondence concerning the requests for extradition of the Polish citizen Marcin Pióro please find enclosed requested supplementary information of the Prosecutor.

Sincerely yours,



Director of Bureau
of International Cooperation
Mirosław Jerzy Iwanicki

# EXTRADITION

Agreement Amending the
Treaty of July 10, 1996
Between the
**UNITED STATES OF AMERICA**
and **POLAND**

Signed at Warsaw June 9, 2006

*with*

Annex



Case 6:26-mj-02039-DPR   SBU - PRIVACY OR PII   Filed 05/18/26   Page 7 of 523   EXT-PIORO-00007

## NOTE BY THE DEPARTMENT OF STATE

Pursuant to Public Law 89—497, approved July 8, 1966 (80 Stat. 271; 1 U.S.C. 113)—

". . .the Treaties and Other International Acts Series issued under the authority of the Secretary of State shall be competent evidence . . . of the treaties, international agreements other than treaties, and proclamations by the President of such treaties and international agreements other than treaties, as the case may be, therein contained, in all the courts of law and equity and of maritime jurisdiction, and in all the tribunals and public offices of the United States, and of the several States, without any further proof or authentication thereof."

Case 6:26-mj-02039-DPR   SBU - PRIVACY OR PII   Document 1-1   Filed 05/18/26   Page 8 of 523   EXT-PIORO-00008

# POLAND

## Extradition

*Agreement amending the treaty of July 10, 1996.*
*Signed at Warsaw June 9, 2006;*
*Transmitted by the President of the United States of America*
    *to the Senate September 28, 2006 (Treaty Doc. 109-14,*
    *109th Congress, 2d Session);*
*Reported favorably by the Senate Committee on Foreign Relations*
    *July 29, 2008 (Senate Executive Report No. 110-12,*
    *110th Congress, 2d Session);*
*Advice and consent to ratification by the Senate*
    *September 23, 2008;*
*Ratified by the President December 11, 2008;*
*Exchange of Instruments of Ratification at*
    *Warsaw June 1, 2009;*
*Entered into force February 1, 2010.*
*With annex.*

SBU - PRIVACY OR PII

EXT-PIORO-00009

**Agreement between the United States of America and the Republic of Poland on the application of the Extradition Treaty between the United States of America and the Republic of Poland signed 10 July 1996, pursuant to Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed at Washington 25 June 2003**

The United States of America and the Republic of Poland (the "Contracting States" referred to in the Annex to this Agreement),

In view of Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed at Washington 25 June 2003,

Have agreed as follows:

<u>Article 1</u>

As contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed at Washington 25 June 2003 (hereafter "the U.S.-EU Extradition Agreement"), the United States of America and the Republic of Poland acknowledge that, in accordance with the provisions of this Agreement, the bilateral Extradition Treaty between the United States of America and the Republic of Poland signed at Washington on 10 July 1996 (hereafter "the U.S.-Poland Extradition Treaty") is applied in relation to the U.S.-EU Extradition Agreement, under the following terms:

(a)     Article 6 of the Annex to this Agreement shall be applied in place of Article 6 of the U.S.-Poland Extradition Treaty, pursuant to Article 13 of the U.S.-EU Extradition Agreement;

(b)     Article 9(1) of the Annex to this Agreement shall be applied in place of Article 9(1) of the U.S.-Poland Extradition Treaty, pursuant to Article 5(1) of the U.S.-EU Extradition Agreement;

(c)     Article 9 bis of the Annex to this Agreement shall be applied to supplement the provisions of the U.S.-Poland Extradition Treaty, pursuant to Article 14 of the U.S.-EU Extradition Agreement;

(d)     Article 10 of the Annex to this Agreement shall be applied in place of Article 10 of the U.S.-Poland Extradition Treaty, pursuant to Article 5(2) of the U.S.-EU Extradition Agreement;

(e)     Article 12(4) of the Annex to this Agreement shall be applied to supplement the provisions of the U.S.-Poland Extradition Treaty, pursuant to Articles 5(1) and 7(1) of the U.S.-EU Extradition Agreement; the previous Article 12(4) and 12(5) shall be renumbered as Articles 12(5) and 12(6) respectively;

1

EXT-PIORO-00010

(f)     Article 17 of the Annex to this Agreement shall be applied in place of Article 17 of the U.S.-Poland Extradition Treaty, pursuant to Article 10 of the U.S.-EU Extradition Agreement;

(g)     In view of Articles 3 and 5 of this Agreement, Articles 24 and 26 of the U.S.-Poland Extradition Treaty shall be deleted.  Accordingly, Article 25 of the U.S.-Poland Extradition Treaty shall be renumbered as Article 24 of the Annex, and Article 27 of the U.S.-Poland Extradition Treaty shall be renumbered as Article 25 of the Annex.

### Article 2

The Annex reflects the integrated text of the provisions of the U.S.-Poland Extradition Treaty and the U.S.-EU Extradition Agreement as a result of Article 1 of this Agreement.  This integrated text shall apply upon entry into force of this Agreement.

### Article 3

In accordance with Article 16 of the U.S.-EU Extradition Agreement, this Agreement shall apply to offenses committed before as well as after it enters into force.

### Article 4

This Agreement shall not apply to requests made prior to its entry into force.

### Article 5

1.     This Agreement shall be subject to ratification and the instruments of ratification shall be exchanged as soon as possible.  This Agreement shall enter into force on the date of entry into force of the U.S.-EU Extradition Agreement.

2.     In the event of termination of the U.S.-EU Extradition Agreement, this Agreement shall be terminated as of the date of termination of the U.S.-EU Extradition Agreement, and the U.S.-Poland Extradition Treaty shall be applied instead.  The United States of America and the Republic of Poland nevertheless may agree to continue to apply some or all of the provisions of this Agreement.

IN WITNESS WHEREOF, the undersigned, being duly authorized by their respective Governments, have signed this Agreement.

DONE at [illegible] this 9th day of June, 2006, in duplicate, in the English and Polish languages, both texts being equally authentic.

FOR THE GOVERNMENT OF THE
UNITED STATES OF AMERICA:

FOR THE GOVERNMENT OF THE
REPUBLIC OF POLAND:

2

SBU -PRIVACY OR PII

ANNEX

EXTRADITION TREATY BETWEEN THE UNITED STATES OF AMERICA AND
THE REPUBLIC OF POLAND

### Article 1
### Obligation to Extradite

The Contracting States agree to extradite to each other, pursuant to the provisions of this Treaty, persons whom the authorities in the Requesting State seek for prosecution or have found guilty of an extraditable offense.

### Article 2
### Extraditable Offenses

1. An offense shall be an extraditable offense if it is punishable under the laws in both Contracting States by deprivation of liberty for a maximum period of more than one year or by a more severe penalty.

2. An offense shall also be an extraditable offense if it consists of an attempt to commit, or participation in the commission of, an offense described in paragraph 1 of this Article. Any type of association to commit offenses described in paragraph 1 of this Article, as provided by the laws of Poland, and conspiracy to commit an offense described in paragraph 1 of this Article, as provided by the laws of the United States, shall also be extraditable offenses.

3. For the purposes of this Article, an offense shall be an extraditable offense:

   (a) whether or not the laws in the Contracting States place the offense within the same category of offenses or describe the offense by the same terminology; or

   (b) whether or not the offense is one for which United States federal law requires the showing of such matters as interstate transportation, or use of the mails or of other facilities affecting interstate or foreign commerce, such matters being merely for the purpose of establishing jurisdiction in a United States federal court.

4. If the offense has been committed outside the territory of the Requesting State, extradition shall be granted if the laws in the Requested State provide for the punishment of an offense committed outside its territory in similar circumstances. If the laws in the Requested State do not so provide, the executive authority of the Requested State may, in its discretion, grant extradition.

5. If extradition has been granted for an extraditable offense, it shall also be granted for any other offense specified in the request, even if the latter offense is punishable by

3

SBU -PRIVACY OR PII

deprivation of liberty for one year or less, provided that all other requirements for extradition are met.

### Article 3
### Fiscal Offenses

An offense shall also be an extraditable offense if it consists of an offense in connection with taxes, duties, international transfers of funds, and importation, exportation, and transit of goods, even if the law of the Requested State does not require the same type of fee or tax or does not regulate fees, taxes, duties, transit of goods, and currency transactions in the same manner as the laws of the Requesting State.

### Article 4
### Nationality

1. Neither Contracting State shall be bound to extradite its own nationals, but the Executive Authority of the Requested State shall have the power to extradite such persons if, in its discretion, it be deemed proper and possible to do so.

2. If extradition is refused solely on the basis of the nationality of the person sought, the Requested State shall, at the request of the Requesting State, submit the case to its competent authorities for a decision as to prosecution.

### Article 5
### Political and Military Offenses

1. Extradition shall not be granted if the offense for which extradition is requested is an offense of a political character.

2. For the purposes of this Treaty, the following offenses shall not be considered to be of a political character:

(a) murder or any other offense against the person of a Head of State of one of the Contracting States, or of a member of the Head of State's family;

(b) an offense for which both Contracting States have the obligation pursuant to a multilateral international agreement to extradite the person sought or to submit the case to their competent authorities for decision as to prosecution; and

(c) murder, manslaughter, malicious wounding, or inflicting grievous bodily harm or other grievous injury to health;

(d) an offense involving kidnapping, abduction, or any form of unlawful detention, including the taking of a hostage;

4

SBU -PRIVACY OR PII

EXT1PJORG-00013

(e) placing or using an explosive, incendiary or destructive device capable of endangering life, of causing substantial bodily harm, or of causing substantial property damage; and,

(f) an attempt to commit, or participation in the commission of, any of the foregoing offenses, as well as an association to commit these offenses as provided by the laws of Poland, or conspiracy to commit these offenses as provided by the laws of the United States.

3. Notwithstanding paragraph 2 of this Article, extradition shall not be granted if the executive authority of the Requested State determines that the request was politically motivated.

4. The executive authority of the Requested State may refuse extradition for offenses under military law which are not offenses under ordinary criminal law.

## Article 6
### Capital Punishment

Where the offense for which extradition is sought is punishable by death under the laws in the Requesting State and not punishable by death under the laws in the Requested State, the Requested State may grant extradition on the condition that the death penalty shall not be imposed on the person sought, or if for procedural reasons such condition cannot be complied with by the Requesting State, on condition that the death penalty if imposed shall not be carried out. If the Requesting State accepts extradition subject to conditions pursuant to this Article, it shall comply with the conditions. If the Requesting State does not accept the conditions, the request for extradition may be denied.

## Article 7
### Prior Prosecution

1. Extradition shall not be granted when the person sought has been convicted or acquitted with final and binding effect in the Requested State for the offense for which extradition is requested.

2. Extradition shall not be precluded by the fact that the competent authorities in the Requested State have decided either:

(a) not to prosecute the person sought for the acts for which extradition is requested; or

(b) to discontinue any criminal proceedings which have been instituted against the person sought for those acts.

5

SBU -PRIVACY OR PII

## Article 8
## Lapse of Time

Extradition shall not be granted when the prosecution or the enforcement of the penalty for the offense for which extradition has been sought has become barred by lapse of time according to the law of the Requesting State.

## Article 9
## Extradition Procedures and Required Documents

1.Requests for extradition and supporting documents shall be transmitted through the diplomatic channel.

2.A request for extradition shall be supported by:

(a) documents, statements, or other types of information which describe the identity, nationality, and probable location of the person sought;

(b) information describing the facts of the offense and the procedural history of the case;

(c) the text of the law describing the essential elements of the offense for which extradition is requested;

(d) the text of the law prescribing the punishment for the offense;

(e) a statement of the provisions of law describing any time limit on the prosecution or enforcement of the penalty for the offense for which extradition has been sought; and

(f) the documents, statements, or other types of information specified in paragraph 3 or paragraph 4 of this Article, as applicable.

3.A request for extradition of a person who is sought for prosecution shall also be supported by:

(a) a copy of the warrant or order of arrest, if any, issued by a judge or other competent authority;

(b) a copy of the charging document, if any; and

(c) such information as would justify the committal for trial of the person if the offense had been committed in the Requested State.

6

SBU -PRIVACY OR PII

EXT-PJORG-00015

4. A request for extradition relating to a person who has been found guilty of the offense for which extradition is sought shall also be supported by:

(a) a copy of the warrant or order of arrest, if any, issued by a judge or other competent authority;

(b) a copy of the judgment of conviction or, if such copy is not available, a statement by a judicial authority that the person has been found guilty;

(c) information establishing that the person sought is the person to whom the finding of guilt refers;

(d) a copy of the sentence imposed, if the person sought has been sentenced, and a statement establishing to what extent the sentence has been carried out; and

(e) in the case of a person who has been convicted in absentia, the documents required in paragraph 3.


## Article 9 bis
### Sensitive Information in a Request

Where the Requesting State contemplates the submission of particularly sensitive information in support of its request for extradition, it may consult the Requested State to determine the extent to which the information can be protected by the Requested State. If the Requested State cannot protect the information in the manner sought by the Requesting State, the Requesting State shall determine whether the information shall nonetheless be submitted.


## Article 10
### Admissibility of Documents

Documents that bear the certificate or seal of the Ministry or Department of Justice, or Ministry or Department responsible for foreign affairs, of the Requesting State shall be admissible in extradition proceedings in the Requested State without further certification, authentication, or other legalization.


## Article 11
### Translation

All documents submitted by the Requesting State shall be translated into the language of the Requested State.

7

SBU –PRIVACY OR PII

Article 12
Provisional Arrest

1. In case of urgency, a Contracting State may apply for the provisional arrest of the person sought before the request for extradition is submitted. An application for provisional arrest may be transmitted through the diplomatic channel or directly between the United States Department of Justice and the Ministry of Justice of the Republic of Poland. The facilities of the International Criminal Police Organization (INTERPOL) may be used to transmit such a request.

2. The application for provisional arrest shall contain:

(a) a description of the person sought and information concerning the person's nationality;

(b) the location of the person sought, if known;

(c) a brief statement of the facts of the case, including, if possible, the time and location of the offense;

(d) a description of the laws violated;

(e) a statement of the existence of either:

(i) a warrant of arrest for a person sought for prosecution or already found guilty but not yet sentenced, or

(ii) a judgment of conviction against a person sought for the enforcement of a sentence; and

(f) a statement that a request for extradition for the person sought will follow.

3. The Requesting State shall be notified without delay of the disposition of its application and the reasons for any denial.

4. If the person whose extradition is sought is held under provisional arrest by the Requested State, the Requesting State may satisfy its obligation to transmit its request for extradition and supporting documents through the diplomatic channel pursuant to Article 9, by submitting the request and documents to the Embassy of the Requested State located in the Requesting State. In that case, the date of receipt by the Embassy shall be considered to be the date of receipt by the Requested State for purposes of applying the time limit that must be met under paragraph 5 of this Article in order to enable the person's continued detention.

8

SBU -PRIVACY OR PII

5. A person who is provisionally arrested shall be discharged from custody upon the expiration of sixty (60) days from the date of provisional arrest pursuant to this Treaty if the executive authority of the Requested State has not received the formal request for extradition and the supporting documents required in Article 9.

6. The fact that the person sought has been discharged from custody pursuant to paragraph (5) of this Article shall not prejudice the subsequent rearrest and extradition of that person if the extradition request and supporting documents are delivered at a later date.

### Article 13
### Additional Information

If the Requested State considers that the information furnished in support of a request for extradition is not sufficient to fulfill the requirements of this Treaty, that State may request that additional information be furnished within such a reasonable length of time as it specifies. Such additional information may be requested and furnished directly between the United States Department of Justice and the Ministry of Justice of Poland or through the diplomatic channel.

### Article 14
### Decision and Surrender

1. The Requested State shall promptly notify the Requesting State of its decision on the request for extradition.

2. If the request is denied in whole or in part, the Requested State shall provide an explanation of the reasons for the denial. The Requested State shall provide copies of pertinent judicial decisions upon request.

3. If the request for extradition is granted, the authorities of the Contracting States shall agree on the time and place for the surrender of the person sought.

4. Surrender of the person sought shall take place within such time as may be prescribed by the laws of the Requested State. If the law of the Requested State does not provide a specific time for surrender, it shall take place within thirty (30) days from the date on which the Requesting State is notified of the decision to extradite.

5. If the person sought is not removed from the territory of the Requested State within the time required under paragraph (4), he may be set at liberty. The Requested State may subsequently refuse to extradite the person sought for the same offense.

9

SBU -PRIVACY OR PII

EXT-PJORG-00018

6. If circumstances beyond its control prevent a Contracting State from timely surrendering or taking delivery of the person to be extradited, it shall notify the other Contracting State before the expiration of the time limit. In such a case the competent authorities of the Contracting States may agree upon a new date for the surrender.

### Article 15
### Convictions in Absentia

If a Contracting State has applied to the other State for extradition of a person convicted in absentia, the executive authority of the Requested State may refuse to surrender the person if it deems that the proceedings in absentia did not ensure the minimum right to defense to which the person charged is entitled. Extradition may be effected, however, if the Requesting State guarantees, in a manner deemed adequate, that the case against the person whose extradition is requested will be reopened, with guaranteed right of defense.

### Article 16
### Temporary and Deferred Surrender

1. If the extradition request is granted in the case of a person who is being prosecuted for an offense other than that for which extradition is sought or is serving a sentence in the territory of the Requested State for an offense other than that for which extradition is sought, the Requested State may temporarily surrender the person sought to the Requesting State for the purpose of prosecution. The person so surrendered shall be kept in custody in the Requesting State and shall be returned to the Requested State after the conclusion of the proceedings against that person, in accordance with conditions to be determined by agreement of the Contracting States.

2. The Requested State may postpone the extradition proceedings against a person who is being prosecuted for the same offense for which that person is sought or any other offense, or who is serving a sentence in that State for an offense other than that for which extradition is sought. The postponement shall continue until the prosecution of the person sought has been concluded or until such person has served any sentence imposed.

### Article 17
### Requests for Extradition or Surrender Made by Several States

1. If the Requested State receives requests from the Requesting State and from any other State or States for the extradition of the same person, either for the same offense or for different offenses, the executive authority of the Requested State shall determine to which State, if any, it will surrender the person.

10

SBU -PRIVACY OR PII

2.If the Republic of Poland receives an extradition request from the United States of America and a request for surrender pursuant to the European arrest warrant for the same person, either for the same offense or for different offenses, its executive authority shall determine to which State, if any, it will surrender the person.

3.In making its decision under paragraphs 1 and 2 of this Article, the Requested State shall consider all of the relevant factors, including, but not limited to, the following:

(a)     whether the requests were made pursuant to a treaty;
(b)     the places where each of the offenses was committed;
(c)     the respective interests of the requesting States;
(d)     the seriousness of the offenses;
(e)     the nationality of the victim;
(f)     the possibility of any subsequent extradition between the requesting States; and
(g)     the chronological order in which the requests were received from the requesting States.


### Article 18
### Seizure and Surrender of Property

1. To the extent permitted under its law, the Requested State may seize and surrender to the Requesting State all articles, documents, and evidence connected with the offense in respect of which extradition is granted. The items mentioned in this Article may be surrendered, to the extent permitted under the law of the Requested State, even when extradition cannot be effected due to the death, disappearance, or escape of the person sought.

2. The Requested State may condition the surrender of the property upon satisfactory assurances from the Requesting State that the property will be returned to the Requested State as soon as practicable. The Requested State may also defer the surrender of such property if it is needed as evidence in the Requested State.

3. The rights of third parties in such property shall be duly respected.


### Article 19
### Rule of Speciality

1. A person extradited under this Treaty may not be detained, prosecuted, sentenced, or punished in the Requesting State except for:

(a) an offense for which extradition has been granted or a differently denominated offense based on the same facts on which extradition was granted, provided such offense is extraditable or is a lesser form of such offense;

11

SBU -PRIVACY OR PII

EXT-PJORG-00020

(b) an offense committed after the extradition of the person; or

(c) an offense for which the executive authority of the Requested State has consented to the person's detention, prosecution, sentencing, or punishment. For the purpose of this subparagraph:

    (i) the Requested State may require the submission of the documents specified in Article 9; and

    (ii) unless the Requested State objects in writing, the person extradited may be detained by the Requesting State for ninety (90) days, or for such longer period of time as the Requested State may authorize, while the request is being processed.

2. A person extradited under this Treaty may not be extradited to a third State for an offense committed prior to the surrender unless the surrendering State consents.

3. Paragraphs 1 and 2 of this Article shall not prevent the detention, prosecution, sentencing, or punishment of an extradited person, or the extradition of that person to a third State, if:

(a) that person leaves the territory of the Requesting State after extradition and voluntarily returns to it; or

(b) that person does not leave the territory of the Requesting State within thirty (30) days of the day on which that person is free to leave.

### Article 20
### Simplified Extradition

If the extradition of a person sought to the Requesting State is not obviously precluded by the laws of the Requested State and provided the person sought irrevocably agrees in writing to his extradition after personally being advised by a judge or competent magistrate of his rights to formal extradition proceedings and the protection afforded by them that he would lose, the Requested State may surrender the person sought without a formal extradition proceeding having taken place. In this case Article 19 shall not be applicable.

### Article 21
### Transit

1. Either Contracting State may authorize transportation through its territory of a person surrendered to the other State by a third State. A request for transit shall be made through the diplomatic channel or directly between the United States Department of

12

SBU -PRIVACY OR PII

Justice and the Ministry of Justice of the Republic of Poland. The facilities of the International Criminal Police Organization (INTERPOL) may be used to transmit such a request. It shall contain a description of the person being transported and a brief statement of the facts of the case. A person in transit may be detained in custody during the period of transit.

2. No authorization is required where air transportation is being used by one Contracting State and no landing is scheduled on the territory of the other Contracting State. If an unscheduled landing occurs on the territory of the other Contracting State, that Contracting State may require the request for transit as provided in paragraph 1. That Contracting State may detain the person to be transported until the request for transit is received and the transit is effected, so long as the request is received within ninety-six (96) hours of the unscheduled landing.

## Article 22
### Representation and Expenses

1. The Requested State shall assist, appear in court, and represent the interests of the Requesting State, in any proceeding arising out of a request for extradition.

2. The Requesting State shall bear the expenses related to the translation of documents and the transportation of the person surrendered. The Requested State shall pay all other expenses incurred in that State by reason of the extradition proceedings.

3. Neither State shall make any other pecuniary claim against the other State arising out of extradition procedures under this Treaty.

## Article 23
### Consultation

1. The United States Department of Justice and Ministry of Justice of the Republic of Poland may consult with each other directly or through the facilities of INTERPOL in connection with the processing of individual cases and in furtherance of maintaining and improving procedures for the implementation of this Treaty.

2. The Requesting State shall, at the request of the Requested State, inform the Requested State of the status of criminal proceedings against persons who have been extradited, and provide a copy of the final and binding decision if one has been issued in the case in question.

13

SBU -PRIVACY OR PII

## Article 24
### Executive Authorities

For the United States of America, the executive authority shall be the Secretary of State or a person designated by the Secretary of State. For Poland, the executive authority shall be the Minister of Justice-Attorney General or a person designated by the Minister of Justice-Attorney General.

## Article 25
### Termination

Either Contracting State may terminate this Treaty at any time by giving written notice to the other Contracting State, and the termination shall be effective six months after the date of the receipt of such notice.

14

SBU -PRIVACY OR PII

EXT-PIORO-00023

L/LEI

2025 SEP 23 P 10:

DEPARTMENT OF ST

No 34.47.2025
AMB.WASZ.WK.342.16.2025

The Embassy of the Republic of Poland presents its compliments to the United States Department of State, and in accordance with the Treaty of Extradition between the Republic of Poland and the United States of America, has the honor to request the extradition of Marcin PIÓRO, a Polish citizen, born on September 6, 1980 in Szczecin, Poland, in connection with criminal proceedings conducted by the Regional Prosecutor's Office in Poznań (Case File No. 2007-2.Ds.21.2024).

The attached request corresponds with the Article 2 of the Treaty of Extradition between the Republic of Poland and the United States of America, signed 10 July 1996, in connection with the article 3(2) of the Agreement between the European Union and the United States of America on Extradition of 25 June 2003.

The Embassy of the Republic of Poland avails itself of this opportunity to renew to the United States Departament of State the assurances of its highest consideration.

Enclosures: Documents supporting the request.

Washington, DC, September 11, 2025

U.S. Department of State
Washington, D.C.





**Minister
Sprawiedliwości**

DWMPC-IV.8043.52.2025

Warszawa, 7 sierpnia 2025 r.

**Pan
Marco Rubio
Sekretarz Stanu
Stanów Zjednoczonych Ameryki**

*Szanowny Panie Sekretarzu Stanu,*

w oparciu o treść artykułu 1, artykułu 2 ustęp 1 i 2 oraz artykułu 12 Umowy między Rzecząpospolitą Polską a Stanami Zjednoczonymi Ameryki o ekstradycji z dnia 10 lipca 1996 roku, a także w oparciu o treść artykułu 5 ustęp 2 Umowy między Unią Europejską a Stanami Zjednoczonymi Ameryki o ekstradycji z dnia 25 czerwca 2003 roku uprzejmie przedstawiam wniosek Prokuratora Regionalnego w Poznaniu z dnia 5 sierpnia 2025 roku, sygnatura 2007-2.Ds.21.2024, o tymczasowe aresztowanie i ekstradycję obywatela polskiego Marcina Pióro podejrzanego o popełnienie przestępstw z artykułu 286 paragraf 1 kodeksu karnego w związku z artykułem 294 paragraf 4 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego w związku z artykułem 65 paragraf 1 kodeksu karnego oraz z artykułu 299 paragraf 1 i 6 kodeksu karnego w związku z artykułem 306b paragraf 1 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego wraz z wymaganymi dokumentami oraz tłumaczeniem na język angielski.

Podzielając stanowisko wyrażone we wniosku, proszę o jego pozytywne rozpatrzenie.

*Z wyrazami szacunku*

z upoważnienia
MINISTRA SPRAWIEDLIWOŚCI

*Arkadiusz Myrcha*
SEKRETARZ STANU

+48 22 52 12 888
kontakt@ms.gov.pl
www.gov.pl/sprawiedliwosc

Al. Ujazdowskie 11
00-950 Warszawa P-33

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 25 of 523
SBU - LEGAL    EXT-PIORO-00025

*Translator's notes in italics.*

*[National emblem of the Republic of Poland]*
Minister of Justice

DWMPC-IV.8043.52.2025
Warsaw, 7 August 2025

**Mr**
**Marco Rubio**
**Secretary of State of the United States of America**

Based on the content of Article 1, Article 2 paragraphs 1 and 2, and Article 12 of the Treaty between the Republic of Poland and the United States of America on Extradition dated 10 July 1996, as well as based on the content of Article 5 paragraph 2 of the Agreement between the European Union and the United States of America on Extradition dated 25 June 2003, I respectfully submit the request of Prokurator Regionalny *[Regional Prosecutor]* in Poznań dated 5 August 2025, reference number 3042-6.Oz.1049.2024, for detention on remand pending trial and extradition of Polish citizen Marcin Pióro suspected of committing crimes under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code and under Article 299 paragraphs 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code, together with the required documents and translation into English.

Sharing the position expressed in the request, I ask that it be implemented.

*Two oblong stamps cancelled with an illegible signature:*
**On behalf of**
**MINISTER OF JUSTICE**
Arkadiusz Myrcha
SEKRETARZ STANU *[SECRETARY OF STATE]*

*Round official stamp with the national emblem of the Republic of Poland in the centre and the following circumscription:* MINISTER OF JUSTICE *9*

+48 22 52 12 888
kontakt@ms.gov.pl
www.gov.pl/sprawiedliwosc

Al. Ujazdowskie 11
00-950 Warsaw P-33

*[National emblem of the Republic of Poland]*
**PROKURATURA REGIONALNA**
*[REGIONAL PROSECUTOR'S OFFICE]* **IN POZNAŃ**
61-736 Poznań, ul. Solna 10
phone: 61 885 2900, fax: 61 885 2902
biuro.podawcze.rppoz@prokuratura.gov.pl

**2007-2.Ds.21.2024**

## REQUEST FOR DETENTION ON REMAND PENDING TRIAL AND EXTRADITION

Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań requests the detention on remand pending trial and extradition of:

**Marcin Pióro**

**son of Wacław and Bożena née Kulesza**

**born on 6 September 1980 in Szczecin**

**registered and last residing at: 65-128 Zielona Góra, ul. Beżowa 1, currently staying in the United States of America at: 2411 Greenwood Avenue, Wilmette, Illinois 60091-1318.**

## JUSTIFICATION

Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań, 2nd Division for Financial and Fiscal Crime, supervises the investigation conducted by the Central Bureau of Investigation of the Police, Poznań Administrative Office, the Central Bureau for Combating Cybercrime, Poznań Administrative Office, and the Provincial Police Headquarters in Gorzów Wielkopolski, reference number 2007-2.Ds.21.2024, against Marcin Pióro, suspected of:

I.  in the period from at least 2020 until 19 December 2024, in Zielona Góra and other locations throughout Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit, making the commission of crimes a regular source of income, as the president of the management board of the companies: Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Conotoxia Holding spółka z ograniczoną odpowiedzialnością and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia spółka z ograniczoną odpowiedzialnością, acting jointly and in agreement with Robert Górny, who until 22 October 2024 was a member of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, in the period from 29 November 2020 to 22 October 2024 the president of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością, and from 22 October 2024 an independent proxy of the indicated company, and Monika Jakubowska – chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, and from 17 October 2024 an independent proxy of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, and from 14 October 2024 an independent proxy of Conotoxia spółka z ograniczoną odpowiedzialnością, led 2,396 customers of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością, identified to date, to disadvantageously dispose of their property in the total amount of at least PLN 112,109,714.12, constituting a value greater than ten times the amount defining property of great value, by misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością through online currency exchange and from payment services offered by Conotoxia spółka z ograniczoną odpowiedzialnością, to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of

SBU - LEGAL    EXTRADITION-000027

the transaction, as a result of which at least 2,396 persons were harmed for a total amount of:

- PLN 46,667,076.50,
- EUR 8,676,980.77 (euro) – after conversion at the lowest exchange rate EUR 1 – PLN 36,863,285.10,
- USD 4,151,471.98 (US dollar) – after conversion at the lowest exchange rate USD 1 – PLN 16,020,530.37,
- CHF 661,340.18 (Swiss franc) – after conversion at the lowest exchange rate CHF 1 – PLN 2,981,718.34,
- NOK 5,374,651.65 (Norwegian krone) – after conversion at the lowest exchange rate NOK 1 – PLN 1,936,486.99,
- GBP 1,148,189.92 (pound sterling) – after conversion at the lowest exchange rate GBP 1 – PLN 5,829,589.86,
- SEK 1,912,921.28 (Swedish krona) – after conversion at the lowest exchange rate SEK 1 – PLN 705,485.37,
- JPY 23,910,521.00 (Japanese yen) – after conversion at the lowest exchange rate JPY 1 – PLN 621,099.69,
- DKK 109,594.25 (Danish krone) – after conversion at the lowest exchange rate DKK 1 – PLN 62,402.97,
- CZK 218,992.50 (Czech koruna) – after conversion at the lowest exchange rate CZK 1 – PLN 36,834.54,
- TRY 753,548.78 (Turkish lira) – after conversion at the lowest exchange rate TRY 1 – PLN 84,096.04,
- AUD 28,825.00 (Australian dollar) – after conversion at the lowest exchange rate AUD 1 – PLN 75,475.38,
- CAD 79,238.75 (Canadian dollar) – after conversion at the lowest exchange rate CAD 1 – PLN 223,651.37,
- NZD 838.77 (New Zealand dollar) – after conversion at the lowest exchange rate NZD 1 – PLN 1,981.59,
- CNY 17.16 (Chinese yuan renminbi) – after conversion at the lowest exchange rate CNY 1 – PLN 9.00,
- RUB 120.00 (Russian rouble) – after conversion at the lowest exchange rate RUB 1 – PLN 3.60,

**which is a prohibited act under Article 286 paragraph 1 of the Criminal Code and Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code.**

II.    in the period at least from the beginning of October 2024 to 5 December 2024, in Zielona Góra and other locations in Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit and obtaining significant material benefit, as the president of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością, and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia spółka z ograniczoną odpowiedzialnością, jointly and in agreement with Monika Jakubowska – chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, and from 17 October 2024 an independent proxy of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and from 14 October 2024 an independent proxy of Conotoxia spółka z ograniczoną odpowiedzialnością, took actions aimed at preventing or significantly impeding the seizure of payment instruments, derived from benefits related to the commission of a prohibited act, consisting in leading Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers to disadvantageously dispose of their property, as a result of misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością through online currency exchange and from payment services offered by Conotoxia spółka z ograniczoną odpowiedzialnością, to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, in such a way that he led to the transfer of these funds as follows:

- on 7 October 2024, the amount of PLN 200,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 47 1140 1850 0000 2155 5000 1082 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 44 1140 1850 0000 4217 7700 1001, as a granted loan,
- on 7 October 2024, a total amount of USD 241,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the

SBU - LEGAL     EXH-IGRO-00028

bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,

- on 11 and 16 October 2024, a total amount of USD 401,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,

- in the period from 1 to 25 October 2024, a total amount of USD 610,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 21 1140 1850 0000 2155 5000 1108 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 17 1140 1850 0000 4217 7700 1002, titled „loan agreement K/G/160801/005", and then to the Conotoxia Holding Inc. account in the United States titled loan agreement number K/G/161201/004

- on 28 October 2024, the amount of EUR 80,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 94 1140 1850 0000 2155 5000 1109 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 60 1140 1850 0000 4217 7700 1004, and then to Conotoxia Holding Ltd. Cyprus, titled „podniesienie kapitału share capital increase",

- on 28 November 2024, the amount of EUR 185,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 11 1140 1850 0000 2307 7000 1022 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 60 1140 1850 0000 4217 7700 1004 as a loan agreement, and then from that account to the Conotoxia Holding Ltd. account Cyprus, titled „podniesienie kapitału share capital increase",

- on 5 December 2024, the amount of PLN 420,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 53 1140 1850 0000 2307 7000 1023 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 44 1140 1850 0000 4217 7700 1001, as a concluded loan agreement,

- on 5 December 2024, the amount of USD 300,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 80 1140 1850 0000 2307 7000 1022 to the account held for Conotoxia Holding Cyprus number 17 1140 1850 0000 4217 7700 1002, as a loan agreement concluded on 5 December 2024,

which constitutes a total of PLN 620,000, USD 1,552,000, EUR 265,000, thus after conversion to PLN, an amount greater than five times the amount defining property of great value

**which is a prohibited act under Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in relation to Article 12 paragraph 1 of the Criminal Code.**

The substantive basis for the subject proceedings were notifications dated 30 August 2024 and 29 September 2024 regarding suspected criminal offences, submitted by the Office of the Polish Financial Supervision Authority, to Prokuratura Okręgowa *[Circuit Prosecutor's Office]* in Zielona Góra and to Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań, respectively.

The content of the notification dated 30 August 2024 indicated that from 16 October 2023 to 21 November 2023, the Office of the Polish Financial Supervision Authority conducted an inspection of the activities of the domestic payment institution Conotoxia spółka z ograniczoną odpowiedzialnością, which revealed circumstances indicating that loans were granted from the funds of Conotoxia spółka z ograniczoną odpowiedzialnością customers, paid for the execution of payment transactions, to the payment agent – Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. The indicated economic events were not included in the company's accounting books, which should be considered as providing unreliable data, thus fulfilling the elements of an offence under Article 77 point 1 of the Act of 29 September 1994 on Accounting. At the same time, during the inspection activities, the Authority found that the information provided to the Polish Financial Supervision Authority's inspection team by company representatives, regarding the issue of granted loans, was inconsistent with the facts and could be misleading, which indicated the possibility of committing an offence under Article 152 paragraph 1 of the Act of 19 August 2011 on Payment Services.

However, the content of the notification submitted by the Office of the Polish Financial Supervision Authority on 29 September 2024 indicated that as a result of the explanatory proceedings conducted since 6 August 2024, an analysis was made of the financial situation of the entities belonging to the Conotoxia Holding Capital Group, with particular emphasis on the allocation of funds paid by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością customers to their currency wallets, as part of the provided online currency exchange service, as well as paid by Conotoxia spółka z ograniczoną odpowiedzialnością customers for the execution of payment services.

At this point, it should be noted that the Conotoxia Holding Capital Group includes Conotoxia spółka z ograniczoną odpowiedzialnością, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Cyber Geeks spółka z ograniczoną odpowiedzialnością, Conotoxia Holding INC. USA (Conotoxia INC. USA and Conotoxia NV INC. USA) and Conotoxia Holding Cyprus (Conotoxia LTD Cyprus, Conotoxia LTD Branch in Poland, Conotoxia spółka z

SBU - LEGAL     EXU-PICRO-00029

ograniczoną odpowiedzialnością, until 2 October 2024, operated as a domestic payment institution, which means that it was, as the only entity from the Capital Group, legally authorised to provide payment services. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością acted as a payment institution agent. The key feature for customers of the latter company was the ability to exchange currency, and that is how Cinkciarz.pl spółka z ograniczoną odpowiedzialnością defined its services. In some cases, customers exchanged currency and immediately issued an instruction to transfer it to indicated accounts. In other cases, they used the currency wallet offered by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, keeping funds in the company's accounts. One of the features of the currency wallet is the ability to withdraw accumulated funds at any time. The definition of a currency wallet contained in the Currency Exchange Regulations, or any other provisions of the Regulations, do not indicate the possibility of using financial resources deposited in the currency wallet by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością for any purpose other than currency exchange by the customer (or return of funds).

Based on the collected information, the Office of the Polish Financial Supervision Authority formed a suspicion that there is a reasonable probability that persons acting on behalf of and for Cinkciarz.pl spółka z ograniczoną odpowiedzialnością committed an offence under Article 286 paragraph 1 of the Criminal Code, consisting in misleading the customers of the indicated company as to the actual purpose of the funds they paid to their currency wallets, as these funds were used, among other things, to finance loans granted by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością to other entities from the Conotoxia Holding Capital Group. This company financed, for instance, the development of entities located in Cyprus and the United States of America. As indicated in the criminal complaint, the balance of liabilities and receivables of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością amounted to over PLN 155 million in the negative, and the company had less than PLN 12 million in bank accounts and in the form of so-called funds in transit (monetary resources in 27 currencies). Information obtained during the Office of the Polish Financial Supervision Authority's inspection thus indicated significant shortfalls in monetary resources of around PLN 145 million. As established, as of 30 June 2024, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością had liabilities towards customers, in respect of currency exchange activities, amounting to PLN 112 million, and in respect of agency activities, as an entity providing agency services for Conotoxia spółka z ograniczoną odpowiedzialnością, amounting to PLN 31 million, and other liabilities amounting to nearly PLN 6 million. The company's receivables from third parties amounted to PLN 4.5 million.

On 9 October 2024, in case 2007-2.Ds.21.2024, a notification of suspected commission of an offence under Article 299 paragraph 1 and 5 of the Criminal Code by Marcin Pióro was submitted by the General Inspector of Financial Information in Warsaw.

The notifier indicated that Marcin Pióro, representing Conotoxia Holding spółka z ograniczoną odpowiedzialnością, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Cyber Geeks spółka z ograniczoną odpowiedzialnością, Conotoxia LTD, and Conotoxia Holding Cyprus LTD, accepted and transferred financial resources derived from benefits related to the commission of a prohibited act under Article 286 paragraph 1 of the Criminal Code and Article 296 paragraph 1 and 2 of the Criminal Code (causing significant financial damage to Cinkciarz.pl spółka z ograniczoną odpowiedzialnością by abusing granted powers or failing to fulfil the obligation to manage the property affairs of this company), which he then transferred to the accounts of companies from the Conotoxia Holding Capital Group, as loans and increases in share capital, and also transferred to foreign accounts of companies and accounts of numerous contractors, the mentioned individual also transferred these funds to his own accounts, under the guise of granted loans, and also as remuneration, while Cinkciarz.pl spółka z ograniczoną odpowiedzialnością had significantly fewer funds than the sum of liabilities towards customers. Marcin Pióro transferred financial resources to his currency wallet, and then transferred them abroad, to affiliated companies, or donated them to family members. Data obtained by the General Inspector of Financial Information shows that in the period from 1 January 2020 to 2 October 2024, funds were transferred from Cinkciarz.pl spółka z ograniczoną odpowiedzialnością accounts in the total amount of PLN 145,677,670, EUR 20,839,616, and USD 5,051,203, which may be related to the commission of the offence of so-called money laundering. Data held by the General Inspector of Financial Information indicates that Cinkciarz.pl spółka z ograniczoną odpowiedzialnością carried out outgoing transactions using funds deposited for the benefit of online currency exchange customers in their currency wallets. Some of the funds transferred by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością in the form of loans were not returned. It was further established that in the years 2020-2024, monetary funds in the total amount of PLN 51,294,361 were transferred to Marcin Pióro's bank accounts from the entities: Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Conotoxia Holding LTD. The transaction titles indicate that these operations concerned the payment of remuneration (a total of PLN 17,179,869), granting of loans (a total of PLN 24,570,000), and advances for expenses (PLN 3,959,000). Some of the borrowed funds were not returned. The difference between the funds borrowed from the companies and those returned to their bank accounts amounts to PLN 11,413,000. The last outgoing transfer from Marcin Pióro's currency wallet was registered on 7 October 2024, when a transfer instruction was issued for the amount of USD 233,000 to a US account. The notifier also stated that shares in Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, CKPL Studios spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka

SBU - LEGAL     EXT-PIORO-00030

z ograniczoną odpowiedzialnością, Currency Lending spółka z ograniczoną odpowiedzialnością, and X-Mania spółka z ograniczoną odpowiedzialnością, were transferred by Marcin Pióro, by way of a donation agreement, to Nextgen Growth Family Foundation, of which he is the founder and sole beneficiary.

The manner of operation of the persons managing Cinkciarz.pl spółka z ograniczoną odpowiedzialnością thus consisted in issuing instructions enabling the transfer of monetary funds paid, primarily by customers to their currency wallets, to Conotoxia Holding spółka z ograniczoną odpowiedzialnością, and then the holding company transferred them, mainly in the form of loans, to other entities within the Group.

It has been established so far that the persons acting recently on behalf of and for the domestic payment institution Conotoxia spółka z ograniczoną odpowiedzialnością and its agent – Cinkciarz.pl spółka z ograniczoną odpowiedzialnością were Marcin Pióro – president of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, president of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością in the period from 21 February 2014 to 12 November 2020 and again from 22 October 2024, as well as previously a member of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością, as well as Robert Górny – member of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (according to the National Court Register until 22 October 2024), also serving as the president of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością (according to the National Court Register from 29 November 2020 to 22 October 2024, and from that date an independent proxy in this company). From 17 October 2024, Monika Jakubowska was an independent proxy in Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. The aforementioned was also an independent proxy in Conotoxia spółka z ograniczoną odpowiedzialnością (from 14 October 2024). Monika Jakubowska, since February 2015, also performed, based on an employment contract, the duties of chief accountant in the company Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Monika Jakubowska's duties included supervising the company's transactions. She dealt with the settlement of this data in the accounting system, had access to accounts related to the own economy of Cinkciarz.pl company and in the accounting department she had the broadest powers in this regard. The accounting department, however, did not have the authority to dispose of transaction accounts. Access to transaction accounts, related to customer service, was in turn held by the transfer department, headed by Artur Stefański. The Cinkciarz.pl company maintained full accounting for the remaining companies in the holding group and related entities, with the exception of Conotoxia spółka z ograniczoną odpowiedzialnością, which had a separate accounting department.

On 23, 29 and 30 October 2024, further letters from the General Inspector of Financial Information were received by Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań, which indicated, among other things, that on 5 October 2024, Marcin Pióro concluded a notarised deed of donation of three of his properties with a total value of PLN 5,000,000 to his father – Wacław Pióro.

In the course of the investigation, about seven thousand notifications of suspected commission of an offence under Article 286 paragraph 1 of the Criminal Code or Article 284 paragraph 1 of the Criminal Code from customers of the Conotoxia Holding Capital Group, and in particular customers of the Cinkciarz.pl online portal, who did not recover their financial resources transferred to the company for the purpose of executing currency exchange transactions, were attached to the case files. It should be noted that the notifications of suspected commission of an offence mainly concern persons who ordered currency exchange transactions in the period from the beginning of October 2024. The injured parties indicate that in connection with the activities of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, they lost financial resources in amounts ranging from several hundred to several hundred thousand PLN. To date, nearly 900 victims have been interrogated as witnesses.

At this point, it should be recalled that Cinkciarz.pl spółka z ograniczoną odpowiedzialnością was not, unlike Conotoxia spółka z ograniczoną odpowiedzialnością, a domestic payment institution whose activities were supervised by the Office of the Polish Financial Supervision Authority. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (as an online currency exchange) conducted activities based on general legal provisions – the Entrepreneurs' Law. The main subject of the company's activity was concluding agreements in the field of online currency exchange. According to the content of the Regulations, placed on the website of the Cinkciarz.pl platform, funds paid by customers should be allocated to the purchase of currency, which should then be withdrawn to the account indicated by the customer. According to paragraph 10 section 8 of the cited Currency Exchange Regulations, „acceptance of a transaction for execution by Cinkciarz.pl takes place at the moment when Cinkciarz.pl's electronic accounting system records the crediting of Cinkciarz.pl's payment account with the transaction amount". According to paragraph 10 section 9 of the Currency Exchange Regulations, „execution of a transaction by Cinkciarz.pl (ordering by Cinkciarz.pl the execution of a transfer to the settlement account by a financial institution) will take place within 8 hours of Cinkciarz.pl's working time counting from the moment of accepting the transaction for execution by Cinkciarz.pl." According to paragraph 2 section 4 of the Currency Exchange Regulations, „currency exchange working time – is the time during which transactions are executed, covering every working day, from 9:00 to 16:30".

Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, for the purposes of its activities, had several hundred bank accounts, to which it accepted monetary funds from its customers, and then, depending on the currency that a given person wanted to purchase, these funds were transferred to another bank account, used to purchase currency of a given

SBU - LEGAL    EXC-PIORO-0003

type. Finally, the converted funds were sent to the customer's indicated bank account. It should be noted that separate sub-accounts were not created for customers, and the financial resources obtained from them were „mixed" in a given bank account of the company. Each transaction was marked only with an individual number, which was reflected in the company's extensive electronic system related to the operation of the Cinkciarz.pl online portal.

At the turn of July and August 2024, the Office of the Polish Financial Supervision Authority began to be informed by customers of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością about delays in the execution of currency exchange transactions. These were then delays of several days. The above resulted in the implementation of controls against Conotoxia spółka z ograniczoną odpowiedzialnością. The conducted inspection ended with the withdrawal, on 2 October 2024, of Conotoxia spółka z ograniczoną odpowiedzialnością's permission to provide payment services as a domestic payment institution. The publication of the above information affected the volume of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością customers. The smaller amount of current payments from customers led to a disruption of the business model of the companies from the Conotoxia Holding Capital Group, and above all Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, which did not have sufficient financial resources in the company's accounts to execute current online currency exchange agreements, as well as to meet other obligations towards customers. Analysis of financial flows in bank accounts, after 2 October 2024, showed that money paid by subsequent customers, for the purpose of currency exchange, was allocated to repay obligations towards other persons who had concluded agreements with the online currency exchange earlier. Over time, subsequent customers were not repaid at all. At the same time, bailiffs secured customers' claims on bank accounts. Consequently, persons who entrusted their financial resources in the final stage of the Cinkciarz.pl online platform's activity, did not recover them. Most notifications of suspected commission of an offence concern unrealised transactions from October 2024. The online exchange could operate freely until 19 December 2024. In the period from 2 October 2024 to 19 December 2024, several thousand transactions were not executed, because the company did not have sufficient financial resources on its bank accounts to repay customers. Despite the deteriorating financial situation, the online platform continued to operate and further agreements were concluded with customers, which were not executed in the vast majority.

On 19 December 2024, Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań blocked all 328 accounts of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (both in terms of incoming and outgoing transfers). All accounts of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością contained funds in the total amount of PLN 16,563,066.32 (after taking into account the conversion at average rates at the National Bank of Poland as of 19 December 2024). Some of these funds are subject to bailiff seizures, due to issued security orders against Cinkciarz.pl spółka z ograniczoną odpowiedzialnością.

On 23 December 2024, Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań blocked 60 accounts of Conotoxia spółka z ograniczoną odpowiedzialnością and 3 bank accounts of Conotoxia Holding spółka z ograniczoną odpowiedzialnością (both in terms of incoming and outgoing transfers). All accounts of Conotoxia spółka z ograniczoną odpowiedzialnością contained funds in the total amount of PLN 47,833.07, while the accounts of Conotoxia Holding spółka z ograniczoną odpowiedzialnością contained a total amount of PLN 5,907.01 (after taking into account the conversion at average rates at the National Bank of Poland as of 23 December 2024).

It should be noted that notifications of suspected commission of an offence are continuously being submitted to Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań or other organisational units of the prosecutor's office, as well as to the Police. At present, it is impossible to estimate the final size of the damage suffered by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers. The above will be possible only after summing up the amounts of all customer claims. According to the findings as of the date of submitting this request, it amounts to PLN 112,109,714.12.

Financial analysis conducted based on submitted financial statements showed that certainly as early as 2020, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością was using monetary funds collected by customers in currency wallets (funds located in Cinkciarz.pl spółka z ograniczoną odpowiedzialnością accounts) for its own needs. The Currency Exchange Regulations did not provide for the possibility of allocating monetary funds deposited by customers for any other purposes, including the company's own purposes or the purposes of companies from the Conotoxia Holding Capital Group. Analysis of documentation placed in the National Court Register, regarding the financial result achieved by the entire Conotoxia Holding Group (Polish and foreign companies) for the period from 2020 to 2023, showed a loss, respectively:

- year 2020 – at the level of PLN 11,367 million,
- year 2021 – at the level of PLN 19,859 million,
- year 2022 – at the level of PLN 26,337 million,
- year 2023 – at the level of PLN 27,447 million.

At the same time, the financial result of Polish companies belonging to the Capital Group indicates that entities from Poland generated a profit of PLN 17 million in the period from 2020 to 2023. The negative financial result of the entire Capital Group was significantly influenced by the loss generated by foreign entities.

As a consequence of the above, it should be stated that Cinkciarz.pl company in 2024, in order to ensure financial

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 32 of 523

SBU - LEGAL    EXGPIORO-00032

liquidity, due to the need to execute payment transactions, concluded loan agreements with Conotoxia spółka z ograniczoną odpowiedzialnością for a total amount of PLN 6.7 million.

The collected evidence therefore indicates that in the analysed case, the elements of an offence under Article 286 paragraph 1 of the Criminal Code were fulfilled.

The analysis of the flow of financial resources on the accounts of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia Holding spółka z ograniczoną odpowiedzialnością, conducted in mBank Spółka Akcyjna, where one of the larger turnovers of financial resources was recorded, indicates that financial resources continuously provided by Cinkciarz.pl portal customers were allocated to repay other customers, i.e. those who had earlier submitted instructions to withdraw funds from currency wallets or for other purposes.

Based on the above-mentioned financial analysis, it was determined that after 3 October 2024, the total amount of financial resources paid into accounts conducted by mBank Spółka Akcyjna for customers' currency wallets amounted to PLN 84.5 million. Based on financial data placed in the National Court Register by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością for previous years, this entity showed a margin achieved from currency sales in amounts of approximately PLN 63.1 million for 2020, PLN 71.6 million for 2021, PLN 75.3 million for 2022, and PLN 65 million for 2023. Considering the above values, assuming that the entire amount of PLN 84.5 million paid by customers was allocated to currency exchange, the Office of the Polish Financial Supervision Authority estimated that the margin probably achieved from currency exchange should amount to only about PLN 215 thousand. The above indicates that the probable profit achieved from currency exchange, made on mBank Spółka Akcyjna accounts, was not able to cover all costs incurred in the period from 1 October to 13 December 2024. Moreover, it should be noted that data provided by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, as part of the explanatory proceedings, showed the company's achievement, in the period of the first half of 2024, of revenue from activities at the level of PLN 1,427 million, while data on the total financial result showed the company's loss at the level of PLN 3.4 million. The above indicates that Cinkciarz.pl spółka z ograniczoną odpowiedzialnością was not able to generate revenue from business activities (consisting solely of currency exchange) in such an amount as to cover all costs of the company's operation from these funds.

In the analysis of financial resource flows on accounts in mBank Spółka Akcyjna, the manner of disposing of funds paid out by these persons was indicated on a group of several randomly selected customers. Based on the analysis, it can be stated that funds paid in large amounts (over 300 thousand PLN) were allocated to repay from several to several dozen other customers.

Taking into account the evidence collected in the case, on 24-28 October 2024, searches were conducted at the headquarters of entities from the Conotoxia Holding Group, including at the places of business activity of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, as well as at the places of residence of persons performing key functions in the companies. This concerned Marcin Pióro, Robert Górny, Monika Jakubowska, and Katarzyna Hołowiak-Pidłypczak. Extensive documentation and data contained on electronic information carriers were secured. Monika Kowalewska and Katarzyna Hołowiak-Pidłypczak, among others, were interrogated as witnesses.

Based on the testimony of Monika Kowalewska, who worked for Cinkciarz.pl until July 2021 as the Financial Director, it was established that Marcin Pióro and Robert Górny had access to the database of all customers. Robert Górny, as a computer scientist by education, was responsible in the company for the transaction system and for creating a reporting system, based on the transaction system, and was the administrator of this system. According to the above-mentioned witness, Robert Górny was a trusted person of Marcin Pióro. When the witness presented the financial situation of the Capital Group or individual companies, she talked either with Marcin Pióro or with Robert Górny, rarely together. According to her, until the very end of her employment at Cinkciarz.pl, the team she managed did not have reliable current data on liabilities towards customers, as they came with a significant delay from Robert Górny. Information about the current amount of funds in currency wallets was delivered to her department as a report, not as source data. Subsequently, based on this information, a report on the values of liabilities and assets was prepared by Katarzyna Hołowiak-Pidłypczak. This report was presented to all members of the management board. All present saw that the value of liabilities exceeded the value of assets. The interrogated person also stated that in the companies of the Conotoxia Holding capital group, loans were granted from the funds of the entity generating the greatest financial profits, i.e. Cinkciarz.pl to the holding company, which then granted them to subsidiary companies in the Group, including companies with its registered office in Cyprus and the USA. At the same time, the repayment dates of earlier loans were extended, as foreign companies did not generate profit. In the intention of the then president Marcin Pióro, this was to help develop the business model assumed for each of the mentioned entities. Furthermore, it was Marcin Pióro who indicated what amount of loans must be granted, as he had access to transactions and turnover related to currency exchange on an ongoing basis and thus estimated the company's results. The accounting department learned about the turnover only at the end of the year, when preparing the annual report. Marcin Pióro was also the originator of marketing conducted by the Conotoxia Holding group, mainly in the scope of Cinkciarz.pl company. Hence, after ending cooperation with the Polish Football Association, he decided to sponsor the American basketball team Chicago Bulls, to which several hundred thousand dollars were transferred quarterly from Cinkciarz.pl company for a period of nearly two years. Basketball and speedway clubs from Zielona Góra were also sponsored from the company's funds. Marcin

Pióro also had Cinkciarz.pl and Conotoxia company cards, which he used to pay for private expenses, such as luxury clothing and cosmetics, without fully repaying these amounts.

In the course of the investigation, Katarzyna Hołowiak-Pidłypczak – financial controller in Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością, was also interrogated as a witness, who testified that in the last two years, the situation of the companies had deteriorated, which she reported to the board members, i.e. Marcin Pióro, Robert Górny, and earlier to Monika Kowalewska and Kamil Sahaj. The main accountant of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością – Monika Jakubowska, was also present at board meetings. The topic of the discussions was improving the financial situation, for example by reducing the costs of the companies' operations, obtaining an external source of financing. During a subsequent interrogation, Katarzyna Hołowiak-Pidłypczak testified that entities from the Conotoxia Holding Capital Group that showed losses were maintained with funds from Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Profits from Cinkciarz.pl spółka z ograniczoną odpowiedzialnością were not sufficient to cover the losses generated by other affiliated companies. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością therefore used funds paid by customers for currency exchange to cover these losses. The funds were transferred to affiliated companies in the form of loans. Marcin Pióro decided on the execution of transfers for the benefit of all affiliated entities. By October 2024, the sum of unpaid loans granted by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością amounted to approximately PLN 150 million. The above-mentioned testified that Marcin Pióro made decisions about loans. Furthermore, the witness indicated him as the key person in the decision-making process concerning all entities belonging to Conotoxia Holding, especially with regard to business and financial decisions. Moreover, the witness testified that the topic of negative working capital in Cinkciarz.pl spółka z ograniczoną odpowiedzialnością appeared as early as 2017, while in 2023, the capital was not sufficient to cover the company's expenses. Marcin Pióro informed that funds paid by customers for currency exchange or to their currency wallets are treated as advances and cease to be the property of customers, which means that they can be freely disposed of. Katarzyna Hołowiak-Pidłypczak testified that she informed the management board, i.e. in the recent period Marcin Pióro and Robert Górny, about the difficult financial situation of the company. Robert Górny carried out tasks assigned by Marcin Pióro, who left Poland at the beginning of October 2024 (as she stated, for fear of being detained by the Police).

Therefore, considering the above, it should be stated that Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, using customers' monetary funds, financed the development of companies from the Capital Group, including foreign entities belonging to the Group, which generated a loss of approximately PLN 66 million over the last 4 years.

The circumstances raised by Katarzyna Hołowiak-Pidłypczak were further confirmed in the testimony of witness Grzegorz Dribczak – development manager, and subsequently Chief Technology Officer in Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością, which shows, among other things, that financial matters in the holding companies were handled by Marcin Pióro, Monika Kowalewska, and Robert Górny. Furthermore, it was Marcin Pióro who was responsible for making all arrangements related to the functioning of the companies and dealt with the issue of granting loans to subsidiaries by Cinkciarz.pl.

Testimony in the investigation was also given by the auditor Wojciech Adrianowski from the auditing company, stating that he refused to express an opinion on the financial statement of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością for 2019, due to the deepening gap in the working capital amounting to approximately PLN 59 million net. The witness stated that during the audit, he found significant amounts of bonus payments and loans for the president of the management board Marcin Pióro, in the total amount of approximately PLN 44.6 million, which in his opinion had no economic justification and which additionally increased the gap in the working capital. He informed Marcin Pióro about the above reservations, indicating that Cinkciarz.pl spółka z ograniczoną odpowiedzialnością would have a problem with timely repayment of all liabilities in a situation where the company's customers would withdraw their funds from currency wallets.

Monika Jakubowska, interrogated as a suspect, admitted to committing the alleged acts and provided extensive explanations, indicating that Marcin Pióro played a key role in the criminal mechanism related to creating the business model described above, which resulted in leading customers to disadvantageously dispose of their property. She confirmed that the funds of Cinkciarz.pl platform customers were transferred to bank accounts used for the own service of this company and further from these accounts money was transferred to other accounts, as loans granted to entities from the Conotoxia Holding Capital Group and allocated for employee payments and other obligations. She stated that the amount of PLN 100 million, which was lent to foreign companies, was not returned. She further explained that customer funds were the main source of financing for Cinkciarz.pl spółka z ograniczoną odpowiedzialnością.

She stated that from the beginning of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością's operations, customer funds were used for the company's own needs and the entire capital group's needs without any knowledge or awareness of the customers. Money in the accounts had already begun to run short several years earlier, but the outbreak of the war in Ukraine caused an inflow of cash and enabled the further functioning of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. She explained that Marcin Pióro knew perfectly well the financial condition of all companies, had access to all systems, and had a special panel created for viewing the most important financial information. He knew that the company did not bring profits adequate to the expenses, and despite this, he freely used customer funds,

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 34 of 523

SBO - LEGAL     EX. PIORO-000034

allocating this money also for his own private expenses and those of his closest ones. He paid for holidays with a company card, bought luxury clothes for himself and his family. Monika Jakubowska also explained that she had constant contact with Marcin Pióro, who in October 2024 went to the United States of America. He offered her to go abroad, but she did not accept this offer. In her explanations, she pointed to other people from the company who also had knowledge about the lack of customer funds in the accounts and about their use for purposes other than currency exchange.

Procedural activities conducted on 28 October 2024 at the previous place of residence of Marcin Pióro and in other established locations indicated that the above-mentioned took actions aimed at moving out of Poland with his immediate family and transporting part of his assets outside the country.

By a decision of 5 March 2025, the prosecutor ordered the arrest and forcible bringing of Marcin Pióro. However, activities appropriate for a suspect with the participation of Marcin Pióro were not conducted due to the fact that he is staying in the United States of America.

The circumstances described above indicate the perpetration of the suspect Marcin Pióro. The above clearly results from the documentation attached to the case files, including notifications of committing a crime sent by the Polish Financial Supervision Authority, the General Inspector of Financial Information, analyses of the flow of financial resources on the bank accounts of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia spółka z ograniczoną odpowiedzialnością, and Conotoxia Holding spółka z ograniczoną odpowiedzialnością, testimonies of employees of the indicated entities interrogated to date, but also testimonies of victims, and above all explanations of the suspects Robert Górny and Monika Jakubowska.

. Marcin Pióro from 7 September 2010 to the present has been the president of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. In the period from 21 February 2014 to 12 November 2020, he was the president of Conotoxia spółka z ograniczoną odpowiedzialnością, which position he resumed on 22 October 2024 and still holds. Additionally, in the period from 30 May 2023 to 22 October 2024, he was a member of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością. Furthermore, from 4 March 2014 to the present, he has been the president of the management board of Conotoxia Holding spółka z ograniczoną odpowiedzialnością. Taking into account the above and the testimonies of the witnesses described above, as well as the explanations of Monika Jakubowska, there is no doubt that he was a person obliged to handle the affairs of the described entities and actually managed them.

The above circumstances are also reflected in the explanations of the suspect Robert Górny, who, although diminishing his own responsibility for the activities of the aforementioned companies, categorically pointed to the key role of Marcin Pióro, describing in detail the scope of his competencies and the division of duties. He also stated that Marcin Pióro is in the United States of America.

In light of the above, it was determined that in the period from at least the beginning of 2020 until 19 December 2024, Marcin Pióro, acting jointly and in agreement with Robert Górny and Monika Jakubowska, enabled, with the use of the Cinkciarz.pl mobile application, leading Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers to disadvantageously dispose of their property in the total amount of at least PLN 112,109,714.12, constituting a value greater than ten times the amount defining property of great value, by misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością through online currency exchange and from payment services offered by Conotoxia spółka z ograniczoną odpowiedzialnością to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, which constitutes an offence under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code.

Additionally, Marcin Pióro, being aware that funds paid by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers are used to finance the current operations of the Conotoxia Holding Capital Group and knowing, based on available account balances, that the amounts paid are no longer sufficient to cover transactions ordered by customers, continued to participate in the original procedure of extracting these funds for the benefit of the remaining entities belonging to the Holding Group. In the period from 7

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 35 of 523
SBU I LEGAL

October 2024 to 5 December 2024, namely, after the Polish Financial Supervision Authority withdrew the licence and after numerous customer complaints, jointly and in agreement with the previously mentioned, identified persons, he made transfers from Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością accounts for total amounts of PLN 620,000, USD 1,552,000, and EUR 265,000, as loans granted to Conotoxia Holding spółka z ograniczoną odpowiedzialnością, Conotoxia Holding Inc. with its registered office in the United States of America, Conotoxia Holding Ltd. Cyprus, and to his private bank account held in the United States of America. Consequently, it was determined that the suspect, by his behaviour, also fulfilled the elements of the offence specified in Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code, in relation to an amount greater than five times the amount defining property of great value.

By a decision of 9 July 2025, Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań in reference number III Kp 367/25 applied a preventive measure in the form of detention on remand pending trial for a period of 30 days from the date of detention against the suspect Marcin Pióro. On 25 July 2025, a wanted person notice was issued for the suspect.

The investigation of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań with reference number 2007-2.Ds.21.2024 is ongoing and is in the ad personam phase and is currently being conducted against three suspects.

The suspect Marcin Pióro, as soon as he learned about the criminal proceedings, deliberately and intentionally, at least since October 2024, has been hiding from law enforcement authorities outside the country. After the first procedural activities were undertaken in the case, he moved with his closest persons to the United States of America and made further preparations to transfer the remaining components of his own assets there.

Also noteworthy is the thread involving Marcin Pióro's involvement in the process related to granting loans to entities belonging to the Conotoxia Holding Capital Group and increasing the share capital of individual companies, as fulfilling the elements of an offence under Article 299 of the Criminal Code (money laundering). Some transactions, during which funds obtained from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers were transferred, amounting to a total of USD 1,252,000, included their transfer to accounts held in the United States of America, where the suspect is currently staying.

It has been established that Marcin Pióro resides in the United States of America at: 2411 Greenwood Avenue, Wilmette, Illinois 60091-1318. He is also the owner of an office located at 111 North Wabash Avenue, Suite 712, Chicago, Illinois 60602.

The statute of limitations for the offences alleged against the suspect Marcin Pióro under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code expires on 19 December 2054, and under Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code – on 5 December 2054.

Furthermore, I assure that Marcin Pióro will not be held criminally liable for other offences not covered by this request, nor will he be extradited to the authorities of another country.

In view of the above, the submission of this request is necessary and justified.

*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań *2*

Zastępca Prokuratora Regionalnego *[Deputy Regional Prosecutor]* in Poznań
*(-) illegible signature*
Adrian Lewandowski

Appendices:
1. one copy of the decision of Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań of 9 July 2025 in case III Kp 367/2025 on the application of detention on remand pending trial,
2. one copy of the wanted person notice of 25 July 2025,
3. an image of Marcin Pióro,
4. decision to present charges dated 5 March 2025,
5. decision to supplement the decision to present charges dated 30 May 2025,
6. excerpt from the provisions of the Act of 6 June 1997 Criminal Code (consolidated text – Journal of Laws of 2025, item 383), the Act of 29 September 1994 on Accounting (consolidated text – Journal of Laws of 2023, item 120 as amended) and the Act of 19 August 2011 on Payment Services (consolidated text – Journal of Laws of 2025, item 611 as amended) – applicable in the case (one copy)

*[National emblem of the Republic of Poland]*
**PROKURATURA REGIONALNA**
*[REGIONAL PROSECUTOR'S OFFICE]* **IN POZNAŃ**
**2ND DIVISION FOR FINANCIAL AND FISCAL CRIME**
ul. Solna 10
61-736 POZNAŃ
phone: 61 885 2900, fax: 61 885 2902
biuro.podawcze.rppoz@prokuratura.gov.pl

2007-2.Ds.21.2024

**Municipal Police Headquarters**
**in Zielona Góra**

## WANTED PERSON NOTICE

Agata Ludwiczak – prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań pursuant to the decision to search for the suspect **Marcin Pióro** with a wanted person notice of 25 July 2025 issued in case 2007-2.Ds.21.2024;

I. **Hereby orders search by a Wanted Person Notice of the below named suspect:**

1. Full name: **Marcin Pióro**
2. Alias: **None**
3. Father's name: **Wacław**
   Mother's first name and family name: **Bożena née Kulesza**
4. Date and place of birth: **6 September 1980, Szczecin**
5. Personal Identification Number (PESEL): **80090604892**
6. Last place of registration: **ul. Beżowa 1, 65-128 Zielona Góra**
7. Last place of residence: **ul. Beżowa 1, 65-128 Zielona Góra**
8. Last place of work: **Cinkciarz.pl spółka z ograniczoną odpowiedzialnością ul. Wrocławska 17B, 65-427 Zielona Góra**
9. Occupation: **entrepreneur**
10. Citizenship: **Polish**
11. Gender: **male**
12. Description:

| | | | |
|---|---|---|---|
| height in cm: | **177 cm** | hair: | **no data** |
| Forehead: | **no data** | face: | **no data** |
| eyes: | **hazel** | ears: | **no data** |
| nose: | **no data** | mouth: | **no data** |
| identifying marks: | **no data** | | |
| other features: | **no data** | | |

SBU - LEGAL
EX13-PIORO-0037

Description from records maintained under the law by public authorities.

13. Information on the content of the charge made: the suspect was charged with committing the offence of fraud in the amount of at least PLN 112,109,714.12 to the detriment of several thousand victims, namely under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code and committing the offence of money laundering from the above-mentioned prohibited act, namely under Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code.

14. Date and reference number of the decision on detention on remand pending trial:

    **Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań, 8th Criminal Division, decision of 9 July 2025, reference number VIII Kp 367/25.**

II. The dissemination of the Wanted Person Notice will occur through distribution to police units.

**Anyone who knows the whereabouts of the wanted person is urged to notify the nearest police unit or the prosecutor (Article 280 paragraph 1 point 4 of the Code of Criminal Procedure).**

**We hereby warn that harbouring a wanted person or aiding and abetting their escape is punishable by imprisonment of up to 5 years (Article 239 paragraph 1 of the Criminal Code).**

**Assurances are given to maintain secrecy about the informer (Article 280 paragraph 2 of the Code of Criminal Procedure).**

*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań *2*

**Prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań**
*(-) illegible signature*
**Agata Ludwiczak**

**Appendices:**
- copy of the decision on detention on remand pending trial.
- warrant of admittance to the nearest pre-trial detention centre or penal institution
- order to bring in.

**Prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań**
*(-) illegible signature*
**Agata Ludwiczak**

SBU - LEGAL    EXHIBIT-ORO-00038

**VIII Kp 367/25**
**2007-2.Ds.21.2024**

**DECISION**

9 July 2025

Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań, 8th Criminal Division, composed of:
Chairperson: Judge Marta Zaidlewicz
Clerk: Amelia Żakowicz

with the participation of the Prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań: Anna Marszałek and Agata Ludwiczak
after examining on 9 July 2025 in the case of:

**Marcin Pióro**, son of Wacław and Bożena née Kulesza, born on 6 September 1980, Personal Identification Number (PESEL): 80090604892, last residing at ul. Beżowa 1, 65-128 Zielona Góra, but not currently staying at the indicated address.

**suspected that:**

1. in the period from at least 2020 until 19 December 2024, in Zielona Góra and other locations throughout Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit, making the commission of crimes a regular source of income, as the president of the management board of the companies: Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością, and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia spółka z ograniczoną odpowiedzialnością, acting jointly and in agreement with Robert Górny, who until 22 October 2024 was a member of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, in the period from 29 November 2020 to 22 October 2024 the president of the management board of Conotoxia spółka z ograniczoną odpowiedzialnością, and from 22 October 2024 an independent proxy of the indicated company, and Monika Jakubowska, chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, and from 17 October 2024 an independent proxy of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and from 14 October 2024 an independent proxy of Conotoxia spółka z ograniczoną odpowiedzialnością, led customers of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością to disadvantageously dispose of their property in the total amount of at least PLN 112,109,714.12, constituting a value greater than ten times the amount defining property of great value, by misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością through online currency exchange and from payment services offered by Conotoxia spółka z ograniczoną odpowiedzialnością, to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, as a result of which, among others, were harmed:

1. Abramczuk Paweł in the amount of PLN 1,969.00, USD 1,000.00, EUR 1,000.00, CHF 162.12
2. Abramek Wiesława/ Abramek Krzysztof in the amount of PLN 42,676.00 (EUR 10,000.00)
3. Adamczak Julia in the amount of EUR 2,500.00 (PLN 10,688.08)
4. Adamczak Natalia in the amount of USD 21,843.00, CAD 52,813.00, PLN 175.71, and GBP 18,286.02
5. Adamczyk Tomasz in the amount of PLN 4,085.20 and EUR 4,708.01

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 39 of 523
SBU - LEGAL    EX-11-ORO-00039

6. Adamczyk Paweł in the amount of PLN 4,184.41 and CHF 1,007.29

7. Adamska Justyna in the amount of PLN 2,874.08 (EUR 658.00)

8. Adamski Krzysztof in the amount of EUR 700.00 (PLN 2,984.03)

9. Adamski Mariusz in the amount of PLN 3,200.00, USD 12,472.88, EUR 17,631.85

10. Adach Marcin SAVAPROM in the amount of EUR 10,000.00 (PLN 43,104.00)

11. Adydan Rafał in the amount of PLN 578.80

12. Agencja Artystyczna BELLA VOCE Rafal Tomkiewicz in the amount of EUR 6,300.00 (PLN 27,885.65)

13. Alpai Yagiz in the amount of PLN 12,082.28

14. Alicja Fitness Motivation/ Janowicz Alicja in the amount of PLN 285,793.87

15. Andrzejewski Sebastian in the amount of USD 8,438.58

16. Andreatto-Jednoróg Danuta in the amount of EUR 6,601.91

17. Anuszkiewicz Maciej in the amount of PLN 10,169.44

18. Albusz Karolina in the amount of PLN 50,000.00 (EUR 11,621.96)

19. ARMASTER Maciej Zawicja in the amount of PLN 21,568.00

20. Kluczyński Paweł and Małgorzata Kluczyńska acting on behalf of Airpotic sp. z o.o. in the amount of EUR 100,000.00 (PLN 431,050.00)

21. Andrzej Chmielewski in the amount of PLN 16,500.00, JPY 1,252,260.00, NOK 61,550.70

22. Anioła-Hemmaty Karolina in the amount of PLN 42,304.23

23. Antoniuk - Wójcik Aleksandra in the amount of PLN 1,800.00 (EUR 411.10)

24. Apacki Szymon in the amount of PLN 856.34, EUR 5,120.46, USD 3,701.87, CHF 3,142.52

25. Augustyniak Wojciech in the amount of PLN 8,554.00 and EUR 36,000.00

26. Augustynowicz Sebastian in the amount of PLN 83,670.83, EUR 1,978.01

27. AUTOS-TOP SP. Z O.O./Czeczot Łukasz in the amount of PLN 50,248.10 (EUR 10,500.00)

28. ART FOR FUN Aneta Adamoszek- Papina in the amount of PLN 5,254.97 and EUR 11,498.69

29. Arkuszewski Jacek in the amount of EUR 3,491.21 (PLN 15,000.00)

30. Avelino Da Sika Aleksandra in the amount of EUR 5,000.00 (PLN 21,693.00)

31. Badach Kamil in the amount of EUR 1,100.00 (PLN 4,706.90)

32. Bajor Jerzy in the amount of PLN 4,665.70 (CHF 1,000.00) and PLN 823.46 (USD 200.00)

33. Bajorski Marcin in the amount of EUR 1,371.74, USD 41.07, PLN 130.33

34. Bajster Robert in the amount of PLN 1,289.13 and EUR 253.69

35. Bagliński Tomasz in the amount of PLN 25,800.00 (EUR 6,027.47)

36. Bailey Barbara in the amount of GBP 4,000.00 (PLN 20,545.20)

37. Bak Dariucz/Rok Marlena in the amount of EUR 2,000.00 (PLN 8,473.80)

38. Balcerzak Agnieszka in the amount of PLN 45,026.61

39. Balińska Aleksandra in the amount of EUR 300.00 (PLN 1,290.30)

40. Banach Olga in the amount of PLN 47,757.12

41. Banaś Mariusz in the amount of EUR 15,000.00 (PLN 64,080.00)

42. Banaś Dariusz in the amount of PLN 12,918.90 (EUR 3,000.00)

43. Banaś Bartłomiej in the amount of GBP 1,000.00 (PLN 5,123.92)

44. Bandyk Jacek in the amount of EUR 1,000.00, (PLN 4,302.10)



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 40 of 523
SBU - LEGAL    EXIGFIORO-00040

45. Baniewicz Michał in the amount of PLN 39,012.30 (EUR 9,000.00)

46. Bańczyk Agata in the amount of PLN 755.77 (CHF 165.00)

47. Baran Tomasz in the amount of CHF 42.82, in order to obtain PLN 201.04 and CHF 334.00

48. Baran Adam in the amount of PLN 2,046.24

49. Baranowski Jakub in the amount of PLN 13,280.58, USD 903.05, EUR 110.16, GBP 207.91

50. Baranowska Iwona in the amount of EUR 2,000.00 (PLN 8,636.60)

51. Barańska Karina Anna in the amount of PLN 12,349.49 (CHF 2,650.00)

52. Barcewicz Marta in the amount of EUR 6,000.00 (PLN 25,864.80)

53. Barcikowski Przemysław in the amount of PLN 8,396.27 and EUR 296.00

54. Bargiel Mateusz in the amount of PLN 20,000.00 (EUR 4,575.09)

55. Barnaś Piotr in the amount of EUR 7,000.00, in order to obtain PLN 30,003.40

56. Barras Magdalena in the amount of CHF 10,000.00 (PLN 45,500.00)

57. Baron Arkadiusz in the amount of EUR 400.00, PLN 1,370.89

58. Baron Dawid in the amount of PLN 5,457.32

59. Bartosik Radosław in the amount of USD 24,638.54

60. Bartosik Bartosz in the amount of JPY 5,000,000.00 and USD 306.38

61. Bartosiak Jacek in the amount of PLN 2,315.71

62. Bartosiewicz Maciej in the amount of EUR 2,253.93

63. Bartosiewicz Magdalena in the amount of PLN 1,032.13 (USD 250.00)

64. Bartkiewicz Małgorzata in the amount of PLN 3,508.07

65. BARTEK CANDLES Małgorzata and Janusz Bryłkowscy Sp. j. in the amount of EUR 36,842.59 (USD 40,000.00) and EUR 200,000.00 (PLN 858,880.00)

66. Baryła Alicja in the amount of EUR 2,250.00 (PLN 9,618.98)

67. Baryłko Grzegorz in the amount of EUR 700.00 (PLN 3,000.20)

68. Bator Anna in the amount of PLN 34,778.40

69. Bator Dominika in the amount of GBP 3,480.96 (EUR 4,150.00)

70. Bębol Michał in the amount of PLN 17,206.70

71. Bąk Danusz in the amount of PLN 218,427.00

72. Bąk Karol in the amount of PLN 427.59 and EUR 600.00

73. Bąk Robert in the amount of EUR 1,000.00 (PLN 4,243.40)

74. Bąk Magdalena in the amount of EUR 2,060.00 (PLN 8,842.34)

75. Bąkowski Bartosz in the amount of CAD 12,309.29

76. Bącała Michał in the amount of USD 2,689.99 (PLN 10,599.10)

77. Bączkowski Jarosław in the amount of EUR 220.16 and PLN 2,700.00

78. Bednarski Rafał in the amount of PLN 38,521.80

79. Bednarek Grzegorz in the amount of PLN 7,304.95

80. Bednarczyk Marcin in the amount of PLN 128,860.18

81. Bednarczyk- Grabowska Aleksandra in the amount of PLN 2,100.00 (EUR 478.31)

82. Bednarz Robert in the amount of EUR 600.00 (PLN 2,578.00)

83. Bekier Dobiesław in the amount of PLN 648.34



Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 41 of 523

SBU - LEGAL

EX-USPIORO-0004P

84. Bekiesza Piotr in the amount of PLN 3,559.30 (EUR 825.00)

85. Bejko Przemysław in the amount of EUR 16,000.00 (PLN 68,416.00)

86. Berk Sylwia in the amount of PLN 666,056.86

87. Berkowska Marta in the amount of PLN 767.70 and GBP 200.00 (PLN 1,027.22) - łącznie PLN 1,794.72

88. Bereza Kamil in the amount of PLN 5,788.86

89. Bereźnicki Seweryn in the amount of EUR 1,598.98

90. Bernacki Andrzej in the amount of NOK 100,356.12 (PLN 35,857.24)

91. „Bernardinio" Beata Rybak in the amount of USD 5,853.66

92. Bestcan Spółka Jawna Tomasz Fabianowicz, Jacek Radosz, Paweł Fabianowicz in the amount of PLN 238,519.26 (EUR 54,600.00)

93. Betlejewska Alicja in the amount of EUR 2,366.31

94. Better Futurę Fund/ Rabiej Sebastian in the amount of PLN 401,210.81 (USD 100,100.00)

95. Będziński Mateusz in the amount of USD 12,730.42 (PLN 51,451.27)

96. Białek Wojciech in the amount of PLN 5,875.59

97. Białowąs Sebastian in the amount of PLN 13,375.23 (PLN 58,003.02)

98. Bianciardi Maya in the amount of EUR 37,026.75 (PLN 160,000.00)

99. Biarda Agata in the amount of PLN 200,000.00 (EUR 46,493.17)

100. Biegalska Nikola in the amount of EUR 2,050.00 (PLN 8,710.45)

101. Biela Paweł in the amount of CHF 2,000.00

102. Bielak Mirosław in the amount of EUR 387.00 (PLN 1,674.01) and PLN 3,200.00 — łącznie PLN 4,874.01

103. Bielaszka Anna in the amount of PLN 5,120.37

104. Bielawa Roman in the amount of DKK 13,000.00 (PLN 7,551.70)

105. Bielawski Łukasz in the amount of EUR 1,000.64 (PLN 4,321.36)

106. Bielecki Michał in the amount of PLN 30,000.00 (EUR 7,007.71)

107. Bieliński Arkadiusz in the amount of PLN 2,000.00

108. Bieńkowski Michał in the amount of EUR 1,172.75 (PLN 5,000.00)

109. Biereźnicki Mirosław in the amount of PLN 2,338.21

110. Biniecka Martyna in the amount of PLN 44,294.10

111. Binkowski Maciej in the amount of PLN 4,780.42

112. Biłek Bartłomiej in the amount of USD 10,500.00

113. Bilkova Ivana in the amount of EUR 3,000.00 (PLN 12,899.70)

114. Bisewski Mikołaj in the amount of PLN 45,838.93

115. BIO-TRADER SP. Z O.O./Głuszek Stefan in the amount of EUR 590,176.77

116. Biuro Podróży Elżbieta/Kot Paweł in the amount of PLN 2,257.52 and EUR 1,213.69

117. Błaszczyk Piotr in the amount of EUR 322.88 and PLN 10,045.64

118. Bliźniak Bolesław in the amount of PLN 3,622.28

119. Blok Kamil in the amount of EUR 5,275.38 (PLN 22,594.98)

120. Błazewski Tomasz in the amount of PLN 49,185.92

121. Błaziak Damian in the amount of USD 2,141.07

122. Błotniak Piotr in the amount of PLN 21,795.00 (EUR 5,000.00)



Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 42 of 523

SBU - LEGAL

EXGPIGRO-00042

123. Bobek Dominik in the amount of EUR 5,000.00 (PLN 21,248.00)

124. Bobowski Wiesław in the amount of NOK 10,000.00 (PLN 3,605.00)

125. Bochnak Joanna acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 30,000.00 (PLN 129,327.00)

126. Bochnak Marek acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 40,000.00 (PLN 172,628.00)

127. Bochniarz Joanna acting on behalf of Centrum Innowacyjnej Edukacji in the amount of EUR 10,000.00 (PLN 42,798.00)

128. Boczarski Rafał in the amount of NOK 23,000.00 (PLN 8,358.20)

129. Boczkowska Marzena in the amount of EUR 3,336.67

130. Boczkowski Adrian in the amount of PLN 1,178.68 and USD 661.42

131. Bogaczuk Andrzej in the amount of USD 13,959.00

132. Bogocz Aleksander in the amount of USD 4,000.00, PLN 1,400.00, EUR 5,900.00, CHF 6,000.00

133. Bohucka Małgorzata in the amount of PLN 2,296.09 (CHF 491.95)

134. Bojarowska Ilona in the amount of PLN 48,540.00 (USD 12,308.86)

135. Bojczuk Adriana in the amount of PLN 175,328.00

136. Bombik Anna in the amount of PLN 700.00

137. Boniec Anna in the amount of USD 5,000.00 (PLN 20,016.50)

138. Boreczek Magdalena in the amount of PLN 25,675.20

139. Borenstein Dawid in the amount of PLN 4,000.00 (EUR 935.30)

140. Borczowski Marcin acting on behalf of Real-Construct sp. z o.o. in the amount of EUR 12,000.00 (PLN 51,300.00)

141. Borkowski Jacek in the amount of PLN 2,812.39

142. Borowiak Bartosz in the amount of EUR 2,805.25

143. Borowski Janusz in the amount of PLN 8,907.50

144. Borowski Rafał in the amount of PLN 15,299.51

145. Borowski Wojciech in the amount of PLN 10,000.00

146. Borowy Robert in the amount of PLN 64,966.06 and USD 5,300.00

147. Borys Magdalena in the amount of EUR 1,740.00 (PLN 7,441.98)

148. Boryń Jarosław in the amount of EUR 57.62

149. Borusiewicz Andrzej in the amount of USD 1,062.54

150. Bowsza Joanna in the amount of EUR 900.00 (PLN 3,851.91)

151. Branach Ewa in the amount of EUR 15,000.00 (PLN 64,575.00)

152. Brancewicz Michał in the amount of EUR 7,000.00 (PLN 30,002.70)

153. Brej Janusz in the amount of PLN 10,300.00 and GBP 4,000.00

154. Bronicz Sebastian in the amount of EUR 1,200.00 (PLN 5,195.16)

155. Broniszewski Andrzej in the amount of PLN 53,411.80 and EUR 12,500.00

156. Brosz Adrian in the amount of PLN 10,000.00

157. Bryl Katarzyna in the amount of EUR 10,000.00

158. Brymora Dawid in the amount of USD 12,984.62

SBU - LEGAL     EXHIBIT ORO-00043

159. Bryk Jakub in the amount of USD 50,000.00 (PLN 200,435.00)

160. Brzoza Andrzej in the amount of USD 1,000.00 (PLN 3,906.00), CHF 2,000.00 (PLN 9,110.80) and PLN 459.30 (CHF 100.00)

161. Brzozowski Robert in the amount of USD 83,105.32

162. Bródka Wojciech in the amount of EUR 638.64

163. Budek-Janek Beata in the amount of PLN 2,504.84

164. Budkowski Paweł in the amount of EUR 2,500.00 (PLN 10,781.50)

165. Budny Arkadiusz in the amount of EUR 6,090.00

166. Budzyński Piotr in the amount of PLN 11,783.03

167. Buhr Edyta Barbara in the amount of PLN 12,919.50

168. Bujniak Daniel in the amount of USD 27,550.00 (PLN 110,277.14)

169. Kucner Paulina in the amount of PLN 14,904.31

170. Byczyński Jacek in the amount of PLN 9,068.69

171. Byrska Wiktoria in the amount of PLN 5,435.86

172. Bzymek Martyna in the amount of EUR 900.00 (PLN 3,881.07)

173. Caban Łukasz in the amount of PLN 3,536.99

174. Cecula Bartosz - Pilotaż Transportów Nienormatywnych in the amount of PLN 54,102.45

175. Ceglarska Magdalena in the amount of PLN 31,102.80

176. Celmerowski Michał in the amount of PLN 181,837.60

177. Celegrat Krzysztof in the amount of PLN 59,920.50

178. CASSIOPEIA Sp. z o.o./ Olejniczak Wojciech in the amount of PLN 428,480.00

179. Chłopek Tomasz in the amount of PLN 2,112.31 (EUR 487.00)

180. Chachoń Damian in the amount of PLN 21,638.00 and EUR 1,959.26

181. Charchut Ewa in the amount of EUR 1,000.00 (PLN 4,275.50) and PLN 85.00

182. Charkiewicz Kamil in the amount of EUR 1,200.00 (PLN 5,189.04)

183. Chemiąz Teodor in the amount of PLN 177,056.24

184. Chejda Łukasz in the amount of PLN 60,000.00 and EUR 34,626.84

185. Chejda Sebastian in the amount of PLN 64,387.02 and GBP 1,000.00

186. Chmielnicka Marta in the amount of EUR 1,852.00 (PLN 7,874.15)

187. Chmielowiec Jacek in the amount of USD 10,000.00 (PLN 39,176.00)

188. Chochorowski Piotr, in the amount of PLN 74,326.83 and GBP 40,000.00

189. Chomicz Katarzyna in the amount of PLN 2,777.52 (CHF 600.00)

190. Choncel Anna in the amount of PLN 5,000.00

191. Chronowski Piotr in the amount of PLN 8,548.00

192. Chrostowski Paweł in the amount of EUR 1,008.18

193. Chwała Artur in the amount of PLN 1,750.00

194. Cliwazik Piotr in the amount of PLN 28,480.00

195. Chwiej Przemysław in the amount of EUR 2,030.74

196. Chwierut Paweł in the amount of USD 56,072.73

197. Chu Huu Nhan in the amount of PLN 974,800.00



SBU - LEGAL

EXHIBIT ORO-00044

198. Chudy Małgorzata in the amount of EUR 3,000.00 (PLN 12,830.10)

199. Chudy Ryszard in the amount of PLN 16,641.63

200. Chudzyński Krzysztof in the amount of PLN 22,584.00 and SEK 60,000.00

201. Chyłek Aneta Sylwia in the amount of PLN 8,668.07

202. Chyl Jolanta in the amount of USD 1,999.90 (PLN 8,182.60)

203. Chyliński Jarosław in the amount of PLN 168,888.20

204. Cimielewicz Paweł in the amount of EUR 1,000.00

205. Ciblik Katarzyna in the amount of GBP 4,750.00 (PLN 24,458.23)

206. Cichoń Michał in the amount of PLN 6,223.91 and EUR 2,211.55

207. Cichorski Michał in the amount of EUR 1,500.00 (PLN 6,461.25)

208. Cichosz Ireneusz in the amount of EUR 690.00 (PLN 2,943.06)

209. Cichosz Łukasz in the amount of PLN 9,100.00

210. Cichocki Paweł in the amount of PLN 10,546.14

211. Cichocka Lidia in the amount of EUR 727.53

212. Cichopek Jacek PLN 73,254.52

213. Cidyło Marcin in the amount of PLN 24,204.20

214. Ciećko Dominik in the amount of PLN 41,933.30

215. Ciesielski Michał in the amount of EUR 10,000.00 (PLN 43,404.00)

216. Ciesielski Michał (74100404552) in the amount of PLN 2,000.00 (EUR 463.90)

217. Ciesielski Daniel in the amount of USD 5,000.00 (PLN 19,878.50)

218. Ciesielski Andrzej in the amount of PLN 17,630.90 and EUR 3,874.40

219. Ciesielski Tomasz in the amount of PLN 429.38

220. Cisel Sławomir in the amount of GBP 75,000.00 (PLN 386,512.50)

221. Cieśliński Krzysztof in the amount of PLN 990.00 (GBP 190.11)

222. Mateusz Włodarczyk CLIMCRAFT in the amount of GBP 7,390.00 (EUR 8,782.28)

223. Connacci Ewa in the amount of EUR 950.00 (CHF 827.23)

224. COLOR WORKZ Grzegorz Skoneczny in the amount of EUR 13,500.00 (PLN 58,217.40)

225. Coleman Agata in the amount of USD 89,497.20

226. Cupak Adrian in the amount of USD 2,000.00 (PLN 7,803.40)

227. Cylwik Andrzej in the amount of USD 12,000.00 (PLN 46,826.40)

228. Ćmil Rafał in the amount of PLN 9,404.56

229. Ćwikła Sylwester in the amount of USD 5,091.52 (PLN 20,747.43)

230. Czaban Anatol in the amount of CHF 7,727.11 (PLN 35,068.72)

231. Czapla Ewelina in the amount of USD 5,000.00 (PLN 20,465.00)

232. Czapla Mariusz in the amount of PLN 12,837.10

233. Czaplewski Karol in the amount of PLN 30,206.06 (USD 7,400.00)

234. Czaplicki Antoni in the amount of PLN 2,070.48

235. Czarczyński Maciej in the amount of PLN 950.36

236. Czarnecka Sylwia in the amount of PLN 64,661.30

237. Czarnecka Teresa in the amount of EUR 16,000.00 (PLN 68,460.80)

SBO - LEGAL

EXORORO-00045

238. Czarnecki Marcin in the amount of EUR 16,435.77 and PLN 30,043.73

239. Czaja Daniel in the amount of EUR 700.00 and USD 1,600.00

240. Czajkowski Paweł in the amount of PLN 3,483.12

241. Czech Paulina in the amount of PLN 11,129.30

242. Czekierda Piotr in the amount of PLN 5,518.00 and EUR 700.00

243. Czerniak Maciej in the amount of PLN 21,322.58 and EUR 670.94

244. Czernicki Jan in the amount of PLN 24,101.03

245. Czerwiński Łukasz in the amount of EUR 1,000.00 (PLN 4,335.10), NOK 11,720.00 (PLN 4,236.78)

246. Czerwiński Zbigniew in the amount of EUR 9,965.00

247. Czestkowska Marta in the amount of PLN 8,578.30

248. Czopik Marcin acting on behalf of IAPS sp. z o.o. in the amount of EUR 60,000.00 (PLN 259,128.00),

249. Czopek Edyta in the amount of PLN 8,631.70

250. Czopko - Miohnik Ramona in the amount of PLN 3,927.50 (CHF 843.01)

251. Maria Szymańska - Graca acting on behalf of MARYTEX Sp. z o.o. in the amount of EUR 7,200.00

252. Mitura Patrycja in the amount of GBP 2,900.00 (PLN 15,087.83)

253. Jawid Piotr in the amount of EUR 1,000.00 (PLN 4,277.00)

254. JB TRANS JULIA BIŃKOWSKA/Bińkowska Julia in the amount of EUR 2,292.68

255. Damaskinos Kamila in the amount of PLN 49,336.30

256. Drzewiecka Celina in the amount of PLN 3,829.57 (EUR 883.00)

257. Dziedzic Marcin in the amount of PLN 20,000.00 (EUR 4,633.56)

258. Dziedzic Dariusz in the amount of EUR 25,000.00

259. Dziendziel Maciej in the amount of PLN 25,245.00 and CZK 150,000.00

260. Dziewulski Jarosław in the amount of PLN 5,919.06

261. Dzikowska Aleksandra in the amount of PLN 107.70

262. Dziocha Grzegorz in the amount of PLN 58,355.89

263. Dziub Jarosław in the amount of PLN 17,422.80 (EUR 4,000.00)

264. Dziuba Daria in the amount of GBP 1,850.00 (PLN 9,480.30) and EUR 1,730.00 (PLN 7,143.22)

265. Dziura Tomasz in the amount of EUR 2,000.00 (PLN 8,581.00)

266. Dziworska Diana in the amount of USD 60.15 and EUR 4,765.92

267. Dziworska Krystyna in the amount of PLN 10,000.00 (EUR 2,285.61)

268. Daniluk Roman in the amount of PLN 870.13, EUR 918.89 and USD 3,582.19

269. Daniłow Wojciech in the amount of PLN 2,031.98 (CHF 436.00)

270. Dargacz Piotr in the amount of PLN 52,735.27

271. Danisiewicz Krzysztof in the amount of PLN 92,499.15

272. DAPPI Sp. z o.o./Werblińska Angelika in the amount of EUR 20,000.00 (PLN 86,482.00)

273. Dargiewicz Janusz in the amount of EUR 50,000.00 (PLN 215,205.00)

274. Dąbek Jacek in the amount of PLN 26,320.90

275. Dąbkowski Damian in the amount of PLN 23,706.32

276. Dąbrowska Urszula in the amount of PLN 11,829.49 and USD 2,000.00

277. Dąbrowska - Goebel Izabela in the amount of PLN 20,557.10 (EUR 7,000.00)

SBU - LEGAL

278. Dąbrowska-Wyra Daria and Dąbrowski Łukasz in the amount of EUR 1,850.00 (PLN 7,907.03)

279. Dąbrowski Kazimierz in the amount of EUR 39,500.00 (PLN 170,057.30)

280. Denys Aleksander in the amount of PLN 6,451.14 (CHF 1,386.00) and PLN 109.45

281. Depta Krzysztof in the amount of EUR 2,000.00 (PLN 8,554.40)

282. Dębkowski Michał in the amount of PLN 5,100.00

283. Dębska - Stewart Bożena in the amount of GBP 2,000.00 (PLN 10,299.80)

284. Diduszko Mateusz in the amount of PLN 40,110.00

285. APF POLSKA Sp. z o.o./Karpowicz Agnieszka in the amount of PLN 566,417.28

286. Dłubacz Mateusz in the amount of PLN 36,089.38 (EUR 8,367.00)

287. Długosz Arkadiusz in the amount of PLN 42,881.28

288. Długosz Olga in the amount of USD 15,000.00

289. Dobrzański Kamil in the amount of EUR 3,000.00

290. Dobrzańska Karolina in the amount of GBP 92,536.06

291. Domański Dominik in the amount of PLN 37,149.44

292. Domański Dariusz in the amount of CHF 7,600.00 (PLN 33,164.44)

293. Domaszewicz Ewa in the amount of PLN 3,646.84

294. Domaszewski Piotr in the amount of PLN 29,999.00 (USD 7,361.09) and PLN 8,563.80 (EUR 2,000.00)

295. Domagała Mateusz in the amount of USD 10,750.00 (PLN 43,981.48) and EUR 4,014.00 (PLN 17,308.37)

296. Domagała Marcin in the amount of SEK 59,447.70

297. Domejko Krzysztof in the amount of PLN 8,172.19

298. Dominiczak Paweł in the amount of PLN 28,534.30

299. Domoradzka Monika in the amount of EUR 3,138.02 (PLN 13,512.94)

300. Donat Cierpik in the amount of PLN 2,953.77

301. Dokurno Anna in the amount of EUR 2,339.02

302. BIOSHELL Sp. z o.o./Domagała IVO in the amount of EUR 67,454.40 (PLN 289,789.10)

303. Musiał Sebastian in the amount of EUR 3,723.00 (PLN 16,125.80)

304. Musiał Kamil representing Doradztwo Gruntowe Kamil Musiał in the amount of EUR 15,019.00 (PLN 63,751.15), EUR 199.00 and USD 269.43 (EUR 245.52)

305. Musiał - Dominiak Roksana in the amount of PLN 5,509.58 (CHF 1,190.00)

306. Dowhan - Ostrowski Beata in the amount of PLN 4,999.90 (CHF 1,073.01)

307. Dovhanych Volodymyr in the amount of EUR 35,174.00 (PLN 138,093.12)

308. Draczyński Michał in the amount of PLN 7,211.27 and USD 1,148.55

309. Drescher Edyta in the amount of EUR 8,050.00 (PLN 34,463.66)

310. Drewniak Rafał in the amount of USD 10,805.00 and PLN 283.77

311. Drohomirecki Łukasz in the amount of PLN 3,663.55

312. Drużbiński Paweł in the amount of PLN 4,324.10

313. Włodzimierz Rogowski acting on behalf of AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA in the amount of EUR 2,500.00 (PLN 10,808.25)

314. Wrona Piotr in the amount of NOK 37,000.00 (PLN 13,394.00)

315. Dubis Jerzy in the amount of PLN 14,962.93

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 47 of 523
SBU - LEGAL    EXI9HORO-00047

316. Dubrawska Sylwia and Dubrawski Kamil in the amount of EUR 10,000.00 (PLN 43,023.00)

317. Duda Anna in the amount of PLN 98,118.00

318. Dudek Mariusz in the amount of PLN 10,000.00

319. Dudek Maciej in the amount of PLN 15,648.24 and EUR 3,489.28

320. Dudek Michał in the amount of PLN 5,018.62 (CHF 1,074.79) and EUR 98.47

321. Duszyński Przemysław in the amount of PLN 1,764.98 (CHF 377.43)

322. Durkiewicz Patryk in the amount of EUR 4,500.00 (PLN 19,373.40)

323. Duż Artur in the amount of PLN 32,341.82

324. Dworakowski Marcin in the amount of PLN 936.14 and CHF 1,518.00

325. Dydo Tomasz in the amount of PLN 758.06 and EUR 229.80

326. Dylgg Sławomir in the amount of EUR 30,923.40

327. Dylewski Artur in the amount of PLN 3,093.19 and USD 1,621.97

328. Dytz Magdalena in the amount of PLN 30,100.00

329. Dziadosz Paweł in the amount of PLN 2,214.91

330. Dziamski Piotr in the amount of USD 4,072.42 (PLN 16,000.00)

331. Dzioba Anna in the amount of EUR 7,300.00 (PLN 31,262.25)

332. Dżugan Marta in the amount of PLN 4,000.00

333. Ziarkowski Maciej in the amount of GBP 5,000.00

334. Żyrkowski Daniel acting on behalf of EKOROL in the amount of EUR 53,000.00 (PLN 229,961.70)

335. Żyszkowski Bartosz in the amount of PLN 640.71 and EUR 337.42

336. Żydak Przemysław in the amount of EUR 15,000.00 (PLN 64,678.50) · ·

337. Ilski Arkadiusz in the amount of PLN 1,286.10 (EUR 300.00)

338. Eksztein Paweł in the amount of PLN 8,645.60

339. Elak Hubert in the amount of EUR 279.28 and PLN 2,030.28

340. Faber Michał in the amount of PLN 4,300.00

341. Fanty Dawid in the amount of EUR 2,300.00 (PLN 9,943.59)

342. Filipczyński Artur in the amount of PLN 34,000.00

343. Filipkowski Ryszard Piotr in the amount of EUR 3,431.00

344. Finch Adam in the amount of GBP 1,000.00

345. Fedorczyk Bogusław in the amount of PLN 6,368.28

346. Fekete Robert in the amount of EUR 4,616.06 (PLN 20,000.00)

347. Flemmig Frederik in the amount of PLN 43,015.00 (EUR 10,000.00)

348. Flkiewitz- Bulatecka Dorota acting on behalf of ASG Technik in the amount of EUR 1,844.98 (PLN 7,929.45)

349. P.H. Prymus Violetta Burgielska in the amount of PLN 12,914.70 (EUR 3,000.00)

350. FHU P. Rejnis Transport/ Paweł Rejnis in the amount of EUR 8,000.00 (PLN 34,628.80)

351. Florczyk Marcin in the amount of JPY 1,659,723.00

352. Florczak Paweł in the amount of GBP 10,000.00 (PLN 51,907.00)

353. Francuz Krzysztof in the amount of PLN 10,238.40

354. Franek - Janicka Alicja in the amount of USD 16,254.96, CHF 5,438.37, EUR 12,634.00, GBP 5,661.77, PLN 23,072.34

SBU - LEGAL

EXHIBICRO-00048

355. Frankiewicz Gabriela in the amount of EUR 4,000.00 (PLN 509.10)

356. Frankowski Krzysztof in the amount of EUR 450.00 (PLN 1,949.04)

357. Frankowski Tomasz in the amount of EUR 100,000.00

358. Frączak Monika in the amount of PLN 1,305.87 (EUR 299.45)

359. Fredko Magdalena in the amount of EUR 2,000.00 (PLN 8,584.20)

360. Frontczak Mariusz in the amount of EUR 9,000.00 (PLN 38,920.50)

361. Formela Piotr in the amount of EUR 7,784.86

362. Fortuniak Rafał in the amount of EUR 3,170.00 (PLN 13,719.76)

363. Fotyniuk Katarzyna in the amount of EUR 39,566.85

364. Furmański Bartosz in the amount of PLN 14,222.38

365. Furmankiewicz Monika in the amount of PLN 3,257.10

366. Gabor Maria in the amount of PLN 13,709.26

367. Gabryś Artur in the amount of PLN 11,300.00 (EUR 2,611.47)

368. Gantz Gregor in the amount of PLN 72,830.023 and EUR 6,212.00

369. Gałązka Andrzej in the amount of EUR 3,480.00 (PLN 14,907.28)

370. Gałwa Wojciech in the amount of EUR 62,963.43

371. Galicki Tomasz in the amount of PLN 2,699.21 (CHF 581.00)

372. Galas Szymon in the amount of EUR 100,000.00

373. GAMBIT Damian Buczek in the amount of PLN 75,822.24 (GBP 14,700.50)

374. GAR Trans sp. z o.o. in the amount of EUR 4,000.00 (PLN 17,342.00)

375. G - Transport Rafał Gamrat in the amount of EUR 37.50 and PLN 10,806.08

376. Garbacz Grzegorz in the amount of PLN 53,854.67

377. Garbalski Adam in the amount of PLN 9,380.60

378. Gomuarnk Katarzyna in the amount of PLN 34,000.00 and CHF 3,996.00

379. Garwoliński Konrad PLN 200.57 and EUR 1,420.32

380. Gastropol Łukasz Targowski sp.k in the amount of EUR 25,000.00 (PLN 107,027.50)

381. Gaś Ireneusz in the amount of PLN 14,163.73 and USD 16,000.00

382. Gawłowski Rafał in the amount of PLN 13,058.58

383. Gawęda Dawid in the amount of EUR 315.00 (PLN 1,332.17)

384. Gajewski Robert in the amount of GBP 4,500.00 (PLN 22,986.90)

385. Gajewski Janusz in the amount of EUR 500.00 (PLN 2,142.00)

386. Gądela Edyta in the amount of PLN 728.49

387. Gąsiorowski Marcin in the amount of PLN 20,000.00

388. Gąsiorowski Sławomir in the amount of EUR 3,690.00 and PLN 3,772.00

389. Gąsiorek Anna in the amount of USD 81,568.00 (PLN 320,154.40)

390. Geliński Bartosz in the amount of NOK 22,500.00 (PLN 8,273.25)

391. Gentelman Tomasz in the amount of PLN 437,095.00

392. Gerlach Tadeusz in the amount of GBP 308.77

393. Gębka Weronika in the amount of PLN 4,646.71

394. Gębura - Nowak Karolina in the amount of USD 10,500.00 (PLN 42,649.17)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 49 of 523

SBU - LEGAL

EXUPIORO-00049

395. Gęsłowski Dawid in the amount of EUR 6,000.00 (PLN 26,112.00)

396. Gidek Andrzej in the amount of EUR 1,400.00 (PLN 5,987.38)

397. Gidyński Łukasz acting on behalf of LUXOFT in the amount of EUR 6,144.00 (PLN 26,418.59)

398. Giedrys Paweł in the amount of PLN 4,060.01

399. Gierak Mariusz in the amount of EUR 7,300.00 (PLN 31,257.46)

400. Gierlach Bogdan in the amount of PLN 3,617.15 (CHF 776.13)

401. Gil Daniel in the amount of PLN 5,116.30

402. Gilewski Błażej in the amount of PLN 1,659.91

403. Gils Gabriel in the amount of EUR 1,500.00 (PLN 6,406.11)

404. Giłżejewska Alina in the amount of PLN 4,000.00 (CHF 865.00)

405. Gintrowski Łukasz in the amount of GBP 60.35 (PLN 313.62) and EUR 507.26 (PLN 2,192.02)

406. Giziewski Tomasz Piotr in the amount of SEK 14,900.00 (PLN 5,505.55)

407. Gizińska Eryka in the amount of PLN 6,027.72 (CHF 1,300.00)

408. Gizulewska Maria in the amount of USD 12,970.66

409. Giżycki Mateusz in the amount of GBP 3,800.00 (PLN 19,448.40)

410. Gliński Paweł in the amount of PLN 4,886.76 (CHF 1,055.00)

411. CT Global Logistics Sp. z o.o. / Karolina Jasińska in the amount of PLN 95,407.65 (USD 23,500.00)

412. Głód Marcel in the amount of EUR 620.00 (PLN 2,644.42)

413. Głodzik Tomasz in the amount of PLN 388.91 and USD 71,772.51

414. Głogowski Marcin in the amount of PLN 186,028.00 (CHF 40,000.00)

415. Głowacki Marcin in the amount of EUR 1,200.00 (PLN 5,139.12)

416. Głowacki Jarosław in the amount of EUR 1,578.03, CZK 576.15, TRY 27.93

417. Głowacki Łukasz in the amount of USD 18,000.00 (PLN 71,515.80)

418. Głowacki Mariusz in the amount of JPY 2,150,000.00 and PLN 9,305.26

419. Gnaciński Krzysztof in the amount of EUR 4,600.00 (PLN 19,948.82)

420. Gnielka Łukasz Bartłomiej PLN 12,734.40

421. Gotkowicz Paweł in the amount of EUR 2,957.65 (PLN 12,550.20)

422. Goldsztejn Maciej in the amount of EUR 1,295.86 (PLN 5,500.00)

423. Goleniowski Patryk in the amount of PLN 2,715.45

424. Golonka Gabriela in the amount of EUR 4,000.00 (PLN 17,298.40) and EUR 3,000.00

425. Gołąb Karol in the amount of PLN 22,877.77, EUR 1,081.73 and USD 2,055.84

426. Gołąb Michał in the amount of EUR 1,075.90 (PLN 4,655.20)

427. Gołębiewska Kamila in the amount of EUR 9,000.00 (PLN 38,682.00)

428. Gołębiowska Barbara in the amount of PLN 32,018.59

429. Goncerzewicz Robert in the amount of GBP 40,000.00 (PLN 206,056.00)

430. Gonczaronek Tomasz in the amount of PLN 9,347.02

431. Gorzelany Adam in the amount of EUR 3,141.00

432. Graczyk Kamila in the amount of EUR 5,836.95 and USD 3,840.91

433. Grudowska Grażyna in the amount of PLN 1,678.21 (CHF 360.00)

434. Grudzińska Dagmara in the amount of PLN 2,095.34 (CHF 457.00)



SBU - LEGAL

EXIGMORO-00050

435. Grabiański Tomasz EUR 924.43

436. Gorezyńska Edyta in the amount of EUR 510.01 (PLN 2,210.43)

437. Górski Marcin in the amount of PLN 9,867.65

438. Górski Łukasz in the amount of PLN 2,452.11

439. Góralski Arkadiusz in the amount of EUR 1,300.00 (PLN 5,578.30)

440. Góralski Krzysztof in the amount of PLN 5,012.28 and CAD 8,700.00

441. Więckiewicz Grażyna in the amount of EUR 10,000.00 (PLN 43,043.00)

442. Grochala Szymon in the amount of EUR 3,000.00 (PLN 12,852.00)

443. Grochowski Roman in the amount of USD 10,000.00 (PLN 38,610.00)

444. Gromek Monika in the amount of USD 25,000.00 (PLN 98,040.00)

445. Gromek Dariusz in the amount of PLN 93,566.36 (JPY 3,522,650.00)

446. Gronkiewicz Agata/Mateusz Gronkiewicz in the amount of EUR 5,000.00 (PLN 21,550.50)

447. Grybel Tomasz in the amount of PLN 7,900.00

448. Grygiel Bogusław in the amount of PLN 1,842.82

449. Grygorowioz Patryk in the amount of EUR 900.00 (PLN 3,843.12) and PLN 700.00

450. Gryes Magdalena in the amount of PLN 1,946.18

451. Gryszka Łukasz in the amount of PLN 15,000.00 (EUR 3,440.37)

452. Gryszun Mateusz in the amount of USD 2,400.00 (PLN 9,499.92)

453. Gryko Tomasz in the amount of USD 985.84, EUR 1,055.45

454. Grzywaczyk Zbigniew in the amount of PLN 75,000.00

455. Grzyb Ewelina in the amount of PLN 9,456.30

456. Grzybowska Magdalena in the amount of EUR 5,000.00 (PLN 21,684.50)

457. Grzybowski Łukasz in the amount of EUR 1,000.00

458. Gubała Krzysztof in the amount of PLN 200,000.00 (USD 50,000.00)

459. Gubała Mariusz in the amount of PLN 4,000.00 (EUR 933.64)

460. Gucwa Maria in the amount of PLN 2,173.00

461. Gugała Elżbieta in the amount of PLN 688,534.70 and USD 77,000.00

462. Gulbierz Tomasz in the amount of PLN 9,819.50, EUR 900.00 and USD 10,000.00

463. Gunia-Krzyżak Agnieszka in the amount of EUR 200.00 (PLN 862.66)

464. Gulaś Karol in the amount of CHF 11,041.96, EUR 25,291.97, GBP 9,971.00, USD 22,809.40

465. Gustaw Edyta in the amount of EUR 350.01 (PLN 1,498.95)

466. Gużewski Rafał in the amount of EUR 9,400.00 (PLN 40,799.08)

467. Gwiaździński Daniel in the amount of SEK 1,108.24 (PLN 406.83)

468. Gwiżdż Damian acting on behalf of Górka-Trans Szczyzek, Gwiżdż Sp. J. in the amount of PLN 35,868.34

469. Gwiżdż Sebastian in the amount of EUR 1,000.00 (PLN 4,296.80)

470. Hachuła Piotr in the amount of EUR 6,599.07 (PLN 28,233.48)

471. Hadyniak - Kamińska Magdalena in the amount of USD 950.00

472. Halona Paweł in the amount of PLN 5,000.00 (EUR 1,155.64)

473. Halik Mariusz in the amount of JPY 148,483.00

474. Hałas Arnold in the amount of EUR 1,214.74

SBU - LEGALEXGPIORC-00081

475. Hałka Piotr in the amount of PLN 30,000.00

476. Hajduczenia Dariusz in the amount of EUR 2,844.00 (PLN 12,232.90)

477. Hajduk Artur in the amount of GBP 340.00 (PLN 1,738.68)

478. Hajdrych Maciej in the amount of NOK 20,000.00 (PLN 7,354.00)

479. Harasim Jakub in the amount of USD 74.98 and EUR 314.51

480. Harkabuzik Mateusz in the amount of EUR 1,000.00 (PLN 4,287.00)

481. Harkabuzik Agnieszka in the amount of EUR 1,710.00 (PLN 7,355.57)

482. Hauffa Marta in the amount of CHF 10,000.00 (PLN 45,348.12)

483. Hawro Konrad in the amount of USD 6,000.00 (PLN 23,793.60) and EUR 15,500.00 (PLN 66,712.00) - łącznie PLN 90,505.60

484. Hawrył-Adamozyk Katarzyna and Adamczyk Bartosz in the amount of PLN 29,037.80 and CHF 9,000.00

485. HANAMA Rafał Żak in the amount of EUR 3,591.40

486. HatPol Antoni Hat/ Hat Daniel in the amount of PLN 39,462.00

487. Hądz Wacław in the amount of EUR 800.00 (PLN 3,413.92)

488. Hełbowicz Aleksander in the amount of EUR 2,500.00 (PLN 10,742.50)

489. Hennek Patryk in the amount of PLN 4,346.29

490. Henzel Jan in the amount of PLN 236.08

491. HMPA Daniel Łorunko in the amount of EUR 10,000.00 (PLN 43,130.00)

492. Hołuta Marcin in the amount of PLN 4,300.00

493. Holak Bernadeta in the amount of EUR 213.59 and PLN 10,274.80

494. Hołubowska Aleksandra in the amount of EUR 2,000.00

495. Hordecki Mateusz in the amount of PLN 4,302.17

496. Hosner Ryszard in the amount of PLN 619.73

497. Hospod Paweł in the amount of PLN 18,003.74

498. Hreczka Krzysztof in the amount of PLN 8,345.98

499. Hryniewicz Marek in the amount of EUR 46,800.05 (PLN 200,000.00)

500. Hudyka - Grzesik Ewelina in the amount of PLN 4,314.00

501. Hudzik Tomasz in the amount of EUR 2,400.00 (PLN 10,271.28)

502. Huk Tomasz in the amount of PLN 2,281.88 (CHF 492.57)

503. Humana Second Hand Poland Sp. z o.o./ Smolicki Jacek in the amount of EUR 16,313.32 (PLN 70,060.82)

504. Hutyra Wioleta in the amount of GBP 5,000.00 (PLN 25,658.50)

505. HyperHub Ltd. With its registered office in England / Damian Puczyński in the amount of PLN 281,666.37, PLN 173,104.00 (EUR 40,517.65), GBP 148,871.51, GBP 20,885.00 (EUR 25,218.73), EUR 13,740.69, USD 12,800.00 (EUR 11,828.76)

506. Mierzejewska Bożena in the amount of PLN 2,143.70

507. Miłcz Bartłomiej in the amount of EUR 2,000.00 (PLN 8,508.00)

508. Moliński Piotr in the amount of EUR 400.92 and PLN 1,615.50

509. Imielski Karol in the amount of GBP 3,100.00 (PLN 15,965.31)

510. Idziaszek Weronika in the amount of EUR 2,000.00 (PLN 8,527.00)

511. Idźkiewicz Marcin in the amount of EUR 1,000.00 (PLN 4,280.92)



SBU - LEGAL

EX10910RO-00052

512. Łącka Sylwia Grażyna in the amount of PLN 7,400.00 (EUR 1,723.92)

513. Lazuga Marcin in the amount of USD 7,378.55

514. Łyszczek Paweł in the amount of PLN 35,000.00 (GBP 6,733.62)

515. Łyskawa Paweł Stowarzyszenie Krakowski Teatr Tańca in the amount of EUR 3,500.00

516. Łyżwa Przemysław in the amount of EUR 3,000.00

517. Igielski Adam in the amount of USD 25,595.00 (PLN 101,537.92)

518. Ignasiak - Kretowicz Justyna in the amount of CHF 20,000.00 (PLN 90,880.00)

519. Ignasiak Andżelika in the amount of PLN 41,166.60 (EUR 9,500.00)

520. IGNASMET Mariusz Ignatowicz/ Ignatowicz Marcin in the amount of EUR 80,000.00 (PLN 341,336.00)

521. Zięba Bogumił representing Inovatics AGV sp. z o.o. in the amount of EUR 15,653.11 (PLN 67,000.00), USD 42,560.00

522. Zięba Tomasz in the amount of PLN 21,352.00

523. Żak Michał in the amount of PLN 21,931.09 (USD 5,501.00)

524. Żak Katarzyna in the amount of PLN 22,336.50

525. Żak Mirosław in the amount of PLN 3,822.94

526. Żelaśkiewicz Adam in the amount of GBP 2,000.00 and PLN 12,478.80

527. Żołnierczyk Piotr in the amount of EUR 900.00

528. Żukowski Michał Radosław in the amount of EUR 25,000.00 (PLN 107,787.50)

529. Żerański Radosław in the amount of PLN 710.03

530. Żurawka Sławomir in the amount of PLN 1,297.91 (CHF 280.00)

531. Żurawicki Jarosław in the amount of PLN 4,318.87

532. Żurowski Dawid in the amount of PLN 6,330.94 (CAD 2,000.00)

533. Iwanicki Andrzej in the amount of PLN 39,950.00

534. Iwańska Wioleta in the amount of PLN 10,000.00

535. Iwanowski Paweł in the amount of PLN 3,647.26 (EUR 835.32)

536. Iwanowski Tomasz in the amount of CAD 2,711.46

537. Iwanucha - Blumberg Lidia in the amount of PLN 2,154.05

538. INTECH TECHNICAL DOCUMENTATION SP. Z O.O./Kaczorowski Arkadiusz in the amount of EUR 20,000.00 (PLN 85,692.00) and USD 22,000.00 (PLN 86,169.60)

539. Jachowicz Zbigniew in the amount of PLN 14,000.00 (CHF 3,030.25)

540. Jachowski Dariusz in the amount of EUR 400.00 (PLN 1,718.72)

541. Jachimska-Małkiewicz Katarzyna in the amount of PLN 128,700.00 (EUR 30,000.00)

542. Jachna Anna in the amount of PLN 2,408.68 (CHF 524.07)

543. Jackowiak Marcin in the amount of PLN 1,400.00

544. Jackowiak Krzysztof in the amount of EUR 1,051.19

545. Jacków Jacek in the amount of EUR 10,000.00

546. Jadczyk Mateusz in the amount of EUR 2,000.00 (PLN 8,511.60)

547. Jakś Tomasz in the amount of PLN 9,828.59 (EUR 2,300.00)

548. Jakubczak Jarosław in the amount of NOK 40,000.00 (PLN 14,592.00)

549. Jakubczak Przemysław in the amount of NOK 40,000.00



SBU - LEGAL

EXGPGRO-00053

550. Jakubczak Karolina in the amount of PLN 10,000.00

551. Jakubaszek Przemysław in the amount of CHF 14,993.00

552. Jakubiuk Sławomir in the amount of CHF 913.28

553. Jakubowicz Piotr in the amount of PLN 38,739.23

554. Jałowiec Maciej in the amount of PLN 5,188.52 (EUR 1,200.00)

555. Janczy Janusz in the amount of PLN 3,770.56

556. Janeczek Robert in the amount of PLN 175,959.03

557. Janiec Jakub Kacper in the amount of EUR 2,000.00

558. Janik Patryk in the amount of PLN 30,000.00 and EUR 3,000.00

559. Jankowski Mateusz (residing in Dolioe) in the amount of USD 3,000.00 (PLN 11,892.40)

560. Jankowski Mateusz (residing in Giżycko) in the amount of PLN 26,000.00

561. Jankowski Karel in the amount of EUR 3,000.00 (PLN 12,903.40)

562. Jankowski Karol in the amount of GBP 1,327.00 (PLN 6,834.88)

563. cVest sp. z o.o. in the amount of EUR 4,760.00 (PLN 20,487.99)

564. Janowski Robert in the amount of EUR 16,000.00 (PLN 68,516.80)

565. Janowski Mirosław in the amount of PLN 4,375.00

566. Janowski Mariusz in the amount of PLN 2,568.50 (CHF 550.00)

567. Janowski Marcin in the amount of EUR 12,000.00 (PLN 51,703.20)

568. Januszek Maciej in the amount of EUR 62,966.01 (PLN 270,980.52)

569. Jarek Arkadiusz in the amount of EUR 6,200.00 (PLN 26,897.46)

570. Jarecka Barbara Krystyna in the amount of EUR 3,500.00 (PLN 15,055.35)

571. Jargan Tomasz in the amount of EUR 11,170.22

572. Jasina Jarosław in the amount of PLN 90,267.90

573. Jasiewicz Elżbieta in the amount of PLN 43,104.00

574. Jasiok Dawid in the amount of EUR 7,500.00 (PLN 32,112.75)

575. Jaskierny Angelika in the amount of EUR 3,000.00 (PLN 12,818.40)

576. Jaskulski Piotr in the amount of PLN 2,421.02 (CHF 520.00)

577. Jastrzębski Daniel in the amount of EUR 15,841.97 (PLN 67,277.68)

578. Jastrzębowski Tomasz in the amount of EUR 2,566.32 (PLN 11,000.00)

579. Jaros Agnieszka in the amount of PLN 18,001.92

580. Jarosz Wadim in the amount of EUR 504.54

581. Jaworski Łukasz in the amount of EUR 19,091.69 (PLN 82,185.91)

582. Jedliński Marcin in the amount of PLN 12,863.45

583. Jeremin Robert in the amount of PLN 6,000.00

584. Jerzewska - Palmer Teresa in the amount of USD 10,000.00

585. Jerzynowski Karol in the amount of PLN 2,833.33 (CHF 610.00)

586. Jewsiewiecki Bartosz in the amount of EUR 1,700.00 (PLN 7,279.17)

587. Jewtuschenko Andrij in the amount of PLN 1,310.37 (EUR 300.00)

588. Jeż Michał in the amount of PLN 5,000.00 (EUR 1,145.00)

589. Jędruszko Jacek in the amount of PLN 48,852.93



SBU - LEGAL     EXHIBIT RO-00054

590. Jędrzejek Sebastian in the amount of EUR 4,000.00 (PLN 17,162.40)

591. Jędrzejewicz Przemysław in the amount of PLN 7,075.85, EUR 2,727.39, CHF 455.75 and USD 998.56

592. Jędrzejczak Bartosz in the amount of PLN 7,374.41 (CHF 1,583.00)

593. Jędrzejczyk Marcin EUR 2,205.07

594. Jucha Piotr in the amount of PLN 6,943.76

595. JULEK-TRANS WYSZOGRODZKI/Wyszogrodzki Maciej in the amount of EUR 11,000.00

596. Juchlke Jarosław in the amount of PLN 11,568.60

597. Junkert Hubert in the amount of PLN 4,294.00

598. Jungbardt Tomasz in the amount of EUR 493.71

599. Jurasz Krystian in the amount of EUR 32,166.95 and USD 1,285.73

600. Jurczak Ryszard in the amount of CHF 319.88 and PLN 1,000.00

601. Jurczyk Mateusz in the amount of USD 12,000.00 (PLN 48,132.00)

602. Jurkiewicz Wojciech in the amount of PLN 10,370.98

603. Jurdziński Tomasz in the amount of PLN 779.20 and USD 1,996.00

604. Jus Anna in the amount of EUR 3,000.00 (PLN 12,985.50)

605. Justyński Rafał in the amount of USD 52,452.13, EUR 1,700.46, PLN 25,118.79

606. Juszkiewicz Arkadiusz in the amount of EUR 20,987.28 (PLN 89,934.69)

607. Juszkiewicz Aleksandra in the amount of GBP 440.00 (PLN 2,253.00)

608. Kachel Marek in the amount of CHF 4,363.21 (PLN 20,226.53)

609. Kacprzak Tomasz in the amount of USD 43,300.00 (PLN 168,818.04)

610. Kaczmarek Roman in the amount of EUR 1,000.00 (PLN 4,300.80)

611. Kaczmarek Renata in the amount of PLN 700.00 and EUR 184.84

612. Kaczmarzyk Dagmara in the amount of EUR 23,217.23 and PLN 7,146.80 (EUR 1,650.00)

613. Kaczorowska Olga in the amount of EUR 10,000.00 (PLN 43,025.00)

614. Kaczyńska Anna in the amount of PLN 1,847.78 (CHF 400.56)

615. Kahan Wojciech in the amount of EUR 9,640.00 (PLN 41,857.84)

616. Kaługa Henryk in the amount of PLN 910.04

617. Kałuża Tomasz in the amount of PLN 1,772.44 (EUR 405.00)

618. Kałużny Krzysztof in the amount of USD 4,451.92

619. Kamecki Jerzy in the amount of USD 39,647.00 (PLN 162,386.18)

620. Kamiński Andrzej in the amount of EUR 2,000.00 (PLN 8,640.00)

621. Kamiński Piotr in the amount of PLN 68,004.30

622. Kamiński Paweł in the amount of EUR 9,234.89 (PLN 40,000.00)

623. Kamiński Tomasz in the amount of EUR 2,467.63, USD 1,984.64 and PLN 840.22

624. Kamińska Joanna in the amount of USD 771.07, EUR 4,739.54, PLN 93.72

625. Kamińska Justyna in the amount of EUR 500.00 (PLN 1,300.26)

626. Kamianowski Maciej in the amount of PLN 4,355.30 (EUR 1,000.00)

627. Kamyszek Tomasz in the amount of EUR 3,700.00 (PLN 15,863.77)

628. Kanak Kacper in the amount of PLN 10,358.26

629. Kania Piotr in the amount of EUR 2,215.00 (PLN 9,553.96)



SBU - LEGAL

EXH-HORO-00055

630. Kania Krzysztof in the amount of PLN 15,727.19

631. Kania Agnieszka in the amount of EUR 1,000.00 (PLN 4,337.30)

632. Kanonik Piotr in the amount of EUR 1,500.00 (PLN 6,430.05)

633. Kaleta Mariusz in the amount of EUR 3,000.00 (PLN 12,933.30)

634. Kalicki Jacek in the amount of CZK 42,416.35 and EUR 1,473.69

635. Kalisz Paweł in the amount of PLN 381.35 and CHF 338.83

636. Kalinowski Zbigniew in the amount of PLN 2,361.00 and NOK 274,593.94

637. Kalinowski Piotr in the amount of USD 63,000.00 and PLN 721.43

638. Kaługa Darek in the amount of USD 3,900.00 (PLN 15,302.43)

639. Kasiewicz Alicja in the amount of EUR 200.00 (PLN 848.84)

640. Kasicki Rafał Marian in the amount of PLN 9,425.69 and GBP 18,674.49

641. Kass Łukasz in the amount of EUR 2,600.00 (PLN 11,257.48)

642. Karbownik Piotr in the amount of PLN 397.65 and EUR 7,685.00 (PLN 32,802.65)

643. Karcz Karolina in the amount of PLN 10,221.22

644. Karlińska Justyna in the amount of EUR 950.00 (PLN 4,079.78)

645. Karnecka Viktoria in the amount of EUR 27,200.00 and PLN 10.30

646. Karolowicz Karol in the amount of PLN 55,456.20

647. Karoń Adam and Karoń Małgorzata Warsztat Szewski s.c. in the amount of EUR 20,000.00

648. Karpowicz Agata in the amount of PLN 21,366.80 and EUR 5,000.00

649. Karpiński Adam Marek in the amount of PLN 2,344.38 (CHF 503.42)

650. Karpiński Przemysław in the amount of PLN 46,332.00 and CHF 1,500.00

651. Karpiński Łukasz in the amount of EUR 245.00 and PLN 3,065.75

652. Kazanowski Tomasz in the amount of EUR 200.00 (PLN 860.04)

653. Kazanowski Radosław in the amount of CHF 217.40 and PLN 1,003.18

654. Kaznowski Michał in the amount of PLN 9,000.00

655. Kaziuk Tomasz in the amount of PLN 687.46 and EUR 400.00

656. Kącka Marzena in the amount of PLN 1,308.76 (EUR 300.00)

657. Kielski Leszek in the amount of PLN 50,000.00 (GBP 9,565.23)

658. Kiełtyka Piotr in the amount of PLN 16,044.95

659. Kiełtyka Maciej in the amount of USD 13,715.92

660. Kiepura Sławomir in the amount of PLN 1,200.00, GBP 2,816.37, and CHF 5,165.57

661. Kiermasch Piotr in the amount of EUR 1,901.31, PLN 1,677.25, USD 1,872.90

662. Kierkowski Sylwester in the amount of GBP 9,000.00 (PLN 46,854.00)

663. Kiewicz Andrzej in the amount of PLN 2,899.06 (CHF 620.00)

664. Kurzepa Leszek in the amount of PLN 3,596.18

665. Kurzok Sebastian in the amount of PLN 177,360.41

666. Kik Dawid in the amount of EUR 28,500.00 (PLN 123,313.80)

667. Kiraga Michał in the amount of PLN 5,153.43

668. Kita Elżbleta in the amount of PLN 49,340.75

669. Kitowski Tomasz in the amount of PLN 798.58 and EUR 499.00



SBU - LEGAL

EXHIBIT ORO-00056

670. Kisala Daniel in the amount of PLN 2,142.37

671. Kisiel Dawid in the amount of NOK 40,000.00 (PLN 14,592.00)

672. Kieczewski Łukasz in the amount of PLN 12,662.08

673. Kleinowska Monika in the amount of PLN 721.14

674. Klepacka Beata in the amount of EUR 11,649.04 (PLN 50,000.00)

675. Klęsk Patryk in the amount of PLN 3,987.81

676. Knapczyk Sławomir in the amount of PLN 3,962.71

677. Knot Krzysztof in the amount of GBP 734.29

678. Knyszko Krzysztof in the amount of EUR 1,000.00 (PLN 4,331.20)

679. Kobiałka Łukasz in the amount of EUR 3,500.00 (PLN 15,199.10)

680. Kobiałka Grzegorz in the amount of EUR 36,802.18

681. Kobiałka Wioletta in the amount of EUR 28,640.00

682. Kobierski Mariusz in the amount of GBP 22,006.00

683. Kobryn - Bodanka Urszula in the amount of EUR 1,000.00 (PLN 4,299.50)

684. Kobojek Angelika in the amount of EUR 2,000.00 (PLN 8,604.40)

685. Kocik Marzena in the amount of PLN 2,140.80

686. Kociszewska Monika in the amount of PLN 1,856.76 (CHF 400.00)

687. Kocoń Dominik in the amount of PLN 525.16 (CHF 114.00)

688. Konur Sławomir in the amount of EUR 1,000.00

689. Kogut Ireneusz in the amount of PLN 1,171.61 (CHF 231.78)

690. Kołaciak Daniel in the amount of EUR 3,070.00

691. Kołakowski Grzegorz in the amount of PLN 2,282.24 (CHF 496.00)

692. Kołodziej Marcin CAR SYSTEM in the amount of EUR 16,117.52

693. Kołodziej Bartosz in the amount of PLN 45,133.48

694. Kołodziej Zbigniew in the amount of CHF 17,173.29 (PLN 77,448.00)

695. Kołodziejak Remigiusz in the amount of PLN 12,814.62

696. Kołodziejczak Tomasz in the amount of PLN 2,935.65 and EUR 10,400.00

697. Kołodziejczak Witold in the amount of PLN 201,822.08

698. Kołodziejczyk Jakub in the amount of PLN 41,397.70 and EUR 4,284.00

699. Kołodziejski Michał in the amount of PLN 215,880.00 (EUR 50,000.00)

700. Kożuchowski Maciej in the amount of PLN 6,565.05 (EUR 1,500.00)

701. Sopala Konrad in the amount of EUR 9,500.00 (PLN 40,801.55)

702. Socha Justyna in the amount of GBP 70,000.00

703. Solanko Grzegorz in the amount of EUR 7,353.48 (PLN 31,246.57)

704. Szmagalski Konrad in the amount of USD 171.18

705. MJS SP. Z O.O. SP. K./Szmurio Jarosław in the amount of USD 22,636.00 (PLN 88,923.26)

706. Kopet Paweł in the amount of EUR 464.36 (PLN 2,000.00)

707. Koperczuk Damian in the amount of EUR 1,600.00 (PLN 6,888.00)

708. Koperczuk Renata in the amount of EUR 2,850.00 (PLN 12,270.68)

709. Koperda Tomasz in the amount of PLN 16,368.90

SBU - LEGAL

EXHORO-00057

710. Koperwas Kamil in the amount of PLN 25,748.50 and GBP 2,575.33

711. Koralewski Rafał in the amount of PLN 100,000.00

712. Kordaczuk Sławomir in the amount of CHF 586.67 (PLN 2,734.70)

713. Korotkiewicz Adrian in the amount of PLN 17,114.20

714. Korpal Piotr in the amount of EUR 35,818.00 (PLN 154,336.49)

715. Korytowska Małgorzata in the amount of CZK 26,000.00 (PLN 4,306.31)

716. Korus Tomasz in the amount of PLN 6,852.03 (CHF 1,488.72),

717. Korzec-Frejowska Magdalena in the amount of PLN 11,217.00, SEK 40,000.00 (PLN 16,003.00) - łącznie PLN 27,220.00

718. WGS Polska sp. z o.o. in the amount of SEK 30,000.00 (PLN 11,277.00)

719. Korzeniewska Barbara in the amount of PLN 130,367.22

720. Kos Tomasz in the amount of PLN 1,004.24

721. Kosakiewicz Michał in the amount of EUR 250.00 (PLN 1,071.50)

722. Kosior Paweł in the amount of PLN 7,653.14,

723. Kosiada Małgorzata in the amount of EUR 10,118.02

724. Kosowski Jarosław in the amount of PLN 18,522.70

725. Kossakowski Janusz in the amount of EUR 6,948.81

726. Kossowska Małgorzata in the amount of PLN 5,915.93 (EUR 1,370.00)

727. Kostecki Marek in the amount of PLN 17,262.21 and EUR 2,367.20

728. Koszuta Robert in the amount of EUR 211.54 and PLN 321.04

729. Kotarski Bartłomiej in the amount of EUR 1,300.00 (PLN 5,635.76)

730. Kotuła Grzegorz in the amount of EUR 1,900.00 (PLN 8,156.70)

731. Kotulak Marcin Krzysztof in the amount of PLN 11,063.52

732. Kotulski Paweł in the amount of USD 17,000.00

733. Kotulska Agnieszka in the amount of EUR 4,713.78

734. Kowalczyk Sylwia in the amount of USD 12,950.00 (PLN 53,326.80)

735. Kowalczyk Krystyna in the amount of PLN 2,061.01 (CHF 446.29)

736. Kowalczyk Michał PLN 2,537.29 (CHF 543.97)

737. Kowal Michał in the amount of PLN 10,088.00

738. Kowol Andrzej in the amount of PLN 5,116.24

739. Kowalewska Izabela in the amount of PLN 26,000.00

740. Kowalewska-Hope Anna in the amount of GBP 200.00 (PLN 1,024.96)

741. Kowalska Beata in the amount of EUR 1,800.00 (PLN 7,773.84)

742. Kowalska Magdalena in the amount of EUR 1,500.00 (PLN 6,480.45)

743. Kowalska Mirela in the amount of SEK 7,275.39, GBP 100.68, JPY 102,087.00

744. Kowalska Katarzyna in the amount of NOK 40,000.00 (PLN 14,504.00)

745. Kowalski Paweł in the amount of EUR 90,000.00 (PLN 385,903.99)

746. Kowalski Janusz in the amount of EUR 2,000.00, USD 3,992.99, PLN 7,693.03

747. Kowalski Piotr in the amount of PLN 950.02 and GBP 2,790.93 (EUR 3,311.22)

748. Kowalik Kazimierz in the amount of PLN 269.40 and EUR 821.07



SBU - LEGAL

EXUPIORO-00058

749. Ludwiński Mariusz in the amount of EUR 4,800.00 (PLN 20,664.96)

750. Koźlik Adrian in the amount of PLN 4,726.47

751. Krajewski Bogdan in the amount of PLN 42,800.00

752. Krajewska Agnieszka in the amount of PLN 3,930.00 (CHF 850.46)

753. Krajza Mariusz in the amount of EUR 1,000.00 (PLN 4,271.30)

754. Kramarski Daniel in the amount of PLN 44,875.54

755. Kras Marek in the amount of EUR 5,624.26 (PLN 22,333.80)

756. Krawczyk Rafał Mirosław in the amount of EUR 5,000.00 (PLN 21,429.00)

757. Krawczyk Michał in the amount of PLN 12,970.80 (EUR 3,000.00)

758. Krawczyk Wojciech in the amount of PLN 42,230.00

759. Kreczko Dariusz in the amount of PLN 14,019.16 and EUR 23,432.23

760. Kregiel Erie in the amount of PLN 90,000.00 (EUR 20,609.38)

761. Kremplewski Mariusz in the amount of USD 5,000.00 (PLN 19,797.00)

762. Krogul Mieczysław in the amount of PLN 32,000.00

763. Krotosik Ewelina in the amount of PLN 14,000.00 (EUR 3,232.62)

764. Krowicki Krzysztof in the amount of PLN 2,509.02 (CHF 538.00)

765. Król-Dębek Marta in the amount of PLN 202,016.80 and EUR 303.32

766. Kruczek Jacek in the amount of PLN 21,663.60

767. Krupa Mariusz in the amount of PLN 2,500.01 and EUR 748.15

768. Krupa Beata in the amount of EUR 1,000.00 (PLN 4,300.00)

769. Krzemień Agnieszka in the amount of PLN 6,000.00 (EUR 1,391.76)

770. Krzemieniewska Monika in the amount of EUR 2,000.00 (PLN 8,632.20)

771. Krzykwa Łukasz in the amount of GBP 2,000.00 (PLN 10,211.88)

772. Krzysztoszek Marta in the amount of USD 4,867.60 (PLN 20,000.00)

773. Krzywańska Patrycja (Stołowska) in the amount of EUR 23,439.00 (PLN 100,808.80)

774. Krzywda Tomasz in the amount of EUR 1,150.00 (PLN 4,913.61)

775. Krzyżanowski Dawid in the amount of EUR 1,875.00 (PLN 8,014.69)

776. Krzyżowski Ireneusz in the amount of PLN 1,470.36

777. Krzyżowski Krzysztof in the amount of NOK 30,000.00 (PLN 10,827.00)

778. Książek Teresa in the amount of PLN 49,862.51 (EUR 11,550.00)

779. Książek Kamil in the amount of EUR 4,500.00

780. Kuc Wiesław in the amount of EUR 60,000.00 (PLN 25,833.60)

781. Kucfir Krzysztof in the amount of EUR 1,500.00 (PLN 6,441.00)

782. Kucharski Artur in the amount of EUR 1,666.00 (PLN 7,136.64)

783. Kucharski Arkadiusz in the amount of USD 1,460.85

784. Kucharski Robert Tadeusz in the amount of PLN 63,724.45

785. Kuchta Michał in the amount of PLN 11,233.44 (CHF 2,400.00)

786. Kuczek Piotr in the amount of USD 992.65 (PLN 3,878.88)

787. Kuczyński Piotr in the amount of PLN 15,414.30

788. Kujawiak Marian in the amount of EUR 490.00 (PLN 2,126.40)



SBU - LEGAL

EX19-IGRO-00059

789. Kukuła Michał in the amount of USD 45,000.00 (PLN 179,095.50)

790. Kulbacki Wojciech in the amount of PLN 14,729.88 (USD 3,610.00)

791. Kulewicz Piotr in the amount of PLN 17,170.76

792. Kuleczka Piotr in the amount of EUR 17,000.00 (PLN 72,790.60)

793. Kulka Mateusz in the amount of PLN 34,733.60

794. Kulka Marcin in the amount of EUR 1,000.00 (PLN 4,326.80)

795. Kulikov Vladyslav in the amount of PLN 2,600.00

796. Kuligowski Adam in the amount of PLN 2,160.55

797. Kura Wojciech in the amount of EUR 11,130.00 (PLN 47,851.21)

798. Kurat Sebastian in the amount of PLN 51,500.00

799. Kurek Radosław in the amount of PLN 2,554.34 and EUR 898.96

800. Kurnik Piotr in the amount of PLN 5,667.90

801. Kurzydło Kamil in the amount of EUR 1,168.00 (PLN 5,054.05)

802. Midas sp. z o.o. in the amount of EUR 6,086.22 (PLN 26,351.51)

803. Kwasiborski Krzysztof in the amount of PLN 1,511.09 (EUR 350.00)

804. Kwaśniewska Katarzyna in the amount of EUR 2,150.00 (PLN 9,195.55)

805. Kwiatek Kamil in the amount of PLN 1,758.98

806. Kwiatkowska - Kwarta Danuta in the amount of EUR 2,000.00 (PLN 8,637.80)

807. Kwiatkowski Arkadiusz in the amount of PLN 30,223.51

808. Kwiatkowski Jakub in the amount of PLN 6,500.00 (CHF 1,400.71)

809. Kwiecińska-Awieruk Sylwia in the amount of CHF 10,171.88 (PLN 47,114.50)

810. Klimas Piotr Marek in the amount of PLN 11,785.46, EUR 100.20

811. Klimko-Kardel Sylwia in the amount of USD 3,449.81

812. Klimowicz Daniel in the amount of PLN 1,294.66

813. Klishevich Viktoryja in the amount of PLN 193,707.50 and EUR 10,000.00

814. Kyrcz Marta in the amount of CHF 847.47

815. Lach Katarzyna in the amount of CHF 17,430.99 (PLN 80,254.00)

816. Lachiewicz Czesław in the amount of PLN 7,944.00 and EUR 121,887.00

817. Lalewicz Anna in the amount of PLN 1,366.66 (CHF 296.00)

818. Lampka Anna in the amount of PLN 20,000.00 (EUR 4,616.93)

819. Langowski Adrian in the amount of PLN 270,000.00 (EUR 62,712.24)

820. Lankamer Maria in the amount of EUR 1,750.02

821. Laszczyk Ireneusz in the amount of USD 6,880.00

822. Natalia Langa LAN-WOOD HOUSE sp. z.o.o in the amount of EUR 60,000.00 (PLN 258,000.00)

823. Nadolna Marta in the amount of PLN 2,000.00 (CHF 434.53)

824. Nadolny Piotr in the amount of GBP 3,290.00 (PLN 16,980.00)

825. Nazarewski Stefan in the amount of PLN 25,005.00 (EUR 5,707.24)

826. Lech Mirosław in the amount of CHF 1,800.00 (PLN 8,190.18)

827. Lebioda Adrian in the amount of EUR 23.12, PLN 1,895.00, USD 1,001.46

828. Legierska Daria in the amount of PLN 2,600.00, EUR 6,000.00 (PLN 25,820.00), and EUR 6,960.00

SBU - LEGAL    EXT-FIORO-00060

829. Legat Radosław in the amount of NOK 6,614.99

830. Leitgeber Adrian in the amount of EUR 1,940.00 (PLN 8,332.43)

831. Leitermeier Aleksandra in the amount of EUR 4,000.00 (PLN 17,174.80)

832. Lenarczyk Michał in the amount of EUR 47,556.00 (PLN 201,894.24)

833. Leonowicz Lea in the amount of PLN 1,284.48

834. Lepich Marcin in the amount of PLN 2,478.00 and USD 11,220.23

835. Lesnal Marcin Mariusz in the amount of EUR 1,500.00 (PLN 6,422.85)

836. Lesiak Sławomir in the amount of EUR 2,865.00 (PLN 12,180.55)

837. Leszczyński Łukasz in the amount of EUR 50.00 (PLN 214.46)

838. Leszczyński Marcin in the amount of EUR 218.28, PLN 150.00, GBP 23.73

839. Leśniak Wojciech in the amount of PLN 42,831.24 and EUR 9,590.00

840. Leśniak Adrian in the amount of PLN 19,783.74

841. Leśniewski Michał in the amount of TRY 2,850.43 and PLN 4,343.96

842. Leśniewski Paweł in the amount of USD 40,000.00

843. Lettly sp. z o.o. Jakub Orłowski in the amount of EUR 90,000.00 (PLN 387,162.00)

844. Lew Natalia in the amount of PLN 21,530.03

845. Lewko Marian in the amount of SEK 55,000.00 (PLN 20,641.50)

846. Lewandowska Dorota in the amount of PLN 1,871.07 (CHF 402.00)

847. Lewalski Karol in the amount of PLN 13,565.94

848. Lewandowska Marlena in the amount of EUR 39.20

849. Linkiewicz Mateusz in the amount of PLN 4,284.60

850. Lievore Luca in the amount of PLN 21,380.00 (EUR 5,005.38)

851. Lipecka Anna in the amount of PLN 200.00 and CHF 1,911.13

852. Lipka Jacek in the amount of PLN 3,226.99 (EUR 740.00)

853. Lipiński Krzysztof in the amount of PLN 19,170.10

854. Lipiec Katarzyna in the amount of EUR 1,300.00 (PLN 5,541.72)

855. Lipińska Ewa in the amount of PLN 14,332.00 and EUR 3,032.00

856. Lisiak Iwona in the amount of PLN 2,658.70 (CHF 576.00)

857. Lisiecki Piotr in the amount of PLN 42,117.17

858. Lisowski Michał in the amount of PLN 12,910.50

859. Lisowski Piotr, Agata in the amount of EUR 2,000.00

860. Lisowski Janusz Piotr in the amount of EUR 2,267.00 and PLN 830.00

861. Liwak - Marzec Katarzyna in the amount of PLN 2,582.88

862. Lubaś Krzysztof in the amount of PLN 18,301.02

863. Lubiński Piotr in the amount of EUR 400.00 (PLN 1,715.44)

864. Lubojański Łukasz in the amount of PLN 12,731.43

865. Ludera Filip in the amount of PLN 14,060.61

866. Ludwiński Mariusz in the amount of EUR 4,800.00 (PLN 20,664.96)

867. Lulek Grzegorz in the amount of USD 1,150.00

868. Lusting Jarosław in the amount of EUR 896.37



SBU - LEGAL

EXHPIORO-00061

869. Skrok Lucjan in the amount of EUR 15,000.00 (PLN 64,662.00)

870. Skrobała Dariusz in the amount of PLN 10,000.00 (EUR 2,322.72)

871. Skrobek Marek in the amount of PLN 7,000.00 (USD 1,700.85)

872. Łabaj Maciej Jan in the amount of PLN 9,620.05 and EUR 2,000.00

873. Łach Maciej in the amount of PLN 22,799.00

874. Łachocka Paulina in the amount of EUR 8,067.56

875. Łajdyk Krystian in the amount of PLN 9,391.00 and GBP 1,000.00

876. Łask Elżbieta in the amount of PLN 1,077.28 (EUR 250.00)

877. Łaskowski Jacek in the amount of PLN 3,516.10 (CHF 760.00)

878. Laskowska Paulina in the amount of USD 25,500.00 (PLN 99,735.60)

879. Łasisz Dominik in the amount of PLN 2,380.95 (EUR 550.00)

880. Łata Marta in the amount of PLN 155,858.57

881. Łata Arkadiusz in the amount of EUR 4,700.00 (PLN 20,232.80)

882. Łata Leszek in the amount of EUR 2,000.00

883. Łazewaki Bartosz in the amount of PLN 30,000.00

884. Łomacz Grzegorz in the amount of EUR 1,582.04

885. Abble Łątka Sławomir in the amount of EUR 57,000.00 (PLN 246,148.00)

886. Łukasik Aneta in the amount of PLN 8,588.40 and EUR 2,000.00

887. Łukasiuk Adam in the amount of USD 3,500.00

888. Łuczków Patryk in the amount of EUR 1,950.00 (PLN 8,341.90)

889. Madko Sebastian in the amount of USD 3,277.13 (PLN 12,845.27)

890. Madej Piotr in the amount of EUR 109.12, PLN 172.22, and CHF 5,889.65

891. Madej Mirosław in the amount of PLN 8,316.54 (CHF 1,800.00), PLN 31,179.60 (GBP 6,000.00), PLN 2,045.50 (USD 500.00),

892. Markot Aniela in the amount of EUR 27,000.00 (PLN 115,927.20)

893. Madejski Tomasz in the amount of EUR 537.74 (PLN 2,324.54)

894. Madejski Łukasz in the amount of USD 2,477.39

895. Madrak Jerzy in the amount of PLN 24,189.60 (USD 6,000.00)

896. Magnuszewski Łukasz in the amount of PLN 24,353.31

897. Maik Karolina in the amount of PLN 2,788.57

898. Maj Krzysztof in the amount of GBP 10,000.00 (PLN 51,456.00)

899. Maj Rafał in the amount of CHF 15,000.00 (PLN 69,013.50)

900. Majchrzyk Robert, Polkowski Łukasz rodzina in the amount of PLN 2,552.00

901. Majewski Wojciech in the amount of USD 19,000.00 and PLN 43,452.70

902. Majewski Hubert in the amount of USD 28,200.00

903. Majka Dariusz in the amount of PLN 8,670.80

904. Majka Kamil in the amount of EUR 3,500.00 (PLN 15,119.65)

905. Majka Grzegorz in the amount of PLN 40,511.01

906. Majgier Aron in the amount of PLN 19,671.50

907. Majorek Michał in the amount of EUR 1,000.00 (PLN 4,294.10)



SBU - LEGAL

EXIGPIORO-00062

908. Malatyński Jacek in the amount of USD 3,965.00 (PLN 15,769.89)

909. Malinowska-Pacuła Hanna in the amount of PLN 14,439.21

910. Maliński Bartosz in the amount of USD 25,408.86

911. Małek Aleksandra in the amount of EUR 1,320.00 (PLN 6,504.57)

912. Małek Małgorzata in the amount of EUR 2,090.45

913. Małecki Zbigniew in the amount of EUR 1,700.00 (PLN 7,274.74)

914. Małż Mariusz in the amount of PLN 14,469.76

915. Marfiany Monika in the amount of EUR 1,000.00 (PLN 4,275.60)

916. Rogowska Marcelina in the amount of EUR 3,200.00 (PLN 13,730.04)

917. Marciniak Dawid in the amount of PLN 80,000.00 and EUR 96,114.98

918. Marcinkowska Iwona in the amount of PLN 2,467.04 (CHF 530.00)

919. Marchewka Anna in the amount of PLN 1,515.66

920. Marchut Maria in the amount of CHF 3,000.00 (PLN 13,776.30)

921. Marczak Mateusz in the amount of PLN 325,000.00

922. Marques Justyna in the amount of EUR 5,000.00 (PLN 21,627.50)

923. Masalski Paweł in the amount of PLN 10,000.00 and EUR 320.00

924. Mastela Mateusz in the amount of EUR 25,000.00 (PLN 106,097.50)

925. Muskus Marta in the amount of EUR 1,279.00 (PLN 5,546.00)

926. Marszał Anna in the amount of PLN 60,978.32

927. Marina U. (bd) (marina.frontdev@gmail.com) in the amount of EUR 2,515.00 (PLN 10,765.45)

928. Marszałek Józef in the amount of EUR 615.00 and PLN 5,340.00

929. Marszałkowski Cezary in the amount of GBP 28,000.00

930. Matelska Weronika in the amount of CHF 10,000.00 (PLN 45,840.00)

931. Mateja Piotr in the amount of EUR 5,000.00 and PLN 21,300.50

932. Matkowski Paweł in the amount of EUR 700.00 (PLN 3,003.70)

933. Matuszelański Dariusz in the amount of PLN 110,866.71

934. Matyjaszczyk Sonia in the amount of PLN 4,283.08

935. MATODLEW RYSZARD ŚWIERCZ SP. JAWNA/Świercz Ryszard in the amount of PLN 90,000.00 (EUR 21,058.05)

936. Maziarek Artur in the amount of PLN 9,500.00

937. Maziarz Monika in the amount of EUR 1,320.00 (PLN 5,643.53)

938. Mazur Anna in the amount of PLN 1,369.88 (CHF 293.00)

939. Mazur Dariusz (mail: dmazur.76@gmail.com, residing in Bydgoszcz) in the amount of PLN 5,077.94

940. Mazur Dariusz (mail: dareczekk@O2.pl, residing in Warszawa) in the amount of PLN 2,404.57 (CHF 515.57)

941. Mazur Kacper Filip in the amount of USD 4,664.00 (PLN 18,202.55)

942. Mazur Paweł in the amount of PLN 4,350.00 (EUR 1,002.70)

943. Mazurkiewicz Agnieszka in the amount of CHF 243.18 and PLN 113.30

944. Medyński Paweł in the amount of PLN 1,756.13 and CHF 401.67

945. Mendyk Dominik in the amount of EUR 2,150.00 (PLN 9,276.39)

946. Mendyk Konrad in the amount of EUR 1,358.40

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 63 of 523
SBU - LEGAL     EXGPIORC-0003

947. Mentel Marcin in the amount of EUR 300.00 (PLN 1,287.09)

948. Merzouk Marino San Lorenzo in the amount of EUR 10,000.00 (PLN 43,347.00)

949. MERCANTE Sp. z o.o./ Rowiński Tymoteusz in the amount of PLN 4,149.64 (PLN 16,169.45)

950. MERPOL Sp. Jawna/ Kula Ryszard in the amount of EUR 314.51

951. Merler Bartłomiej in the amount of PLN 3,193.45 (CHF 686.72)

952. Michnik Artur in the amount of PLN 3,567.46 and CHF 470.95

953. Michna Piotr in the amount of EUR 1,100.00

954. Miecznik Magdalena in the amount of CHF 6,700.00 (PLN 30,556.02)

955. Mieczkowski Marcin in the amount of PLN 902.82 (CHF 194.61)

956. Megger Adrian in the amount of PLN 8,351.28 (CHF 1,800.00)

957. MILLGRAND sp. z o.o. in the amount of PLN 472,481.45

958. Mieleszko Paweł in the amount of PLN 20,000.00 (EUR 4,597.70)

959. Mielcarek Adam in the amount of NOK 1,083,436.48 (PLN 408,347.21) and SEK 154,290.97 (PLN 58,970.01) - łącznie PLN 467,317.22

960. Mielczarek Tomasz in the amount of TRY 19,922.18

961. Milanowski Paweł in the amount of EUR 5,082.39, USD 7,559.00, PLN 85,080.80

962. Milejski Łukasz in the amount of CHF 627.01

963. Miłko Edyta in the amount of USD 7,000.00 and PLN 30,000.00

964. Mieszczanin Maria in the amount of PLN 19,155.90

965. Mieszkowski Arkadiusz in the amount of EUR 11,000.00 (PLN 47,565.10)

966. Mieszkowski Damian in the amount of EUR 934.69

967. Michalski Piotr in the amount of USD 26,891.22 (PLN 108,774.73)

968. Michalczuk Marek in the amount of EUR 5,700.00 (PLN 2,437.21)

969. Michalczyk Piotr in the amount of PLN 49,500.00 (GBP 9,493.97)

970. Michałowicz Karolina in the amount of EUR 1,350.00 (PLN 5,780.43)

971. Michałowicz Marek in the amount of EUR 9,920.18

972. Michaś Tomasz in the amount of PLN 71,000.00

973. Michoń - Bres Violetta in the amount of PLN 301.85 and EUR 7,659.10

974. Miklewska Klaudyna in the amount of EUR 1,500.00 (PLN 6,426.30) – determine whether there were 2 identical transactions

975. Misiak Anna in the amount of PLN 30,000.00 (EUR 6,915.15)

976. Misiaszek Magdalena in the amount of PLN 42,923.00

977. Misiukanis Jarosław in the amount of EUR 5,000.00 (PLN 21,650.00)

978. Miksa Kamil Łukasz in the amount of PLN 23,534.00

979. Mikszewicz Paula in the amount of PLN 17,594.00 (EUR 4,111.17)

980. Mirkowska Małgorzata in the amount of EUR 4,500.00

981. Miszewski Arkadiusz in the amount of PLN 4,288.70

982. Miszczak Kamil in the amount of USD 7,013.67

983. Misział Mirosław in the amount of EUR 1,998.83

984. Moczydłowski Andrzej in the amount of EUR 2,000.00 (PLN 8,600.00)



Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 64 of 523
SBU - LEGAL
EX-PIORO-00064

985. Modziolewski Marek in the amount of PLN 40,000.00 (EUR 9,233.61)

986. Mojsa Mariusz in the amount of GBP 1,990.00

987. Mommers Irena in the amount of EUR 5,000.00 (PLN 21,396.00)

988. Montaż Partner/ Filarowska Barbara in the amount of PLN 73,000.00

989. Molak - Tomsia Martyna in the amount of PLN 17,329.00 (EUR 4,000.00)

990. Molendowski Grzegorz in the amount of PLN 18,400.00

991. Mol Marian in the amount of USD 9,520.49

992. Oryl Monika in the amount of PLN 192,814.80

993. Oryniak Piotr in the amount of PLN 2,241.50

994. Morawiak Borys in the amount of EUR 1,700.00 (PLN 7,313.06)

995. Moraczewski Patryk in the amount of EUR 1,800.00 (PLN 7,785.36)

996. Mordarska Julia in the amount of EUR 500.00 (PLN 2,141.45)

997. Moritz Rafał Paweł in the amount of PLN 20,154.60

998. MOSTAL Piotr Jakubowski/Jakubowski Piotr Czesław in the amount of EUR 21,100.00 (PLN 89,685.55)

999. Motylewicz Mirosław in the amount of GBP 20,000.00 (PLN 103,998.00)

1000. Możdzierzewska Katarzyna in the amount of EUR 473.81

1001. Mroczkowski Paweł in the amount of PLN 8,909.91

1002. Mroczek Jakub in the amount of PLN 4,265.25

1003. Mroczyńska Martyna in the amount of EUR 100.00 (PLN 424.19)

1004. Mroszozak Marcin in the amount of EUR 1,500.00 (PLN 6,499.95)

1005. Mrozek Damian in the amount of PLN 61,457.45 and EUR 4,161.23

1006. Mrozik Mateusz in the amount of PLN 300,000.00 (EUR 69,709.08)

1007. Muca Piotr in the amount of EUR 6,678.00 (PLN 28,898.38)

1008. Muchowski Marcin in the amount of EUR 1,003.00 (PLN 4,301.16) and PLN 429.00

1009. Mucha Beata in the amount of PLN 25,886.26, USD 1,031.60, EUR 10,030.79

1010. Mulawa Emil in the amount of PLN 6,584.04

1011. Muller Raimund in the amount of PLN 89,000.00

1012. Muntowski Piotr in the amount of NOK 30,000.00 (PLN 11,004.00)

1013. Murawski Piotr in the amount of PLN 66,000.00

1014. Musielak-Ulaszewska Agnieszka in the amount of CHF 70,737.94 (PLN 324,927.65)

1015. Muszyc Marcin in the amount of PLN 1,811.16, USD 3,300.00, EUR 1,900.00

1016. Muszyński Krzysztof in the amount of EUR 791.02

1017. Mycka Ewa in the amount of EUR 2,000.00 (PLN 8,600.40)

1018. Myna Jacek in the amount of USD 11,305.00 (PLN 46,996.02)

1019. Mysłek Witold in the amount of PLN 2,138.20 (EUR 500.00)

1020. Myśliński Marcin in the amount of PLN 56,346.00

1021. Myśliwa Anna in the amount of PLN 41,180.60

1022. Myśliwiec Isabella in the amount of PLN 52,682.36

1023. Myśliwiec Artur in the amount of PLN 31,759.47

1024. Napierała Marek in the amount of PLN 10,113.22



SBU - LEGAL

EX-UPIORO-00065

1025. Napora Łukasz in the amount of PLN 61,009.51, USD 7,000.00

1026. Napora Paulina in the amount of PLN 1,911.01 (CHF 410.00)

1027. Najman Dariusz in the amount of PLN 20,338.42

1028. Narejko Rafał in the amount of EUR 10,000.00 (PLN 42,817.50) and PLN 4,000.00 - łącznie PLN 46,817.50

1029. Nawrocka Natalia in the amount of PLN 4,283.60

1030. Niatkowski Patryk in the amount of PLN 5,577.22 and EUR 17,357.40

1031. Timex Logistics sp. z o.o. represented by Nessel Joanna in the amount of PLN 38,746.80

1032. TIMECAMP S.A./Rudnicki Kamil/Ciborski Kamil in the amount of USD 120,000.00 (PLN 470,340.00)

1033. IMPOL sarl in the amount of EUR 959.07 and PLN 1,117.13

1034. Neffe Alice in the amount of EUR 3,000.00 (PLN 12,738.00)

1035. Nerc Anna in the amount of EUR 4,800.00 and PLN 2,855.82

1036. Niedzielski Rafał in the amount of EUR 253.92 (PLN 1,086.30)

1037. Niedziela Jacek in the amount of EUR 259.40

1038. Niemiec Tomasz in the amount of PLN 5,315.00, EUR 29.86

1039. Niemiec Henryk in the amount of PLN 6,858.51

1040. Niemiec Krystian in the amount of EUR 1,004.40 (PLN 4,348.43)

1041. Niemirowski Mateusz in the amount of EUR 1,200.00 (PLN 5,086.32)

1042. Niestój Anna in the amount of PLN 5,642.29

1043. Nieznalski Norbert in the amount of GBP 400.00 (PLN 2,053.40)

1044. Nikiel Józef in the amount of GBP 1,500.00 (PLN 7,650.70)

1045. Nikiel Marcin in the amount of EUR 522.00

1046. Niklas Monika in the amount of PLN 6,461.80

1047. Niklewicz Nikodem in the amount of PLN 560.00, EUR 1,320.73

1048. Niklibore Marcin in the amount of USD 10,000.00 (PLN 39,676.00)

1049. Niziolek Radosław in the amount of PLN 2,697.95 (CHF 586.69)

1050. Nulka-Wiśniewski Karol in the amount of EUR 150.00 (PLN 641.37)

1051. Nowak Kamil in the amount of PLN 6,415.65

1052. Nowak Mariusz in the amount of PLN 14,388.13

1053. Nowakowska Diana in the amount of EUR 400.00

1054. Nowakowski Marek in the amount of PLN 1,578.13

1055. PCG ACADEMIA sp. z o.o. represented by Nowak Łukasz in the amount of CHF 101,600.00 (PLN 468,564.09)

1056. Nowicka Anna in the amount of PLN 1,499.56

1057. Nowicka Karolina in the amount of PLN 34,926.80 (EUR 8,010.00)

1058. Nowicki Krzysztof in the amount of PLN 3,500.00 (EUR 817.18)

1059. Nowicki Karol in the amount of PLN 716.00

1060. Nowicki Rafał in the amount of PLN 24,188.85

1061. Nowińska Małgorzata in the amount of GBP 15,000.00 (PLN 78,603.00)

1062. Nowryta Dariusz in the amount of PLN 5,138.00

1063. Nyklarz Przemysław in the amount of PLN 1,130.63 and EUR 11.45

1064. JK Elektro Technic/ Jakub Koszorek in the amount of PLN 120,352.40



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 66 of 523
SBU - LEGAL
EX19-ORO-00066

1065. Lorenc Michał/Lorenc Iga in the amount of EUR 10,000.00 (PLN 43,290.00)

1066. Lorek Karolina in the amount of GBP 6,000.00 (PLN 31,021.80)

1067. Obidziński Adam in the amount of PLN 11,961.38

1068. Ochijewicz Jacek in the amount of PLN 497.90 and EUR 3,500.00

1069. Ochocki Michał in the amount of EUR 1,139.93

1070. Oczoś Agnieszka in the amount of PLN 37,315.00 (GBP 7,182.75)

1071. Oczkowicz Azoari Barbara in the amount of PLN 82,818.72

1072. Olender Paulina in the amount of PLN 51,264.00

1073. Oleksy Maciej in the amount of PLN 19,921.68 (EUR 4,600.00)

1074. Olejniczak Michał in the amount of PLN 197,725.91 and EUR 368.18

1075. Olesiński Tomasz in the amount of GBP 500.00 (USD 642.10)

1076. Olesiak Marek in the amount of PLN 34,190.00

1077. Onyszkiewicz Piotr in the amount of USD 2,726.84 and PLN 461.48

1078. Opanowicz Ariel PLN 11,031.00

1079. Operchał Paweł in the amount of PLN 7,900.00 and EUR 1,345.92

1080. Ornowicz Agnieszka in the amount of EUR 1,000.00 (PLN 4,265.80)

1081. Orłowicz Bartosz in the amount of PLN 6,871.68 (EUR 1,600.00)

1082. Orłowicz-Grzymkowska Katarzyna in the amount of EUR 16,991.35 (PLN 73,117.18)

1083. Osman Grzegorz in the amount of PLN 3,122.80 (CHF 670.00)

1084. Osmola Piotr in the amount of PLN 66,919.90 and USD 6,718.39

1085. Osowski Maciej in the amount of PLN 5,687.55

1086. Osowski Rafał in the amount of EUR 8,000.00 (PLN 34,412.80)

1087. Ossowski Arkadiusz Piotr in the amount of EUR 3,279.35

1088. Ossowski Paweł/Ossowska Katarzyna in the amount of EUR 2,775.00 (PLN 11,923.36)

1089. Ossowski Zbigniew in the amount of PLN 12,000.00 (CHF 2,574.44)

1090. Ostap Krzysztof in the amount of EUR 3,000.00 (PLN 12,904.80)

1091. Ostrowski Oskar in the amount of PLN 15,405.90

1092. Osypński Tomasz in the amount of PLN 10,675.00 (EUR 2,500.00)

1093. Orthwein Ludwik in the amount of CHF 1,200.28 and EUR 5,610.69 (PLN 24,000.00)

1094. Otten Karina in the amount of PLN 5,106.36

1095. Owczarczak Przemysław in the amount of PLN 2,500.00 (CHF 540.12)

1096. Owczarek Daniel in the amount of PLN 30,035.60

1097. Owczarek Robert in the amount of JPY 2,590,676.00

1098. Pabiasz Bartłomiej in the amount of EUR 3,884.75 (PLN 16,833.50)

1099. Paczoski Krystian Jakub in the amount of PLN 8,568.60

1100. Pachla Paweł in the amount of PLN 130,000.00

1101. Pacholak Joanna in the amount of EUR 41,698.84

1102. Pacuła Izabela in the amount of PLN 6,166.51 (EUR 1,440.00)

1103. Pączka Przemysław in the amount of USD 545.93

1104. Pajączkowski Emilian in the amount of PLN 7,351.36



Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 67 of 523
SBU - LEGAL     EX-UPIORO-00067

1105. Pająk marek in the amount of NOK 49,875.00

1106. Pajor Tomasz in the amount of PLN 10,008.90

1107. Pieński Michał in the amount of PLN 35,365.50

1108. Picek Ewa in the amount of EUR 1,488.47 (PLN 6,391.43)

1109. Firma Handlowo-Usługowa „EmKaMa" Marcel Bestvater/Bestvater Marcel Patrick in the amount of EUR 35,000.00 (PLN 151,690.00)

1110. Firma Handlowa ART. AGD Artur Trąbka in the amount of PLN 333,704.25 (USD 82,500.00)

1111. Pijałkowski Tomasz in the amount of PLN 4,126.93

1112. Fiedoruk Marcin in the amount of PLN 113,015.16

1113. Fiedoruk Paula in the amount of PLN 122,081.26

1114. Fietz Tomasz in the amount of GBP 350.00 (PLN 1,778.75)

1115. Fit Michał in the amount of PLN 1,865.19 (EUR 433.00)

1116. PPH ELEGANT MAN Sp. J./Pakuła Dariusz represented by Pakuła Dariusz in the amount of PLN 85,902.00

1117. PHU Sklep Narzędziowy TYTAN Przemysław Surel /Jarosław Surel in the amount of USD 7,455.82 and EUR 3,464.12

1118. Skupska Natalia in the amount of PLN 16,336.79

1119. Skurat Bogumił PLN 2,087.70 (CHF 448.91)

1120. Pańka Piotr in the amount of GBP 5,000.00 (PLN 26,001.00)

1121. Pańkowski Marcin in the amount of PLN 5,522.14, EUR 1,353.74, USD 208.16

1122. Palarczyk Wojciech in the amount of EUR 998.84

1123. Pałuch Filip in the amount of PLN 17,090.40, EUR 1,300.00

1124. Pałuchlewicz Grzegorz in the amount of PLN 2,799.00 (CHF 602.00)

1125. Pałusiński Michał in the amount of PLN 3,144.48 (CHF 681.45)

1126. Palgont Michał Czaja in the amount of PLN 67,496.16

1127. Palmowski Robert in the amount of PLN 100,000.00

1128. PAKKAR Sp. z o.o./Kucz Paweł in the amount of EUR 15,000.00

1129. Panas Anna in the amount of PLN 1,170.67

1130. Paplicki Łukasz in the amount of PLN 2,222.00

1131. Paradyż Krzysztof in the amount of PLN 5,163.84

1132. Parczyńska Anela in the amount of EUR 378.54

1133. Parandowicz Tomasz in the amount of USD 32,000.00 (PLN 128,355.20)

1134. Parzybut Paweł/ Parzybut Beata in the amount of PLN 13,800.00 (USD 3,442.51)

1135. Pasek Irena in the amount of PLN 10,914.50 (EUR 2,500.00)

1136. Pasieczna - Dixit Aleksandra in the amount of EUR 967.66 and PLN 1,647.28

1137. Paśko Bartosz in the amount of USD 3,419.97 and EUR 1,000.00

1138. Paszkiewicz Adam in the amount of EUR 1,393.94 (PLN 5,961.18)

1139. Paszkot Daniel Jan in the amount of EUR 1,200.00

1140. Paszkowski Norbert in the amount of EUR 1,600.00 (PLN 6,927.41)

1141. Patallas Daniel in the amount of PLN 27,462.06

1142. Paterek Krystian in the amount of CHF 264.00



SBU - LEGAL    EXGPIORC-00068

1143. Pawelska Hanna Maria in the amount of PLN 3,804.29

1144. Pawlak Marlena in the amount of PLN 141,075.21

1145. Pawlak Karol in the amount of PLN 2,117.19 (CHF 456.33)

1146. Pawlik Małgorzata in the amount of EUR 5,890.00 (PLN 25,250.43)

1147. Pawlikowski Tomasz in the amount of PLN 2,113.96

1148. Pawłowska Justyna in the amount of PLN 10,232.40

1149. Pawłowski Krzysztof in the amount of EUR 25,251.16

1150. Pawłowski Daniel in the amount of PLN 2,513.70

1151. Pawski Grzegorz Jan in the amount of CHF 4,000.00

1152. Paziak Artur in the amount of PLN 4,236.78

1153. Perduta Marzena in the amount of PLN 1,800.00 (EUR 411.78)

1154. Perzanowski Dariusz in the amount of EUR 8,000.00 (PLN 34,436.80)

1155. Peo Monika in the amount of CHF 496.65

1156. Pelc Krystian in the amount of CHF 12,500.00

1157. Pełka Monika in the amount of EUR 1,000.00 (PLN 4,263.30)

1158. Pełka Paweł in the amount of PLN 866.00

1159. Pępek Filip in the amount of EUR 3,100.00 (PLN 13,304.89)

1160. Pędlowski Zbigniew in the amount of PLN 3,207.98 (EUR 732.95)

1161. Petlak Grzegorz in the amount of PLN 10,008.45

1162. Pielfer Tomasz in the amount of PLN 2,500.00 (EUR 578.13)

1163. Piasecki Krzysztof in the amount of CHF 3,000.00 (PLN 13,727.79)

1164. Piasecki Grzegorz in the amount of NOK 102,000.00 (PLN 36,911.23)

1165. Piasecki Dariusz in the amount of EUR 11,600.00 and PLN 5,043.00

1166. Piątkowski Adam GBP 200.11 (PLN 1,000.00)

1167. Piątkowski Grzegorz in the amount of PLN 971.00

1168. Piecha Piotr in the amount of PLN 5,000.00

1169. Piechota Piotr in the amount of PLN 1,013.45 (USD 250.00)

1170. Piechota Adam in the amount of PLN 8,564.00 and SEK 150,000.00

1171. Pieczonka Grzegorz in the amount of PLN 85,998.00, EUR 1,800.00

1172. Pieczyński Andrzej in the amount of CHF 505.00

1173. Pieniądz Jarosław in the amount of PLN 4,306.30 (EUR 1,000.00)

1174. Piekarski Bartosz in the amount of EUR 2,597.00 (PLN 11,107.89)

1175. Pierchała Jarosław in the amount of PLN 2,197.57 (USD 551.42)

1176. Piesyk Marcin in the amount of PLN 103,655.43

1177. Pieściński Adrian in the amount of EUR 1,437.00 (PLN 6,212.15)

1178. Pietkiewicz Jerzy in the amount of PLN 3,237.65

1179. Pietrzak Tomasz in the amount of USD 7,525.32 (PLN 29,809.00)

1180. Pietrzak Przemysław in the amount of EUR 7,000.00 (PLN 30,011.10)

1181. Pietraszkiewicz Marta in the amount of PLN 874.98 (CHF 188.57)

1182. Pietraszkiewicz Philip Thomas in the amount of PLN 535,000.00 (AUD 200,765.55)



SBU - LEGAL

1183. Pietruszka Mateusz in the amount of USD 1,203.63

1184. Piękot Adrian Marcin in the amount of PLN 3,034.78

1185. Pięta Danuta in the amount of CHF 2,700.00

1186. Pikuliński Kamil in the amount of EUR 1,000.00 (PLN 4,278.20)

1187. Pikula Jerzy in the amount of GBP 3,967.80 and PLN 500.00

1188. Pilat Agnieszka USD 2,000.00

1189. Pisarczyk-Łyczywek Lucyna in the amount of PLN 43,684.16

1190. Pisarzak Marcin in the amount of EUR 1,376.25

1191. Pisanko Elżbieta in the amount of EUR 259.07

1192. Pióro Krystian in the amount of EUR 8,249.91 (USD 8,900.00)

1193. Piórko Mateusz Marcin in the amount of EUR 4,000.00 (PLN 17,339.35)

1194. Piwnik Barbara in the amount of PLN 8,915.34

1195. Piwowarski Jarosław in the amount of PLN 3,009.96

1196. Piwowarczyk Tomasz in the amount of EUR 17,696.00, USD 34.68, PLN 88.33, CHF 13,552.59

1197. Bogdan Łukaszewicz representing PLANTAGO in the amount of PLN 3,463.23

1198. Plaskota Daniel in the amount of EUR 2,545.00 (PLN 10,954.70)

1199. Plewa Danuta in the amount of EUR 1,000.00 (PLN 4,314.40)

1200. Plucik Jarosław in the amount of USD 4,800.00, PLN 12.16, EUR 43.00

1201. Płaczek Damian in the amount of PLN 26,510.05, EUR 21,680.13

1202. Pławecka Katarzyna in the amount of PLN 908.50

1203. Płatek Kamil in the amount of USD 54,009.80

1204. Ciuła Tomasz in the amount of PLN 57,102.57

1205. Ciuksza Tomasz in the amount of EUR 1,000.00 (PLN 4,283.62)

1206. P.P.H.U. MARKON Marek Dworaczek in the amount of PLN 360,873.00 (USD 90,000.00)

1207. Pociask Michał in the amount of NOK 6,300.37 (PLN 2,281.36)

1208. Pocztarek Michał in the amount of PLN 10,010.00

1209. Podsiadło Przemysław and Kowal Radosław in the amount of EUR 70,000.00 (PLN 300,741.00)

1210. Podsiadło Dariusz in the amount of PLN 1,097.93 (USD 250.00)

1211. Podgórski Adrian in the amount of EUR 2,500.00 (PLN 10,676.50)

1212. Pogorzelski Paweł in the amount of USD 22,790.00 (PLN 89,298.06)

1213. Pogorzelska Danuta in the amount of EUR 500.00 (PLN 2,132.45)

1214. Popek Magdalena in the amount of PLN 15,421.67

1215. Popek Paweł in the amount of PLN 43,330.00 (EUR 10,000.00)

1216. Popek Monika in the amount of PLN 24,777.09 and JPY 797,880.00

1217. Popiel Dariusz in the amount of GBP 5,000.00 (PLN 25,605.50)

1218. Popielnicka Małgorzata in the amount of PLN 4,000.00

1219. Popko Wioletta in the amount of EUR 500.00

1220. Popławska - Barlik Magdalena/Barlik Grzegorz in the amount of PLN 1,438.64 (EUR 330.00)

1221. Popławski Stanisław in the amount of NOK 11,099.13 (PLN 4,012.34)

1222. Porada Michał in the amount of EUR 2,000.00 (PLN 8,545.20)

SBU - LEGAL    EXGPIORO-00078

1223. Poteralski Artur in the amount of EUR 7,380.00 (PLN 32,066.10)

1224. Potrzasaj Grzegorz in the amount of EUR 12,000.00

1225. Potyrała Paweł in the amount of PLN 395,290.53

1226. Pożarski Karol in the amount of EUR 2,000.00 (PLN 86,693.00)

1227. Promiński Szymon in the amount of PLN 24,365.55

1228. Późniak Michał in the amount of PLN 75,488.04

1229. Proksa Anna in the amount of EUR 457.12

1230. Prosniewski Michał in the amount of GBP 235.10 (PLN 1,200.00)

1231. Proste Cło Sp. z o.o./Karol Przeździecki in the amount of EUR 40,000.00

1232. Próchniewicz Marlena in the amount of PLN 2,358.27 (CHF 510.16)

1233. Przeperski Krzysztof in the amount of PLN 16,993.90

1234. Perski Marek in the amount of PLN 8,000.00 and CHF 285.00

1235. Przybut Paweł and Beata in the amount of PLN 13,800.00

1236. Przybylski Marcin in the amount of PLN 1,794.32, USD 31.00, CHF 313.00

1237. Przybylski Artur in the amount of PLN 5,100.00

1238. Przybysławski Piotr in the amount of USD 2,250.00 (PLN 8,806.50)

1239. Przybysławski Daniel in the amount of NZD 838.77

1240. Ptak Dawid representing ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD in the amount of PLN 686,160.00

1241. Ptok Daniel in the amount of EUR 1,396.45

1242. Puacz Aleksandra and Puacz Piotr in the amount of PLN 216,380.00

1243. Pukooz Aleksander PLN 164,497.24

1244. Pulwin Tomasz in the amount of PLN 106,200.00

1245. Puławski Mateusz in the amount of PLN 75,960.00

1246. Usługi Transportowe Mateusz Puławski sp. z o.o. represented by Puławski Mateusz in the amount of EUR 40,000.00 (PLN 172,160.00)

1247. Ulanowski Dominik in the amount of EUR 18,000.00

1248. Puzio Marcin in the amount of PLN 24,744.16

1249. P.P.H.U. RAL Anna Różańska in the amount of PLN 129,041.60 (USD 32,000.00)

1250. Pustelnik Kamil in the amount of USD 5,500.00

1251. Pyka Marcin in the amount of EUR 14,000.00 (PLN 60,165.00)

1252. Pyka Michał in the amount of CHF 1,577.00

1253. Pysz Halina in the amount of USD 13,666.28 and EUR 10,392.42

1254. Radziejewska-Kapłon Bożena in the amount of PLN 16,803.49

1255. Radke Bartosz in the amount of ok. PLN 100.00

1256. Radosiuk Jarosław in the amount of USD 5,059.96

1257. Radzimski Paweł in the amount of PLN 3,000.00

1258. Rafińska Angelika in the amount of EUR 200.00 (PLN 857.72)

1259. Rajchel Paweł in the amount of EUR 1,900.00 (PLN 8,148.53)

1260. Rajtor-Szot Elżbieta in the amount of PLN 8,574.80



SBU - LEGAL

EXAMORO-00073

1261. Rakwał Dariusz in the amount of EUR 1,300.00 (PLN 5,560.62)

1262. Rasała Marek in the amount of PLN 196,515.00

1263. Raszka Dominik in the amount of PLN 5,000.00 and EUR 3,852.51

1264. Rawski Rafał in the amount of EUR 566.25 and PLN 1,578.95

1265. Rawska-Kąca Anna in the amount of PLN 17,230.14

1266. Rescruitivia Sp. z o.o. in the amount of EUR 13,994.80 (PLN 59,968.40)

1267. Reszkowski Wojciech in the amount of USD 2,368.01 and PLN 2,422.35

1268. Rejmuza Dawid in the amount of EUR 555.83

1269. Rejnhard Mariusz in the amount of PLN 11,821.79

1270. Rynarzewski Bartosz in the amount of GBP 500.00 (EUR 597.00)

1271. Cezary Kaca in the amount of PLN 15,000.00

1272. Cyran Grzegorz in the amount of PLN 4,174.27 and EUR 9,000.00

1273. Rębacz Daniel in the amount of EUR 409.39 (PLN 1,749.57)

1274. Rękas Michał in the amount of EUR 1,000.00 (PLN 4,302.20)

1275. Rękorajski Jerzy/ Rękorajska Dorota in the amount of EUR 1,500.00 (PLN 6,435.60)

1276. Regiel Agnieszka in the amount of PLN 2,100.00

1277. Rokosztajn Robert in the amount of USD 32,300.00 (PLN 133,046.93) and EUR 25,120.00 (PLN 108,792.21)

1278. Rogalewski Rafał in the amount of DKK 35,000.00 (PLN 20,111.00)

1279. Rogala Marek in the amount of PLN 1,988.60 (USD 500.00) and PLN 4,607.05 (CHF 991.36)

1280. Rogowski Marek in the amount of PLN 1,838.63

1281. Rogowski Dawid in the amount of PLN 4,274.00

1282. Rogoziński Michał in the amount of EUR 7,333.39

1283. Rogoża Jadwiga in the amount of PLN 7,959.81

1284. Rozdolski Eryk in the amount of PLN 14,927.50

1285. Rozmiarek Mariusz in the amount of EUR 51,000.00 (PLN 218,361.60)

1286. Rozpirski Rafał in the amount of PLN 27,776.03, CHF 1,136.85, GBP 292.68, EUR 166.48, USD 1,012.43

1287. Róg Michał in the amount of PLN 47,424.00

1288. Premium Store Sp. z o.o./Ratajczyk Izabela in the amount of PLN 43,564.00 (EUR 10,000.00)

1289. Prażmowski Jacek in the amount of EUR 230.74 and CHF 818.04

1290. Pres Marlena in the amount of PLN 2,937.44 (CHF 630.00)

1291. Rachubiński Rafał in the amount of PLN 211.90

1292. Ratajczak Marcin in the amount of PLN 256.75, USD 933.95, EUR 886.63

1293. Rataj Damian in the amount of GBP 2,000.00 (PLN 10,254.05)

1294. Ratajczyk Dariusz in the amount of PLN 2,923.17

1295. Rączka Anna in the amount of PLN 10,834.25 (EUR 2,500.00)

1296. Rechlicki Arkadiusz in the amount of PLN 120,016.40

1297. Remer Mariusz Adam in the amount of PLN 11,591.97

1298. Rorat Natalia in the amount of EUR 1,100.00

1299. Rucińska Joanna in the amount of CHF 320.00

1300. Ruczyński Tomasz in the amount of PLN 36,050.00



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 72 of 523

380  LEGAL

1301. Rudek Maciej in the amount of PLN 3,252.80 (USD 800.00)

1302. Rudnicki Radosław in the amount of PLN 3,729.06

1303. Rudy Dominik in the amount of EUR 3,000.00 (PLN 12,825.00)

1304. Ruman Józef in the amount of USD 32,400.00

1305. Rumiantsava Daria in the amount of PLN 2,400.00

1306. Rumiński Marcin in the amount of PLN 10,715.97

1307. Rusak Robert in the amount of EUR 1,665.91

1308. Rusak Dorota in the amount of EUR 2,333.24

1309. Rusiecki Piotr in the amount of USD 38,973.58 (PLN 158,388.63)

1310. Rusol Maciej in the amount of PLN 11,636.68

1311. Russak Michał in the amount of PLN 6,445.70 (CHF 1,400.00)

1312. Ruszaj Jarosław in the amount of PLN 83.26, CHF 327.13

1313. Ruszczyk Krzysztof in the amount of EUR 6,000.00 (PLN 25,901.40)

1314. Rutkowska Katarzyna in the amount of EUR 350.00 (PLN 1,493.59), PLN 7,404.83

1315. Rutkowska - Piątek Marta in the amount of PLN 2,000.00 (CHF 427.98)

1316. RPCG Jarosław Rutkowski Spółka komandytowo- aukcyjna in the amount of PLN 90,812.40

1317. Rudko Monika in the amount of SEK 200,000.00 (PLN 75,240.00)

1318. Rybak Paweł in the amount of PLN 1,431.06

1319. Rybak Sławomir in the amount of PLN 2,407.00 and USD 100.00

1320. Rybarozyk Szymon in the amount of PLN 13,352.27

1321. Rybicki Przemysław in the amount of PLN 4,366.70 (EUR 1,000.00)

1322. Rybka Jolanta in the amount of PLN 28,108.77

1323. Rychter Rafał in the amount of EUR 1,300.00 (PLN 5,570.50)

1324. Rzepecki Aleksander in the amount of USD 15,000.00 (PLN 60,105.00)

1325. Rzepecki Przemysław in the amount of EUR 7,500.00

1326. Sabina Pipa in the amount of PLN 429,340.00

1327. PBDtO Kenbruk Sp. z o.o./Sadowski Łukasz in the amount of PLN 128,220.00 (EUR 30,000.00)

1328. Sadowski Wiesław in the amount of PLN 19,250.00 and USD 37,167.57

1329. Sadza Wiktoria in the amount of PLN 45.36, GBP 360.48, EUR 20.15, USD 741.00

1330. Sagraj Darius in the amount of EUR 1,015.78

1331. Sajdak Łukasz in the amount of PLN 33,470.09,

1332. Salamon Mateusz in the amount of PLN 15,099.13

1333. Salawa Lucyna in the amount of NOK 27,155.29 (PLN 9,982.28)

1334. SALBIS Jesiołowski Wojciech in the amount of EUR 9,000.00 (PLN 38,382.15)

1335. Sartanowicz Anna in the amount of PLN 21,525.00

1336. Sarnowski Marcin in the amount of PLN 500.84

1337. Sawczuk Tomasz in the amount of PLN 4,000.00

1338. Sawicki Bartłomiej in the amount of PLN 5,206.52

1339. Sawicki Karol in the amount of PLN 697.94

1340. Szczesiul Sandra Arleta in the amount of EUR 2,000.00 (PLN 8,502.20)

SBU - LEGAL

EX-DPIORO-00073

1341. Sąsiadek Michał in the amount of PLN 2,133.85

1342. Semegin Anna in the amount of PLN 300.00 and EUR 163.48

1343. Sentsiuk Teriana in the amount of PLN 37,137.01

1344. Sejud Sebastian in the amount of EUR 31,979.04 and USD 7,100.00

1345. Sędzicki Marcin in the amount of USD 6,002.29

1346. Szymor Radosław in the amount of EUR 2,000.00 (PLN 8,554.00)

1347. Szywalska Sandra in the amount of EUR 300.00 (PLN 2,136.45)

1348. Nowik Sergiusz in the amount of PLN 9,116.20, EUR 5,100.00

1349. Sławski Cezary in the amount of EUR 4,880.00

1350. Siadura Milena in the amount of USD 8,395.82

1351. Siarkiewicz Bartosz in the amount of GBP 480.00 (PLN 2,452.99)

1352. Siatkowski Gracjan in the amount of PLN 36,272.34

1353. Sibera Przemysław in the amount of PLN 7,202.81

1354. Sieńko Michał in the amount of PLN 9,224.33

1355. Sienkiewicz Olgierd in the amount of EUR 300.00 (PLN 1,300.50)

1356. Siemieńczuk Tomasz in the amount of EUR 4,555.00 (PLN 19,545.05)

1357. Siemińska Karolina in the amount of USD 15,159.55 (PLN 60,000.00)

1358. Sieradzka Martyna in the amount of PLN 4,314.50

1359. Sieradzka Beata in the amount of CHF 380.00 and PLN 28.06

1360. Sieradzki Łukasz in the amount of PLN 4,275.00 (EUR 1,000.00)

1361. Sierański Kamil in the amount of PLN 11,181.00

1362. Sierechan Grzegorz in the amount of PLN 7,892.00 (CHF 1,710.00)

1363. Sikorski Michał in the amount of PLN 51,705.00

1364. Sikorski Dariusz in the amount of EUR 1,955.61

1365. Sinica Andrzej in the amount of PLN 1,940.90 (CHF 419.12)

1366. Sitarski Grzegorz in the amount of EUR 460.94 and PLN 6,983.64

1367. Siwecki Daniel in the amount of PLN 1,726.35 (CHF 371.00)

1368. Siwko Ewa in the amount of PLN 1,070.22,

1369. Siwowski Wojciech in the amount of PLN 563,260.00

1370. Skalski Dawid in the amount of PLN 17,384.33

1371. Skoczylas Kamil in the amount of PLN 4,279.80

1372. Skornko Piotr in the amount of PLN 2,295.21

1373. Skowron Krzysztof in the amount of EUR 4,000.00 (PLN 17,390.00)

1374. Skrzypek Andrzej in the amount of USD 2,250.00 (PLN 8,949.83)

1375. Skrzypczak Radosław in the amount of PLN 30,009.70

1376. Skrzypiec Anna in the amount of PLN 8,494.00

1377. Śliwiński Przemysław in the amount of PLN 11,301.07 (CHF 2,456.00)

1378. Sławnikowski Tomasz in the amount of EUR 50,000.00

1379. Słomkowski Michał in the amount of PLN 12,476.07

1380. Słowik Łukasz in the amount of PLN 19,368.50



SBU - LEGAL

EX19PIORO-00074

1381. Słowik Krzysztof in the amount of PLN 6,013.92

1382. Słowikowska Joanna in the amount of USD 80,198.00

1383. Smarzynska Kamila in the amount of EUR 5,000.00 (PLN 21,503.50)

1384. Smith Martyna in the amount of PLN 30,041.20

1385. Smolarczyk Marcin and Smolarczyk Zofia in the amount of EUR 5,000.00 (PLN 21,403.00)

1386. Smolarek Bożena/ Smolarek Bartosz in the amount of EUR 1,800.00 (PLN 7,796.92), PLN 1,087.74, and EUR 388.50

1387. Smolarski Marcin in the amount of RUB 120.00 (PLN 3.60)

1388. Smoliński Andrzej in the amount of PLN 3,285.81 and EUR 439.86

1389. Smoszna Jolanta in the amount of EUR 659.53

1390. Smoter Dariusz in the amount of GBP 850.00 and EUR 1,928.73

1391. Smutek Lucyna in the amount of PLN 9,218.80

1392. Śnieżek Bartosz in the amount of EUR 25,000.00 (PLN 108,302.50)

1393. Sobanda Czesław in the amount of PLN 5,202.00, GBP 9,975.00

1394. Sobaszek Paweł in the amount of GBP 3,000.00 (PLN 15,534.40)

1395. Sobieszak Marcin in the amount of PLN 4,330.70

1396. Sobczak Michał in the amount of EUR 1,900.00 (PLN 8,223.58)

1397. Sobczyk Jacek in the amount of GBP 75,397.50

1398. Sobczyk Sławomir in the amount of PLN 100,000.00

1399. Sobolewska Magdalena and Marek Sobolewski in the amount of USD 17,376.87 (EUR 15,700.00), USD 136.22 (PLN 530.24),

1400. Sokołowska Karolina in the amount of PLN 11,813.72

1401. Sokół Walter in the amount of PLN 6,033.44

1402. Solarczyk Agnieszka in the amount of PLN 2,100.00

1403. Solecki Mateusz in the amount of GBP 5,000.00 (PLN 26,213.00)

1404. Solicki Maciej in the amount of CHF 501.74

1405. Sosnowski Robert in the amount of PLN 9,000.00

1406. Sowa Rafał in the amount of PLN 36,601.21

1407. Sowa Magdalena in the amount of EUR 2,500.00 and PLN 3,074.78

1408. Sowińska Urszula in the amount of JPY 800,000.00, EUR 3,000.00, PLN 11.00

1409. Sorys Konrad in the amount of NOK 9,197.00 (PLN 3,321.04), and PLN 481.00

1410. Sozwa Adrian in the amount of USD 10,000.00 (PLN 40,636.00)

1411. Spadło Renata in the amount of PLN 14,202.57

1412. Srebrny Paweł in the amount of PLN 15,560.38 and USD 100.00

1413. Srebrowska Urszula in the amount of PLN 5,480.42

1414. Stankiewicz Wiesława in the amount of EUR 1,000.00 (PLN 4,347.50)

1415. Stanowicka Aleksandra in the amount of PLN 2,783.64 (CHF 600.00)

1416. Starkiewicz Michał in the amount of EUR 5,000.00 (PLN 21,525.00)

1417. Starosta Marcin in the amount of PLN 9,576.75

1418. Starosta Anna in the amount of EUR 48,805.00



Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 75 of 523

SBU - LEGAL

EXH9HORO-00075

1419. Staroń Agnieszka GBP 3,653.00

1420. STARMAX Marek Starczewski in the amount of EUR 50,000.00 (PLN 215,627.50)

1421. Stawarz Paweł EUR 370.00 (PLN 1,567.84)

1422. Stawiak Marcin in the amount of EUR 2,500.00 (PLN 10,788.75)

1423. Stawicki Marek representing STAWICKI MAREK F.H. MM STAWICCY in the amount of PLN 5,000.00

1424. Stawicki Marcin in the amount of PLN 1,312.55 (CHF 281.50)

1425. Stawikowski Michał in the amount of USD 19,376.34 (PLN 78,710.57)

1426. Stawowiak Dawid in the amount of PLN 15,412.27, EUR 2,500.00, USD 2,000.00

1427. Stawowiak Dominika in the amount of PLN 31,163.25 (USD 7,500.00)

1428. Stąporek Kamil in the amount of EUR 1,500.00 (PLN 6,435.15)

1429. Steczkowski Piotr in the amount of PLN 135,047.30 (EUR 31,000.00)

1430. Stencel Robert in the amount of PLN 11,340.00

1431. Stefaniszyn Jacek in the amount of EUR 31,000.00 (PLN 132,456.80)

1432. Stefańska Joanna in the amount of PLN 7,888.77

1433. Stefański Albert in the amount of EUR 5,694.00 (PLN 24,420.43)

1434. Stefański Piotr in the amount of PLN 2,142.15 (EUR 500.00)

1435. Stefański Daniel in the amount of PLN 786.54 (CHF 170.00)

1436. Stępokura Kacper Paweł in the amount of PLN 34,827.50

1437. Stępień Ryszard in the amount of PLN 130.87, EUR 1,049.09

1438. Stępniak Łukasz in the amount of PLN 3,665.20

1439. Stęplewska Dorota in the amount of PLN 34,198.38

1440. Stężycki Artur in the amount of PLN 50,000.00

1441. Stoksik Bogumił in the amount of PLN 97,650.37

1442. Storożuk Jacek in the amount of EUR 1,202.44

1443. STOKER Marzoch Marek in the amount of PLN 1,783.53

1444. Straczewski Emilian in the amount of PLN 652,290.00

1445. Stróżycka Anna in the amount of EUR 1,500.00 (PLN 6,395.85)

1446. Struciński Przemysław in the amount of EUR 10,000.00 (PLN 43,405.00)

1447. Struglik Jerzu in the amount of GBP 1,000.00

1448. Strychalska Katarzyna in the amount of PLN 2,723.00

1449. Strzecka - Wilusz Klaudia in the amount of GBP 1,170.00 (PLN 6,107.52)

1450. Strzelecki Michał representing MICHUMEDIA Michał Strzelecki in the amount of PLN 7,207.75, EUR 2,826.56

1451. Strzelecka Małgorzata in the amount of EUR 3,514.12

1452. Stanisławski Radosław in the amount of PLN 8,575.40

1453. Stanisz Paweł in the amount of PLN 806.21

1454. Sudoł Piotr in the amount of EUR 3,289.78 (PLN 14,095.06)

1455. Sufin Jacquemart Ewa in the amount of EUR 300.00 (PLN 1,283.22)

1456. Sukiennik Grzegorz in the amount of GBP 500.00 (PLN 2,581.85)

1457. Sułek Paulina in the amount of GBP 1,760.00 (PLN 8,992.46)

1458. Suliński Piotr Stanisław in the amount of EUR 40,000.00



SBU - LEGAL

EXI3PICRO-00076

1459. Surmacz Łukasz in the amount of EUR 10,090.00 and USD 20,000.00

1460. Suś Paweł in the amount of PLN 5,161.56

1461. Suszczyński Sławomir in the amount of EUR 1,000.00 (PLN 4,309.20)

1462. Suszko Tomasz in the amount of EUR 5,500.00 and PLN 432.08

1463. Szczepański Jakub in the amount of PLN 65,817.93

1464. Szczerbicka Izolda in the amount of PLN 3,433.00

1465. Szczęsny Paweł EUR 500.00

1466. Sebza Kamil/ Szczęch - Sebza Magdalena in the amount of USD 32,000.00

1467. JANUSZ CIEŚLIK SKLEP ROLNO-PRZEMYSŁOWY/Cieślik Jolanta in the amount of EUR 39,380.00 (PLN 168,581.84)

1468. Serafin Marcin in the amount of USD 100,000.00 and EUR 94.45

1469. Szozodrowski Patryk in the amount of EUR 11,472.00 (PLN 49,334.19)

1470. Szczotka Ireneusz in the amount of PLN 11,217.01, USD 10,918.46

1471. Szczygłowski Piotr in the amount of NOK 42,786.00 (PLN 15,471.42)

1472. Szeliga Krzysztof in the amount of EUR 2,000.00 (PLN 8,604.80)

1473. Szewczyk Albert in the amount of GBP 312.58 and PLN 39,524.64

1474. Szewczyk Łukasz in the amount of PLN 1,716.45

1475. Szędzioł Rafał in the amount of EUR 500.00 (PLN 2,167.65)

1476. Szkodowski Piotr in the amount of PLN 100,925.66

1477. Szlacht Robert in the amount of EUR 1,500.00

1478. Szlachta Agnieszka in the amount of EUR 228.79 (PLN 1,000.00)

1479. Szlajier Marta in the amount of EUR 400.00 (PLN 1,706.96)

1480. Szofer Magdalena in the amount of PLN 5,109.33

1481. Szostak Stanisław in the amount of PLN 21,482.00

1482. Szot Emil in the amount of PLN 4,299.00

1483. Szostakiewicz Anna in the amount of EUR 288.25

1484. Szpilka Dariusz Piotr in the amount of PLN 50,000.00

1485. Szpaczyński Grzegorz in the amount of PLN 13,058.41

1486. Szponder Monika in the amount of EUR 8,000.00 (PLN 34,597.60)

1487. Sztemberg Aneta in the amount of EUR 7,000.00 (PLN 3,033.80)

1488. Szybiński Józef in the amount of PLN 17,280.44

1489. Szydłowski Łukasz in the amount of EUR 2,000.00 (PLN 8,666.40)

1490. Szymaniec Dariusz in the amount of PLN 6,990.47

1491. Szymaniak Jerzy in the amount of PLN 415,847.11

1492. Szymański Łukasz in the amount of PLN 4,567.97 and EUR 2,429.41

1493. Szymański Dominik in the amount of EUR 2,000.00 (PLN 8,571.80)

1494. Szymański Rafał in the amount of PLN 1,139.81 (CHF 245.00)

1495. Szymański Grzegorz in the amount of USD 46,599.64

1496. Szymański Dariusz in the amount of NOK 25,116.86 and PLN 651.15

1497. Szyłko Dariusz in the amount of PLN 2,098.54 and EUR 1,086.59



SBU - LEGAL

EXHIBIT ORO-00077

1498. Śliż Piotr in the amount of EUR 3,000.00 (PLN 12,972.30)

1499. Ślązak Dawid in the amount of PLN 43,626.12 (EUR 10,000.00)

1500. Ślązak-Niedbalska Izabela in the amount of PLN 55,224.03 and EUR 1,263.90

1501. Śmieszek Aneta in the amount of PLN 17,141.30

1502. Śpiewak Anna in the amount of EUR 1,000.00 (PLN 4,232.00)

1503. Świadek Monika in the amount of PLN 5,008.63

1504. Świątkowska Magdalena in the amount of PLN 4,267.56

1505. Świętochowski Karol in the amount of EUR 2,300.00 (PLN 9,957.62)

1506. Świochowicz Jarosław in the amount of PLN 150,000.00

1507. Świeczkowski Leszek in the amount of EUR 19,500.00 (PLN 83,949.45)

1508. Świederczuk Igor in the amount of PLN 4,125.46

1509. Świerk Aleksandra in the amount of EUR 10,000.00 (PLN 42,804.00)

1510. Świerszcz Joanna Dominika in the amount of PLN 2,014.03 (EUR 465.78)

1511. Świderski Rafał in the amount of EUR 17,841.08

1512. Świniarska Ewa in the amount of PLN 749.20

1513. Śwircz Maksymilian in the amount of PLN 47,077.80

1514. Tabor Piotr in the amount of PLN 34,524.66

1515. Tamborski Tomasz in the amount of PLN 10,000.00, EUR 423.19

1516. Tama Paweł in the amount of EUR 1,980.00 PLN 8,480.14

1517. Tarkiewicz Lucyna in the amount of EUR 2,000.00 (PLN 8,586.60)

1518. Tarlowski Damian in the amount of NOK 37,000.00 (EUR 3,080.12) and NOK 25,000.00 (PLN 9,015.00)

1519. Tąder Konrad in the amount of EUR 4,700.00 (PLN 19,983.46)

1520. Tenscher-Teper Iwona in the amount of PLN 281,543.00

1521. Tendelska Agata in the amount of PLN 3,500.00 (USD 862.96)

1522. Teodorczyk Artur in the amount of USD 45,100.00 (PLN 176,955.98)

1523. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j represented by Termanowski Marek in the amount of PLN 56,000.01

1524. TDJKZ LIMITED with its registered office in England / Damian Puczyński in the amount of GBP 83,608.54, PLN 63,001.00 (GBP 12,356.57), EUR 13,991.00 (GBP 11,770.82)

1525. Turowski Michał in the amount of EUR 70,100.00 (PLN 29,687.00)

1526. Markowski Dariusz in the amount of PLN 2,497.25

1527. Markus Magdalena GBP 10,000.00 (PLN 52,088.00)

1528. Tęgi Andrzej in the amount of PLN 5,748.22, EUR 5,106.91

1529. Tępczyk Mariusz in the amount of EUR 9,000.00 (PLN 38,522.70)

1530. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH represented by Tkocz Oliwer in the amount of PLN 836,298.65

1531. Tkacz Paweł in the amount of USD 3,003.93

1532. Tobiasz Rafał in the amount of PLN 8,601.00

1533. Toczko Robert in the amount of PLN 19,452.48

1534. Toczkowska Patrycja in the amount of PLN 1,696.08

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 78 of 523

SBU - LEGAL

EXG-ORO-00078

1535. Tomasik Joanna in the amount of PLN 43,476.00

1536. Tomasik Agnieszka in the amount of PLN 2,000.00

1537. Tomasik Marcin in the amount of EUR 925.00

1538. Tomaszewski Łukasz in the amount of PLN 22,509.44 and PLN 3,033.60

1539. Tomczuk Paweł in the amount of EUR 6,500.00 (PLN 27,921.45),

1540. Tomczuk Michał in the amount of PLN 20,048.73

1541. Tomzik Tomasz in the amount of PLN 4,738.38 (EUR 1,100.00)

1542. Trębacka Katarzyna in the amount of PLN 2,786.64 (EUR 639.93)

1543. Tran - Thien An- Giang Valery in the amount of EUR 1,000.00

1544. Trawiński Marcin in the amount of PLN 1,963.00 and EUR 1,628.49

1545. Truck & Agro Handel/ Miśkiewicz Paweł in the amount of EUR 23,500.00 (PLN 101,947.70)

1546. Truchan Hubert in the amount of CHF 19,218.56, PLN 273.94, EUR 25.00

1547. Trójca Dariusz in the amount of PLN 25,281.18

1548. Trzaska Andrzej in the amount of PLN 81,687.20

1549. Trzeszozykowski Łukasz in the amount of EUR 1,000.00 (PLN 4,330.20)

1550. Trzosek Izabela in the amount of EUR 500.00 (PLN 2,147.95)

1551. Łuczyński Sławomir in the amount of PLN 5,470.50

1552. Tuchacz Łukasz in the amount of PLN 1,230.22

1553. Tułaza Krzysztof in the amount of USD 6,039.39, PLN 95.76, EUR 2,458.80

1554. Tylka Ryszard in the amount of PLN 1,312.42

1555. Tytuła Stanisław in the amount of PLN 51,745.44

1556. Tuszyńska Katarzyna in the amount of PLN 5,340.38

1557. Tuz Łukasz in the amount of USD 6,800.00 (PLN 26,746.44)

1558. Tytoń Przemysław in the amount of PLN 215,045.00

1559. Urbanek Maria Ewelina in the amount of EUR 4,000.00 (PLN 17,130.40)

1560. Urban Shaun Mariusz in the amount of PLN 4,950.00

1561. Urban Jacek in the amount of JPY 1,468,949.00

1562. Urbanek Robert in the amount of USD 3,169.16

1563. Uznański Krzysztof in the amount of EUR 4,000.00 (PLN 17,215.00)

1564. Wałęsa Natalia in the amount of EUR 10,000.00 (PLN 42,955.00)

1565. Wajda Mateusz in the amount of EUR 4,024.00 (PLN 17,123.74)

1566. Wanderson Scaglia in the amount of EUR 68,124.67

1567. Waflski Tomasz in the amount of USD 194.00 (PLN 700.52)

1568. Wałąg Krystian in the amount of EUR 16,197.83

1569. Walędowski Marcin in the amount of PLN 2,273.23 (EUR 520.00)

1570. Waligóra Dawid in the amount of PLN 1,942.06

1571. Waliszewski Dawid in the amount of EUR 1,600.00 (PLN 6,936.16)

1572. Walkiewicz Marek in the amount of GBP 600.00

1573. Walko Dominika in the amount of PLN 7,864.83 and EUR 5,400.00

1574. Walkowicz Dagmara in the amount of JPY 1,786,173.00



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 79 of 523
SBU - LEGAL
EXHIORO-00079

1575. Walz Renata in the amount of CHF 3,036.97

1576. Wasil Marek in the amount of PLN 46,551.47

1577. Wasilewski Jarosław in the amount of CHF 707.97 (PLN 3,289.59) and EUR 104.00 (PLN 455.37)

1578. Wasilkowski Bartosz in the amount of PLN 5,556.98

1579. Wasiuta Maciej in the amount of PLN 3,745.31, EUR 200.00

1580. Waszak Radosław in the amount of PLN 7,232.94

1581. Waszczak Cezary in the amount of EUR 4,398.13 (PLN 19,068.53)

1582. Wasyłko Piotr in the amount of PLN 4,309.40 (EUR 1,000.00)

1583. Wawrzyniak Piotr in the amount of PLN 2,988.00

1584. Wawer Dorota in the amount of PLN 1,916.21 (CHF 412.31)

1585. Wątor-Spyrka Magdalena in the amount of PLN 4,140.00

1586. Wesołowski Tomasz representing PPHU TOMARK in the amount of PLN 260,148.00

1587. Wesołowski Damian in the amount of PLN 3,734.32 (CHF 800.00)

1588. Westrych-Krzanowski Krystian in the amount of PLN 30.00

1589. Wędzik Marcin in the amount of EUR 310.00 (PLN 1,339.39)

1590. Wnęk Stanisław in the amount of USD 12,000.00 (PLN 48,595.20)

1591. Wlazło Sylwia in the amount of PLN 14,000.00

1592. Wlazły Rafał in the amount of EUR 3,076.13 and PLN 16,843.92

1593. Wiąckiewicz Piotr in the amount of PLN 2,307.28

1594. Wichtowska Kamila in the amount of PLN 112,361.60

1595. Wielkoszyński Zbigniew in the amount of PLN 10,719.00

1596. Wieloch Łukasz in the amount of PLN 3,634.85

1597. Wielgosz Stanisław in the amount of EUR 10,000.00

1598. Więcko Tomasz in the amount of PLN 759.41

1599. Więckowska Marta in the amount of PLN 5,175.00 and EUR 2,654.69

1600. Widera Dawid in the amount of EUR 7,139.46

1601. Wilk Krzysztof in the amount of PLN 19,808.98

1602. Wilk Marcin in the amount of EUR 2,000.00 (PLN 8,566.80)

1603. Wilk Krystian in the amount of PLN 39,031.20

1604. Wilk Renata in the amount of CHF 436.27

1605. Wilkosz Rafał in the amount of PLN 300.00, EUR 388.68

1606. Wilkicki Mateusz in the amount of PLN 4,309.00 (EUR 1,000.00)

1607. Wijas Anna in the amount of PLN 4,336.00 (EUR 1,000.00)

1608. Wiśniewska Krystyna in the amount of EUR 200.00 (PLN 860.40)

1609. Wiśniewska Grażyna in the amount of EUR 500.00 (PLN 2,139.30)

1610. Wiśniewska Iwona in the amount of USD 5,160.00 (PLN 20,854.57) and TRY 78,742.44

1611. Bydgoski Klub Sportowy "Chemik" represented by Włoch Mikołaj Kacper in the amount of PLN 43,916.00

1612. Expert- Sport Marek Bartkiewicz in the amount of EUR 22,006.29

1613. Extech Sp. z o.o. Sp.k./Piróg Wojciech in the amount of PLN 10,000.00

1614. Wodnicka-Wartuik Dominika in the amount of PLN 250,000.00

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 80 of 523

SBU - LEGAL    EXPEDIORC-00080

1615. WOODFORKIDS SP. Z O.O./Adamczak Kamil Tomasz in the amount of PLN 12,281.86 (EUR 2,840.00) and EUR 248.89

1616. Wardak - Pascale Magdalena in the amount of PLN 822.22

1617. Warcaba Elżbieta EUR 2,500.00 (PLN 10,755.00) and EUR 83.40 and PLN 23.92

1618. Warchałowska Adrianna in the amount of CHF 5,000.00 (PLN 23,027.50)

1619. Woch Mariusz in the amount of EUR 9,065.00

1620. Wojciechowska Małgorzata in the amount of CHF 559.67

1621. Wojciechowski Janusz in the amount of EUR 3,490.76 (PLN 14,829.45)

1622. Wojciechowski Kacper (kcper.w.wwojciechowski@gmail.com) in the amount of PLN 4,061.17

1623. Wojnicz Marcin in the amount of PLN 5,002.89

1624. Wojtaszyk Łukasz Piotr in the amount of PLN 10,589.55

1625. Wojtaszek Robert in the amount of PLN 122,544.50

1626. Wojtasik Arkadiusz in the amount of PLN 2,895.34 and JPY 132,034.00

1627. Wojtulska Beata in the amount of EUR 70,000.00

1628. Wojtyczek Krzysztof in the amount of PLN 64,786.50

1629. Wojtyra Jarosław Tomasz in the amount of PLN 4,600.00 (CHF 999.00)

1630. Wojsa Mateusz in the amount of JPY 732,091.00, PLN 4,000.00, EUR 4,111.48, USD 5,766.74

1631. Wołoszyn Tomasz in the amount of PLN 201,474.00

1632. Wołoszyn Stanisław in the amount of PLN 10,000.00 (USD 2,421.42)

1633. Wołoszczenko Piotr in the amount of PLN 51,612.60

1634. Woźniak Marcin in the amount of EUR 11,460.00 (PLN 49,598.88)

1635. Woźny Szymon in the amount of PLN 10,138.95, USD 3,465.36

1636. Wójcicki Piotr in the amount of PLN 57,252.58

1637. Wojtowicz Krzysztof in the amount of PLN 3,034.78 (EUR 700.00)

1638. Wróblewska Iwona in the amount of PLN 10,176.45

1639. Wróbel Dorota Anna in the amount of USD 2,005.01 (PLN 8,000.00)

1640. Wybraniec Piotr in the amount of PLN 6,340.00

1641. Wycisło Kamil in the amount of PLN 859.60

1642. Wykręt Kamil in the amount of PLN 3,500.00

1643. Wyciślak Oskar in the amount of EUR 7,000.00 (PLN 30,273.60)

1644. Wysocki Arkadiusz in the amount of PLN 87,000.00

1645. Wysocki Michał in the amount of EUR 1,895.49

1646. Wysota Justyna/ Wysota Dawid in the amount of EUR 2,500.00 (PLN 10,712.75)

1647. Zabłocki Marek in the amount of PLN 22,511.93

1648. Zaborowicz Maciej in the amount of PLN 53,253.96 and EUR 4,066.09

1649. Zaborowska Wioleta in the amount of PLN 36,736.83

1650. Zaborowski Wojciech in the amount of PLN 64,318.42

1651. Zaborowski Mariusz in the amount of PLN 2,160.70 (EUR 500.00)

1652. Zachara Jarosław in the amount of PLN 7,492.01

1653. Zadora Maciej in the amount of USD 1,236.28 (PLN 5,004.59)

SBO - LEGAL

EXPIGRO-00081

1654. Zadworna Joanna in the amount of PLN 997.94

1655. Zaginski Wojciech PLN 6,012.45

1656. Zagrodny Antoni in the amount of PLN 48,587.68

1657. Zagórski Paweł in the amount of USD 3,700.00 (PLN 15,183.32)

1658. Ząbek Lucyna in the amount of EUR 1,000.00 (PLN 4,330.00)

1659. Zagórski Mateusz in the amount of PLN 9,805.82

1660. Zagdański Piotr in the amount of PLN 49,087.66

1661. Zając Romuald in the amount of PLN 5,000.00

1662. Zajączkowski Paweł in the amount of PLN 4,015.51 (EUR 926.00)

1663. Zajda Mariusz in the amount of PLN 60,559.85

1664. Zakątki Podhala sp. z o.o. represented by Wioletta Frejdlich-Gąsienica in the amount of EUR 38,860.00 (PLN 169,596.70)

1665. Zakład Produkcji Materiałów Budowlanych TERRAZZO/ Jacek Kulupa in the amount of PLN 65,478.00 (EUR 15,000.00)

1666. Zakrzewski Krzysztof in the amount of GBP 450.00 (PLN 2,200.75)

1667. Zakrzewski Paweł representing PAW-MAR in the amount of EUR 36,900.00 (PLN 160,300.78)

1668. Zakrzewski Marek in the amount of PLN 10,000.00 (NOK 26,066.47)

1669. Zalewski Tomasz representing TOM-SERVICE in the amount of USD 60,000.00 (PLN 240,876.00), PLN 1,200.00 (EUR 278.47)

1670. Zalewski Arkadiusz in the amount of JPY 1,000,000.00 (PLN 26,301.00)

1671. Zalewski Marek (P: 72080308172) in the amount of PLN 378,247.69

1672. Zalewski Marek (m.a.zlewski@gmail.com) in the amount of PLN 12,500.00

1673. Zamojski Marcin in the amount of PLN 25,534.00

1674. Zapaśnik Dominik in the amount of EUR 4,650.00 (PLN 20,014.06)

1675. Zaprzałek Piotr Janusz in the amount of PLN 1,300.17 (EUR 300.00)

1676. Zaręba Krzysztof in the amount of PLN 12,850.17

1677. Zaręba Sławomir in the amount of PLN 35,970.90

1678. Zaród Agnieszka in the amount of EUR 1,000.00 (PLN 4,278.80)

1679. Zawoliński Tomasz in the amount of EUR 1,035.00 (PLN 4,432.80)

1680. Zawidzki Łukasz in the amount of EUR 7,000.00 (PLN 30,114.00)

1681. Zawiślak Mariusz in the amount of PLN 235,000.00

1682. Zentera Daniel in the amount of CHF 245.00

1683. Zdaniewicz Mariusz in the amount of PLN 2,522.19

1684. Zdanuczyk Agnieszka in the amount of EUR 12,500.00 and PLN 4,290.99

1685. Zdębski Szymon in the amount of EUR 10,254.97 (PLN 43,800.00)

1686. Zdolińska Dorota in the amount of PLN 6,831.85

1687. Zdoliński Paweł in the amount of PLN 683.85

1688. Zduńczak Iwona in the amount of USD 1,500.00 (PLN 6,005.10)

1689. Zender Bogusław in the amount of PLN 68,166.60

1690. Zgagacz Piotr in the amount of CHF 327.96 and PLN 1,600.00



SBU - LEGAL     EXH-ORO-00082

1691. Wielkoszyński Zbigniew in the amount of NOK 30,000.00 (PLN 10,719.60)

1692. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłomiej in the amount of PLN 2,182.90 (EUR 500.00)

1693. Ziemak Radosław in the amount of EUR 990.00

1694. Ziemski Michał in the amount of PLN 152,011.04

1695. Zieliński Damian in the amount of PLN 10,702.75

1696. Zieliński Michał in the amount of USD 27,070.00 (PLN 110,946.39)

1697. Zieliński Marcin in the amount of PLN 4,175.64 (CHF 895.79)

1698. Ziebal Sławomir in the amount of EUR 1,000.00 (PLN 4,302.60)

1699. Zięcina Sławomir in the amount of PLN 12,192.76 and EUR 745.00

1700. Znamirowska Monika in the amount of PLN 8,597.00, EUR 1,000.00

1701. Żoch Magdalena in the amount of PLN 4,961.09

1702. Ostrowski Krzysztof in the amount of PLN 3,650.70

1703. Dera Dawid in the amount of PLN 8,701.53

1704. Dec Damian Marcin in the amount of PLN 19,833.74

1705. Dawidowicz Michał in the amount of PLN 4,286.22

1706. Daniel Filip in the amount of PLN 19,768.89

1707. Deja Krystyna/Deja Daniel in the amount of EUR 28,600.16

1708. Demczuk Jarosław/Mękin Marcin Paweł in the amount of EUR 1,200.00

1709. Pipa Sabina in the amount of PLN 429,340.00

1710. "ROLNIK" Centrala Nasion Sp. zo.o. Pawlak Sebastian in the amount of PLN 313,344.00 (EUR 72,000.00)

1711. Kids Boutigne sp. z o.o.- Zadura Aleksandra in the amount of PLN 172,072.00 (EUR 40,000.00)

1712. 3mdeb sp. z o.o. in the amount of EUR 20,000.00

1713. MDM Capital Sp. z o.o./legal counsel Piotr Witkowski in the amount of EUR 92,584.02 (USD 100,000.00)

1714. F.H. AMT POLAND Adamkiewicz Paweł/Adamkiewicz Paweł in the amount of PLN 30,225.65 (EUR 7,000.00)

1715. Łumińska-Żelazny Elżbieta in the amount of EUR 28,540.23, USD 7,427.21

1716. Gwizdek Adrian in the amount of EUR 12,752.00

1717. Bielecka Monika in the amount of EUR 5,000.00 (PLN 21,626.50)

1718. Beier Joanna/ Jurgen Beier in the amount of EUR 1,000.00 (PLN 4,248.30)

1719. Bielecka Justyna in the amount of EUR 710.00

1720. ADVALUE Doradztwo i Wyceny sp. z o.o. in the amount of PLN 17,182.87 (EUR 3,958.00)

1721. Adamkiewicz Robert in the amount of PLN 2,575.09 (CHF 555.00)

1722. Adamkiewicz Rafał in the amount of USD 6,812.00 (PLN 27,761.62)

1723. Andruszkiewicz Michał in the amount of EUR 19,710.08

1724. Andruszkiewicz Sebastian in the amount of PLN 713.05, EUR 391.90, CHF 195.48, USD 27.00

1725. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej in the amount of PLN 2,182.90 (EUR 500.00)

1726. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata in the amount of PLN 29,603.12 (EUR 6,800.00)

1727. Banaszkiewicz Krzysztof in the amount of EUR 200.00, USD 126.00, CHF 106.15, JPY 40,318.00

1728. Bartkowiak Robert representing CIH SYSTEMY CZYSZCZĄCE in the amount of PLN 51,028.38 (EUR 11,700.00)

SBU - LEGAL

EX19 ORO-00083

1729. Bartkowiak Michał in the amount of PLN 15,600.90

1730. Bartkowski Robert in the amount of PLN 21,086.17

1731. Bartosz Paweł in the amount of EUR 600.00

1732. Berger Piotr in the amount of PLN 21,651.00 (EUR 5,000.00)

1733. Białaska-Mezner Magdalena in the amount of EUR 1,168.50

1734. Błachowicz Arkadiusz in the amount of PLN 1,042.63

1735. Błaszczak Witold in the amount of PLN 7,105.56 (EUR 1,650.00)

1736. Błaszczyk Paweł in the amount of PLN 9,504.00 (EUR 2,200.00)

1737. Błaszczyński Adam in the amount of PLN 1,393.80 (CHF 300.00)

1738. Brandyk Magdalena in the amount of PLN 4,000.00 (EUR 921.19)

1739. Brandt Damian in the amount of EUR 22,500.00 (PLN 98,100.00)

1740. Broda Aneta and Broda Krzysztof in the amount of EUR 16,710.00

1741. Buczkowska Ewa in the amount of PLN 1,755.51 (EUR 405.86)

1742. Buczma Anna in the amount of PLN 5,203.80 (EUR 1,200.00)

1743. Bukiel Krzysztof in the amount of PLN 2,800.00 and NOK 13,556.55

1744. Bukowski Marek in the amount of EUR 1,029.18

1745. Burakiewicz Aleksandra in the amount of EUR 300.00 (PLN 1,290.93)

1746. Burakiewicz Hubert in the amount of PLN 6,480.10

1747. Burdzy Damian in the amount of PLN 2,566.64 (EUR 600.00)

1748. Chabrowski Arkadiusz in the amount of GBP 6,000.00 (EUR 7,126.03)

1749. Chlebowicz Aleksander in the amount of EUR 2,500.00 (PLN 10,742.50)

1750. Chlebiuk Bożena in the amount of PLN 1,164.05 (CHF 250.00)

1751. Chodań Anna in the amount of PLN 920.68 (EUR 210.00)

1752. Chodziński Paweł in the amount of PLN 6,679.72

1753. Chojnowska Małgorzata Maria in the amount of PLN 53,905.15 (EUR 12,500.00)

1754. Chojnowska Anna in the amount of PLN 38,020.19

1755. Chojnowska - Bieszak Anna in the amount of PLN 6,000.00 (USD 1,513.55)

1756. Cieślawska Katarzyna in the amount of EUR 13,706.73, USD 26,284.70, PLN 6,710.00

1757. Cieślak Jarosław in the amount of EUR 312.88 and PLN 233.84

1758. Cygan Adam in the amount of PLN 50,000.00 (EUR 11,646.87)

1759. Czyżkowska Katarzyna in the amount of EUR 288.00

1760. Juchlke Jarosław in the amount of PLN 11,568.60

1761. Dąbrowską Małgorzata in the amount of EUR 8,000.54

1762. Dadczak- Wysocka Karolina in the amount of EUR 359.73

1763. Dadczyszyn Monika in the amount of EUR 500.00 (EUR 114.09)

1764. Dajczak Jakub in the amount of EUR 600.00

1765. Draczyński Michał in the amount of USD 1,148.55, PLN 7,211.27

1766. Dalia Costa Luca in the amount of EUR 29,810.50

1767. Dalia Villa Agnieszka and Emmanuele in the amount of EUR 25,000.00 (PLN 108,075.00)

1768. Dabrowski Tomasz in the amount of PLN 200,039.64 (USD 49,567.52)



1769. Dąbrowskis Adam in the amount of EUR 2,245.11 (PLN 9,611.97)

1770. Dźwigała Katarzyna Maria in the amount of PLN 2,142.35 (EUR 500.00)

1771. Elwart Sławomir in the amount of PLN 3,880.13 (EUR 890.00)

1772. Enozel Frank in the amount of PLN 94,523.62

1773. Katarzyna Hawrył-Adamczyk Bartosz Adamczyk in the amount of PLN 29,037.80, CHF 9,000.00

1774. Katarzyńska - Banasik Dorota in the amount of EUR 31,721.50

1775. Fajecki Patryk in the amount of EUR 3,000.00 (PLN 13,015.20)

1776. FARMATOR sp. z o.o. in the amount of PLN 15,146.95 (EUR 3,500.00)

1777. Farstad Julia in the amount of NOK 23,800.00 (PLN 8,610.24)

1778. Fedorczyk Bogusław in the amount of PLN 6,368.28

1779. Fundacja Grup DDA/DDD /Małgorzata Agnieszka Gerc in the amount of PLN 17,980.20 (EUR 4,200.00)

1780. Fuhrmann Łukasz in the amount of PLN 7,851.50

1781. Gaworek Marcin in the amount of PLN 1,840.40 (EUR 420.60)

1782. Gawroński Grzegorz in the amount of PLN 1,833.00

1783. Gawron Magdalena in the amount of PLN 3,612.97 (CHF 775.00)

1784. Gawron Jacek in the amount of PLN 43,614.00 (EUR 10,000.00)

1785. Gawrych Paweł in the amount of PLN 1,773.03 (GBP 333.00)

1786. Gawryło Renata in the amount of PLN 86,570.00

1787. Gehrke Sven in the amount of EUR 3,500.00

1788. Grupa Handlowa Wiesław Godlewski in the amount of PLN 79,574.05 (EUR 18,500.00)

1789. Gruchlik Piotr in the amount of PLN 42,717.52

1790. Gruszka Małgorzata in the amount of GBP 264.04, EUR 171.57, USD 440.58, CHF 91.40

1791. Gruszczyński Waldemar in the amount of EUR 467.00

1792. Godek Kamil in the amount of EUR 4,600.00 (PLN 19,899.10)

1793. Godleś Hanna in the amount of EUR 1,400.00 (PLN 6,013.56)

1794. Gorsiak Renata in the amount of EUR 50,000.00

1795. Górecka Daria in the amount of PLN 4,992.00 and EUR 1,150.00

1796. Górny Adam in the amount of EUR 510.11, USD 493.94, PLN 9,182.04

1797. Górny Anna in the amount of EUR 510.11, USD 493.94, PLN 9,182.04, CHF 1,020.00

1798. Grałek Artur in the amount of PLN 305,026.00 (EUR 70,000.00)

1799. Grabka Artur in the amount of EUR 1,000.00 (PLN 4,300.00)

1800. Grabów Roger in the amount of PLN 4,383.06

1801. Grabowski Grzegorz in the amount of EUR 9,500.00 (PLN 36,572.95)

1802. Grabowski Gabriel in the amount of EUR 269.00 and PLN 590.68

1803. Grabowska Maria in the amount of EUR 4,000.00 (PLN 17,145.70)

1804. Grabowska Katarzyna in the amount of EUR 11,563.79

1805. Grabska - Gorgula Maria PLN 20,055.00 (NOK 54,346.26)

1806. Granszof Adrian in the amount of EUR 320.00

1807. Groen Marcin in the amount of EUR 5,000.00

1808. Grzegorz Dzida in the amount of PLN 3,798.34 (EUR 880.00)



SBU - LEGAL

EX-PIORO-00085

1809. Grzegorczyk Anna in the amount of EUR 250.00 (PLN 1,061.35)

1810. Grzegorczyk Andrzej in the amount of EUR 359.40, USD 221.96, PLN 925.63

1811. Grzelczyk Tomasz in the amount of EUR 2,326.26

1812. Grzejszczyk Anna in the amount of PLN 15,000.00 (EUR 3,469.25)

1813. Grzesiak Zbigniew in the amount of PLN 79,232.00

1814. Grzesiński Paweł Michał in the amount of PLN 110,000.00

1815. Grześkiewicz Rafał in the amount of PLN 97,245.80

1816. Grzymkowska Edyta in the amount of EUR 8,200.00

1817. Hanusiak Kamil in the amount of PLN 47,120.70

1818. Hanusek Jan in the amount of PLN 3,366.86 (GBP 720.00)

1819. Hajok Sara in the amount of EUR 75,982.43

1820. Hinc Ryszarda Józefa in the amount of EUR 11,000.00 (PLN 47,208.70)

1821. Iwanek Radosław in the amount of EUR 2,489.07

1822. Jabłecki Rafał in the amount of TRY 607,777.95

1823. Jabłońska Anna in the amount of PLN 15,742.38 (CHF 3,391.00)

1824. Jabłoński Paweł in the amount of EUR 9,800.00 and PLN 56,494.33

1825. Jabłoński Szymon in the amount of EUR 4,998.83 and PLN 21,397.16

1826. Janiszewski Jakub in the amount of PLN 7,000.00 (EUR 1,623.90)

1827. Janiszewski Paweł in the amount of PLN 4,310.50 (EUR 1,000.00)

1828. Janiszewski Hubert in the amount of CHF 488.00 and PLN 87.24

1829. Jankowska Magdalena in the amount of EUR 2,445.47

1830. Jankowska Maria in the amount of PLN 5,000.00

1831. Jaworski Paweł in the amount of EUR 5,000.00

1832. Jóźwiak Paweł in the amount of SEK 35,000.00 (PLN 13,226.50)

1833. Jóźwiak Anna in the amount of PLN 2,917.94 (CHF 632.00)

1834. Kadrzyńska Elżbieta in the amount of PLN 81,864.97

1835. Kadyszewski Kacper in the amount of EUR 5,493.08 and PLN 233.55

1836. Kantrzonka Alicja in the amount of EUR 5,800.00

1837. Kapałczyński Arkadiusz in the amount of EUR 10,000.00

1838. Kasperski Tomasz in the amount of PLN 2,622.43 (EUR 602.00)

1839. Kaszewska Karolina in the amount of EUR 4,418.00 (PLN 19,017.28)

1840. Karaś Wioletta in the amount of PLN 3,900.77

*[List number missing in the source document]*

1842. Szymański Paweł in the amount of PLN 3,400.00

1843. Klan Szymon in the amount of USD 9,302.00 (EUR 8,654.58)

1844. Klub Kyokushin Karate im. Masutatsu Oyama in the amount of EUR 25,100.00

1845. Kłoda Jan "Maszyny Leśne" in the amount of PLN 282,599.72 (EUR 65,800.00), PLN 201,827.40 (EUR 47,000.00) łącznie PLN 484,427.12 (EUR 112,800.00)

1846. Kłosiński Jarosław in the amount of EUR 390.00 and PLN 9.66

1847. Konstanty Jarosław in the amount of PLN 156,891.92

SBU - LEGAL    EXUPIORO-00086

1848. Konarski Bartosz in the amount of PLN 40,000.00 (EUR 9,166.74)

1849. Konarzewski Rafał in the amount of JPY 93,594.00 and EUR 1,003.67

1850. Koneczny Bartosz in the amount of PLN 2,976.50 (CHF 639.42)

1851. Konecki Józef in the amount of PLN 863,763.50

1852. Koniarz Patryk in the amount of PLN 1,293.06

1853. Konieczna Magdalena in the amount of USD 10,000.00

1854. Konojacka Paulina in the amount of EUR 20,000.00 (PLN 84,800.00)

1855. Konopka Daniel in the amount of PLN 1,745.96 (EUR 400.00)

1856. Kopczyńska Izabella in the amount of PLN 46,044.14

1857. Kopczyk Bartłomiej in the amount of PLN 8,170.00 and EUR 1,320.00

1858. Kopicka Weronika in the amount of PLN 1,300.00 (EUR 302.82)

1859. Kopacki Patryk in the amount of PLN 2,096.57

1860. Kopacz Krzysztof in the amount of GBP 2,587.00 and PLN 5,100.00

1861. Kopaniewska Janina in the amount of PLN 710,000.00 (USD 178,318.45)

1862. Koprek Marcin in the amount of EUR 2,178.80 and PLN 3,444.58

1863. Koprowska Agata in the amount of EUR 8,910.16

1864. Kopryński Krzysztof in the amount of PLN 10,611.10

1865. Kornacki Sebastian in the amount of EUR 600.00

1866. Kortyra Irena in the amount of EUR 3,000.00

1867. Kortas Andrzej in the amount of PLN 10,000.00

1868. Kowalik Piotr in the amount of EUR 1,000.00

1869. Kowalik Marcin (Czernikowo) in the amount of EUR 2,516.00 (PLN 10,803.96)

1870. Kowalik Marcin (Szczecin) in the amount of PLN 3,650.91

1871. Kowalik Mariusz in the amount of PLN 1,744.76 (EUR 400.00)

1872. Krawczyk - Bielecka Dagmara in the amount of PLN 7,958.88 (EUR 1,840.65)

1873. Krupka Sebastian in the amount of EUR 300.00 (PLN 1,291.98)

1874. Krupkowska-Ziętkiewicz Jolanta in the amount of PLN 6,000.00 (EUR 1,389.98)

1875. Kruk Tomasz in the amount of EUR 1,071.49 (CHF 1,001.84)

1876. Kruk Paweł in the amount of PLN 48,653.20

1877. Kruk Maciej in the amount of PLN 7,136.91 (CHF 1,529.00)

1878. Kruk Marek in the amount of PLN 201,620.00 (USD 50,000.00)

1879. Krukowski Marcin in the amount of GBP 499.07

1880. Krysiak Dominika in the amount of EUR 7,000.00

1881. Kryszpin Patrycja in the amount of CHF 639.00 (PLN 2,950.00)

1882. Kubera Maciej in the amount of USD 10,009.73, PLN 21,378.10, EUR 325.67

1883. Kubik Aneta in the amount of EUR 1,178.00

1884. Kubik Mariusz in the amount of EUR 5,250.00

1885. Kubiak Wojciech in the amount of PLN 2,585.88

1886. Kubiak Daniel in the amount of PLN 12,506.61 (EUR 2,900.00)

1887. Kubiak Michał in the amount of EUR 41,252.47 and USD 85,988.83



Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 87 of 523
SBU - LEGAL     EXHIBIT ORO-00087

1888. Kucharczyk Marcin in the amount of EUR 5,300.00

1889. Kudła Krzysztof in the amount of EUR 13,500.00 and PLN 2,019.00

1890. Kupidura Kamil in the amount of PLN 30,139.30 (EUR 7,000.00)

1891. Kupka Sebastian in the amount of EUR 300.00 (PLN 1,281.90)

1892. Kuprianowicz Andrzej in the amount of PLN 40,855.00 and EUR 4,729.00

1893. Kupść Kajetan in the amount of PLN 7,000.00

1894. Kurtowicz Maksymilian in the amount of EUR 696.00

1895. Kuricierewicz Łukasz in the amount of EUR 4,500.00 (PLN 19,424.70)

1896. Kowalczyk Jarosław in the amount of PLN 14,259.78 (EUR 3,328.38)

1897. Kurowska - Billaud Anna in the amount of EUR 9,146.25 (PLN 39,238.33)

1898. Kurowski Wojciech in the amount of USD 6,437.15 and PLN 132.25

1899. Kuśmierczyk Piotr in the amount of PLN 35,000.00

1900. Kulinowski Piotr in the amount of USD 63,000.00 and PLN 721.43

1901. Kuta Łukasz in the amount of PLN 1,770.71 (EUR 410.00)

1902. Kuta Kamila in the amount of SEK 70,000.00

1903. Lachowski Robert in the amount of EUR 46,313.45

1904. Lebiedziński Marek in the amount of USD 2,988.58

1905. Lenart Małgorzata Joanna in the amount of EUR 500.00

1906. Lenart Georg in the amount of EUR 600.94 (PLN 2,574.85) and PLN 4,351.29

1907. Lewandowski Krzysztof in the amount of EUR 900.00

1908. Lewandowski Przemysław in the amount of GBP 560.00 (PLN 2,886.07)

1909. Lewandowski Robert in the amount of EUR 1,500.00 (PLN 6,480.90)

1910. Lewandowski Mariusz in the amount of PLN 6,006.78

1911. Lewandowski Paweł and Lewandowska Marta in the amount of EUR 10,721.51

1912. Lewandowska Barbara in the amount of USD 2,000.00 (PLN 8,005.00)

1913. Litke Rafał in the amount of EUR 1,468.59

1914. Litwin Łukasz in the amount of PLN 2,550.10 (CHF 551.35)

1915. Litwiński Łukasz in the amount of PLN 3,501.30 and EUR 168.50

1916. Pietrzyk Lucyna in the amount of PLN 15,000.00 (EUR 3,469.49)

1917. Łapaj Grzegorz in the amount of EUR 1,700.00

1918. Łozińska Emilia in the amount of EUR 10,000.00

1919. Łobejko Mariusz in the amount of PLN 6,500.00 (EUR 1,490.96)

1920. Łukaszewski Maciej in the amount of PLN 4,000.00 (EUR 925.09)

1921. Żelazny Bartosz in the amount of EUR 2,500.00 (PLN 10,690.25)

1922. Mach Aleksander in the amount of EUR 5,000.00

1923. Machnacka Danuta in the amount of PLN 4,500.00 (CHF 971.88)

1924. Machnik Katarzyna in the amount of GBP 11,800.00 (PLN 60,469.10)

1925. Machoń Marcel in the amount of EUR 1,068.00 (PLN 4,630.63)

1926. Machelski Michał/Machelska Aneta in the amount of PLN 19,836.00 (USD 5,000.00)

1927. MACHEI HOLDING sp. z o.o. in the amount of PLN 14,432.06 (EUR 3,343.14)

SBU - LEGAL

1928. Maciak Małgorzata in the amount of PLN 46,169.90

1929. Maciantowicz Agnieszka in the amount of CHF 258.71

1930. Maciaś Waldemar in the amount of USD 30,000.00

1931. Maciejewska Justyna in the amount of EUR 2,000.00 (PLN 8,572.80)

1932. Macoch Marcin in the amount of PLN 2,583.74, USD 827.28, EUR 1,525.09

1933. Maksimowska Anna in the amount of USD 39,500.00 (PLN 161,025.70)

1934. Maksymiuk Iwona in the amount of PLN 30,201.20 (EUR 7,000.00)

1935. Makowski Jakub in the amount of EUR 1,528.91

1936. Makowski Łukasz (P:88012711437) in the amount of EUR 750.00

1937. Makowski Lukas (Lubeck DE) in the amount of EUR 6,224.70

1938. Makowski Mateusz in the amount of PLN 41,616.00 and GBP 10,394.23

1939. Małgorzata Skowronek in the amount of PLN 1,292.49 (EUR 300.00)

1940. Mamzerowski Maciej in the amount of EUR 1,043.89

1941. Manowiec Piotr in the amount of GBP 4,000.00 (PLN 20,616.20)

1942. Mania Jakub in the amount of EUR 300.00 (PLN 1,290.57)

1943. Margiel Mateusz in the amount of PLN 54,040.44

1944. Młynarczyk Mateusz p Chabre IT Services Sp. z o. o. in the amount of EUR 40,000.00 (PLN 172,604.00)

1945. Nosal Patryk in the amount of PLN 245,387.70

1946. Nosal Wiesław in the amount of PLN 19,000.00

1947. Nosal Jakub in the amount of PLN 2,406.25 (CHF 520.00)

1948. Abramczyk Marcin in the amount of PLN 17,887.80 (EUR 4,153.00)

1949. Kościelniak Marcin in the amount of EUR 1,000.00

1950. Kościak Stanisław in the amount of PLN 88,000.00 (EUR 20,191.36)

1951. Kiciński Michał in the amount of EUR 1,000.00 and PLN 94,600.00

1952. Kicior Hieronim in the amount of PLN 17,284.80 (EUR 4,000.00)

1953. Kościuk Anna in the amount of PLN 2,744.00

1954. Jagusiak Mariusz in the amount of EUR 1,801.62

1955. Jagalla Sławomir in the amount of PLN 3,474.84 (EUR 800.00)

1956. Jagoda Roman in the amount of USD 2,000.00 (PLN 7,974.00)

1957. Miozka Martin in the amount of EUR 34,131.29

1958. Migacz Maciej in the amount of EUR 4,000.00 (PLN 17,112.40)

1959. Migodziński Wojciech in the amount of EUR 195.33

1960. Migdalski Kamil in the amount of EUR 2,000.00

1961. Mikołajczak Bartłomiej in the amount of EUR 500.00

1962. Mikołajewski Leszek in the amount of PLN 2,168.85 (EUR 500.00)

1963. Mikulski Marek in the amount of PLN 2,189.05 (EUR 500.00)

1964. Misterska Katarzyna in the amount of EUR 1,000.00

1965. Morzycka Karolina in the amount of EUR 3,336.00

1966. Moryl Joanna in the amount of USD 9,981.00

1967. Mróz Piotr in the amount of USD 25,000.00 (EUR 22,787.50)



SBU - LEGAL

1968. Mróz Karol in the amount of PLN 4,000.00

1969. Mrówka Rafał in the amount of PLN 10,840.50 (EUR 2,500.00)

1970. Nawrot Ewelina in the amount of EUR 550.00

1971. Nawracała Tomasz in the amount of PLN 1,485.79

1972. Nawotny Marcin in the amount of EUR 1,500.00 (PLN 6,409.35)

1973. Necka Tomasz in the amount of EUR 9,932.39

1974. Nędza Sabina in the amount of PLN 7,000.92

1975. Nowak Paweł in the amount of PLN 23,436.46 (EUR 5,432.00)

1976. Nowak Grzegorz in the amount of EUR 115,111.89

1977. Nowak Cezary in the amount of EUR 5,000.00 (PLN 21,529.00)

1978. Nowak Michał in the amount of PLN 14,000.00

1979. Nowacki Paweł in the amount of EUR 652.91

1980. Nowacki Tomasz in the amount of PLN 47,842.94

1981. Nowacki Dariusz in the amount of USD 1,618.05

1982. Nowara Roman in the amount of EUR 4,598.83 and PLN 1,728.54

1983. Gładysz Radosław in the amount of EUR 6,233.23

1984. Gospodarstwo Rolne Roman Nowak in the amount of EUR 30,000.00

1985. Gospodarstwo Rolne Sebastian Hoekstra in the amount of PLN 426,980.00 (EUR 100,000.00)

1986. Gostomski Czesław in the amount of EUR 3,000.00 and USD 5,362.00

1987. Chicken King Family Sp. z o.o./Biejarowski Łukasz in the amount of PLN 6,000.00 (EUR 1,390.40)

1988. MS PILOT SP. Z O.O./Szczepański Marcin in the amount of EUR 1,000.00 (PLN 4,244.20)

1989. Odnosumov Mykola in the amount of USD 8,256.99 (PLN 33,360.72)

1990. Odrzywołek Iwona in the amount of PLN 3,028.97

1991. Ogulewicz Marek in the amount of PLN 6,000.00 (EUR 1,398.04)

1992. Ogrodnik Sylwester in the amount of NOK 11,000.00 (PLN 3,936.74)

1993. Ogrodowski Dawid in the amount of USD 6,900.00 (PLN 27,064.56)

1994. Okoniewski Krzysztof in the amount of PLN 2,505.25 (EUR 578.22)

1995. OKON II Maria Staszewska/Staszewska Maria in the amount of PLN 2,418.70, USD 462.72, EUR 16.79, CNY 17.16, and JPY 1,075,869.00

1996. Okulski Grzegorz in the amount of PLN 15,088.51

1997. Okłocka Diana in the amount of PLN 4,346.10

1998. Okurowska Elżbieta in the amount of EUR 37,000.00

1999. Olchawska Klaudia in the amount of PLN 4,010.00

2000. Olczak Aleksandra in the amount of EUR 2,000.00

2001. Olszak Adrian in the amount of DKK 30,000.00

2002. Olszewski Tomasz in the amount of PLN 2,310.31 (EUR 535.65)

2003. Olszewski Marcin in the amount of EUR 5,170.00

2004. Olszewski Dariusz in the amount of PLN 7,894.89

2005. Oyunkhuu Damian Yadam in the amount of USD 15,532.00

2006. Pirart Paulina in the amount of PLN 8,621.20 (EUR 2,000.00)



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 90 of 523
SBU - LEGAL    EXT-FIORO-00090

2007. Pawlak Przemysław in the amount of EUR 3,000.00

2008. Robak Adam in the amount of EUR 1,267.00 (PLN 5,417.79)

2009. Romanowska Jolanta in the amount of PLN 3,584.20 (CHF 770.00)

2010. Romanowski Łukasz in the amount of PLN 7,795.08

2011. Romaniec Michał in the amount of PLN 1,909.88 (CHF 414.13)

2012. Rokleki Jarosław in the amount of EUR 100.00 (PLN 427.69)

2013. Rokita Anna in the amount of EUR 5,096.96

2014. Roszak Robert in the amount of PLN 42.32 and EUR 1,924.12

2015. Rosiak Roman in the amount of EUR 1,600.87 (PLN 6,840.52) and EUR 70.00

2016. Rosę Romuald in the amount of EUR 1,200.00 (PLN 5,080.08)

2017. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz in the amount of EUR 2,500.00 (PLN 10,808.25)

2018. PBDIO Kanbruk sp. z o.o. in the amount of EUR 30,000.00

2019. Panel Sandwich Sp. z o.o./Emilian Stręczewski in the amount of EUR 150,000.00 (PLN 652,290.00)

2020. Pankau Maciej in the amount of CHF 10,000.00

2021. Piskorz Andrzej in the amount of PLN 15,000.00 (EUR 3,439.34)

2022. Piskorz Paweł in the amount of PLN 49,288.00

2023. Pilarek Włodzimierz in the amount of PLN 134,272.40

2024. Pilarski Dawid in the amount of USD 3,755.10 (PLN 15,050.82)

2025. Pilniak Barbara/Pilniak Ireneusz in the amount of PLN 14,195.00

2026. Piłch Katarzyna in the amount of EUR 2,000.00 (PLN 8,556.60)

2027. POLYATLAS sp. z o.o. in the amount of PLN 467,996.40 (EUR 107,326.88)

2028. Polsko - Portugalska Izba Gospodarcza in the amount of EUR 30,000.00 (PLN 128,598.00)

2029. Potocka Renata in the amount of PLN 1,200.00 (EUR 274.68)

2030. Powroźnik Mikołaj in the amount of EUR 1,700.00

2031. Pręcikowski Paweł in the amount of EUR 2,800.00

2032. Pstrowski Marek in the amount of PLN 2,616.77 (CHF 560.00)

2033. Puchała Aneta and Puchała Ireneusz in the amount of EUR 23,229.88

2034. Puchalski Janusz in the amount of EUR 160.28

2035. Puchłowska Paulina in the amount of PLN 107,938.16

2036. Puczka Dominik in the amount of PLN 15,070.77 and EUR 12.20

2037. Pudełko Adam in the amount of PLN 42,877.00

2038. Pyza Michał in the amount of EUR 10,000.00 (PLN 43,276.00)

2039. Radwan Ewelina and Radwan Grzegorz in the amount of EUR 6,220.00

2040. Rapior Michał in the amount of EUR 2,146.00 (PLN 9,224.80)

2041. Premium Storę sp. z o.o. in the amount of EUR 10,000.00

2042. Rysiewicz Sławomir in the amount of EUR 1,960.85

2043. Sadowska Aleksandra in the amount of PLN 2,586.00 (EUR 600.00)

2044. Samborska Aneta in the amount of PLN 2,000.00 (EUR 462.19)

2045. Schlichting Patrick EUR 3,426.50 (PLN 14,687.40)



SBU - LEGAL

EXHIGRO-00091

2046. Schroeder Robert representing AGA Polish Food Ltd. in the amount of EUR 69,255.15

2047. Schutzmann Edyta in the amount of EUR 2,500.00 (PLN 10,747.00)

2048. Matula Mateusz in the amount of PLN 8,041.87 (CHF 1,750.00)

2049. Miś Hubert in the amount of EUR 1,153.14 and NOK 6,634.69

2050. Smyk Kazimierz Antoni in the amount of EUR 7,002.29

2051. Sobolewski Adam in the amount of EUR 350.00

2052. SOGBI Sp. z o.o./ Grzegorz Soska in the amount of PLN 2,217.41

2053. Sosnowski Piotr in the amount of EUR 901.00

2054. Sosnowski Krzysztof EUR 5,400.00 (PLN 23,094.18)

2055. Sosiński Tomasz in the amount of EUR 5,000.00 (PLN 21,432.50)

2056. Spigarski Patryk in the amount of EUR 1,680.00 (PLN 6,491.14)

2057. Stachura Aleksandra in the amount of EUR 200.00

2058. Stachyra Marcin in the amount of EUR 7,200.00 (PLN 30,816.72)

2059. Stanek Katarzyna in the amount of EUR 25,463.93

2060. Stankowski Tomasz in the amount of PLN 1,500.00 (EUR 345.96)

2061. Stańczyk Brunon in the amount of PLN 1,644.32

2062. Stańczyk Grzegorz in the amount of PLN 13,000.00 (GBP 2,482.33)

2063. Stasiak Dominik in the amount of PLN 10,200.00 (GBP 1,959.01)

2064. Stasiewicz-Świaney Agnieszka in the amount of EUR 3,000.00

2065. Stasiulewicz Jerzy in the amount of AUD 28,825.00 and PLN 32,696.49

2066. Stała Michalina in the amount of GBP 500.00

2067. Styliński Rafał in the amount of EUR 7,500.00

2068. Suchy Alfons in the amount of EUR 22,500.00

2069. Suchodolski Marcin in the amount of EUR 3,900.00 (PLN 16,694.73)

2070. Sypień Wojciech in the amount of EUR 3,020.00, CHF 3,000.00

2071. Sypiański Szymon in the amount of PLN 4,920.84 (EUR 1,132.53)

2072. Sysa Joanna in the amount of PLN 3,208.29 (CHF 690.00)

2073. SYNESTHESIS Robert Wiśniewski in the amount of PLN 106,358.20 (USD 26,000.00)

2074. Sznycer Karolina in the amount of PLN 22,000.00 (EUR 5,133.74)

2075. Szopski Tomasz representing Fake Baką Polska in the amount of PLN 17,221.60 (EUR 4,000.00)

2076. Szopa Magdalena in the amount of CHF 601.44 (EUR 630.69)

2077. Szymański Krystian in the amount of EUR 1,000.00

2078. Szymczak Agnieszka in the amount of EUR 800.00

2079. Szymczyk Piotr in the amount of PLN 150,000.00

2080. Śmieja Krzysztof in the amount of EUR 7,900.00

2081. Ściskała Karina in the amount of PLN 300,000.00 (EUR 70,224.72)

2082. Taraszkiewicz Andrzej in the amount of EUR 2,000.00

2083. Tusiński Daniel in the amount of EUR 518.90

2084. Tymrakiewicz Patryk Maciej in the amount of EUR 20,000.00

2085. Trzybański Mertusz/Teresa in the amount of PLN 16,000.00

SBO - LEGAL

EX19PIORO-00052

2086. Uler Dorota in the amount of EUR 815.65

2087. Urbański Michael in the amount of PLN 21,735.50 (EUR 5,000.00)

2088. Urbański Marek in the amount of PLN 3,280.01 (CHF 704.00)

2089. Urbański Wojciech in the amount of PLN 2,799.03 (CHF 600.47)

2090. Komorowska Jolanta representing Vivo Jolanta Komorowska in the amount of EUR 700.00

2091. Komperda Mateusz Franciszek in the amount of PLN 2,500.00 and EUR 565.55

2092. Kompała Krzysztof in the amount of PLN 13,700.00

2093. Wiatrowski Dariusz in the amount of SEK 700,000.00

2094. Wiechnik Przemysław representing MP BROS LTD in the amount of EUR 8,214.39, GBP 20,803.40

2095. Wiecheć Adam in the amount of EUR 700.00

2096. Wiechowska Anna in the amount of USD 709.74

2097. Wilczyński Zbigniew in the amount of EUR 1,000.00

2098. Witkowska Aneta in the amount of PLN 3,496.72 (EUR 800.00)

2099. Wild Willy Sp. z o.o./ Wilczyński Marcin in the amount of PLN 9,782.18 (EUR 2,265.00)

2100. Winnicka Justyna in the amount of EUR 2,000.00 (PLN 8,626.40)

2101. Wiśniewski Bogdan in the amount of PLN 25,000.00 (EUR 5,733.55)

2102. Wiśniewski Łukasz in the amount of EUR 2,904.03

2103. Wiśniewski Jakub in the amount of USD 3,738.29 (EUR 3,537.17)

2104. Władysław Dubicki in the amount of EUR 6,000.00

2105. Włodarczyk Mateusz in the amount of EUR 665.00

2106. Woś Zuzanna in the amount of CHF 32,559.90 and EUR 1,000.00

2107. Woś Beata in the amount of PLN 38,554.08

2108. GAR Trans sp. z o.o./ koczylas Karol in the amount of EUR 4,000.00 (PLN 17,342.00)

2109. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna in the amount of PLN 472,481.45

2110. Wojcicki Paweł in the amount of PLN 1,846.97 (EUR 426.00)

2111. Wójcik-Michałkowska Natalia in the amount of EUR 2,804.46

2112. Wójcik Grażyna in the amount of NOK 20,000.00

2113. Wójcik Mariusz in the amount of EUR 11,154.54 and USD 2,416.62

2114. Wójcik Anna in the amount of EUR 697.77, USD 1,340.76, PLN 19,059.61

2115. Wójcik Sylwia in the amount of EUR 4,000.00 (PLN 17,368.40)

2116. Wójcik Paweł in the amount of USD 15,000.00 (PLN 61,051.50)

2117. Wójcik Tomasz P.P.H.U. EUROPOL in the amount of PLN 65,187.00 (EUR 15,000.00)

2118. Wójcik Jacek in the amount of EUR 91.42

2119. Wójcik Piotr in the amount of PLN 2,571.26

2120. Wójcik- Czech Ewa in the amount of EUR 411.99

2121. Wójcik Mateusz in the amount of SEK 169,574.99 and PLN 3,767.00

2122. Śpiewak Daniel in the amount of PLN 1,241.77

2123. Wrona Sylwia in the amount of EUR 22,498.83

2124. Wronka Marcin in the amount of PLN 4,353.70 (EUR 1,000.00)

2125. Wycisło Kamil in the amount of EUR 19,216.59



2126. Wzorek Marta in the amount of EUR 1,000.00 (PLN 4,333.10)

2127. Wzgarda Łukasz in the amount of PLN 719.34

2128. Zając Zenobia in the amount of EUR 13,300.69

2129. Andrykowska Regina in the amount of USD 14,000.00

2130. Andryszczak Wojciech in the amount of PLN 76,536.94

2131. Bizon Janusz in the amount of USD 2,073.58, EUR 2,000.00 (USD 2,157.60)

2132. Bożek Ewelina in the amount of PLN 7,100.00 (EUR 1,645.54)

2133. Bożek Agata in the amount of PLN 19,718.82 (EUR 4,600.00)

2134. Citko Paweł in the amount of GBP 8,442.96, USD 37,084.21

2135. Czech Katarzyna in the amount of USD 128,194.43

2136. Czechowski Roman in the amount of EUR 1,512.00, USD 1,307.63 and GBP 395.20

2137. Dudek Jakub in the amount of USD 4,659.70

2138. Dulski Przemysław in the amount of USD 7,285.00

2139. Falkiewicz Justyna in the amount of PLN 5,139.32 (USD 1,304.00)

2140. Falkiewicz Jarosław/ Falkiewicz Justyna in the amount of EUR 580.00 (PLN 2,506.24)

2141. Felkowski Krzysztof in the amount of GBP 1,300.00

2142. Forma Rafał and Forma Tomasz in the amount of USD 25,329.92

2143. Fostacz Magdalena in the amount of PLN 3,800.00 (EUR 881.55)

2144. Gocek Łukasz in the amount of PLN 16,253.60 (USD 4,000.00)

2145. Górka Marcin in the amount of USD 10,157.47

2146. Izodorczyk Jacek in the amount of PLN 1,776.27 (CHF 379.82)

2147. Jabłoński Kamil in the amount of USD 4,990.00

2148. Jasińska Kinga in the amount of USD 6,383.82

2149. Jasińska Barbara in the amount of EUR 1,500.00 (PLN 6,350.55)

2150. Jasiński Łukasz in the amount of EUR 1,643.17 (PLN 7,050.00)

2151. Jasiński Michał in the amount of EUR 12,000.00 (PLN 51,044.40)

2152. Jaworska Alina in the amount of USD 1,450.00

2153. Jaworska Dorota in the amount of PLN 3,402.00

2154. Jochimiak Grzegorz in the amount of USD 1,250.69

2155. Jonik Tomasz in the amount of USD 3,700.00

2156. Joskowski Bardomiej PLN 1,475.00

2157. Kapuściński Giedymin in the amount of USD 2,430.00 (PLN 9,493.52)

2158. Kapuśniak Damian in the amount of PLN 17,640.04 (USD 4,400.00)

2159. Kiełtyka-Michna Monika Anna in the amount of PLN 50,000.00 (USD 12,692.92)

2160. Kiełpin Jan in the amount of PLN 18,967.70

2161. Kochan Grzegorz in the amount of PLN 18,200.25 (USD 4,500.00)

2162. Kochanowski Marcin in the amount of TRY 44,227.85

2163. Kochańska- Szymczak Marta in the amount of JPY 2,852,389.00

2164. Koczocik Anna in the amount of CHF 500.00 (PLN 2,323.20)

2165. Kozina Anna in the amount of USD 34,827.03



SBU - LEGAL     EXHIBIT ORO-00084

2166. Kozieł Krystian in the amount of PLN 14,000.00 (EUR 3,226.62)

2167. Krawczyk Marcin in the amount of PLN 27,000.00 (USD 6,740.60)

2168. Krawczyk Aleksandra in the amount of GBP 5,401.00

2169. Kryślak Grzegorz in the amount of PLN 40,716.00 (USD 10,000.00)

2170. Kubicki Kamil in the amount of PLN 7,500.00 (USD 1,892.89)

2171. Kubiszewski Szymon in the amount of CHF 1,217.27

2172. Kula Tomasz in the amount of EUR 5,569.88

2173. Kula Piotr in the amount of PLN 1,992.88 and USD 507.68

2174. Lach Hubert (P: 81090903691) in the amount of USD 11,581.23

2175. Lach Hubert (P:72041500432) in the amount of PLN 2,673.72 (EUR 620.18)

2176. Marek Wacław in the amount of USD 2,073.63

2177. Waczynska Vaida in the amount of EUR 20,000.00 (PLN 85,708.00)

2178. Sachniewicz Mirosław in the amount of USD 1,085.10

2179. Sajdak Łukasz in the amount of USD 194.07

2180. Wieloch Justyna in the amount of USD 3,022.94

2181. Wiesner Marius in the amount of EUR 12,473.20

2182. Wieszczyk Piotr in the amount of PLN 4,612.01 (EUR 1,064.00)

2183. Wieszolek Tomasz in the amount of EUR 3,400.00 and PLN 2,167.45

2184. Wierzchowiak Sebastian in the amount of EUR 4,788.27

2185. Wiewióra Jędrzej in the amount of EUR 500.00

2186. Wiktor Mucha in the amount of USD 4,840.30

2187. Wypich Jarosław in the amount of PLN 27,893.97

2188. Wynver Joanna in the amount of PLN 29,074.32 (USD 7,200.00)

2189. Zawada - Biszczad Agnieszka in the amount of EUR 298.00

2190. Zawadzki Grzegorz in the amount of USD 19,950.49

2191. Zborowski Michał in the amount of USD 9,049.54

2192. Zemke Aleksander in the amount of PLN 30,936.69 (USD 7,819.00)

2193. Zemlik Paweł in the amount of EUR 464.84

2194. Zielaki Sebastian representing NAMIX Sebastian Zielaki in the amount of PLN 287,033.46 (USD 72,844.00)

2195. Zielińska Dorota (P: 64062612300) in the amount of PLN 20,178.50 (USD 5,000.00)

2196. Zielińska Dorota in the amount of PLN 5,876.16

2197. Kolarz Michał in the amount of CHF 99,328.92

2198. Kolendo Filip in the amount of PLN 1,726.48 (EUR 400.00)

2199. Kolonko Albert in the amount of EUR 2,000.00

2200. Haba Maciej in the amount of CHF 130.00

2201. Karda Łukasz in the amount of PLN 4,400.00 (EUR 1,007.58)

2202. Kardasz Marek Janusz in the amount of PLN 94,000.00

2203. Buszta Katrzyna in the amount of CHF 615.74

2204. Sławiński Marcin in the amount of CHF 550.00

2205. Sławik Tomasz in the amount of PLN 9,000.00 (EUR 2,098.15)



Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 95 of 523

SBO - LEGAL

EXIGPIGRO-00095

2206. Sławiok Patryk in the amount of PLN 10,000.00 (USD 2,096.30)

2207. Skwara Michał in the amount of GBP 5,000.00 (PLN 26,020.00)

2208. Skwarczyńska Maria in the amount of EUR 39,997.21 (PLN 172,220.00)

2209. Wróblewski Krystian in the amount of CHF 698.42

2210. Wracławek Adrian in the amount of PLN 15,010.00

2211. Wełcwejt Aneta in the amount of PLN 41,931.07

2212. Artur Świała representing AD-BAU Artur Świała in the amount of PLN 258,765.00 (CHF 50,000.00)

2213. Mil Robert in the amount of EUR 358.82

2214. Milewski Kamil Krzysztof in the amount of CHF 480.00

2215. Milewski Łukasz in the amount of PLN 20,136.40

2216. Milewski Arkadiusz in the amount of EUR 2,500.00 (PLN 10,667.37)

2217. Krzanicki Daniel in the amount of EUR 5,000.00 (GBP 4,149.82)

2218. Krzanowska Elżbieta in the amount of PLN 4,307.10 (EUR 1,000.00)

2219. Weronika Beil in the amount of GBP 4,821.00

2220. WELDMONT Sp. z o.o./ Krawczyk Kamil in the amount of PLN 41,794.32

2221. Wendzonka Katarzyna in the amount of EUR 804.47

*[List number missing in the source document]*

2223. Wetta Agnieszka in the amount of EUR 1,750.00

2224. Wetzel Łukasz in the amount of EUR 2,973.77

2225. Malinowski Robert in the amount of GBP 11,970.00

2226. Malinowski Kamil in the amount of PLN 3,563.80

2227. Maligranda Mariusz in the amount of USD 869.67 (PLN 3,524.25) and PLN 52,712.36

2228. Malesza - Flak Renata in the amount of PLN 1,634.71 (CHF 350.00)

2229. Małkiewicz Tomasz in the amount of PLN 6,503.55

2230. Małkiewicz Paweł in the amount of PLN 27,820.80

2231. Mąka Maria in the amount of PLN 1,847.04 (CHF 400.00)

2232. Mąka Przemysław in the amount of PLN 10,090.90

2233. Aleksandrowicz Mirosław in the amount of CHF 428.00

2234. Baran Jolanta in the amount of PLN 12,146.11

2235. Chmiel Emilia in the amount of PLN 2,304.52 (CHF 495.00)

2236. Dorota Keller-Zalewska in the amount of PLN 3,754.53 (CHF 810.00)

2237. Dorosz - Olszak Marta in the amount of PLN 1,951.59 (CHF 420.03)

2238. Dorenda Jakub in the amount of PLN 8,661.00

2239. Edyta Obłoj-Gąsiorowska in the amount of PLN 3,070.74 (CHF 670.00)

2240. Hejnar-Braś Joanna in the amount of CHF 509.10

2241. Janus Agnieszka in the amount of CHF 1,240.11

2242. Janus Wioleta in the amount of EUR 1,000.00 (PLN 4,238.30)

2243. Janus Łukasz in the amount of NOK 29,740.00 (PLN 10,751.01)

2244. Jeliński Mieszko in the amount of EUR 577.23 (CHF 539.94)

2245. Kawka Robert in the amount of PLN 255,315.98 (EUR 59,312.58)



SBU - LEGAL

EXT3HORO-00096

2246. Kawa Jakub in the amount of EUR 270.00

2247. Kawa Karol in the amount of EUR 5,258.13 (USD 5,500.00)

2248. Kawalec Tomasz in the amount of USD 50,000.95 and PLN 54,865.90

2249. Kawula Karol in the amount of CHF 5,000.00 (PLN 22,970.00)

2250. Kapelańczyk Adrian in the amount of PLN 448.38

2251. Kapelańczyk Michalina in the amount of USD 4,121.00

2252. Kapica Mariusz in the amount of PLN 2,350.00

2253. Kapica Damian in the amount of PLN 41,571.41

2254. Kazmierczak Agnieszka in the amount of PLN 1,000.94 (CHF 345.00)

2255. Kaźmierczuk Tomasz in the amount of EUR 2,185.97

2256. Kaźmierski Jacek in the amount of PLN 859.82, EUR 672.54, USD 11.90

2257. Kecher Justyna in the amount of EUR 251.54 and PLN 2,503.27

2258. Kerner Jarosław in the amount of CHF 301.00

2259. Kempa Izabela in the amount of EUR 547.79

2260. Kempa Mirela in the amount of PLN 4,705.47

2261. Kempa Wojciech in the amount of PLN 7,479.85

2262. Kompanowski Radosław in the amount of PLN 8,403.63 (EUR 1,939.00)

2263. Kessel Barbara in the amount of PLN 15,097.60

2264. Kędziora Maciej in the amount of PLN 1,387.55 (CHF 299.81)

2265. Kędziora Mateusz Norbert in the amount of DKK 21,594.25 (PLN 12,490.11)

2266. Kloskowska Anna in the amount of PLN 1,159.93 (CHF 250.00)

2267. Kosmał Rafał in the amount of PLN 5,244.02

2268. Kosmala Radosław in the amount of PLN 1,672.56 (CHF 360.00)

2269. Kowalski Leszek in the amount of PLN 2,937.51 (CHF 635.00)

2270. Kowalski Konrad in the amount of USD 2,943.36 and PLN 12,861.90

2271. Kowalski Tomasz in the amount of EUR 45,000.00 (PLN 193,023.00)

2272. Kowalski Łukasz in the amount of PLN 12,910.20

2273. Kozłowski Maciej in the amount of PLN 2,165.49 (CHF 464.00)

2274. Kozłowska Katarzyna in the amount of EUR 10.02 (PLN 1,339.98)

2275. Król Bartłomiej in the amount of PLN 1,577.17 (CHF 342.00)

2276. Król Tomasz in the amount of PLN 17,469.76

2277. Królikiewicz Marek in the amount of EUR 500.00 (PLN 2,138.25)

2278. Królikowski Zbigniew in the amount of USD 12,700.00

2279. Lubomski Patryk in the amount of CHF 380.00

2280. Łoszak Paweł in the amount of PLN 1,808.24 (CHF 390.00)

2281. Malik Mariusz in the amount of PLN 2,574.99 (CHF 560.00)

2282. Malicz Tomasz in the amount of USD 10,000.00 (PLN 40,821.00) and USD 30,000.0̸0̸

2283. Maliszewski Adam in the amount of PLN 4,700.00 (GBP 1,672.21)

2284. Marek Nowoiniak in the amount of PLN 4,922.96 (CHF 1,060.00)

2285. Marek Michał in the amount of GBP 1,164.51 (PLN 6,002.12)

SBU - LEGAL    EXIGIIORO-00097

2286. Matuszczyk Michał in the amount of CHF 472.88

2287. Maslach Mariusz in the amount of PLN 35,000.00

2288. Miałkowski Marek in the amount of PLN 1,199.98 (CHF 257.06)

2289. Mikołaj Dulny in the amount of PLN 925.71 (CHF 201.00)

2290. Milik Kamil in the amount of PLN 1,697.82

2291. Nawara Diminik CHF 428.70

2292. Nawra Milena in the amount of PLN 175,000.00 (EUR 41,015.30), EUR 200.00 (GBP 168.22), EUR 200.00 (PLN 851.68)

2293. Nacewicz Łukasz in the amount of USD 1,500.00 (PLN 5,885.40)

2294. Nowak Sebastian in the amount of PLN 1,475.52 (CHF 320.00)

2295. Orzeł Katarzyna in the amount of CHF 530.00

2296. Oser Katarzyna in the amount of PLN 5,732.28 (CHF 1,232.00)

2297. Osewski Kamil in the amount of PLN 183,904.00 (EUR 44,000.00)

2298. Panek Piotr in the amount of CHF 651.00

2299. Panek Przemysław in the amount of PLN 434,696.84 (PLN 91,841.00)

2300. Pawlak Karol in the amount of PLN 2,117.19 (CHF 456.33)

2301. Pedrycz Przemysław Henryk in the amount of PLN 3,673.00 (CHF 791.08)

2302. Pills Anna in the amount of CHF 340.15

2303. Piotrowski Michał in the amount of EUR 4,000.00 (PLN 17,347.40)

2304. Piotrowski Przemysław in the amount of EUR 1,000.00 (PLN 4,290.10)

2305. Prusakowska Milena in the amount of USD 1,930.00 (PLN 7,548.04)

2306. Przybylski Andrzej in the amount of PLN 2,769.78 (CHF 595.00)

2307. Przybylski Mateusz (PESEL:90071016631) in the amount of PLN 6,876.35

2308. Przybylski Mateusz (PESEL: 89120601539) in the amount of USD 12,280.80

2309. Przydacz Sebastian in the amount of PLN 116,082.50

2310. Przygoda- Zielińska Joanna in the amount of GBP 10,018.00 and CHF 12,522.00

2311. Pojazdy Turystyczne Sp. z o.o. / Wojciech Świtalski in the amount of PLN 92,848.70 (USD 23,000.00)

2312. Rożybowska-Dwojak Joanna in the amount of CHF 600.00

2313. Rzepkowski Grzegorz in the amount of PLN 3,344.76 (CHF 720.00)

2314. Rzepkowski Jakub in the amount of EUR 113.54, PLN 565.01, USD 1,332.65

2315. Siedlikowska Izabela in the amount of PLN 599.60

2316. Siejka Anna in the amount of USD 9,900.00 (PLN 38,737.71)

2317. Sikora Mieczysław in the amount of CHF 503.00

2318. Sikora Grzegorz in the amount of PLN 63,257.73

2319. Sobesto Marcin in the amount of PLN 4,898.53 (CHF 1,051.30)

2320. Sobkowiak Jakub in the amount of USD 5,000.00 and PLN 46.00

2321. Szczurek Krzysztof in the amount of PLN 2,922.76, (CHF 630.00)

2322. Szczurek Tomasz in the amount of PLN 28,098.58

2323. Szczuka Adam in the amount of PLN 36,226.15 and EUR 702.16

2324. Szumański Eryk in the amount of GBP 820.84, EUR 464.80, JPY 28,000.00, PLN 2,000.00



SBU - LEGAL     EXHIBIT-ORO-00098

2325. Szumny Beata in the amount of PLN 4,562.92 (CHF 979.00)

2326. Szumny Marcin in the amount of EUR 1,000.00

2327. Szulc Artur in the amount of EUR 13,750.00

2328. Szulc Paweł in the amount of EUR 14,753.00 (PLN 62,543.87)

2329. Szulczyńska - Kaczmarek Marta in the amount of EUR 50,000.00 (PLN 215,305.00)

2330. Szufnara Patryk in the amount of EUR 5,000.00 (PLN 21,726.00) and PLN 8,309.99

2331. Szustakowski Tobiasz in the amount of GBP 3,700.00 (PLN 18,919.38)

2332. Szuszko Agnieszka in the amount of EUR 4,500.00 (PLN 19,329.53)

2333. Sztuba Grzegorz in the amount of PLN 4,272.00

2334. Sznurc Dawid PLN 8,659.00 (EUR 2,000.00)

2335. Tatiana Niemczyńska in the amount of PLN 5,388.75 (CHF 1,159.02)

2336. Tatur Tomasz in the amount of PLN 8,730.60 (EUR 2,000.00)

2337. Trojanek Paulina (zd. Świrydo) in the amount of PLN 1,500.00

2338. Tusiński Daniel in the amount of CHF 495.82

2339. Wawrzykowska Barbara in the amount of PLN 3,400.00 (EUR 796.15)

2340. Wawrzyniak Adam in the amount of CHF 198.00

2341. Wawryn Konrad in the amount of EUR 110,132.45

2342. Waglarski Marek in the amount of PLN 2,347.41 (EUR 545.37)

2343. Waksmundzki Franciszek in the amount of PLN 4,342.00

2344. Witczak Tomasz in the amount of PLN 8,554.00

2345. Witek Maciej in the amount of PLN 45,860.85 (EUR 10,500.00)

2346. Witkiewicz Dominik in the amount of CHF 960.96

2347. Witkowski Jarosław in the amount of PLN 2,524.68 (CHF 541.30)

2348. Witkowski Stanisław in the amount of CHF 750.61

2349. Witakowski Jarosław in the amount of PLN 20,532.05

2350. Witański Bartłomiej in the amount of EUR 4,000.00 (PLN 17,207.20)

2351. Witt Nikodem in the amount of PLN 1,081.49

2352. Wolniewicz Joanna in the amount of PLN 3,493.43 (CHF 750.00)

2353. Wolniewicz- Wrabiec Justyna in the amount of EUR 1,200.00 (PLN 5,213.28)

2354. Wolnik Agnieszka in the amount of PLN 975.58

2355. Wolny Roksana in the amount of EUR 1,000.00 (PLN 4,302.20)

2356. Woszczyna Marcin in the amount of PLN 1,758.56 (CHF 380.00)

2357. Wrzol Adam in the amount of PLN 2,000.00 (EUR 459.58)

2358. Wrzosek Paweł in the amount of CHF 303.00

2359. Wrzesiński Dominik in the amount of PLN 2,453.57 (CHF 527.32)

2360. Zimakowska Dorota in the amount of CHF 350.00

2361. Zimnowoda Tomasz in the amount of PLN 1,186.60

2362. Zimoń Ewa in the amount of PLN 4,872.79 (CHF 1,046.00)

2363. Zobrzycki Aleksander in the amount of PLN 7,203.75

2364. Uchal Jarosław in the amount of PLN 3,823.82 (CHF 820.00)



SBU - LEGAL

EXORCIORC-00089

2365. Uliński Henryk in the amount of PLN 50,000.00

2366. Uziębło Magdalena in the amount of PLN 5,816.20

2367. Korn Adrian in the amount of NOK 2,254,861.27

2368. Szacowny Roman in the amount of GBP 2,000.00 (PLN 10,240.20)

2369. Szadach Andrzej in the amount of NOK 99,452.52

2370. Szafrańska - Sagan Joanna in the amount of EUR 2,454.93 (PLN 10,500.00)

2371. Szarabajko Dominik in the amount of PLN 36.27

2372. Szarejko Robert Jan in the amount of EUR 10,000.00 (PLN 43,529.00)

2373. Szarek Anna in the amount of PLN 3,430.00

2374. Szarek Dariusz in the amount of PLN 2,618.70 (USD 656.17) and PLN 611.22 (SEK 1,676.42)

2375. Szawajewski Bartłomiej in the amount of EUR 1,746.00 (PLN 7,544.82)

2376. Szaworski Marcin in the amount of PLN 41,051.52

2377. Szymański Karol (P:92032509659) in the amount of PLN 14,134.00

2378. Szymański Karol (Wejcherowo) in the amount of PLN 14,133.60 (NOK 39,000.00)

2379. Ruta Łukasz representing RUTEX Łukasz Ruta in the amount of NOK 608,052.74

2380. Kasperek Jacek in the amount of NOK 46,250.00

2381. Płodowski Krzysztof in the amount of SEK 103,140.08

2382. Płocki Marek in the amount of PLN 1,450.56

2383. Posłowski Grzegorz in the amount of CHF 182.63 and PLN 10.00

2384. Pospiszy Andrzej in the amount of GBP 40,000.00 (PLN 206,912.00)

2385. Posyłek - Giębocka Aneta in the amount of EUR 910.37

2386. Szwaba Piotr in the amount of SEK 28,183.91

2387. Szwach Maciej in the amount of USD 16,459.42

2388. Szwaj Bartłomiej in the amount of PLN 4,089.22 (CHF 881.05)

2389. Zwoliński Paweł in the amount of EUR 39,463.32

2390. Wąsik Kamil in the amount of EUR 2,347.72 and PLN 2,379.75

2391. Wąsikowski Maciej in the amount of PLN 173,359.60 (SEK 459,367.72)

2392. Wąsowski Andrzej in the amount of EUR 1,000.00

2393. Wąsowicz Małgorzata in the amount of EUR 931.00 and USD 600.00

2394. Voityuk Galyna in the amount of PLN 15,000.00 and USD 46.81

2395. VEGA Wojciech Porowski in the amount of PLN 943.18 and EUR 1,250.00

2396. Velno.pl Kamil Bolek in the amount of PLN 200,000.00 (USD 50,996.99)

which translates into the following total amount for the above customers:

- PLN 46,667,076.50,
- EUR 8,676,980.77 (euro) – after conversion at the lowest exchange rate EUR 1 – PLN 36,863,285.10,
- USD 4,151,471.98 (US dollar) – after conversion at the lowest exchange rate USD 1 – PLN 16,020,530.37,
- CHF 661,340.18 (Swiss franc) – after conversion at the lowest exchange rate CHF 1 – PLN 2,981,718.34,
- NOK 5,374,651.65 (Norwegian krone) – after conversion at the lowest exchange rate NOK 1 – PLN 1,936,486.99,
- GBP 1,148,189.92 (pound sterling) – after conversion at the lowest exchange rate GBP 1 – PLN 5,829,589.86,
- SEK 1,912,921.28 (Swedish krona) – after conversion at the lowest exchange rate SEK 1 – PLN 705,485.37,
- JPY 23,910,521.00 (Japanese yen) – after conversion at the lowest exchange rate JPY 1 – PLN 622,099.69,
- DKK 109,594.25 (Danish krone) – after conversion at the lowest exchange rate DKK 1 – PLN 62,402.97,

SBU - LEGAL    EXJ-PIORO-00100

- CZK 218,992.50 (Czech koruna) – after conversion at the lowest exchange rate CZK 1 – PLN 36,834.54,
- TRY 753,548.78 (Turkish lira) – after conversion at the lowest exchange rate TRY 1 – PLN 84,096.04,
- AUD 28,825.00 (Australian dollar) – after conversion at the lowest exchange rate AUD 1 – PLN 75,475.38,
- CAD 79,238.75 (Canadian dollar) – after conversion at the lowest exchange rate CAD 1 – PLN 223,651.37,
- NZD 838.77 (New Zealand dollar) – after conversion at the lowest exchange rate NZD 1 – PLN 1,981.59,
- CNY 17.16 (Chinese yuan renminbi) – after conversion at the lowest exchange rate CNY 1 – PLN 9.00,
- RUB 120.00 (Russian rouble) – after conversion at the lowest exchange rate RUB 1 – PLN 3.60,

**which is a prohibited act under Article 286 paragraph 1 of the Criminal Code and Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code;**

II. in the period at least from the beginning of October 2024 to 5 December 2024, in Zielona Góra and other locations in Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit and obtaining significant material benefit, as the president of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością, and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia spółka z ograniczoną odpowiedzialnością, jointly and in agreement with Monika Jakubowska – chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, and from 17 October 2024 an independent proxy of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and from 14 October 2024 an independent proxy of Conotoxia spółka z ograniczoną odpowiedzialnością, took actions aimed at preventing or significantly impeding the seizure of payment instruments, derived from benefits related to the commission of a prohibited act, consisting in leading Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers to disadvantageously dispose of their property, as a result of misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl spółka z ograniczoną odpowiedzialnością through online currency exchange and from payment services offered by Conotoxia spółka z ograniczoną odpowiedzialnością, to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl spółka z ograniczoną odpowiedzialnością and Conotoxia spółka z ograniczoną odpowiedzialnością customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, in such a way that he led to the transfer of these funds as follows:

- on 7 October 2024, the amount of PLN 200,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 47 1140 1850 0000 2155 5000 1082 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 44 1140 1850 0000 4217 7700 1001, as a granted loan,
- on 7 October 2024, a total amount of USD 241,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,
- on 11 and 16 October 2024, a total amount of USD 401,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,
- in the period from 1 to 25 October 2024, a total amount of USD 610,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 21 1140 1850 0000 2155 5000 1108 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 17 1140 1850 0000 4217 7700 1002 titled „loan agreement K/G/160801/005", and then to the Conotoxia Holding Inc. account in the United States titled loan agreement number K/G/161201/004

SBU - LEGAL    EX PIORO-00104

- on 28 October 2024, the amount of EUR 80,000, from the Cinkciarz.pl spółka z ograniczoną odpowiedzialnością account number 94 1140 1850 0000 2155 5000 1109 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 60 1140 1850 0000 4217 7700 1004, and then to Conotoxia Holding Ltd. Cyprus, titled „capital increase share capital increase",
- on 28 November 2024, the amount of EUR 185,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 11 1140 1850 0000 2307 7000 1022 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 60 1140 1850 0000 4217 7700 1004 as a loan agreement, and then from that account to the Conotoxia Holding Ltd. account Cyprus, titled „podniesienie kapitału share capital increase",
- on 5 December 2024, the amount of PLN 420,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 53 1140 1850 0000 2307 7000 1023 to the Conotoxia Holding spółka z ograniczoną odpowiedzialnością account number 44 1140 1850 0000 4217 7700 1001, as a concluded loan agreement,
- on 5 December 2024, the amount of USD 300,000, from the Conotoxia spółka z ograniczoną odpowiedzialnością account number 80 1140 1850 0000 2307 7000 1022 to the account held for Conotoxia Holding Cyprus number 17 1140 1850 0000 4217 7700 1002, as a loan agreement concluded on 5 December 2024,

which constitutes a total of PLN 620,000, USD 1,552,000, EUR 265,000, thus after conversion to PLN, an amount greater than five times the amount defining property of great value

**which is a prohibited act under Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in relation to Article 12 paragraph 1 of the Criminal Code**

from the request of the Prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań of 7 April 2025 regarding the application of detention on remand pending trial for search purposes

pursuant to Article 249 paragraph 1 of the Code of Criminal Procedure in conjunction with Article 258 paragraph 1 point 1 and 2 and paragraph 2 of the Code of Criminal Procedure

**decides as follows**

to apply to Marcin Pióro, son of Wacław and Bożena née Kulesza, born on 6 September 1980, Personal Identification Number (PESEL): 80090604892, last residing at ul. Beżowa 1, 65-128 Zielona Góra, but not currently staying at the indicated address, a preventive measure in the form of detention on remand pending trial for a period of 30 /thirty/ days from the moment of detention.

**JUSTIFICATION**

Marcin Pióro has been charged with committing a prohibited act under Article 286 paragraph 1 of the Criminal Code in conjunction with Article 294 paragraph 4 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code in conjunction with Article 65 paragraph 1 of the Criminal Code and under Article 299 paragraph 1 and 6 of the Criminal Code in conjunction with Article 306b paragraph 1 of the Criminal Code in conjunction with Article 12 paragraph 1 of the Criminal Code.

The evidence collected in the case, in particular in the form of numerous testimonies of victims interrogated during the preparatory proceedings and documents submitted to the files, including printouts of electronic correspondence, information provided by telecommunications operators, as well as bank account statements, indicates a high probability that Marcin Pióro committed the alleged acts. Thus, the general prerequisite for the application of preventive measures described in Article 249 paragraph 1 of the Code of Criminal Procedure has been met.

In the course of the proceedings conducted to date, the investigating authorities, when checking the current address of Marcin Pióro, revealed that the man is not staying there. On 5 March 2025, a decision was drawn up to present charges to Marcin Pióro. This decision was supplemented on 30 May 2025. However, the man was not interrogated as a suspect, as he did not appear for the scheduled interrogation. Attempts made by law enforcement authorities to contact Marcin Pióro – also at other addresses – proved completely unsuccessful. Currently, there is a high probability that Marcin Pióro is abroad, in the United States of America.

SBU - LEGAL    EXT-PIORO-00102

Taking into account the above circumstances, in the Court's opinion, there is a need to apply the most severe preventive measure in the form of detention on remand pending trial. No other preventive measure will secure the proper course of the proceedings, namely, it will not ensure the suspect's appearance at the summons of the prosecutor and the Police for the purpose of conducting necessary evidentiary activities with his participation. The circumstances of this case provide grounds to assume that in relation to the suspect Marcin Pióro, there is a real fear that, being at liberty, he may obstruct the criminal proceedings conducted against him, in particular by hiding from law enforcement authorities.

According to Article 258 paragraph 1 point 1 of the Code of Criminal Procedure, detention on remand pending trial and other preventive measures may be applied if there is a justified fear of the accused (suspect) fleeing or hiding, especially when his identity cannot be established or he does not have a permanent place of residence in the country. The circumstances of the case revealed to date, in the Court's opinion, allow us to accept that the special prerequisite from Article 258 paragraph 1 point 1 of the Code of Criminal Procedure has been fully met. The suspect, at least since October 2024, namely, after the prosecutor took the first procedural actions in the case, moved with his closest ones to North America and made further preparations to transfer his assets there. His behaviour to date already allows us to draw the conclusion that he is deliberately hiding from law enforcement authorities, and the fact that the suspect indicates his address in procedural letters does not change this circumstance.

Regardless of the above, the investigation in this case is at an initial stage. The investigating authorities plan to conduct many more procedural activities, and new injured parties are constantly reporting to the case. Taking into account the circumstance that the suspect Marcin Pióro played the main role in the criminal procedure, as well as considering his wide circle of acquaintances and large assets, he has both an interest and the ability to influence potential witnesses and victims. In the Court's opinion, such a state of affairs fully actualised the special prerequisite from Article 258 paragraph 1 point 2 of the Code of Criminal Procedure.

Furthermore, it should be indicated that the suspect faces a severe penalty of imprisonment of up to 25 years. In such a state of affairs, it should be assumed that the autonomous prerequisite for the application of detention on remand pending trial from Article 258 paragraph 2 of the Code of Criminal Procedure has also been met.

In view of the fulfilment of the general prerequisite for the application of a preventive measure, as well as the occurrence of special prerequisites, the application of an isolation measure in the form of detention on remand pending trial was justified. At the same time, there were no negative prerequisites specified in Article 259 paragraph 1 point 1 and 2 of the Code of Criminal Procedure, namely, the imposition of the measure will not cause serious danger to the life or health of the suspect, nor will it entail exceptionally severe consequences for the suspect or his immediate family. The material collected during the proceedings did not indicate that any effect in this form would be realised in this case. In turn, the limitations specified in paragraphs 2 and 3 of the above-mentioned article did not apply in this case, according to the content of paragraph 4, as the suspect is hiding, unlawfully obstructing the proceedings.

Considering the above, it was decided as in the operative part.

*(-) illegible signature*
Judge Marta Zaidlewicz

*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań *1*

*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Sąd Rejonowy *[District Court]* Poznań – Stare Miasto in Poznań *1*

*Oblong stamp cancelled with an illegible signature:*
I confirm that the decision of 9 July 2025 is immediately enforceable
Poznań, 23 July 2025
Judge

*Oblong stamp cancelled with an illegible signature:*
Certified true copy of the decision
Poznań, 23 July 2025
Court Secretary

SBU - LEGAL

# EXCERPT FROM THE APPLICABLE PROVISIONS OF THE CRIMINAL CODE

**Article 12.**

**Paragraph 1.** Two or more actions taken in short time intervals with premeditated intent will be regarded as one prohibited act; in the event that the subject of the attempt involves personal welfare, the identity of the victim will constitute the condition for regarding multiple actions to be one prohibited act.

**Article 65.**

**Paragraph 1.** Regulation referring to the penalty, criminal means, and means related to subjecting the perpetrator to a test, provided for in respect of the perpetrator referred to in Article 64, paragraph 2, will also apply to the perpetrator, who made the crime commission their permanent source of income, or commits crime acting within an organized group, or in association aimed at crime commission, and to perpetrator of crime of terrorism.

**Article 101.**

**Paragraph 1.** A prohibited act ceases to be punishable after the lapse of the following number of years from the moment of its commission:
1)  40 years – if the prohibited act is a felony of homicide;
2)  20 years – if the prohibited act is another felony;
2a) 15 years – if the prohibited act is a crime liable to imprisonment exceeding 5 years;
3)  10 years – if the prohibited act is a crime liable to imprisonment exceeding 3 years;
4)  5 years – in case of other crimes;
5)  (deleted).

**Article 102.**

**Paragraph 1.** If proceedings have been commenced within a period referred to in Article 101, then the prohibited acts described in Article 101 paragraph 1 will cease to be punishable on expiry of 10 years, and in other cases on expiry of 5 years after the end of such a period.

**Article 284.**

**Paragraph 1.** Whoever misappropriates a movable property or property right of another person will be liable to the penalty of imprisonment for up to 3 years.

**Article 286.**

**Paragraph 1.** Any person who, in order to gain financial benefit, commits fraud causing another person to disadvantageously administer their property or third party property, by misleading such person, or taking advantage of their mistake, or inability to properly understand the action undertaken, will be liable to imprisonment of 6 months to 8 years.

**Article 294.**

**Paragraph 4.** Any person who commits the offences specified in Article 278 paragraph 1, 1a, 2, 3a or 5, Article 279 paragraph 1, Article 280, Article 281, Article 282, Article 284 paragraph 1 or 2, Article 285 paragraph 1, Article 286 paragraph 1 or 2, Article 287 paragraph 1, Article 288 paragraph 1 or 3, Article 290 paragraph 1 or in Article 291 paragraph 1, in relation to property of a value greater than ten times the amount defining property of great value, will be liable to the penalty of imprisonment from 5 to 25 years.

SBU - LEGAL     EXD-PIORO-00104

**Article 296.**

**Paragraph 1.** Whoever, being obligated under a provision of law, a decision of a competent authority, or an agreement to manage the property or business activity of a natural person, legal person, or organisational unit without legal personality, by abusing the authority granted to them or by failing to fulfil the duty incumbent on them, causes significant financial damage to that entity, will be liable to the penalty of imprisonment for a term of between 3 months and 5 years.

**Paragraph 2.** If the perpetrator of an offence specified in paragraph 1 or 1a acts in order to obtain material benefit, he will be liable to the penalty of imprisonment for between 6 months and 8 years.

**Article 299.**

**Paragraph 1.** Any person who accepts, possesses, uses, transfers or exports funds, financial instruments, securities, foreign exchange values, property rights or other movable or immovable property originating from the proceeds of a prohibited deed, conceals them, transfers or converts them, assists in transferring their ownership or possession or undertakes other actions that may frustrate or substantially hinder the determination of their criminal origin or their location, their detection, seizure or forfeiture, will be liable to the penalty of imprisonment for the term of between 6 months and 8 years.

**Paragraph 5.** If the perpetrator commits the prohibited act referred to in paragraphs 1 or 2 acting in conspiracy with other persons, they will be liable to the penalty of imprisonment for the term of one year to 10 years.

**Paragraph 6.** The penalty specified in paragraph 5 will apply to a perpetrator, who by committing the prohibited act referred to in paragraphs 1 or 2, achieves significant financial benefits.

**Article 306b.**

**Paragraph 1.** Whoever commits an offence specified in Article 296 paragraph 1 or 2, Article 296a paragraph 1 or 4, Article 299 paragraph 1, 2, 5 or 6, or in Article 303 paragraph 1, in relation to property of a value greater than five times the amount defining property of great value or causing damage in dimensions corresponding to such a value, will be liable to the penalty of imprisonment for between 3 and 20 years.

certified true copy
*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań *2*

*Oblong stamp cancelled with an illegible signature:*
Zastępca Prokuratora Regionalnego *[Deputy Regional Prosecutor]* in Poznań
Adrian Lewandowski

SBU - LEGAL

# EXCERPT FROM THE APPLICABLE PROVISIONS OF THE ACCOUNTING ACT

**Article 77.**

**Point 1.** Any person who, in violation of the provisions of the Act, allows:

1) not keeping accounting books, keeping them contrary to the provisions of the act, or providing unreliable data in these books,

- shall be subject to a fine or imprisonment for up to 2 years, or both these penalties jointly.

# EXCERPT FROM THE APPLICABLE PROVISIONS OF THE PAYMENT SERVICES ACT

**Article 152.**

**Paragraph 1.** Whoever, being responsible in a payment institution, small payment institution, payment services office, electronic money institution, or branch of a foreign electronic money institution for providing information to the Polish Financial Supervision Authority, provides information inconsistent with the factual state or in another way misleads this authority, shall be subject to a fine of up to PLN 1,000,000 or the penalty of deprivation of liberty for up to 2 years, or both these penalties jointly.

certified true copy
*Round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań *2*

*Oblong stamp cancelled with an illegible signature:*
Zastępca Prokuratora Regionalnego *[Deputy Regional Prosecutor]* in Poznań
Adrian Lewandowski

---

*Rep. No. 30933/2025*

*I, the undersigned Ryszard Pruszkowski, sworn translator of the English language, recorded on the list of sworn translators of the Minister of Justice under No. TP/2196/05, do hereby certify that the foregoing translation is in conformity with the original document in Polish.*

*Warsaw, 26 August 2025*

SBU - LEGAL   EXU-PIORO-00106



Poznań, dnia 5. sierpnia 2025 roku

2007-2.Ds.21.2024

## WNIOSEK

## O TYMCZASOWE ARESZTOWANIE I EKSTRADYCJĘ

Prokuratura Regionalna w Poznaniu wnosi o tymczasowe aresztowanie i ekstradycję:

**Marcina Pióro**

~~syna Wacława i~~ Bożeny z domu Kulesza

urodzonego w dniu 6 września 1980 roku w Szczecinie

zameldowanego i ostatnio zamieszkałego pod adresem: 65-128 Zielona Góra, ulica Beżowa 1, przebywającego obecnie w Stanach Zjednoczonych Ameryki pod adresem: 2411 Greenwood Avenue, Wilmette, Illinois 60091-1318.

### UZASADNIENIE

Prokuratura Regionalna w Poznaniu 2 Wydział do Spraw Przestępczości Finansowo – Skarbowej nadzoruje prowadzone przez Centralne Biuro Śledcze Policji Zarząd w Poznaniu, Centralne Biuro Zwalczania Cyberprzestępczości Zarząd w Poznaniu oraz Komendę Wojewódzką Policji w Gorzowie Wielkopolskim śledztwo o sygnaturze 2007-2.Ds.21.2024 przeciwko Marcinowi Pióro, podejrzanemu o to, że:

I. w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając

w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu spółek: Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia spółka z ograniczoną odpowiedzialnością, działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia spółka z ograniczoną odpowiedzialnością, a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki i Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia spółka z ograniczoną odpowiedzialnością, doprowadził ustalonych do chwili obecnej **2396** klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością do niekorzystnego rozporządzenia mieniem w łącznej kwocie co najmniej **112.109.714,12 zł**, stanowiącej wartość większą niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, za pomocą wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia spółka z ograniczoną odpowiedzialnością, na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne,

2

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 108 of 523
SBU - LEGAL    EXP-IORO-00108

zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w wyniku czego pokrzywdzonych zostało co najmniej 2396 osób na łączną kwotę:

- 46.667.076,50 PLN,
- 8.676.980,77 EUR (euro) - po przeliczeniu po najniższym kursie wymiany 1EUR – 36.863.285,10 PLN,
- 4.151.471,98 USD (dolar amerykański) - po przeliczeniu po najniższym kursie wymiany 1USD – 16.020.530,37 PLN,
- 661.340,18 CHF (frank szwajcarski) - po przeliczeniu po najniższym kursie wymiany 1CHF – 2.981.718,34PLN,
- 5.374.651,65 NOK (korona norweska) – po przeliczeniu po najniższym kursie wymiany 1NOK – 1.936.486,99 PLN,
- 1.148.189,92GBP (funt szterling) - po przeliczeniu po najniższym kursie wymiany 1GBP – 5.829.589,86 PLN,
- 1.912.921,28 SEK (korona szwedzka) - po przeliczeniu po najniższym kursie wymiany 1SEK – 705.485,37PLN,
- 23.910.521,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie wymiany 1JPY – 621.099,69 PLN,
- 109.594,25 DKK (korona duńska) - po przeliczeniu po najniższym kursie wymiany 1DKK- 62.402,97 PLN,
- 218.992,50 CZK (korona czeska) – po przeliczeniu po najniższym kursie wymiany 1CZK – 36.834,54 PLN,

3

SBU - LEGAL    EXT-PIORO-00108

- 753.548,78 TRY (lira turecka) – po przeliczeniu po najniższym kursie wymiany 1TRY – 84.096,04 PLN,

- 28.825,00 AUD (dolar australijski) – po przeliczeniu po najniższym kursie wymiany 1AUD – 75.475,38 PLN,

- 79.238,75 CAD (dolar kanadyjski) – po przeliczeniu po najniższym kursie wymiany 1CAD – 223.651,37 PLN,

- 838,77 NZD (dolar nowozelandzki) – po przeliczeniu po najniższym kursie wymiany 1NZD – 1.981,59 PLN,

- 17,16 CNY (juan chiński renminbi) – po przeliczeniu po najniższym kursie wymiany 1CNY – 09,00 PLN,

- 120,00 RUB (rubel rosyjski) – po przeliczeniu po najniższym kursie wymiany 1RUB – 03,60 PLN,

**to jest o przestępstwo z artykułu 286 paragraf 1 kodeksu karnego w związku z artykułem 294 paragraf 4 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego w związku z artykułem 65 paragraf 1 kodeksu karnego.**

II. w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia spółka z ograniczoną odpowiedzialnością, wspólnie i w porozumieniu z Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia spółka z ograniczoną odpowiedzialnością, podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z korzyści związanych z popełnieniem czynu zabronionego,

4

SBU - LEGAL    EXT-PIORO-00143

polegającego na doprowadzeniu klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia spółka z ograniczoną odpowiedzialnością, na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

- w dniu 7 października 2024 roku, <u>kwoty 200.000 PLN</u>, z rachunku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o numerze 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding spółka z ograniczoną odpowiedzialnością o numerze 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

5

SBU_LEGAL                    EXG-PIORO-0014 3

- w dniu 7 października 2024 roku, <u>łącznej kwoty 241.000 USD</u>, z rachunku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o numerze 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki, tytułem WW CD174763033805CD,

- w dniach 11 i 16 października 2024 roku, <u>łącznej kwoty 401.000 USD</u>, z rachunku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o numerze 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki, tytułem WW CD174763033805CD,

- w okresie od 1 do 25 października 2024 roku, <u>łącznej kwoty 610.000 USD</u>, z rachunku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o numerze 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding spółka z ograniczoną odpowiedzialnością o numerze 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/160801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych tytułem umowy pożyczki numer K/G/161201/004

- w dniu 28 października 2024 roku, <u>kwoty 80.000 EUR</u>, z rachunku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o numerze 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding spółka z ograniczoną odpowiedzialnością o numerze 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 28 listopada 2024 roku, <u>kwoty 185.000 EUR</u>, z rachunku Conotoxia spółka z ograniczoną odpowiedzialnością o numerze 11 1140 1850 0000 2307 7000 1022 na rachunek Conotoxia Holding spółka z ograniczoną odpowiedzialnością o numerze 60 1140 1850 0000 4217 7700 1004 tytułem umowy pożyczki, po czym z tego rachunku na rachunek Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

6

SBU - LEGAL

- w dniu 5 grudnia 2024 roku, <u>kwoty w łącznej wysokości 420.000 PLN</u>, z rachunku Conotoxia spółka z ograniczoną odpowiedzialnością o numerze 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding spółka z ograniczoną odpowiedzialnością o numerze 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki,

- w dniu 5 grudnia 2024 roku, <u>kwoty 300.000 USD</u>, z rachunku Conotoxia spółka z ograniczoną odpowiedzialnością o numerze 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o numerze 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 PLN, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z artykułu 299 paragraf 1 i 6 kodeksu karnego w związku z artykułem 306b paragraf 1 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego.**

Merytoryczną podstawę przedmiotowego postępowania stanowiły zawiadomienia, z dnia 30 sierpnia 2024 roku oraz 29 września 2024 roku, o podejrzeniu popełnienia przestępstwa, złożone przez Urząd Komisji Nadzoru Finansowego, odpowiednio do Prokuratury Okręgowej w Zielonej Górze oraz do Prokuratury Regionalnej w Poznaniu.

Z treści zawiadomienia z dnia 30 sierpnia 2024 roku wynikało, iż w dniach od 16 października 2023 roku do 21 listopada 2023 roku Urząd Komisji Nadzoru Finansowego przeprowadził kontrolę działalności krajowej instytucji płatniczej Conotoxia spółka z ograniczoną odpowiedzialnością, w wyniku której ustalono okoliczności świadczące o udzielaniu ze środków pieniężnych klientów Conotoxia spółka z ograniczoną odpowiedzialnością, wpłacanych na poczet realizacji transakcji płatniczych, pożyczek

7

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 113 of 523
SBU - LEGAL    EXH-PIORO-00143

agentowi płatniczemu - Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Wskazane zdarzenia gospodarcze nie były uwzględniane w księgach rachunkowych spółki, co uznać należało za podanie nierzetelnych danych, a więc realizację znamion przestępstwa z artykułu 77 punkt 1 ustawy z dnia 29 września 1994 roku o rachunkowości. Jednocześnie w toku czynności kontrolnych Urząd stwierdził, iż przekazane zespołowi kontrolnemu Komisji Nadzoru Finansowego przez przedstawicieli spółki informacje, dotyczące kwestii udzielanych pożyczek, są niezgodne ze stanem faktycznym i mogą wprowadzać w błąd, co świadczyło o możliwości popełnienia przestępstwa z artykułu 152 ustęp 1 ustawy z dnia 19 sierpnia 2011 roku o usługach płatniczych.

Natomiast z treści złożonego przez Urząd Komisji Nadzoru Finansowego w dniu 29 września 2024 roku doniesienia wynikało, że na skutek prowadzonego od dnia 6 sierpnia 2024 roku postępowania wyjaśniającego, dokonano analizy sytuacji finansowej wchodzących w skład Grupy Kapitałowej Conotoxia Holding podmiotów, ze szczególnym uwzględnieniem przeznaczenia środków pieniężnych wpłaconych przez klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością na ich portfele walutowe, w ramach świadczonej usługi internetowej wymiany walut, jak również wpłacanych przez klientów Conotoxia spółka z ograniczoną odpowiedzialnością na poczet realizacji usług płatniczych.

W tym miejscu wskazać należy, iż w skład Grupy Kapitałowej Conotoxia Holding wchodzą: Conotoxia spółka z ograniczoną odpowiedzialnością, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Cyber Geeks spółka z ograniczoną odpowiedzialnością, Conotoxia Holging INC. USA (Conotoxia INC. USA i Conotoxia NV INC.USA) oraz Conotoxia Holding Cyprus (Conotoxia LTD Cyprus, Conotoxia LTD Oddział w Polsce). Conotoxia spółka z ograniczoną odpowiedzialnością, do dnia 2 października 2024 roku, działała na zasadach krajowej instytucji płatniczej, co oznacza, iż była ona, jako jedyna z podmiotów z Grupy Kapitałowej, umocowana prawnie do świadczenia usług płatniczych. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością działała w charakterze agenta instytucji płatniczej. Kluczowa dla klientów tej ostatniej spółki była możliwość wymiany waluty i tak też Cinkciarz.pl spółka z ograniczoną odpowiedzialnością definiowała swoje usługi. W części przypadków klienci wymieniali walutę i od razu wydawali dyspozycję przekazania jej na

8

SBU - LEGAL    EXP-PIORO-00114

wskazane rachunki. W części natomiast korzystali z oferowanego przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością portfela walutowego, przetrzymując środki na kontach spółki. Jedną z cech portfela walutowego jest możliwość wycofania zgromadzonych środków w każdym momencie. Definicja portfela walutowego zawarta w Regulaminie wymiany walut, ani żadne inne postanowienia Regulaminu, nie wskazują na możliwość wykorzystywania środków finansowych zdeponowanych na portfelu walutowym przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością do innego celu, niż wymiana waluty przez klienta (lub zwrot środków).

Na podstawie zgromadzonych informacji Urząd Komisji Nadzoru Finansowego powziął przypuszczenie, że istnieje uzasadnione prawdopodobieństwo popełnienia przez osoby działające w imieniu i na rzecz Cinkciarz.pl spółka z ograniczoną odpowiedzialnością przestępstwa z artykułu 286 paragraf 1 kodeksu karnego, polegającego na wprowadzeniu w błąd klientów wskazanej spółki co do faktycznego przeznaczenia wpłacanych przez nich środków pieniężnych na ich portfele walutowe, albowiem ze środków tych były finansowane między innymi pożyczki udzielane przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością innym podmiotom z Grupy Kapitałowej Conotoxia Holding. Spółka ta finansowała chociażby rozwój podmiotów znajdujących się na Cyprze oraz w Stanach Zjednoczonych Ameryki. Jak wskazano w zawiadomieniu o przestępstwie, bilans zobowiązań i należności Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wynosił in minus ponad 155 milionów złotych, a na rachunkach bankowych oraz pod postacią tak zwanych środków w drodze spółka posiadała niespełna 12 milionów złotych (środki pieniężne w 27 walutach). Informacje pozyskane w trakcie kontroli Urzędu Komisji Nadzoru Finansowego wskazywały zatem na istotne niedobory w środkach pieniężnych rzędu 145 milionów złotych. Jak ustalono na dzień 30 czerwca 2024 roku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością posiadała względem klientów, z tytułu działalności kantorowej, zobowiązania w kwocie 112 milionów złotych, a wobec działalności agencyjnej, jako podmiot świadczący usługi agencyjne na rzecz Conotoxia spółka z ograniczoną odpowiedzialnością w wysokości 31 milionów złotych oraz inne zobowiązania w kwocie blisko 6 milionów złotych. Należności spółki od podmiotów trzecich wynosiły 4,5 milionów złotych.

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 115 of 523
SBU - LEGAL    EXG-PIORO-00115

W dniu 9 października 2024 roku, do sprawy 2007-2.Ds.21.2024, zawiadomienie o podejrzeniu popełnienia przez Marcina Pióro przestępstwa z artykułu 299 paragraf 1 i 5 kodeksu karnego, złożył Generalny Inspektor Informacji Finansowej w Warszawie.

Zawiadamiający wskazał, że Marcin Pióro, reprezentujący Conotoxia Holding spółka z ograniczoną odpowiedzialnością, Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Cyber Geeks spółka z ograniczoną odpowiedzialnością, Conotoxia LTD oraz Conotoxia Holding Cyprus LTD, przyjmował oraz transferował środki finansowe pochodzące z korzyści związanych z popełnieniem czynu zabronionego z artykułu 286 paragraf 1 kodeksu karnego oraz z artykułu 296 paragraf 1 i 2 kodeksu karnego (wyrządzenie znacznej szkody finansowej Cinkciarz.pl. spółka z ograniczoną odpowiedzialnością poprzez nadużycie udzielonych uprawnień lub niedopełnienie ciążącego obowiązku do zajmowania się sprawami majątkowymi tej spółki), które następnie przekazywał na rachunki spółek z Grupy Kapitałowej Conotoxia Holding, tytułem pożyczek i podniesienia kapitałów zakładowych, a także transferował na zagraniczne rachunki spółek oraz rachunki licznych kontrahentów. Środki te wymieniony transferował także na swoje rachunki, pod pozorem udzielonych pożyczek, a także tytułem wynagrodzenia, przy czym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością dysponowała środkami znacząco mniejszymi niż suma zobowiązań wobec klientów. Środki finansowe Marcin Pióro przekazywał na swój portfel walutowy, a następnie transferował je za granicę, do powiązanych spółek, bądź darował członkom rodziny. Z danych pozyskanych przez Generalnego Inspektora Informacji Finansowej wynika, że w okresie od 1 stycznia 2020 roku do 2 października 2024 roku, z rachunków Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wytransferowano środki w łącznej kwocie 145.677.670 złotych, 20.839.616 euro oraz 5.051.203 dolarów amerykańskich, mogące mieć związek z popełnieniem przestępstwa tak zwanego prania brudnych pieniędzy. Z danych posiadanych przez Generalnego Inspektora Informacji Finansowej wynika, że Cinkciarz.pl spółka z ograniczoną odpowiedzialnością realizowała transakcje wychodzące wykorzystując do tego środki zdeponowane na rzecz klientów kantoru internetowego na ich portfelach walutowych. Część środków przekazanych przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością tytułem pożyczek nie została zwrócona. Dalej ustalono, że w latach 2020-2024, na rachunki bankowe Marcina Pióro, wpłynęły od podmiotów: Cinkciarz.pl spółka z ograniczoną

10

SBU - LEGAL     EXH-PIORO-00116

odpowiedzialnością, Conotoxia spółka z ograniczoną odpowiedzialnością, Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, Biscreen Defense spółka z ograniczoną odpowiedzialnością, Conotoxia Holding LTD, środki pieniężne w łącznej kwocie 51.294.361 złotych. Tytuły transakcji wskazują, że operacje te dotyczyły wypłaty wynagrodzeń (łącznie 17.179.869 złotych), udzielenia pożyczek (łącznie 24.570.000 złotych) oraz zaliczek na wydatki (3.959.000 złotych). Część pożyczonych środków nie została zwrócona. Różnica pomiędzy środkami pożyczonymi od spółek, a zwróconymi na ich rachunki bankowe wynosi 11.413.000 złotych. Ostatni transfer wychodzący z portfela walutowego Marcina Pióro zarejestrowano 7 października 2024 roku, gdzie zlecono dyspozycję przelewu kwoty 233.000 dolarów amerykańskich na amerykański rachunek. Zawiadamiający podał także, że udziały w Cinkciarz Marketing spółka z ograniczoną odpowiedzialnością, CKPL Studios spółka z ograniczoną odpowiedzialnością, Conotoxia Holding spółka z ograniczoną odpowiedzialnością, Currency Lending spółka z ograniczoną odpowiedzialnością oraz X-Mania spółka z ograniczoną odpowiedzialnością, Marcin Pióro przekazał, na mocy umowy darowizny, na rzecz Nextgen Growth Fundacja Rodzinna, której jest fundatorem i jedynym beneficjentem.

Sposób działania osób zarządzających Cinkciarz.pl spółka z ograniczoną odpowiedzialnością polegał zatem na wydawaniu dyspozycji umożliwiających transfer środków pieniężnych wpłaconych, przede wszystkim przez klientów na ich portfele walutowe, na rzecz Conotoxia Holding spółka z ograniczoną odpowiedzialnością, a następnie spółka holdingowa przekazywała je, głównie tytułem pożyczek, na rzecz innych podmiotów z Grupy.

Dotychczas ustalono, że osobami działającymi w ostatnim okresie w imieniu i na rzecz krajowej instytucji płatniczej Conotoxia spółka z ograniczoną odpowiedzialnością oraz jej agenta - Cinkciarz.pl spółka z ograniczoną odpowiedzialnością byli Marcin Pióro – prezes zarządu Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, prezes zarządu Conotoxia spółka z ograniczoną odpowiedzialnością w okresie od 21 lutego 2014 roku do 12 listopada 2020 roku oraz ponownie od dnia 22 października 2024 roku, a także wcześniej członek zarządu Conotoxia spółka z ograniczoną odpowiedzialnością, jak również Robert Górny – członek zarządu Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (zgodnie z Krajowym Rejestrem Sądowym do dnia 22 października 2024 roku), pełniący również funkcję prezesa zarządu Conotoxia spółka z ograniczoną odpowiedzialnością (zgodnie

11

SBU - LEGAL    EXJ-PIORO-00117

z Krajowym Rejestrem Sądowym od dnia 29 listopada 2020 roku do dnia 22 października 2024 roku, a od tego dnia prokurent samoistny w tej spółce). Od dnia 17 października 2024 roku prokurentem samoistnym w Cinkciarz.pl spółka z ograniczoną odpowiedzialnością była Monika Jakubowska. Wyżej wymieniona była także prokurentem samoistnym w Conotoxia spółka z ograniczoną odpowiedzialnością (od dnia 14 października 2024 roku). Monika Jakubowska, od lutego 2015 roku, pełniła także, na podstawie umowy o pracę, obowiązki głównej księgowej w spółce Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Do obowiązków Moniki Jakubowskiej należał nadzór nad transakcjami spółki. Zajmowała się ona rozliczeniami tych danych w systemie księgowym, miała dostęp do rachunków związanych z gospodarką własną spółki Cinkciarz.pl i w dziale księgowości to ona posiadała w tym zakresie najszersze uprawnienia. Dział księgowy nie miał natomiast uprawnień do dysponowania rachunkami transakcyjnymi. Dostęp do rachunków transakcyjnych, związanych z obsługą klientów, posiadał z kolei dział przelewów, kierowany przez Artura Stefańskiego. Spółka Cinkciarz.pl prowadziła w pełnym zakresie księgowość pozostałych spółek w grupie holdingowej oraz podmiotów powiązanych, za wyjątkiem spółki Conotoxia spółka z ograniczoną odpowiedzialnością, która posiadała odrębny dział księgowości.

W dniach 23, 29 i 30 października 2024 roku do Prokuratury Regionalnej w Poznaniu wpłynęły kolejne pisma od Generalnego Inspektora Informacji Finansowej, w których wskazano między innymi, iż 5 października 2024 roku Marcin Pióro zawarł przed notariuszem umowę darowizny trzech swoich nieruchomości o łącznej wartości 5.000.000 złotych na rzecz ojca – Wacława Pióro.

W toku prowadzonego śledztwa do akt sprawy załączono około siedem tysięcy zawiadomień o podejrzeniu popełnienia przestępstwa z artykułu 286 paragraf 1 kodeksu karnego lub artykułu 284 paragraf 1 kodeksu karnego pochodzących od klientów Grupy Kapitałowej Conotoxia Holding, a w szczególności klientów portalu internetowego Cinkciarz.pl, którzy nie odzyskali swoich środków finansowych przekazanych spółce, celem zrealizowania przez platformę transakcji wymiany walut. Zaznaczyć należy, iż zawiadomienia o podejrzeniu popełnienia przestępstwa dotyczą przede wszystkim osób, które zleciły transakcje wymiany walut w okresie od początku października 2024 roku. Pokrzywdzeni wskazują, iż w związku z działalnością Cinkciarz.pl. spółka z ograniczoną odpowiedzialnością, utracili środki finansowe w kwotach od kilkuset złotych do kilkuset

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 118 of 523
SBU - LEGAL   EXJ-PIORO-00148

tysięcy złotych. Do chwili obecnej przesłuchano w charakterze świadków blisko 900 osób pokrzywdzonych.

W tym miejscu przypomnieć należy, iż Cinkciarz.pl spółka z ograniczoną odpowiedzialnością nie była, w przeciwieństwie do Conotoxia spółka z ograniczoną odpowiedzialnością, krajową instytucją płatniczą, której działalność była nadzorowana przez Urząd Komisji Nadzoru Finansowego. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (jako internetowy kantor wymiany walut) prowadziła działalność w oparciu o ogólne przepisy prawa – Prawo przedsiębiorców. Głównym przedmiotem działalności spółki było zawieranie umów w zakresie internetowej wymiany walut. Zgodnie z treścią Regulaminu, umieszczonego na stronie internetowej platformy Cinkciarz.pl, wpłacone przez klientów środki powinny zostać przeznaczone na zakup waluty, która następnie powinna zostać wypłacona klientowi na wskazane przez niego konto. Zgodnie z paragrafem 10 ustęp 8 cytowanego Regulaminu wymiany walut „przyjęcie transakcji do realizacji przez Cinkciarz.pl następuje z chwilą odnotowania przez elektroniczny system księgowy Cinkciarz.pl uznania rachunku płatniczego Cinkciarz.pl kwotą transakcji". Zgodnie natomiast z paragrafem 10 ustęp 9 Regulaminu wymiany walut „realizacja transakcji przez Cinkciarz.pl (zlecenie przez Cinkciarz.pl realizacji przez instytucję finansową przelewu na rachunek rozliczeniowy) nastąpi w czasie do 8 godzin czasu pracy kantoru Cinkciarz.pl licząc od momentu przyjęcia transakcji do realizacji przez Cinkciarz.pl." Zgodnie natomiast z paragrafem 2 ustęp 4 Regulaminu wymiany walut „czas pracy kantoru – to czas, w jakim realizowane są transakcje, obejmujące każdy dzień roboczy, od godziny 9:00 do 16:30".

Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, na potrzeby prowadzonej działalności, dysponowała kilkuset rachunkami bankowymi, na które przyjmowała środki pieniężne od swoich klientów, a następnie, w zależności od waluty, którą chciała zakupić dana osoba, środki te były transferowane na inny rachunek bankowy, wykorzystywany do zakupu waluty danego rodzaju. Finalnie przewalutowane środki były przesyłane na wskazany rachunek klienta. Zaznaczyć należy, iż dla klientów nie tworzono odrębnych subkont, a pozyskiwane od nich środki pieniężne były „mieszane" na danym rachunku bankowym spółki. Każda transakcja oznaczona była jedynie indywidualnym numerem, co znajdowało odzwierciedlenie w rozbudowanym elektronicznym systemie spółki związanym z prowadzeniem portalu internetowego Cinkciarz.pl.

13

SBU - LEGAL    EXG-PIORO-00143

Na przełomie lipca i sierpnia 2024 roku Urząd Komisji Nadzoru Finansowego zaczął być informowany przez klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością o opóźnieniach w realizacji transakcji wymiany walut. Były to wówczas opóźnienia kilkudniowe. Powyższe skutkowało wdrożeniem kontroli wobec Conotoxia spółka z ograniczoną odpowiedzialnością. Przeprowadzona kontrola zakończyła się cofnięciem, w dniu 2 października 2024 roku, Conotoxia spółka z ograniczoną odpowiedzialnością zezwolenia na świadczenie usług płatniczych, w charakterze krajowej instytucji płatniczej. Upublicznienie powyższej informacji wpłynęło na wolumen klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Mniejsza ilość bieżących wpłat od klientów doprowadziła do zachwiania modelu biznesowego spółek z Grupy Kapitałowej Conotoxia Holding, a przede wszystkim Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, która nie miała wystarczającej ilości środków finansowych na kontach spółki, żeby realizować bieżące umowy internetowej wymiany walut, a także wywiązać się z innych zobowiązań wobec klientów. Analiza przepływów finansowych na rachunkach bankowych, po dniu 2 października 2024 roku, wykazała, iż pieniądze wpłacane przez kolejnych klientów, celem wymiany walut, były przeznaczane na spłatę zobowiązań wobec innych osób, którzy zawarli umowy z internetowym kantorem wymiany walut wcześniej. Z upływem czasu kolejni klienci nie byli już w ogóle spłacani. Równolegle następowało zabezpieczenie roszczeń klientów na rachunkach bankowych przez komorników. W konsekwencji osoby, które powierzyły swoje środki finansowe w końcowym etapie działalności platformy internetowej Cinkciarz.pl, już ich nie odzyskały. Najwięcej zawiadomień o podejrzeniu popełnienia przestępstwa dotyczy niezrealizowanych transakcji od października 2024 roku. Kantor internetowy mógł swobodnie działać do 19 grudnia 2024 roku. W okresie od 2 października 2024 roku do 19 grudnia 2024 roku nie doszło do realizacji kilku tysięcy transakcji, albowiem spółka nie posiadała na swoich rachunkach bankowych wystarczającej ilości środków finansowych, celem spłaty klientów. Mimo pogarszającej się sytuacji finansowej platforma internetowa nadal działała i zawierano kolejne umowy z klientami, które nie były w zdecydowanej większości realizowane.

W dniu 19 grudnia 2024 roku Prokuratura Regionalna w Poznaniu dokonała blokady wszystkich 328 kont Cinkciarz.pl spółka z ograniczoną odpowiedzialnością (zarówno w zakresie przelewów przychodzących, jak i wychodzących). Na wszystkich kontach spółki Cinkciarz.pl. spółka z ograniczoną odpowiedzialnością znajdowały się środki w łącznej

14

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 120 of 523
SBU - LEGAL    EXU-PIORO-00126

wysokości 16.563.066,32 złotych (po uwzględnieniu przewalutowania po średnich kursach w Narodowym Banku Polskim na dzień 19 grudnia 2024 roku). Część tych środków jest przedmiotem zajęć komorniczych, z uwagi na wydawane postanowienia zabezpieczające wobec Cinkciarz.pl spółka z ograniczoną odpowiedzialnością.

Z kolei w dniu 23 grudnia 2024 roku Prokuratura Regionalna w Poznaniu dokonała blokady 60 kont Conotoxia spółka z ograniczoną odpowiedzialnością oraz 3 rachunków bankowych Conotoxia Holding spółka z ograniczoną odpowiedzialnością (zarówno w zakresie przelewów przychodzących, jak i wychodzących). Na wszystkich kontach spółki Conotoxia spółka z ograniczoną odpowiedzialnością znajdowały się środki w łącznej wysokości 47.833,07 złotych, natomiast na rachunkach Conotoxia Holding spółka z ograniczoną odpowiedzialnością, łączna kwota wynosi 5.907,01 złotych (po uwzględnieniu przewalutowania po średnich kursach w Narodowym Banku Polskim na dzień 23 grudnia 2024 roku).

Zaznaczyć należy, iż zawiadomienia o podejrzeniu popełnienia przestępstwa wpływają nieprzerwanie do Prokuratury Regionalnej w Poznaniu czy innych jednostek organizacyjnych prokuratury, a także na Policję. Na dzień dzisiejszy nie sposób jest oszacować ostatecznej wielkości szkody, jaką ponieśli klienci Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością. Powyższe będzie możliwe dopiero po zsumowaniu kwot wszystkich roszczeń klientów. Według ustaleń na dzień składania niniejszego wniosku wynosi ona 112.109.714,12 złotych.

Analiza finansowa przeprowadzona w oparciu o składane sprawozdania finansowe wykazała, iż na pewno już w 2020 roku Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wykorzystywała środki pieniężne zgromadzone przez klientów na portfelach walutowych (środki znajdujące się na rachunkach Cinkciarz.pl spółka z ograniczoną odpowiedzialnością) na własne potrzeby. Regulamin wymiany walut nie przewidywał możliwości przeznaczenia środków pieniężnych zdeponowanych przez klientów na jakiekolwiek inne cele, w tym cele własne spółki lub spółek z Grupy Kapitałowej Conotoxia Holding. Analiza dokumentacji umieszczonej w Krajowym Rejestrze Sądowym, w zakresie osiągniętego wyniku finansowego całej Grupy Conotoxia Holding (spółek polskich i zagranicznych) za okres od 2020 do 2023 roku wykazała stratę, odpowiednio:

- rok 2020 – na poziomie 11,367 milionów złotych,
- rok 2021 – na poziomie 19,859 milionów złotych,

15

SBU - LEGAL    EXH-PIORO-00124

- rok 2022 – na poziomie 26,337 milionów złotych,

- rok 2023 – na poziomie 27,447 milionów złotych.

Jednocześnie wynik finansowy spółek polskich wchodzących w skład Grupy Kapitałowej wskazuje, iż podmioty z Polski wygenerowały w okresie od 2020 do 2023 roku zysk na poziomie 17 milionów złotych. Na negatywny wynik finansowy całej Grupy Kapitałowej istotny wpływ miała strata generowana przez podmioty zagraniczne.

W konsekwencji powyższego stwierdzić należy, iż spółka Cinkciarz.pl w 2023 roku, celem zapewnienia płynności finansowej, w związku z koniecznością realizacji transakcji płatniczych, zawierała umowy pożyczek z Conotoxia spółka z ograniczoną odpowiedzialnością na łączną kwotę 6,7 milionów złotych.

Zgromadzony materiał dowodowy świadczy zatem, że w analizowanej sprawie doszło do wyczerpania znamion przestępstwa z artykuł 286 paragraf 1 kodeksu karnego.

Załączona do akt analiza przepływu środków finansowych na rachunkach Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia Holding spółka z ograniczoną odpowiedzialnością, prowadzonych w mBank Spółka Akcyjna, na których odnotowano jeden z większych obrotów środkami finansowymi wskazuje, iż na bieżąco przekazywane przez klientów portalu Cinkciarz.pl środki finansowe, były przeznaczane na spłatę innych klientów, to jest tych, którzy wcześniej złożyli dyspozycję wypłaty środków z portfeli walutowych lub na inne cele.

W oparciu o wyżej wskazaną analizę finansową uznano, iż po dniu 3 października 2024 roku, łączna kwota wpłaconych na rachunki prowadzone przez mBank Spółka Akcyjna środków finansowych na portfele walutowe klientów, wyniosła 84.5 miliony złotych. Opierając się na danych finansowych umieszczonych w Krajowym Rejestrze Sądowym przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością za wcześniejsze lata, podmiot ten wykazał marżę osiągniętą ze sprzedaży walut w kwotach około 63.1 milionów złotych za rok 2020, 71.6 milionów złotych za rok 2021, 75.3 milionów złotych za rok 2022 oraz 65 milionów złotych za rok 2023. Zważywszy na powyższe wartości, przyjmując, iż cała wpłacona przez klientów kwota 84.5 milionów złotych została przeznaczona na wymianę walut, Urząd Komisji Nadzoru Finansowego oszacował, iż marża prawdopodobnie osiągnięta z tytułu wymiany walut powinna wynosić jedynie około 215 tysięcy złotych. Powyższe

16

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 122 of 523
SBU - LEGAL    EXU-PIORO-00122

wskazuje, że prawdopodobny zysk osiągnięty z wymiany walut, dokonanej na rachunkach mBank Spółka Akcyjna nie był w stanie pokryć wszystkich kosztów poniesionych w okresie od 1 października do 13 grudnia 2024 roku. Co więcej, wskazać należy, iż dane przekazane przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, w ramach postępowania wyjaśniającego, wykazały osiągnięcie przez spółkę, w okresie pierwszego półrocza 2024 roku, przychodu z działalności na poziomie 1.427 milionów złotych, zaś dane dotyczące łącznego wyniku finansowego wykazały stratę spółki na poziomie 3.4 miliona złotych. Powyższe wskazuje, iż Cinkciarz.pl spółka z ograniczoną odpowiedzialnością nie była w stanie wygenerować przychodu z działalności gospodarczej (polegającej wyłącznie na wymianie walut) w takiej wysokości, aby z tych środków pokryć wszystkie koszty funkcjonowania spółki.

W analizie przepływów środków finansowych na rachunkach w mBank Spółka Akcyjna wskazano, na grupie kilku losowo wybranych klientów, sposób rozdysponowania wpłaconych przez te osoby środków pieniężnych. W oparciu o analizę można stwierdzić, iż środki wpłacane w dużych kwotach (ponad 300 tysięcy złotych) były przeznaczane na spłatę, od kilku do kilkudziesięciu, innych klientów.


Mając na uwadze materiał dowodowy zgromadzony w sprawie, w dniach 24-28 października 2024 roku przeprowadzono przeszukania w siedzibach podmiotów z Grupy Conotoxia Holding, w tym w miejscach prowadzenia działalności gospodarczej przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, a także w miejscach zamieszkania osób pełniących kluczowe funkcje w spółkach. Dotyczyło to Marcina Pióro, Roberta Górnego, Moniki Jakubowskiej i Katarzyny Hołowiak - Pidłypczak. Zabezpieczono obszerną dokumentację oraz dane zawarte na elektronicznych nośnikach informacji. W charakterze świadków przesłuchano między innymi Monikę Kowalewską i Katarzynę Hołowiak - Pidłypczak.

W oparciu o zeznania Moniki Kowalewskiej, która świadczyła pracę dla Cinkciarz.pl do lipca 2021 roku, jako Dyrektor Finansowy ustalono, iż dostęp do bazy wszystkich klientów mieli Marcin Pióro i Robert Górny. Robert Górny, jako informatyk z wykształcenia, był odpowiedzialny w spółce za system transakcyjny oraz za utworzenie systemu raportującego, na bazie systemu transakcyjnego i był administratorem tego systemu. Z relacji wyżej wymienionej wynika, iż Robert Górny był zaufaną osobą Marcina Pióro. Gdy świadek

17

SBU - LEGAL    EXU-PIORO-00123

przedstawiała sytuację finansową Grupy Kapitałowej lub poszczególnych spółek to rozmawiała bądź to z Marcinem Pióro albo z Robertem Górnym, rzadko wspólnie. Z jej relacji wynika, iż do samego końca jej zatrudnienia w Cinkciarz.pl zespół, którym zarządzała, nie miał wiarygodnych bieżących danych o zobowiązaniach wobec klientów, albowiem spływały one z dużym opóźnieniem od Roberta Górnego. Informacja o aktualnej wysokości środków na portfelach walutowych była dostarczana do jej działu, jako raport, a nie jako dane źródłowe. W dalszej kolejności, na podstawie tej informacji, był przygotowywany raport o wartościach zobowiązań i aktywów przez Katarzynę Hołowiak - Pidłypczak. Ten raport był przedstawiany wszystkim członkom zarządu. Wszyscy obecni widzieli, że wartość zobowiązań przekracza wartość aktywów. Przesłuchiwana podała także, że w spółkach z grupy kapitałowej Conotoxia Holding udzielane były pożyczki ze środków podmiotu generującego największe zyski finansowe, to jest Cinkciarz.pl do spółki holdingowej, która udzielała ich następnie spółkom zależnym w Grupie, w tym spółkom z siedzibami na Cyprze i w USA. Jednocześnie terminy spłaty wcześniejszych pożyczek były prolongowane, gdyż spółki zagraniczne nie generowały zysku. W zamyśle ówczesnego prezesa Marcina Pióro miało to pomóc rozwinąć model biznesowy założony dla każdego z wymienionych podmiotów. Nadto to Marcin Pióro wskazywał jaka kwota pożyczek musi być udzielona, miał on bowiem dostęp na bieżąco do transakcji i obrotów związanych z wymianą walut i szacował w ten sposób wyniki spółki. O obrotach księgowość dowiadywała się dopiero na koniec roku, przy sporządzaniu rocznego sprawozdania. Marcin Pióro był również pomysłodawcą marketingu prowadzonego przez grupę Conotoxia Holding, głównie w zakresie spółki Cinkciarz.pl. Stąd, po zakończeniu współpracy z Polskim Związkiem Piłki Nożnej, podjął on decyzję o sponsoringu dla amerykańskiej drużyny koszykówki Chicago Bulls, na rzecz której przez okres blisko dwóch lat kwartalnie ze spółki Cinkciarz.pl przekazywano kilkaset tysięcy dolarów. Ze środków spółki sponsorowane były także klub koszykarski i żużlowy z Zielonej Góry. Marcin Pióro dysponował również kartami służbowymi Cinkciarz.pl i Conotoxia, którymi opłacał prywatne wydatki chociażby na luksusową odzież i kosmetyki, nie zwracając tych kwot w całości.

W toku prowadzonego śledztwa w charakterze świadka przesłuchano także Katarzynę Hołowiak - Pidłypczak – kontrolera finansowego w spółkach Cinkciarz.pl spółka z ograniczoną odpowiedzialnością oraz Conotoxia spółka z ograniczoną odpowiedzialnością, która zeznała, iż w ostatnich dwóch latach sytuacja spółek uległa pogorszeniu, co raportowała

18

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 124 of 523
SBU_LEGAL    EXT-PIORO-00-043

do członków zarządu, czyli Marcina Pióro, Roberta Górnego, a wcześniej Moniki Kowalewskiej i Kamila Sahaja. Na spotkaniach zarządu była także obecna główna księgowa Cinkciarz.pl spółka z ograniczoną odpowiedzialnością – Monika Jakubowska. Tematem rozmów była poprawa sytuacji finansowej, na przykład poprzez zmniejszenie kosztów działalności spółek, pozyskanie zewnętrznego źródła finansowania. W toku kolejnego przesłuchania Katarzyna Hołowiak - Pidłypczak zeznała, iż podmioty z Grupy Kapitałowej Conotoxia Holding, które wykazywały straty, utrzymywane były ze środków Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Zyski z firmy Cinkciarz.pl spółka z ograniczoną odpowiedzialnością nie były wystarczające, aby pokryć straty generowane przez inne spółki powiązane. Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wykorzystywała więc na pokrycie tych strat środki wpłacane przez klientów na wymianę walut. Środki były przekazywane do spółek powiązanych pod postacią pożyczek. O realizacji przelewów na rzecz wszystkich podmiotów powiązanych decydował Marcin Pióro. Do października 2024 roku suma niespłaconych pożyczek udzielonych przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wynosiła około 150 milionów złotych. Wyżej wymieniona zeznała, iż decyzje o pożyczkach podejmował Marcin Pióro. Nadto świadek wskazała go, jako kluczową osobę w procesie decyzyjnym dotyczącym wszystkich podmiotów wchodzących w skład Conotoxia Holding, zwłaszcza w odniesieniu do decyzji biznesowych i finansowych. Ponadto świadek zeznała, iż temat ujemnego kapitału obrotowego w Cinkciarz.pl spółka z ograniczoną odpowiedzialnością pojawił się już w 2017 roku, natomiast w 2023 roku kapitał nie pozwolił na pokrycie wydatków spółki. Marcin Pióro informował, że środki wpłacane przez klientów na wymianę walut lub na ich portfele walutowe są traktowane jako zaliczki i przestają być własnością klientów, co oznacza, iż można nimi swobodnie rozporządzać. Katarzyna Hołowiak - Pidłypczak zeznała, iż o trudnej sytuacji finansowej spółki informowała zarząd, czyli w ostatnim okresie Marcina Pióro i Roberta Górnego. Robert Górny wykonywał zadania zlecone przez Marcina Pióro, który na początku października 2024 roku wyjechał z Polski (jak stwierdziła w obawie przed zatrzymaniem przez Policję).

Mając zatem na uwadze powyższe stwierdzić należy, iż Cinkciarz.pl spółka z ograniczoną odpowiedzialnością korzystając ze środków pieniężnych klientów finansowała rozwój spółek z Grupy Kapitałowej, w tym podmiotów zagranicznych należących do Grupy, a które to spółki wygenerowały w ostatnich 4 latach stratę na poziomie około 66 milionów złotych.

19

Okoliczności podnoszone przez Katarzynę Hołowiak - Pidłypczak znalazły nadto potwierdzenie w zeznaniach świadka Grzegorza Dribczaka – development managera, a następnie Chief Technology Officer w spółkach Cinkciarz.pl spółka z ograniczoną odpowiedzialnością oraz Conotoxia spółka z ograniczoną odpowiedzialnością, z których wynika między innymi, że kwestiami finansowymi zajmowali się w spółkach holdingu Marcin Pióro, Monika Kowalewska i Robert Górny. Nadto to Marcin Pióro był odpowiedzialny za dokonywanie wszystkich ustaleń związanych z funkcjonowaniem spółek i zajmował się kwestią udzielania pożyczek spółkom zależnym przez Cinkciarz.pl.

Zeznania w śledztwie złożył także biegły rewident Wojciech Adrianowski z firmy audytorskiej podając, że odmówił wyrażenia opinii o sprawozdaniu finansowym Cinkciarz.pl spółka z ograniczoną odpowiedzialnością za rok 2019, z uwagi na pogłębiającą się lukę w kapitale obrotowym wynoszącą netto około 59 milionów złotych. Świadek podał, że w trakcie badania stwierdził znaczące kwoty wypłat premii oraz pożyczek dla prezesa zarządu Marcina Pióro, w łącznej kwocie około 44.6 miliona złotych, które jego zdaniem nie miały ekonomicznego uzasadnienia i które dodatkowo powiększały lukę w kapitale obrotowym. O powyższych zastrzeżeniach informował Marcina Pióro, wskazując przy tym, że spółka Cinkciarz.pl spółka z ograniczoną odpowiedzialnością miałaby problem z terminową spłatą wszystkich zobowiązań w sytuacji, gdyby klienci spółki wycofali swoje środki z portfeli walutowych.

Przesłuchana w charakterze podejrzanej Monika Jakubowska przyznała się do popełnienia zarzucanych jej czynów i złożyła obszerne wyjaśnienia, wskazując, że kluczową rolę w mechanizmie przestępczym związanym z wykreowaniem modelu biznesowego, jaki powyżej opisano, który skutkował doprowadzeniem klientów do niekorzystnego rozporządzenia mieniem, odgrywał Marcin Pióro. Potwierdziła, że środki klientów platformy Cinkciarz.pl były przekazywane na rachunki bankowe służące do obsługi własnej tej spółki i dalej z tych rachunków pieniądze były transferowane na inne rachunki, tytułem udzielanych pożyczek do podmiotów z Grupy Kapitałowej Conotoxia Holding i przeznaczane na wypłaty dla pracowników i inne zobowiązania. Podała, że kwota 100 milionów złotych, która została pożyczona spółkom zagranicznym nie została zwrócona. Dalej wyjaśniła, że środki klientów były głównym źródłem finansowania Cinkciarz.pl spółka z ograniczoną odpowiedzialnością.

20

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 126 of 523
SBU - LEGAL   EXU PIORO-00126

Podała, iż od początku działalności Cinkciarz.pl spółka z ograniczoną odpowiedzialnością na potrzeby własne spółki i całej grupy kapitałowej były wykorzystywane środki klientów bez ich jakiejkolwiek wiedzy i świadomości. Pieniędzy na rachunkach zaczęło już brakować kilka lat wcześniej, ale wybuch wojny na Ukrainie spowodował napływ gotówki i umożliwił dalsze funkcjonowanie Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Wyjaśniła, że Marcin Pióro doskonale znał kondycje finansowe wszystkich spółek, miał dostęp do wszystkich systemów i miał stworzony specjalny panel do podglądu najważniejszych informacji finansowych. Wiedział, że spółka nie przynosi zysków adekwatnych do wydatków, a mimo to w sposób dowolny korzystał ze środków klientów, przeznaczając te pieniądze także na prywatne wydatki swoje i osób mu najbliższych. Służbową kartą opłacał wakacje, kupował luksusową odzież dla siebie i rodziny. Monika Jakubowska wyjaśniła także, iż miała ciągły kontakt z Marcinem Pióro, który w październiku 2024 roku wyjechał do Stanów Zjednoczonych Ameryki. Proponował jej wyjazd za granicę, jednak ona nie przyjęła tej propozycji. W swoich wyjaśnieniach wskazała na inne osoby z firmy, które również posiadały wiedzę o braku środków klientów na kontach oraz o ich wykorzystywaniu na cele inne niż wymiana walut.

Czynności procesowe przeprowadzone w dniu 28 października 2024 roku w dotychczasowym miejscu zamieszkania Marcina Pióro oraz w innych ustalonych lokalizacjach wskazywały, iż wyżej wymieniony podjął działania mające na celu wyprowadzkę z Polski wraz z najbliższą rodziną i przetransportowanie części swojego majątku poza granice kraju.

Postanowieniem z dnia 5 marca 2025 roku prokurator zarządził zatrzymanie i przymusowe doprowadzenie Marcina Pióro. Czynności właściwych dla podejrzanego z udziałem Marcina Pióro jednak nie przeprowadzono z uwagi na fakt, iż przebywa on na terenie Stanów Zjednoczonych Ameryki.

Opisane powyżej okoliczności wskazują na sprawstwo podejrzanego Marcina Pióro. Powyższe wynika jednoznacznie z załączonej do akt sprawy dokumentacji, w tym zawiadomień o popełnieniu przestępstwa nadesłanych przez Urząd Kontroli Nadzoru Finansowego, Generalnego Inspektora Informacji Finansowej, analiz przepływu środków

21

finansowych na rachunkach bankowych spółek Cinkciarz.pl spółka z ograniczoną odpowiedzialnością, Conotoxia spółka z ograniczoną odpowiedzialnością i Conotoxia Holding spółka z ograniczoną odpowiedzialnością, zeznań przesłuchanych do chwili obecnej pracowników wskazanych podmiotów, ale także zeznań osób pokrzywdzonych, a przede wszystkim wyjaśnień podejrzanych Roberta Górnego i Moniki Jakubowskiej.

Marcin Pióro od dnia 7 września 2010 roku do chwili obecnej jest prezesem zarządu Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. W okresie od 21 lutego 2014 roku do dnia 12 listopada 2020 roku był prezesem spółki Conotoxia spółka z ograniczoną odpowiedzialnością, którą to funkcję objął ponownie 22 października 2024 roku i pełni ją nadal. Dodatkowo w okresie od 30 maja 2023 roku do 22 października 2024 roku był członkiem zarządu Conotoxia spółka z ograniczoną odpowiedzialnością. Nadto od dnia 4 marca 2014 roku do chwili obecnej jest prezesem zarządu Conotoxia Holding spółka z ograniczoną odpowiedzialnością. Biorąc zatem pod uwagę powyższe oraz zeznania wyżej opisanych świadków, a także wyjaśnienia Moniki Jakubowskiej, nie ulega wątpliwości, że był on osobą zobowiązaną do zajmowania się sprawami opisywanych podmiotów oraz faktycznie nimi zarządzał.

Okoliczności powyższe znajdują również odzwierciedlenie w wyjaśnieniach podejrzanego Roberta Górnego, który jakkolwiek umniejsza własną odpowiedzialność za działalność wyżej wspomnianych spółek, to w sposób kategoryczny wskazał na kluczową rolę Marcina Pióro, szczegółowo opisując zakres przysługujących jemu kompetencji oraz podział obowiązków. Podał również, że Marcin Pióro przebywa w Stanach Zjednoczonych Ameryki.

W świetle powyższego uznano, iż w okresie co najmniej od początku 2020 roku do dnia 19 grudnia 2024 roku, Marcin Pióro, działając wspólnie i w porozumieniu z Robertem Górnym i Moniką Jakubowską umożliwił, z wykorzystaniem aplikacji mobilnej Cinkciarz.pl, doprowadzenie klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością do niekorzystnego rozporządzenia mieniem w łącznej kwocie co najmniej 112.109.714,12 złotych, stanowiącej wartość większą niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, za pomocą wprowadzenia

22

SBU_LEGAL     EXG-PIORO-00128

ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl spółka z ograniczoną odpowiedzialnością wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl spółka z ograniczoną odpowiedzialnością w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia spółka z ograniczoną odpowiedzialnością na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, co stanowi przestępstwo z artykułu 286 paragraf 1 kodeksu karnego w związku z artykułem 294 paragraf 4 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego w związku z artykułem 65 paragraf 1 kodeksu karnego.

Dodatkowo Marcin Pióro mając świadomość, że środki wpłacane przez klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością służą do finansowania bieżącej działalności Grupy Kapitałowej Conotoxia Holding oraz wiedząc, na podstawie dostępnych sald rachunków, że wpłacane kwoty nie są już wystarczające do pokrycia zlecanych przez klientów transakcji, w dalszym ciągu uczestniczył w przestępczym procederze wyprowadzania tych pieniędzy na rzecz pozostałych podmiotów wchodzących w skład Grupy Holdingu. W okresie od dnia 7 października 2024 roku do dnia 5 grudnia 2024 roku, a zatem już po odebraniu przez Komisję Nadzoru Finansowego licencji oraz po licznych reklamacjach klientów, wspólnie i w

23

SBU_LEGAL    EX03-PIORO-00124

porozumieniu z wymienionymi wcześniej, ustalonymi osobami dokonywał z rachunków Cinkciarz.pl spółka z ograniczoną odpowiedzialnością oraz Conotoxia spółka z ograniczoną odpowiedzialnością transferów środków pieniężnych na łączne kwoty 620.000 złotych, 1.552.000 dolarów amerykańskich i 265.000 euro, z tytułu pożyczek udzielonych na rzecz Conotoxia Holding spółka z ograniczoną odpowiedzialnością, Conotoxia Holding Inc. z siedzibą w Stanach Zjednoczonych Ameryki, Conotoxia Holding Ltd. Cypr oraz na prywatny swój rachunek bankowy prowadzony w Stanach Zjednoczonych Ameryki. W konsekwencji uznano, że podejrzany swoim zachowaniem wyczerpał również znamiona przestępstwa określonego w artykule 299 paragraf 1 i 6 kodeksu karnego w związku z artykułem 306b paragraf 1 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego, w stosunku do kwoty większej niż pięciokrotność kwoty określającej mienie wielkiej wartości.

Postanowieniem z dnia 9 lipca 2025 roku, Sąd Rejonowy Poznań – Stare Miasto w Poznaniu w sprawie o sygnaturze akt III Kp 367/25 zastosował wobec podejrzanego Marcina Pióro środek zapobiegawczy w postaci tymczasowego aresztowania na okres 30 dni od dnia zatrzymania. W dniu 25 lipca 2025 roku zarządzono poszukiwania podejrzanego listem gończym.

Śledztwo Prokuratury Regionalnej w Poznaniu o sygnaturze 2007-2.Ds.21.2024 pozostaje w toku i znajduje się w fazie *ad personam*, a aktualnie prowadzone jest przeciwko trojgu podejrzanym.

Podejrzany Marcin Pióro, gdy tylko dowiedział się o postępowaniu karnym, w sposób zamierzony i celowy, co najmniej od października 2024 roku, ukrywa się przed organami ścigania poza granicami kraju. Po podjęciu w przedmiotowej sprawie pierwszych czynności procesowych, przeprowadził się z osobami najbliższymi do Stanów Zjednoczonych Ameryki i czynił dalsze przygotowania do przeniesienia tam pozostałych składników własnego majątku.

Na uwagę zasługuje również wątek obejmujący zaangażowanie Marcina Pióro w proces związany z udzielaniem pożyczek podmiotom wchodzącym w skład Grupy Kapitałowej Conotoxia Holding i podwyższaniem kapitału zakładowego poszczególnych

24

SBU - LEGAL
EX-PIORO-00130

spółek, jako wyczerpujący znamiona przestępstwa z artykułu 299 kodeksu karnego (pranie brudnych pieniędzy). Część transakcji, podczas których wytransferowano środki pozyskane od kolejnych klientów Cinkciarz.pl spółka z ograniczoną odpowiedzialnością i Conotoxia spółka z ograniczoną odpowiedzialnością, opiewających na łączną kwotę 1.252.000 dolarów amerykańskich, obejmowała bowiem ich przekazanie na rachunki prowadzone w Stanach Zjednoczonych Ameryki, gdzie obecnie podejrzany ten przebywa.

Ustalono, że Marcin Pióro zamieszkuje na terenie Stanów Zjednoczonych Ameryki pod adresem: 2411 Greenwood Avenue, Wilmette, Illinois 60091-1318. Jest on także właścicielem biura położonego przy 111 North Wabash Avenue, Suite 712, Chicago, Illinois 60602.

Termin przedawnienia zarzucanych podejrzanemu Marcinowi Pióro przestępstw z artykułu 286 paragraf 1 kodeksu karnego w związku z artykułem 294 paragraf 4 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego w związku z artykułem 65 paragraf 1 kodeksu karnego upływa w dniu 19 grudnia 2054 roku, a z artykułu 299 paragraf 1 i 6 kodeksu karnego w związku z artykułem 306b paragraf 1 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego - w dniu 5 grudnia 2054 roku.

Nadto zapewniam, że Marcin Pióro nie zostanie pociągnięty do odpowiedzialności karnej za inne przestępstwa, nieobjęte niniejszym wnioskiem, jak również nie zostanie wydany władzom innego państwa.

Wobec powyższego, skierowanie niniejszego wniosku jest konieczne i uzasadnione.

Zastępca Prokuratora Regionalnego
w Poznaniu

Adrian Lewandowski

25

SBU_LEGAL    EXO-PIORO-00154

Załączniki:

1.     jeden odpis postanowienia Sądu Rejonowego Poznań - Stare Miasto w Poznaniu z dnia 9 lipca 2025 roku w sprawie III Kp 367/2025 o zastosowaniu tymczasowego aresztowania,

2.     jeden odpis listu gończego z dnia 25 lipca 2025 roku,

3.     wizerunek Marcina Pióro,

4.     postanowienie o przedstawieniu zarzutów z dnia 5 marca 2025 roku,

5.     postanowienie o uzupełnieniu postanowienia o przedstawieniu zarzutów z dnia 30 maja 2025 roku,

6.     wyciąg przepisów ustawy z dnia 6 czerwca 1997 roku Kodeks karny (tekst jednolity - Dziennik Ustaw z 2025 roku pozycja 383), ustawy z dnia 29 września 1994 roku o rachunkowości (tekst jednolity – Dziennik Ustaw z 2023 roku pozycja 120 ze zmianami) oraz ustawy z dnia 19 sierpnia 2011 roku o usługach płatniczych (tekst jednolity – Dziennik Ustaw z 2025 roku pozycja 611 ze zmianą) – mających zastosowanie w sprawie (jeden egzemplarz)

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 132 of 523

SBU - LEGAL     EXP-PIORO-00132

VIII Kp 367/25

2007-2.Ds.21.2024

# POSTANOWIENIE

Dnia 9 lipca 2025 roku

Sąd Rejonowy Poznań – Stare Miasto w Poznaniu, VIII Wydział Karny w składzie:

Przewodniczący:     Sędzia Marta Zaidlewicz

Protokolant:   Amelia Żukowicz

przy udziale Prokuratora Prokuratury Regionalnej w Poznaniu: Anny Marszałek i Agaty Ludwiczak

po rozpoznaniu w dniu 9 lipca 2025 roku w sprawie:

**Marcina Pióro**, syna Wacława i Bożeny z domu Kulesza, urodzonego w dniu 6 września 1980 roku, PESEL: 80090604892, ostatnio zamieszkałego przy ulicy Beżowej 1, 65-128 Zielona Góra, nie przebywającego jednak obecnie pod wskazanym adresem

**podejrzanego o to, że:**

1.     w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu spółek: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl sp. z o.o., w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia sp. z o.o., a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki i Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., doprowadził ustalonych do chwili obecnej klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem w łącznej kwocie co najmniej 112.109.714,12 zł, stanowiącej wartość większą niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, za pomocą wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl, poprzez zatajenie przed

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 133 of 523

SBU - LEGAL     EX-3-PIORO-00133

nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl, powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w wyniku czego pokrzywdzeni m.in. zostali:

1. Abramczuk Paweł w kwocie 1.969,00 zł, 1.000,00 USD, 1.000 EUR, 162,12 CHF
2. Abramek Wiesława/ Abramek Krzysztof w kwocie 42.676,00 zł (10.000,00 EUR)
3. Adamczak Julia w kwocie 2.500,00 EUR (10.688,08 zł)
4. Adamczak Natalia w kwocie 21.843,00 USD, 52.813,00 CAD, 175,71 zł oraz 13.286,02 GBP
5. Adamczyk Tomasz w kwocie 4.085,20 zł oraz 4.708,01 EUR
6. Adamczyk Paweł w kwocie 4.184,41 zł oraz 1.007,29 CHF
7. Adamska Justyna w kwocie 2.874,08 zł (658,00 EUR)
8. Adamski Krzysztof w kwocie 700,00 EUR (2.984,03 zł)
9. Adamski Mariusz w kwocie 3.200,00 zł, 12.472,88 USD, 17.631,85 EUR
10. Adach Marcin SAVAPROM w kwocie 10.000,00 EUR (43.104,00 zł)
11. Adydan Rafał w kwocie 578,80 zł
12. Agencja Artystyczna BELLA VOCE Rafał Tomkiewicz w kwocie 6.500,00 EUR (27.885,65 zł)
13. Alpat Yagiz w kwocie 12.082,28 zł
14. Alicja Fitness Motivation/ Janowicz Alicja w kwocie 285.793,87 zł

2

SBU - LEGAL    EXUPIORO-00134

15. Andrzejewski Sebastian w kwocie 8.438,58 USD

16. Andreatto-Jednoróg Danuta w kwocie 6.601,91 EUR

17. Anuszkiewicz Maciej w kwocie 10.169,44 zł

18. Albusz Karolina w kwocie 50.000,00 zł (11.621,96 EUR)

19. ARMASTER Maciej Zawieja w kwocie 21.568,00 zł

20. Kluczyński Paweł i Małgorzata Kluczyńska działający w imieniu Airpotic sp. z o.o. w kwocie 100.000,00 EUR (431.050,00 zł)

21. Andrzej Chmielewski w kwocie 16.500,00 zł, 1.252.260,00 JPY, 61.550,70 NOK

22. Anioła-Hemmaty Karolina w kwocie 42.3 04,23 zł

23. Antoniuk - Wójcik Aleksandra w kwocie 1.800,00 zł (411,10 EUR)

24. Apacki Szymon w kwocie 836,34 zł, 5.120,46 EUR, 3.701,87 USD, 3.142,52 CHF

25. Augustyniak Wojciech w kwocie 8.5 54,00 zł oraz 3 6.000,00 EUR

26. Augustynowicz Sebastian w kwocie 83.670,83 zł, 1.978,01 EUR

27. AUTOS-TOP SP. Z O.O./Czeczot Łukasz w kwocie 50.248,10 zł (10.500,00 EUR)

28. ART FOR FUN Aneta Adamoszek- Papina w kwocie 5.254,97 zł oraz 11.498,69 EUR

29. Arkuszewski Jacek w kwocie 3.491,21 EUR (15.000,00 zł)

30. Avelino Da Sika Aleksandra w kwocie 5.000,00 EUR (21.693,00 zł)

31. Badach Kamil w kwocie 1.100,00 EUR (4.706,90 zł)

32. Bajor Jerzy w kwocie 4.665,70 zł (1.000,00 CHF) oraz 823,46 zł (200,00 USD)

33. Bajorski Marcin w kwocie 1.371,74 EUR, 41,07 USD, 130,33 zł

34. Baj ster Robert w kwocie 1.289,13 zł oraz 253,69 EUR

35. Bagiński Tomasz w kwocie 25.800,00 zł (6.027,47 EUR)

36. Bailey Barbara w kwocie 4.000,00 GBP (20.545,20 zł)

37. Bak Duriucz/Rok Marlena w kwocie 2.000.00 EUR (8.473?80 zł)

38. Balcerzak Agnieszka w kwocie 45.026,61 zł

39. Balińska Aleksandra w kwocie 300,00 EUR (1.290,30 zł)

40. Banach Olga w kwocie 47.757,12 zł

41. Banaś Mariusz w kwocie 15.000,00 EUR (64.080,00 zł)

42. Banaś Dariusz w kwocie 12.918,90 zł (3.000,00 EUR)

43. Banaś Bartłomiej w kwocie 1.000,00 GBP (5.123,92 zł)

44. Bandyk Jacek w kwocie 1.000,00 EUR, (4.302,10 zł)

45. Baniewicz Michał w kwocie 39.012,30 zł (9.000,00 EUR)

3

SBU - LEGAL     EXDFIORO-00135

46. Bańczyk Agata w kwocie 755,77 zł (165,00 CHF)

47. Baran Tomasz w kwocie 42,82 CHF, celem uzyskania 201,04 zł oraz 334,00 CHF

48. Baran Adam w kwocie 2.046,24 zł

49. Baranowski Jakub w kwocie 13.280,5 8 zł, 903,05 USD, 110,16 EUR, 207,91 GBP

50. Baranowska Iwona w kwocie 2.000,00 EUR (8.636,60 zł)

51. Barańska Karina Anna w kwocie 12.349,49 zł (2.650,00 CHF)

52. Barcewicz Marta w kwocie 6.000,00 EUR (25.864,80 zł)

53. Barcikowski Przemysław w kwocie 8.396,27 zł oraz 296,00 EUR

54. Bargiel Mateusz w kwocie 20.000,00 zł (4.575,09 EUR)

55. Barnaś Piotr w kwocie 7.000,00 EUR, celem uzyskania 30.003,40 zł

56. Barras Magdalena w kwocie 10.000,00 CHF (45.500,00 zł)

57. Baron Arkadiusz w kwocie 400,00 EUR, 1.370,89 zł

58. Baron Dawid w kwocie 5.457,32 zł

59. Bartosik Radosław w kwocie 24.63 8,54 USD

60. Bartosik Bartosz w kwocie 5.000.000,00 JPY oraz 306,38 USD

61. Bartosiak Jacek w kwocie 2.315,71 zł

62. Bartosiewicz Maciej w kwocie 2.253,93 EUR

63. Bartosiewicz Magdalena w kwocie 1.032,13 zł (250,00 USD)

64. Bartkiewicz Małgorzata w kwocie 3.508,07 zł

65. BARTEK CANDLES Małgorzata i Janusz Bryłkowscy Sp. j. w kwocie 36.842,59 EUR (40.000,00 USD) oraz 200.000,00 EUR (858.880,00 zł)

66. Baryła Alicja w kwocie 2.250,00 EUR (9.618,98 zł)

67. Baryłko Grzegorz w kwocie 700,00 EUR (3.000,20 zł)

68. Bator Anna w kwocie 34.778,40 zł

69. Bator Dominika w kwocie 3.480,96 GBP (4.150,00 EUR)

70. Bąbol Michał w kwocie 17.206,70 zł

71. Bąk Dariusz w kwocie 218.427,00 zł

72. Bąk Karol w kwocie 427,59 zł oraz 600,00 EUR

73. Bąk Robert w kwocie 1.000,00 EUR (4.243,40 zł)

74. Bąk Magdalena w kwocie 2.060,00 EUR (8.842,3 4 zł)

75. Bąkowski Bartosz w kwocie 12.309,29 CAD

76. Bącała Michał w kwocie 2.689,99 USD (10.599,10 zł)

4

SBU - LEGAL    EXJ-PIORO-00136

77. Bączkowski Jarosław w kwocie 220,16 EUR oraz 2.700,00 zł

78. Bednarski Rafał w kwocie 38.521,80 zł

79. Bednarek Grzegorz w kwocie 7.304,95 zł

80. Bednarczyk Marcin w kwocie 128.860,18 zł

81. Bednarczyk- Grabowska Aleksandra w kwocie 2.100,00 zł (478,31 EUR)

82. Bednarz Robert w kwocie 600,00 EUR (2.5 78,00 zł)

83. Bekier Dobiesław w kwocie 648,34 zł

84. Bekiesza Piotr w kwocie 3.559,30 zł (825,00 EUR)

85. Bejko Przemysław w kwocie 16.000,00 EUR (68.416,00 zł)

86. Berk Sylwia w kwocie 666.056,86 zł

87. Berkowska Marta w kwocie 767,70 zł i 200 GBP (1.027,02 zł) - łącznie 1.794,72 zł

88. Bereza Kamil w kwocie 5.788,86 zł

89. Bereźnicki Seweryn w kwocie 1.598,98 EUR

90. Bernacki Andrzej w kwocie 100.356,12 NOK (35.857,24 zł)

91. „Bernardinio" Beata Rybak w kwocie 5.853,66 USD

92. Bestcan Spółka Jawna Tomasz Fabianowicz, Jacek Radosz, Paweł Fabianowicz w kwocie 23 8.519,26 zł (54.600,00 EUR)

93. Betlejewska Alicja w kwocie 2.366,31 EUR

94. Better Futurę Fund/ Rabiej Sebastian w kwocie 401.210,81 zł (100.100,00 USD)

95. Będziński Mateusz w kwocie 12.730,42 USD (51.451,27 zł)

96. Białek Wojciech w kwocie 5.875,59 zł

97. Białowąs Sebastian w kwocie 13.3 75,23 zł (5 8.003,02 zł)

98. Bianciardi Maya w kwocie 3 7.026,75 EUR (160.000,00 zł)

99. Biarda Agata w kwocie 200.000,00 zł (46.493,17 EUR)

100. Biegalska Nikola w kwocie 2.050,00 EUR (8.710,45 zł)

101. Biela Paweł w kwocie 2 000 00 CHF

102. Bielak Mirosław w kwocie 3 87,00 EUR (1.674,01 zł) i 3.200,00 zł — łącznie 4.874,01 zł

103. Bielaszka Anna w kwocie 5.120,37 zł

104. Bielawa Roman w kwocie 13.000,00 DKK (7.5 51,70 zł)

105. Bielawski Łukasz w kwocie 1.000,64 EUR (4.3 21,3 6 zł)

106. Bielecki Michał w kwocie 3 0.000,00 zł (7.007,71 EUR)

5

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 137 of 523

SBU - LEGAL    EXU-PIORO-00137

107. Bieliński Arkadiusz w kwocie 2.000,00 zł

108. Bieńkowski Michał w kwocie 1.172,75 EUR (5.000,00 zł)

109. Biereźnicki Mirosław w kwocie 2.338,21 zł

110. Biniecka Martyna w kwocie 44.294,10 zł

111. Binkowski Maciej w kwocie 4.780,42 zł

112. Bilek Bartłomiej w kwocie 10.500,00 USD

113. Bilkova Ivana w kwocie 3.000,00 EUR (12.899,70 zł)

114. Bisewski Mikołaj w kwocie 45.838,93 zł

115. BIO-TRADER SP. Z O.O./Głuszek Stefan w kwocie 590.176,77 EUR

116. Biuro Podróży Elżbieta/Kot Paweł w kwocie 2.257,52 zł oraz 1.213,69 EUR

117. Blaszczyk Piotr w kwocie 3 22,88 EUR i 10.045,64 zł

118. Bliźniak Bolesław w kwocie 3.622,28 zł

119. Blok Kamil w kwocie 5.275,38 EUR (22.594,98 zł)

120. Błażewski Tomasz w kwocie 49.185,92 zł

121. Błaziak Damian w kwocie 2.141,07 USD

122. Błotniak Piotr w kwocie 21.795,00 zł (5.000,00 EUR)

123. Bobek Dominik w kwocie 5.000,00 EUR (21.248,00 zł)

124. Bobowski Wiesław w kwocie 10.000,00 NOK (3.605,00 zł)

125. Bochnak Joanna działająca w imieniu Podkarpackiej Grupy Okiennej OKNO- REST w kwocie 30.000,00 EUR (129.327,00 zł)

126. Bochnak Marek działający w imieniu Podkarpackiej Grupy Okiennej OKNO- REST w kwocie 40.000,00 EUR (172.628,00 zł)

127. Bochniarz Joanna działając w imieniu Centrum Innowacyjnej Edukacji w kwocie 10.000,00 EUR (42.798,00 zł)

128. Boczarski Rafał w kwocie 23.000,00 NOK (8.3 58,20 zł)

129. Boczkowska Marzena w kwocie 3.336,67 EUR

130. Boczkowski Adrian w kwocie 1.178,68 zł oraz 661,42 USD

131. Bogaczuk Andrzej w kwocie 13.959,00 USD

132. Bogocz Aleksander w kwocie 4.000,00 USD, 1.400,00 zł, 5.900,00 EUR, 6.000,00 CHF

133. Bohucka Małgorzata w kwocie 2.296,09 zł (491,95 CHF)

134. Bojarowska Ilona w kwocie 48.540,00 zł (12.308,86 USD)

6

SBU - LEGAL
EXT-PIGRO-00136

135. Bojczuk Adriana w kwocie 173.328,00 zł

136. Bombik Anna w kwocie 700,00 zł

137. Boniec Anna w kwocie 5.000,00 USD (20.016,50 zł)

138. Boreczek Magdalena w kwocie 25.675,20 zł

139. Borenstein Dawid w kwocie 4.000,00 zł (935,30 EUR)

140. Borczowski Marcin działający w imieniu Real-Construct sp. z o.o. w kwocie 12.000,00 EUR (51 300,00 zł)

141. Borkowski Jacek w kwocie 2.812,39 zł

142. Borowiak Bartosz w kwocie 2.805,25 EUR

143. Borowski Janusz w kwocie 8.907,50 zł

144. Borowski Rafał w kwocie 15.299,51 zł

145. Borowski Wojciech w kwocie 10.000,00 zł

146. Borowy Robert w kwocie 64.966,06 zł oraz 5.3 00,00 USD

147. Borys Magdalena w kwocie 1.740,00 EUR (7.441.98 zł)

148. Boryń Jarosław w kwocie 57,62 EUR

149. Borusiewicz Andrzej w kwocie 1.062,54 USD

150. Bowsza Joanna w kwocie 900,00 EUR (3.8 51,91 zł)

151. Branach Ewa w kwocie 15.000,00 EUR (64.5 75,00 zł)

152. Brancewicz Michał w kwocie 7.000,00 EUR (30.002,70 zł)

153. Brej Janusz w kwocie 10.300,00 zł oraz 4.000,00 GBP

154. Bronicz Sebastian w kwocie 1.200,00 EUR (5.195,16 zł)

155. Broniszewski Andrzej w kwocie 53.411,80 zł oraz 12.500,00 EUR

156. Brosz Adrian w kwocie 10.000,00 zł

157. Bryl Katarzyna w kwocie 10.000,00 EUR

158. Brymora Dawid w kwocie 12.984,62 USD

159. Bryk Jakub w kwocie 50.000,00 USD (200.435,00 zł)

160. Brzoza Andrzej w kwocie 1.000,00 USD (3.906,00 zł), 2.000,00 CHF (9.110,80 zł) oraz 459,30 zł (100,00 CHF)

161. Brzozowski Robert w kwocie 83.105,32 USD

162. Bródka Wojciech w kwocie 638,64 EUR

163. Budek-Janek Beata w kwocie 2.504,84 zł

164. Budkowski Paweł w kwocie 2.500,00 EUR (10.781,50 zł)

7

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 139 of 523
SBU - LEGAL    EXH-PIORO-00136

165. Budny Arkadiusz w kwocie 6.090,00 EUR

166. Budzyński Piotr w kwocie 11.783,03 zł

167. Buhr Edyta Barbara w kwocie 12.919,50 zł

168. Bujniak Daniel w kwocie 27.550,00 USD (110.277,14 zł)

169. Kucner Paulina w kwocie 14.904,31 zł

170. Byczyński Jacek w kwocie 9.068,69 zł

171. Byrska Wiktoria w kwocie 5.435,86 zł

172. Bzymek Martyna w kwocie 900,00 EUR (3.881,07 zł)

173. Caban Łukasz w kwocie 3.536,99 zł

174. Cecuła Bartosz - Pilotaż Transportów Nienormaty wnych w kwocie 54.102,45 zł

175. Ceglarska Magdalena w kwocie 31.102,80 zł

176. Celmerowski Michał w kwocie 181.837,60 zł

177. Celegrat Krzysztof w kwocie 5 9.920,5 0 zł

178. CASSIOPEIA Sp. z o.o./ Olejniczak Wojciech w kwocie 428.480,00 zł

179. Chłopek Tomasz w kwocie 2.112,31 zł (487,00 EUR)

180. Chachoń Damian w kwocie 21.63 8,00 zł oraz 1.959,26 EUR

181. Charchut Ewa w kwocie 1.000,00 EUR (4.275,50 zł) oraz 85,00 zł

182. Charkiewicz Kamil w kwocie 1.200,00 EUR (5.189,04 zł)

183. Chemicz Teodor w kwocie 177.056,24 zł

184. Chejda Łukasz w kwocie 60.000,00 zł oraz 34.626,84 EUR

185. Chejda Sebastian w kwocie 64.3 87,02 zł oraz 1.000,00 GBP

186. Chmielnicka Marta w kwocie 1.852,00 EUR (7.874,15 zł)

187. Chmielowiec Jacek w kwocie 10.000,00 USD (39.176,00 zł)

188. Chochorowski Piotr, w kwocie 74.3 26,83 zł i 40.000,00 GBP

189. Chomicz Katarzyna w kwocie 2.777,52 zł (600,00 CHF)

190. Choncel Anna w kwocie 5.000,00 zł

191. Chronowski Piotr w kwocie 8.548,00 zł

192. Chrostowski Paweł w kwocie 1.008,18 EUR

193. Chwała Artur w kwocie 1.750,00 zł

194. Cliwazik Piotr w kwocie 28.480,00 zł

195. Chwiej Przemysław w kwocie 2.030,74 EUR

196. Chwierut Paweł w kwocie 56.072,73 USD

8

SBU - LEGAL    EXS-PIORO-00140

197. Chu Huu Nhan w kwocie 974.800,00 zł
198. Chudy Małgorzata w kwocie 3.000,00 EUR (12.830,10 zł)
199. Chudy Ryszard w kwocie 16.641,63 zł
200. Chudzyński Krzysztof w kwocie 22.5 84,00 zł oraz 60.000,00 SEK
201. Chyłek Aneta Sylwia w kwocie 8.668,07 zł
202. Chyl Jolanta w kwocie 1.999,90 USD (8.182,60 zł)
203. Chyliński Jarosław w kwocie 168.888,20 zł
204. Chmielewicz Paweł w kwocie 1.000,00 EUR
205. Ciblik Katarzyna w kwocie 4.750,00 GBP (24.458,23 zł)
206. Cichoń Michał w kwocie 6.223,91 zł i 2.211,55 EUR
207. Cichorski Michał w kwocie 1.500,00 EUR (6.461,25 zł)
208. Cichosz Ireneusz w kwocie 690,00 EUR (2.943,06 zł)
209. Cichosz Łukasz w kwocie 9.100,00 zł
210. Cichocki Paweł w kwocie 10.546,14 zł
211. Cichocka Lidia w kwocie 727,53 EUR
212. Cichopek Jacek 73.254,32 zł
213. Cidyło Marcin w kwocie 24.204,20 zł
214. Ciećko Dominik w kwocie 41.933,30 zł
215. Ciesielski Michał w kwocie 10.000,00 EUR (43.404,00 zł)
216. Ciesielski Michał (74100404552) w kwocie 2.000,00 zł (463,90 EUR)
217. Ciesielski Daniel w kwocie 5.000,00 USD (19.878,50 zł)
218. Ciesielski Andrzej w kwocie 17.63 0,90 zł oraz 3.874,40 EUR
219. Ciesielski Tomasz w kwocie 429,38 zł
220. Cisel Sławomir w kwocie 75.000,00 GBP (3 86.512,50 zł)
221. Cieśliński Krzysztof w kwocie 990,00zł (190,11 GBP)
222. Mateusz Włodarczyk CLIMCRAFT w kwocie 7.3 90,00 GBP (8.782,28 EUR)
223. Contucci Ewa w kwocie 950,00 EUR (827,23 CHF)
224. COLOR WORKZ Grzegorz Skoneczny w kwocie 13.500,00 EUR (5 8.217,40 zł)
225. Coleman Agata w kwocie 89.497,20 USD
226. Cupak Adrian w kwocie 2.000,00 USD (7.803,40 zł)
227. Cylwik Andrzej w kwocie 12.000,00 USD (46.826,40 zł)
228. Ćmił Rafał w kwocie 9.404,56 zł

9

SBU LEGAL

229. Ćwikła Sylwester w kwocie 5.091,52 USD (20.747,43 zł)

230. Czaban Anatol w kwocie 7.727,11 CHF (35.068,72 zł)

231. Czapla Ewelina w kwocie 5.000,00 USD (20.465,00 zł)

232. Czapla Mariusz w kwocie 12.837,10 zł

233. Czapiewski Karol w kwocie 30.206,06 zł (7.400,00 USD)

234. Czaplicki Antoni w kwocie 2.070,48 zł

235. Czarczyński Maciej w kwocie 950,36 zł

236. Czarnecka Sylwia w kwocie 64.661,30 zł

237. Czarnecka Teresa w kwocie 16.000,00 EUR (68.460,80   zł)

238. Czarnecki Marcin w kwocie 16.435,77 EUR oraz 30.043,73 zł

239. Czaja Daniel w kwocie 700,00 EUR oraz 1.600,00 USD

240. Czajkowski Paweł w kwocie 3.483,12 zł

241. Czech Paulina w kwocie 11.129,30 zł

242. Czekierda Piotr w kwocie 5.518,00 zł i 700,00 EUR

243. Czerniak Maciej w kwocie 21.322,58 zł oraz 670,94 EUR

244. Czernicki Jan w kwocie 24.101,03 zł

245. Czerwiński Łukasz w kwocie 1.000,00 EUR (4.3 3 5,10 zł), 11.720,00 NOK (4.236,78 zł)

246. Czerwiński Zbigniew w kwocie 9.965,00 EUR

247. Czestkowska Marta w kwocie 8.578,30 zł

248. Czopik Marcin działający w imieniu IAPS sp. z o.o. w kwocie 60.000,00 EUR (259.128,00 zł),

249. Czopek Edyta w kwocie 8.631,70 zł

250. Czopko - Michnik Ramona w kwocie 3.927,50 zł (843,01 CHF)

251. Maria Szymańska - Graca działająca w imieniu MARYTEX Sp. z o.o. w kwocie 7.200,00 EUR

252. Mitura Patrycja w kwocie 2.900,00 GBP (15.087,83 zł)

253. Jawid Piotr w kwocie 1.000,00 EUR (4.277,00 zł)

254. JB TRANS JULIA BIŃKOWSKA/Bińkowska Julia w kwocie 2.292,68 EUR

255. Damaskinos Kamila w kwocie 49.336,30 zł

256. Drzewiecka Celina w kwocie 3.829,57 zJ (883,00 EUR)

257. Dziedzic Marcin w kwocie 20.000,00 zł (4.633,56 EUR)

10

SBU - LEGAL    EXC PIOTRO 00142

258. Dziedzic Dariusz w kwocie 25.000,00 EUR

259. Dziendziel Maciej w kwocie 25.245,00 zł oraz 150.000,00 CZK

260. Dziewulski Jarosław w kwocie 5.919,06 zł

261. Dzikowska Aleksandra w kwocie 107,70 zł

262. Dziocha Grzegorz w kwocie 58.355,89 zł

263. Dziub Jarosław w kwocie 17.422,80 zł (4.000,00 EUR)

264. Dziuba Daria w kwocie 1.850,00 GBP (9.480,30 zł) oraz 1.730,00 EUR (7.143,22 zł)

265. Dziura Tomasz w kwocie 2.000,00 EUR (8.581,00 zł)

266. Dziworska Diana w kwocie 60,15 USD oraz 4.765,92 EUR

267. Dziworska Krystyna w kwocie 10.000,00 zł (2.285,61 EUR)

268. Daniluk Roman w kwocie 870,13 zł, 918,89 EUR i 3.582,19 USD

269. Daniłow Wojciech w kwocie 2.031,98 zł (436,00 CHF)

270. Dargacz Piotr w kwocie 52.735,27 zł

271. Danisiewicz Krzysztof w kwocie 92.499,15 zł

272. DAPPI Sp. z o.o./Werblińska Angelika w kwocie 20.000,00 EUR (86.482,00 zł)

273. Dargiewicz Janusz w kwocie 50.000,00 EUR (215.205,00 zł)

274. Dąbek Jacek w kwocie 26.320,90 zł

275. Dąbkowski Damian w kwocie 23.706,32 zł

276. Dąbrowska Urszula w kwocie 11.829,49 zł i 2.000,00 USD

277. Dąbrowska - Goebel Izabela w kwocie 30.557,10 zł (7.000,00 EUR)

278. Dąbrowska-Wyra Daria i Dąbrowski Łukasz w kwocie 1.850 EUR (7.907,03 zł)

279. Dąbrowski Kazimierz w kwocie 39.500,00 EUR (170.057,30 zł)

280. Denys Aleksander w kwocie 6.451,14 zł (1.386,00 CHF) oraz 109,45 zł

281. Depta Krzysztof w kwocie 2.000,00 EUR (8.554,40 zł)

282. Dębkowski Michał w kwocie 5.100,00 zł

283. Dębska - Stewart Bożena w kwocie 2.000,00 GBP (10.299,80 zł)

284. Diduszko Mateusz w kwocie 40.110,00 zł

285. APF POLSKA Sp. z o.o./Karpowicz Agnieszka w kwocie 566.417,28 zł

286. Dlubacz Mateusz w kwocie 36.089,38 zł (8.367,00 EUR)

287. Długosz Arkadiusz w kwocie 42.881,28 zł

288. Długosz Olga w kwocie 15.000,00 USD

289. Dobrzański Kamil w kwocie 3.000,00 EUR

11

SBU LEGAL    EXO-PIORO-00143

290. Dobrzańska Karolina w kwocie 92.536,06 GBP

291. Domański Dominik w kwocie 37.149,44 zł

292. Domański Dariusz w kwocie 7.600,00 CHF (35.164,44 zł)

293. Domaszewicz Ewa w kwocie 3.646,84 zł

294. Domaszewski Piotr w kwocie 29.999,00 zł (7.361,09 USD) oraz 8.563,80 zł (2.000,00 EUR)

295. Domagała Mateusz w kwocie 10.750,00 USD (43.981,48 zł) oraz 4.014,00 EUR (17.308,37 zł)

296. Domagała Marcin w kwocie 59.447,70 SEK

297. Domejko Krzysztof w kwocie 8.172,19 zł

298. Dominiczak Paweł w kwocie 28.534,30 zł

299. Domoradzka Monika w kwocie 3.13 8,02 EUR (13.512,94 zł)

300. Donat Cierpik w kwocie 2.953,77 zł

301. Dokurno Anna w kwocie 2.339,02 EUR

302. BIOSHELL Sp. z o.o./Domagała IVO w kwocie 67.454,40 EUR (289.789,10 zł)

303. Musiał Sebastian w kwocie 3.723,00 EUR (16.125,80 zł)

304. Musiał Kamil reprezentujący Doradztwo Gruntowe Kamil Musiał w kwocie 15.019,00 EUR (63.751,15 zł), 199,00 EUR i 269,43 USD (245,52 EUR)

305. Musiał - Dominiak Roksana w kwocie 5.509,58 zł (1.190,00 CHF)

306. Dowhan - Ostrowski Beata w kwocie 4.999,90 zł (1.073,01 CHF)

307. Dovhanych Volodymyr w kwocie 35.174,00 EUR (138.093,12 zł)

308. Draczyński Michał w kwocie 7.211,27 zł i 1.148,55 USD

309. Drescher Edyta w kwocie 8.050,00 EUR (34.463,66 zł)

310. Drewniak Rafał w kwocie 10.805,00 USD oraz 283,77 zł

311. Drohomirecki Łukasz w kwocie 3.663,55 zł

312. Drużbiński Paweł w kwocie 4.324,10 zł

313. Włodzimierz Rogowski działający w imieniu AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA w kwocie 2.500,00 EUR (10.808,25 zł)

314. Wrona Piotr w kwocie 3 7.000,00 NOK ( 13.3 94,00 zł)

315. Dubis Jerzy w kwocie 14.962,93 A

316. Dubrawska Sylwia i Dubrawski Kamil w kwocie 10.000,00 EUR (43.023,00 zł)

12

SBU LEGAL

EXPIORO-00144

317. Duda Anna w kwocie 98.118,00 zł

318. Dudek Mariusz w kwocie 10.000,00 zł

319. Dudek Maciej w kwocie 15.648,24 zł oraz 3.489,28 EUR

320. Dudek Michał w kwocie 5.018,62 zł (1.074,79 CHF)oraz 98,47 EUR

321. Duszyński Przemysław w kwocie 1.764,98 zł (377,43 CHF)

322. Durkiewicz Patryk w kwocie 4.500,00 EUR (19.3 73,40 zł)

323. Duż Artur w kwocie 32.341,82 zł

324. Dworakowski Marcin w kwocie 936,14 zł oraz 1.518,00 CHF

325. Dydo Tomasz w kwocie 75 8,06 zł oraz 229,80 EUR

326. Dyląg Sławomir w kwocie 50.923,40 EUR

327. Dylewski Artur w kwocie 3.093,19 zł oraz 1.621,97 USD

328. Dytz Magdalena w kwocie 30.100,00 zł

329. Dziadosz Paweł w kwocie 2.214,91 zł

330. Dziamski Piotr w kwocie 4.072,42 USD (16.000,00 zł)

331. Dzioba Anna w kwocie 7.300,00 EUR (31.262,25 zł)

332. Dżugan Marta w kwocie 4.000,00 zł

333. Ziarkowski Maciej w kwocie 5.000,00 GBP

334. Żyrkowski Daniel działający w imieniu EKOROL w kwocie 53.000,00 EUR (229.961,70 zł)

335. Żyszkowski Bartosz w kwocie 640,71 zł oraz 337,42 EUR

336. Żydak Przemysław w kwocie 15.000,00 EUR (64.678,50 zł)

337. liski Arkadiusz w kwocie 1.286,10 zł (300,00 EUR)

338. Eksztein Paweł w kwocie 8.645,60 zł

339. Elak Hubert w kwocie 279,28 EUR oraz 2.030,28 zł

340. Faber Michał w kwocie 4.300,00 zł

341. Fanty Dawid w kwocie 2.300,00 EUR (9.943,59 zł)

342. Filipczyński Artur w kwocie 34.000,00 zł

343. Filipkowski Ryszard Piotr w kwocie 3.431,00 EUR

344. Finch Adam w kwocie 1.000,00 GBP

345. Fedorczyk Bogusław w kwocie 6.368,28 zł

346. Fekete Robert w kwocie 4.616,06 EUR (20.000,00 zł)

347. Flemmig Frederik w kwocie 43.015,00 zł (10.000,00 EUR)

13

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 145 of 523
SBU - LEGAL   EXS-PIORO-00146

348. Flkiewitz- Bulatecka Dorota działająca w imieniu ASG Technik w kwocie 1.844,98 EUR (7.929,45 zł)

349. F.H. Prymus Violetta Burgielska w^kwocie 12.914,70 zł (3.000,00 EUR)

350. FHU P. Rejnis Transport/ Paweł Rejnis w kwocie 8.000,00 EUR (34.628,80 zł)

351. Florczyk Marcin w kwocie 1.659.723,00 JPY

352. Florczak Paweł w kwocie 10.000,00 GBP (51.907,00 zł)

353. Francuz Krzysztof w kwocie 10.238,40 zł

354. Franek - Janicka Alicja w kwocie 16.254,96 USD, 5.438,37 CHF, 12.634,00 EUR, 5.661,77 GBP, 2 3.072,34 zł

355. Frankiewicz Gabriela w kwocie 4.000,00 EUR (509,10 zł)

356. Frankowski Krzysztof w kwocie 450,00 EUR (1.949,04 zł)

357. Frankowski Tomasz w kwocie 100.000,00 EUR

358. Frączak Monika w kwocie 1.3 05,87 zł (299,45 EUR)

359. Fredko Magdalena w kwocie 2.000,00 EUR (8.584,20 zł)

360. Frontczak Mariusz w kwocie 9.000,00 EUR (3 8.920,50 zł)

361. Formela Piotr w kwocie 7.784,86 EUR

362. Fortuniak Rafał w kwocie 3.170,00 EUR. (13.719,76 zł)

363. Fotyniuk Katarzyna w kwocie 39.566,85 EUR

364. Furmański Bartosz w kwocie 14.222,3 8 zł

365. Furmankiewicz Monika w kwocie 3.257,10 zł

366. Gabor Marta w kwocie 13.709,26 zł

367. Gabryś Artur w kwocie 11.300,00 zł (2.611,4 7 EUR)

368. Gantz Gregor w kwocie 72.830,023 zł oraz 6.212,00 EUR

369. Gałązka Andrzej w kwocie 3.480,00 EUR (14.907,28 zł)

370. Gałwa Wojciech w kwocie 62.963,43 EUR

371. Galicki Tomasz w kwocie 2.699,21 zł (5 81,00 CHF)

372. Galas Szymon w kwocie 100.000,00 EUR

373. GAMBIT Damian Buczek w kwocie 75.822,24 zł (14.700,50 GBP)

374. GAR Trans sp. z o.o. w kwocie 4.000,00 EUR (17.342,00 zł)

375. G - Transport Rafał Gamrat w kwocie 37,50 EUR oraz 10.806,08 zł

376. Garbacz Grzegorz w kwocie 53.854,67 zł

377. Garbalski Adam w kwocie 9.380,60 zł

14

378. Gomuaruk Katarzyna w kwuulu 34.000,00 zł uraz 3.996,00 CHF

379. Garwoliński Konrad 200,57 zł i 1.420,32 EUR

380. Gastropol Łukasz Targowski sp.k w kwocie 25.000,00 EUR (107.027,50 zł)

381. Gaś Ireneusz w kwocie 14.163,73 zł oraz 16.000,00 USD

382. Gawłowski Rafał w kwocie 13.05 8,5 8 zł

383. Gawęda Dawid w kwocie 315,00 EUR (1.352,17 zł)

384. Gajewski Robert w kwocie 4.500,00 GBP (22.986,90 zł)

385. Gajewski Janusz w kwocie 500,00 EUR (2.142,00 zł)

386. Gądela Edyta w kwocie 728,49 zł

387. Gąsiorowski Marcin w kwocie 20.000,00 zł

388. Gąsiorowski Sławomir w kwocie 3.690,00 EUR oraz 3.772,00 zł

389. Gąsiorek Anna w kwocie 81.568,00 USD (320.154,40 zł)

390. Geliński Bartosz w kwocie 22.500,00 NOK (8.273,25 zł)

391. Gentelman Tomasz w kwocie 43 7.095,00 zł

392. Gerlach Tadeusz w kwocie 308,77 GBP

393. Gębka Weronika w kwocie 4.646,71 zł

394. Gębura - Nowak Karolina w kwocie 10.500,00 USD (42.649,17 zł)

395. Gęslowski Dawid w kwocie 6.000,00 EUR (26.112,00 zł)

396. Gidek Andrzej w kwocie 1.400,00 EUR (5.987,38 zł)

397. Gidyński Łukasz działający w imieniu LUXOFT w kwocie 6.144,00 EUR (26.418,59 zł)

398. Giedrys Paweł w kwocie 4.060,01 zł

399. Gierak Mariusz w kwocie 7.3 00,00 EUR (31.257,46 zł)

400. Gierlach Bogdan w kwocie 3.617,15 zł (776,13 CHF)

401. Gil Daniel w kwocie 5.116,30 zł

402. Gilewski Błażej w kwocie 1.659,91 zł

403. Gils Gabriel w kwocie 1.500,00 EUR (6.406,11 zł)

404. Gilżejewska Alina w kwocie 4.000,00 zł (865,00 CHF)

405. Gintrowski Łukasz w kwocie 60,35 GBP (313,62 zł) oraz 507,26 EUR (2.192,02 zł)

406. Giziewski Tomasz Piotr w kwocie 14.900,00 SEK (5.505,5 5 zł)

407. Gizińska Eryka w kwocie 6.027,72 zł (1.300,00 CHF)

15

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 147 of 523

SBU - LEGAL    EX0-PIORO-00147

408. Gizulewska Maria w kwocie 12.970,66 USD

409. Giżycki Mateusz w kwocie 3.800,00 GBP (19.448,40 zł)

410. Gliński Paweł w kwocie 4.886,76 zł (1.05 5,00 CHF)

411. CT Global Logistics Sp. z o.o. / Karolina Jasińska w kwocie 95.407,65 zł (23.500,00 USD)

412. Głód Marcel w kwocie 620,00 EUR (2.644,42 zł)

413. Głodzik Tomasz w kwocie 388,91 zł oraz 71.772,51 USD

414. Głogowski Marcin w kwocie 186.028,00 zł (40.000,00 CHF)

415. Głowacki Marcin w kwocie 1.200,00 EUR (5.139,12 zł)

416. Głowacki Jarosław w kwocie 1.5 78,03 EUR, 5 76,15 CZK, 27,93 TRY

417. Głowacki Łukasz w kwocie 18.000,00 USD (71.515,80 zł)

418. Głowacki Mariusz w kwocie 2.150.000,00 JPY oraz 9.305,26 zł

419. Gnaciński Krzysztof w kwocie 4.600,00 EUR (19.948,82 zł)

420. Gnielka Łukasz Bartłomiej 12.734,40 zł

421. Gotkowicz Paweł w kwocie 2.957,65 EUR (12.550,20 zł)

422. Goldsztejn Maciej w kwocie 1.295,86 EUR (5.500,00 zł)

423. Goleniowski Patryk w kwocie 2.715,45 zł

424. Golonka Gabriela w kwocie 4.000,00 EUR (17.298,40 zł) i 3.000,00 EUR

425. Gołąb Karol w kwocie 22.877,77 zł, 1.081,73 EUR oraz 2.05 5,84 USD

426. Gołąb Michał w kwocie 1.075,90 EUR (4.655,20 zł)

427. Gołębiewska Kamila w kwocie 9.000,00 EUR (3 8.682,00 zł)

428. Gołębiowska Barbara_w kwocie 32.018,59 zł

429. Goncerzewicz Robert w kwocie 40.000,00 GBP (206.056,00 zł)

430. Gonczaronek Tomasz w kwocie 9.347^02 zł

431. Gorzelany Adam w kwocie 3.141,00 EUR

432. Graczyk Kamila w kwocie 5.836,95 EUR oraz 3.840,91 USD

433. Grudowska Grażyna w kwocie 1.678,21 zł (3 60,00 CHF)

434. Grudzińska Dagmara w kwocie 2.095,34 zł (457,00 CHF)

435. Grabiański Tomasz 924,43 EUR

436. Gorczyńska Edyta w kwocie 518,01 EUR (2.210,43 zł)

437. Górski Marcin w kwocie 9.867,65 zł

438. Górski Łukasz w kwocie 2.452,11 zł

16

439. Góralski Arkadiusz w kwocie 1.3 00,00 EUR (5.5 78,30 zł)

440. Góralski Krzysztof w kwocie 5.012,28 zł oraz 8.700,00 CAD

441. więcKiewicz urazy na w Kwocie 1 u.wu,uu tUK (43.u43,uu zł)

442. Grochala Szymon w kwocie 3.000,00 EUR (12.852,00 zł)

443. Grochowski Roman w kwocie 10.000,00 USD (3 8.610,00 zł)

444. Gromek Monika w kwocie 25.000,00 USD (98.040,00 zł)

445. Gromek Dariusz w kwocie 93.566,36 zł (3.522.650,00 JPY)

446. Gronkiewicz Agata/Mateusz Gronkiewicz w kwocie 5.000,00 EUR (21.550,50 zł)

447. Grybel Tomasz w kwocie 7.900,00 zł

448. Grygiel Bogusław w kwocie 1.842,82 zł

449. Grygorowicz Patryk w kwocie 900,00 EUR (3.843,12 zł) oraz 700,00 zł

450. Gryss Magdalena w kwocie 1.946,18 zł

451. Gryszka Łukasz w kwocie 15.000,00 zł (3.440,37 EUR)

452. Gryszun Mateusz w kwocie 2.400,00 USD (9.499,92 zł)

453. Gryko Tomasz w kwocie 985,84 USD, 1.055,45 EUR

454. Grzywaczyk Zbigniew w kwocie 75.000,00 zł

455. Grzyb Ewelina w kwocie 9.456,30 zł

456. Grzybowska Magdalena w kwocie 5.000,00 EUR (21.684,50 zł)

457. Grzybowski Łukasz w kwocie 1.000,00 EUR

458. Gubała Krzysztof w kwocie 200.000,00 zł (50.000,00 USD)

459. Gubala Mariusz w kwocie 4.000,00 zł (933,64 EUR)

460. Gucwa Maria w kwocie 2.173,00 zł

461. Gugała Elżbieta w kwocie 688.534,70 zł oraz 77.000,00 USD

462. Gulbierz Tomasz w kwocie 9.819,5 0 zł, 900,00 EUR i 10.000,00 USD

463. Gunia-Krzyżak Agnieszka w kwocie 200,00 EUR (862,66 zł)

464. Gulaś Karol w kwocie 11.041,96 CHF, 25.291,97 EUR, 9.971,00 GBP, 22.809,40 USD

465. Gustaw Edyta w kwocie 3 50,01 EUR (1.498,95 zł)

466. Gużewski Rafał w kwocie 9.400,00 EUR (40.799,08 zł)

467. Gwiaździński Daniel w kwocie 1.108,24 SEK (406,83 zł)

468. Gwiżdż Damian działający w imieniu Górka-Trans Szczyrek, Gwiżdż Sp. J. w kwocie 35.868,34 zł

17

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 149 of 523

SBU - LEGAL    EXH-PIORO-00 146

469. Gwiżdż Sebastian w kwocie 1.000 EUR (4.296,80 zł)

470. Hachuła Piotr w kwocie 6.599,07 EUR (28.233,48 zł)

471. Hadyniak - Kamińska Magdalena w kwocie 950,00 USD

472. Halotta Paweł w kwocie 5.000,00 zł (1.155,64 EUR)

473. Halik Mariusz w kwocie 148.483,00 JPY

474. Hałas Arnold w kwocie 1.214,74 EUR

475. Hałka Piotr w kwocie 3 0.000,00 zł

476. Hajduczenia Dariusz w kwocie 2.844,00 EUR (12.232,90 zł)

477. Hajduk Artur w kwocie 340,00 GBP (1.738,68 zł)

478. Hajdrych Maciej w kwocie 20.000,00 NOK (7.354,00 zł)

479. Harasim Jakub w kwocie 74,98 USD oraz 314,51 EUR

480. Harkabuzik Mateusz w kwocie 1.000,00 EUR (4.287,00 zł)

481. Harkabuzik Agnieszka w kwocie 1.710,00 EUR (7.355,57 zł)

482. Hauffe Marta w kwocie 10.000,00 CHF (45.348,12 zł)

483. Hawro Konrad w kwocie 6.000,00 USD (23.793,60 zł) i 15.500,00 EUR (66.712.00 zł) - łącznie 90.505,60 zł

484. Hawryl-Adamczyk Katarzyna i Adamczyk Bartosz w kwocie 29.037,80 zł i 9.000,00 CHF

485. HANAMA Rafał Żak w kwocie 3.591,40 EUR

486. HatPol Antoni Hat/ Hat Daniel w kwocie 39.462,00 zł

487. Hądz Wacław w kwocie 800,00 EUR (3.413,92 zł)

488. Helbowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

489. Hennek Patryk w kwocie 4.346,29 zł

490. Henzel Jan w kwocie 236,08 zł

491. HMPA Daniel Łohunko w kwocie 10.000,00 EUR (43.130,00 zł)

492. Holuta Marcin w kwocie 4.3 00,00 zł

493. Holak Bernadeta w kwocie 213,59 EUR oraz 10.274,80 zł

494. Hołubowska Aleksandra w kwocie 2.000,00 EUR

495. Hordecki Mateusz w kwocie 4.3 02,17 zł

496. Hosner Ryszard w kwocie 619,73 zł

497. Hospod Paweł w kwocie 18.003,74 zł

498. Hreczka Krzysztof w kwocie 8.345,98 zł

18

SBU - LEGAL     EXUPIORO-00150

499. Hryniewicz Marek w kwocie 46.800,05 EUR (200.000,00 zł)

500. Hudyka - Grzesik Ewelina w kwocie 4.314,00 zł

501. Hudzik Tomasz w kwocie 2.400,00 EUR (10.271,28 zł)

502. Huk Tomasz w kwocie 2.281,88 A (4^2,57 CHF)

503. Humana Second Hand Poland Sp. z o.o./ Smolicki Jacek w kwocie 16.313,32 EUR (70.060,82 zł)

504. Hutyra Wioleta w kwocie 5.000,00 GBP (25.658,50 zł)

505. HyperHub Ltd. Z siedzibą w Anglii / Damian Puczyński w kwocie 281.666,37 zł, 173.104,00 zł (40.517,65 EUR), 148.671,51 GBP, 20.885,00 GBP (25.218,73 EUR), 13.740,69 EUR, 12.800,00 USD (11.828,76 EUR)

506. Mierzejewska Bożena w kwocie 2.143,70 zł

507. Milcz Bartłomiej w kwocie 2.000,00 EUR (8.508,00 zł)

508. Moliński Piotr w kwocie 400,92 EUR oraz 1.615,50 zł

509. Imielski Karol w kwocie 3.100,00 GBP (15.965,31 zł)

510. Idziaszek Weronika w kwocie 2.000,00 EUR (8.527,00 zł)

511. Idzkiewicz Marcin w kwocie 1.000,00 EUR (4.280,92 zł)

512. Łącka Sylwia Grażyna w kwocie 7.400,00 zł (1.723,92 EUR)

513. Łazuga Marcin w kwocie 7.378,55 USD

514. Łyszczek Paweł w kwocie 3 5.000,00 zł (6.733,62 GBP)

515. Łyskawa Paweł Stowarzyszenie Krakowski Teatr Tańca w kwocie 3.500,00 EUR

516. Łyżwa Przemysław w kwocie 3.000,00 EUR

517. Igielski Adam w kwocie 25.595,00 USD (101.537,92 zł)

518. Ignasiak - Kretowicz Justyna w kwocie 20.000,00 CHF (90.880,00 zł)

519. Ignasiak Andżelika w kwocie 41.166,60 zł (9.500,00 EUR)

520. IGNASMET Mariusz Ignatowicz/ Ignatowicz Marcin w kwocie 80.000,00 EUR (341.336,00 zł)

521. Zięba Bogumił reprezentujący Inovatica AGV sp. z o.o. w kwocie 15.653,11 EUR (67.000,00 zł), 42.5 60,00 USD

522. Zięba Tomasz w kwocie 21.3 52,00 zł

523. Żak Michał w kwocie 21.931,09 zł (5.501,00 USD)

524. Żak Katarzyna w kwocie 22.336,50 zł

525. Żak Mirosław w kwocie 3.822,94 zł

19

SBU LEGAL    EXPLORO-00563

526. Żelaśkiewicz Adam w kwocie 2.000,00 GBP oraz 12.478,80 zł

527. Żołnierzyk Piotr w kwocie 900,00 EUR

528. Żukowski Michał Radosław w kwocie 25.000,00 EUR (107.787,50 zł)

529. Żerański Radosław w kwocie 710,03 zł

530. Żurawka Sławomir w kwocie 1.297,91 zł (280,00 CHF)

531. Żurawicki Jarosław w kwocie 4.318,87 zł

532. Żurowski Dawid w kwocie 6.330,94 zł (2.000,00 CAD)

533. Iwanicki Andrzej w kwocie 39.950,00 zł

534. Iwańska Wioleta w kwocie 10.000,00 zł

535. Iwanowski Paweł w kwocie 3.647,26 zł (835,32 EUR)

536. Iwanowski Tomasz w kwocie 2.711,46 CAD

537. Iwanucha - Blumberg Lidia w kwocie 2.154,05 zł

538. INTECH TECHNICAL DOCUMENTATION SP. Z O.O./Kaczorowski Arkadiusz w kwocie 20.000,00 EUR (85.692,00 zł) oraz 22.000,00 USD (86.169,60 zł)

539. Jachowicz Zbigniew w kwocie 14.000,00 zł (3.030,25 CHF)

540. Jachowski Dariusz w kwocie 400,00 EUR (1.718,72 zł)

541. Jachimska-Małkiewicz Katarzyna w kwocie 128.700,00 zł (30.000,00 EUR)

542. Jachna Anna w kwocie 2.408,68 zł (524,07 CHF)

543. Jackowiak Marcin w kwocie 1.400,00 zł

544. Jackowiak Krzysztof w kwocie 1.051,19 EUR

545. Jacków Jacek w kwocie 10.000,00 EUR

546. Jadczyk Mateusz w kwocie 2.000,00 EUR (8.511,60 zł)

547. Jakś Tomasz w kwocie 9.828,59 zł (2.300,00 EUR)

548. Jakubczak Jarosław w kwocie 40.000,00 NOK (14.592,00 zł)

549. Jakubczak Przemysław w kwocie 40.000,00 NOK

550. Jakubczak Karolina w kwocie 10.000,00 zł

551. Jakubaszek Przemysław w kwocie 14.993,00 CHF

552. Jakubiuk Sławomir w kwocie 913,28 CHF

553. Jakubowicz Piotr w kwocie 38.739,23 zł

554. Jałowiec Maciej w kwocie 5.18 8,5 2 zł (1.200,00 EUR)

555. Janczy Janusz w kwocie 3.770,56 zł

556. Janeczek Robert w kwocie 175.959,03 zł

20

SBU LEGAL

557. Janiec Jakub Kacper w kwocie 2.000,00 EUR

558. Janik Patryk w kwocie 30.000,00 zł i 3.000,00 EUR

559. Jankowski Mateusz ( zam. Dolice)w kwocie 3.000,00 USD (11.892,40 zł)

560. Jankowski Mateusz (zam. Giżycko)w kwocie 26.000,00 zł

561. Jankowski Karał w kwocie 3.000,00 EUR eiz.yus,4U zł;

562. Jankowski Karol w kwocie 1.327,00 GBP (6.854,88 zł)

563. eVest sp. z o.o. w kwocie 4.760,00 EUR (20.487,99 zł)

564. Janowski Robert w kwocie 16.000,00 EUR (68.516,80 zł)

565. Janowski Mirosław w kwocie 4.375,00 zł

566. Janowski Mariusz w kwocie 2.568,50 zł (550,00 CHF)

567. Janowski Marcin w kwocie 12.000,00 EUR (51.703,20 zł)

568. Januszek Maciej w kwocie 62.966,01 EUR (270.980,52 zł)

569. Jarek Arkadiusz w kwocie 6.200,00 EUR (26.897,46 zł)

570. Jarecka Barbara Krystyna w kwocie 3.500,00 EUR (15.055,35 zł)

571. Jargan Tomasz w kwocie 11.170,22 EUR

572. Jasina Jarosław w kwocie 90.267,90 zł

573. Jasiewicz Elżbieta w kwocie 43.104,00 zł

574. Jasiok Dawid w kwocie 7.500,00 EUR (32.112,75 zł)

575. Jaskierny Angelika w kwocie 3.000,00 EUR (12.818,40 zł)

576. Jaskulski Piotr w kwocie 2.421,02 zł (520,00 CHF)

577. Jastrzębski Daniel w kwocie 15.841,97 EUR (67.277,68 zł)

578. Jastrzębowski Tomasz w kwocie 2.566,32 EUR (11.000,00 zł)

579. Jaros Agnieszka w kwocie 18.001,92 zł

580. Jarosz Wadim w kwocie 504,54 EUR

581. Jaworski Łukasz w kwocie 19.091,69 EUR (82.185,91 zł)·

582. Jedliński Marcin w kwocie 12.863,45 zł

583. Jeremin Robert w kwocie 6.000,00 zł

584. Jerzewska - Palmer Teresa w kwocie 10.000,00 USD

585. Jerzynowski Karol w kwocie 2.833,33 zł (610,00 CHF

586. Jewsicwiecki Bartosz w kwocie 1.700,00 EUR (7.279,17 zł)

587. Jewtuszenko Andrij w kwocie 1.310,37 zł (300,00 EUR)

588. Jeż Michał w kwocie 5.000,00 zł (1.145,00 EUR)

21

SBU LEGAL

589. Jędruszko Jacek w kwocie 48.852,93 zł

590. Jędrzejek Sebastian w kwocie 4.000,00 EUR (17.162,40 zł)

591. Jędrzejewicz Przemysław w kwocie 7.075,85 zł, 2.727,39 EUR, 455,75 CHF oraz 998,56 USD

592. Jędrzejczak Bartosz w kwocie 7.374,41 zł (1.583,00 CHF)

593. Jędrzejczyk Marcin 2.205,07 EUR

594. Jucha Piotr w kwocie 6.943,76 zł

595. JULEK-TRANS WYSZOGRODZKI/Wyszogrodzki Maciej w kwocie 11.000,00 EUR

596. Juchlke Jarosław w kwocie 11.568,60 zł

597. Junkert Hubert w kwocie 4.294,00 zł

598. Junghardt Tomasz w kwocie 493,71 EUR

599. Jurasz Krystian w kwocie 32.166,95 EUR oraz 1.285,73 USD

600. Jurczak Ryszard w kwocie 319,88 CHF oraz 1.000,00 zł

601. Jurczyk Mateusz w kwocie 12.000,00 USD (48.132,00 zł)

602. Jurkiewicz Wojciech w kwocie 10.370,98 zł

603. Jurdziński Tomasz w kwocie 779,20 zł oraz 1.996,00 USD

604. Jus Anna w kwocie 3.000,00 EUR (12.985,50 zi)

605. Justyński Rafał w kwocie 52.452,13 USD, 1.700,46 EUR, 25.118,79 zł

606. Juszkiewicz Arkadiusz w kwocie 20.987,28 EUR (89.934,69 zł)

607. Juszkiewicz Aleksandra w kwocie 440,00 GBP (2.253,00 zł)

608. Kachel Marek w kwocie 4.363,21 CHF (20.226,53 zł)

609. Kacprzak Tomasz w kwocie 43.300,00 USD (168.818,04 zł)

610. Kaczmarek Roman w kwocie 1.000,00 EUR (4.300,80 zł)

611. Kaczmarek Renata w kwocie 700,00 zł oraz 184,84 EUR

612. Kaczmarzyk Dagmara w kwocie 23.217,23 EUR oraz 7.146,80 zł (1.650,00 EUR)

613. Kaczorowska Olga w kwocie 10.000,00 EUR (43.025,00 zł)

614. Kaczyńska Anna w kwocie 1.847,78 zł (400,56 CHF)

615. Kahan Wojciech w kwocie 9.640,00 EUR (41.857,84 zł)

616. Kaługa Henryk w kwocie 910,04 zł

617. Kałuża Tomasz w kwocie 1.772,44 zł (405,00 EUR)

618. Kałużny Krzysztof w kwocie 4.451,92 USD

619. Kamecki Jerzy w kwocie 3 9.647,00 USD (162.3 86,18 zł)

22

SBU_LEGAL   EXG-PIORO-00154

620. Kamiński Andrzej w kwocie 2.000,00 EUR (8.640,00 zł)

621. Kamiński Piotr w kwocie 68.004,3 0 zł

622. Kamiński Paweł w kwocie 9.234,89 EUR (40.000,00 zł)

623. Kamiński Tomasz w kwocie 2.467,63 EUR, 1.984,64 USD oraz 840,22 zł

624. Kamińska Joanna w kwocie 771 ,Ó7 USD, 4.739,54 EUR, 93,7Z Zł

625. Kamińska Justyna w kwocie 300,00 EUR (1.300,26 zł)

626. Kamianowski Maciej w kwocie 4.3 55,30 zł (1.000,00 EUR)

627. Kamyszek Tomasz w kwocie 3.700,00 EUR (15.863,77 zł)

628. Kanak Kacper w kwocie 10.358,26 zł

629. Kania Piotr w kwocie 2.215,00 EUR (9.5 53,96 zł)

630. Kania Krzysztof w kwocie 15.727,19 zł

631. Kania Agnieszka w kwocie 1.000,00 EUR (4.337,30 zł)

632. Kanonik Piotr w kwocie 1.500,00 EUR (6.430,05 zł)

633. Kaleta Mariusz w kwocie 3.000,00 EUR (12.933,30)

634. Kalicki Jacek w kwocie 42.416,3 5 CZK oraz 1.473,69 EUR

635. Kalisz Paweł w kwocie 381,35 zł oraz 538,83 CHF

636. Kalinowski Zbigniew w kwocie 2.361,00 zł oraz 274.595,94 NOK

637. Kalinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

638. Kaługa Darek w kwocie 3.900,00 USD (15.3 02,43 zł)

639. Kasiewicz Alicja w kwocie 200,00 EUR (848,84 zł)

640. Kasicki Rafał Marian w kwocie 9.425,69 zł oraz 18.674,49 GBP

641. Kass Łukasz w kwocie 2.600,00 EUR (11.257,48 zł)

642. Karbownik Piotr w kwocie 337,65 zł oraz 7.685,00 EUR (32.802,65 zł)

643. Karcz Karolina w kwocie 10.221,22 zł

644. Karlińska Justyna w kwocie 950,00 EUR (4.079,78 zł)

645. Karnecka Viktoria w kwocie 27.200,00 EUR oraz 10,30 zł

646. Karolewicz Karol w kwocie 55.456,20 zł

647. Karoń Adam i Karoń Małgorzata Warsztat Szewski s.c. w kwocie 20.000,00 EUR

648. Karpowicz Agata w kwocie 21.366,80 zł i 5.000,00 EUR

649. Karpiński Adam Marek w kwocie 2.344,3 8 zł (503,42 CHF)

650. Karpiński Przemysław w kwocie 46.352,00 zł oraz 1.500,00 CHF

23

SBU - LEGAL    EXG-PIORO-00155

651. Karpiński Łukasz w kwocie 245,00 EUR oraz 3.065,75 zł

652. Kazanowski Tomasz w kwocie 200,00 EUR (860,04 zł)

653. Kazanowski Radosław w kwocie 217,40 CHF oraz 1.003,18 zł

654. Kaznowski Michał w kwocie 9.000700 zł

655. Kaziuk Tomasz w kwocie 687,46 zł oraz 400,00 EUR

656. Kącka Marzena w kwocie 1.308,78 zł (300,00 EUR)

657. Kielski Leszek w kwocie 50.000,00 zł (9.565,23 GBP)

658. Kiełtyka Piotr w kwocie 16.044,95 zł

659. Kiełtyka Maciej w kwocie 13.715,92 USD

660. Kiepura Sławomir w kwocie 1.200,00 zł, 2.816,3 7 GBP oraz 5.165,57 CHF

661. Kiermasch Piotr w kwocie 1.901,31 EUR, 1.677,25 zł, 1.872,90 USD

662. Kierkowski Sylwester w kwocie 9.000,00 GBP (46.854,00 zł)

663. Kiewicz Andrzej w kwocie 2.899,06 zł (620,00 CHF)

664. Kurzepa Leszek w kwocie 3.596,18 zł

665. Kurzok Sebastian w kwocie 177.360,41 zł

666. Kik Dawid w kwocie 28.500,00 EUR (123.313,80 zł)

667. Kiraga Michał w kwocie 5.153,43 zł

668. Kita Elżbieta w kwocie 49.340,75 zł

669. Kitowski Tomasz w kwocie 798,5 8 zł oraz 499,00 EUR

670. Kisala Daniel w kwocie 2.142,37 zł

671. Kisiel Dawid w kwocie 40.000,00 NOK (14.592,00 zł)

672. Kleczewski Łukasz w kwocie 12.662,08 zł

673. Kleinowska Monika w kwocie 721,14 zł

674. Klepacka Beata w kwocie 11.649,04 EUR (50.000,00 zł)

675. Klęsk Patryk w kwocie 3.987,81 zł

676. Knapczyk Sławomir w kwocie 3.962,71 zł

677. Knot Krzysztof w kwocie 734,29 GBP

678. Knyszko Krzysztof w kwocie 1.000,00 EUR ( 4.3 31,20 zł)

679. Kobiałka Łukasz w kwocie 3.500,00 EUR (15.199,10 zł)

680. Kobiałka Grzegorz w kwocie 36.802,18 EUR

681. Kobiałka Wioletta w kwocie 28.640,00 EUR

682. Kobierski Mariusz w kwocie 22.006,00 GBP

24

SBU - LEGAL

EXU-PIORO-00156

683. Kobryn - Bodanka Urszula w kwocie 1.000,00 EUR (4.299,50 zł)

684. Kobojek Angelika w kwocie 2.000,00 EUR (8.604,40 zł)

685. Kocik Marzena w kwocie 2.140,80 zł

686. Kociszewska Monika w kwocie 1.856,76 zł (400,00 CHF)

687. Kocoń Dominik w kwocie 525,16 zł (114,00 CHF)

688. Kocur Sławomir w kwocie 1.000,00 EUR

689. Kogut Ireneusz w kwocie 1.171,61 zł (231,78 CHŁ)

690. Kołaciak Daniel w kwocie 3.070,00 EUR

691. Kołakowski Grzegorz w kwocie 2.282,24 zł (496,00 CHF)

692. Kołodziej Marcin CAR SYSTEM w kwocie 16.117,52 EUR

693. Kołodziej Bartosz w kwocie 45.13 3,48 zł

694. Kołodziej Zbigniew w kwocie 17.173,29 CHF (77.448,00 zł)

695. Kołodziej ak Remigiusz w kwocie 12.814,62 zł

696. Kołodziejczak Tomasz w kwocie 2.93 5,65 zł oraz 10.400,00 EUR

697. Kołodziejczak Witold w kwocie 201.822,08 zł

698. Kołodziejczyk Jakub w kwocie 41.397,70 zł oraz 4.284,00 EUR

699. Kołodziejski Michał w kwocie 215.880,00 zł (50.000,00 EUR)

700. Kożuchowski Maciej w kwocie 6.565,05 zł (1.500,00 EUR)

701. Sopala Konrad w kwocie 9.500,00 EUR (40.801,55 zł)

702. Socha Justyna w kwocie 70.000,00 GBP

703. Solanko Grzegorz w kwocie 7.353,48 EUR (31.246,57 zł)

704. Szmagalski Konrad w kwocie 171,18 USD

705. MJS SP. Z O.O. SP. K./Szmurło Jarosław w kwocie 22.636,00 USD (88.923,26 zł)

706. Kopeć Paweł w kwocie 464,36 EUR (2.000,00 zł)

707. Koperczuk Damian w kwocie 1.600,00 EUR (6.8 8 8,00 zł)

708. Koperczuk Renata w kwocie 2.850,00 EUR (12.270,68 zł)

709. Koperda Tomasz w kwocie 16.368,90 zł

710. Koperwas Kamil w kwocie 25.748,50 zł oraz 2.575,33 GBP

711. Koralewski Rafał w kwocie 100.000,00 zł

712. Kordaczuk Sławomir w kwocie 5 86,67 CHF (2.734,70 zł)

713. Korotkiewicz Adrian w kwocie 17.114,20 zł

714. Korpal Piotr w kwocie 35.818,00 EUR (154.336,49 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 157 of 523
SBU - LEGAL    EXU-PIORO-00157

715. Korytowska Małgorzata w kwocie 26.000 CZK (4.3 06,31 zł)

716. Korus Tomasz w kwocie 6.852,03 zł (1.488,72 CHF).

717. Korzec-Frejowska Magdalena w kwocie 11.217,00 zł, 40.000,00 SEK (16.003,00 zł) - łącznie 27.220,00 zł

718. WGS Polska sp. z o.o. w kwocie 30.000,00 SEK (11 277,00 zł)

719. Korzeniewska Barbara w kwocie 130.367,22 zł

720. Kos Tomasz w kwocie 1.004,24 zł

721. Kosakiewicz Michał w kwocie 250,00 EUR (1.071,90 zł)

722. Kosior Paweł w kwocie 7.653,14 zł,

723. Kosiada Małgorzata w kwocie 10.118,02 EUR

724. Kosowski Jarosław w kwocie 18.522,70 zł

725. Kossakowski Janusz w kwocie 6.948,81 EUR

726. Kossowska Małgorzata w kwocie 5.915,93 zł (1.3 70,00 EUR)

727. Kostecki Marek w kwocie 17.262,21 zł oraz 2.367,20 EUR

728. Koszuta Robert w kwocie 211,54 EUR oraz 321,04 zł

729. Kotarski Bartłomiej w kwocie 1.300,00 EUR (5.635,76 zł)

730. Kotuła Grzegorz w kwocie 1.900,00 EUR (8.156,70 zł)

731. Kotulak Marcin Krzysztof w kwocie 11.063,52 zł

732. Kotulski Paweł w kwocie 17.000,00 USD

733. Kotulska Agnieszka w kwocie 4.713,78 EUR

734. Kowalczyk Sylwia w kwocie 12.950,00 USD (53.326,80 zł)

735. Kowalczyk Krystyna w kwocie 2.061,01 zł (446,29 CHF)

736. Kowalczyk Michał 2.53 7,29 zł (543,97 CHF)

737. Kowal Michał w kwocie 10.088,00 A

738. Kowol Andrzej w kwocie 5.116,24 zł

739. Kowalewska Izabela w kwocie 26.000,00 A

740. Kowalewska-Hope Anna w kwocie 200,00 GBP (1.024,96 zł)

741. Kowalska Beata w kwocie 1.800,00 EUR (7.773,84 zł)

742. Kowalska Magdalena w kwocie 1.500,00 EUR (6.480,45 zł)

743. Kowalska Mirela w kwocie 7.275,39 SEK, 100,68 GBP, 102.087,00 JPY

744. Kowalska Katarzyna w kwocie 40.000,00 NOK (14.504,00 zł)

745. Kowalski Paweł w kwocie 90.000,00 EUR (3 85.903,99 zł)

26

SBU_LEGAL    EXC-PKO-00158

746. Kowalski Janusz w kwocie 2.000,00 EUR, 3.992,99 USD, 7.693,03 zł
747. Kowalski Piotr w kwocie 950,02 zł oraz 2.790,93 GBP (3.311,22 EUR)
748. Kowalik Kazimierz w kwocie 269,40 zł oraz 821,07 EUR
749. Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł)
750. Koźlik Adrian w kwocie 4.726,47 zł
751. Krajewski Bogdan w kwocie 42.800,00 zł
752. Krajewska Agnieszka w kwocie 3.930,00 zł (850,46 CHF)
753. Krajza Mariusz w Kwocie 1.000,00 EUR (4.271,30 zł)
754. Kramarski Daniel w kwocie 44.875,54 zł
755. Kras Marek w kwocie 5.624,26 EUR (22.333,80 zł)
756. Krawczyk Rafał Mirosław w kwocie 5.000,00 EUR (21.429,00 zł)
757. Krawczyk Michał w kwocie 12.970,80 zł (3.000,00 EUR)
758. Krawczyk Wojciech w kwocie 42.23 0,00 zł
759. Kreczko Dariusz w kwocie 14.019,16 zł i 23.432,23 EUR
760. Kregiel Ezie w kwocie 90.000,00 zł (20.609,3 8 EUR)
761. Kremplewski Mariusz w kwocie 5.000,00 USD (19.797,00 zł)
762. Krogul Mieczysław w kwocie 32.000,00 zł
763. Krotosik Ewelina w kwocie 14.000,00 zł (3.232,62 EUR)
764. Krowicki Krzysztof w kwocie 2.509,02 zł (538,00 CHF)
765. Król-Dębek Marta w kwocie 202.016,80 zł i 303,32 EUR
766. Kruczek Jacek w kwocie 21.663,60 zł
767. Krupa Mariusz w kwocie 2.500,01 zł i 748,15 EUR
768. Krupa Beata w kwocie 1.000,00 EUR (4.3 00,00 zł)
769. Krzemień Agnieszka w kwocie 6.000,00 zł (1.3 91,76 EUR)
770. Krzemieniewska Monika w kwocie 2.000,00 EUR (8.632,20 zł)
771. Krzykwa Łukasz w kwocie 2.000,00 GBP (10.211,8 8 zł)
772. Krzysztoszek Marta w kwocie 4.867,60 USD (20.000,00 zł)
773. Krzywańska Patrycja (Stołowska) w kwocie 23.439,00 EUR (100.808,80 zł)
774. Krzywda Tomasz w kwocie 1.150,00 EUR (4.913,61 zł)
775. Krzyżanowski Dawid w kwocie 1.875,00 EUR (8.014,69 zł)
776. Krzyżowski Ireneusz w kwocie 1.470,3 6 zł
777. Krzyżowski Krzysztof w kwocie 30.000,00 NOK (10.827,00 zł)

27

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 159 of 523
SBU LEGAL   EXP PIORO-00153

778. Książek Teresa w kwocie 49.862,51 zł (11.550,00 EUR)

779. Książek Kamil w kwocie 4.500,00 EUR

780. Kuc Wiesław w kwocie 60.000,00 EUR (25.833,60 zł)

781. Kucfir Krzysztof w kwocie 1.500,00 EUR (6.441,00 zł)

782. Kucharski Artur w kwocie 1.666,00 EUR (7.136,64 zł)

783. Kucharski Arkadiusz w kwocie 1.460,85 USD

784. Kucharski Robert Tadeusz w kwocie 63.724,45 zł

785. Kuchta Michał w kwocie 11.233,44 zł (2.400,00 CHF)

786. Kuczek Piotr w kwocie 992,65 USD (3.878,88 zł)

787. Kuczyński Piotr w kwocie 15.414,30 zł

788. Kujawiak Marian w kwocie 490,00 EUR (2.126,40 zł)

789. Kukula Michał w kwocie 45.000,00 USD (179.095,50 zł)

790. Kulbacki Wojciech w kwocie 14.729,88 zł (3.610,00 USD)

791. Kulewicz Piotr w kwocie 17.170,76 zł

792. Kuleczka Piotr w kwocie 17.000,00 EUR (72.790,60 zł)

793. Kulika Mateusz w kwocie 34.733,60 zł

794. Kulka Marcin w kwocie 1.000,00 EUR (4.326,80 zł)

795. Kulikov Vladyslav w kwocie 2.600,00 zł

796. Kuligowski Adam w kwocie 2.160,55 zł

797. Kura Wojciech w kwocie 11.130,00 EUR (47.851,21 zł)

798. Kural Sebastian w kwocie 51.500,00 zł

799. Kurek Radosław w kwocie 2.554,34 zł oraz 898,96 EUR

800. Kurnik Piotr w kwocie 5.667,9

801. Kurzydło Kamil w kwocie 1.168,00 EUR (5.054,05 zł)

802. Midas sp. z o.o. w kwocie 6.086,22 EUR (26.351,51 zł)

803. Kwasiborski Krzysztof w kwocie 1.511,09 zł (350,00 EUR)

804. Kwaśniewska Katarzyna w kwocie 2.150,00 EUR (9.195,55 zł)

805. Kwiatek Kamil w kwocie 1.758,98 zł

806. Kwiatkowska - Kwarta Danuta w kwocie 2.000,00 EUR (8.637,80 zł)

807. Kwiatkowski Arkadiusz w kwocie 30.223,51 zł

808. Kwiatkowski Jakub w kwocie 6.500,00 zł (1.400,71 CHF)

809. Kwiecińska-Awieruk Sylwia w kwocie 10.171,88 CHF (47.114,50 zł)

28

810. Klimas Piotr Marek w kwocie 11.785,46 zł, 100,20 EUR

811. Klimko- Kardel Sylwia w kwocie 3.449,81 USD

812. Klimowicz Daniel w kwocie 1.294,66 zł

813. Klishevich Viktoryja w kwocie 193.707,50 zł oraz 10.000,00 EUR

814. Kyrcz Marta w kwocie 847,47 CHF

815. Lach Katarzyna w kwocie 17.430,99 CHF (80.254,00 A)

816. Lachiewicz Czesław w kwocie 7.944,00 zł i 21.887,00 EUR

817. Lalewicz Anna w kwocie 1.366,66 A (296,00 CHF)

818. Lampka Anna w kwocie 20.000,00 zł (4.616,93 EUR)

819. Langowski Adrian w Kwocie Z70.ouu,uu zi ęoz.7iz,z4 ŁUK)

820. Lankamer Marta w kwocie 1.750,02 EUR

821. Laszczyk Ireneusz w kwocie 6.880,00 USD

822. Natalia Langa LAN-WOOD HOUSE sp. z.o.o w kwocie 60.000,00 EUR (25 8.000,00 zł)

823. Nadolna Marta w kwocie 2.000,00 zł (434,53 CHF)

824. Nadolny Piotr w kwocie 3.290,00 GBP (16.980,00 zł)

825. Nazarewski Stefan w kwocie 25.005,00 zł (5.707,24 EUR)

826. Lech Mirosław w kwocie 1.800,00 CHF (8.190,18 zł)

827. Lebioda Adrian w kwocie 23,12 EUR, 1.895,00 zł, 1.001,46 USD

828. Legierska Daria w kwocie 2.600,00 zł, 6.000,00 EUR (25.820,00 zł) i 6. 562,00 EUR

829. Legat Radosław w kwocie 6.614,99 NOK

830. Leitgeber Adrian w kwocie 1.940,00 EUR (8.332,43 zł)

831. Leitermeier Aleksandra w kwocie 4.000,00 EUR (17.174,80 zł)

832. Lenarczyk Michał w kwocie 47.556,00 EUR (201.894,24 zł)

833. Leonowicz Lea w kwocie 1.284,48 zł

834. Lepich Marcin w kwocie 2.478,00 zł i 11.220,23 USD

835. Lesnal Marcin Mariusz w kwocie 1.500,00 EUR (6.422,85 zł)

836. Lesiak Sławomir w kwocie 2.865,00 EUR (12.180,55 zł)

837. Leszczyński Łukasz w kwocie 50,00 EUR (214,46 zł)

838. Leszczyński Marcin w kwocie 218,28 EUR, 150,00 zł, 23,73 GBP

839. Leśniak Wojciech w kwocie 42.831.24 zł i 9.990,00 EUR

840. Leśniak Adrian w kwocie 19.783,74 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 161 of 523

841. Leśniewski Michał w kwocie 2.850,43 TRY oraz 4.343,96 zł

842. Leśniewski Paweł w kwocie 40.000,00 USD

843. Lettly sp. z o.o. Jakub Orłowski w kwocie 90.000,00 EUR (3 87.162,00zł)

844. Lew Natalia w kwocie 21.530,03 zł

845. Lewko Marian w kwocie 5 5.000,00 SEK (20.641,5 0 zł)

846. Lewandowska Dorota w kwocie 1.871,07 zł (402,00 CHF)

847. Lewalski Karol w kwocie 13.565,94 zł

848. Lewandowska Marlena w kwocie 39,20 EUR

849. Linkiewicz Mateusz w kwocie 4.284,60 zł

850. Lievore Luca w kwocie 21.380,00 zł (5.005,38 EUR)

851. Lipecka Anna w kwocie 200,00 zł i 1.911,13 CHF

852. Lipka Jacek w kwocie 3.226,99 zł (740,00 EUR)

853. Lipiński Krzysztof w kwocie 19.170,10 zł

854. Lipiec Katarzyna w kwocie 1.300,00 EUR (5.541,72 zł)

855. Lipińska Ewa w kwocie 14.332,00 zł oraz 3.032,00 EUR

856. Lisiak Iwona w kwocie 2.658,70 zł (576,00 CHF)

857. Lisiecki Piotr w kwocie 42.117,17 zł

858. Lisowski Michał w kwocie 12.910,50 zł

859. Lisowski Piotr, Agata w kwocie 2.000,00 EUR

860. Lisowski Janusz Piotr w kwocie 2.267,00 EUR oraz 830,00 zł

861. Liwak - Marzec Katarzyna w kwocie 2.582,88 zł

862. Lubaś Krzysztof w kwocie 18.301,02 zł

863. Lubiński Piotr w kwocie 400,00 EUR (1.715,44 zł)

864. Lubojański Łukasz w kwocie 12.731,43 zł

865. Ludera Filip w kwocie 14.060,61 zł

866. Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł)

867. Lulek Grzegorz w kwocie 1.150,00 USD

868. Lusting Jarosław w kwocie 896,37 EUR

869. Skrok Lucjan w kwocie 15.000,00 EUR (64.662,00 zł)

870. Skrobała Dariusz w kwocie 10.000,00 zł (2.322,72 EUR)

871. Skrobek Marek w kwocie 7.000,00 zł (1.700,85 USD)

872. Łabaj Maciej Jan w kwocie 9.620,05 zł oraz 2.000,00 EUR

30

SBU - LEGAL    EXUPIORG-00162

873. Lach Maciej w kwocie 22.799,00 zł
874. Łachocka Paulina w kwocie 8.067,56 EUR
875. Łajdyk Krystian w kwocie 9.391,00 zł oraz 1.000,00 GBP
876. Łask Elżbieta w kwocie 1.077,28 zł (250,00 EUR)
877. Laskowski Jacek w kwocie 3.516,10 zł (760,00 CHF)
878. Laskowska Paulina w kwocie 25.500,00 USD (99.735,60 zł)
879. Łasisz Dominik w kwocie 2.380,95 zł (550,00 EUR)
880. Łata Marta w kwocie 155.858,57 zł
881. Łata Arkadiusz w kwocie 4.700,00 EUR (20.232,80 zł)
882. Łata Leszek w kwocie 2.000,00 EUR
883. Łazewski Bartosz w kwocie 30.000,00 zł
884. Łomacz Grzegorz w kwocie 1.582,04 EUR
885. Abble Łątka Sławomir w kwocie 57.000,00 EUR (246.148,00 zł)
886. Łukasik Aneta w kwocie 8.5 8 8,40 zł i 2.000,00 EUR
887. Łukasiuk Adam w kwocie 3.500,00 USD
888. Łuczków Patryk w kwocie 1.950,00 EUR (8.341,90 zł)
889. Maćko Sebastian w kwocie 3.277,13 USD (12.845,27 zł)
890. Madej Piotr w kwocie 109,12 EUR, 172,22 zł oraz 5.889,65 CHF
891. Madej Mirosław w kwocie 8.316,54 zł (1.800,00 CHF), 31.179,60 zł (6.000,00 GBP), 2.045,50 zł (500,00 USD),
892. Markot Aniela w kwocie 27.000,00 EUR (115.927,20 zł)
893. Madejski Tomasz w kwocie 537,74 EUR (2.324,54 zł)
894. Madejski Łukasz w kwocie 2.477,39 USD
895. Madrak Jerzy w kwocie 24.189,60 zł (6.000,00 USD)
896. Magnuszewski Łukasz w kwocie 24.3 53,31 zł
897. Maik Karolina w kwocie 2.788,57 zł
898. Maj Krzysztof w kwocie 10.000,00 GBP (51.456,00 zł)
899. Maj Rafał w kwocie 15.000,00 CHF (69.013,50 zł)
900. Majchrzyk Robert, Polkowski Łukasz rodzina w kwocie 2.3 52,00 zł
901. Majewski Wojciech w kwocie 19.000,00 USD oraz 43.452,70 zł
902. Majewski Hubert w kwocie 28.200,00 USD
903. Majka Dariusz w kwocie 8.670,80 zł

31

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 163 of 523
SBU - LEGAL    EX3-PIORO-00163

904. Majka Kamil w kwocie 3.500,00EUR (15.119,65 zł)

905. Majka Grzegorz w kwocie 40.511,01 zł

906. Majgier Aron w kwocie 19.671,50 zł

907. Majorek Michał w kwocie 1.000,00 EUR (4.294,10 zł)

908. Malatyński Jacek w kwocie 3.965,00 USD (15.769,99 zł)

909. Malinowska-Pacuła Hanna w kwocie 14.439,21 zł

910. Maliński Bartosz w kwocie 25.408,86 USD

911. Małek Aleksandra w kwocie 1.520,00 EUR (6.504,57 zł)

912. Małek Małgorzata w kwocie 2.090,45 EUR

913. Małecki Zbigniew w kwocie 1.700,00 EUR (7.274,74 zł)

914. Małż Mariusz w kwocie 14.469,76 zł

915. Marfiany Monika w kwocie 1.000,00 EUR (4.275,60 zł)

916. Rogowska Marcelina w kwocie 3.200,00 EUR (13.73 0,04 zł)

917. Marciniak Dawid w kwocie 80.000,00 zł oraz 96.114,98 EUR

918. Marcinkowska Iwona w kwocie 2.467,04 zł (53 0,00 CHF)

919. Marchewka Anna w kwocie 1.515,66 zł

920. Marchut Marta w kwocie 3.000,00 CHF (13.776,3 0 zł)

921. Marczak Mateusz w kwocie 325.000,00 zł

922. Marques Justyna w kwocie 5.000,00 EUR (21.627,50 zł)

923. Masalski Paweł w kwocie 10.000,00 zł i 320,00 EUR

924. Mastela Mateusz w kwocie 25.000,00 EUR (106.007,50 zł)

925. Muskus Marta w kwocie 1.279,00 EUR (5.546,00 zł)

926. Marszał Anna w kwocie 60.978,3 2 zł

927. Marina U. (bd) (marina.frontdev@gmail.com) w kwocie 2.515,00 EUR (10.765,45 zł)

928. Marszałek Józef w kwocie 615,00 EUR oraz 5.340,00 zł

929. Marszałkowski Cezary w kwocie 28.000,00 GBP

930. Matelska Weronika w kwocie 10.000,00 CHF (45.840,00 zł)

931. Mateja Piotr w kwocie 5.000,00 EUR oraz 21.300,50 zł

932. Matkowski Paweł w kwocie 700,00 EUR (3.003,70 zł)

933. Matuszelański Dariusz w kwocie 110.866,71 zł

934. Matyjaszczyk Sonia w kwocie 4.283,08 zł

32

SBU - LEGAL    EXG-PIORO-00154

935. MATODLEW RYSZARD ŚWIERCZ SP. JAWNA/Świercz Ryszard w kwocie 90.000,00 zł (21.058,05 EUR)

936. Maziarek Artur w kwocie 9.500 zł

937. Maziarz Monika w kwocie 1.320,00 EUR (5.643,53 zł)

938. Mazur Anna w kwocie 1.369,88 zł (293,00 CHF)

939. Mazur Dariusz (mail: dmazur.76@gmail.com, zam. Bydgoszcz) w kwocie 5.077,94 zł

940. Mazur Dariusz (mail: dareczekk@O2.pl, zam. Warszawa) w kwocie 2.404,57 zł (515,57 CHF)

941. Mazur Kacper Filip w kwocie 4.664,00 USD (18.202,55 zł)

942. Mazur Paweł w kwocie 4.3 50,00 zł (1.002,70 EUR)

943. Mazurkiewicz Agnieszka w kwocie 243,18 CHF oraz 113,30 zł

944. Medyński Paweł w kwocie 1.756,13 zł i 4U1,67 CHF

945. Mendyk Dominik w kwocie 2.150,00 EUR (9.276,39 zł)

946. Mendyk Konrad w kwocie 1.3 5 8,40 EUR

947. Mentel Marcin w kwocie 300,00 EUR (1.287,09 zł)

948. Merzouk Marino San Lorenzo w kwocie 10.000,00 EUR (43.347,00 zł)

949. MERC ANTE Sp. z o.o./ Rowiński Tymoteusz w kwocie 4.149,64 zł (16.169,45 zł)

950. MERPOL Sp. Jawna/ Kula Ryszard w kwocie 314,51 EUR

951. Metler Bartłomiej w kwocie 3.193,45 zł (686,72 CHF)

952. Michnik Artur w kwocie 3.567,46 zł i 470,95 CHF

953. Michna Piotr w kwocie 1.100,00 EUR

954. Miecznik Magdalena w kwocie 6.700,00 CHF (30.556,02 zł)

955. Mieczkowski Marcin w kwocie 902,82 zł (194,61 CHF)

956. Megger Adrian w kwocie 8.351,28 zł (1.800,00 CHF)

957. MILLGRAND sp. z o.o. w kwocie 472.481,45 zł

958. Mieleszko Paweł w kwocie 20.000,00 zł (4.597,70 EUR)

959. Mielcarek Adam w kwocie 1.083.436,48 NOK (408.347,21 zł) i 154.290,97 SEK (5 8.970,01 zł) - łącznie 467.317,22 zł

960. Mielozarek Tomasz w kwocie 19.922,18 TRY

961. Milanowski Paweł w kwocie 5.082,39 EUR, 7.559,00 USD, 85.080,80 zł

962. Milejski Łukasz w kwocie 627,01 CHF

33

SBU - LEGAL    EXGPIORO-00165

963. Milko Edyta w kwocie 7.000,00 USD oraz 30.000,00 zł

964. Mieszczanin Maria w kwocie 19.155,90 zł

965. Mieszkowski Arkadiusz w kwocie 11.000,00 EUR (47.565,10 zł)

966. Mieszkowski Damian w kwocie 934,69 EUR

967. Michalski Piotr w kwocie 26.691,22 USD (108.774,73 zł)

968. Michalczuk Marek w kwocie 5.700,00 EUR (2.43 7,21 zł)

969. Michalczyk Piotr w kwocie 49.500,00 zł (9.493,97 GBP)

970. Michalewicz Karolina w kwocie 1.350,00 EUR (5.780,43 zł)

971. Michałowicz Marek w kwocie 9.920,18 EUR

972. Michaś Tomasz w kwocie 71.000,00 zł

973. Michoń - Bres Yioletta w kwocie 301.85 zł oraz 7.659,10 EUR

974. Miklewska Klaudyna w kwocie 1.500,00 EUR (6.426,30 zł) - ustalić czy były 2 takie same transakcje

975. Misiak Anna w kwocie 30.000,00 zł (6.915,15 EUR)

976. Misiaszek Magdalena w kwocie 42.923,00 zł

977. Misiukanis Jarosław w kwocie 5.000,00 EUR (21.650,00 zł)

978. Miksa Kamil Łukasz w kwocie 23.534,00 zł

979. Mikszewicz Paula w kwocie 17.594,00 zł (4.111,17 EUR)

980. Mirkowska Małgorzata w kwocie 4.500,00 EUR

981. Miszewski Arkadiusz w kwocie 4.288,70 zł

982. Miszczak Kamil w kwocie 7.013,67 USD

983. Misztal Mirosław w kwocie 1.998,83 EUR

984. Moczydłowski Andrzej w kwocie 2.000,00 EUR (8.600,00 zł)

985. Modzielewski Marek w kwocie 40.000,00 zł (9.233,61 EUR)

986. Mojsa Mariusz w kwocie 1.990,00 GBP

987. Mommers Irena w kwocie 5.000,00 EUR (21.396,00 zł)

988. Montaż Partner/ Filarowska Barbara w kwocie 73.000,00 zł

989. Molak - Tomsia Martyna w kwocie 17.329,00 zł (4.000,00 EUR)

990. Molendowski Grzegorz w kwocie 18.400,00 zł

991. Mol Marian w kwocie 9.520,49 USD

992. Oryl Monika w kwocie 192.814,80 zł

993. Oryniak Piotr w kwocie 2.241,50 zł

34

994. Morawiak Borys w kwocie 1.700,00 EUR (7.313,06 zł)

995. Moraczewski Patryk w kwocie 1.800,00 EUR (7.785,36 zł)

996. Mordarska Julia w kwocie 500,00 EUR (2.141,45 zł)

997. Moritz Rafał Paweł w kwocie 20.154,60 zł

998. MOSTAL Piotr Jakubowski/Jakubowski Piotr Czesław w kwocie 21.100,00 EUR (89.685,55 zł)

999. Motylewicz Mirosław w kwocie 20.000,00 GBP (103.998,00 zł)

1000. Możdzierzewska Katarzyna w kwocie 473,81 EUR

1001. Mroczkowski Paweł w kwocie 8.909,91 zł

1002. Mroczek Jakub w kwocie 4.265,25 zł

1003. Mroczyńska Martyna w kwocie 100,00 EUR (424,19 zł)

1004. Mroszczak Marcin w kwocie 1.500,00 EUR (6.499,95 zł)

1005. Mrozek Damian w kwocie 61.457,45 zł oraz 4.161,23 EUR

1006. Mrozik Mateusz w kwocie 300.000,00 zł (69.709,08 EUR)

1007. Muca Piotr w kwocie 6.678,00 EUR (28.898,3 8 zł)

1008. Muchowski Marcin w kwocie 1.003,00 EUR (4.3 01,16 zł) oraz 429,00 zł

1009. Mucha Beata w kwocie 25.886,26 zł, 1.031,60 USD, 10.030,79 EUR

1010. Mulawa Emil w kwocie 6.584,04 zł

1011. Muller Rajmund w kwocie 89.000,00 zł

1012. Muntowski Piotr w kwocie 30.000,00 NOK (11.004,00 zł)

1013. Murawski Piotr w kwocie 66 000,00 zł

1014. Musielak-Ulaszewska Agnieszka w kwocie 70.73 7,94 CHF (324.927,65 zł)

1015. Muszyc Marcin w kwocie 1.811,16 zł, 3.300,00 USD, 1.900,00 EUR

1016. Muszyński Krzysztof w kwocie 791,02 EUR

1017. Mycka Ewa w kwocie 2.000,00 EUR (8.600,40 zł)

1018. Myna Jacek w kwocie 11.305,00 USD (46.996,02 zł)

1019. Mysłek Witold w kwocie 2.13 8,20 zł (500,00 EUR)

1020. Myśliński Marcin w kwocie 56.346,00 zł

1021. Myśliwa Anna w kwocie 41.180,60 zł

1022. Myśliwiec Isabella w kwocie 52.682,36 zł

1023. Myśliwiec Artur w kwocie 31.759,47 zł

1024. Napierała Marek w kwocie 10.113,22 zł

35

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 167 of 523

SBU_LEGAL

1025. Napora Łukasz w kwocie 61.009,51 zł, 7.000,00 USD

1026. Napora Paulina w kwocie 1.911,01 zł (410,00 CHF)

1027. Najman Dariusz w kwocie 20.33 8,42 zł

1028. Narejko Rafał w kwocie 10.000 EUR (42.817,50 zł) i 4.000 zł - łącznie 46.817,50 zł

1029. Nawrocka Natalia w kwocie 4.283,60 zł

1030. Natkowski Patryk w kwocie 5.577,22 zł oraz 17.3 57,40 EUR

1031. Timex Logistics sp. z o.o. reprezentowana przez Nessel Joannę w kwocie 38.746,80 zł

1032. TIMECAMP S.A./Rudnicki Kamil/Ciborski Kamil w kwocie 120.000,00 USD (470.340,00 zł)

1033. IMPOL sari w kwocie 959,07 EUR oraz 1.117,15 zł

1034 Neffe Alice w kwocie 3.000.00 EUR (12.738,00 zł)

1035. Nere Anna w kwocie 4.800,00 EUR oraz 2.855,82 zł

1036. Niedzielski Rafal w kwocie 253,92 EUR (1.086,30 zł)

1037. Niedziela Jacek w kwocie 259,40 EUR

1038. Niemiec Tomasz w kwocie 5.315,00 zł, 29,86 EUR

1039. Niemiec Henryk w kwocie 6.858,51 zł

1040. Niemiec Krystian w kwocie 1.004,40 EUR (4.348,45 zł)

1041. Niemirowski Mateusz w kwocie 1.200,00 EUR (5.086,32 zł)

1042. Niestój Anna w kwocie 5.642,29 zł

1043. Nieznalski Norbert w kwocie 400,00 GBP (2.053,40 zł)

1044. Nikiel Józef w kwocie 1.500,00 GBP (7.650,70 zł)

1045. Nikiel Marcin w kwocie 522,00 EUR

1046. Niklas Monika w kwocie 6.461,80 zł

1047. Niklewicz Nikodem w kwocie 560,00 zł, 1.320,73 EUR

1048. Nikliborc Marcin w kwocie 10.000,00 USD (39.676,00 zł)

1049. Niziołek Radosław w kwocie 2.697,95 zł (5 86,69 CHF)

1050. Nolka-Wiśniewski Karol w kwocie 150 EUR (641,37 zł)

1051. Nowak Kamil w kwocie 6.415,65 zł

1052. Nowak Mariusz w kwocie 14.388,13 zł

1053. Nowakowska Diana w kwocie 400,00 EUR

1054. Nowakowski Marek w kwocie 1.578,13 zł

1055. PCG ACADEMIA sp. z o.o. reprezentowana przez Nowak Łukasza w kwocie

36

SBU - LEGAL    EXU-PIORO-00168

101.600,00 CHF (468.564,09 zł)

1056. Nowicka Anna w kwocie 1.499,56 zł

1057. Nowicka Karolina w kwocie 34.926,80 zł (8.010,00 EUR)

1058. Nowicki Krzysztof w kwocie 3.500,00 zł (817,18 EUR)

1059. Nowicki Karol w kwocie 716,00 zł

1060. Nowicki Rafał w kwocie 24.18 8,85 zł

1061. Nowińska Małgorzata w kwocie 15.000,00 GBP (78.603,00 zł)

1062. Nowryta Dariusz w kwocie 5.138,00 zł

1063. Nyklarz Przemysław w kwocie 1.13 0,63 zł i 11,4 5 EUR

1064. JK Elektro Technic/ Jakub Koszorek w kwocie 120.352,40 zł

1065. Lorenc Michał/Lorenc Iga w kwocie 10.000,00 EUR (43.290,00 zł)

1066. Lorek Karolina w kwocie 6.000,00 GBP (31.021,80 zł)

1067. Obidziński Adam w kwocie 11.961,38 zł

1068. Ochijewicz Jacek w kwocie 497,90 zł oraz 3.300,00 EUR

1069. Ochocki Michał w kwocie 1.139,93 EUR

1070. Oczoś Agnieszka w kwocie 3 7.315,00 zł (7.182,75 GBP)

1071. Oczkowicz- Azouri Barbara w kwocie 82.818,72 zł

1072. Olender Paulina w kwocie 51.264,00 zł

1073. Oleksy Maciej w kwocie 19.921,68 zł (4.600,00 EUR)

1074. Olejniczak Michał w kwocie 197.725,91 zł oraz 368,18 EUR

1075. Olesiński Tomasz w kwocie 500,00 GBP (642,10 USD)

1076. Olesiak Marek w kwocie 34.190,00 zł

1077. Onyszkiewicz Piotr w kwocie 2.726,84 USD oraz 461,48 zł

1078. Opanowicz Ariel 11.031,00 zł

1079. Operchal Paweł w kwocie 7.900,00 zł oraz 1.345,92 EUR

1080. Ornowicz Agnieszka w kwocie 1.000,00 EUR (4.265,80 zł)

1081. Orłowicz Bartosz w kwocie 6.871,68 zł (1.600,00 EUR)

1082. Orłowicz-Grzymkowska Katarzyna w kwocie 16.991,3 5 EUR (73.117,18 zł)

1083. Osman Grzegorz w kwocie 3.122,80 zł (670,00 CHF)

1084. Osmolą Piotr w kwocie 66.919,90 zł oraz 6.718,39 USD

1085. Osowski Maciej w kwocie 5.687,55 zł

1086. Osowski Rafał w kwocie 8.000,00 EUR (34.412,80 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 169 of 523
SBU - LEGAL    EX3-PIORO-00163

1087. Ossowski Arkadiusz Piotr w kwocie 3.279,35 EUR

1088. Ossowski Paweł/Ossowska Katarzyna w kwocie 2.775,00 EUR (11.923,36 zł)

1089. Ossowski Zbigniew w kwocie 12.000,00 zł (2.574,44 CHF)

1090. Ostap Krzysztof w kwocie 3.000,00 EUR (12.904,80 zł)

1091. Ostrowski Oskar w kwocie 15.405,90 zł

1092. Osypiński Tomasz w kwocie 10.675,00 zł (2.500,00 EUR)

1093. Orthwein Ludwik w kwocie 1.200,28 CHF oraz 5.610,69 EUR (24.000,00 zł)

1094. Otten Karina w kwocie 5.106,36 zł

1095. Owczarczak Przemysław w kwocie 2.500,00 zł (540,12 CHF)

1096. Owczarek Daniel w kwocie 3 0 03 5,60 zł

1097. Owczarek Robert w kwocie 2.590.676,00 JPY

1098. Pabiasz Bartłomiej w kwocie 3.884,75 EUR (16.833,50 zł)

1099. Paczoski Krystian Jakub w kwocie 8.568,60 zł

1100. Pachla Paweł w kwocie 130.000,00 zł

1101. Pacholak Joanna w kwocie 41.698,84 EUR

1102. Pacuła Izabela w kwocie 6.166,51 zł (1.440,00 EUR)

1103. Pączka Przemysław w kwocie 545,93 USD

1104. Pajączkowski Emilian w kwocie 7.351,36 zł

1105. Pająk marek w kwocie 49.875,00 NOK

1106. Pajor Tomasz w kwocie 10.008,90 zł

1107. Ficiński Michał w kwocie 35.365,50 zł

1108. Ficek Ewa w kwocie 1.488,47 EUR (6.391,43 zł)

1109. Firma Handlowo-Usługowa „EmKaMa" Marcel Bestvater/Bestvater Marcel Patrick w kwocie 35.000,00 EUR (151.690,00 zł)

1110. Firma Handlowa ART. AGD Artur Trąbka w kwocie 333.704,25 zł (82.500,00 USD)

1111. Fijałkowski Tomasz w kwocie 4.126,93 zł

1112. Fiedoruk Marcin w kwocie 113.013,16 zł

1113. Fiedoruk Paula w kwocie 122.081,26 zł

1114. Fietz Tomasz w kwocie 350,00 GBP (1.778,75 zł)

1115. Fit Michał w kwocie 1.865,19 zł (43 3,00 EUR)

1116. PPH ELEGANT MAN Sp. J./Pakuła Dariusz reprezentowana przez Pakuła Dariusza w kwocie 85.902,00 zł

38

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 170 of 523
SBU - LEGAL    EXGFPIORO-00173

1117. PHU Sklep Narzędziowy TYTAN Przemysław Surel /Jarosław Surel w kwocie 7.455,82 USD oraz 3.464,12 EUR

1118. Skupska Natalia w kwocie 16.336,79 zł

1119. Skurat Bogiumił 2.087,70 zł (448,91 CHF)

1120. Pańka Piotr w kwocie 5.000,00 GBP (26.001,00 zł)

1121. Pańkowski Marcin w kwocie 5.522,14 zł, 1.353,74 EUR, 208,16 USD

1122. Palarczyk Wojciech w kwocie 998,84 EUR

1123. Paluch Filip w kwocie 17.090,40 zł, 1.300,00 EUR

1124. Paluchiewicz Grzegorz w kwocie 2.799,00 zł (602,00 CHF)

1125. Palusiński Michał w kwocie 3.144,48 zł (681,45 CHF)

1126. Palgont Michał Czaja w kwocie 67.496,16 zł

1127. Palmowski Robert w kwocie 100.000,00 zł

1128. PAKKAR Sp. z o.o./Kucz Paweł w kwocie 15.000,00 EUR

1129. Panas Anna w kwocie 1.170,67 zł

1130. raplicki Łukasz w kwocie 2.202,00 zł

1131. Paradyż Krzysztof w kwocie 5.163,84 zł

1132. Parczyńska Aneta w kwocie 378,54 EUR

1133. Par^anowicz Tomasz w kwocie 32.000,00 USD (128.3 5 5,20 zł)

1134. Parzybut Paweł/ Parzybut Beata w kwocie 13.800,00 zł (3.442,51 USD)

1135. Pasek Irena w kwocie 10.914,5 0 zł (2.500,00 EUR)

1136. Pasieczna - Dixit Aleksandra w kwocie 967,66 EUR oraz 1.647,28 zł

1137. Paśko Bartosz w kwocie 3.419,97 USD oraz 1.000,00 EUR

1138. Paszkiewicz Adam w kwocie 1.393,94 EUR (5.961,18 zł)

1139. Paszkot Daniel Jan w kwocie 1.200,00 EUR

1140. Paszkowski Norbert w kwocie 6.927,41 zł (1.600,00 EUR)

1141. Patallas Daniel w kwocie 27.462,06 zł

1142. Paterek Krystian w kwocie 264,00 CHF

1143. Pawelska Hanna Maria w kwocie 3.804,29 zł

1144. Pawlak Marlena w kwocie 141.075,21 zł

1145. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

1146. Pawlik Małgorzata w kwocie 5.890,00 EUR (25.250,43 zł)

1147. Pawlikowski Tomasz w kwocie 2.113,96 zł

39

SBU - LEGAL    EXT-PIORO-00174

1148. Pawłowska Justyna w kwocie 10.232,40 zł

1149. Pawłowski Krzysztof w kwocie 25.251,16 EUR

1150. Pawłowski Daniel w kwocie 2.513,70 zł

1151. Pawski Grzegorz Jan w kwocie 4.000,00 CHF

1152. Paziak Artur w kwocie 4.236,78 zł

1153. Perduta Marzena w kwocie 1.800,00 zł (411,78 EUR)

1154. Perzanowski Dariusz w kwocie 8.000,00 EUR (34.436,80 zł)

1155. Pec Monika w kwocie 496,65 CHF

1156. Pelc Krystian w kwocie 12.500,00 CHF

1157. Pełka Monika w kwocie 1.000,00 EUR (4.263,3 0 zł)

1158. Pełka Paweł w kwocie 866,00 zł

1159. Pępek Filip w kwocie 3.100,00 EUR (13.304,89 zł)

1160. Pędlowski Zbigniew w kwocie 3.207,98 zł (73 2,95 EUR)

1161. Petlak Grzegorz w kwocie 10.008,45 zł

1162. Pfeifer Tomasz w kwocie 2.500,00 zł (578,13 EUR)

1163. Piasecki Krzysztof w kwocie 3.000,00 CHF (13.727,79 zł)

1164. Piasecki Grzegorz w kwocie 102.000,00 NOK (36.911,23 zł)

1165. Piasecki Dariusz w kwocie 11.600,00 EUR oraz 5.045,00 zł

1166. Piątkowski Adam 200,11 GBP (1.000,00 zł)

1167. Piątkowski Grzegorz w kwocie 971,00 zł

1168. Piecha Piotr w kwocie 5.000,00 zł

1169. Piechota Piotr w kwocie 1.013,4 5 zł (2 50,00 USD)

1170. Piechota Adam w kwocie 8.564,00 zł oraz 150.000,00 SEK

1171. Pieczonka Grzegorz w kwocie 8 5.998,00 zł, 1.800,00 EUR

1172. Pieczyński Andrzej w kwocie 505,00 CHF

1173. Pieniądz Jarosław w kwocie 4.306,30 zł (1.000,00 EUR)

1174. Piekarski Bartosz w kwocie 2.597,00 EUR (11.107,89 zł)

1175. Pierchała Jarosław w kwocie 2.197,57 zł (551,42 USD)

1176. Piesyk Marcin w kwocie 103.65 5,43 zł

1177. Pieściński Adrian w kwocie 1.437,00 EUR (6.212,15 zł)

1178. Pietkiewicz Jerzy w kwocie 3.237,65 zł

1179. Pietrzak Tomasz w kwocie 7.525,32 USD (29.809,00 zł)

40

1180. Pietrzak Przemysław w kwocie 7.000,00 EUR (3 0.011,10 zł)

1181. Pietraszkiewicz Marta w kwocie 874,98 zł (188,57 CHF)

1182. Pietraszkiewicz Philip Thomas w kwocie 53 5.000,00 zł (200.705,5 5 AUD)

1183. Pietruszka Mateusz w kwocie 1.203,63 USD

1184. Piękoś Adrian Marcin w kwocie 3.034,78 zł

1185. Pięta Danuta w kwocie 2.700,00 CHF

1186. Pikuliński Kamil w kwocie 1.000,00 EUR (4.278,20 zł)

1187. Pikuła Jerzy w kwocie 3.967,80 GBP oraz 500,00 zł

1188. Piłat Agnieszka 2.000,00 USD

1189. Pisarczyk-Łyczywek Lucyna w kwocie 43.684,16 zł

1190. Pisarzak Marcin w kwocie 1.376,25 EUR

1191. Pisanko Elżbieta w kwocie 259,07 EUR

1192. Pióro Krystian w kwocie 8.249,91 EUR (8.900,00 USD)

1193. Piórko Mateusz Marcin w kwocie 4.000,00 EUR (17.3 3 9,3 5 zł)

1194. Piwnik Barbara w kwocie 8.915,34 zł

1195. Piwowarski Jarosław w kwocie 3.009,96 zł

1196. Piwowarczyk Tomasz w kwocie 17.696,00 EUR, 34,68 USD, 8 8,3 3 zł, 13.532,59 CHF

1197. Bogdan Łukaszewicz reprezentujący PLANTAGO w kwocie 3.463,23 zł

1198. Plaskota Daniel w kwocie 2.545,00 EUR (10.954,70 zł)

1199. Plewa Danuta w kwocie 1.000,00 EUR (4.314,40 zł)

1200. Plucik Jarosław w kwocie 4.800,00 USD, 12,16 zł, 43,00 EUR

1201. Płaczek Damian w kwocie 26.510,05 zł, 21.680,13 EUR

1202. Pławecka Katarzyna w kwocie 908,50 zł

1203. Płatek Kamil w kwocie 54.009,80 USD

1204. Ciuła Tomasz w kwocie 57.102,57 zł

1205. Ciuksza Tomasz w kwocie 1.000,00 EUR (4.283,62 zł)

1206. P.P.H.U. MARKON Marek Dworaczek w kwocie 360.873,00 zł (90.000,00 USD)

1207. Pociask Michał w kwocie 6.300,37 NOK (2.281,36 zł)

1208. Pocztarek Michał w kwocie 10.010,00 zł

1209. Podsiadło Przemysław i Kowal Radosław w kwocie 70.000,00 EUR (300.741,00 zł)

1210. Podsiadło Dariusz w kwocie 1.007,93 zł (250,00 USD)

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 173 of 523

SBU - LEGAL                    EX01-PIORO-00173

1211. Podgórski Adrian w kwocie 2.500,00 EUR (10.676,50 zł)

1212. Pogorzelski Paweł w kwocie 22.790,00 USD (89.298,06 zł)

1213. Pogorzelska Danuta w kwocie 500,00 EUR (2.132,45 zł)

1214. Popek Magdalena w kwocie 15.421,67 zł

1215. Popek Paweł w kwocie 43.330,00 zł (10.000,00 EUR)

1216. Popek Monika w kwocie 24.777,09 zł oraz 797.880,00 JPY

1217. Popiel Dariusz w kwocie 5.000,00 GBP (25.605,50 zł)

1218. Popielnicka Małgorzata w kwocie 4.000,00 zł

1219. Popko Wioletta w kwocie 500,00 EUR

1220. Popławska - Barlik Magdalena/Barlik Grzegorz w kwocie 1.438,64 zł (330,00 EUR)

1221. Popławski Stanisław w kwocie 11.099,13 NOK (4.012,34 zł)

1222. Porada Michał w kwocie 2.000.00 EUR (8.545,20 zł)

1223. Poteralski Artur w kwocie 7.3 80,00 EUR (32.066,10 zł)

1224. Potrząsaj Grzegorz w kwocie 12.000,00 EUR

1225. Potyrała Paweł w kwocie 395.290,53 A

1226. Pożarski Karol w kwocie 2.000,00 EUR (86.693,00 zł)

1227. Promiński Szymon w kwocie 24.365,5 5 zł

1228. Późniak Michał w kwocie 75.488,04 zł

1229. Proksa Anna w kwocie 457,12 EUR

1230. Prosniewski Michał w kwocie 23 5,10 GBP (1.200,00 zł)

1231. Proste Cło Sp. z o.o./Karol Przeździecki w kwocie 40.000,00 EUR

1232. Próchniewicz Marlena w kwocie 2.358,27 zł (510,16 CHF)

1233. Przeperski Krzysztof w kwocie 16.993,90 zł

1234. Perski Marek w kwocie 8.000,00 zł oraz 285,00 CHF

1235. Przybut Paweł i Beata w kwocie 13.800,00 zł

1236. Przybylski Marcin w kwocie 1.794,32 zł, 31 USD, 313 CHF

1237. Przybylski Artur w kwocie 5.100,00 zł

1238. Przyby sławski Piotr w kwocie 2.250,00 USD (8.806,50 zł)

1239. Przybysławski Daniel w kwocie 838,77 NZD

1240. Ptak Dawid reprezentujący ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD w kwocie 686.160,00 zł

1241. Ptok Daniel w kwocie 1.396,45 EUR

42

1242. Puacz Aleksandra i Puacz Piotr w kwocie 216.3 80,00 zł

1243. Pukocz Aleksander 164.497,24 zł

1244. Pul win Tomasz w kwocie 106.2 00,00 zł

1245. Puławski Mateusz w kwocie 75.960,00 zł

1246. Usługi Transportowe Mateusz Puławski sp. z o.o. reprezentowana przez Puławskiego Mateusza w kwocie 40.000,00 EUR (172.160,00 zł)

1247. Ułanowski Dominik w kwocie 18.000,00 EUR

1248. Puzio Marcin w kwocie 24.744,16 zł

1249. P.P.H.U. RAL Anna Różańska w kwocie 129.041,60 zł (32.000,00 USD)

1250. Pustelnik Kamil w kwocie 5.500,00 USD

1251. Pyka Marcin w kwocie 14.000,00 EUR (60.165,00 zł)

1252. Pyka Michał w kwocie 1.577,00 CHF

1253. Pysz Halina w kwocie 13.666,28 USD oraz 10.3 92,42 EUR

1254. Radziejewska-Kapłon Bożena w kwocie 16.803,49 zł

1255. Radke Bartosz w kwocie ok. 100,00 zł

1256. Radosiuk Jarosław w kwocie 5.059,96 USD

1257. Radzimski Paweł w kwocie 3.000,00 zł

1258. Rafińska Angelika w kwocie 200,00 EUR (857,72 zł)

1259. Rajchel Paweł w kwocie 1.900,00 EUR (8.148,53 zł)

1260. Rajtor-Szot Elżbieta w kwocie 8.5 74,80 zł

1261. Rakwał Dariusz w kwocie 1.3 00,00 EUR (5.560,62 zł)

1262. Rasała Marek w kwocie 196.315,00 zł

1263. Raszka Dominik w kwocie 5.000,00 zł oraz 3.852,51 EUR

1264. Rawski Rafał w kwocie 566,25 EUR oraz 1.578,95 zł

1265. Rawska-Kąca Anna w kwocie 17.230,14 zł

1266. Rescruitivia Sp. z o.o. w kwocie 13.994,80 EUR (59.968,40 zł)

1267. Reszkowski Wojciech w kwocie 2.368,01 USD oraz 2.422,35 zł

1268. Rejmuza Dawid w kwocie 555,83 EUR

1269. Rejnhard Mariusz w kwocie 11.821,79 zł

1270. Rynarzewski Bartosz w kwocie 500,00 GBP (597,00 EUR)

1271. Cezary Kąca w kwocie 15.000,00 zł

1272. Cyran Grzegorz w kwocie 4.174,27 zł oraz 9.000,00 EUR

43

SBU - LEGAL    EXP-PIORO-00175

1273. Rębacz Daniel w kwocie 409,39 EUR (1.749,57 zł)

1274. Rękas Michał w kwocie 1.000,00 EUR (4.302,20 zł)

1275. Rękorajski Jerzy/ Rękorajska Dorota w kwocie 1.500,00 EUR (6.435,60 zł)

1276. Ręgiel Agnieszka w kwocie 2.100,00 zł

1277. Roksztajn Robert w kwocie 32.300,00 USD (133.046,93 zł) oraz 25.120,00 EUR (108.792,21 zł)

1278. Rogalewski Rafał w kwocie 3 5.000,00 DKK (20.111,00 zł)

1279. Rogala Marek w kwocie 1.988,60 zł (500,00 USD) oraz 4.607,05 zł (991,36 CHF)

1280. Rogowski Marek w kwocie 1.83 8,63 zł

1281. Rogowski Dawid w kwocie 4.274,00 zł

1282. Rogoziński Michał w kwocie 7.333,39 EUR

1283. Rogoża Jadwiga w kwocie 7.959,81 zł

1284. Rozdolski Eryk w kwocie 14.927,50 zł

1285. Rozmiarek Mariusz w kwocie 51.000,00 EUR (218.361,60 zł)

1286. Rozpirski Rafał w kwocie 27.776,03 zł, 1.136,85 CHF, 292,68 GBP, 166,48 EUR, 1.012,43 USD

1287. Róg Michał w kwocie 47.424,00 zł

1288. Premium Storę Sp. z o.o./Rataj czyk Izabela w kwocie 43.564,00 zł (10.000,00 EUR)

1289. Praźmowski Jacek w kwocie 230,74 EUR oraz 818,04 CHF

1290. Pres Marlena w kwocie 2.937,44 zł (630,00 CHF)

1291. Rachubiński Rafał w kwocie 211,90 zł

1292. Ratajczak Marcin w kwocie 256,75 A, 933,95 USD, 886,63 EUR

1293. Rataj Damian w kwocie 2.000,00 GBP (10.254,05 zł)

1294. Ratajczyk Dariusz w kwocie 2.923,17 zł

1295. Rączka Anna w kwocie 10.834,25 zł (2.500,00 EUR)

1296. Rechlicki Arkadiusz w kwocie 120.016,40 zł

1297. Remer Mariusz Adam w kwocie 11.591,97 zł

1298. Rorat Natalia w kwocie 1.100,00 EUR

1299. Rucińska Joanna w kwocie 3 20,00 CHF

1300. Ruczyński Tomasz w kwocie 36.050,00 zł

1301. Rudek Maciej w kwocie 3.252,80 zł (800,00 USD)

1302. Rudnicki Radosław w kwocie 3.729,06 zł

44

SBU - LEGAL    EXU-PIORO-00176

1303. Rudy Dominik w kwocie 3.000,00 EUR (12.82 5,00 zł)

1304. Ruman Józef w kwocie 32.400,00 USD

1305. Rumiantsava Daria w kwocie 2.400,00 A

1306. Rumiński Marcin w kwocie 10.715,97 zł

1307. Rusak Robert w kwocie 1.665,91 EUR

1308. Rusak Dorota w kwocie 2.333,24 EUR

1309. Rusiecki Piotr wkwocie 38.973,58 USD (158.388,63 zł)

1310. Rusoł Maciej w kwocie 11.636,68 zł

1311. Russak Michał w kwocie 6.445,70 zł (1.400,00 CHF)

1312. Ruszaj Jarosław w kwocie 83,26 zł, 327,13 CHF

1313. Ruszczyk Krzysztof w kwocie 6.000,00 EUR (25.901,40 zł)

1314. Rutkowska Katarzyna w kwocie 350,00 EUR (1.493,59 zł), 7.404,83 zł

1315. Rutkowska - Piątek Marta w kwocie 2.000,00 A (427,98 CHF)

1316. RPCG Jarosław Rutkowski Spółka komandytowo- aukcyjna w kwocie 90.812,40 zł

1317. Rudko Monika w kwocie 200.000,00 SEK (75.240,00 zł)

1318. Rybak Paweł w kwocie 1.431,06 zł

1319. Rybak Sławomir w kwocie 2.407,00 zł oraz 100,00 USD

1320. Rybarczyk Szymon w kwocie 13.352,27 zł

1321. Rybicki Przemysław w kwocie 4.3 66,70 zł (1.000,00 EUR)

1322. Rybka Jolanta w kwocie 28.108,77 zł

1323. Rychter Rafał w kwocie 1.300,00 EUR (5.570,50 zł)

1324. Rzepecki Aleksander w kwocie 15.000,00 USD (60.105,00 zł)

1325. Rzepecki Przemysław w kwocie 7.500,00 EUR

1326. Sabina Pipa w kwocie 429.340,00 zł

1327. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz w kwocie 128.220,00 zł (30.000,00 EUR)

1328. Sadowski Wiesław w kwocie 19.250,00 zł oraz 37.167,57 USD

1329. Sadza Wiktoria w kwocie 45,36 zł, 360,48 GBP, 20,15 EUR, 741,00 USD

1330. Sagraj Darius w kwocie 1.015,78 EUR

1331. Sajdak Łukasz w kwocie 3 3.470,09 zł,

1332. Salamon Mateusz w kwocie 15.099,13 zł

1333. Salawa Lucyna w kwocie 27.155,29 NOK (9.982,28 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 177 of 523
SBU - LEGAL    EXUPIORO-00177

1334. SALBIS Jesiołowski Wojciech w kwocie 9.000,00 EUR (38.382,15 zł)

1335. Sartanowicz Anna w kwocie 21.525,00 zł

1336. Sarnowski Marcin w kwocie 500,84 zł

1337. Sawczuk Tomasz w kwocie 4.000,00 zł

1338. Sawicki Bartłomiej w kwocie 5.206,52 zł

1339. Sawicki Karol w kwocie 697,94 zł

1340. Szczesiul Sandra Arieta w kwocie 2.000,00 EUR (8.502,20 zł)

1341. Sąsiadek Michał w kwocie 2.133,85 zł

1342. Semegin Anna w kwocie 300,00 zł oraz 163,48 EUR

1343. Sentsiuk Tetiana w kwocie 37.137,01 zł

1344. Sejud Sebastian w kwocie 31.979,04 EUR oraz 7.100,00 USD

1345. Sędzicki Marcin w kwocie 6.002,29 USD

1346. Szymor Radosław w kwocie 2.000,00 EUR (8.554,00 zł)

1347. Szywalska Sandra w kwocie 500,00 EUR (2.136,45 zł)

1348. Nowik Sergiusz w kwocie 9.116,20 zł, 5.100,00 EUR

1349. Sławski Cezary w kwocie 4.880,00 EUR

1350. Siadura Milena w kwocie 8.395,82 USD

1351. Siarkiewicz Bartosz w kwocie 480,00 GBP (2.452,99 zł)

1352. Siatkowski Gracjan w kwocie 36.272,34 zł

1353. Sibera Przemysław w kwocie 7.202,81 zł

1354. Sieńko Michał w kwocie 9.224,33 zł

1355. Sienkiewicz Olgierd w kwocie 300,00 EUR (1.300,50 zł)

1356. Siemieńczuk Tomasz w kwocie 4.555,00 EUR (19.545,05 zł)

1357. Siemińska Karolina w kwocie 15.159,55 USD (60.000,00 zł)

1358. Sieradzka Martyna w kwocie 4.314,50 zł

1359. Sieradzka Beata w kwocie 380,00 CHF oraz 28,06 zł

1360. Sieradzki Łukasz w kwocie 4.275,00 zł (1.000,00 EUR)

1361. Sierański Kamil w kwocie 11.181,00 zł

13 62. Sierechan Grzegorz w kwocie 7.892,00 zł (1.710,00 CHF)

1363. Sikorski Michał w kwocie 51.705,00 zł

1364. Sikorski Dariusz w kwocie 1.955,61 EUR

1365. Sinica Andrzej w kwocie 1.940,90 zł (419,12 CHF)

46

SBU - LEGAL    EXT-PIORO-00173

1366. Sitarski Grzegorz w kwocie 460,94 EUR oraz 6.983,64 zł

1367. Siwecki Daniel w kwocie 1.726,35 zł (371,00 CHF)

1368. Siwko Ewa w kwocie 1.070,22 zł,

1369. Siwowski Wojciech w kwocie 563.260,00 zł

1370. Skalski Dawid w kwocie 17.3 84,3 3 zł

1371. Skoczylas Kamil w kwocie 4.279,80 zł

1372. Skornko Piotr w kwocie 2.295,21 zł

1373. Skowron Krzysztof wkwocie 4.000,00 EUR (17.390,00 zł)

1374. Skrzypek Andrzej w kwocie 2.250,00 USD (8.949,83 zł)

1375. Skrzypczak Radosław w kwocie 30.009,70 zł

1376. Skrzypiec Anna w kwocie 8.494,00 zł

1377. Śliwiński Przemysław w kwocie 11.301,07 zł (2.456,00 CHF)

1378. Slawnikowski Tomasz w kwocie 50.000,00 EUR

1379. SłomKowsKi Michał w Kwocie iz.»/»,07 zł

1380. Słowik Łukasz w kwocie 19.368,50 zł

1381. Słowik Krzysztof w kwocie 6.013,92 zł

1382. Słowikowska Joanna w kwocie 80.198,00 USD

1383. Smarzynska Kamila w kwocie 5.000,00 EUR (21.503,50 zł)

1384. Smith Martyna w kwocie 3 0.041,20 zł

1385. Smolarczyk Marcin i Smolarczyk Zofia w kwocie 5.000,00 EUR (21.403,00 zł)

1386. Smolarek Bożena/ Smolarek Bartosz w kwocie 1.800,00 EUR (7.796,92 zł),
1.087,74 zł oraz 388,50 EUR

1387. Smolarski Marcin w kwocie 120,00 RUB (3,60 zł)

1388. Smoliński Andrzej w kwocie 5.285,81 zł oraz 439,86 EUR

1389. Smoszna Jolanta w kwocie 659,53 EUR

1390. Smoter Dariusz w kwocie 850,00 GBP oraz 1.928,73 EUR

1391. Smutek Lucyna w kwocie 9.218,80 zł

1392. Śnieżek Bartosz w kwocie 25.000,00 EUR (108.3 02,50 zł)

1393. Sobanda Czesław w kwocie 5.202,00 zł, 9.975,00 GBP

1394. Sobaszek Paweł w kwocie 3.000,00 GBP (15.534,40 zł)

1395. Sobieszak Marcin w kwocie 4.330,70 zł

1396. Sobczak Michał w kwocie 1.900,00 EUR (8.223,5 8 zł)

47

SBU_LEGAL

1397. Sobczyk Jacek w kwocie 75.397,50 GBP

1398. Sobczyk Sławomir w kwocie 100.000,00 zł

1399. Sobolewska Magdalena i Marek Sobolewski w kwocie 17.376,87 USD (15.700,00 EUR), 136,22 USD (530,24 zł),

1400. Sokołowska Karolina w kwocie 11.813,72 zł

1401. Sokół Walter w kwocie 6.033,44 zł

1402. Solarczyk Agnieszka w kwocie 2.100,00 zł

1403. Solecki Mateusz w kwocie 5.000,00 GBP (26.213,00 zł)

1404. Solicki Maciej w kwocie 501,74 CHF

1405. Sosnowski Robert w kwocie 9.000,00 zł

1406. Sowa Rafał w kwocie 36.601,21 zł

1407. Sowa Magdalena w kwocie 2.500,00 EUR oraz 3.074,78 zł

1408. Sowińska Urszula w kwocie 800.000,00 JPY, 3.000,00 EUR, 11,00 zł

1409. Sorys Konrad w kwocie 9.197,00 NOK (3.321,04 zł), oraz 481,00 zł

1410. Sozwa Adrian w kwocie 10.000,00 USD (40.636,00 zł)

1411. Spadło Renata w kwocie 14.202,57 zł

1412. Srebrny Paweł w kwocie 15.560,38 zł oraz 100,00 USD

1413. Srebrowska Urszula w kwocie 5.480,42 zł

1414. Stankiewicz Wiesława w kwocie 1.000,00 EUR (4.347,50 zł)

1415. Stanowicka Aleksandra w kwocie 2.783,64 zł (600,00 CHF)

1416. Starkiewicz Michał w kwocie 5.000,00 EUR (21.525,00 zł)

1417. Starosta Marcin w kwocie 9.376,75 zł

1418. Starosta Anna w kwocie 48.805,00 EUR

1419. Staroń Agnieszka 3.653,00 GBP

1420. STARMAX Marek Starczewski w kwocie 50.000,00 EUR (215.627,50 zł)

1421. Stawarz Paweł 370,00 EUR (1.567,84 zł)

1422. Stawiak Marcin w kwocie 2.500,00 EUR (10.788,75 zł)

1423. Stawicki Marek reprezentujący STAWICKI MAREK F.H. MM STAWICCY w kwocie 5.000,00 zł

1424. Stawicki Marcin w kwocie 1.312,55 zł (281,50 CHF)

1425. Stawikowski Michał w kwocie 19.376,34 USD (78.710,57 zł)

1426. Stawowiak Dawid w kwocie 15.412,27 zł, 2.500,00 EUR, 2.000,00 USD

48

SBU - LEGAL
EXT-PIORO-00180

1427. Stawowiak Dominika w kwocie 31.163,25 zł (7.500,00 USD)

1428. Stąporek Kamil w kwocie 1.500,00 EUR (6.435,15 zł)

1429. Steczkowski Piotr w kwocie 135.047,20 zł (31.000,00 EUR)

1430. Stencel Robert w kwocie 11.340,00 zł

1431. Stefaniszyn Jacek w kwocie 31.000,00 EUR (132.456,80 zł)

1432. Stefańska Joanna w kwocie 7.888,77 zł

1433. Stefański Albert w kwocie 5.694,00 EUR (24.420,43 zł)

1434. Stefański Piotr w kwocie 2.142,15 zł (500,00 EUR)

1435. Stefański Daniel w kwocie 786,54 zł (170,00 CHF)

1436. Stepokura Kacper Paweł w kwocie 34.827,50 zł

1437. Stępień Ryszard w kwocie 130,87 zł, 1.049,09 EUR

1438. Stępniak Łukasz w kwocie 3.665,20 zł

1439. Stęplewska Dorota w kwocie 34.198,38 zł

1440. Stężycki Artur w kwocie 50.000,00 zł

1441. Stoksik Bogumił w kwocie 97.650,37 zł

1442. Storożuk Jacek w kwocie 1.202,44 ŁUK

1443. STOKER Marzoch Marek w kwocie 1.783,53 zł

1444. Strączewski Emilian w kwocie 652.290,00 zł

1445. Stróżycka Anna w kwocie 1.500,00 EUR (6.395,85 zł)

1446. Struciński Przemysław w kwocie 10.000,00 EUR (43.405,00 zł)

1447. Struglik Jerzu w kwocie 1.000,00 GBP

1448. Strychalska Katarzyna w kwocie 2.723,00 zł

1449. Strzecka - Wilusz Klaudia w kwocie 1.170,00 GBP (6.107,52 zł)

1450. Strzelecki Michał reprezentujący MICHUMEDIA Michał Strzelecki w kwocie 7.207,75 zł, 2.826,56 EUR

1451. Strzelecka Małgorzata w kwocie 3.514,12 EUR

1452. Stanisławski Radosław w kwocie 8.575,40 zł

1453. Stanisz Paweł w kwocie 806,21 zł

1454. Sudoł Piotr w kwocie 3.289,78 EUR (14.095,06 zł)

1455. Sufin Jacquemart Ewa w kwocie 300,00 EUR (1.283,22 zł)

1456. Sukiennik Grzegorz w kwocie 500,00 GBP (2.581,85 zł)

1457. Sułek Paulina w kwocie 1.760,00 GBP (8.992,46 zł)

49

1458. Suliński Piotr Stanisław w kwocie 40.000,00 EUR

1459. Surmacz Łukasz w kwocie 10.090,00 EUR oraz 20.000,00 USD

1460. Suś Paweł w kwocie 5.161,56 zł

1461. Suszczyński Sławomir w kwocie 1.000,00 EUR (4.309,20 zł)

1462. Suszko Tomasz w kwocie 5.500,00 EUR oraz 432,08 zł

1463. Szczepański Jakub w kwocie 65.817,93 zł

1464. Szczerbicka Izoida w kwocie 3.43 3,00 zł

1465. Szczęsny Paweł 500,00 EUR

1466. Sebza Kamil/ Szczęch - Sebza Magdalena w kwocie 32.000,00 USD

1467. JANUSZ CIEŚLIK SKLEP ROLNO-PRZEMYSŁOWY/Cieślik Jolanta w kwocie 39.380,00 EUR (168.581,84 zł)

1468. Serafin Marcin w kwocie 100.000,00 USD oraz 94,45 EUR

1469. Szczodrowski Patryk w kwocie 11.472,00 EUR (49.334,19 zł)

1470. Szczotka Ireneusz w kwocie 11.217,01 zł; 10.918,46 USD

1471. Szczygłowski Piotr w kwocie 42.786,00 NOK (15.471,42 zł)

1472. Szeliga Krzysztof w kwocie 2.000,00 EUR (8.604,80 zł)

1473. Szewczyk Albert w kwocie 312,58 GBP oraz 39.524,64 zł

1474. Szewczyk Łukasz w kwocie 1.716,45 zł

1475. Szędzioł Rafał w kwocie 5 00,00 EUR (2.167,65 zł)

1476. Szkodowski Piotr w kwocie 100.925,66 zł

1477. Szlacht Robert w kwocie 1.5 00,00 EUR

1478. Szlachta Agnieszka w kwocie 228,79 EUR (1.000,00 zł)

1479. Szlajter Marta w kwocie 400,00 EUR (1.706,96 zł)

1480. Szofer Magdalena w kwocie 5.109,3 3 zł

1481. Szostak Stanisław w kwocie 21.482,00 zł

1482. Szot Emil w kwocie 4.299,00 zł

1483. Szóstakiewicz Anna w kwocie 288,25 EUR

1484. Szpilka Dariusz Piotr w kwocie 50.000,00 zł

1485. Szpaczyński Grzegorz w kwocie 13.058,41 zł

1486. Szponder Monika w kwocie 8.000,00 EUR (34.597,60 zł)

1487. Sztemberg Aneta w kwocie 7.000,00 EUR (3.033,80 zł)

1488. Szybiński Józef w kwocie 17.280,44 zł

50

SBU - LEGAL    EXG-PIORO-001782

1489. Szydłowski Łukasz w kwocie 2.000,00 EUR (8.666,40 zł)

1490. Szymaniec Dariusz w kwocie 6.990,47 zł

1491. Szymaniak Jerzy w kwocie 415.847,11 zł

1492. Szymański Łukasz w kwocie 4.567,97 zł oraz 2.429,41 EUR

1493. Szymański Dominik w kwocie 2.000,00 EUR (8.571,80 zł)

1494. Szymański Rafał w kwocie 1.139,81 zł (245,00 CHF)

1495. Szymański Grzegorz w kwocie 46.599,64 USD

1496. Szymański Dariusz w kwocie 25.116,86 NOK oraz 651,15 zł

1497. Szyłko Dariusz w kwocie 2.098,54 zł oraz 1.086,59 EUR

1498. Śliż Piotr w kwocie 3.000,00 EUR (12.972,30 zł)

1499. Ślązak Dawid wkwocie 43.626,12 zł (10.000,00 EUR)

1500. Ślązak-Niedbalska Izabela w kwocie 55.224,03 zł oraz 1.263,90 EUR

1501. Śmieszek Aneta w kwocie 17.141,20 zł

1502. Śpiewak Anna w kwocie 1.000,00 EUR (4.23 2,00 zł)

1503. Świadek Monika w kwocie 5.008,63 zł

1504. Świątkowska Magdalena w kwocie 4.267,56 zł

1505. Świętochowski Karol w kwocie 2.300,00 EUR (9.957,62 zł)

1506. Świechowicz Jarosław w Kwocie 150.000,00 zł

1507. Świeczkowski Leszek w kwocie 19.500,00 EUR (83.949,45 zł)

1508. Świederczuk Igor w kwocie 4.125,46 zł

1509. Świerk Aleksandra w kwocie 10.000,00 EUR (42.804,00 zł)

1510. Świerszcz Joanna Dominika w kwocie 2.014,03 zł (465,78 EUR)

1511. Świderski Rafał w kwocie 17.841,08 EUR

1512. Świniarska Ewa w kwocie 749,20 zł

1513. Śwircz Maksymilian w kwocie 47.077,80 zł

1514. Tabor Piotr w kwocie 34.524,66 zł

1515. Tamborski Tomasz w kwocie 10.000,00 zł, 423,19 EUR

1516. Tama Paweł w kwocie 1.980,00 EUR 8.480,14 zł

1517. Tarkiewicz Lucyna w kwocie 2.000,00 EUR (8.5 86,60 zł)

1518. Tarłowski Damian w kwocie 37.000,00 NOK (3.080,12 EUR) oraz 25.000,00 NOK (9.015,00 zł)

1519. Tąder Konrad w kwocie 4.700,00 EUR (19.983,46 zł)

51

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 183 of 523

1520. Tenscher-Teper Iwona w kwocie 281.543,00 zł

1521. Tendelska Agata w kwocie 3.500,00 zł (862,96 USD)

1522. Teodorczyk Artur w kwocie 45.100,00 USD (176.955,98 zł)

1523. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j reprezentowana przez Termanowskiego Marka w kwocie 56.000,01 zł

1524. TDJKZ LIMITED z siedzibą w Anglii / Damian Puczyński w kwocie 85.608,54 GBP, 63.001,00 zł (12.356,57 GBP), 13.991,00 EUR(11.770,82 GBP)

1525. Turowski Michał w kwocie 70.100,00 EUR (29.687,00 zł)

1526. Markowski Dariusz w kwocie 2.497,25 zł

1527. Markus Magdalena 10.000,00 GBP (52.088,00 zł)

1528. Tęgi Andrzej w kwocie 5.748,22 zł, 5.106,91 EUR

1529. Tępczyk Mariusz w kwocie 9.000,00 EUR (3 8.522,70 zł)

1530. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH reprezentowana przez Tkocz Olivera w kwocie 836.298,65 zł

1531. Tkacz Paweł w kwocie 3.003,93 USD

1532. Tobiasz Rafał w kwocie 8.601,00 zł

1533. Toczko Robert w kwocie 19.452,48 zł

1534. Toczkowska Patrycja w kwocie 1.696,08 zł

1535. Tomasik Joanna w kwocie 43.476,00 zł

1536. Tomasik Agnieszka w kwocie 2.000,00 zł

1537. Tomasik Marcin w kwocie 925,00 EUR

1538. Tomaszewski Łukasz w kwocie 22.509,44 oraz 3.033,60 zł

1539. Tomczak Paweł w kwocie 6.500,00 EUR (27.921,45 zł),

1540. Tomczuk Michał w kwocie 20.048,73 zł

1541. Tomzik Tomasz w kwocie 4.73 8,5 8 zł (1.100,00 EUR)

1542. Trębacka Katarzyna w kwocie 2.786,64 zł (639,93 EUR)

1543. Tran - Thien An- Giang Valery w kwocie 1.000,00 EUR

1544. Trawiński Marcin w kwocie 1.963,00 zł oraz 1.628,49 EUR

1545. Truck & Agro Handel/ Miskiewicz Paweł w kwocie 23.500,00 EUR (101.947,70 zł)

1546. Truchan Hubert w kwocie 19.218,56 CHF, 273,94 zł, 25,00 EUR

1547. Trójca Dariusz w kwocie 25.281,18 zł

52

SBU - LEGAL    EXU PIORO-00134

1548. Trzaska Andrzej w kwocie 81.687,20 zł

1549. Trzeszczykowski Łukasz w kwocie 1.000,00 EUR (4.3 3 0,20 zł)

1550. Trzosek Izabela w kwocie 500,00 EUR (2.147,95 zł)

1551. Łuczyński Sławomir w kwocie 5.470,50 zł

1552. Tuchacz Łukasz w kwocie 1.230,22 zł

1553. Tułaza Krzysztof w kwocie 6.039,39 USD, 95,76 zł, 2.458,80 EUR

1554. Tylka Ryszard w kwocie 1.312,42 zł

1555. Tytuła Stanisław w kwocie 51.745,44 zł

1556. Tuszyńska Katarzyna w kwocie 5.340,3 8 zł

1557. Tuz Łukasz w kwocie 6.800,00 USD (26.746,44 zł)

1558. Tytoń Przemysław w kwocie 215.045,00 zł

1559. Urbacka Maria Ewelina w kwocie 4.000,00 EUR (17.130,40 zł)

1560. Urban Shaun Mariusz w kwocie 4.950,00 zł

1561. Urban Jacek w kwocie 1.468.949,00 JPY

1562. Urbanek Robert w kwocie 3.169,16 USD

1563. Uznański Krzysztof w kwocie 4.000,00 EUR (17.215,00 zł)

1564. Wałęsa Natalia w kwocie 10.000,00 EUR (42.95 5,00 zł)

1565. Wajda Mateusz w kwocie 4.024,00 EUR (17.125,74 zł)

1566. Wanderson Scaglia w kwocie 68.124,67 EUR

1567. wafiski Tomasz w kwocie 194,00 USD (700,32 zł)

1568. Waląg Krystian w kwocie 16.197,83 EUR

1569. Walędowski Marcin w kwocie 2.273,23 zł (520,00 EUR)

1570. Waligóra Dawid w kwocie 1.942,06 zł

1571. Waliszewski Dawid w kwocie 1.600,00 EUR (6.936,16 zł)

1572. Wałkiewicz Marek w kwocie 600,00 GBP

1573. Walko Dominika w kwocie 7.864,83 zł oraz 5.400,00 EUR

1574. Walkowicz Dagmara w kwocie 1.786.173,00 JPY

1575. Walz Renata w kwocie 3.036,97 CHF

1576. Wasil marek w kwocie 46.5 51,47 zł

1577. Wasilewski Jarosław w kwocie 707,97 CHF (3.289,59) zł oraz 104,00 EUR (455,37 zł)

1578. Wasilkowski Bartosz w kwocie 5.556,98 zł

53

1579. Wasiuta Maciej w kwocie 3.745,31 zł, 200 EUR

1580. Waszak Radosław w kwocie 7.232,94 zł

1581. Waszczak Cezary w kwocie 4.398,13 EUR (19.068,53 zł)

1582. Wasylko Piotr w kwocie 4.309,40 zł (1.000,00 EUR)

1583. Wawrzyniak Piotr w kwocie 2.988,00 zł

1584. Wawer Dorota w kwocie 1.916,21 zł (412,31 CHF)

1585. Wątor-Spyrka Magdalena w kwocie 4.140,00 zł

1586. Wesołowski Tomasz reprezentujący PPHU TOMARK w kwocie 260.148,00 zł

1587. Wesołowski Damian w kwocie 3.734,32 zł (800,00 CHF)

1588. Westrych-Krzanowski Krystian w kwocie 30,00 zł

1589. Wędzik Marcin w kwocie 310,00 EUR (1.339,39 zł)

1590. Wnęk Stanisław w kwocie 12.000,00 USD (48.595,20 zł)

1591. Wlazło Sylwia w kwocie 14.000,00 zł

1592. Wlazły Rafał w kwocie 3.076,13 EUR oraz 16.843,92 zł

1593. Wiąckiewicz Piotr w kwocie 2.307,28 zł

1594. Wichtowska Kamila w kwocie 112.361,60 zł

1595. Wielkoszyński Zbigniew w kwocie 10.719,00 zł

1596. Wieloch Łukasz w kwocie 3.634,85 zł

1597. Wielgosz Stanisław w kwocie 10.000,00 EUR

1598. Więcko Tomasz w kwocie 759,41 zł

1599. Więckowska Marta w kwocie 5.175,00 zł oraz 2.654,69 EUR

1600. Widera Dawid w kwocie 7.139,46 EUR

1601. Wilk Krzysztof w kwocie 19.808,98 zł

1602. Wilk Marcin w kwocie 2.000,00 EUR (8.566,80 zł)

1603. Wilk Krystian w kwocie 39.031,20 zł

1604. Wilk Renata w kwocie 436,27 CHF

1605. Wilkosz Rafał w kwocie 500,00 A, 3 88,68 EUR

1606. Wilkicki Mateusz w kwocie 4.309,00 A (1.000,00 EUR)

1607. Wijas Anna w kwocie 4.336,00 zł (1.000,00 EUR)

1608. Wiśniewska Krystyna w kwocie 200,00 EUR (860,40 zł)

1609. Wiśniewska Grażyna w kwocie 500,00 EUR (2.139,30 zł)

1610. Wiśniewska Iwona w kwocie 5.160,00 USD (20.854,57 zł) oraz 78.742,44 TRY

54

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 186 of 523
SBU - LEGAL   EXG4PICRO-001363

1611. Bydgoski Klub Sportowy "Chemik" reprezentowany przez Włoch Mikołaja Kacpera w kwocie 43 916,99 zł

1612. Expert- Sport Marek Bartkiewicz w kwocie 22.006,29 EUR

1613. Extech Sp. z o.o. Sp.k./Piróg Wojciech w kwocie 10.000,00 A

1614. Wodnicka-Wartnik Dominika w kwocie 250.000,00 zł

1615. WOODFORKIDS SP. Z O.O./Adamczak Kamil Tomasz w kwocie 12.281,86 A (2.840,00 EUR) oraz 248,89 EUR

1616. Wardak - Pascale Magdalena w kwocie 822,22 A

1617. Warcaba Elżbieta 2.500,00 EUR (10.755,00 zł) oraz 83,40 EUR i 23,92 zł

1618. Warchałowska Adrianna w kwocie 5.000,00 CHF (23.027,50 A)

1619. Woch Mariusz w kwocie 9.065,00 EUR

1620. Wojciechowska Małgorzata w kwocie 559,67 CHF

1621. Wojciechowski Janusz w kwocie 3.490,76 EUR (14.829,45 A)

1622. Wojciechowski Kacper (kcper.w.wwojciechowski@gmail.com) w kwocie 4.061,17 21

1623. Wojnicz Marcin w kwocie 5.002,89 A

1624. Wojtaszyk Łukasz Piotr w kwocie 10.589,55 A

1625. Wojtaszek Robert w kwocie 122.544,50 A

1626. Wojtasik Arkadiusz w kwocie 2.895,34 zł oraz 132.034,00 JPY

1627. Woj tulska Beata w kwocie 70.000,00 EUR

1628. Wojtyczek Krzysztof w kwocie 64.786,50 A

1629. Woj tyra Jarosław Tomasz w kwocie 4.600,00 zł (999,00 CHF)

1630. Wojsa Mateusz w kwocie 732.091,00 JPY, 4.000,00 zł, 4.111,4 8 EUR, 5.766,74 USD

1631. Wołoszyn Tomasz w kwocie 201.474,00 zł

1632. Wołoszyn Stanisław w kwocie 10.000,00 zł (2.421,42 USD)

1633. Wołoszczenko Piotr w kwocie 51.612,60 zł

1634. Woźniak Marcin w kwocie 11.460,00 EUR (49.598,88 zł)

1635. Woźny Szymon w kwocie 10.13 8,95 zł, 3.465,3 6 USD

1636. Wójcicki Piotr w kwocie 57.252,58 zł

1637. Wojtowicz Krzysztof w kwocie 3.034,78 zł (700,00 EUR)

1638. Wróblewska Iwona w kwocie 10.176,45 zł

1639. Wróbel Dorota Anna w kwocie 2.005,01 USD (8.000,00 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 187 of 523
SBU - LEGAL    EXU-PIORO-00187

1640. Wybraniec Piotr w kwocie 6.340,00 zł

1641. Wycisło Kamil w kwocie 859,60 zł

1642. Wykręt Kamil w kwocie 3.500,00 zł

1643. Wyciślak Oskar w kwocie 7.000,00 EUR (30.273,60 zł)

1644. Wysocki Arkadiusz w kwocie 87.000 zł

1645. Wysocki Michał w kwocie 1.895,49 EUR

1646. Wysota Justyna/ Wysota Dawid w kwocie 2.500,00 EUR (10.712,75 zł)

1647. Zabłocki Marek w kwocie 22.511,93 zł

1648. Zaborowicz Maciej w kwocie 53.253,06 zł oraz 4.066,09 EUR

1649. Zaborowska Wioleta w kwocie 36.736,83 zł

1650. Zaborowski Wojciech w kwocie 64.318,42 zł

1651. Zaborowski Mariusz w kwocie 2.160,70 (500,00 EUR)

1652. Zachara Jarosław w kwocie 7.492,01 zł

1653. Zadora Maciej w kwocie 1.236,28 USD (5.004,59 zł)

1654. Zadworna Joanna w kwocie 997,94 zł

1655. Zagiński Wojciech 6.012,45 zł

1656. Zagrodny Antoni w kwocie 48.587,68 zł

1657. Zagórski Paweł w kwocie 3.700,00 USD (15.183,32 zł)

1658. Ząbek Lucyna w kwocie 1.000,00 EUR (4.3 30,00 zł

1659. Zagórski Mateusz w kwocie 9,805.82 zł

1660. Zagdański Piotr w kwocie 49.087,66 zł

1661. Zając Romuald w kwocie 5.000,00 zł

1662. Zajączkowski Paweł w kwocie 4.015,51 zł (926,00 EUR)

1663. Zajda Mariusz w kwocie 60.559,85 zł

1664. Zakątki Podhala sp. z o.o. reprezentowana przez Wiolettę Frejdlich-Gąsienica w kwocie 38.860,00 EUR (169.596,70 zł)

1665. Zakład Produkcji Materiałów Budowlanych TERRAZZO/ Jacek Kulupa w kwocie 65.478,00 zł (15.000,00 EUR)

1666. Zakrzewski Krzysztof w kwocie 430,00 GBP (2.200,75 zł)

1667. Zakrzewski Paweł reprezentujący PAW-MAR w kwocie 36.900,00 EUR (160.300,78 zł)

1668. Zakrzewski Marek w kwocie 10.000,00 zł (26.066,47 NOK)

56

1669. Zalewski Tomasz reprezentujący TOM-SERVICE w kwocie 60.000,00 USD (240.876,00 zł), 1.200,00 zł (278,47 EUR)

1670. Zalewski Arkadiusz w kwocie 1.000.000,00 JPY (26.301,00 zł)

1671. Zalewski Marek (P: 72080308172) w kwocie 375.247,69 zł

1672. Zalewski Marek (m.a.zlewski@gmail.com)w kwocie 12.500,00 zł

1673. Zamojski Marcin w kwocie 25.534,00 zł

1674. Zapaśnik Dominik w kwocie 4.650,00 EUR (20.014,06 zł)

1675. Zaprzałek Piotr Janusz w kwocie 1.300,17 zł (300,00 EUR)

1676. Zaręba Krzysztof w kwocie 12.850,17 zł

1677. Zaręba Sławomir w kwocie 35.970,90 zł

1678. Zaród Agnieszka w kwocie 1.000,00 EUR (4.278,80 zł)

1679. Zawoliński Tomasz w kwocie 1.035,00 EUR (4.432,80 zł)

1680. Zawidzki Łukasz w kwocie 7.000,00 EUR (30.114,00 zł)

1681. Zawiślak Mariusz w kwocie 235.000,00 zł

1682. Zentera Daniel w kwocie 245,00 CHF

1683. Zdaniewicz Mariusz w kwocie 2.522,19 zł

1684. Zdanuczyk Agnieszka w kwocie 12.500,00 EUR oraz 4.290,99 zł

1685. Zdębski Szymon w kwocie 10.254,97 EUR (43.800,00 zł)

1686. Zdolińska Dorota w kwocie 6.831,85 zł

1687. Zdoliński Paweł w kwocie 683,85 zł

1688. Zduńczak Iwona w kwocie 1.500,00 USD (6.005,10 zł)

1689. Zender Bogusław w kwocie 68.166,60 zł

1690. Zgagacz Piotr w kwocie 327,96 CHF oraz 1.600,00 zł

1691. Wielkoszyński Zbigniew w kwocie 3 0.000,00 NOK (10.719,00 zł)

1692. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

1693. Ziemak Radosław w kwocie 990,00 EUR

1694. Ziemski Michał w kwocie 152.011,04 zł

1695. Zieliński Damian w kwocie 10.702,75 zł

1696. Zieliński Michał w kwocie 27.070,00 USD (110.946,39 zł)

1697. Zieliński Marcin w kwocie4.175,64 zł (895,79 CHF)

1698. Ziębal Sławomir w kwocie 1.000,00 EUR (4.302,60 zł)

57

SBU_LEGAL

EXP-ICRO-00593

1699. Zięcina Sławomir w kwocie 12.192,76 zł oraz 745,00 EUR

1700. Znamirowska Monika w kwocie 8.5 97,00 zł, 1.000,00 EUR

1701. Żoch Magdalena w kwocie 4.961,09 zł

1702. Ostrowski Krzysztof w kwocie 3.650,70 zł

1703. Dera Dawid w kwocie 8.701,53 zł

1704. Dec Damian Marcin w kwocie 19.833,74 zł

1705. Dawidowicz Michał w kwocie 4.286,22 zł

1706. Daniel Filip w kwocie 19.768,89 zł

1707. Deja Krystyna/Deja Daniel w kwocie 28.600,16 EUR

1708. Demczuk Jarosław/Miękin Marcin Paweł w kwocie 1.200,00 EUR

1709. Pipa Sabina w kwocie 429.340,00 zł

1710. "ROLNIK" Centrala Nasion Sp. zo.o. Pawlak Sebastian w kwocie 313.344,00 zł (72.000,00 EUR)

1711. Kids Boutigue sp. z o.o.- Zadura Aleksandra w kwocie 172.072,00 zł (40.000,00 EUR)

1712. 3mdeb sp. z o.o. w kwocie 20.000,00 EUR

1713. MDM Capital Sp. z o.o./radca prawny Piotr Witkowski w kwocie 92.584,02 EUR (100.000,00 USD)

1714. F.H. AMT POLAND Adamkiewicz Paweł/Adamkiewicz Paweł w kwocie 30.225,65 zł (7.000,00 EUR)

1715. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR, 7.427,21 USD

1716. Gwizdek Adrian w kwocie 12.752,00 EUR

1717. Bielecka Monika w kwocie 5.000,00 EUR (21.626,50 zł)

1718. Beier Joanna/ Jurgen Beier w kwocie 1.000,00 EUR (4.248,30 zł)

1719. Bielecka Justyna w kwocie 710,00 EUR

1720. ADVALUE Doradztwo i Wyceny sp. z o.o. w kwocie 17.182,87 zł (3.958,00 EUR)

1721. Adamkiewicz Robert w kwocie 2.575,09 zł (555,00 CHF)

1722. Adamkiewicz Rafał w kwocie 6.812,00 USD (27.761,62 zł)

1723. Andruszkiewicz Michał w kwocie 19.710,08 EUR

1724. Andruszkiewicz Sebastian w kwocie 713,05 zł, 391,90 EUR, 195,48 CHF, 27,00 USD

58

1725. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

1726. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata w kwocie 29.603,12 zł (6.800,00 EUR)

1727. Banaszkiewicz Krzysztof w kwocie 200,00 EUR, 126,00 USD, 106,15 CHF, 40.313,00 JPY

1728. Bartkowiak Robert reprezentujący CIH SYSTEMY CZYSZCZĄCE w kwocie 51.028,38 zł (11.700,00 EUR)

1729. Bartkowiak Michał w kwocie 15.600,90 zł

1730. Bartkowski Robert w kwocie 21.086,17 zł

1731. Bartosz Paweł w kwocie 600,00 EUR

1732. Berger Piotr w kwocie 21.651,00 zł (5.000,00 EUR)

1733. Blańska-Mecner Magdalena w kwocie 1.168,50 EUR

1734. Błachowicz Arkadiusz w kwocie 1.042,63 zł

1735. Błaszczuk Witold w kwocie 7.105,56 zł (1.650,00 EUR)

1736. Błaszczyk Paweł w kwocie 9.504,00 zł (2.200,00 EUR)

1737. Błaszczyński Adam w kwocie 1.393,80 zł (300,00 CHF)

1738. Brandyk Magdalena w kwocie 4.000,00 zł (921,19 EUR)

1739. Brandt Damian w kwocie 22.500,00 EUR (98.100,00 zł)

1740. Broda Aneta i Broda Krzysztof w kwocie 16.710,00 EUR

1741. Buczkowska Ewa w kwocie 1.755,51 zł (405,86 EUR)

1742. Buczma Anna w kwocie 5.203,80 zł (1.200,00 EUR)

1743. Bukiel Krzysztof w kwocie 2.800,00 zł oraz 13.556,55 NOK

1744. Bukowski Marek w kwocie 1.029,18 EUR

1745. Burakiewicz Aleksandra w kwocie 300,00 EUR (1.290,93 zł)

1746. Burakiewicz Hubert w kwocie 6.480,10 zł

1747. Burdzy Damian w kwocie 2.566,64 zł (600,00 EUR)

1748. Chabrowski Arkadiusz w kwocie 6.000,00 GBP (7.126,03 EUR)

1749. Chlebowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

1750. Chlebiuk Bożena w kwocie 1.164,05 zł (250,00 CHF)

1751. Chodań Anna w kwocie 920,68 zł (210,00 EUR)

1752. Chodziński Paweł w kwocie 6.679,72 zł

59

1753. Chojnowska Małgorzata Maria w kwocie 53.905,15 zł (12.500,00 EUR)

1754. Chojnowska Anna w kwocie 3 8.020,19 zł

1755. Chojnowska - Bieszak Anna w kwocie 6.000,00 zł (1.513,5 5 USD)

1756. Cieślawska Katarzyna w kwocie 13.706,73 EUR, 26.284,70 USD. 6.710,00 zł

1757. Cieślak Jarosław w kwocie 312,88 EUR oraz 233,84 z

1758. Cygan Adam w kwocie 50.000,00 zł (11.646,87 EUR)

1759. Czyżkowska Katarzyna w kwocie 288,00 EUR

1760. Juchlke Jarosław w kwocie 11.568,60 zł

1761. Dąbrowską Małgorzata w kwocie 8.000,54 EUR

1762. Dańczak- Wysocka Karolina w kwocie 359,73 EUR

1763. Dańczyszyn Monika w kwocie 500,00 EUR (114,09 EUR)

1764. Dajczak Jakub w kwocie 600,00 EUR

1765. Draczyński Michał w kwocie 1.148,55 USD, 7.211,27 zł

1766. Dalia Costa Luca w kwocie 29.810,50 EUR

1767. Dalia Villa Agnieszka i Emmanuele w kwocie 25.000,00 EUR (108.075,00 zł)

1768. Dąbrowski Tomasz w kwocie 200.039,64 zł (49.567,52 USD)

1769. Dąbrowskis Adam w kwocie 2.245,11 EUR (9.611,97 zł)

1770. Dźwigała Katarzyna Maria w kwocie 2.142,35 zł (500,00 EUR)

1771. Elwart Sławomir w kwocie 3.880,13 zł (890,00 EUR)

1772. Enozel Frank w kwocie 94.523,62 zł

1773. Katarzyna Hawrył-Adamczyk Bartosz Adamczyk w kwocie 29.037,80 zł, 9.000,00 CHF

1774. Katarzyńska - Banasik Dorota w kwocie 31.721,50 EUR

1775. Fajecki Patryk w kwocie 3.000,00 EUR (13.015,20 zł)

1776. FARMATOR sp. z o.o. w kwocie 15.146,95 zł (3.500,00 EUR)

1777. Farstad Julia w kwocie 23.800,00 NOK (8.610,24 zł)

1778. Fedorczyk Bogusław w kwocie 6.368,28 zł

1779. Fundacja Grup DDA/DDD /Małgorzata Agnieszka Gerc w kwocie 17.980,20 zł (4.200,00 EUR)

1780. Fuhrmann Łukasz w kwocie 7.851,50 zł

1781. Gaworek Marcin w kwocie 1.840,40 zł (420,60 EUR)

1782. Gawroński Grzegorz w kwocie 1.833,00 zł

60

1783. Gawron Magdalena w kwocie 3.612,97 zł (775,00 CHF)

1784. Gawron Jacek w kwocie 43.614,00 zł (10.000,00 EUR)

1785. Gawrych Paweł w kwocie 1.773,03 zł (333,00 GBP)

1786. Gawryło Renata w kwocie 86.5 70,00 zł

1787. Gehrke Sven w kwocie 3.500,00 EUR

1788. Grupa Handlowa Wiesław Godlewski w kwocie 79.574,05 zł (18.500,00 EUR)

1789. Gruchlik Piotr w kwocie 42.717,52 zł

1790. Gruszka Małgorzata w kwocie 264,04 GBP, 171,57 EUR, 440,58 USD, 91,40 CHF

1791. Gruszczyński Waldemar w kwocie 467,00 EUR

1792. Godek Kamil w kwocie 4.600,00 EUR (19.899,10 zł)

1793. Godleś Hanna w kwocie 1.400,00 EUR (6.013,56 zł)

1794. Gorsiak Renata w kwocie 50.000,00 EUR

1795. Górecka Daria w kwocie 4.992,00 zł oraz 1.150,00 EUR

1796. Górny Adam w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł

1797. Górny Anna w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł, 1.020,00CHF

1798. Grałek Artur w kwocie 305.026,00 zł (70.000,00 EUR)

1799. Grabka Artur w kwocie 1.000,00 EUR (4.300,00 zł)

1800. Grabów Roger w kwocie 4.3 83,06 zł

1801. Grabowski Grzegorz w kwocie 9.500,00 EUR (36.572,95 zł)

1802. Grabowski Gabriel w kwocie 269,00 EUR oraz 5 90,68 zł

1803. Grabowska Marta w kwocie 4.000,00 EUR (17.145,70 zł)

1804. Grabowska Katarzyna w kwocie 11.563,79 EUR

1805. Grabska - Gorgula Marta 20.05 5,00 zł (54.346,26 NOK)

1806. Granszof Adrian w kwocie 320,00 EUR

1807. Groen Marcin w kwocie 5.000,00 EUR

1808. Grzegorz Dzida w kwocie 3.798,34 zł (880,00 EUR)

1809. Grzegorczyk Anna w kwocie 250,00 EUR (1.061,35 zł)

1810. Grzegorczyk Andrzej w kwocie 3 59,40 EUR, 221,96 USD, 925,63 zł

1811. Grzelczyk Tomasz w kwocie 2.326,26 EUR

1812. Grzejszczyk Anna w kwocie 15.000,00 zł (3.469,25 EUR)

1813. Grzesiak Zbigniew w kwocie 79.232,00 zł

1814. Grzesiński Paweł Michał w kwocie 110.000,00 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 193 of 523
SBU - LEGAL    EXU-PIORO-00196

1815. Grześkiewicz Rafał w kwocie 97.245,80 zł

1816. Grzymkowska Edyta w kwocie 8.200,00 EUR

1817. Hanusiak Kamil w kwocie 47.120,70 zł

1818. Hanusek Jan w kwocie 3.366,86 zł (720,00 GBP)

1819. Hajok Sara w kwocie 75.982,43 EUR

1820. Hinc Ryszarda Józefa w kwocie 11.000,00 EUR (47.208,70 zł)

1821. Iwanek Radosław w kwocie 2.489,07 EUR

1822. Jabłecki Rafał w kwocie 607.777,95 TRY

1823. Jabłońska Anna w kwocie 15.742,38 zł (3.391,00 CHF)

1824. Jabłoński Paweł w kwocie 9.800,00 EUR oraz 56.494,33 zł

1825. Jabłoński Szymon w kwocie 4.998,83 EUR oraz 21.397,16 zł

1826. Janiszewski Jakub w kwocie 7.000,00 zł (1.623,90 EUR)

1827. Janiszewski Paweł w kwocie 4.310,50 zł (1.000,00 EUR)

1828. Janiszewski Hubert w kwocie 488,00 CHF oraz 87,24 zł

1829. Jankowska Magdalena w kwocie 2.445,47 EUR

1830. Jankowska Maria w kwocie 5.000,00 zł

1831. Jaworski Paweł w kwocie 5.000,00 EUR

1832. Jóźwiak Paweł w kwocie 35.000,00 SEK (13.226,50 zł)

1833. Jóźwiak Anna w kwocie 2.917,94 zł (632,00 CHF)

1834. Kadrzyńska Elżbieta w kwocie 81.864,97 zł

1835. Kadyszewski Kacper w kwocie 5.493,08 EUR oraz 233,55 zł

1836. Kantrzonka Alicja w kwocie 5.800,00 EUR

1837. Kapałczyński Arkadiusz w kwocie 10.000,00 EUR

1838. Kasperski Tomasz w kwocie 2.622,43 zł (602,00 EUR)

1839. Kaszewska Karolina w kwocie 4.418,00 EUR (19.017,28 zł)

1840. Karaś Wioletta w kwocie 3.900,77 zł

1842. Szymański Paweł w kwocie 3.400,00 zł

1843. Klan Szymon w kwocie 9.302,00 USD (8.654,58 EUR)

1844. Klub Kyokushin Karate im. Masutatsu Oyama w kwocie 25.100,00 EUR

1845. Kłoda Jan "Maszyny Leśne" w kwocie 282.599,72 zł (65.800,00 EUR), 201.827,40 zł (47.000,00 EUR) łącznie 484.427,12 zł (112.800,00 EUR)

1846. Kłosiński Jarosław w kwocie 390,00 EUR oraz 9,66 zł

62

1847. Konstanty Jarosław w kwocie 156.891,92 zł

1848. Konarski Bartosz w kwocie 40.000,00 zł (9.166,74 EUR)

1849. Konarzewski Rafał w kwocie 93.594,00 JPY oraz 1.003,67 EUR

1850. Koneczny Bartosz w kwocie 2.976,50 zł (63 9,42 CHF)

1851. Konecki Józef w kwocie 863.763,50 zł

1852. Koniarz Patryk w kwocie 1.293,06 zł

1853. Konieczna Magdalena w kwocie 10.000,00 USD

1854. Konojacka Paulina w kwocie 20.000,00 EUR (84.800,00 zł)

1855. Konopka Daniel w kwocie 1.745,96 zł (400,00 EUR)

1856. Kopczyńska Izabella w kwocie 46.044,14 zł

1857. Kopczyk Bartłomiej w kwocie 5.170,00 zł oraz 1.320,00 EUR

1858. Kopicka Weronika w kwocie 1.300,00 zł (302,82 EUR)

1859. Kopacki Patryk w kwocie 2.096,57 zł

1860. Kopacz Krzysztof w kwocie 2.587,00 GBP oraz 5.100,00 zł

1861. Kopaniewska Janina w kwocie 710.000,00 zł (178.318,45 USD)

1862. Koprek Marcin w kwocie 2.178,80 EUR oraz 3.444,58 zł

1863. Koprowska Agata w kwocie 8.910,16 EUR

1864. Kopytyński Krzysztof w kwocie 10.611,10 zł

1865. Kornacki Sebastian w kwocie 600,00 EUR

1866. Korpyta Irena w kwocie 3.000,00 EUR

1867. Kortas Andrzej w kwocie 10.000,00 zł

1868. Kowalik Piotr w kwocie 1.000,00 EUR

1869. Kowalik Marcin (Czernikowo) w kwocie 2.516,00 EUR (10.803,96 zł)

1870. Kowalik Marcin (Szczecin) w kwocie 3.650,91 zł

1871. Kowalik Mariusz w kwocie 1.744,76 zł (400,00 EUR)

1872. Krawczyk - Bielecka Dagmara w kwocie 7.95 8,8 8 zł (1.840,65 EUR)

1873. Krupka Sebastian w Kwocie 3uu,uu LUK (i.zai.yo zi)

1874. Krupkowska-Ziętkiewicz Jolanta w kwocie 6.000,00 zł (1.3 89,98 EUR)

1875. Kruk Tomasz w kwocie 1.071,49 EUR (1001,84 CHF)

1876. Kruk Paweł w kwocie 48.653,20 zł

1877. Kruk Maciej w kwocie 7.136,91 zł (1.529,00 CHF)

1878. Kruk Marek w kwocie 201.620,00 zł (50.000,00 USD)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 195 of 523
SBU_LEGAL    EXP_IORO-001553

1879. Krukowski Marcin w kwocie 499,07 GBP

1880. Krysiak Dominika w kwocie 7.000,00 EUR

1881. Kryszpin Patrycja w kwocie 639,00 CHF (2.950,00 zł)

1882. Kubera Maciej w kwocie 10.009,75 USD, 21.378,10 zł, 325,67 EUR

1883. Kubik Aneta w kwocie 1.178,00 EUR

1884. Kubik Mariusz w kwocie 5.250,00 EUR

1885. Kubiak Wojciech w kwocie 2.585,88 zł

1886. Kubiak Daniel w kwocie 12.506,61 zł (2.900,00 EUR)

1887. Kubiak Michał w kwocie 41.252,47 EUR oraz 85.988,83 USD

1888. Kucharczyk Marcin w kwocie 5.300 EUR

1889. Kudła Krzysztof w kwocie 13.500,00 EUR oraz 2.019,00 zł

1890. Kupidura Kamil w kwocie 30.139,30 zł (7.000,00 EUR)

1891. Kupka Sebastian w kwocie 300,00 EUR (1.281,90 zł)

1892. Kuprianowicz Andrzej w kwocie 40.855,00 zł oraz 4.729,00 EUR

1893. Kupść Kajetan w kwocie 7.000,00 zł

1894. Kurkowicz Maksymilian w kwocie 696,00 EUR

1895. Kurkierewicz Łukasz w kwocie 4.500,00 EUR (19.424,70 zł)

1896. Kowalczyk Jarosław w kwocie 14.259,78 zł (3.328,38 EUR)

1897. Kurowska - Billaud Anna w kwocie 9.146,25 EUR (39.238,33 zł)

1898. Kurowski Wojciech w kwocie 6.437,15 USD oraz 132,25 zł

1899. Kuśmierczyk Piotr w kwocie 3 5.000,00 zł

1900. Kulinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

1901. Kuta Łukasz w kwocie 1.770,71 zł (410,00 EUR)

1902. Kuta Kamila w kwocie 70.000,00 SEK

1903. Lachowski Robert w kwocie 46.313,45 EUR

1904. Lebiedziński Marek w kwocie 2.988,5 8 USD

1905. Lenart Małgorzata Joanna w kwocie 500,00 EUR

1906. Lenart Georg w kwocie 600,94 EUR (2.574,85 zł) oraz 4.351,29 zł

1907. Lewandowski Krzysztof w kwocie 900,00 EUR

1908. Lewandowski Przemysław w kwocie 560,00 GBP (2.886,07 zł)

1909. Lewandowski Robert w kwocie 1.500,00 EUR (6.480,90 zł)

1910. Lewandowski Mariusz w kwocie 6.006,78 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 196 of 523
SBU - LEGAL    EXU-PIORO-00196

1911. Lewandowski Paweł i Lewandowska Marta w kwocie 10.721,51 EUR

1912. Lewandowska Barbara w kwocie 2.000,00 USD (8.005,00 zł)

1913. Litke Rafał w kwocie 1.468,59 EUR

1914. Litwin Łukasz w kwocie 2.550,10 zł (551,35 CHF)

1915. Litwiński Łukasz w kwocie 3.501,30 zł oraz 168,50 EUR

1916. Pietrzyk Lucyna w kwocie 15.000,00 zł (3.469,49 EUR)

1917. Łapaj Grzegorz w kwocie 1.700,00 EUR

1918. Łozińska Emilia w kwocie 10.000,00 EUR

1919. Łobejko Mariusz w kwocie 6.500,00 zł (1.1490,96 EUR)

1920. Łukaszewski Maciej w kwocie 4.000,00 zł (925,09 EUR)

1921. Żelazny Bartosz wkwocie 2.500,00 EUR (10.690,25 zł)

1922. Mach Aleksandra w kwocie 5.000,00 EUR

1923. Machnacka Danuta w kwocie 4.500,00 zł (971,88 CHF)

1924. Machnik Katarzyna w kwocie 11.800,00 GBP (60.469,10 zł)

1925. Machoń Marcel w kwocie 1.068,00 EUR (4.630,63 zł)

1926. Machelski Michał/Machelska Aneta w kwocie 19.836,00 zł (5.000,00 USD)

1927. MACHEJ HOLDING sp. zo.o. wkwocie 14.432,06 zł (3.343,14 EUR)

1928. Maciak Małgorzata w kwocie 46.169,90 zł

1929. Maciantowicz Agnieszka w kwocie 258,71 CHF

1930. Maciaś Waldemar w kwocie 30.000,00 USD

1931. Maciejewska Justyna w kwocie 2.000,00 EUR (8.572,80 zł)

1932. Macoch Marcin w kwocie 2.583,74 zł, 827,28 USD, 1.525,09 EUR

1933. Maksimowska Anna w kwocie 39.500,00 USD (161.025,70 zł)

1934. Maksymiuk Iwona w kwocie 30.201,20 zł (7.000,00 EUR)

1935. Makowski Jakub wkwocie 1.528,91 EUR

1936. Makowski Łukasz (P:88012711437) w kwocie 750,00 EUR

1937. Makowski Lukas (Lubeck DE) w kwocie 6.224,70 EUR

1938. Makowski Mateusz w kwocie 41.616,00 zł oraz 10.394,23 GBP

1939. Małgorzata Skowronek w kwocie 1.292,49 zł (3uu,uu ŁUK)

1940. Mamzerowski Maciej w kwocie 1.043,89 EUR

1941. Manowiec Piotr w kwocie 4.000,00 GBP (20.616,20 zł)

1942. Mania Jakub w kwocie 300,00 EUR (1.290,57 zł)

65

SBU - LEGAL    EXU-PIORO-00193

1943. Margiel Mateusz w kwocie 54.040,44 zł

1944. Młynarczyk Mateusz p Chabre IT Services Sp. z o. o. w kwocie 40.000,00 EUR (172.004,00 zł)

1945. Nosal Patryk w kwocie 245.387,70 zł

1946. Nosal Wiesław w kwocie 19.000,00 zł

1947. Nosal Jakub w kwocie 2.406,25 zł (520,00 CHF)

1948. Abramczyk Marcin w kwocie 17.887,80 zł (4.153,00 EUR)

1949. Kościelniak Marcin w kwocie 1.000,00 EUR

1950. Kościak Stanisław w kwocie 88.000,00 zł (20.191,36 EUR)

1951. Kiciński Michał w kwocie 1.000,00 EUR oraz 94.600,00 zł

1952. Kicior Hieronim w kwocie 17.284,80 zł (4.000,00 EUR)

1953. Kosciuk Anna w kwocie 2.744,00 zł

1954. Jagusiak Mariusz w kwocie 1.801,62 EUR

1955. Jagalla Sławomir w kwocie 3.474,84 zł (800,00 EUR)

1956. Jagoda Roman w kwocie 2.000,00 USD (7.974,00 zł)

1957. Miczka Martin w kwocie 34.131,29 EUR

1958. Migacz Maciej w kwocie 4.000,00 EUR (17.112,40 zł)

1959. Migodziński Wojciech w kwocie 195,33 EUR

1960. Migdalski Kamil w kwocie 2.000,00 EUR

1961. Mikołajczak Bartłomiej w kwocie 500,00 EUR

1962. Mikołajewski Leszek w kwocie 2.168,85 zł (500,00 EUR)

1963. Mikulski Marek w kwocie 2.189,05 zł (500,00 EUR)

1964. Misterska Katarzyna w kwocie 1.000,00 EUR

1965. Morzycka Karolina w kwocie 3.336,00 EUR

1966. Moryl Joanna w kwocie 9.981,00 USD

1967. Mróz Piotr w kwocie 25.000,00 USD (22.787,50 EUR)

1968. Mróz Karol w kwocie 4.000,00 zł

1969. Mrówka Rafał w kwocie 10.840,50 zł (2.5 00,00 EUR)

1970. Nawrot Ewelina w kwocie 550,00 EUR

1971. Nawracała Tomasz w kwocie 1.485,79 zł

1972. Nawotny Marcin w kwocie 1.500,00 EUR (6.409,35 zł)

1973. Nęcka Tomasz w kwocie 9.93 2,39 EUR

66

1974. Nędza Sabina w kwocie 7.000,92 zł

1975. Nowak Paweł w kwocie 23.456,46 zł (5.432,00 EUR)

1976. Nowak Grzegorz w kwocie 115.111,89 EUR

1977. Nowak Cezary w kwocie 5.000,00 EUR (21.529,00 zł)

1978. Nowak Michał w kwocie 14.000,00 zł

1979. Nowacki Paweł w kwocie 652,91 EUR

1980. Nowacki Tomasz w kwocie 47.842,94 zł

1981. Nowacki Dariusz w kwocie 1.618,05 USD

1982. No wara Roman w kwocie 4.598,83 EUR oraz 1.728,54 zł

1983. Gładysz Radosław w kwocie 6.233,23 EUR

1984. Gospodarstwo Rolne Roman Nowak w kwocie 30.000,00 EUR

1985. Gospodarstwo Rolne Sebastian Hoekstra w kwocie 426.980,00 zł (100.000,00 EUR)

1986. Gostomski Czesław w kwocie 3.000,00 EUR oraz 5.362,00 USD

1987. Chicken King Family Sp. z o.o./Bojarowski Łaukasz w kwocie 6.000,00 zł (1.390,40 EUR)

1988. MS PILOT SP. Z O.O./Szczepański Marcin w kwocie 1.000,00 EUR (4.244,20 zł)

1989. Odnosumov Mykola w kwocie 8.256,99 USD (33.360,72 zł)

1990. Odrzywołek Iwona w kwocie 3.02 8,97 zł

1991. Ogulewicz Marek w kwocie 6.000,00 zł (1.398,04 EUR)

1992. Ogrodnik Sylwester w kwocie 11.000,00 NOK (3.93 6,74 zł)

1993. Ogrodowski Dawid w kwocie 6.900,00 USD (27.064,56 zł)

1994. Okoniewski Krzysztof w kwocie 2.505,25 zł (578,22 EUR)

1995. OKOŃ II Maria Staszewska/Staszewska Maria w kwocie 2.418,70 zł, 462,72 USD, 16,79 EUR, 17,16 CNY oraz 1.075.869,00 JPY

1996. Okulski Grzegorz w kwocie 15.088,51 zł

1997. Okłocka Diana w kwocie 4.346,10 zł

1998. Okurowska Elżbieta w kwocie 3 7.000,00 EUR

1999. Olchawska Klaudia w kwocie 4.010,00 zł

2000. Olczak Aleksandra w kwocie 2.000,00 EUK

2001. Olszak Adrian w kwocie 3 0.000,00 DKK

2002. Olszewski Tomasz w kwocie 2.310,31 zł (535,65 EUR)

2003. Olszewski Marcin w kwocie 5.170,00 EUR

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 199 of 523
SBU - LEGAL                                                EXP-PIORO-00199

2004. Olszewski Dariusz w kwocie 7.894,89 zł

2005. Oyunkhuu Damian Yadam w kwocie 15.532,00 USD

2006. Pirart Paulina w kwocie 8.621,20 zł (2.000,00 EUR)

2007. Pawlak Przemysław w kwocie 3.000,00 EUR

2008. Robak Adam w kwocie 1.267,00 EUR (5.417,79 zł)

2009. Romanowska Jolanta w kwocie 3.5 84,20 zł (770,00 CHF)

2010. Romanowski Łukasz w kwocie 7.795,08 zł

2011. Romaniec Michał w kwocie 1.909,88 zł (414,13 CHF)

2012. Rokicki Jarosław w kwocie 100,00 EUR (427,69 zł)

2013. Rokita Anna w kwocie 5.096,96 EUR

2014. Roszak Robert w kwocie 42,3 2 zł oraz 1.924,12 EUR

2015. Rosiak Roman w kwocie 1.600,87 EUR    (6.840,52 zł) oraz 70,00 EUR

2016. Rosę Romuald w kwocie 1.200,00 EUR    (5.080,08 zł)

2017. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Wlodzimierz w kwocie 2.500,00 EUR (10.808,25 zł)

2018. PBDiO Kanbruk sp. z o.o. w kwocie 3 0.000,00 EUR

2019. Panel Sandwich Sp. z o.o./Emilian Strączewski w kwocie 150.000,00 EUR (652.290,00 zł)

2020. Pankau Maciej w kwocie 10.000,00 CHF

2021. Piskorz Andrzej w kwocie 15.000,00 zł (3.43 9,34 EUR)

2022. Piskorz Paweł w kwocie 49.288,00 zł

2023. Pilarek Włodzimierz w kwocie 134.272,40 zł

2024. Pilarski Dawid w kwocie 3.755,10 USD (15.050,82 zł)

2025. Pilniak Barbara/Pilniak Ireneusz w kwocie 14.195,00 zł

2026. Pilch Katarzyna w kwocie 2.000,00 EUR (8.556,60 zł)

2027. POLYATLAS sp. z o.o. w kwocie 467.996,40 zł (107.326,88 EUR)

2028. Polsko - Portugalska Izba Gospodarcza w kwocie 30.000,00 EUR (128.598,00 zł)

2029. Potocka Renata w kwocie 1.200,00 zł (274,68 EUR)

2030. Powroźnik Mikołaj w kwocie 1.700,00 EUR

2031. Pręcikowski Paweł w kwocie 2.800,00 EUR

2032. Pstrowski Marek w kwocie 2.616,77 zł (560,00 CHF)

2033. Puchała Aneta i Puchała Ireneusz w kwocie 23.229,88 EUR

68

SBU - LEGAL    EXU-PIORO-00200

2034. Puchalski Janusz w kwocie 160,2 8 EUR

2035. Puchłowska Paulina w kwocie 107.938,16 zł

2036. Puczka Dominik w kwocie 15.070,77 zł oraz 12,20 EUR

2037. Pudełko Adam w kwocie 42.877,00 zł

2038. Pyza Michał w kwocie 10.000,00 EUR (43.276,00 zł)

2039. Radwan Ewelina i Radwan Grzegorz w kwocie 6.220,00 EUR

2040. Rapior Michał w kwocie 2.146,00 EUR (9.224,80 zł)

2041. Premium Storę sp. z o.o. w kwocie 10.000,00 EUR

2042. Rysiewicz Sławomir w kwocie 1.960,85 EUR

2043. Sadowska Aleksandra w kwocie 2.5 86,00 zł (600,00 EUR)

2044. Samborska Aneta w kwocie 2.000,00 zł (462,19 EUR)

2045. Schlichting Patrick 3.426,50 EUR (14.687,40 zł)

2046. Schroeder Robert reprezentujący AGA Polish Food Ltd. w kwocie 69.255,15 EUR

2047. Schutzmann Edyta w kwocie 2.500,00 EUR (10.747,00 zł)

2048. Matula Mateusz w kwocie 8.041,87 zł (1.750,00 CHF)

2049. Miś Hubert w kwocie 1.153,14 EUR oraz 6.634,69 NOK

2050. Smyk Kazimierz Antoni w kwocie 7.002,29 EUR

2051. Sobolewski Adam w kwocie 3 50,00 EUR

2052. SOGBI Sp. z o.o./ Grzegorz Soska w kwocie 2.217,41 zł

2053. Sosnowski Piotr w kwocie 901,00 EUR

2054. Sosnowski Krzysztof 5.400,00 EUR (23.094,18 zł)

2055. Sosiński Tomasz w kwocie 5.000,00 EUR (21.432,50 zł)

2056. Spigarski Patryk w kwocie 1.680,00 EUR (6.491,14 zł)

2057. Stachura Aleksandra w kwocie 200,00 EUR

2058. Stachyra Marcin w kwocie 7.200,00 EUR (30.816,72 zł)

2059. Stanek Katarzyna w kwocie 25.463,93 EUR

2060. Stankowski Tomasz w kwocie 1.500,00 zł (345,96 EUR)

2061. Stańczyk Brunon w kwocie 1.644,32 zł

2062. Stańczyk Grzegorz w kwocie 13.000,00 zł (2.482,33 GBP)

2063. Stasiak Dominik w kwocie 10.200,00 zł (1.959,01 GBP)

2064. Stasiewicz-Swinney Agnieszka w kwocie 3.000,00 EUR

2065. Stasiulewicz Jerzy w kwocie 28.825,00 AUD oraz 32.696,49 zł

69

SBU - LEGAL    EXH-PIORO-00204

2066. Stała Michalina w kwocie 500,00 GBP

2067. Styliński Rafał w kwocie 7.500,00 EUR

2068. Suchy Alfons w kwocie 22.500,00 EUR

2069. Suchodolski Marcin w kwocie 3.900,00 EUR (16.694,73 zł)

2070. Sypień Wojciech w kwocie 3.020,00 EUR, 3.000,00 CHF

2071. Sypiański Szymon w kwocie 4.920,84 zł (1.132,53 EUR)

2072. Sysa Joanna w kwocie 3.208,29 zł (690,00 CHF)

2073. SYNESTHESIS Robert Wiśniewski w kwocie 106.3 5 8,20 zł (26.000,00 USD)

2074. Sznycer Karolina w kwocie 22.000,00 zł (5.13 3,74 EUR)

2075. Szopski Tomasz reprezentujący Fake Bakę Polska w kwocie 17.221,60 zł (4.000,00 EUR)

2076. Szopa Magdalena w kwocie 601,44 CHF (630,69 EUR)

2077. Szymański Krystian w kwocie 1.000,00 EUR

2078. Szymczak Agnieszka w kwocie 8.00,00 EUR

2079. Szymczyk Piotr w kwocie 150.000,00 zł

2080. Śmieja Krzysztof w kwocie 7.900,00 EUR

2081. Ściskała Karina w kwocie 300.000,00 zł (70.224,72 EUR)

2082. Taraszkiewicz Andrzej w kwocie 2.000,00 EUR

2083. Tusiński Daniel w kwocie 518,90 EUR

2084. Tymrakiewicz Patryk Maciej w kwocie 20.000,00 EUR

2085. Trybański Mariusz/Teresa w kwocie 16.000,00 zł

2086. Uler Dorota w kwocie 815,65 EUR

2087. Urbański Michael w kwocie 21.73 5,50 zł (5.000,00 EUR)

2088. Urbański Marek w kwocie 3.280,01 zł (704,00 CHF)

2089. Urbański Wojciech w kwocie 2.799,03 zł (600,47 CHF)

2090. Komorowska Jolanta reprezentująca Vivo Jolanta Komorowska w kwocie 700,00 EUR

2091. Komperda Mateusz Franciszek w kwocie 2.500,00 zł oraz 565,55 EUR

2092. Kompała Krzysztof w kwocie 13.700,00 zł

2093. Wiatrowski Dariusz w kwocie 700.000,00 SEK

2094. Wiechnik Przemysław reprezentujący MP BROS LTD w kwocie 8.214,39 EUR, 20.803,40 GBP

70

2095. Wiecheć Adam w kwocie 700,00 EUR

2096. Wiechowska Anna w kwocie 709,74 USD

2097. Wilczyński Zbigniew w kwocie 1.000,00 EUR

2098. Witkowska Aneta w kwocie 3.496,72 zł (800,00 EUR)

2099. Wild Willy Sp. z o.o./ Wilczyński Marcin w kwocie 9.782,18 zł (2.265,00 EUR)

2100. Winnicka Justyna w kwocie 2.000,00 EUR (8.626,40 zł)

2101. Wiśniewski Bogdan w kwocie 25.000,00 zł (5.733,55 EUR)

2102. Wiśniewski Łukasz w kwocie 2.904,03 EUR

2103. Wiśniewski Jakub w kwocie 3.73 8,29 USD (3.5 3 7,17 EUR)

2104. Władysław Dubicki w kwocie 6.000,00 EUR

2105. Włodarczyk Mateusz w kwocie 665,00 EUR

2106. Woś Zuzanna w kwocie 32.559,00 CHF oraz 1.000,00 EUR

2107. Woś Beata w kwocie 38.554,08 zł

2108. GAR Trans sp. z o.o./ koczyłas Karol w kwocie 4.000,00 EUR (17.342,00 zł)

2109. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna w kwocie 472.481,45

2110. Wójcicki Paweł w kwocie 1.846,97 zł (426,00 EUR)

2111. Wójcik-Michalkowska Natalia w kwocie 2.804,46 EUR

2112. Wójcik Grażyna w kwocie 20.000,00 NOK

2113. Wójcik Mariusz w kwocie 11.154,54 EUR oraz 2.416,62 USD

2114. Wójcik Anna w kwocie 697,77 EUR, 1.340,76 USD, 19.059,61 zł

2115. Wójcik Sylwia w kwocie 4.000,00 EUR (17.368,40 zł)

2116. Wójcik Paweł w kwocie 15.000,00 USD (61.051,50 zł)

2117. Wójcik Tomasz P.P.H.U. EUROPOL w kwocie 65.187,00 zł (15.000,00 EUR)

2118. Wójcik Jacek w kwocie 91,42 EUR

2119. Wójcik Piotr w kwocie 2.571,26 zł

2120. Wójcik- Czech Ewa w kwocie 411,99 EUR

2121. Wójcik Mateusz w kwocie 169.574,99 SEK oraz 3.767,00 zł

2122. Śpiewak Daniel w kwocie 1.241,77 zł

2123. Wrona Sylwia w kwocie 22.498,83 EUR

2124. Wronka Marcin w kwocie 4.3 53,70 zł (1.000,00 EUR)

2125. Wycisło Kamil w kwocie 19.216,59 EUR

2126. Wzorek Marta w kwocie 1.000,00 EUR (4.333,10 zł)

Case 6:26-mj-02039-DPR    Document 1-1  Filed 05/18/26    Page 203 of 523
SBU - LEGAL    EXCPIORO-00203

2127. Wzgarda Łukasz w kwocie 719,34 zł

2128. Zając Zenobia w kwocie w kwocie 13.300,69 EUR

2129. Andrykowska Regina w kwocie 14.000,00 USD

2130. Andryszczak Wojciech w kwocie 76.536,94 zł

2131. Bizon Janusz w kwocie 2.073,58 USD, 2.000,00 EUR (2.157,60 USD)

2132. Bożek Ewelina w kwocie 7.100,00 zł (1.645,54 EUR)

2133. Bożek Agata w kwocie 19.718,82 zł (4.600,00 EUR)

2134. Citko Paweł kwocie 8.442,96 GBP, 37.084,21 USD

2135. Czech Katarzyna w kwocie 128.194,43 USD

2136. Czechowski Roman w kwocie 1.512,00 EUR, 1.307,63 USD oraz 395,20 GBP

2137. Dudek Jakub w kwocie 4.659,70 USD

2138. Dulski Przemysław w kwocie 7.285,00 USD

2139. Falkiewicz Justyna w kwocie 5.139,32 zł (1.304,00 USD)

2140. Falkiewicz Jarosław/ Falkiewicz Justyna w kwocie 580,00 EUR (2.506,24 zł)

2141. Falkowski Krzysztof w kwocie 1.300,00 GBP

2142. Forma Rafał i Forma Tomasz w kwocie 25.329,92 USD

2143. Fostacz Magdalena w kwocie 3.800,00 zł (881,55 EUR)

2144. Gocek Łukasz w kwocie 16.253,60 zł (4.000,00 USD)

2145. Górka Marcin w kwocie 10.157,47 USD

2146. Izodorczyk Jacek w kwocie 1.776,27 zł (379,82 CHF)

2147. Jabłoński Kamil w kwocie 4.990,00 USD

2148. Jasińska Kinga w kwocie 6.383,82 USD

2149. Jasińska Barbara w kwocie 1.500,00 EUR (6.350,55 zł)

2150. Jasiński Łukasz w kwocie 1.643,17 EUR (7.050,00 zł)

2151. Jasiński Michał w kwocie 12.000,00 EUR (51.044,40 zł)

2152. Jaworska Alina w kwocie 1.450,00 USD

2153. Jaworska Dorota w kwocie 3.402,00 zł

2154. Jochimiak Grzegorz w kwocie 1.250,69 USD

2155. Jonik Tomasz w kwocie 3.700,00 USD

2156. Joskowski Bartłomiej 1.475,00 zł

2157. Kapuściński Giedymin w kwocie 2.430,00 USD (9.493,52 zł)

2158. Kapuśniak Damian w kwocie 17.640,04 zł (4.400,00 USD)

72

SBU - LEGAL    EX-PIGRO-00204

2159. Kiełtyka-Michna Monika Anna w kwocie 50.000,00 zł (12.692,92 USD)

2160. Kiełpin Jan w kwocie 18.967,70 zł

2161. Kochan Grzegorz w kwocie 18.200,25 z (4.500,00 USD)

2162. Kochanowski Marcin w kwocie 44.227,85 TRY

2163. Kochańska- Szymczak Marta w kwocie 2.852.3 89,00 JPY

2164. Koczocik Anna w kwocie 500,00 CHF (2.323,20 zł)

2165. Kozina Anna w kwocie 34.827,03 USD

2166. Kozieł Krystian w kwocie 14.000,00 zł (3.226,62 EUR)

2167. Krawczyk Marcin w kwocie 27.000,00 zł (6.740,60 USD)

2168. Krawczyk Aleksandra w kwocie 5.401,00 GBP

2169. Krysiak Grzegorz w kwocie 40.716,00 zł (10.000,00 USD)

2170. Kubicki Kamil w kwocie 7.500,00 zł (1.892,89 USD)

2171. Kubiszewski Szymon w kwocie 1.217,27 CHF

2172. Kula Tomasz w kwocie 5.569,88 EUR

2173. Kula Piotr w kwocie 1.992,88 zł oraz 507,68 USD

2174. Lach Hubert (P: 81090903691) w kwocie 11.5 81,23 USD

2175. Lach Hubert (P:72041500432) w kwocie 2.673,72 zł (620,18 EUR)

2176. Marek Wacław w kwocie 2.075,63 USD

2177. Waczynska Vaida w kwocie 20.000,00 EUR (85.708,00 zł)

2178. Sachniewicz Mirosław w kwocie 1.085,10 USD

2179. Saj dak Łukasz w kwocie 194,07 USD

2180. Wieloch Justyna w kwocie 3.022,94 USD

2181. Wiesner Marius w kwocie 12.473,20 EUR

2182. Wieszczyk Piotr w kwocie 4.612,01 zł (1.064,00 EUR)

2183. Wieszołek Tomasz w kwocie 3.400,00 EUR oraz 2.167,45 zł

2184. Wierzchowiak Sebastian w kwocie 4.788,27 EUR

2185. Wiewióra Jędrzej w kwocie 500,00 EUR

2186. Wiktor Mucha w kwocie 4.840,30 USD

2187. Wypich Jarosław w kwocie 27.893,97 zł

2188. Wytwer Joanna w kwocie 29.074,32 zł (7-200,00 USD)

2189. Zawada - Biszczad Agnieszka w kwocie 298,00 EUR

2190. zawadzki Grzegorz w Kwocie 19.950,49 USD

73

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 205 of 523

SBU - LEGAL     EX9-PIORO-00205

2191. Zborowski Michał w kwocie 9.049,54 USD

2192. Zemke Aleksander w kwocie 30.936,69 zł (7.819,00 USD)

2193. Zemlik Paweł w kwocie 464,84 EUR

2194. Zielski Sebastian reprezentujący NAMIX Sebastian Zielski w kwocie 287.033,46 zł (72.844,00 USD)

2195. Zielińska Dorota (P: 64062612300) w kwocie 20.178,50 zł (5.000,00 USD)

2196. Zielińska Dorota w kwocie 5.876,16 zł

2197. Kolarz Michał w kwocie 99.328,92 CHF

2198. Kolendo Filip w kwocie 1.726,48 zł (400,00 EUR)

2199. Kolonko Albert w kwocie 2.000,00 EUR

2200. Haba Maciej w kwocie 130,00 CHF

2201. Karda Łukasz w kwocie 4.400,00 zł (1.007,5 8 EUR)

2202. Kardasz Marek Janusz w kwocie 94.000,00 zł

2203. Buszta Katrzyna w kwocie 615,74 CHF

2204. Sławiński Marcin w kwocie 550,00 CHF

2205. Sławik Tomasz w kwocie 9.000,00 zł (2.098,15 EUR)

2206. Sławiok Patryk w kwocie 10.000,00 zł (2.096,30 USD)

2207. Skwara Michał w kwocie 5.000,00 GBP (26.020,00 zł)

2208. Skwarczyńska Maria w kwocie 39.997,21 EUR (172.220,00 zł)

2209. Wróblewski Krystian w kwocie 698,42 CHF

2210. Wracławek Adrian w kwocie 15.010,00 zł

2211. Wekwejt Aneta w kwocie 41.931,07 zł

2212. Artur Świtała reprezentujący AD-BAU Artur Świtała w kwocie 25 8.765,00 zł (50.000,00 CHF)

2213. Mil Robert w kwocie 358,82 EUR

2214. Milewski Kamil Krzysztof w kwocie 480,00 CHF

2215. Milewski Łukasz w kwocie 30.136,40 zł

2216. Milewski Arkadiusz w kwocie 2.500,00 EUR (10.667,37 zł)

2217. Krzanicki Daniel w kwocie 5.000,00 EUR (4.149,82 GBP)

2218. Krzanowska Elżbieta w kwocie 4.307,10 zł (1.000,00 EUR)

2219. Weronika Bell w kwocie 4.821,00 GBP

2220. WELDMONT Sp. z o.o./ Krawczyk Kamil w kwocie 41.794,32 zł

74

SBU - LEGAL    EX-PIORO-00206

2222. Wendzonka Katarzyna w kwocie 804,47 EUR

2223. Wetta Agnieszka w kwocie 1.75 0,00 EUR

2224. Wetzel Łukasz w kwocie 2.973,77 EUR

2225. Malinowski Robert w kwocie 11.970,00 GBP

2226. Malinowski Kamil w kwocie 3.563,80 zł

2227. Maligranda Mariusz w kwocie 869,67 USD (3.524,25 zł) oraz 52.712,36 zł

2228. Malesza - Flak Renata w kwocie 1.634,71 zł (3 50,00 CHF)

2229. Małkiewicz Tomasz w kwocie 6.503,5 5 zł

2230. Małkiewicz Paweł w kwocie 27.820,80 zł

2231. Mąka Maria w kwocie 1.847,04 zł (400,00 CHF)

2232. Mąka Przemysław w kwocie 10.090,90 zł

2233. Aleksandrowicz Mirosław w kwocie 428,00 CHF

2234. Baran Jolanta w kwocie 12.146,11 zł

2235. Chmiel Emilia w kwocie 2.304,52 A (495,00 CHF)

2236. Dorota Keller-Zalewska w kwocie 3.754,5 3 zł (810,00 CHF)

2237. Dorosz - Olszak Marta w kwocie 1.951,59 zł (420,03 CHF)

2238. Dorenda Jakub w kwocie 8.661,00 zł

2239. Edyta Obłoj-Gąsiorowska w kwocie 3.070,74 zł (670,00 CHF)

2240. Hejnar-Brać Joanna w kwocie 509,10 CHF

2241. Janus Agnieszka w kwocie 1.240,11 CHF

2242. Janus Wioleta w kwocie 1.000,00 EUR (4.238,30 zł)

2243. Janus Łukasz w kwocie 29.740,00 NOK (10.751,01 zł)

2244. Jeliński Mieszko w kwocie 577,23 EUR (539,94 CHF)

2245. Kawka Robert w kwocie 255.315,98 zł (59.312,58 EUR)

2246. Kawa Jakub w kwocie 270,00 EUR

2247. Kawa Karol w kwocie 5.258,13 EUR (5.500,00 USD)

2248. Kawalec Tomasz w kwocie 50.000,95 USD oraz 54.865,90 zł

2249. Kawula Karol w kwocie 5.000,00 CHF (22.970,00 zł)

2250. Kapelańczyk Adrian w kwocie 448,3 8 zł

2251. Kapelańczyk Michalina w kwocie 4.121,00 USD

2252. Kapica Mariusz w kwocie 2.3 50,00 zł

2253. Kapica Damian w kwocie 41.571,41 zł

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 207 of 523
SBU - LEGAL     EXH PIORO-00204

2254. Kazmierczak Agnieszka w kwocie 1.000,94 zł (345,UU CHP)

2255. Kaźmierczuk Tomasz w kwocie 2.185,97 EUR

2256. Kaźmierski Jacek w kwocie 859,82 zł, 672,54 EUR, 11,90 USD

2257. Kecher Justyna w kwocie 251,54 EUR oraz 2.503,27 zł

2258. Kemer Jarosław w kwocie 301,00 CHF

2259. Kempa Izabela w kwocie 547,79 EUR

2260. Kempa Mirela w kwocie 4.705,47 zł

2261. Kempa Wojciech w kwocie 7.479,85 zł

2262. Kempanowski Radosław w kwocie 8.403,63 zł (1.939,00 EUR)

2263. Kessel Barbara w kwocie 15.097,60 zł

2264. Kędziora Maciej w kwocie 1.387,55 zł (299,81 CHF)

2265. Kędziora Mateusz Norbert w kwocie 21.5 94,25 DKK (12.490,11 zł)

2266. Kloskowska Anna w kwocie 1.159,93 zł (250,00 CHF)

2267. Kosmal Rafał w kwocie 5.244,02 zł

2268. Kosmala Radosław w kwocie 1.672,56 zł (360,00 CHF)

2269. Kowalski Leszek w kwocie 2.93 7,51 zł (63 5,00 CHF)

2270. Kowalski Konrad w kwocie 2.943,36 USD oraz 12.861,90 zł

2271. Kowalski Tomasz w kwocie 45.000,00 EUR (193.023,00 zł)

2272. Kowalski Łukasz w kwocie 12.910,20 zł

2273. Kozlowski Maciej w kwocie 2.165,49 zł (464,00 CHF)

2274. Kozłowska Katarzyna w kwocie 10,02 EUR (1.3 3 9,98 zł)

2275. Król Bartłomiej w kwocie 1.5 77,17 zł (342,00 CHF)

2276. Król Tomasz w kwocie 17.469,76 zł

2277. Królikiewicz Marek w kwocie 500,00 EUR (2.13 8,25 zł)

2278. Królikowski Zbigniew w kwocie 12.700,00 USD

2279. Luboniski Patryk w kwocie 3 80,00 CHF

2280. Łoszak Paweł w kwocie 1.808,24 zł (390,00 CHF)

2281. Malik Mariusz w kwocie 2.574,99 zł (560,00 CHF)

2282. Malisz Tomasz w kwocie 10.000,00 USD (40.821,00 zł) oraz 30.000,00 USD

2283. Maliszewski Adam w kwocie 8.700,00 zł (1.672,21 GBP)

2284. Marek Nowotniak w kwocie 4.922,96 zł (1.060,00 CHF)

2285. Marek Michał w kwocie 1.164.51 GBP (6.002.12 zł)

76

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 208 of 523
SBU - LEGAL    EXS-PIORO-00208

2286. Matuszczyk Michał w kwocie 472,88 CHF

2287. Masłach Mariusz w kwocie 3 5.000,00 zł

2288. Miałkowski Marek w kwocie 1.199,98 zł (257,06 CHF)

2289. Mikołaj Dulny w kwocie 925,71 zł (201,00 CHF)

2290. Milik Kamil w kwocie 1.697,82 zł

2291. Nawara Diminik 428,70 CHF

2292. Nawra Milena w kwocie 175.000,00 zł (41.015,30 EUR), 200,00 EUR (168,22 GBP), 200,00 EUR (851,68 zł)

2293. Nacewicz Łukasz w kwocie 1.500,00 USD (5.885,40 zł)

2294. Nowak Sebastian w kwocie 1.475,52 zł (320,00 CHF)

2295. Orzeł Katarzyna w kwocie 530,00 CHF

2296. Oset Katarzyna w kwocie 5.732,28 zł (1.232,00 CHF)

2297. Osewski Kamil w kwocie 189.904,00 zł (44.000,00 EUR)

2298. Panek Piotr w kwocie 651,00 CHF

2299. Panek Przemysław w kwocie 434.696,84 zł (91.841,00 zł)

2300. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

2301. Pedrycz Przemysław Henryk w kwocie 3.673,00 zł (791,08 CHF)

2302. Pilis Anna w kwocie 340,15 CHF

2303. Piotrowski Michał w kwocie 4.000,00 EUR (17.347,40 zł)

2304. Piotrowski Przemysław w kwocie 1.000,00 EUR (4.290,10 zł)

2305. Prusakowska Milena w kwocie 1.930,00 USD (7.548,04 zł)

2306. Przybylski Andrzej w kwocie 2.769,78 zł (595,00 CHF)

2307. Przybylski Mateusz (PESEL:90071016631) w kwocie 6.876,35 zł

2308. Przybylski Mateusz (PESEL: 89120601539) w kwocie 12.280,80 USD

2309. Przydacz Sebastian w kwocie 116.082,50 zł

2310. Przygoda- Zielińska Joanna w kwocie 10.018,00 GBP oraz 12.522,00 CHF

2311. Pojazdy Turystyczne Sp. z o.o. / Wojciech Świtalski w kwocie 92.848,70 zł (23.000,00 USD)

2312. Rożybowska-Dwojak Joanna w kwocie 600,00 CHF

2313. Rzepkowski Grzegorz w kwocie 3.344,76 zł (720,00 CHF)

2314. Rzepkowski Jakub w kwocie 113,54 EUR, 565,01 zł, 1.332,65 USD

2315. Siedlikowska Izabela w kwocie 599,60 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 209 of 523
SBU - LEGAL                                              EXB-PIGRO-00209

2316. Siejka Anna w kwocie 9.900,00 USD (3 8.73 7,71 zł)

2317. Sikora Mieczysław w kwocie 503,00 CHF

2318. Sikora Grzegorz w kwocie 63.257,73 zł

2319. Sobesto Marcin w kwocie 4.898,53 zł (1.051,30 CHF)

2320. Sobkowiak Jakub w kwocie 5.000,00 USD oraz 46,00 zł

2321. Szczurek Krzysztof w kwocie 2.922,76 zł, (630,00 CHF)

23 22. Szczurek Tomasz w kwocie 28.098,5 8 zł

2323. Szczuka Adam w kwocie 36.226,15 zł oraz 702,16 EUR

2324. Szumański Eryk w kwocie 820,84 GBP, 464,80 EUR, 28.000,00 JPY, 2.000,00 zł

2325. Szumny Beata w kwocie 4.562,92 zł (979,00 CHF)

2326. Szumny Marcin w kwocie 1.000,00 EUR

2327. Szulc Artur w kwocie 13.750,00 EUR

2328. Szulc Paweł w kwocie 14.753,00 EUR (62.543,87 zł)

2329. Szulczyńska - Kaczmarek Marta w kwocie 50.000,00 EUR (215.305,00 zł)

2330. Szufnara Patryk w kwocie 5.000,00 EUR (21.726,00 zł) oraz 8.309,99 zł

23 31. Szustakowski Tobiasz w kwocie 3.700,00 GBP (18.919,3 8 zł)

2332. Szuszko Agnieszka w kwocie 4.500,00 EUR (19.329,55 zł)

23 3 3. Sztuba Grzegorz w kwocie 4.272,00 zł

2334. Szturc Dawid 8.659,00 zł (2.000,00 EUR)

2335. Tatiana Niemczyńska w kwocie 5.388,75 zł (1.159,02 CHF)

2336. Tatur Tomasz w kwocie 8.730,60 zł (2.000,00 EUR)

2337. Trojanek Paulina (zd. Świrydo) w kwocie 1.500,00 zł

2338. Tusiński Daniel w kwocie 495,82 CHF

2339. Wawrzykowska Barbara w kwocie 3.400,00 zł (796,15 EUR)

2340. Wawrzyniak Adam w kwocie 198,00 CHF

2341. Wawryn Konrad w kwocie 110.132,45 EUR

2342. Węglarski Marek w kwocie 2.347,41 zł (543,37 EUR)

2343. Waksmundzki Franciszek w kwocie 4.342,00 zł

2344. Witczak Tomasz w kwocie 8.554,00 zł

2345. Witek Maciej w kwocie 45.860,85 zł (10.500,00 EUR)

2346. Witkiewicz Dominik w kwocie 960,96 CHF

2347. Witkowski Jarosław w kwocie 2.524,68 zł (541,30 CHF)

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 210 of 523

SBU - LEGAL   EXPORO-0025103

2348. Witkowski Stanisław w kwocie 750,61 CHF

2349. Witakowski Jarosław w kwocie 20.532,05 zł

2350. Witański Bartłomiej w kwocie 4.000,00 EUR (17.207,20 zł)

2351. Witt Nikodem w kwocie 1.081,49 zł

2352. Wolniewicz Joanna w kwocie 3.493,43 zł (750,00 CHF)

2353. Wolniewicz- Wrabiec Justyna w kwocie 1.200,00 EUR (5.213,28 zł)

2354. Wolnik Agnieszka w kwocie 975,5 8 zł

2355. Wolny Roksana w kwocie 1.000,00 EUR (4.302,20)

2356. Woszczyna Marcin w kwocie 1.758,56 zł (380,00 CHF)

2357. Wrzoł Adam w kwocie 2.000,00 zł (459,58 EUR)

2358. Wrzosek Paweł w kwocie 303,00 CHF

2359. Wrzesiński Dominik w kwocie 2.453,57 zł (527,32 CHF)

2360. Zimakowska Dorota w kwocie 350,00 CHF

2361. Zimno woda Tomasz w kwocie 1.186,60 zł

2362. Zimoń Ewa w kwocie 4.872,79 zł (1.046,00 CHF)

2363. Zubrzycki Aleksander w kwocie 7.203,75 zł

2364. Uchal Jarosław w kwocie 3.823,82 zł (820,00 CHF)

2365. Uliński Henryk w kwocie 50.000,00 zł

2366. Uziębło Magdalena w kwocie 5.816,20 zł

2367. Kom Adrian w kwocie 2.254.861,27 NOK

2368. Szacowny Roman w kwocie 2.000,00 GBP (10.240,20 zł)

2369. Szadach Andrzej w kwocie 99.452,52 NOK

2370. Szafrańska - Sagan Joanna w kwocie 2.454,93 EUR (10.500,00 zł)

2371. Szarabajko Dominik w kwocie 36,27 zł

2372. Szarejko Robert Jan w kwocie 10.000,00 EUR (43.529,00 zł)

2373. Szarek Anna w kwocie 3.430,00 zł

2374. Szarek Dariusz w kwocie 2.618,70 zł (656,17 USD) oraz 611,22 zł (1.676,42 SEK)

2375. Szawajewski Bartłomiej w kwocie 1.746,00 EUR (7.544,82 zł)

2376. Szawurski Marcin wkwocie 41.051,52 zł

2377. Szymański Karol (P:92032509659)w kwocie 14.134,00 zł

2378. Szymański Karol (Wejcherowo)w kwocie 14.133,60 zł (39.000,00 NOK)

79

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 211 of 523
SBU - LEGAL    EXH PIORO 00213

2379. Ruta Łukasz reprezentujący RUTEX Łukasz Ruta w kwocie 608.052,74 NOK

2380. Kasperek Jacek w kwocie 46.250,00 NOK

2381. Płodowski Krzysztof w kwocie 103.140,08 SEK

2352. Płocki Marek w Kwocie 1.450,56 zł

2383. Posłowski Grzegorz w kwocie 182,63 CHF oraz 10,00 zł

2384. Pospiszy Andrzej w kwocie 40.000,00 GBP (206.912,00 zł)

2385. Posyłek - Głębocka Aneta w kwocie 910,37 EUR

2386. Szwaba Piotr w kwocie 28.183,91 SEK

2387. Szwach Maciej w kwocie 16.459,42 USD

2388. Szwaj Bartłomiej w kwocie 4.089,22 zł (881,05 CHF)

2389. Zwoliński Paweł w kwocie 39.463,32 EUR

2390. Wąsik Kamil w kwocie 2.347,72 EUR oraz 2.579,75 zł

2391. Wąsikowski Maciej w kwocie 173.359,60 zł (459.367,72 SEK)

2392. Wąsowski Andrzej w kwocie 1.000,00 EUR

2393. Wąsowicz Małgorzata w kwocie 931,00 EUR oraz 600,00 USD

2394. Voityuk Galyna w kwocie 15.000,00 zł oraz 46,81 USD

2395. VEGA Wojciech Porowski w kwocie 943,18 zł oraz 1.250,00 EUR

2396. Velno.pl Kamil Bołek w kwocie 200.000,00 zł (50.996,99 USD)

co stanowi w odniesieniu do wymienionych powyżej klientów łączną kwotę:

- 46.667.076,50 PLN,

- 8.676.980,77 EUR (euro) - po przeliczeniu po najniższym kursie wymiany 1EUR - 36.863.285,10 PLN,

- 4.151.471,98 USD (dolar amerykański) - po przeliczeniu po najniższym kursie wymiany 1USD - 16.020.530,37 PLN,

- 661.340,18 CHF (frank szwajcarski) - po przeliczeniu po najniższym kursie wymiany 1CHF- 2.981.718,34PLN,

- 5.374.651,65 NOK (korona norweska) - po przeliczeniu po najniższym kursie wymiany 1NOK- 1.936.486,99 PLN,

- 1.148.189,92GBP (funt szterling) - po przeliczeniu po najniższym kursie wymiany 1GBP-5.829.5 89,86 PLN,

- 1.912.921,28 SEK (korona szwedzka) - po przeliczeniu po najniższym kursie wymiany 1SEK - 705.485,37PLN,

80

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 212 of 523
SBU - LEGAL    EXU-PIORO-00242

- 23.910.521,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie wymiany 1JPY-621.099.69 PLN,

- 109.594,25 DKK (korona duńska) - po przeliczeniu po najniższym kursie wymiany 1DKK- 62.402,97 PLN,

- 218.992,50 CZK (korona czeska) - po przeliczeniu po najniższym kursie wymiany 1CZK-36.834,54 PLN,

- 753.548,78 TRY (lira turecka) - po przeliczeniu po najniższym kursie wymiany 1TRY-84.096,04 PLN,

- 28.825,00 AUD (dolar australijski) - po przeliczeniu po najniższym kursie wymiany 1AUD-75.475,38 PLN,

- 79.238,75 CAD (dolar kanadyjski) - po przeliczeniu po' najniższym kursie wymiany 1CAD- 223.651,37 PLN,

- 838,77 NZD (dolar nowozelandzki) - po przeliczeniu po najniższym kursie wymiany 1NZD- 1.981,59 PLN,

- 17,16 CNY (juan chiński renminbi) - po przeliczeniu po najniższym kursie wymiany 1CNY-09,00 PLN,

- 120,00 RUB (rubel rosyjski) - po przeliczeniu po najniższym kursie wymiany 1RUB - 03,60 PLN,

**to jest o przestępstwo z artykułu 286 paragraf 1 Kodeksu karnego w związku z artykułem 294 paragraf 4 Kodeksu karnego w związku z artykułu 12 paragraf 1 Kodeksu karnego w związku z artykułem 65 paragraf 1 Kodeksu karnego;**

II. w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., wspólnie i w porozumieniu z Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z

81

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 213 of 533
SBU - LEGAL    EXU-ICRO-00213

korzyści związanych z popełnieniem czynu zabronionego, polegającego na doprowadzeniu klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

-   w dniu 7 października 2024 roku, kwoty 200.000 zł, z rachunku Cinkciarz.pl. sp. z o.o. o nr 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

-   w dniu 7 października 2024 roku, łącznej kwoty 241.000 USD, z rachunku Cinkciarz. pl. sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

-   w dniach 11 i 16 października 2024 roku, łącznej kwoty 401.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

82

SBU - LEGAL     EXUPIORO-00214

-   w okresie od 1 do 25 października 2024 roku, łącznej kwoty 610.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding sp. z o.o. o nr 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/1 60801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych tytułem umowy pożyczki nr K/G/1 61201/004

-   w dniu 28 października 2024 roku, kwoty 80.000,00 EUR, z rachunku Cinkciarz.pl. sp. z o.o. o nr 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

-   w dniu 2 8 listopada 2024 roku, kwoty 185.000 EUR, z rachunku Conotoxia sp. z o.o. o nr 11 1140 1850 0000 2307 7000 1022 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004 tytułem umowy pożyczki, po czym z tego rachunku na rachunek Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share Capital increase",

-   w dniu 5 grudnia 2024 roku, kwoty w łącznej wysokości 420.000 zł, z rachunku Conotoxia sp. z o.o. o nr 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki,

-   w dniu 5 grudnia 2024 roku, kwoty 300.000 USD, z rachunku Conotoxia sp. z o.o. o nr 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o nr 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 zł, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z artykułu 299 paragraf 1 i 6 Kodeksu karnego w związku z artykułem 306b paragraf 1 Kodeksu karnego w związku z artykułem 12 paragraf 1 Kodeksu karnego**

z wniosku Prokuratora Prokuratury Regionalnej w Poznaniu z dnia 7 kwietnia 2025 roku w przedmiocie zastosowania tymczasowego aresztowania poszukiwawczego

na podstawie artykułu 249 paragraf 1 Kodeksu postępowania karnego w związku z artykułu 258 paragraf 1 punkt 1 i 2 oraz paragraf 2 Kodeksu postępowania karnego

**postanawia**

83

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 215 of 523

SBU - LEGAL

EXT-PIORO-00243

zastosować wobec Marcina Pióro, syna Wacława i Bożeny z domu Kulesza, urodzonego w dniu 6 września 1980 roku, PESEL: 80090604892, ostatnio zamieszkałego przy ulicy Beżowej 1, 65-128 Zielona Góra, nie przebywającego jednak obecnie pod wskazanym adresem, środek zapobiegawczy w postaci tymczasowego aresztowania na okres 30 /trzydziestu/ dni od chwili zatrzymania.

## UZASADNIENIE

Marcin Pióro stanął pod zarzutem popełnienia czynu zabronionego z artykułu 286 paragraf 1 Kodeksu karnego w związku z artykułem 294 paragraf 4 Kodeksu karnego w związku z artykułu 12 paragraf 1 Kodeksu karnego w związku z artykułem 65 paragraf 1 Kodeksu karnego oraz z artykułu 299 paragraf 1 i 6 Kodeksu karnego w związku z artykułem 306b paragraf 1 Kodeksu karnego w związku z artykułem 12 paragraf 1 Kodeksu karnego.

Zgromadzony w sprawie materiał dowodowy, w szczególności w postaci licznych zeznań przesłuchanych w toku postępowania przygotowawczego pokrzywdzonych oraz złożonych do akt dokumentów, w tym wydruku korespondencji elektronicznej, informacji przekazanych przed operatorów telekomunikacyjnych, jak również wyciągów z rachunków bankowych wskazuje na duże prawdopodobieństwo, iż Marcin Pióro dopuścił się zarzuconych mu czynów. Tym samym spełniona została ogólna przesłanka stosowania środków zapobiegawczych opisana w artykule 249 paragraf 1 Kodeksu postępowania karnego.

W toku przeprowadzonego do tej pory postępowania organy śledcze dokonując sprawdzenia dotychczasowego adresu Marcina Pióro ujawnili, że mężczyzna pod nim nie przebywa. W dniu 5 marca 2025 roku sporządzono postanowienie o przedstawieniu zarzutów Marcinowi Pióro. Postanowienie to zostało uzupełnione w dniu 30 maja 2025 roku. Mężczyzna nie został jednak przesłuchany w charakterze podejrzanego, albowiem nie stawił się na wyznaczony termin przesłuchania. Podjęte przez organy ścigania próby skontaktowania się z Marcinem Pióro – również pod innymi adresami – okazały się całkowicie bezskuteczne. Obecnie zachodzi wysokie prawdopodobieństwo, że Marcin Pióro przebywa zagranicą, na ternie Stanów Zjednoczonych Ameryki Północnej.

Mając na uwadze powyższe okoliczności, zdaniem Sądu zachodzi konieczność zastosowania najsurowszego środka zapobiegawczego w postaci tymczasowego aresztowania. Żaden inny środek zapobiegawczy nie zabezpieczy prawidłowego toku postępowania, to jest

84

nie zapewni stawiennictwa podejrzanego na wezwania prokuratora i Policji w celu przeprowadzenia niezbędnych czynności dowodowych z jego udziałem. Okoliczności niniejszej sprawy dają podstawy by przyjąć, że w stosunku do podejrzanego Marcina Pióro zachodzi realna obawa, że przebywając na wolności może utrudniać prowadzone przeciwko niemu postępowanie karne, w szczególności ukrywać się przed organami ścigania.

Zgodnie z artykułem 258 paragraf 1 punkt 1 Kodeksu postępowania karnego, tymczasowe aresztowanie i pozostałe środki zapobiegawcze można stosować, jeżeli zachodzi uzasadniona obawa ucieczki lub ukrycia się oskarżonego (podejrzanego), zwłaszcza wtedy, gdy nie można ustalić jego tożsamości albo nie ma on w kraju stałego miejsca pobytu. Ujawnione do tej pory okoliczności sprawy, zdaniem Sądu pozwalają przyjąć, iż przesłanka szczególna z artykułu 258 paragraf 1 punkt 1 Kodeksu postępowania karnego w pełni została spełniona. Podejrzany co najmniej od października 2024 r., czyli po podjęciu w sprawie przez prokuratora pierwszych czynności procesowych, przeprowadził się z najbliższymi do Ameryki Północnej i czynił dalsze przygotowania do przeniesienia tam składników swojego majątku. Jego dotychczasowa postawa już pozwala wysnuć wniosek, że celowo ukrywa się przed organami ścigania i nie zmienia tej okoliczności fakt, że w pismach procesowych podejrzany wskazuje swój adres.

Niezależnie od powyższego śledztwo w niniejszej sprawie jest na wstępnym etapie. Organy śledcze mają w planach przeprowadzenie jeszcze wielu czynności procesowych, a do sprawy zgłaszają się coraz to nowi pokrzywdzeni. Biorąc pod uwagę okoliczność, że podejrzany Marcin Pióro sprawował główną rolę w przestępczym procederze, jak również uwzględniając jego szeroki krąg znajomości i duży majątek, ma on zarówno interes, jak i możliwości wpływania na potencjalnych świadków i pokrzywdzonych. Zdaniem Sądu taki stan rzeczy w pełni aktualizował przesłankę szczególną z artykułu 258 paragraf 1 punkt 2 Kodeksu postępowania karnego.

Nadto wskazać należało, że podejrzanemu grozi surowa kara pozbawienia wolności nawet do 25 lat. W takim stanie rzeczy należało przyjąć, że również i samoistna przesłanka zastosowania tymczasowego aresztowania z artykułu 258 paragraf 2 Kodeksu postępowania karnego została spełniona.

Wobec spełnienia przesłanki ogólnej stosowania środka zapobiegawczego, jak również ziszczenia się przesłanek szczególnych, zastosowanie środka izolacyjnego w postaci tymczasowego aresztowania było zasadne. Jednocześnie nie zachodziły przesłanki negatywne

85

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 217 of 523
SBU - LEGAL    EXU-PIORO-00217

okreśłone w artykule 259 paragraf 1 punkt 1 i 2 Kodeksu postępowania karnego, to jest orzeczenie środka nie spowoduje poważnego niebezpieczeństwa dla jego życia lub zdrowia podejrzanego, jak również nie pociągnie wyjątkowo ciężkich skutków dla podejrzanego lub jego najbliższej rodziny. Z materiału zgromadzonego w toku postępowania nie wynikało, aby jakikolwiek skutek w tej postaci miał się ziścić w niniejszej sprawie. Z kolei ograniczenia wyszczególnione w paragrafach 2 i 3 wyżej wskazanego artykułu nie znajdowały zastosowania w niniejszej sprawie, zgodnie z treścią paragrafu 4, gdyż podejrzany ukrywa się, w bezprawny sposób utrudniając postępowanie.

Mając na uwadze powyższe orzeczono jak w sentencji.

Sędzia Marta Zaidlewicz

Stwierdzam, że postanowienie z dnia 9.07.2021 jest natychmiast wykonalne
Poznań, dnia 23.07.2021
SĘDZIA

Zgodność odpisu z oryginałem poświadczam
Poznań, dnia 23.07.2021
Sekretarz Sądowy

86

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 218 of 523
SBU - LEGAL    EXAMPLORO-00218



PROKURATURA REGIONALNA W POZNANIU
2 WYDZIAŁ DO SPRAW
PRZESTĘPCZOŚCI FINANSOWO – SKARBOWEJ
ul. Solna 10
61-736 POZNAŃ
tel. 61 885 2900, fax. 61 885 2902
e-mail: biuro.podawcze.rppoz@prokuratura.gov.pl

Poznań, dnia 25 lipca 2025 roku

2007-2.Ds.21.2024

**Komenda Miejska Policji**

**w Zielonej Górze**

## LIST GOŃCZY

Agata Ludwiczak – prokurator Prokuratury Regionalnej w Poznaniu stosownie do postanowienia o poszukiwaniu listem gończym podejrzanego **Marcina Pióro** z dnia 25 lipca 2025 roku wydanego w sprawie 2007-2.Ds.21.2024:

I.  **Zarządza poszukiwanie listem gończym niżej wymienionego podejrzanego**

1. Nazwisko i imiona **Marcin Pióro**

2. Pseudonim: **Brak**

3. Imię ojca: **Wacław**

   Imię i nazwisko rodowe matki: **Bożena z domu Kulesza**

4. Data i miejsce urodzenia: **6 września 1980 roku, Szczecin**

5. PESEL **80090604892**

6. Ostatnie miejsce zameldowania: **ulica Beżowa 1, 65-128 Zielona Góra**

7. Ostatnie miejsce zamieszkania: **ulica Beżowa 1, 65-128 Zielona Góra**

8. Ostatnie miejsce pracy: **Cinkciarz.pl sp. z o.o. ulica Wrocławska 17B, 65-427 Zielona Góra**

9. Zawód: **przedsiębiorca**

10. Obywatelstwo: **polskie**

11. Płeć: **mężczyzna**

12. Rysopis:

| wzrost w cm | 177 cm | włosy | brak danych |
| --- | --- | --- | --- |
| Czoło | brak danych | twarz | brak danych |

SBU - LEGAL        EX-PIORO-00243

| | | | |
|---|---|---|---|
| kolor oczu | **piwne** | uszy | **brak danych** |
| nos | **brak danych** | usta | **brak danych** |
| znaki szczególne | **brak danych** | | |
| inne cechy rysopisowe | **brak danych** | | |

Rysopis ze zbiorów prowadzonych na podstawie ustawy przez organy władzy publicznej.

13. Informacja o treści postawionego zarzutu: podejrzanemu przedstawiono zarzut popełnienia przestępstwa oszustwa w kwocie co najmniej 112.109.714,12 złotych na szkodę kilku tysięcy osób pokrzywdzonych, to jest z artykułu 286 paragraf 1 kodeksu karnego w związku z artykułem 294 paragraf 4 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego w związku z artykułem 65 paragraf 1 kodeksu karnego oraz popełnienia przestępstwa prania brudnych pieniędzy pochodzących z wyżej wymienionego czynu zabronionego, to jest z artykułu 299 paragraf 1 i 6 kodeksu karnego w związku z artykułem 306b paragraf 1 kodeksu karnego w związku z artykułem 12 paragraf 1 kodeksu karnego.

14. Data i sygnatura postanowienia o tymczasowym aresztowaniu:

    **Sąd Rejonowy Poznań – Stare Miasto w Poznaniu VIII Wydział Karny, postanowienie z dnia 9 lipca 2025 roku sygnatura akt VIII Kp 367/25.**

II. Ropowszechnianie listu gończego nastąpi przez rozesłanie do jednostek Policji.

**Wzywa się każdego, kto zna miejsce pobytu poszukiwanego do zawiadomienia o tym najbliższej jednostki Policji lub prokuratora ((artykuł 280 paragraf 1 punkt 4 kodeksu postępowania karnego).**

**Ostrzega się, że za ukrywanie poszukiwanego lub dopomaganie mu w ucieczce grozi kara pozbawienia wolności do lat 5 (artykuł 239 paragraf 1 kodeksu karnego).**

**Udziela się zapewnienia o utrzymaniu tajemnicy co do osoby informującej (artykuł 280 paragraf 2 kodeks postępowania karnego).**

**Prokurator Prokuratury Regionalnej**
**w Poznaniu** *Ludwiczak*
**Agata Ludwiczak**

**Załączniki:**

- odpis postanowienia o tymczasowym aresztowaniu.

- nakaz przyjęcia do najbliższego aresztu śledczego lub

zakładu karnego

- nakaz doprowadzenia.

**Prokurator Prokuratury Regionalnej**
**w Poznaniu**
**Agata Ludwiczak**

SBU - LEGAL    EXUPICRO-00224



SBU - LEGAL



SBU - LEGAL    EXO-PIORO-00223



sygn.  2007-2.Ds.21.2024

## POSTANOWIENIE

### o przedstawieniu zarzutów

Poznań, dnia 5 marca 2025 roku

Sylwia Fabiś – prokurator Prokuratury Regionalnej w Poznaniu, uwzględniając dane zebrane w toku śledztwa  2007-2.Ds.21.2024 w sprawie o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k.  w zw. z art. 12 § 1 k.k. i inne

- działając na podstawie art. 313 § 1 i 2 k.p.k.

**postanowił:**

przedstawić <u>Marcinowi Pióro</u>  zarzut, że:

I.  w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu  spółek: Cinkciarz.pl sp. z o.o.,  Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl sp. z o.o., w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia sp. z o.o., a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki, doprowadził ustalonych do chwili obecnej  klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem  w  łącznej  kwocie  co  najmniej  **49.335.682,67  zł,** stanowiącej  wartość  większą  niż  dziesięciokrotność  kwoty  określającej  mienie wielkiej  wartości,  za  pomocą  wprowadzenia  ich  w  błąd,  co  do  okoliczności mających  znaczenie  dla  zawarcia  umowy  w  aplikacji  mobilnej  Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp

wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w wyniku czego pokrzywdzeni m.in. zostali:

1. Abramczuk Paweł w kwocie 1.969,00 zł, 1.000,00 USD, 1.000 EUR, 162,12 CHF
2. Kluczyński Paweł i Małgorzata Kluczyńska działający w imieniu Airpotic sp. z o.o. w kwocie 100.000,00 EUR (431.050,00 zł )
3. Andrzej Chmielewski w kwocie 16.500,00 zł, 1.252.260,00 JPY, 61.550,70 NOK
4. Anioła-Hemmaty Karolina w kwocie 42.304,23 zł
5. Apacki Szymon w kwocie 836,34 zł, 5.120,46 EUR, 3.701,87 USD, 3.142,52 CHF
6. Augustynowicz Sebastian w kwocie 83.670,83 zł, 1.978,01 EUR
7. Balcerzak Agnieszka w kwocie 45.026,61 zł
8. Banach Olga w kwocie 47.757,12 zł
9. Banaś Mariusz w kwocie 15.000,00 EUR (64.080,00 zł)
10. Bandyk Jacek w kwocie 1.000,00 EUR, (4.302,10 zł)
11. Baran Tomasz w kwocie 42,82 CHF, celem uzyskania 201,04 zł oraz 334,00 zł
12. Barnaś Piotr w kwocie 7.000,00 EUR, celem uzyskania 30.003,40 zł
13. Barras Magdalena w kwocie 10.000,00 CHF (45.500,00 zł)

SBU - LEGAL   EX PICRO-00343

14. Bartosiak Jacek w kwocie 2.315,71 zł

15. Baryłko Grzegorz w kwocie 700,00 EUR (3.000,20 zł)

16. Bąk Dariusz w kwocie 218.427,00 zł

17. Bąk Karol w kwocie 427,59 zł

18. Bednarski Rafał w kwocie 38.521,80 zł

19. Berkowska Marta w kwocie 767,70 zł i 200 GBP (1.027,02 zł) - łącznie 1.794,72 zł

20. Bernacki Andrzej w kwocie 100.356,12 NOK (35.857,24 zł)

21. Białowąs Sebastian w kwocie 13.375,23 zł (58.003,02 zł)

22. Bielak Mirosław w kwocie 387,00 EUR (1.674,01 zł) i 3.200,00 zł – łącznie 4.874,01 zł

23. Bielawa Roman w kwocie 13.000,00 DKK (7.551,70 zł)

24. Blaszczyk Piotr w kwocie 322,88 EUR i 10.045,64 zł

25. Błażewski Tomasz w kwocie 49.185,92 zł

26. Bochnak Joanna działająca w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 30.000,00 EUR (129.327,00 zł).

27. Bochnak Marek działający w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 40.000,00 EUR (172.628,00 zł)

28. Bochniarz Joanna działając w imieniu Centrum Innowacyjnej Edukacji w kwocie 10.000,00 EUR (42.798,00 zł)

29. Boczarski Rafał w kwocie 23.000,00 NOK (8.358,20 zł)

30. Bojczuk Adriana w kwocie 173.328,00 zł

31. Bombik Anna w kwocie 700,00 zł

32. Borczowski Marcin działający w imieniu Real-Construct sp. z o.o. w kwocie 12.000,00 EUR (51 300,00 zł)

33. Borowski Rafał w kwocie 15.299,51 zł

34. Borys Magdalena w kwocie 1.740,00 EUR (7.441,98 zł)

35. Brancewicz Michał w kwocie 7.000,00 EUR (30.002,70 zł)

36. Bryk Jakub w kwocie 50.000,00 USD (200.435,00 zł)

37. Budek-Janek Beata w kwocie 2.504,84 zł

38. Budzyński Piotr w kwocie 11.783,03 zł

39. Byczyński Jacek w kwocie 9.068,69 zł

40. Byrska Wiktoria w kwocie 2.160,19 zł

41. Ceglarska Magdalena w kwocie 31.102,80 zł

SBU - LEGAL



42. Chmielnicka Marta w kwocie 1.852,00 EUR (7.874,15 zł)

43. Chmielowiec Jacek w kwocie 10.000,00 USD (39.176,00 zł)

44. Chochorowski Piotr w kwocie 74.326,83 zł i 40.000,00 GBP

45. Chwała Artur w kwocie 1.750,00 zł

46. Chyłek Aneta Sylwia w kwocie 8.668,07 zł

47. Cichoń Michał w kwocie 6.223,91 zł i 2.211,55 EUR

48. Cichorski Michał 1.500,00 EUR (6.461,25 zł)

49. Ciesielski Michał w kwocie 10.000,00 EUR (43.404,00 zł)

50. Ciesielski Michał (74100404552) w kwocie 2.000,00 zł (463,90 EUR)

51. Ciesielski Daniel w kwocie 5.000,00 USD (19.878,50 zł)

52. Cupak Adrian w kwocie 2.000,00 USD (7.803,40 zł)

53. Cylwik Andrzej w kwocie 12.000,00 USD (46.826,40 zł)

54. Czapla Ewelina w kwocie 5.000,00 USD (20.465,00 zł)

55. Czarczyński Maciej w kwocie 950,36 zł

56. Czekierda Piotr w kwocie 5.518,00 zł i 700,00 EUR

57. Czernicki Jan w kwocie 24.101,03 zł

58. Czerwiński Łukasz w kwocie 4.335,10 zł

59. Czestkowska Marta w kwocie 8.578,30 zł

60. Czopik Marcin działający w imieniu IAPS sp. z o.o. w kwocie 60.000,00 EUR (259.128,00 zł),

61. Maria Szymańska – Graca działająca w imieniu MARYTEX Sp. z o.o. w kwocie 7.200,00 EUR

62. Damaskinos Kamila w kwocie 49.336,30 zł

63. Daniluk Roman w kwocie 870,13 zł, 918,89 EUR i 3.582,19 USD

64. Dargacz Piotr w kwocie 52.735,27 zł

65. Dargiewicz Janusz w kwocie 50.000,00 EUR (215.205,00 zł)

66. Dąbek Jacek w kwocie 26.320,90 zł

67. Dąbkowski Damian w kwocie 23.706,32 zł

68. Dąbrowska Urszula w kwocie 11.829,49 zł i 2.000,00 USD

69. Dąbrowska-Wyra Daria i Dąbrowski Łukasz w kwocie 1.850 EUR (7.907,03 zł)

70. Dąbrowski Kazimierz w kwocie 39.500,00 EUR (170.057,30 zł)

71. Diduszko Mateusz w kwocie 40.110,00 zł

72. APF POLSKA Sp. z o.o./Karpowicz Agnieszka w kwocie 566.417,28 zł

SBU - LEGAL

73. Długosz Arkadiusz w kwocie 42.881,28 zł

74. Domaszewicz Ewa w kwocie 3.646,84 zł

75. Domejko Krzysztof w kwocie 8.172,19 zł

76. Domoradzka Monika w kwocie 3.138,02 EUR (13.512,94 zł)

77. Musiał Kamil reprezentujący Doradztwo Gruntowe Kamil Musiał w kwocie 15.019,00 EUR (63.751,15 zł), 199,00 EUR i 269,43 USD (245,52 EUR)

78. Dovhanych Volodymyr w kwocie 35.174,00 EUR (138.093,12 zł)

79. Draczyński Michał w kwocie 7.211,27 zł i 1.148,55 USD

80. Drescher Edyta w kwocie 8.050,00 EUR (34.463,66 zł)

81. Drużbiński Paweł w kwocie 4.324,10 zł

82. Włodzimierz Rogowski działający w imieniu AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA w kwocie 2.500,00 EUR (10.808,25 zł)

83. Dubrawska Sylwia i Dubrawski Kamil w kwocie 10.000,00 EUR (43.025,00 zł)

84. Dudek Mariusz w kwocie 10.000,00 zł

85. Dydo Tomasz w kwocie 758,06 zł

86. Dziamski Piotr w kwocie 4.072,42 USD (16.000,00 zł)

87. Dzióba Anna w kwocie 7.300,00 EUR (31.262,25 zł)

88. Żyrkowski Daniel działający w imieniu EKOROL w kwocie 53.000,00 EUR (229.961,70 zł)

89. Eksztein Paweł w kwocie 8.645,60 zł

90. Fanty Dawid w kwocie 2.300,00 EUR (9.943,59 zł)

91. Fedorczyk Bogusław w kwocie 6.368,28 zł

92. Flkiewitz- Bulatecka Dorota działająca w imieniu ASG Technik w kwocie 1.844,98 EUR (7.929,45 zł)

93. Francuz Krzysztof w kwocie 10.238,40 zł

94. Frankiewicz Gabriela w kwocie 4.000,00 EUR (509,10 zł)

95. Fredko Magdalena w kwocie 2.000,00 EUR (8.584,20 zł)

96. Gałązka Andrzej w kwocie 3.480,00 EUR (14.907,28 zł)

97. GAR Trans sp. z o.o. w kwocie 4.000,00 EUR (17.342,00 zł)

98. Garbacz Grzegorz w kwocie 53.854,67 zł

99. Garwoliński Konrad 200,57 zł i 1.420,32 EUR

100. Gastropol Łukasz Targowski sp.k w kwocie 25.000,00 EUR (107.027,30 zł)

101. Gawłowski Rafał w kwocie 13.058,58 zł

102. Gąsiorowski Marcin w kwocie 20.000,00 zł

103. Geliński Bartosz w kwocie 22.500,00 NOK (8.273,25 zł)

104. Gentelman Tomasz w kwocie 437.095,00 zł

105. Gidyński Łukasz działający w imieniu LUXOFT w kwocie 6.144,00 EUR (26.418,59 zł)

106. Gierak Mariusz w kwocie 7.300,00 EUR (31.257,46 zł)

107. Gil Daniel w kwocie 5.116,30 zł

108. Gils Gabriel w kwocie 1.500,00 EUR (6.406,11 zł)

109. Głowacki Marcin w kwocie 1.200,00 EUR (5.139,12 zł)

110. Gnaciński Krzysztof w kwocie 4.600,00 EUR (19.948,82 zł)

111. Gnielka Łukasz Bartłomiej 12.734,40 zł

112. Golonka Gabriela w kwocie 4.000,00 EUR (17.298,40 zł) i 3.000,00 EUR

113. Gołąb Karol w kwocie 22.877,77 zł, 1.081,73 EUR oraz 2.055,84 USD

114. Gołąb Michał w kwocie 1.075,90 EUR (4.655,20 zł)

115. Goncerzewicz Robert w kwocie 40.000,00 GBP (206.056,00 zł)

116. Górczyńska Edyta w kwocie 510,01 EUR (2.210,43 zł)

117. Górski Marcin w kwocie 9.867,65 zł

118. Więckiewicz Grażyna w kwocie 10.000,00 EUR (43.043,00 zł)

119. Grochowski Roman w kwocie 10.000,00 USD (38.610,00 zł)

120. Gromek Monika w kwocie 25.000,00 USD (98.040,00 zł)

121. Grybel Tomasz w kwocie 7.900,00 zł

122. Grzywaczyk Zbigniew w kwocie 75.000,00 zł

123. Gulbierz Tomasz w kwocie 9.819,50 zł, 900,00 EUR i 10.000,00 USD

124. Gunia-Krzyżak Agnieszka w kwocie 200,00 EUR (862,66 zł)

125. Gwiżdż Damian działający w imieniu Górka-Trans Szczyrek, Gwiżdż Sp. J. w kwocie 35.868,34 zł

126. Gwiżdż Sebastian w kwocie 1.000 EUR (4.296,80 zł)

127. Hachuła Piotr w kwocie 6.599,07 EUR (28.233,48 zł)

128. Hajduczenia Dariusz w kwocie 2.844,00 EUR (12.232,90 zł)

129. Harkabuzik Mateusz w kwocie 1.000,00 EUR (4.287,00 zł)

130. Hawro Konrad w kwocie 6.000,00 USD (23.793,60 zł) i 15.500,00 EUR (66.712.00 zł ) – łącznie 90.505,60 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 229 of 523
SBU - LEGAL    EXHIBIT 0228

131. Hawrył-Adamczyk Katarzyna i Adamczyk Bartosz w kwocie 29.037,80 zł i 9.000,00 CHF

132. Helbowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

133. Hołuta Marcin w kwocie 4.300,00 zł

134. Hordecki Mateusz w kwocie 4.302,17 zł

135. Hryniewicz Marek w kwocie 46.800,05 EUR (200.000,00 zł)

136. Hudyka - Grzesik Ewelina w kwocie 4.314,00 zł

137. Idziaszek Weronika w kwocie 2.000,00 EUR (8.527,00 zł)

138. Igielski Adam w kwocie 25.595,00 USD (101.537,92 zł)

139. Zięba Bogumił reprezentujący Inovatica AGV sp. z o.o. w kwocie 15.653,11 EUR (67.000,00 zł), 42.560,00 USD

140. Iwanicki Andrzej w kwocie 39.950,00 zł

141. Iwanucha - Blumberg Lidia w kwocie 2.154,05 zł

142. Jachowski Dariusz w kwocie 400,00 EUR (1.718,72 zł)

143. Jakubczak Jarosław w kwocie 40.000,00 NOK (14.592,00 zł)

144. Janeczek Robert w kwocie 175.959,03 zł

145. Janik Patryk w kwocie 30.000,00 zł i 3.000,00 EUR

146. Jankowski Mateusz w kwocie 3.000,00 USD (11.892,40 zł)

147. Jankowski Rafał w kwocie 3.000,00 EUR (12.908,40 zł)

148. cVest sp. z o.o. w kwocie 4.760,00 EUR (20.487,99 zł)

149. Janowski Mirosław w kwocie 4.375,00 zł

150. Januszek Maciej w kwocie 62.966,01 EUR (270.980,52 zł)

151. Jarek Arkadiusz w kwocie 6.200,00 EUR (26.897,46 zł)

152. Jasina Jarosław w kwocie 90.267,90 zł

153. Jasiok Dawid w kwocie 7.500,00 EUR (32.112,75 zł)

154. Jaworski Łukasz w kwocie 19.091,69 EUR (82.185,91 zł)

155. Jedliński Marcin w kwocie 12.863,45 zł

156. Jeremin Robert w kwocie 6.000,00 zł

157. Jewsiewiecki Bartosz w kwocie 1.700,00 EUR (7.279,17 zł)

158. Jędrzejek Sebastian w kwocie 4.000,00 EUR (17.162,40 zł)

159. Jucha Piotr w kwocie 6.943,76 zł

160. Juchlke Jarosław w kwocie 11.568,60 zł

161. Junkert Hubert w kwocie 4.294,00 zł

SBU - LEGAL



162. Jus Anna w kwocie 3.000,00 EUR (12.985,50 zł)

163. Juszkiewicz Arkadiusz w kwocie 20.987,28 EUR (89.934,69 zł)

164. Kachel Marek w kwocie 4.363,21 CHF (20.226,53 zł)

165. Kacprzak Tomasz w kwocie 43.300,00 USD (168.818,04 zł)

166. Kaługa Henryk w kwocie 910,04 zł

167. Kamiński Andrzej w kwocie 2.000,00 EUR (8.640,00 zł)

168. Kania Piotr w kwocie 2.215,00 EUR (9.553,96 zł)

169. Kanonik Piotr w kwocie 1.500,00 EUR (6.430,05 zł)

170. Karlińska Justyna w kwocie 950,00 EUR (4.079,78 zł)

171. Karolewicz Karol w kwocie 55.456,20 zł

172. Karpowicz Agata w kwocie 21.366,80 zł i 5.000,00 EUR

173. APF POLSKA sp. z o.o. w kwocie 566.417,28 zł

174. Kazanowski Tomasz w kwocie 200,00 EUR (860,04 zł)

175. Kaznowski Michał w kwocie 9.000,00 zł

176. Kiełtyka Piotr w kwocie 16.044,95 zł

177. Kita Elżbieta w kwocie 49.340,75 zł

178. Klepacka Beata w kwocie 11.649,04 EUR (50.000,00 zł)

179. Knapczyk Sławomir w kwocie 3.962,71 zł

180. Kobryn - Bodanka Urszula w kwocie 1.000,00 EUR (4.299,50 zł)

181. Kocik Marzena w kwocie 2.140,80 zł

182. Kołodziej Bartosz w kwocie 45.133,48 zł

183. Kołodziej Zbigniew w kwocie 17.173,29 CHF (77.448,00 zł)

184. Sopala Konrad w kwocie 9.500,00 EUR (40.801,55 zł)

185. Koperczuk Damian w kwocie 1.600,00 EUR (6.888,00 zł)

186. Koperczuk Renata w kwocie 2.850,00 EUR (12.270,68 zł)

187. Kordaczuk Sławomir w kwocie 586,67 CHF (2.734,70 zł)

188. Korotkiewicz Adrian w kwocie 17.114,20 zł

189. Korpal Piotr w kwocie 35.818,00 EUR (154.336,49 zł)

190. Korytowska Małgorzata w kwocie 26.000 CZK (4.306,31 zł)

191. Korzec-Frejowska Magdalena w kwocie 11.217,00 zł, 40.000,00 SEK (16.003,00 zł) – łącznie 27.220,00 zł

192. WGS Polska sp. z o.o. w kwocie 30.000,00 SEK (11 277,00 zł)

193. Korzeniewska Barbara w kwocie 130.367,22 zł

SBU - LEGAL

194.      Kosakiewicz Michał w kwocie 250,00 EUR (1.071,90 zł)

195.      Kosior Paweł w kwocie 7.653,14 zł, 32.521,15 USD i 3.726,28 EUR

196.      Kossakowski Janusz w kwocie 6.948,81 EUR

197.      Kotuła Grzegorz w kwocie 1.900,00 EUR (8.156,70 zł)

198.      Kowalczyk Sylwia w kwocie 12.950,00 USD (53.326,80 zł)

199.      Kowalewska-Hope Anna w kwocie 200,00 GBP (1.024,96 zł)

200.      Kowalska Magdalena w kwocie 1.500,00 EUR (6.480,45 zł)

201.      Kowalski Paweł w kwocie 90.000,00 EUR (385.903,99 zł)

202.      Koźlik Adrian w kwocie 4.726,47 zł

203.      Krajewski Bogdan w kwocie 42.800,00 zł

204.      Krajza Mariusz w kwocie 1.000,00 EUR

205.      Krawczyk Rafał Mirosław w kwocie 5.000,00 EUR (21.429,00 zł)

206.      Kreczko Dariusz w kwocie 14.019,16 zł i 23.432,23 EUR

207.      Kremplewski Mariusz w kwocie 5.000,00 USD (19.797,00 zł)

208.      Krogul Mieczysław w kwocie 32.000,00 zł

209.      Król-Dębek Marta w kwocie 202.016,80 zł i 303,32 EUR

210.      Kruczek Jacek w kwocie 21.663,60 zł

211.      Krupa Mariusz w kwocie 2.500,01 zł i 748,15 EUR

212.      Krzysztoszek Marta w kwocie 4.867,60 USD (20.000,00 zł)

213.      Krzywańska Patrycja (Stołowska) w kwocie 23.439,00 EUR (100.808,80 zł)

214.      Krzyżanowski Dawid w kwocie 1.875,00 EUR (8.014,69 zł)

215.      Krzyżowski Krzysztof w kwocie 30.000,00 NOK (10.827,00 zł)

216.      Kuc Wiesław w kwocie 60.000,00 EUR (25.833,60 zł)

217.      Kucharski Artur w kwocie 1.666,00 EUR (7.136,64 zł)

218.      Kuczyński Piotr w kwocie 15.414,30 zł

219.      Kujawiak Marian w kwocie 490,00 EUR (2.126,40 zł)

220.      Kukuła Michał w kwocie 45.000,00 USD (179.095,50 zł)

221.      Kulewicz Piotr w kwocie 17.170,76 zł

222.      Kulikov Vladyslav w kwocie 2.600,00 zł

223.      Kura Wojciech w kwocie 11.130,00 EUR (47.851,21 zł)

224.      Kurnik Piotr w kwocie 5.667,93 zł

225.      Midas sp. z o.o. w kwocie 6.086,22 EUR (26.351,51 zł)

226.      Kwaśniewska Katarzyna w kwocie 2.150,00 EUR (9.195,55 zł)

SBU - LEGAL

227. Kwiatek Kamil w kwocie 1.758,98 zł

228. Lach Katarzyna w kwocie 17.430,99 CHF (80.254,00 zł)

229. Lachiewicz Czesław w kwocie 7.944,00 zł i 21.887,00 EUR

230. Natalia Langa LAN-WOOD HOUSE sp. z.o.o w kwocie 60.000,00 EUR (258.000,00 zł)

231. Lech Mirosław w kwocie 1.800,00 CHF (8.190,18 zł)

232. Legierska Daria w kwocie 2.600,00 zł, 6.000,00 EUR (25.820,00 zł) i 6. 562,00 EUR

233. Lepich Marcin w kwocie 2.478,00 zł i 11.220,23 USD

234. Leśniak Wojciech w kwocie 42.831.24 zł i 9.990,00 EUR

235. Lettly sp. z o.o. Jakub Orłowski w kwocie 90.000,00 EUR (387.162,00zł)

236. Lewko Marian w kwocie 55.000,00 SEK (20.641,50 zł)

237. Linkiewicz Mateusz w kwocie 4.284,60 zł

238. Lipecka Anna w kwocie 200,00 zł i 1.911,13 CHF

239. Lisiecki Piotr w kwocie 42.117,17 zł

240. Lisowski Michał w kwocie 12.910,50 zł

241. Liwak – Marzec Katarzyna w kwocie 2.582,88 zł

242. Lubojański Łukasz w kwocie 12.731,43 zł

243. Skrok Lucjan w kwocie 15.000,00 EUR (64.662,00 zł)

244. Lach Maciej w kwocie 22.799,00 zł

245. Lazewski Bartosz w kwocie 30.000,00 zł

246. Abbie Łątka Sławomir w kwocie 57.000,00 EUR (246.148,00 zł)

247. Łukasik Aneta w kwocie 8.588,40 zł i 2.000,00 EUR

248. Maćko Sebastian w kwocie 3.277,13 USD (12.845,27 zł)

249. Madejski Tomasz w kwocie 537,74 EUR (2.324,54 zł)

250. Magnuszewski Łukasz w kwocie 24.353,31 zł

251. Maj Krzysztof w kwocie 10.000,00 GBP (51.456,00 zł)

252. Majgier Aron w kwocie 19.671,50 zł

253. Majorek Michał w kwocie 1.000,00 EUR (4.294,10 zł)

254. Malatyński Jacek w kwocie 3.965,00 USD (15.769,99 zł)

255. Malinowska-Pacuła Hanna w kwocie 14.439,21 zł

256. Małek Aleksandra w kwocie 1.520,00 EUR (6.504,57 zł)

257. Rogowska Marcelina w kwocie 3.200,00 EUR (13.730,04 zł)

258.     Masalski Paweł w kwocie 10.000,00 zł i 320,00 EUR

259.     Mateiska Weronika w kwocie 10.000,00 CHF (45.840,00 zł)

260.     Matkowski Paweł  w kwocie 700,00 EUR (3.003,70 zł)

261.     Matuszelański Dariusz w kwocie 110.866,71 zł

262.     Matyjaszczyk Sonia w kwocie 4.283,08 zł

263.     Maziarek Artur w kwocie 9.500 zł

264.     Maziarz Monika w kwocie 1.320,00 EUR (5.643,53 zł)

265.     Mazur Dariusz w kwocie 5.077,94 zł

266.     Medyński Paweł w kwocie 1.756,13 zł i 401,67 CHF

267.     Mentel Marcin w kwocie 300,00 EUR (1.287,09 zł)

268.     Michnik Artur w kwocie 3.567,46 zł i 470,95 CHF

269.     Miecznik Magdalena w kwocie 6.700,00 CHF (30.556,02 zł)

270.     MILLGRAND sp. z o.o. w kwocie 472.481,45 zł

271.     Mielcarek Adam  w kwocie  1.083.436,48  NOK  (408.347,21 zł)  i  154.290,97 SEK (58.970,01 zł) – łącznie 467.317,22 zł

272.     Miklewska Klaudyna w kwocie 1.500,00 EUR (6.426,30 zł) – ustalić czy były 2 takie same transakcje

273.     Misiukanis Jarosław w kwocie 5.000,00 EUR (21.650,00 zł)

274.     Moczydłowski Andrzej w kwocie 2.000,00 EUR (8.600,00 zł)

275.     Mommers Irena w kwocie 5.000,00 EUR (21.396,00 zł)

276.     Oryl Monika w kwocie 192.814,80 zł

277.     Morawiak Borys w kwocie 1.700,00 EUR (7.313,06 zł)

278.     Mroczkowski Paweł w kwocie 8.909,91 zł

279.     Mulawa Emil w kwocie 6.584,04 zł

280.     Murawski Piotr w kwocie 66 000,00 zł

281.     Musielak-Ulaszewska Agnieszka w kwocie 70.737,94 CHF (324.927,65 zł)

282.     Muszyc Marcin w kwocie 1.811,16 zł, 3.300,00 USD, 1.900,00 EUR

283.     Myśliwa Anna w kwocie 41.180,60 zł

284.     Myśliwiec Isabella w kwocie 52.682,36 zł

285.     Napora Łukasz w kwocie 61.009,51 zł, 7.000,00 USD

286.     Narejko  Rafał  w  kwocie  10.000  EUR  (42.817,50 zł)  i  4.000 zł – łącznie 46.817,50 zł

287.     Nawrocka Natalia w kwocie 4.283,60 zł

SBU - LEGAL

288. Timex Logistics sp. z o.o. reprezentowana przez Nessel Joannę w kwocie 38.746,80 zł

289. Niedzielski Rafał w kwocie 253,92 EUR (1.086,30 zł)

290. Niemiec Tomasz w kwocie 5.315,00 zł, 29,86 EUR

291. Niestój Anna w kwocie 5.642,29 zł

292. Nikiel Józef w kwocie 1.500,00 GBP (7.650,70 zł)

293. Niklas Monika w kwocie 6.461,80 zł

294. Niklewicz Nikodem w kwocie 560,00 zł, 1.320,73 EUR

295. Nolka-Wiśniewski Karol w kwocie 150 EUR (641,37 zł)

296. Nowak Kamil w kwocie 6.415,65 zł

297. PCG ACADEMIA sp. z o.o. reprezentowana przez Nowak Łukasza w kwocie 101.600,00 CHF (468.564,09 zł)

298. Nowicka Anna w kwocie 1.499,56 zł

299. Nowryta Dariusz w kwocie 5.138,00 zł

300. Nyklarz Przemysław w kwocie 1.130,63 zł i 11,45 EUR

301. Olender Paulina w kwocie 51.264,00 zł

302. Opanowicz Ariel 11.031,00 zł

303. Orłowicz-Grzymkowska Katarzyna w kwocie 16.991,35 EUR (73.117,18 zł)

304. Osowski Maciej w kwocie 5.687,55 zł

305. Osowski Rafał w kwocie 8.000,00 EUR (34.412,80 zł)

306. Ostap Krzysztof w kwocie 3.000,00 EUR (12.904,80 zł)

307. Ostrowski Oskar w kwocie 15.405,90 zł

308. Owczarek Daniel w kwocie 30 035,60 zł

309. Pabiasz Bartłomiej w kwocie 3.884,75 EUR (16.833,50 zł)

310. Paczoski Krystian Jakub w kwocie 8.568,60 zł

311. Pajączkowski Emilian w kwocie 7.351,36 zł

312. PPH ELEGANT MAN Sp. J./Pakuła Dariusz reprezentowana przez Pakuła Dariusza w kwocie 85.902,00 zł

313. Paluch Filip w kwocie 17.090,40 zł , 1.300,00 EUR

314. Panas Anna w kwocie 1.170,67 zł

315. Paradyż Krzysztof w kwocie 5.163,84 zł

316. Parfjanowicz Tomasz w kwocie 32.000,00 USD (128.355,20 zł)

317. Paszkiewicz Adam w kwocie 1.393,94 EUR (5.961,18 zł)

318. Pawelska Hanna Maria w kwocie 3.804,29 zł

319. Pawlak Marlena w kwocie 141.075,21 zł

320. Paziak Artur w kwocie 4.236,78 zł

321. Perzanowski Dariusz w kwocie 8.000,00 EUR (34.436,80 zł)

322. Piasecki Krzysztof w kwocie 3.000,00 CHF (13.727,79 zł)

323. Pieczonka Grzegorz w kwocie 85.998,00 zł, 1.800,00 EUR

324. Pietrzak Tomasz w kwocie 7.525,32 USD (29.809,00 zł)

325. Piękoś Adrian Marcin w kwocie 3.034,78 zł

326. Pisarczyk-Łyczywek Lucyna w kwocie 43.684,16 zł

327. Piwnik Barbara w kwocie 8.915,34 zł

328. Bogdan Łukaszewicz reprezentujący PLANTAGO w kwocie 3.463,23 zł

329. Płaczek Damian w kwocie 26.510,05 zł, 21.680,13 EUR

330. Pławecka Katarzyna w kwocie 908,50 zł

331. Pociask Michał w kwocie 6.300,37 NOK (2.281,36 zł)

332. Podsiadło Przemysław i Kowal Radosław w kwocie 70.000,00 EUR (300.741,00 zł)

333. Pogorzelski Paweł w kwocie 22.790,00 USD (89.298,06 zł)

334. Popek Magdalena w kwocie 15.421,67 zł

335. Poteralski Artur w kwocie 7.380,00 EUR (32.066,10 zł)

336. Potyrała Paweł w kwocie 395.290,53 zł

337. Przeperski Krzysztof w kwocie 16.993,90 zł

338. Przybylski Marcin w kwocie 1.794,32 zł, 31 USD, 313 CHF

339. Ptak Dawid reprezentujący ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD w kwocie 686.160,00 zł

340. Puacz Aleksandra i Puacz Piotr w kwocie 216.380,00 zł

341. Puławski Mateusz w kwocie 75.960,00 zł

342. Usługi Transportowe Mateusz Puławski sp. z o.o. reprezentowana przez Puławskiego Mateusza w kwocie 40.000,00 EUR (172.160,00 zł)

343. Pyka Marcin w kwocie 14.000,00 EUR (60.165,00 zł)

344. Radziejewska-Kapłon Bożena w kwocie 16.803,49 zł

345. Rajchel Paweł w kwocie 1.900,00 EUR (8.148,53 zł)

346. Rajtor-Szot Elżbieta w kwocie 8.574,80 zł

347. Rasała Marek w kwocie 196.315,00 zł

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 236 of 523
SBU - LEGAL

348. Rawska-Kąca Anna w kwocie 17.230,14 zł
349. Rębacz Daniel w kwocie 409,39 EUR (1.749,57 zł)
350. Rogalewski Rafał w kwocie 35.000,00 DKK (20.111,00 zł)
351. Rogowski Marek w kwocie 1.838,63 zł.
352. Rogoża Jadwiga w kwocie 7.959,81 zł
353. Rozdolski Eryk w kwocie 14.927,50 zł
354. Rozmiarek Mariusz w kwocie 51.000,00 EUR (218.361,60 zł)
355. Premium Store Sp. z o.o./Ratajczyk Izabela w kwocie 43.564,00 zł (10.000,00 EUR)
356. Rumiński Marcin w kwocie 10.715,97 zł
357. Ruszaj Jarosław w kwocie 83,26 zł, 327,13 CHF
358. Rutkowska Katarzyna w kwocie 350,00 EUR (1.493,59 zł), 7.404,83 zł
359. Rybarczyk Szymon w kwocie 13.352,27 zł
360. Rybka Jolanta w kwocie 28.108,77 zł
361. Rzepecki Aleksander w kwocie 15.000,00 USD (60.105,00 zł)
362. Sabina Pipa w kwocie 429.340,00 zł
363. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz w kwocie 128.220,00 zł (30.000,00 EUR)
364. Sadza Wiktoria w kwocie 45,36 zł, 360,48 GBP, 20,15 EUR, 741,00 USD
365. Sajdak Łukasz w kwocie 33.470,09 zł,
366. Salawa Lucyna w kwocie 27.155,29 NOK (9.982,28 zł)
367. Sąsiadek Michał w kwocie 2.133,85 zł
368. Sentsiuk Tetiana w kwocie 37.137,01 zł
369. Nowik Sergiusz w kwocie 9.116,20 zł, 5.100,00 EUR
370. Sienko Michał w kwocie 9.224,33 zł
371. Sikorski Michał w kwocie 51.705,00 zł
372. Siwko Ewa w kwocie 1.070,22 zł,
373. Siwowski Wojciech w kwocie 563.260,00 zł
374. Skoczylas Kamil w kwocie 4.279,80 zł
375. Skrzypek Andrzej w kwocie 2.250,00 USD (8.949,83 zł)
376. Słomkowski Michał w kwocie 12.878,07 zł
377. Słowik Łukasz w kwocie 19.368,50 zł
378. Smarzynska Kamila w kwocie 5.000,00 EUR (21.503,50 zł)

379. Smith Martyna w kwocie 30.041,20 zł

380. Smolarczyk Marcin i Smolarczyk Zofia w kwocie 5.000,00 EUR (21.403,00 zł)

381. Smutek Lucyna w kwocie 9.218,80 zł

382. Sobanda Czesław w kwocie 5.202,00 zł, 9.975,00 GBP

383. Sobieszak Marcin w kwocie 4.330,70 zł

384. Sobolewska Magdalena i Marek Sobolewski w kwocie 17.376,87 USD (15.700,00 EUR), 136,22 USD (530,24 zł),

385. Sokołowska Karolina w kwocie 11.813,72 zł

386. Sokół Walter w kwocie 6.033,44 zł

387. Solarczyk Agnieszka w kwocie 2.100,00 zł

388. Solecki Mateusz w kwocie 5.000,00 GBP (26.213,00 zł)

389. Sosnowski Robert w kwocie 9.000,00 zł

390. Sowa Rafał w kwocie 36.601,21 zł

391. Srebrowska Urszula w kwocie 5.480,42 zł

392. Stankiewicz Wiesława w kwocie 4.347,50 zł

393. Starkiewicz Michał w kwocie 5.000,00 EUR (21.525,00 zł)

394. Starosta Marcin w kwocie 9.376,75 zł

395. Stawicki Marek reprezentujący STAWICKI MAREK F.H. MM STAWICCY w kwocie 5.000,00 zł

396. Stawowiak Dawid w kwocie 15.412,27 zł, 2.500,00 EUR, 2.000,00 USD

397. Stefańska Joanna w kwocie 7.888,77 zł

398. Stefański Albert w kwocie 24.420,43 zł

399. Stępień Ryszard w kwocie 130,87 zł, 1.049,09 EUR

400. Stępniak Łukasz w kwocie 3.665,20 zł

401. Stoksik Bogumił w kwocie 97.650,37 zł

402. Strączewski Emilian w kwocie 652.290,00 zł

403. Stróżycka Anna w kwocie 1.500,00 EUR (6.395,85 zł)

404. Struciński Przemysław w kwocie 10.000,00 EUR (43.405,00 zł)

405. Strzecka - Wilusz Klaudia w kwocie 1.170,00 GBP (6.107,52 zł)

406. Strzelecki Michał reprezentujący MICHUMEDIA Michał Strzelecki w kwocie 7.207,75 zł, 2.826,56 EUR

407. Sukiennik Grzegorz w kwocie 500,00 GBP (2.581,85 zł)

408. Sułek Paulina w kwocie 1.760,00 GBP (8.992,46 zł)



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 238 of 523

SBU - LEGAL

409. Suszczyński Sławomir w kwocie 1.000,00 EUR (4.309,20 zł)
410. Szczepański Jakub w kwocie 65.817,93 zł
411. Szczodrowski Patryk w kwocie 11.472,00 EUR (49.334,19 zł)
412. Szczotka Ireneusz w kwocie 11.217,01 zł, 10.918,46 USD
413. Szewczyk Łukasz w kwocie 1.716,45 zł
414. Szkodowski Piotr w kwocie 100.925,66 zł
415. Szlajter Marta w kwocie 400,00 EUR (1.706,96 zł)
416. Szostak Stanisław w kwocie 21.482,00 zł
417. Szot Emil w kwocie 4.299,00 zł
418. Sztemberg Aneta w kwocie 3.033,80 zł
419. Szymaniec Dariusz w kwocie 6.990,47 zł
420. Szymański Łukasz w kwocie 4.567,97 zł
421. Śmieszek Aneta w kwocie 17.141,20 zł
422. Śpiewak Anna w kwocie 4.232,00 zł
423. Świadek Monika w kwocie 5.008,63 zł
424. Świątkowska Magdalena w kwocie 4.267,56 zł
425. Tamborski Tomasz w kwocie 10.000,00 zł, 423,19 EUR
426. Tarkiewicz Lucyna w kwocie 2.000,00 EUR (8.586,60 zł)
427. Tenscher-Teper Iwona w kwocie 281.543,00 zł
428. Teodorczyk Artur w kwocie 45.100,00 USD (176.955,98 zł)
429. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j reprezentowana przez Termanowskiego Marka w kwocie 56.000,01 zł
430. Tęgi Andrzej w kwocie 5.748,22 zł, 5.106,91 EUR
431. Tępczyk Mariusz w kwocie 9.000,00 EUR (38.522,70 zł)
432. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH reprezentowana przez Tkocz Olivera w kwocie 836.298,65 zł
433. Tomasik Joanna w kwocie 43.476,00 zł
434. Tomaszewski Łukasz w kwocie 25.543,04 zł
435. Tomczak Paweł w kwocie 6.500,00 EUR (27.921,45 zł),
436. Tomczuk Michał w kwocie 20.048,73 zł
437. Trójca Dariusz w kwocie 25.281,18 zł
438. Trzaska Andrzej w kwocie 81.687,20 zł
439. Trzosek Izabela w kwocie 500,00 EUR (2.147,95 zł)

440. Tuczyński Sławomir w kwocie 5.470,50 zł

441. Tuszyńska Katarzyna w kwocie 5.340,38 zł

442. Tytoń Przemysław w kwocie 215.045,00 zł

443. Urbacka Maria Ewelina w kwocie 4.000,00 EUR (17.130,40 zł)

444. Urban Shaun Mariusz w kwocie 4.950,00 zł

445. Uznański Krzysztof w kwocie 4.000,00 EUR (17.215,00 zł)

446. Wałęsa Natalia w kwocie 10.000,00 EUR (42.955,00 zł)

447. Wański Tomasz w kwocie 194,00 USD (766,32 zł)

448. Wasilewski Jarosław w kwocie 3.745,00 zł

449. Wasiuta Maciej w kwocie 3.745,31 zł, 200 EUR

450. Waszak Radosław w kwocie 7.232,94 zł

451. Waszczak Cezary w kwocie 4.398,13 EUR (19.068,53 zł)

452. Wawrzyniak Piotr w kwocie 2.988,00 zł

453. Wątor-Spyrka Magdalena w kwocie 4.140,00 zł

454. Wesołowski Tomasz reprezentujący PPHU TOMARK w kwocie 260.148,00 zł

455. Wiąckiewicz Piotr w kwocie 2.307,28 zł

456. Wielkoszyński Zbigniew w kwocie 10.719,00 zł

457. Wieloch Łukasz w kwocie 3.634,85 zł

458. Więcko Tomasz w kwocie 759,41 zł

459. Wilk Krzysztof w kwocie 19.808,98 zł

460. Wilk Marcin w kwocie 8.566,80 zł

461. Wilkosz Rafał w kwocie 500,00 zł, 388,68 EUR

462. Wiśniewska Krystyna w kwocie 200,00 EUR (860,40 zł)

463. Bydgoski Klub Sportowy "Chemik" reprezentowany przez Włoch Mikołaja Kacpera w kwocie 43 916,99 zł

464. Wodnicka-Wartnik Dominika w kwocie 250.000,00 zł

465. Wojtyczek Krzysztof w kwocie 64.786,50 zł

466. Wołoszyn Tomasz w kwocie 201.474,00 zł

467. Woźniak Marcin w kwocie 11.460,00 EUR (49.598,88 zł)

468. Woźny Szymon w kwocie 10.138,95 zł, 3.465,36 USD

469. Wójcicki Piotr w kwocie 57.252,58 zł

470. Wróblewska Iwona w kwocie 10.176,45 zł

471. Wycisło Kamil w kwocie 859,60 zł



472. Wysocki Arkadiusz w kwocie 87.000 zł

473. Zabłocki Marek w kwocie 22.511,93 zł

474. Zagórski Paweł w kwocie 3.700,00 USD (15.183,32 zł)

475. Zając Romuald w kwocie 5.000,00 zł

476. Zajda Mariusz w kwocie 60.559,85 zł

477. Zakątki Podhala sp. z o.o. reprezentowana przez Wiolettę Frejdlich-Gąsienica w kwocie 38.860,00 EUR (169.596,70 zł)

478. Zakrzewski Krzysztof w kwocie 430,00 GBP (2.200,75 zł)

479. Zakrzewski Paweł reprezentujący PAW-MAR w kwocie 36.900,00 EUR (160.300,78 zł)

480. Zalewski Tomasz reprezentujący TOM-SERVICE w kwocie 60.000,00 USD (240.876,00 zł), 1.200,00 zł (278,47 EUR)

481. Zamojski Marcin w kwocie 25.534,00 zł

482. Zapaśnik Dominik w kwocie 4.650,00 EUR (20.014,06 zł)

483. Zaręba Krzysztof w kwocie 12.850,17 zł

484. Zawoliński Tomasz w kwocie 1.035,00 EUR (4.432,80 zł)

485. Zdaniewicz Mariusz w kwocie 2.522,19 zł

486. Zdębski Szymon w kwocie 10.254,97 EUR (43.800,00 zł)

487. Zender Bogusław w kwocie 68.166,60 zł

488. Wielkoszyński Zbiegniew w kwocie 30.000,00 NOK (10.719,00 zł)

489. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłommiej w kwocie 2.182,90 zł (500,00 EUR)

490. Zieliński Damian w kwocie 10.702,75 zł

491. Ziębal Sławomir w kwocie 1.000,00 EUR (4.302,60 zł)

492. Znamirowska Monika w kwocie 8.597,00 zł, 1.000,00 EUR

493. Żoch Magdalena w kwocie 4.961,09 zł

494. Ostrowski Krzysztof w kwocie 348,00 zł

495. Dera Dawid w kwocie 8.701,53 zł

496. Pipa Sabina w kwocie 429.340,00 zł

497. "ROLNIK" centrala Nasion Sp. zo.o. Pawlak Sebastian w kwocie 313.344,00 zł (72.000,00 EUR)

498. Kids Boutigue sp. zo.o.- Zadura Aleksandra w kwocie 172.072,00 zł (40.000,00 EUR)

SBU - LEGAL          EX-PIORO-00243

499. 3mdeb sp. z o.o. w kwocie 20.000,00 EUR

500. Krawczyk - Bielecka Dagmara w kwocie. 5.958,88 zł (1.378,15 EUR)

501. Adamkiewicz Paweł w kwocie 30.225,65 zł (7.000,00 EUR)

502. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR, 7.427,21 USD

503. Gwizdek Adrian w kwocie 12.752,00 EUR

504. ADVALUE Doradztwo i Wyceny sp. z o.o. w kwocie 17.182,87 zł (3.958,00 EUR)

505. Andruszkiewicz Michał w kwocie 19.710,08 EUR

506. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

507. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata w kwocie 29.603,12 zł (6.800,00 EUR)

508. Banaszkiewicz Krzysztof w kwocie 200,00 EUR, 126,00 USD, 106,15 CHF, 40.313,00 JPY

509. Bartkowiak Robert reprezentujący CIH SYSTEMY CZYSZCZĄCE w kwocie 51.028,38 zł (11.700,00 EUR)

510. Bartosz Paweł w kwocie 600,00 EUR

511. Berger Piotr w kwocie 5.000,00 EUR

512. Błańska-Mecner Magdalena w kwocie 1.168,50 EUR

513. Bożek Ewelina w kwocie 1.645,54 EUR

514. Brandyk Magdalena w kwocie 4.000,00 zł (921,19 EUR)

515. Broda Aneta i Broda Krzysztof w kwocie 16.710,00 EUR

516. Buczkowska Ewa w kwocie 405,86 EUR

517. Chabrowski Arkadiusz w kwocie 7.126,03 EUR

518. Chodań Anna w kwocie 210,00 EUR

519. Cieślawska Katarzyna w kwocie 10.356,14 EUR, 5.443,9 USD

520. Cygan Adam w kwocie 50.000,00 zł (11.646,87 EUR)

521. Czyżkowska Katarzyna w kwocie 288,00 EUR

522. Juchlke Jarosław w kwocie 11.568,60 zł

523. Dabrowska Małgorzata w kwocie 8.000,54 EUR

524. Draczyński Michał w kwocie 1.148,55 USD, 7.211,27 zł

525. Dalla Costa Luca w kwocie 29.810,50 EUR

526. Dąbrowski Kazimierz w kwocie 51.658,80 EUR

527. Elwart Sławomir w kwocie 3.880,13 zł (890,00 EUR)

528. Katarzyna Hawryl-Adamczyk Bartosz Adamczyk w kwocie 29.037,80 zł, 9.000,00 CHF

529. FARMATOR sp. z o.o. w kwocie 15.146,95 zł (3.500,00 EUR)

530. Fedorczyk Bogusław w kwocie 6.368,28 zł

531. Gaworek Marcin w kwocie 1.840,40 zł (420,60 EUR)

532. Gehrke Sven w kwocie 3.500,00 EUR

533. Grupa Handlowa Wiesław Godlewski w kwocie 79.574,05 zł (18.500,00 EUR)

534. Gorsiak Renata w kwocie 50.000,00 EUR

535. Górny Adam w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł

536. Grałek Artur w kwocie 305.026,00 zł (70.000,00 EUR)

537. Groen Marcin w kwocie 5.000,00 EUR

538. Grzegorz Dzida w kwocie 3.798,34 zł (880,00 EUR)

539. Grzelczyk Tomasz w kwocie 2.326,26 EUR

540. Grzymkowska Edyta w kwocie 8.200,00 EUR

541. Hajok Sara w kwocie 75.982,43 EUR

542. Iwanek Radosław w kwocie 2.489,07 EUR

543. Jabłoński Paweł w kwocie 79.477,88 EUR

544. Janiszewski Jakub w kwocie 7.000,00 zł (1.623,90 EUR)

545. Janiszewski Paweł w kwocie 4.310,50 zł (1.000,00 EUR)

546. Jankowska Magdalena w kwocie 2.445,47 EUR

547. Jaworski Paweł w kwocie 5.000,00 EUR

548. Kantrzonka Alicja w kwocie 5.800,00 EUR

549. Kapałczyński Arkadiusz w kwocie 10.000,00 EUR

550. Kasperski Tomasz w kwocie 2.622,43 zł (602,00 EUR)

551. Klan Szymon w kwocie 8.654,58 EUR

552. Klub Kyokushin Karate im. Masutatsu Oyama w kwocie 23.000,00 EUR

553. Kłoda Jan "Maszyny Leśne" w kwocie 282.599,72 zł (65.800,00 EUR), 201.827,40 zł (47.000,00 EUR) łącznie 484.427,12 zł (112.800,00 EUR)

554. Kopicka Weronika w kwocie 1.300,00 zł (302,82 EUR)

555. Koprowska Agata w kwocie 8.910,16 EUR

556. Kornacki Sebastian w kwocie 600,00 EUR

557. Korpyta Irena w kwocie 3.000,00 EUR

SBU_LEGAL    EXG PICRO 00243

558. Kowalik Piotr w kwocie 1.000,00 EUR

559. Krawczyk – Bielecka Dagmara w kwocie 1.840,65 EUR

560. Krupkowska-Ziętkiewicz Jolanta w kwocie 6.000,00 zł (1.389,98 EUR)

561. Krysiak Dominika w kwocie 7.000,00 EUR

562. Kubik Aneta w kwocie 1.178,00 EUR

563. Kubik Mariusz w kwocie 5.250,00 EUR

564. Kucharczyk Marcin w kwocie 5.300 EUR

565. Kupidura Kamil w kwocie 30.139,30 zł (7.000,00 EUR)

566. Kurkowicz Maksymilian w kwocie 696,00 EUR

567. Kuta Łukasz w kwocie 1.770,71 zł (410,00 EUR)

568. Lachowski Robert w kwocie 46.313,45 EUR

569. Lenart Małgorzata Joanna w kwocie 500,00 EUR

570. Lewandowski Krzysztof w kwocie 900,00 EUR

571. Lewandowski Paweł i Lewandowska Marta w kwocie 10.721,51 EUR

572. Pietrzyk Lucyna w kwocie 15.000,00 zł (3.469,49 EUR)

573. Łapaj Grzegorz w kwocie 1.700,00 EUR

574. Łozińska Emilia w kwocie 10.000,00 EUR

575. Łukaszewski Maciej w kwocie 4.000,00 zł (925,09 EUR)

576. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR

577. Mach Aleksandra w kwocie 5.000,00 EUR

578. MACHEJ HOLDING sp. z o.o. w kwocie 14.432,06 zł (3.343,14 EUR)

579. Makowski Jakub w kwocie 1.528,91 EUR

580. Makowski Łukasz w kwocie 750,00 EUR

581. Małgorzata Skowronek w kwocie 1.292,49 zł (300,00 EUR)

582. Mamzerowski Maciej w kwocie 1.043,89 EUR

583. Abramczyk Marcin w kwocie 17.887,80 zł (4.153,00 EUR)

584. Kościelniak Marcin w kwocie 1.000,00 EUR

585. Jagusiak Mariusz w kwocie 1.801,62 EUR

586. Miczka Martin w kwocie 34.131,29 EUR

587. Migodziński Wojciech w kwocie 195,33 EUR

588. Mikołajczak Bartłomiej w kwocie 500,00 EUR

589. Mikulski Marek w kwocie 500,00 EUR

590. Misterska Katarzyna w kwocie 1.000,00 EUR

SBU - LEGAL

591. Morzycka Karolina w kwocie 3.336,00 EUR

592. Mróz Piotr w kwocie 25.000,00 USD (22.787,50 EUR)

593. Nawrot Ewelina w kwocie 550,00 EUR

594. Nęcka Tomasz w kwocie 9.932,39 EUR

595. Nowak Paweł w kwocie 23.456,46 zł (5.432,00 EUR)

596. Gospodarstwo Rolne Roman Nowak w kwocie 30.000,00 EUR

597. Ogulewicz Marek w kwocie 6.000,00 zł (1.398,04 EUR)

598. Okoniewski Krzysztof w kwocie 2.505,25 zł (578,22 EUR)

599. Olszewski Tomasz w kwocie 2.310,31 zł (535,65 EUR)

600. Olszewski Marcin w kwocie 5.170,00 EUR

601. Ostrowski Krzysztof w kwocie 348, 00 EUR

602. Pirart Paulina w kwocie 8.621,20 zł (2.000,00 EUR)

603. Pawlak Przemysław w kwocie 3.000,00 EUR

604. ROLNIK Centrala Nasion sp. z o.o. w kwocie 72.000,00 EUR

605. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz w kwocie 2.500,00 EUR (10.808,25 zł)

606. PBDiO Kanbruk sp. z o.o. w kwocie 30.000,00 EUR

607. Panel Sandwich Sp. z o.o./Emilian Strączewski w kwocie 150.000,00 EUR (652.290,00 zł)

608. Piskorz Andrzej w kwocie 15.000,00 zł (3.439,34 EUR)

609. POLYATLAS sp. z o.o. w kwocie 467.996,40 zł (107.326,88 EUR)

610. Potocka Renata w kwocie 1.200,00 zł (274,68 EUR)

611. Powroźnik Mikołaj w kwocie 1.700,00 EUR

612. Pręcikowski Paweł w kwocie 2.800,00 EUR

613. Puchała Aneta i Puchała Ireneusz w kwocie 23.229,88 EUR

614. Pyza Michał w kwocie 10.000,00 EUR

615. Radwan Ewelina i Radwan Grzegorz w kwocie 6.220,00 EUR

616. Premium Store sp. z o.o. w kwocie 10.000,00 EUR

617. Rysiewicz Sławomir w kwocie 1.960,85 EUR

618. Sadowska Aleksandra w kwocie 600,00 EUR

619. Samborska Aneta w kwocie 2.000,00 zł (462,19 EUR)

620. Schroeder Robert reprezentujący AGA Polish Food Ltd. w kwocie 69.255,15 EUR

621. SILEX Małgorzata Matuszewska w kwocie 6.800,00 EUR

622. Smyk Kazimierz Antoni w kwocie 7.002,29 EUR

623. Sobolewski Adam w kwocie 350,00 EUR

624. Sosnowski Piotr w kwocie 901,00 EUR

625. Stachura Aleksandra w kwocie 200,00 EUR

626. Stanek Katarzyna w kwocie 25.463,93 EUR

627. Stankowski Tomasz w kwocie 1.500,00 zł (345,96 EUR)

628. Stasiewicz-Swinney Agnieszka w kwocie 3.000,00 EUR

629. Styliński Rafał w kwocie 7.500,00 EUR

630. Suchy Alfons w kwocie 22.500,00 EUR

631. Sypień Wojciech w kwocie 3.020,00 EUR, 3.610,00 CHF

632. Szopski Tomasz reprezentujący Fake Bake Polska w kwocie 17.221,60 zł (4.000,00 EUR)

633. Szymański Krystian w kwocie 1.000,00

634. Szymczak Agnieszka w kwocie 8.00,00 EUR

635. Śmieja Krzysztof w kwocie 7.900,00 EUR

636. Taraszkiewicz Andrzej w kwocie 2.000,00 EUR

637. Tomaszewski Łukasz w kwocie 676,88 EUR

638. Tusiński Daniel w kwocie 518,90 EUR

639. Tymrakiewicz Patryk Maciej w kwocie 20.000,00 EUR

640. Urbański Michael w kwocie 21.735,50 zł (5.000,00 EUR)

641. Komorowska Jolanta reprezentująca Vivo Jolanta Komorowska w kwocie 700,00 EUR

642. Wiechnik Przemysław reprezentujący MP BROS LTD w kwocie 8.214,39 EUR, 20.803,40 GBP

643. Wilczyński Zbigniew w kwocie 1.000,00 EUR

644. Wilkowska Aneta w kwocie 3.496,72 zł (800,00 EUR)

645. Wiśniewski Bogdan w kwocie 25.000,00 zł (5.733,55 EUR)

646. Wiśniewski Łukasz w kwocie 2.904,03 EUR

647. Władysław Dubicki w kwocie 6.000,00 EUR

648. Włodarczyk Mateusz w kwocie 665,00 EUR

649. GAR Trans sp. z o.o./ koczylas Karol w kwocie 4.000,00 EUR (17.342,00

650. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna w kwocie 472.481,45

651. Wójcicki Paweł w kwocie 1.846,97 zł (426,00 EUR)

652. Wójcik-Michałkowska Natalia w kwocie 2.804,46 EUR

653. Śpiewak Anna w kwocie 1.000,00 EUR (4.232,00 zł)

654. Wrona Sylwia w kwocie 22.498,83 EUR

655. Wycisło Kamil w kwocie 19.216,59 EUR

656. Kids Boutigue sp. z o.o. w kwocie 40.000,00 EUR

657. Zając Zenobia w kwocie w kwocie 13.300,69 EUR

658. Andrykowska Regina w kwocie 14.000,00 USD

659. Bizon Janusz w kwocie 2.073,58 USD, 2.000,00 EUR

660. Bożek Ewelina w kwocie 7.100,00 zł(1.645,54 zł)

661. Citko Paweł kwocie 8.442,96 GBP

662. Czech Katarzyna w kwocie 128.194,43 USD

663. Dudek Jakub w kwocie 4.659,70 USD

664. Falkiewicz Justyna w kwocie 5.139,32 zł (1.304,00 USD)

665. Forma Rafał i Forma Tomasz w kwocie 25.329,92 USD

666. Gocek Łukasz w kwocie 16.253,60 zł (4.000,00 USD)

667. Górka Marcin w kwocie 10.157,47 USD

668. Jabłoński Kamil w kwocie 4.990,00 USD

669. Jasińska Kinga w kwocie 6.383,82 USD

670. Jaworska Alina w kwocie 1.450,00 USD

671. Jonik Tomasz w kwocie 3.700,00 USD

672. Kapuśniak Damian w kwocie 17.640,04 zł (4.400,00 USD)

673. Kiełtyka-Michna Monika Anna w kwocie 50.000,00 zł (12.692,92 USD)

674. Kochan Grzegorz w kwocie 18.200,25 z (4.500,00 USD)

675. Kozina Anna w kwocie 34.827,03 USD

676. Krawczyk Marcin w kwocie 27.000,00 zł (6.740,60 USD)

677. Krysiak Grzegorz w kwocie 40.716,00 zł (10.000,00 USD)

678. Kubicki Kamil w kwocie 7.500,00 zł (1.892,89 USD)

679. Lach Hubert w kwocie 11.581,23 USD

680. Łumińska-Żelazny Elżbieta w kwocie 7.427,21 USD

681. Marek Wacław w kwocie 2.075,63 USD

SBU - LEGAL    EXJ-PIORO-00243

682. Sachniewicz Mirosław w kwocie 1.085,10 USD

683. Sajdak Łukasz w kwocie 194,07 USD

684. Wieloch Justyna w kwocie 3.022,94 USD

685. Wiktor Mucha w kwocie 4.840,30 USD

686. Wytwer Joanna w kwocie 29.074,32 zł (7.200,00 USD)

687. Zawadzki Grzegorz w kwocie 19.956,49 USD

688. Zborowski Michał w kwocie 9.049,54 USD

689. Zemke Aleksander w kwocie 30.936,69 zł (7.819,00 USD)

690. Zielski Sebastian reprezentujący NAMIX Sebastian Zielski w kwocie 287.033,46 zł (72.844,00 USD)

691. Kolarz Michał w kwocie 99.328,92 CHF

692. Haba Maciej w kwocie 130,00 CHF

693. Kardasz Magdalena w kwocie 435,26 CHF

694. Buszta Katrzyna w kwocie 615,74 CHF

695. Sławiński Marcin w kwocie 550,00 CHF

696. Wróblewski Krystian w kwocie 698,42 CHF

697. Artur Świtała reprezentujący AD-BAU Artur Świtała w kwocie 258.765,00 zł (50.000,00 CHF)

698. Milewski Kamil Krzysztof w kwocie 480,00 CHF

699. Krzanicki Daniel w kwocie 5.000,00 EUR (4.149,82 GBP)

700. Weronika Bell w kwocie 4.821,00 GBP

701. Malinowski Robert w kwocie 11.970,00 GBP

702. Aleksandrowicz Mirosław w kwocie 428,00 CHF

703. Baran Tomasz w kwocie 334,00 CHF

704. Chmiel Emilia w kwocie 495,00 CHF

705. Dorota Keller-Zalewska w kwocie 3.754,53 zł (810,00 CHF)

706. Edyta Obłoj-Gąsiorowska w kwocie 3.070,74 zł (670,00 CHF)

707. Hejnar-Brać Joanna w kwocie 509,10 CHF

708. Janus Agnieszka w kwocie 1.240,11 CHF

709. Jeliński Mieszko w kwocie 577,23 EUR (539,94 CHF)

710. Kaźmierczak Agnieszka w kwocie 1.606,94 zł (345,00 CHF)

711. Kemer Jarosław w kwocie 301,00 CHF

712. Kloskowska Anna w kwocie 1.159,93 zł (250,00 CHF)

713. Kosmala Radosław w kwocie 1.672,56 zł (360,00 CHF)

714. Kowalski Leszek w kwocie 2.937,51 zł (635,00 CHF)

715. Kozłowski Maciej w kwocie 2.165,49 zł (464,00 CHF)

716. Król Bartłomiej w kwocie 1.577,17 zł (342,00 CHF)

717. Lubomski Patryk w kwocie 380,00 CHF

718. Łoszak Paweł w kwocie 390,00 CHF

719. Malik Mariusz w kwocie 2.574,99 zł (560,00 CHF)

720. Marek Nowotniak w kwocie 4.922,96 zł (1.060,00 CHF)

721. Matuszczyk Michał w kwocie 472,88 CHF

722. Miałkowski Marek w kwocie 1.199,98 zł (257,06 CHF)

723. Mikołaj Dulny w kwocie 925,71 zł (201,00 CHF)

724. Nawara Diminik 428,70 CHF

725. Nowak Sebastian w kwocie 320,00 CHF

726. Orzeł Katarzyna w kwocie 530,00 CHF

727. Oset Katarzyna w kwocie 5.732,28 zł (1.232,00 CHF)

728. Panek Piotr w kwocie 651,00 CHF

729. Pawlak Karol w kwocie 456,33 CHF

730. Pedrycz Przemysław Henryk w kwocie 3.673,00 zł (791,08 CHF)

731. Pilis Anna w kwocie 340,15 CHF

732. Przybylski Andrzej w kwocie 2.769,78 zł (595,00 CHF)

733. Rożybowska-Dwojak Joanna w kwocie 600,00 CHF

734. Rzepkowski Grzegorz w kwocie 3.344,76 zł (720,00 CHF)

735. Sikora Mieczysław w kwocie 503,00 CHF

736. Sobesto Marcin w kwocie 4.898,53 zł (1.051,30 CHF)

737. Szczurek Krzysztof w kwocie 2.922,76 zł, (630,00 CHF)

738. Szumny Beata w kwocie 4.562,92 zł (979,00 CHF)

739. Tatiana Niemczyńska w kwocie 5.388,75 zł (1.159,02 CHF)

740. Tusiński Daniel w kwocie 495,82 CHF

741. Wawrzyniak Adam w kwocie 198,00 CHF

742. Witkowski Jarosław w kwocie 2.524,68 zł (541,30 CHF)

743. Wolniewicz Joanna w kwocie 3.493,43 zł (750,00 CHF)

744. Woszczyna Marcin w kwocie 1.758,56 zł (380,00 CHF)

745. Wrzosek Paweł w kwocie 303,00 CHF

746. Zimakowska Dorota w kwocie 350,00 CHF

747. Zimoń Ewa w kwocie 4.872,79 zł (1.046,00 CHF)

748. Korn Adrian w kwocie 2.254.861,27 NOK

749. Szadach Andrzej w kwocie 99.452,52 NOK

750. Ruta Łukasz reprezentujący RUTEX Łukasz Ruta w kwocie 608.052,74 NOK

751. Kasperek Jacek w kwocie 46.250,00 NOK

752. Płodowski Krzysztof w kwocie 103.140,08 SEK

753. Szwaba Piotr w kwocie 28.183,91 SEK

754. Wąsikowski Maciej w kwocie 173.359,60 zł (459.367,72 SEK)

co stanowi w odniesieniu do wymienionych powyżej klientów łączną kwotę:

- 14.630.319,78 PLN,

- 2.723.363,41 EUR - po przeliczeniu po najniższym kursie 1EUR - 11.679.143,98 PLN,

- 1.180.434,06 USD - po przeliczeniu po najniższym kursie wymiany 1USD - 4.573.237,64 PLN,

- 390.553,40 CHF - po przeliczeniu po najniższym kursie wymiany 1CHF - 1.781.587,44 PLN,

- 4.459.635,49 NOK (korona norweska) – po przeliczeniu po najniższym kursie wymiany 1NOK - 1.617.063,83 PLN,

- 185.475,36 GBP - po przeliczeniu po najniższym kursi 1GBP – 950.691.05 PLN,

- 410.614,96 SEK (koron szwedzkich) - po przeliczeniu po najniższym kursie wymiany 1SEK - 152.830,89 PLN,

- 1.292.573,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie 1JPY - 33.710,30 PLN,

- 58.000,00 DKK (korona duńska) - po przeliczeniu po najniższym kursie 1DKK- 33.344,20 PLN,

- 26.000,00 CZK (korona czeska) – po przeliczeniu po najniższym kurskie 1CZK - 4.407,00 PLN,

to jest o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. w zw. z art. 65 § 1 k.k.



SBU - LEGAL

II.      w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu spółek: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz od 22 października 2024 roku Conotoxia sp. z o.o., podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z korzyści związanych z popełnieniem czynu zabronionego, polegającego na doprowadzeniu klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 250 of 523
SBU LEGAL

- w dniu 7 października 2024 roku, kwoty 200.000 zł, z rachunku Cinkciarz.pl. sp. z o.o. o nr 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

- w dniu 7 października 2024 roku, łącznej kwoty 241.000 USD, z rachunku Cinkciarz. pl. sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na swój rachunek bankowy prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w dniach 11 i 16 października 2024 roku, łącznej kwoty 401.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na swój rachunek bankowy prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w okresie od 1 do 25 października 2024 roku, łącznej kwoty 610.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding sp. z o.o. o nr 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/160801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych,

- w dniu 28 października 2024 roku, kwoty 80.000,00 EUR, z rachunku Cinkciarz.pl. sp. z o.o. o nr 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 28 listopada 2024 roku, kwoty 185.000 EUR, z rachunku Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004 na rachunek Conotoxia Holding Ltd. Cypr.

- w dniu 5 grudnia 2024 roku, kwoty 420.000 zł, z rachunku Conotoxia sp. z o.o. o nr 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki

SBU - LEGAL

- w dniu 5 grudnia 2024 roku, <u>kwoty 300.000 USD</u>, z rachunku Conotoxia sp. z o.o. o nr 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o nr 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 zł, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z art. 299 § 1 i 6 k.k. w zw. z art. 306b § 1 k.k. w zw. z art. 12 § 1 k.k.**

Prokurator Prokuratury Regionalnej
Sylwia Fabiś

Treść postanowienia ogłoszono mi w dniu ................................. oraz pouczono o prawie żądania – do czasu zawiadomienia mnie o terminie końcowego zaznajomienia z materiałami śledztwa – podania ustnych podstaw zarzutu(ów), a także sporządzenia uzasadnienia postanowienia na piśmie (art. 313 § 3 k.p.k.).

W związku z tym zgłaszam – nie zgłaszam* takie(go) żądanie(a)

..........................................
(podpis podejrzanego)

Postanowienie z uzasadnieniem doręczono:

- podejrzanemu* dnia ...........................
- jego obrońcy* dnia ...........................

Uzasadnienie znajduje się na karcie ................. akt sprawy.

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 253 of 523
SBU - LEGAL    EX-PIORO-00343

31

(podpis prokuratora)

**Zarządzenie:**

Na podstawie art. 21 § 2 k.p.k. o wszczęciu postępowania przeciwko wymienionemu

podejrzanemu zawiadomić ..............................................................................

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 254 of 523

SBU - LEGAL





PROKURATURA REGIONALNA
W POZNANIU
2 Wydział do Spraw Przestępczości Finansowo-Skarbowej
61-736 Poznań ul. Solna 10
tel. 61 885 2900

sygn. 2007-2.Ds.21.2024

## POSTANOWIENIE

### o uzupełnieniu postanowienia o przedstawieniu zarzutów

Poznań, dnia 30 maja 2025 roku

Sylwia Fabiś – prokurator Prokuratury Regionalnej w Poznaniu, uwzględniając dane zebrane w toku śledztwa 2007-2.Ds.21.2024 p-ko Marcinowi Pióro i innym podejrzanym o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. i inne

działając na podstawie art. 314 k.p.k.

**postanowił:**

przedstawić Marcinowi Pióro postanowienie o uzupełnieniu postanowienia o przedstawieniu zarzutów z dnia 5 marca 2025 roku i zarzucić jemu, iż:

I. w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu spółek: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl sp. z o.o., w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia sp. z o.o., a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki i Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., doprowadził ustalonych do chwili obecnej klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 255 of 523

SBU - LEGAL    EXHIBIT

rozporządzenia mieniem w łącznej kwocie co najmniej **112.109.714,12 zł**, stanowiącej wartość większą niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, za pomocą wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, <u>w wyniku czego pokrzywdzeni m.in. zostali</u>:

1. Abramczuk Paweł w kwocie 1.969,00 zł, 1.000,00 USD, 1.000 EUR, 162,12 CHF
2. Abramek Wiesława/ Abramek Krzysztof w kwocie 42.676,00 zł (10.000,00 EUR)
3. Adamczak Julia w kwocie 2.500,00 EUR (10.688,08 zł)
4. Adamczak Natalia w kwocie 21.843,00 USD, 52.813,00 CAD, 175,71 zł oraz 13.286,02 GBP
5. Adamczyk Tomasz w kwocie 4.085,20 zł oraz 4.708,01 EUR
6. Adamczyk Paweł w kwocie 4.184,41 zł oraz 1.007,29 CHF
7. Adamska Justyna w kwocie 2.874,08 zł (658,00 EUR)
8. Adamski Krzysztof w kwocie 700,00 EUR (2.984,03 zł)

9.  Adamski Mariusz w kwocie 3.200,00 zł, 12.472,88 USD, 17.631,85 EUR

10. Adach Marcin SAVAPROM w kwocie 10.000,00 EUR (43.104,00 zł)

11. Adydan Rafał w kwocie 578,80 zł

12. Agencja Artystyczna BELLA VOCE Rafał Tomkiewicz w kwocie 6.500,00 EUR (27.885,65 zł)

13. Alpat Yagiz w kwocie 12.082,28 zł

14. Alicja Fitness Motivation/ Janowicz Alicja w kwocie 285.793,87 zł

15. Andrzejewski Sebastian w kwocie 8.438,58 USD

16. Andreatto-Jednoróg Danuta w kwocie 6.601,91 EUR

17. Anuszkiewicz Maciej w kwocie 10.169,44 zł

18. Albusz Karolina w kwocie 50.000,00 zł (11.621,96 EUR)

19. ARMASTER Maciej Zawieja w kwocie 21.568,00 zł

20. Kluczyński Paweł i Małgorzata Kluczyńska działający w imieniu Airpotic sp. z o.o. w kwocie 100.000,00 EUR (431.050,00 zł )

21. Andrzej Chmielewski w kwocie 16.500,00 zł, 1.252.260,00 JPY, 61.550,70 NOK

22. Anioła-Hemmaty Karolina w kwocie 42.304,23 zł

23. Antoniuk – Wójcik Aleksandra w kwocie 1.800,00 zł (411,10 EUR)

24. Apacki Szymon w kwocie 836,34 zł, 5.120,46 EUR, 3.701,87 USD, 3.142,52 CHF

25. Augustyniak Wojciech w kwocie 8.554,00 zł oraz 36.000,00 EUR

26. Augustynowicz Sebastian w kwocie 83.670,83 zł, 1.978,01 EUR

27. AUTOS-TOP SP. Z O.O./Czeczot Łukasz w kwocie 50.248,10 zł (10.500,00 EUR)

28. ART FOR FUN Aneta Adamoszek- Papina w kwocie 5.254,97 zł oraz 11.498,69 EUR

29. Arkuszewski Jacek w kwocie 3.491,21 EUR (15.000,00 zł)

30. Avelino Da Silva Aleksandra w kwocie 5.000,00 EUR (21.693,00 zł)

31. Badach Kamil w kwocie 1.100,00 EUR (4.706,90 zł)

32. Bajor Jerzy w kwocie 4.665,70 zł (1.000,00 CHF) oraz 823,46 zł (200,00 USD)

33. Bajorski Marcin w kwocie 1.371,74 EUR, 41,07 USD, 130,33 zł

34. Bajster Robert w kwocie 1.289,13 zł oraz 253,69 EUR

35. Bagiński Tomasz w kwocie 25.800,00 zł (6.027,47 EUR)

36. Bailey Barbara w kwocie 4.000,00 GBP (20.545,20 zł)

37. Bak Dariusz/Bak Marlena w kwocie 2.000,00 EUR (8.473,80 zł)

38. Balcerzak Agnieszka w kwocie 45.026,61 zł

39. Balińska Aleksandra w kwocie 300,00 EUR (1.290,30 zł)



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 257 of 523

SBU - LEGAL

40. Banach Olga w kwocie 47.757,12 zł

41. Banaś Mariusz w kwocie 15.000,00 EUR (64.080,00 zł)

42. Banaś Dariusz w kwocie 12.918,90 zł (3.000,00 EUR)

43. Banaś Bartłomiej w kwocie 1.000,00 GBP (5.123,92 zł)

44. Bandyk Jacek w kwocie 1.000,00 EUR, (4.302,10 zł)

45. Baniewicz Michał w kwocie 39.012,30 zł (9.000,00 EUR)

46. Bańczyk Agata w kwocie 755,77 zł (165,00 CHF)

47. Baran Tomasz w kwocie 42,82 CHF, celem uzyskania 201,04 zł oraz 334,00 CHF

48. Baran Adam w kwocie 2.046,24 zł

49. Baranowski Jakub w kwocie 13.280,58 zł, 903,05 USD, 110,16 EUR, 207,91 GBP

50. Baranowska Iwona w kwocie 2.000,00 EUR (8.636,60 zł)

51. Barańska Karina Anna w kwocie 12.349,49 zł (2.650,00 CHF)

52. Barcewicz Marta w kwocie 6.000,00 EUR (25.864,80 zł)

53. Barcikowski Przemysław w kwocie 8.396,27 zł oraz 296,00 EUR

54. Bargiel Mateusz w kwocie 20.000,00 zł (4.575,09 EUR)

55. Barnaś Piotr w kwocie 7.000,00 EUR, celem uzyskania 30.003,40 zł

56. Barras Magdalena w kwocie 10.000,00 CHF (45.500,00 zł)

57. Baron Arkadiusz w kwocie 400,00 EUR, 1.370,89 zł

58. Baron Dawid w kwocie 5.457,32 zł

59. Bartosik Radosław w kwocie 24.638,54 USD

60. Bartosik Bartosz w kwocie 5.000.000,00 JPY oraz 306,38 USD

61. Bartosiak Jacek w kwocie 2.315,71 zł

62. Bartosiewicz Maciej w kwocie 2.253,93 EUR

63. Bartosiewicz Magdalena w kwocie 1.032,13 zł (250,00 USD)

64. Bartkiewicz Małgorzata w kwocie 3.508,07 zł

65. BARTEK CANDLES Małgorzata i Janusz Bryłkowscy Sp. j. w kwocie 36.842,59 EUR (40.000,00 USD) oraz 200.000,00 EUR (858.880,00 zł)

66. Baryła Alicja w kwocie 2.250,00 EUR (9.618,98 zł)

67. Baryłko Grzegorz w kwocie 700,00 EUR (3.000,20 zł)

68. Bator Anna w kwocie 34.778,40 zł

69. Bator Dominika w kwocie 3.480,96 GBP (4.150,00 EUR)

70. Bąbol Michał w kwocie 17.206,70 zł

71. Bąk Dariusz w kwocie 218.427,00 zł



SBU - LEGAL

72. Bąk Karol w kwocie 427,59 zł oraz 600,00 EUR

73. Bąk Robert w kwocie 1.000,00 EUR (4.243,40 zł)

74. Bąk Magdalena w kwocie 2.060,00 EUR (8.842,34 zł)

75. Bąkowski Bartosz w kwocie 12.309,29 CAD

76. Bącała Michał w kwocie 2.689,99 USD (10.599,10 zł)

77. Bączkowski Jarosław w kwocie 220,16 EUR oraz 2.700,00 zł

78. Bednarski Rafał w kwocie 38.521,80 zł

79. Bednarek Grzegorz w kwocie 7.304,95 zł

80. Bednarczyk Marcin w kwocie 128.860,18 zł

81. Bednarczyk- Grabowska Aleksandra w kwocie 2.100,00 zł (478,31 EUR)

82. Bednarz Robert w kwocie 600,00 EUR (2.578,00 zł)

83. Bekier Dobiesław w kwocie 648,34 zł

84. Bekiesza Piotr w kwocie 3.559,30 zł (825,00 EUR)

85. Bejko Przemysław w kwocie 16.000,00 EUR (68.416,00 zł)

86. Berk Sylwia w kwocie 666.056,86 zł

87. Berkowska Marta w kwocie 767,70 zł i 200 GBP (1.027,02 zł) - łącznie 1.794,72 zł

88. Bereza Kamil w kwocie 5.788,86 zł

89. Bereźnicki Seweryn w kwocie 1.598,98 EUR

90. Bernacki Andrzej w kwocie 100.356,12 NOK (35.857,24 zł)

91. „Bernardinio" Beata Rybak w kwocie 5.853,66 USD

92. Bestcan Spółka Jawna Tomasz Fabianowicz, Jacek Radosz, Paweł Fabianowicz w kwocie 238.519,26 zł (54.600,00 EUR)

93. Betlejewska Alicja w kwocie 2.366,31 EUR

94. Better Future Fund/ Rabiej Sebastian w kwocie 401.210,81 zł (100.100,00 USD)

95. Będziński Mateusz w kwocie 12.730,42 USD (51.451,27 zł)

96. Białek Wojciech w kwocie 5.875,59 zł

97. Białowąs Sebastian w kwocie 13.375,23 zł (58.003,02 zł)

98. Bianciardi Maya w kwocie 37.026,75 EUR (160.000,00 zł)

99. Biarda Agata w kwocie 200.000,00 zł (46.493,17 EUR)

100. Biegalska Nikola w kwocie 2.050,00 EUR (8.710,45 zł)

101. Biela Paweł w kwocie 2.000,00 CHF

102. Bielak Mirosław w kwocie 387,00 EUR (1.674,01 zł) i 3.200,00 zł – łącznie 4.874,01 zł

SBU - LEGAL

103. Bielaszka Anna w kwocie 5.120,37 zł

104. Bielawa Roman w kwocie 13.000,00 DKK (7.551,70 zł)

105. Bielawski Łukasz w kwocie 1.000,64 EUR (4.321,36 zł)

106. Bielecki Michał w kwocie 30.000,00 zł (7.007,71 EUR)

107. Bieliński Arkadiusz w kwocie 2.000,00 zł

108. Bieńkowski Michał w kwocie 1.172,75 EUR (5.000,00 zł)

109. Biereźnicki Mirosław w kwocie 2.338,21 zł

110. Biniecka Martyna w kwocie 44.294,10 zł

111. Bińkowski Maciej w kwocie 4.780,42 zł

112. Bilek Bartłomiej w kwocie 10.500,00 USD

113. Bilkova Ivana w kwocie 3.000,00 EUR (12.899,70 zł)

114. Bisewski Mikołaj w kwocie 45.838,93 zł

115. BIO-TRADER SP. Z O.O./Głuszek Stefan w kwocie 590.176,77 EUR

116. Biuro Podróży Elżbieta/Kot Paweł w kwocie 2.257,52 zł oraz 1.213,69 EUR

117. Blaszczyk Piotr w kwocie 322,88 EUR i 10.045,64 zł

118. Bliźniak Bolesław w kwocie 3.622,28 zł

119. Blok Kamil w kwocie 5.275,38 EUR (22.594,98 zł)

120. Błażewski Tomasz w kwocie 49.185,92 zł

121. Błaziak Damian w kwocie 2.141,07 USD

122. Błotniak Piotr w kwocie 21.795,00 zł (5.000,00 EUR)

123. Bobek Dominik w kwocie 5.000,00 EUR (21.248,00 zł)

124. Bobowski Wiesław w kwocie 10.000,00 NOK (3.605,00 zł)

125. Bochnak Joanna działająca w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 30.000,00 EUR (129.327,00 zł)

126. Bochnak Marek działający w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 40.000,00 EUR (172.628,00 zł)

127. Bochniarz Joanna działając w imieniu Centrum Innowacyjnej Edukacji w kwocie 10.000,00 EUR (42.798,00 zł)

128. Boczarski Rafał w kwocie 23.000,00 NOK (8.358,20 zł)

129. Boczkowska Marzena w kwocie 3.336,67 EUR

130. Boczkowski Adrian w kwocie 1.178,68 zł oraz 661,42 USD

131. Bogaczuk Andrzej w kwocie 13.959,00 USD

132. Bogocz Aleksander w kwocie 4.000,00 USD, 1.400,00 zł, 5.900,00 EUR, 6.000,00 CHF

133. Bohucka Małgorzata w kwocie 2.296,09 zł (491,95 CHF)

134. Bojarowska Ilona w kwocie 48.540,00 zł (12.308,86 USD)

135. Bojczuk Adriana w kwocie 173.328,00 zł

136. Bombik Anna w kwocie 700,00 zł

137. Boniec Anna w kwocie 5.000,00 USD (20.016,50 zł)

138. Boreczek Magdalena w kwocie 25.675,20 zł

139. Borenstein Dawid w kwocie 4.000,00 zł (935,30 EUR)

140. Borczowski Marcin działający w imieniu Real-Construct sp. z o.o. w kwocie 12.000,00 EUR (51 300,00 zł)

141. Borkowski Jacek w kwocie 2.812,39 zł

142. Borowiak Bartosz w kwocie 2.805,25 EUR

143. Borowski Janusz w kwocie 8.907,50 zł

144. Borowski Rafał w kwocie 15.299,51 zł

145. Borowski Wojciech w kwocie 10.000,00 zł

146. Borowy Robert w kwocie 64.966,06 zł oraz 5.300,00 USD

147. Borys Magdalena w kwocie 1.740,00 EUR (7.441,98 zł)

148. Boryń Jarosław w kwocie 57,62 EUR

149. Borusiewicz Andrzej w kwocie 1.062,54 USD

150. Bowsza Joanna w kwocie 900,00 EUR (3.851,91 zł)

151. Branach Ewa w kwocie 15.000,00 EUR (64.575,00 zł)

152. Brancewicz Michał w kwocie 7.000,00 EUR (30.002,70 zł)

153. Brej Janusz w kwocie 10.300,00 zł oraz 4.000,00 GBP

154. Bronicz Sebastian w kwocie 1.200,00 EUR (5.195,16 zł)

155. Broniszewski Andrzej w kwocie 53.411,80 zł oraz 12.500,00 EUR

156. Brosz Adrian w kwocie 10.000,00 zł

157. Bryl Katarzyna w kwocie 10.000,00 EUR

158. Brymora Dawid w kwocie 12.984,62 USD

159. Bryk Jakub w kwocie 50.000,00 USD (200.435,00 zł)

160. Brzoza Andrzej w kwocie 1.000,00 USD (3.906,00 zł), 2.000,00 CHF (9.110,80 zł) oraz 459,30 zł (100,00 CHF)

161. Brzozowski Robert w kwocie 83.105,32 USD

162. Bródka Wojciech w kwocie 638,64 EUR

163. Budek-Janek Beata w kwocie 2.504,84 zł

164. Budkowski Paweł w kwocie 2.500,00 EUR (10.781,50 zł)

165. Budny Arkadiusz w kwocie 6.090,00 EUR

166. Budzyński Piotr w kwocie 11.783,03 zł

167. Buhr Edyta Barbara w kwocie 12.919,50 zł

168. Bujniak Daniel w kwocie 27.550,00 USD (110.277,14 zł)

169. Kucner Paulina w kwocie 14.904,31 zł

170. Byczyński Jacek w kwocie 9.068,69 zł

171. Byrska Wiktoria w kwocie 5.435,86 zł

172. Bzymek Martyna w kwocie 900,00 EUR (3.881,07 zł)

173. Caban Łukasz w kwocie 3.536,99 zł

174. Cecuła Bartosz – Pilotaż Transportów Nienormatywnych w kwocie 54.102,45 zł

175. Ceglarska Magdalena w kwocie 31.102,80 zł

176. Celmerowski Michał w kwocie 181.837,60 zł

177. Celegrat Krzysztof w kwocie 59.920,50 zł

178. CASSIOPEIA Sp. z o.o./ Olejniczak Wojciech w kwocie 428.480,00 zł

179. Chłopek Tomasz w kwocie 2.112,31 zł (487,00 EUR)

180. Chachoń Damian w kwocie 21.638,00 zł oraz 1.959,26 EUR

181. Charchut Ewa w kwocie 1.000,00 EUR (4.275,50 zł) oraz 85,00 zł

182. Charkiewicz Kamil w kwocie 1.200,00 EUR (5.189,04 zł)

183. Chemicz Teodor w kwocie 177.056,24 zł

184. Chejda Łukasz w kwocie 60.000,00 zł oraz 34.626,84 EUR

185. Chejda Sebastian w kwocie 64.387,02 zł oraz 1.000,00 GBP

186. Chmielnicka Marta w kwocie 1.852,00 EUR (7.874,15 zł)

187. Chmielowiec Jacek w kwocie 10.000,00 USD (39.176,00 zł)

188. Chochorowski Piotr w kwocie 74.326,83 zł i 40.000,00 GBP

189. Chomicz Katarzyna w kwocie 2.777,52 zł (600,00 CHF)

190. Choncel Anna w kwocie 5.000,00 zł

191. Chronowski Piotr w kwocie 8.548,00 zł

192. Chrostowski Paweł w kwocie 1.008,18 EUR

193. Chwała Artur w kwocie 1.750,00 zł

194. Chwazik Piotr w kwocie 28.480,00 zł

195. Chwiej Przemysław w kwocie 2.030,74 EUR

196. Chwierut Paweł w kwocie 56.072,73 USD

197. Chu Huu Nhan w kwocie 974.800,00 zł

198. Chudy Małgorzata w kwocie 3.000,00 EUR (12.830,10 zł)

199. Chudy Ryszard w kwocie 16.641,63 zł

200. Chudzyński Krzysztof w kwocie 22.584,00 zł oraz 60.000,00 SEK

201. Chyłek Aneta Sylwia w kwocie 8.668,07 zł

202. Chyl Jolanta w kwocie 1.999,90 USD (8.182,60 zł)

203. Chyliński Jarosław w kwocie 168.888,20 zł

204. Chmielewicz Paweł w kwocie 1.000,00 EUR

205. Ciblik Katarzyna w kwocie 4.750,00 GBP (24.458,23 zł)

206. Cichoń Michał w kwocie 6.223,91 zł i 2.211,55 EUR

207. Cichorski Michał w kwocie 1.500,00 EUR (6.461,25 zł)

208. Cichosz Ireneusz w kwocie 690,00 EUR (2.943,06 zł)

209. Cichosz Łukasz w kwocie 9.100,00 zł

210. Cichocki Paweł w kwocie 10.546,14 zł

211. Cichocka Lidia w kwocie 727,53 EUR

212. Cichopek Jacek 73.254,32 zł

213. Cidyło Marcin w kwocie 24.204,20 zł

214. Ciećko Dominik w kwocie 41.933,30 zł

215. Ciesielski Michał w kwocie 10.000,00 EUR (43.404,00 zł)

216. Ciesielski Michał (74100404552) w kwocie 2.000,00 zł (463,90 EUR)

217. Ciesielski Daniel w kwocie 5.000,00 USD (19.878,50 zł)

218. Ciesielski Andrzej w kwocie 17.630,90 zł oraz 3.874,40 EUR

219. Ciesielski Tomasz w kwocie 429,38 zł

220. Cisel Sławomir w kwocie 75.000,00 GBP (386.512,50 zł)

221. Cieśliński Krzysztof w kwocie 990,00zł (190,11 GBP)

222. Mateusz Włodarczyk CLIMCRAFT w kwocie 7.390,00 GBP (8.782,28 EUR)

223. Contucci Ewa w kwocie 950,00 EUR (827,23 CHF)

224. COLOR WORKZ Grzegorz Skoneczny w kwocie 13.500,00 EUR (58.217,40 zł)

225. Coleman Agata w kwocie 89.497,20 USD

226. Cupak Adrian w kwocie 2.000,00 USD (7.803,40 zł)

SBU - LEGAL

227. Cylwik Andrzej w kwocie 12.000,00 USD (46.826,40 zł)
228. Ćmil Rafał w kwocie 9.404,56 zł
229. Ćwikła Sylwester w kwocie 5.091,52 USD (20.747,43 zł)
230. Czaban Anatol w kwocie 7.727,11 CHF (35.068,72 zł )
231. Czapla Ewelina w kwocie 5.000,00 USD (20.465,00 zł)
232. Czapla Mariusz w kwocie 12.837,10 zł
233. Czaplewski Karol w kwocie 30.206,06 zł (7.400,00 USD)
234. Czaplicki Antoni w kwocie 2.070,48 zł
235. Czarczyński Maciej w kwocie 950,36 zł
236. Czarnecka Sylwia w kwocie 64.661,30 zł
237. Czarnecka Teresa w kwocie 16.000,00 EUR (68.460,80 zł)
238. Czarnecki Marcin w kwocie 16.435,77 EUR oraz 30.043,73 zł
239. Czaja Daniel w kwocie 700,00 EUR oraz 1.600,00 USD
240. Czajkowski Paweł w kwocie 3.483,12 zł
241. Czech Paulina w kwocie 11.129,30 zł
242. Czekierda Piotr w kwocie 5.518,00 zł i 700,00 EUR
243. Czerniak Maciej w kwocie 21.322,58 zł oraz 670,94 EUR
244. Czernicki Jan w kwocie 24.101,03 zł
245. Czerwiński Łukasz w kwocie 1.000,00 EUR (4.335,10 zł), 11.720,00 NOK (4.236,78 zł)
246. Czerwiński Zbigniew w kwocie 9.965,00 EUR
247. Czestkowska Marta w kwocie 8.578,30 zł
248. Czopik Marcin działający w imieniu IAPS sp. z o.o. w kwocie 60.000,00 EUR (259.128,00 zł),
249. Czopek Edyta w kwocie 8.631,70 zł
250. Czopko – Michnik Ramona w kwocie 3.927,50 zł (843,01 CHF)
251. Maria Szymańska – Graca działająca w imieniu MARYTEX Sp. z o.o. w kwocie 7.200,00 EUR
252. Mitura Patrycja w kwocie 2.900,00 GBP (15.087,83 zł)
253. Jawid Piotr w kwocie 1.000,00 EUR (4.277,00 zł)
254. JB TRANS JULIA BIŃKOWSKA/Bińkowska Julia w kwocie 2.292,68 EUR
255. Damaskinos Kamila w kwocie 49.336,30 zł
256. Drzewiecka Celina w kwocie 3.829,57 zł (883,00 EUR)

SBU - LEGAL    EXCOPIORG 00343

257.     Dziedzic Marcin w kwocie 20.000,00 zł (4.633,56 EUR)

258.     Dziedzic Dariusz w kwocie 25.000,00 EUR

259.     Dziendziel Maciej w kwocie 25.245,00 zł oraz 150.000,00 CZK

260.     Dziewulski Jarosław w kwocie 5.919,06 zł

261.     Dzikowska Aleksandra w kwocie 107,70 zł

262.     Dziocha Grzegorz w kwocie 58.355,89 zł

263.     Dziub Jarosław w kwocie 17.422,80 zł (4.000,00 EUR)

264.     Dziuba Daria w kwocie 1.850,00 GBP (9.480,30 zł) oraz 1.730,00 EUR (7.143,22 zł)

265.     Dziura Tomasz w kwocie 2.000,00 EUR (8.581,00 zł)

266.     Dziworska Diana w kwocie 60,15 USD oraz 4.765,92 EUR

267.     Dziworska Krystyna w kwocie 10.000,00 zł (2.285,61 EUR)

268.     Daniluk Roman w kwocie 870,13 zł, 918,89 EUR i 3.582,19 USD

269.     Daniłow Wojciech w kwocie 2.031,98 zł (436,00 CHF)

270.     Dargacz Piotr w kwocie 52.735,27 zł

271.     Danisiewicz Krzysztof w kwocie 92.499,15 zł

272.     DAPPI Sp. z o.o./Werblińska Angelika w kwocie 20.000,00 EUR (86.482,00 zł)

273.     Dargiewicz Janusz w kwocie 50.000,00 EUR (215.205,00 zł)

274.     Dąbek Jacek w kwocie 26.320,90 zł

275.     Dąbkowski Damian w kwocie 23.706,32 zł

276.     Dąbrowska Urszula w kwocie 11.829,49 zł i 2.000,00 USD

277.     Dąbrowska – Goebel Izabela w kwocie 30.557,10 zł (7.000,00 EUR)

278.     Dąbrowska-Wyra Daria i Dąbrowski Łukasz w kwocie 1.850 EUR (7.907,03 zł)

279.     Dąbrowski Kazimierz w kwocie 39.500,00 EUR (170.057,30 zł)

280.     Denys Aleksander w kwocie 6.451,14 zł (1.386,00 CHF) oraz 109,45 zł

281.     Depta Krzysztof w kwocie 2.000,00 EUR (8.554,40 zł)

282.     Dębkowski Michał w kwocie 5.100,00 zł

283.     Dębska – Stewart Bożena w kwocie 2.000,00 GBP (10.299,80 zł)

284.     Diduszko Mateusz w kwocie 40.110,00 zł

285.     APF POLSKA Sp. z o.o./Karpowicz Agnieszka w kwocie 566.417,28 zł

286.     Dłubacz Mateusz w kwocie 36.089,38 zł (8.367,00 EUR)

287.     Długosz Arkadiusz w kwocie 42.881,28 zł

288.     Długosz Olga w kwocie 15.000,00 USD

SBU - LEGAL

289. Dobrzański Kamil w kwocie 3.000,00 EUR

290. Dobrzańska Karolina w kwocie 92.536,06 GBP

291. Domański Dominik w kwocie 37.149,44 zł

292. Domański Dariusz w kwocie 7.600,00 CHF (35.164,44 zł)

293. Domaszewicz Ewa w kwocie 3.646,84 zł

294. Domaszewski Piotr w kwocie 29.999,00 zł (7.361,09 USD) oraz 8.563,80 zł (2.000,00 EUR)

295. Domagała Mateusz w kwocie 10.750,00 USD (43.981,48 zł) oraz 4.014,00 EUR (17.308,37 zł)

296. Domagała Marcin w kwocie 59.447,70 SEK

297. Domejko Krzysztof w kwocie 8.172,19 zł

298. Dominiczak Paweł w kwocie 28.534,30 zł

299. Domoradzka Monika w kwocie 3.138,02 EUR (13.512,94 zł)

300. Donat Cierpik w kwocie 2.953,77 zł

301. Dokurno Anna w kwocie 2.339,02 EUR

302. BIOSHELL Sp. z o.o./Domagała IVO w kwocie 67.454,40 EUR (289.789,10 zł)

303. Musiał Sebastian w kwocie 3.723,00 EUR (16.125,80 zł)

304. Musiał Kamil reprezentujący Doradztwo Gruntowe Kamil Musiał w kwocie 15.019,00 EUR (63.751,15 zł), 199,00 EUR i 269,43 USD (245,52 EUR)

305. Musiał – Dominiak Roksana w kwocie 5.509,58 zł (1.190,00 CHF)

306. Dowhan – Ostrowski Beata w kwocie 4.999,90 zł (1.073,01 CHF)

307. Dovhanych Volodymyr w kwocie 35.174,00 EUR (138.093,12 zł)

308. Draczyński Michał w kwocie 7.211,27 zł i 1.148,55 USD

309. Drescher Edyta w kwocie 8.050,00 EUR (34.463,66 zł)

310. Drewniak Rafał w kwocie 10.805,00 USD oraz 283,77 zł

311. Drohomirecki Łukasz w kwocie 3.663,55 zł

312. Drużbiński Paweł w kwocie 4.324,10 zł

313. Włodzimierz Rogowski działający w imieniu AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA w kwocie 2.500,00 EUR (10.808,25 zł)

314. Wrona Piotr w kwocie 37.000,00 NOK ( 13.394,00 zł)

315. Dubis Jerzy w kwocie 14.962,93 zł

316. Dubrawska Sylwia i Dubrawski Kamil w kwocie 10.000,00 EUR (43.025,00 zł)

317.     Duda Anna w kwocie 98.118,00 zł

318.     Dudek Mariusz w kwocie 10.000,00 zł

319.     Dudek Maciej w kwocie 15.648,24 zł oraz 3.489,28 EUR

320.     Dudek Michał w kwocie 5.018,62 zł (1.074,79 CHF)oraz 98,47 EUR

321.     Duszyński Przemysław w kwocie 1.764,98 zł (377,43 CHF)

322.     Durkiewicz Patryk w kwocie 4.500,00 EUR (19.373,40 zł)

323.     Duż Artur w kwocie 32.341,82 zł

324.     Dworakowski Marcin w kwocie 936,14 zł oraz 1.518,00 CHF

325.     Dydo Tomasz w kwocie 758,06 zł oraz 229,80 EUR

326.     Dyląg Sławomir w kwocie 50.923,40 EUR

327.     Dylewski Artur w kwocie 3.093,19 zł oraz 1.621,97 USD

328.     Dytz Magdalena w kwocie 30.100,00 zł

329.     Dziadosz Paweł w kwocie 2.214,91 zł

330.     Dziamski Piotr w kwocie 4.072,42 USD (16.000,00 zł)

331.     Dzióba Anna w kwocie 7.300,00 EUR (31.262,25 zł)

332.     Dżugan Marta w kwocie 4.000,00 zł

333.     Ziarkowski Maciej w kwocie 5.000,00 GBP

334.     Żyrkowski Daniel działający w imieniu EKOROL w kwocie 53.000,00 EUR (229.961,70 zł)

335.     Żyszkowski Bartosz w kwocie 640,71 zł oraz 337,42 EUR

336.     Żydak Przemysław w kwocie 15.000,00 EUR (64.678,50 zł)

337.     Ilski Arkadiusz w kwocie 1.286,10 zł (300,00 EUR)

338.     Eksztein Paweł w kwocie 8.645,60 zł

339.     Elak Hubert w kwocie 279,28 EUR oraz 2.030,28 zł

340.     Faber Michał w kwocie 4.300,00 zł

341.     Fanty Dawid w kwocie 2.300,00 EUR (9.943,59 zł)

342.     Filipczyński Artur w kwocie 34.000,00 zł

343.     Filipkowski Ryszard Piotr w kwocie 3.431,00 EUR

344.     Finch Adam w kwocie 1.000,00 GBP

345.     Fedorczyk Bogusław w kwocie 6.368,28 zł

346.     Fekete Robert w kwocie 4.616,06 EUR (20.000,00 zł)

347.     Flemmig Frederik w kwocie 43.015,00 zł (10.000,00 EUR)



SBU LEGAL

348. Flkiewitz- Bulatecka Dorota działająca w imieniu ASG Technik w kwocie 1.844,98 EUR (7.929,45 zł)

349. F.H. Prymus Violetta Burgielska w kwocie 12.914,70 zł (3.000,00 EUR)

350. FHU P. Rejnis Transport/ Paweł Rejnis w kwocie 8.000,00 EUR (34.628,80 zł)

351. Florczyk Marcin w kwocie 1.659.723,00 JPY

352. Florczak Paweł w kwocie 10.000,00 GBP (51.907,00 zł)

353. Francuz Krzysztof w kwocie 10.238,40 zł

354. Franek – Janicka Alicja w kwocie 16.254,96 USD, 5.438,37 CHF, 12.634,00 EUR, 5.661,77 GBP, 23.072,34 zł

355. Frankiewicz Gabriela w kwocie 4.000,00 EUR (509,10 zł)

356. Frankowski Krzysztof w kwocie 450,00 EUR (1.949,04 zł)

357. Frankowski Tomasz w kwocie 100.000,00 EUR

358. Frączak Monika w kwocie 1.305,87 zł (299,45 EUR)

359. Fredko Magdalena w kwocie 2.000,00 EUR (8.584,20 zł)

360. Frontczak Mariusz w kwocie 9.000,00 EUR (38.920,50 zł)

361. Formela Piotr w kwocie 7.784,86 EUR

362. Fortuniak Rafał w kwocie 3.170,00 EUR (13.719,76 zł)

363. Fotyniuk Katarzyna w kwocie 39.566,85 EUR

364. Furmański Bartosz w kwocie 14.222,38 zł

365. Furmankiewicz Monika w kwocie 3.257,10 zł

366. Gabor Marta w kwocie 13.709,26 zł

367. Gabryś Artur w kwocie 11.300,00 zł (2.611,47 EUR)

368. Gantz Gregor w kwocie 72.830,023 zł oraz 6.212,00 EUR

369. Gałązka Andrzej w kwocie 3.480,00 EUR (14.907,28 zł)

370. Gałwa Wojciech w kwocie 62.963,43 EUR

371. Galicki Tomasz w kwocie 2.699,21 zł (581,00 CHF)

372. Galas Szymon w kwocie 100.000,00 EUR

373. GAMBIT Damian Buczek w kwocie 75.822,24 zł (14.700,50 GBP)

374. GAR Trans sp. z o.o. w kwocie 4.000,00 EUR (17.342,00 zł)

375. G – Transport Rafał Gamrat w kwocie 37,50 EUR oraz 10.806,08 zł

376. Garbacz Grzegorz w kwocie 53.854,67 zł

377. Garbalski Adam w kwocie 9.380,60 zł

378. Garncarek Katarzyna w kwocie 34.000,00 zł oraz 3.996,00 CHF

SBU – LEGAL

379.     Garwoliński Konrad 200,57 zł i 1.420,32 EUR

380.     Gastropol Łukasz Targowski sp.k w kwocie 25.000,00 EUR (107.027,50 zł)

381.     Gaś Ireneusz w kwocie 14.163,73 zł oraz 16.000,00 USD

382.     Gawłowski Rafał w kwocie 13.058,58 zł

383.     Gawęda Dawid w kwocie 315,00 EUR (1.352,17 zł)

384.     Gajewski Robert w kwocie 4.500,00 GBP (22.986,90 zł)

385.     Gajewski Janusz w kwocie 500,00 EUR (2.142,00 zł)

386.     Gądela Edyta w kwocie 728,49 zł

387.     Gąsiorowski Marcin w kwocie 20.000,00 zł

388.     Gąsiorowski Sławomir w kwocie 3.690,00 EUR oraz 3.772,00 zł

389.     Gąsiorek Anna w kwocie 81.568,00 USD (320.154,40 zł)

390.     Geliński Bartosz w kwocie 22.500,00 NOK (8.273,25 zł)

391.     Gentelman Tomasz w kwocie 437.095,00 zł

392.     Gerlach Tadeusz w kwocie 308,77 GBP

393.     Gębka Weronika w kwocie 4.646,71 zł

394.     Gębura – Nowak Karolina w kwocie 10.500,00 USD (42.649,17 zł)

395.     Gęslowski Dawid w kwocie 6.000,00 EUR (26.112,00 zł)

396.     Gidek Andrzej w kwocie 1.400,00 EUR (5.987,38 zł)

397.     Gidyński Łukasz działający w imieniu LUXOFT w kwocie 6.144,00 EUR (26.418,59 zł)

398.     Giedrys Paweł w kwocie 4.060,01 zł

399.     Gierak Mariusz w kwocie 7.300,00 EUR (31.257,46 zł)

400.     Gierlach Bogdan w kwocie 3.617,15 zł (776,13 CHF)

401.     Gil Daniel w kwocie 5.116,30 zł

402.     Gilewski Błażej w kwocie 1.659,91 zł

403.     Gils Gabriel w kwocie 1.500,00 EUR (6.406,11 zł)

404.     Gilżejewska Alina w kwocie 4.000,00 zł (865,00 CHF)

405.     Gintrowski Łukasz w kwocie 60,35 GBP (313,62 zł) oraz 507,26 EUR (2.192,02 zł)

406.     Giziewski Tomasz Piotr w kwocie 14.900,00 SEK (5.505,55 zł)

407.     Gizińska Eryka w kwocie 6.027,72 zł (1.300,00 CHF)

408.     Gizulewska Maria w kwocie 12.970,66 USD

409.     Giżycki Mateusz w kwocie 3.800,00 GBP (19.448,40 zł)

SBU - LEGAL

410. Gliński Paweł w kwocie 4.886,76 zł (1.055,00 CHF)

411. CT Global Logistics Sp. z o.o. / Karolina Jasińska w kwocie 95.407,65 zł (23.500,00 USD)

412. Głód Marcel w kwocie 620,00 EUR (2.644,42 zł)

413. Głodzik Tomasz w kwocie 388,91 zł oraz 71.772,51 USD

414. Głogowski Marcin w kwocie 186.028,00 zł (40.000,00 CHF)

415. Głowacki Marcin w kwocie 1.200,00 EUR (5.139,12 zł)

416. Głowacki Jarosław w kwocie 1.578,03 EUR, 576,15 CZK, 27,93 TRY

417. Głowacki Łukasz w kwocie 18.000,00 USD (71.515,80 zł)

418. Głowacki Mariusz w kwocie 2.150.000,00 JPY oraz 9.305,26 zł

419. Gnaciński Krzysztof w kwocie 4.600,00 EUR (19.948,82 zł)

420. Gnielka Łukasz Bartłomiej 12.734,40 zł

421. Gotkowicz Paweł w kwocie 2.957,65 EUR (12.550,20 zł)

422. Goldsztejn Maciej w kwocie 1.295,86 EUR (5.500,00 zł)

423. Goleniowski Patryk w kwocie 2.715,45 zł

424. Golonka Gabriela w kwocie 4.000,00 EUR (17.298,40 zł) i 3.000,00 EUR

425. Gołąb Karol w kwocie 22.877,77 zł, 1.081,73 EUR oraz 2.055,84 USD

426. Gołąb Michał w kwocie 1.075,90 EUR (4.655,20 zł)

427. Gołębiewska Kamila w kwocie 9.000,00 EUR (38.682,00 zł)

428. Gołębiowska Barbara w kwocie 32.018,59 zł

429. Goncerzewicz Robert w kwocie 40.000,00 GBP (206.056,00 zł)

430. Gonczaronek Tomasz w kwocie 9.347,02 zł

431. Gorzelany Adam w kwocie 3.141,00 EUR

432. Graczyk Kamila w kwocie 5.836,95 EUR oraz 3.840,91 USD

433. Grudowska Grażyna w kwocie 1.678,21 zł (360,00 CHF)

434. Grudzińska Dagmara w kwocie 2.095,34 zł (457,00 CHF)

435. Grabiański Tomasz 924,43 EUR

436. Górczyńska Edyta w kwocie 510,01 EUR (2.210,43 zł)

437. Górski Marcin w kwocie 9.867,65 zł

438. Górski Łukasz w kwocie 2.452,11 zł

439. Góralski Arkadiusz w kwocie 1.300,00 EUR (5.578,30 zł)

440. Góralski Krzysztof w kwocie 5.012,28 zł oraz 8.700,00 CAD

441. Więckiewicz Grażyna w kwocie 10.000,00 EUR (43.043,00 zł)

442. Grochala Szymon w kwocie 3.000,00 EUR (12.852,00 zł)

443. Grochowski Roman w kwocie 10.000,00 USD (38.610,00 zł)

444. Gromek Monika w kwocie 25.000,00 USD (98.040,00 zł)

445. Gromek Dariusz w kwocie 93.566,36 zł (3.522.650,00 JPY)

446. Gronkiewicz Agata/Mateusz Gronkiewicz w kwocie 5.000,00 EUR (21.550,50 zł)

447. Grybel Tomasz w kwocie 7.900,00 zł

448. Grygiel Bogusław w kwocie 1.842,82 zł

449. Grygorowicz Patryk w kwocie 900,00 EUR (3.843,12 zł) oraz 700,00 zł

450. Gryss Magdalena w kwocie 1.946,18 zł

451. Gryszka Łukasz w kwocie 15.000,00 zł (3.440,37 EUR)

452. Gryszun Mateusz w kwocie 2.400,00 USD (9.499,92 zł)

453. Gryko Tomasz w kwocie 985,84 USD, 1.055,45 EUR

454. Grzywaczyk Zbigniew w kwocie 75.000,00 zł

455. Grzyb Ewelina w kwocie 9.456,30 zł

456. Grzybowska Magdalena w kwocie 5.000,00 EUR (21.684,50 zł)

457. Grzybowski Łukasz w kwocie 1.000,00 EUR

458. Gubała Krzysztof w kwocie 200.000,00 zł (50.000,00 USD)

459. Gubała Mariusz w kwocie 4.000,00 zł (933,64 EUR)

460. Gucwa Maria w kwocie 2.173,00 zł

461. Gugała Elżbieta w kwocie 688.534,70 zł oraz 77.000,00 USD

462. Gulbierz Tomasz w kwocie 9.819,50 zł, 900,00 EUR i 10.000,00 USD

463. Gunia-Krzyżak Agnieszka w kwocie 200,00 EUR (862,66 zł)

464. Gułaś Karol w kwocie 11.041,96 CHF, 25.291,97 EUR, 9.971,00 GBP, 22.809,40 USD

465. Gustaw Edyta w kwocie 350,01 EUR (1.498,95 zł)

466. Gużewski Rafał w kwocie 9.400,00 EUR (40.799,08 zł)

467. Gwiaździński Daniel w kwocie 1.108,24 SEK (406,83 zł)

468. Gwiżdż Damian działający w imieniu Górka-Trans Szczyrek, Gwiżdż Sp. J. w kwocie 35.868,34 zł

469. Gwiżdż Sebastian w kwocie 1.000 EUR (4.296,80 zł)

470. Hachuła Piotr w kwocie 6.599,07 EUR (28.233,48 zł)

471. Hadyniak – Kamińska Magdalena w kwocie 950,00 USD

SBU - LEGAL    EXH 06243

18

472. Halotta Paweł w kwocie 5.000,00 zł (1.155,64 EUR)

473. Halik Mariusz w kwocie 148.483,00 JPY

474. Hałas Arnold w kwocie 1.214,74 EUR

475. Hałka Piotr w kwocie 30.000,00 zł

476. Hajduczenia Dariusz w kwocie 2.844,00 EUR (12.232,90 zł)

477. Hajduk Artur w kwocie 340,00 GBP (1.738,68 zł)

478. Hajdrych Maciej w kwocie 20.000,00 NOK (7.354,00 zł)

479. Harasim Jakub w kwocie 74,98 USD oraz 314,51 EUR

480. Harkabuzik Mateusz w kwocie 1.000,00 EUR (4.287,00 zł)

481. Harkabuzik Agnieszka w kwocie 1.710,00 EUR (7.355,57 zł)

482. Hauffe Marta w kwocie 10.000,00 CHF (45.348,12 zł)

483. Hawro Konrad w kwocie 6.000,00 USD (23.793,60 zł) i 15.500,00 EUR (66.712,00 zł) – łącznie 90.505,60 zł

484. Hawrył-Adamczyk Katarzyna i Adamczyk Bartosz w kwocie 29.037,80 zł i 9.000,00 CHF

485. HANAMA Rafał Żak w kwocie 3.591,40 EUR

486. HatPol Antoni Hat/ Hat Daniel w kwocie 39.462,00 zł

487. Hądz Wacław w kwocie 800,00 EUR (3.413,92 zł)

488. Helbowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

489. Hennek Patryk w kwocie 4.346,29 zł

490. Henzel Jan w kwocie 236,08 zł

491. HMPA Daniel Łohunko w kwocie 10.000,00 EUR (43.130,00 zł)

492. Holuta Marcin w kwocie 4.300,00 zł

493. Holak Bernadeta w kwocie 213,59 EUR oraz 10.274,80 zł

494. Hołubowska Aleksandra w kwocie 2.000,00 EUR

495. Hordecki Mateusz w kwocie 4.302,17 zł

496. Hosner Ryszard w kwocie 619,73 zł

497. Hospod Paweł w kwocie 18.003,74 zł

498. Hreczka Krzysztof w kwocie 8.345,98 zł

499. Hryniewicz Marek w kwocie 46.800,05 EUR (200.000,00 zł)

500. Hudyka - Grzesik Ewelina w kwocie 4.314,00 zł

501. Hudzik Tomasz w kwocie 2.400,00 EUR (10.271,28 zł)

502. Huk Tomasz w kwocie 2.281,88 zł (492,57 CHF)

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 272 of 523
SBU - LEGAL   EXOPIORO-00273

503. Humana Second Hand Poland Sp. z o.o./ Smolicki Jacek w kwocie 16.313,32 EUR (70.060,82 zł)

504. Hutyra Wioleta w kwocie 5.000,00 GBP (25.658,50 zł)

505. HyperHub Ltd. Z siedzibą w Anglii / Damian Puczyński w kwocie 281.666,37 zł, 173.104,00 zł (40.517,65 EUR), 148.671,51 GBP, 20.885,00 GBP (25.218,73 EUR), 13.740,69 EUR, 12.800,00 USD (11.828,76 EUR)

506. Mierzejewska Bożena w kwocie 2.143,70 zł

507. Milcz Bartłomiej w kwocie 2.000,00 EUR (8.508,00 zł)

508. Moliński Piotr w kwocie 400,92 EUR oraz 1.615,50 zł

509. Imielski Karol w kwocie 3.100,00 GBP (15.965,31 zł)

510. Idziaszek Weronika w kwocie 2.000,00 EUR (8.527,00 zł)

511. Idzkiewicz Marcin w kwocie 1.000,00 EUR (4.280,92 zł)

512. Łącka Sylwia Grażyna w kwocie 7.400,00 zł (1.723,92 EUR)

513. Łazuga Marcin w kwocie 7.378,55 USD

514. Łyszczek Paweł w kwocie 35.000,00 zł (6.733,62 GBP)

515. Łyskawa Paweł Stowarzyszenie Krakowski Teatr Tańca w kwocie 3.500,00 EUR

516. Łyżwa Przemysław w kwocie 3.000,00 EUR

517. Igielski Adam w kwocie 25.595,00 USD (101.537,92 zł)

518. Ignasiak – Kretowicz Justyna w kwocie 20.000,00 CHF (90.880,00 zł)

519. Ignasiak Andżelika w kwocie 41.166,60 zł (9.500,00 EUR)

520. IGNASMET Mariusz Ignatowicz/ Ignatowicz Marcin w kwocie 80.000,00 EUR (341.336,00 zł)

521. Zięba Bogumił reprezentujący Inovatica AGV sp. z o.o. w kwocie 15.653,11 EUR (67.000,00 zł), 42.560,00 USD

522. Zięba Tomasz w kwocie 21.352,00 zł

523. Żak Michał w kwocie 21.931,09 zł (5.501,00 USD)

524. Żak Katarzyna w kwocie 22.336,50 zł

525. Żak Mirosław w kwocie 3.822,94 zł

526. Żelaśkiewicz Adam w kwocie 2.000,00 GBP oraz 12.478,80 zł

527. Żołnierzyk Piotr w kwocie 900,00 EUR

528. Żukowski Michał Radosław w kwocie 25.000,00 EUR (107.787,50 zł)

529. Żerański Radosław w kwocie 710,03 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 273 of 523

SBU LEGAL

530. Żurawka Sławomir w kwocie 1.297,91 zł (280,00 CHF)

531. Żurawicki Jarosław w kwocie 4.318,87 zł

532. Żurowski Dawid w kwocie 6.330,94 zł (2.000,00 CAD)

533. Iwanicki Andrzej w kwocie 39.950,00 zł

534. Iwańska Wioleta w kwocie 10.000,00 zł

535. Iwanowski Paweł w kwocie 3.647,26 zł (835,32 EUR)

536. Iwanowski Tomasz w kwocie 2.711,46 CAD

537. Iwanucha - Blumberg Lidia w kwocie 2.154,05 zł

538. INTECH TECHNICAL DOCUMENTATION SP. Z O.O./Kaczorowski Arkadiusz w kwocie 20.000,00 EUR (85.692,00 zł) oraz 22.000,00 USD (86.169,60 zł)

539. Jachowicz Zbigniew w kwocie 14.000,00 zł (3.030,25 CHF)

540. Jachowski Dariusz w kwocie 400,00 EUR (1.718,72 zł)

541. Jachimska-Małkiewicz Katarzyna w kwocie 128.700,00 zł (30.000,00 EUR)

542. Jachna Anna w kwocie 2.408,68 zł (524,07 CHF)

543. Jackowiak Marcin w kwocie 1.400,00 zł

544. Jackowiak Krzysztof w kwocie 1.051,19 EUR

545. Jacków Jacek w kwocie 10.000,00 EUR

546. Jadczyk Mateusz w kwocie 2.000,00 EUR (8.511,60 zł)

547. Jakś Tomasz w kwocie 9.828,59 zł (2.300,00 EUR)

548. Jakubczak Jarosław w kwocie 40.000,00 NOK (14.592,00 zł)

549. Jakubczak Przemysław w kwocie 40.000,00 NOK

550. Jakubczak Karolina w kwocie 10.000,00 zł

551. Jakubaszek Przemysław w kwocie 14.993,00 CHF

552. Jakubiuk Sławomir w kwocie 913,28 CHF

553. Jakubowicz Piotr w kwocie 38.739,23 zł

554. Jałowiec Maciej w kwocie 5.188,52 zł (1.200,00 EUR)

555. Janczy Janusz w kwocie 3.770,56 zł

556. Janeczek Robert w kwocie 175.959,03 zł

557. Janiec Jakub Kacper w kwocie 2.000,00 EUR

558. Janik Patryk w kwocie 30.000,00 zł i 3.000,00 EUR

559. Jankowski Mateusz ( zam. Dolice)w kwocie 3.000,00 USD (11.892,40 zł)

560. Jankowski Mateusz ( zam. Giżycko)w kwocie 26.000,00 zł

561. Jankowski Rafał w kwocie 3.000,00 EUR (12.908,40 zł)

562.  Jankowski Karol w kwocie 1.327,00 GBP (6.854,88 zł)

563.  cVest sp. z o.o. w kwocie 4.760,00 EUR (20.487,99 zł)

564.  Janowski Robert w kwocie 16.000,00 EUR (68.516,80 zł)

565.  Janowski Mirosław w kwocie 4.375,00 zł

566.  Janowski Mariusz w kwocie 2.568,50 zł (550,00 CHF)

567.  Janowski Marcin w kwocie 12.000,00 EUR (51.703,20 zł)

568.  Januszek Maciej w kwocie 62.966,01 EUR (270.980,52 zł)

569.  Jarek Arkadiusz w kwocie 6.200,00 EUR (26.897,46 zł)

570.  Jarecka Barbara Krystyna w kwocie 3.500,00 EUR (15.055,35 zł)

571.  Jargan Tomasz w kwocie 11.170,22 EUR

572.  Jasina Jarosław w kwocie 90.267,90 zł

573.  Jasiewicz Elżbieta w kwocie 43.104,00 zł

574.  Jasiok Dawid w kwocie 7.500,00 EUR (32.112,75 zł)

575.  Jaskierny Angelika w kwocie 3.000,00 EUR (12.818,40 zł)

576.  Jaskulski Piotr w kwocie 2.421,02 zł (520,00 CHF)

577.  Jastrzębski Daniel w kwocie 15.841,97 EUR (67.277,68 zł)

578.  Jastrzębowski Tomasz w kwocie 2.566,32 EUR (11.000,00 zł)

579.  Jaros Agnieszka w kwocie 18.001,92 zł

580.  Jarosz Wadim w kwocie 504,54 EUR

581.  Jaworski Łukasz w kwocie 19.091,69 EUR (82.185,91 zł)

582.  Jedliński Marcin w kwocie 12.863,45 zł

583.  Jeremin Robert w kwocie 6.000,00 zł

584.  Jerzewska – Palmer Teresa w kwocie 10.000,00 USD

585.  Jerzynowski Karol w kwocie 2.833,33 zł (610,00 CHF

586.  Jewsiewiecki Bartosz w kwocie 1.700,00 EUR (7.279,17 zł)

587.  Jewtuszenko Andrij w kwocie 1.310,37 zł (300,00 EUR)

588.  Jeż Michał w kwocie 5.000,00 zł (1.145,00 EUR)

589.  Jędruszko Jacek w kwocie 48.852,93 zł

590.  Jędrzejek  Sebastian w kwocie 4.000,00 EUR (17.162,40 zł)

591.  Jędrzejewicz Przemysław w kwocie 7.075,85 zł, 2.727,39 EUR, 455,75 CHF oraz 998,56 USD

592.  Jędrzejczak Bartosz w kwocie 7.374,41 zł (1.583,00 CHF)

593.  Jędrzejczyk Marcin 2.205,07 EUR



SBU – LEGAL

594. Jucha Piotr w kwocie 6.943,76 zł

595. JULEK-TRANS WYSZOGRODZKI/Wyszogrodzki Maciej w kwocie 11.000,00 EUR

596. Juchlke Jarosław w kwocie 11.568,60 zł

597. Junkert Hubert w kwocie 4.294,00 zł

598. Junghardt Tomasz w kwocie 493,71 EUR

599. Jurasz Krystian w kwocie 32.166,95 EUR oraz 1.285,73 USD

600. Jurczak Ryszard w kwocie 319,88 CHF oraz 1.000,00 zł

601. Jurczyk Mateusz w kwocie 12.000,00 USD (48.132,00 zł)

602. Jurkiewicz Wojciech w kwocie 10.370,98 zł

603. Jurdziński Tomasz w kwocie 779,20 zł oraz 1.996,00 USD

604. Jus Anna w kwocie 3.000,00 EUR (12.985,50 zł)

605. Justyński Rafał w kwocie 52.452,13 USD, 1.700,46 EUR, 25.118,79 zł

606. Juszkiewicz Arkadiusz w kwocie 20.987,28 EUR (89.934,69 zł)

607. Juszkiewicz Aleksandra w kwocie 440,00 GBP (2.253,00 zł)

608. Kachel Marek w kwocie 4.363,21 CHF (20.226,53 zł)

609. Kacprzak Tomasz w kwocie 43.300,00 USD (168.818,04 zł)

610. Kaczmarek Roman w kwocie 1.000,00 EUR (4.300,80 zł)

611. Kaczmarek Renata w kwocie 700,00 zł oraz 184,84 EUR

612. Kaczmarzyk Dagmara w kwocie 23.217,23 EUR oraz 7.146,80 zł (1.650,00 EUR)

613. Kaczorowska Olga w kwocie 10.000,00 EUR (43.025,00 zł)

614. Kaczyńska Anna w kwocie 1.847,78 zł (400,56 CHF)

615. Kahan Wojciech w kwocie 9.640,00 EUR (41.857,84 zł)

616. Kaługa Henryk w kwocie 910,04 zł

617. Kałuża Tomasz w kwocie 1.772,44 zł (405,00 EUR)

618. Kałużny Krzysztof w kwocie 4.451,92 USD

619. Kamecki Jerzy w kwocie 39.647,00 USD (162.386,18 zł)

620. Kamiński Andrzej w kwocie 2.000,00 EUR (8.640,00 zł)

621. Kamiński Piotr w kwocie 68.004,30 zł

622. Kamiński Paweł w kwocie 9.234,89 EUR (40.000,00 zł)

623. Kamiński Tomasz w kwocie 2.467,63 EUR, 1.984,64 USD oraz 840,22 zł

624. Kamińska Joanna w kwocie 771,67 USD, 4.739,54 EUR, 93,72 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 276 of 523
SBU - LEGAL    EXU PIORO-002763

625. Kamińska Justyna w kwocie 300,00 EUR (1.300,26 zł)

626. Kamianowski Maciej w kwocie 4.355,30 zł (1.000,00 EUR)

627. Kamyszek Tomasz w kwocie 3.700,00 EUR (15.863,77 zł)

628. Kanak Kacper w kwocie 10.358,26 zł

629. Kania Piotr w kwocie 2.215,00 EUR (9.553,96 zł)

630. Kania Krzysztof w kwocie 15.727,19 zł

631. Kania Agnieszka w kwocie 1.000,00 EUR (4.337,30 zł)

632. Kanonik Piotr w kwocie 1.500,00 EUR (6.430,05 zł)

633. Kaleta Mariusz w kwocie 3.000,00 EUR (12.933,30)

634. Kalicki Jacek w kwocie 42.416,35 CZK oraz 1.473,69 EUR

635. Kalisz Paweł w kwocie 381,35 zł oraz 538,83 CHF

636. Kalinowski Zbigniew w kwocie 2.361,00 zł oraz 274.595,94 NOK

637. Kalinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

638. Kaluga Darek w kwocie 3.900,00 USD (15.302,43 zł)

639. Kasiewicz Alicja w kwocie 200,00 EUR (848,84 zł)

640. Kasicki Rafał Marian w kwocie 9.425,69 zł oraz 18.674,49 GBP

641. Kass Łukasz w kwocie 2.600,00 EUR (11.257,48 zł)

642. Karbownik Piotr w kwocie 337,65 zł oraz 7.685,00 EUR (32.802,65 zł)

643. Karcz Karolina w kwocie 10.221,22 zł

644. Karlińska Justyna w kwocie 950,00 EUR (4.079,78 zł)

645. Karnecka Viktoria w kwocie 27.200,00 EUR oraz 10,30 zł

646. Karolewicz Karol w kwocie 55.456,20 zł

647. Karoń Adam i Karoń Małgorzata Warsztat Szewski s.c. w kwocie 20.000,00 EUR

648. Karpowicz Agata w kwocie 21.366,80 zł i 5.000,00 EUR

649. Karpiński Adam Marek w kwocie 2.344,38 zł (503,42 CHF)

650. Karpiński Przemysław w kwocie 46.352,00 zł oraz 1.500,00 CHF

651. Karpiński Łukasz w kwocie 245,00 EUR oraz 3.065,75 zł

652. Kazanowski Tomasz w kwocie 200,00 EUR (860,04 zł)

653. Kazanowski Radosław w kwocie 217,40 CHF oraz 1.003,18 zł

654. Kaznowski Michał w kwocie 9.000,00 zł

655. Kaziuk Tomasz w kwocie 687,46 zł oraz 400,00 EUR

656. Kącka Marzena w kwocie 1.308,78 zł (300,00 EUR)

SBU - LEGAL

657. Kielski Leszek w kwocie 50.000,00 zł (9.565,23 GBP)

658. Kiełtyka Piotr w kwocie 16.044,95 zł

659. Kiełtyka Maciej w kwocie 13.715,92 USD

660. Kiepura Sławomir w kwocie 1.200,00 zł, 2.816,37 GBP oraz 5.165,57 CHF

661. Kiermasch Piotr w kwocie 1.901,31 EUR, 1.677,25 zł, 1.872,90 USD

662. Kierkowski Sylwester w kwocie 9.000,00 GBP (46.854,00 zł)

663. Kiewicz Andrzej w kwocie 2.899,06 zł (620,00 CHF)

664. Kurzepa Leszek w kwocie 3.596,18 zł

665. Kurzok Sebastian w kwocie 177.360,41 zł

666. Kik Dawid w kwocie 28.500,00 EUR (123.313,80 zł)

667. Kiraga Michał w kwocie 5.153,43 zł

668. Kita Elżbieta w kwocie 49.340,75 zł

669. Kitowski Tomasz w kwocie 798,58 zł oraz 499,00 EUR

670. Kisała Daniel w kwocie 2.142,37 zł

671. Kisiel Dawid w kwocie 40.000,00 NOK (14.592,00 zł)

672. Kleczewski Łukasz w kwocie 12.662,08 zł

673. Kleinowska Monika w kwocie 721,14 zł

674. Klepacka Beata w kwocie 11.649,04 EUR (50.000,00 zł)

675. Klęsk Patryk w kwocie 3.987,81 zł

676. Knapczyk Sławomir w kwocie 3.962,71 zł

677. Knot Krzysztof w kwocie 734,29 GBP

678. Knyszko Krzysztof w kwocie 1.000,00 EUR ( 4.331,20 zł)

679. Kobiałka Łukasz w kwocie 3.500,00 EUR (15.199,10 zł)

680. Kobiałka Grzegorz w kwocie 36.802,18 EUR

681. Kobiałka Wioletta w kwocie 28.640,00 EUR

682. Kobierski Mariusz w kwocie 22.006,00 GBP

683. Kobryn - Bodanka Urszula w kwocie 1.000,00 EUR (4.299,50 zł)

684. Kobojek Angelika w kwocie 2.000,00 EUR (8.604,40 zł)

685. Kocik Marzena w kwocie 2.140,80 zł

686. Kociszewska Monika w kwocie 1.856,76 zł (400,00 CHF)

687. Kocoń Dominik w kwocie 525,16 zł (114,00 CHF)

688. Kocur Sławomir w kwocie 1.000,00 EUR

689. Kogut Ireneusz w kwocie 1.171,61 zł (251,78 CHF)

690.    Kołaciak Daniel w kwocie 3.070,00 EUR

691.    Kołakowski Grzegorz w kwocie 2.282,24 zł (496,00 CHF)

692.    Kołodziej Marcin CAR SYSTEM w kwocie 16.117,52 EUR

693.    Kołodziej Bartosz w kwocie 45.133,48 zł

694.    Kołodziej Zbigniew w kwocie 17.173,29 CHF (77.448,00 zł)

695.    Kołodziejak Remigiusz w kwocie 12.814,62 zł

696.    Kołodziejczak Tomasz w kwocie  2.935,65 zł oraz 10.400,00 EUR

697.    Kołodziejczak Witold w kwocie 201.822,08 zł

698.    Kołodziejczyk Jakub w kwocie 41.397,70 zł oraz 4.284,00 EUR

699.    Kołodziejski Michał w kwocie 215.880,00 zł (50.000,00 EUR)

700.    Kożuchowski Maciej w kwocie 6.565,05 zł (1.500,00 EUR)

701.    Sopala Konrad w kwocie 9.500,00 EUR (40.801,55 zł)

702.    Socha Justyna w kwocie 70.000,00 GBP

703.    Sołanko Grzegorz w kwocie 7.353,48 EUR (31.246,57 zł)

704.    Szmagalski Konrad w kwocie 171,18 USD

705.    MJS SP. Z O.O. SP. K./Szmurło Jarosław w kwocie  22.636,00 USD (88.923,26 zł)

706.    Kopeć Paweł w kwocie 464,36 EUR (2.000,00 zł)

707.    Koperczuk Damian w kwocie 1.600,00 EUR (6.888,00 zł)

708.    Koperczuk Renata w kwocie 2.850,00 EUR (12.270,68 zł)

709.    Koperda Tomasz w kwocie 16.368,90 zł

710.    Koperwas Kamil w kwocie 25.748,50 zł oraz 2.575,33 GBP

711.    Koralewski Rafał w kwocie 100.000,00 zł

712.    Kordaczuk Sławomir w kwocie 586,67 CHF (2.734,70 zł)

713.    Korotkiewicz Adrian w kwocie 17.114,20 zł

714.    Korpal Piotr w kwocie 35.818,00 EUR (154.336,49 zł)

715.    Korytowska Małgorzata w kwocie 26.000 CZK (4.306,31 zł)

716.    Korus Tomasz w kwocie 6.852,03 zł (1.488,72 CHF),

717.    Korzec-Frejowska Magdalena w kwocie  11.217,00 zł, 40.000,00 SEK (16.003,00 zł) – łącznie 27.220,00 zł

718.    WGS Polska sp. z o.o. w kwocie 30.000,00 SEK (11 277,00 zł)

719.    Korzeniewska Barbara w kwocie 130.367,22 zł

720.    Kos Tomasz w kwocie 1.004,24 zł

721. Kosakiewicz Michał w kwocie 250,00 EUR (1.071,90 zł)

722. Kosior Paweł w kwocie 7.653,14 zł,

723. Kosiada Małgorzata w kwocie 10.118,02 EUR

724. Kosowski Jarosław w kwocie 18.522,70 zł

725. Kossakowski Janusz w kwocie 6.948,81 EUR

726. Kossowska Małgorzata w kwocie 5.915,93 zł (1.370,00 EUR)

727. Kostecki Marek w kwocie 17.262,21 zł oraz 2.367,20 EUR

728. Koszuta Robert w kwocie 211,54 EUR oraz 321,04 zł

729. Kotarski Bartłomiej w kwocie 1.300,00 EUR (5.635,76 zł)

730. Kotuła Grzegorz w kwocie 1.900,00 EUR (8.156,70 zł)

731. Kotulak Marcin Krzysztof w kwocie 11.063,52 zł

732. Kotulski Paweł w kwocie 17.000,00 USD

733. Kotulska Agnieszka w kwocie 4.713,78 EUR

734. Kowalczyk Sylwia w kwocie 12.950,00 USD (53.326,80 zł)

735. Kowalczyk Krystyna w kwocie 2.061,01 zł (446,29 CHF)

736. Kowalczyk Michał 2.537,29 zł (543,97 CHF)

737. Kowal Michał w kwocie 10.088,00 zł

738. Kowol Andrzej w kwocie 5.116,24 zł

739. Kowalewska Izabela w kwocie 26.000,00 zł

740. Kowalewska-Hope Anna w kwocie 200,00 GBP (1.024,96 zł)

741. Kowalska Beata w kwocie 1.800,00 EUR (7.773,84 zł)

742. Kowalska Magdalena w kwocie 1.500,00 EUR (6.480,45 zł)

743. Kowalska Mirela w kwocie 7.275,39 SEK, 100,68 GBP, 102.087,00 JPY

744. Kowalska Katarzyna w kwocie 40.000,00 NOK (14.504,00 zł)

745. Kowalski Paweł w kwocie 90.000,00 EUR (385.903,99 zł)

746. Kowalski Janusz w kwocie 2.000,00 EUR, 3.992,99 USD, 7.693,03 zł

747. Kowalski Piotr w kwocie 950,02 zł oraz 2.790,93 GBP (3.311,22 EUR)

748. Kowalik Kazimierz w kwocie 269,40 zł oraz 821,07 EUR

749. Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł)

750. Koźlik Adrian w kwocie 4.726,47 zł

751. Krajewski Bogdan w kwocie 42.800,00 zł

752. Krajewska Agnieszka w kwocie 3.930,00 zł (850,46 CHF)

753. Krajza Mariusz w kwocie 1.000,00 EUR (4.271,50 zł)

SBU - LEGAL

754. Kramarski Daniel w kwocie 44.875,54 zł

755. Kras Marek w kwocie 5.624,26 EUR (22.333,80 zł)

756. Krawczyk Rafał Mirosław w kwocie 5.000,00 EUR (21.429,00 zł)

757. Krawczyk Michał w kwocie 12.970,80 zł (3.000,00 EUR)

758. Krawczyk Wojciech w kwocie 42.230,00 zł

759. Kreczko Dariusz w kwocie 14.019,16 zł i 23.432,23 EUR

760. Kregiel Eric w kwocie 90.000,00 zł (20.609,38 EUR)

761. Kremplewski Mariusz w kwocie 5.000,00 USD (19.797,00 zł)

762. Krogul Mieczysław w kwocie 32.000,00 zł

763. Krotosik Ewelina w kwocie 14.000,00 zł (3.232,62 EUR)

764. Krowicki Krzysztof w kwocie 2.509,02 zł (538,00 CHF)

765. Król-Dębek Marta w kwocie 202.016,80 zł i 303,32 EUR

766. Kruczek Jacek w kwocie 21.663,60 zł

767. Krupa Mariusz w kwocie 2.500,01 zł i 748,15 EUR

768. Krupa Beata w kwocie 1.000,00 EUR (4.300,00 zł)

769. Krzemień Agnieszka w kwocie 6.000,00 zł (1.391,76 EUR)

770. Krzemieniewska Monika w kwocie 2.000,00 EUR (8.632,20 zł)

771. Krzykwa Łukasz w kwocie 2.000,00 GBP (10.211,88 zł)

772. Krzysztoszek Marta w kwocie 4.867,60 USD (20.000,00 zł)

773. Krzywańska Patrycja (Stołowska) w kwocie 23.439,00 EUR (100.808,80 zł)

774. Krzywda Tomasz w kwocie 1.150,00 EUR (4.913,61 zł)

775. Krzyżanowski Dawid w kwocie 1.875,00 EUR (8.014,69 zł)

776. Krzyżowski Ireneusz w kwocie 1.470,36 zł

777. Krzyżowski Krzysztof w kwocie 30.000,00 NOK (10.827,00 zł)

778. Książek Teresa w kwocie 49.862,51 zł (11.550,00 EUR)

779. Książek Kamil w kwocie 4.500,00 EUR

780. Kuc Wiesław w kwocie 60.000,00 EUR (25.833,60 zł)

781. Kucfir Krzysztof w kwocie 1.500,00 EUR (6.441,00 zł)

782. Kucharski Artur w kwocie 1.666,00 EUR (7.136,64 zł)

783. Kucharski Arkadiusz w kwocie 1.460,85 USD

784. Kucharski Robert Tadeusz w kwocie 63.724,45 zł

785. Kuchta Michał w kwocie 11.233,44 zł (2.400,00 CHF)

786. Kuczek Piotr w kwocie 992,65 USD (3.878,88 zł)



787.   Kuczyński Piotr w kwocie 15.414,30 zł

788.   Kujawiak Marian w kwocie 490,00 EUR (2.126,40 zł)

789.   Kukuła Michał w kwocie 45.000,00 USD (179.095,50 zł)

790.   Kulbacki Wojciech w kwocie 14.729,88 zł (3.610,00 USD)

791.   Kulewicz Piotr w kwocie 17.170,76 zł

792.   Kuleczka Piotr w kwocie 17.000,00 EUR (72.790,60 zł)

793.   Kulka Mateusz w kwocie 34.733,60 zł

794.   Kulka Marcin w kwocie 1.000,00 EUR (4.326,80 zł)

795.   Kulikov Vladyslav w kwocie 2.600,00 zł

796.   Kuligowski Adam w kwocie 2.160,55 zł

797.   Kura Wojciech w kwocie 11.130,00 EUR (47.851,21 zł)

798.   Kural Sebastian w kwocie 51.500,00 zł

799.   Kurek Radosław w kwocie 2.554,34 zł oraz 898,96 EUR

800.   Kurnik Piotr w kwocie 5.667,9

801.   Kurzydło Kamil w kwocie 1.168,00 EUR (5.054,05 zł)

802.   Midas sp. z o.o. w kwocie 6.086,22 EUR (26.351,51 zł)

803.   Kwasiborski Krzysztof w kwocie 1.511,09 zł (350,00 EUR)

804.   Kwaśniewska Katarzyna w kwocie 2.150,00 EUR  (9.195,55 zł)

805.   Kwiatek Kamil w kwocie 1.758,98 zł

806.   Kwiatkowska – Kwarta Danuta w kwocie 2.000,00 EUR (8.637,80 zł)

807.   Kwiatkowski Arkadiusz w kwocie 30.223,51 zł

808.   Kwiatkowski Jakub w kwocie 6.500,00 zł (1.400,71 CHF)

809.   Kwiecińska-Awieruk Sylwia w kwocie 10.171,88 CHF (47.114,50 zł)

810.   Klimas Piotr Marek w kwocie 11.785,46 zł, 100,20 EUR

811.   Klimko- Kardel Sylwia w kwocie 3.449,81 USD

812.   Klimowicz Daniel w kwocie 1.294,66 zł

813.   Klishevich Viktoryja w kwocie 193.707,50 zł oraz 10.000,00 EUR

814.   Kyrcz Marta w kwocie 847,47 CHF

815.   Lach Katarzyna w kwocie  17.430,99 CHF (80.254,00 zł)

816.   Lachiewicz Czesław w kwocie 7.944,00 zł i 21.887,00 EUR

817.   Lalewicz Anna w kwocie 1.366,66 zł (296,00 CHF)

818.   Lampka Anna w kwocie 20.000,00 zł (4.616,93 EUR)

819.   Langowski Adrian w kwocie 270.000,00 zł (62.712,24 EUR)

SBU - LEGAL          EXT PIORO-00288971

820. Lankamer Marta w kwocie 1.750,02 EUR

821. Laszczyk Ireneusz w kwocie 6.880,00 USD

822. Natalia Langa LAN-WOOD HOUSE sp. z.o.o w kwocie 60.000,00 EUR (258.000,00 zł)

823. Nadolna Marta w kwocie 2.000,00 zł (434,53 CHF)

824. Nadolny Piotr w kwocie 3.290,00 GBP (16.980,00 zł)

825. Nazarewski Stefan w kwocie 25.005,00 zł (5.707,24 EUR)

826. Lech Mirosław w kwocie 1.800,00 CHF (8.190,18 zł)

827. Lebioda Adrian w kwocie 23,12 EUR, 1.895,00 zł, 1.001,46 USD

828. Legierska Daria w kwocie 2.600,00 zł, 6.000,00 EUR (25.820,00 zł) i 6. 562,00 EUR

829. Legat Radosław w kwocie 6.614,99 NOK

830. Leitgeber Adrian w kwocie 1.940,00 EUR (8.332,43 zł)

831. Leitermeier Aleksandra w kwocie 4.000,00 EUR (17.174,80 zł)

832. Lenarczyk Michał w kwocie 47.556,00 EUR (201.894,24 zł)

833. Leonowicz Lea w kwocie 1.284,48 zł

834. Lepich Marcin w kwocie 2.478,00 zł i 11.220,23 USD

835. Lesnał Marcin Mariusz w kwocie 1.500,00 EUR (6.422,85 zł)

836. Lesiak Sławomir w kwocie 2.865,00 EUR (12.180,55 zł)

837. Leszczyński Łukasz w kwocie 50,00 EUR (214,46 zł)

838. Leszczyński Marcin w kwocie 218,28 EUR, 150,00 zł, 23,73 GBP

839. Leśniak Wojciech w kwocie 42.831.24 zł i 9.990,00 EUR

840. Leśniak Adrian w kwocie 19.783,74 zł

841. Leśniewski Michał w kwocie 2.850,43 TRY oraz 4.343,96 zł

842. Leśniewski Paweł w kwocie 40.000,00 USD

843. Lettly sp. z o.o. Jakub Orłowski w kwocie 90.000,00 EUR (387.162,00zł)

844. Lew Natalia w kwocie 21.530,03 zł

845. Lewko Marian w kwocie 55.000,00 SEK (20.641,50 zł)

846. Lewandowska Dorota w kwocie 1.871,07 zł (402,00 CHF)

847. Lewalski Karol w kwocie 13.565,94 zł

848. Lewandowska Marlena w kwocie 39,20 EUR

849. Linkiewicz Mateusz w kwocie 4.284,60 zł

850. Lievore Luca w kwocie 21.380,00 zł (5.005,38 EUR)



SBU - LEGAL

851. Lipecka Anna w kwocie 200,00 zł i 1.911,13 CHF

852. Lipka Jacek w kwocie 3.226,99 zł (740,00 EUR)

853. Lipiński Krzysztof w kwocie 19.170,10 zł

854. Lipiec Katarzyna w kwocie 1.300,00 EUR (5.541,72 zł)

855. Lipińska Ewa w kwocie 14.332,00 zł oraz 3.032,00 EUR

856. Lisiak Iwona w kwocie 2.658,70 zł (576,00 CHF)

857. Lisiecki Piotr w kwocie 42.117,17 zł

858. Lisowski Michał w kwocie 12.910,50 zł

859. Lisowski Piotr, Agata w kwocie 2.000,00 EUR

860. Lisowski Janusz Piotr w kwocie 2.267,00 EUR oraz 830,00 zł

861. Liwak – Marzec Katarzyna w kwocie 2.582,88 zł

862. Lubaś Krzysztof w kwocie 18.301,02 zł

863. Lubiński Piotr w kwocie 400,00 EUR (1.715,44 zł)

864. Lubojański Łukasz w kwocie 12.731,43 zł

865. Ludera Filip w kwocie 14.060,61 zł

866. Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł)

867. Lulek Grzegorz w kwocie 1.150,00 USD

868. Lusting Jarosław w kwocie 896,37 EUR

869. Skrok Lucjan w kwocie 15.000,00 EUR (64.662,00 zł)

870. Skrobała Dariusz w kwocie 10.000,00 zł (2.322,72 EUR)

871. Skrobek Marek w kwocie 7.000,00 zł (1.700,85 USD)

872. Łabaj Maciej Jan w kwocie 9.620,05 zł oraz 2.000,00 EUR

873. Łach Maciej w kwocie 22.799,00 zł

874. Łachocka Paulina w kwocie 8.067,56 EUR

875. Łajdyk Krystian w kwocie 9.391,00 zł oraz 1.000,00 GBP

876. Łask Elżbieta w kwocie 1.077,28 zł (250,00 EUR)

877. Łaskowski Jacek w kwocie 3.516,10 zł (760,00 CHF)

878. Łaskowska Paulina w kwocie 25.500,00 USD (99.735,60 zł)

879. Łasisz Dominik w kwocie 2.380,95 zł (550,00 EUR)

880. Łata Marta w kwocie 155.858,57 zł

881. Łata Arkadiusz w kwocie 4.700,00 EUR (20.232,80 zł)

882. Łata Leszek w kwocie 2.000,00 EUR

883. Łazewski Bartosz w kwocie 30.000,00 zł

SBU - LEGAL

EXHIBIT 6 -043

884.  Łomacz Grzegorz w kwocie 1.582,04 EUR

885.  Abble Łątka Sławomir w kwocie 57.000,00 EUR (246.148,00 zł)

886.  Łukasik Aneta w kwocie 8.588,40 zł i 2.000,00 EUR

887.  Łukasiuk Adam w kwocie 3.500,00 USD

888.  Łuczków Patryk w kwocie 1.950,00 EUR (8.341,90 zł)

889.  Maćko Sebastian w kwocie 3.277,13 USD (12.845,27 zł)

890.  Madej Piotr w kwocie 109,12 EUR, 172,22 zł oraz 5.889,65 CHF

891.  Madej Mirosław w kwocie 8.316,54 zł (1.800,00 CHF), 31.179,60 zł (6.000,00 GBP), 2.045,50 zł (500,00 USD),

892.  Markot Aniela w kwocie 27.000,00 EUR (115.927,20 zł)

893.  Madejski Tomasz w kwocie 537,74 EUR  (2.324,54 zł)

894.  Madejski Łukasz w kwocie 2.477,39 USD

895.  Madrak Jerzy w kwocie 24.189,60 zł (6.000,00 USD)

896.  Magnuszewski Łukasz w kwocie 24.353,31 zł

897.  Maik Karolina w kwocie 2.788,57 zł

898.  Maj Krzysztof w kwocie 10.000,00 GBP (51.456,00 zł)

899.  Maj Rafał w kwocie 15.000,00 CHF (69.013,50 zł)

900.  Majchrzyk Robert, Politowski Łukasz rodzina w kwocie 2.352,00 zł

901.  Majewski Wojciech w kwocie 19.000,00 USD oraz 43.452,70 zł

902.  Majewski Hubert w kwocie 28.200,00 USD

903.  Majka Dariusz w kwocie 8.670,80 zł

904.  Majka Kamil w kwocie 3.500,00EUR (15.119,65 zł)

905.  Majka Grzegorz w kwocie 40.511,01 zł

906.  Majgier Aron w kwocie 19.671,50 zł

907.  Majorek Michał w kwocie 1.000,00 EUR (4.294,10 zł)

908.  Malatyński Jacek w kwocie 3.965,00 USD (15.769,99 zł)

909.  Malinowska-Pacuła Hanna w kwocie 14.439,21 zł

910.  Maliński Bartosz w kwocie 25.408,86 USD

911.  Małek Aleksandra w kwocie 1.520,00 EUR (6.504,57 zł)

912.  Małek Małgorzata w kwocie 2.090,45 EUR

913.  Małecki Zbigniew w kwocie 1.700,00 EUR (7.274,74 zł)

914.  Małż Mariusz w kwocie 14.469,76 zł

915.  Marfiany Monika w kwocie 1.000,00 EUR (4.275,60 zł)



916. Rogowska Marcelina w kwocie 3.200,00 EUR (13.730,04 zł)
917. Marciniak Dawid w kwocie 80.000,00 zł oraz 96.114,98 EUR
918. Marcinkowska Iwona w kwocie 2.467,04 zł (530,00 CHF)
919. Marchewka Anna w kwocie 1.515,66 zł
920. Marchut Marta w kwocie 3.000,00 CHF (13.776,30 zł)
921. Marczak Mateusz w kwocie 325.000,00 zł
922. Marques Justyna w kwocie 5.000,00 EUR (21.627,50 zł)
923. Masalski Paweł w kwocie 10.000,00 zł i 320,00 EUR
924. Mastela Mateusz w kwocie 25.000,00 EUR (106.007,50 zł)
925. Muskus Marta w kwocie 1.279,00 EUR (5.546,00 zł)
926. Marszał Anna w kwocie 60.978,32 zł
927. Marina U. (bd) (marina.frontdev@gmail.com) w kwocie 2.515,00 EUR (10.765,45 zł)
928. Marszałek Józef w kwocie 615,00 EUR oraz 5.340,00 zł
929. Marszałkowski Cezary w kwocie 28.000,00 GBP
930. Matelska Weronika w kwocie 10.000,00 CHF (45.840,00 zł)
931. Mateja Piotr w kwocie 5.000,00 EUR oraz 21.300,50 zł
932. Matkowski Paweł w kwocie 700,00 EUR (3.003,70 zł)
933. Matuszelański Dariusz w kwocie 110.866,71 zł
934. Matyjaszczyk Sonia w kwocie 4.283,08 zł
935. MATODLEW RYSZARD ŚWIERCZ SP. JAWNA/Świercz Ryszard w kwocie 90.000,00 zł (21.058,05 EUR)
936. Maziarek Artur w kwocie 9.500 zł
937. Maziarz Monika w kwocie 1.320,00 EUR (5.643,53 zł)
938. Mazur Anna w kwocie 1.369,88 zł (293,00 CHF)
939. Mazur Dariusz (mail: dmazur.76@gmail.com, zam. Bydgoszcz) w kwocie 5.077,94 zł
940. Mazur Dariusz (mail: dareczekk@O2.pl, zam. Warszawa) w kwocie 2.404,57 zł (515,57 CHF)
941. Mazur Kacper Filip w kwocie 4.664,00 USD (18.202,55 zł)
942. Mazur Paweł w kwocie 4.350,00 zł (1.002,70 EUR)
943. Mazurkiewicz Agnieszka w kwocie 243,18 CHF oraz 113,30 zł
944. Medyński Paweł w kwocie 1.756,13 zł i 401,67 CHF

945. Mendyk Dominik w kwocie 2.150,00 EUR (9.276,39 zł)

946. Mendyk Konrad w kwocie 1.358,40 EUR

947. Mentel Marcin w kwocie 300,00 EUR (1.287,09 zł)

948. Merzouk Marino San Lorenzo w kwocie 10.000,00 EUR (43.347,00 zł)

949. MERCANTE Sp. z o.o./ Rowiński Tymoteusz w kwocie 4.149,64 zł (16.169,45 zł)

950. MERPOL Sp. Jawna/ Kula Ryszard w kwocie 314,51 EUR

951. Metler Bartłomiej w kwocie 3.193,45 zł (686,72 CHF)

952. Michnik Artur w kwocie 3.567,46 zł i 470,95 CHF

953. Michna Piotr w kwocie 1.100,00 EUR

954. Miecznik Magdalena w kwocie 6.700,00 CHF (30.556,02 zł)

955. Mieczkowski Marcin w kwocie 902,82 zł (194,61 CHF)

956. Megger Adrian  w kwocie 8.351,28 zł (1.800,00 CHF)

957. MILLGRAND sp. z o.o. w kwocie 472.481,45 zł

958. Mieleszko Paweł w kwocie 20.000,00 zł (4.597,70 EUR)

959. Mielcarek Adam  w kwocie 1.083.436,48 NOK (408.347,21 zł) i 154.290,97 SEK (58.970,01 zł) – łącznie 467.317,22 zł

960. Mielczarek Tomasz w kwocie 19.922,18 TRY

961. Milanowski Paweł w kwocie 5.082,39 EUR, 7.559,00 USD, 85.080,80 zł

962. Milejski Łukasz w kwocie 627,01 CHF

963. Milko Edyta w kwocie 7.000,00 USD oraz 30.000,00 zł

964. Mieszczanin Maria w kwocie 19.155,90 zł

965. Mieszkowski Arkadiusz w kwocie 11.000,00 EUR (47.565,10 zł)

966. Mieszkowski Damian w kwocie 934,69 EUR

967. Michalski Piotr w kwocie 26.691,22 USD (108.774,73 zł)

968. Michalczuk Marek w kwocie 5.700,00 EUR (2.437,21 zł)

969. Michalczyk Piotr w kwocie 49.500,00 zł (9.493,97 GBP)

970. Michalewicz Karolina w kwocie 1.350,00 EUR (5.780,43 zł)

971. Michałowicz Marek w kwocie 9.920,18 EUR

972. Michaś Tomasz w kwocie 71.000,00 zł

973. Michon – Bres Violetta w kwocie 301,85 zł oraz 7.659,10 EUR

974. Miklewska Klaudyna w kwocie 1.500,00 EUR (6.426,30 zł) – ustalić czy były 2 takie same transakcje

975. Misiak Anna w kwocie 30.000,00 zł (6.915,15 EUR)

976. Misiaszek Magdalena w kwocie 42.923,00 zł

977. Misiukanis Jarosław w kwocie 5.000,00 EUR (21.650,00 zł)

978. Miksa Kamil Łukasz w kwocie 23.534,00 zł

979. Mikszewicz Paula w kwocie 17.594,00 zł (4.111,17 EUR)

980. Mirkowska Małgorzata w kwocie 4.500,00 EUR

981. Miszewski Arkadiusz w kwocie 4.288,70 zł

982. Miszczak Kamil w kwocie 7.013,67 USD

983. Misztal Mirosław w kwocie 1.998,83 EUR

984. Moczydłowski Andrzej w kwocie 2.000,00 EUR (8.600,00 zł)

985. Modzielewski Marek w kwocie 40.000,00 zł (9.233,61 EUR)

986. Mojsa Mariusz w kwocie 1.990,00 GBP

987. Mommers Irena w kwocie 5.000,00 EUR (21.396,00 zł)

988. Montaż Partner/ Filarowska Barbara w kwocie 73.000,00 zł

989. Molak – Tomsia Martyna w kwocie 17.329,00 zł (4.000,00 EUR)

990. Molendowski Grzegorz w kwocie 18.400,00 zł

991. Mol Marian w kwocie 9.520,49 USD

992. Oryl Monika w kwocie 192.814,80 zł

993. Oryniak Piotr w kwocie 2.241,50 zł

994. Morawiak Borys w kwocie 1.700,00 EUR (7.313,06 zł)

995. Moraczewski Patryk w kwocie 1.800,00 EUR (7.785,36 zł)

996. Mordarska Julia w kwocie 500,00 EUR (2.141,45 zł)

997. Moritz Rafał Paweł w kwocie 20.154,60 zł

998. MOSTAL Piotr Jakubowski/Jakubowski Piotr Czesław w kwocie 21.100,00 EUR (89.685,55 zł)

999. Motylewicz Mirosław w kwocie 20.000,00 GBP (103.998,00 zł)

1000. Możdzierzewska Katarzyna w kwocie 473,81 EUR

1001. Mroczkowski Paweł w kwocie 8.909,91 zł

1002. Mroczek Jakub w kwocie 4.265,25 zł

1003. Mroczyńska Martyna w kwocie 100,00 EUR (424,19 zł)

1004. Mroszczak Marcin w kwocie 1.500,00 EUR (6.499,95 zł)

1005. Mrozek Damian w kwocie 61.457,45 zł oraz 4.161,23 EUR

1006. Mrozik Mateusz w kwocie 300.000,00 zł (69.709,08 EUR)

SBU - LEGAL

1007. Muca Piotr w kwocie 6.678,00 EUR (28.898,38 zł)

1008. Muchowski Marcin w kwocie 1.003,00 EUR (4.301,16 zł) oraz 429,00 zł

1009. Mucha Beata w kwocie 25.886,26 zł, 1.031,60 USD, 10.030,79 EUR

1010. Mulawa Emil w kwocie 6.584,04 zł

1011. Muller Rajmund w kwocie 89.000,00 zł

1012. Muntowski Piotr w kwocie 30.000,00 NOK (11.004,00 zł)

1013. Murawski Piotr w kwocie 66 000,00 zł

1014. Musielak-Ulaszewska Agnieszka w kwocie 70.737,94 CHF (324.927,65 zł)

1015. Muszyc Marcin w kwocie 1.811,16 zł, 3.300,00 USD, 1.900,00 EUR

1016. Muszyński Krzysztof w kwocie 791,02 EUR

1017. Myćka Ewa w kwocie 2.000,00 EUR (8.600,40 zł)

1018. Myna Jacek w kwocie 11.305,00 USD (46.996,02 zł)

1019. Mysłek Witold w kwocie 2.138,20 zł (500,00 EUR)

1020. Myśliński Marcin w kwocie 56.346,00 zł

1021. Myśliwa Anna w kwocie 41.180,60 zł

1022. Myśliwiec Isabella w kwocie 52.682,36 zł

1023. Myśliwiec Artur w kwocie 31.759,47 zł

1024. Napierała Marek w kwocie 10.113,22 zł

1025. Napora Łukasz w kwocie 61.009,51 zł, 7.000,00 USD

1026. Napora Paulina w kwocie 1.911,01 zł (410,00 CHF)

1027. Najman Dariusz w kwocie 20.338,42 zł

1028. Narejko Rafał w kwocie 10.000 EUR (42.817,50 zł) i 4.000 zł – łącznie 46.817,50 zł

1029. Nawrocka Natalia w kwocie 4.283,60 zł

1030. Natkowski Patryk w kwocie 5.577,22 zł oraz 17.357,40 EUR

1031. Timex Logistics sp. z o.o. reprezentowana przez Nessel Joannę w kwocie 38.746,80 zł

1032. TIMECAMP S.A./Rudnicki Kamil/Ciborski Kamil w kwocie 120.000,00 USD (470.340,00 zł)

1033. IMPOL sari w kwocie 959,07 EUR oraz 1.117,15 zł

1034. Neffe Alice w kwocie 3.000,00 EUR (12.738,00 zł)

1035. Nerc Anna w kwocie 4.800,00 EUR oraz 2.855,82 zł

1036. Niedzielski Rafał w kwocie 253,92 EUR (1.086,30 zł)



SBU - LEGAL

1037. Niedziela Jacek w kwocie 259,40 EUR

1038. Niemiec Tomasz w kwocie 5.315,00 zł, 29,86 EUR

1039. Niemiec Henryk w kwocie 6.858,51 zł

1040. Niemiec Krystian w kwocie 1.004,40 EUR (4.348,45 zł)

1041. Niemirowski Mateusz w kwocie 1.200,00 EUR (5.086,32 zł)

1042. Niestój Anna w kwocie 5.642,29 zł

1043. Nieznalski Norbert w kwocie 400,00 GBP (2.053,40 zł)

1044. Nikiel Józef w kwocie 1.500,00 GBP (7.650,70 zł)

1045. Nikiel Marcin w kwocie 522,00 EUR

1046. Niklas Monika w kwocie 6.461,80 zł

1047. Niklewicz Nikodem w kwocie 560,00 zł, 1.320,73 EUR

1048. Nikliborc Marcin w kwocie 10.000,00 USD (39.676,00 zł)

1049. Niziołek Radosław w kwocie 2.697,95 zł (586,69 CHF)

1050. Nolka-Wiśniewski Karol w kwocie 150 EUR (641,37 zł)

1051. Nowak Kamil w kwocie 6.415,65 zł

1052. Nowak Mariusz w kwocie 14.388,13 zł

1053. Nowakowska Diana w kwocie 400,00 EUR

1054. Nowakowski Marek w kwocie 1.578,13 zł

1055. PCG ACADEMIA sp. z o.o. reprezentowana przez Nowak Łukasza w kwocie 101.600,00 CHF (468.564,09 zł)

1056. Nowicka Anna w kwocie 1.499,56 zł

1057. Nowicka Karolina w kwocie 34.926,80 zł (8.010,00 EUR)

1058. Nowicki Krzysztof w kwocie 3.500,00 zł (817,18 EUR)

1059. Nowicki Karol w kwocie 716,00 zł

1060. Nowicki Rafał w kwocie 24.188,85 zł

1061. Nowińska Małgorzata w kwocie 15.000,00 GBP (78.603,00 zł)

1062. Nowryta Dariusz w kwocie 5.138,00 zł

1063. Nyklarz Przemysław w kwocie 1.130,63 zł i 11,45 EUR

1064. JK Elektro Technic/ Jakub Koszorek w kwocie 120.352,40 zł

1065. Lorenc Michał/Lorenc Iga w kwocie 10.000,00 EUR (43.290,00 zł)

1066. Lorek Karolina w kwocie 6.000,00 GBP (31.021,80 zł)

1067. Obidziński Adam w kwocie 11.961,38 zł

1068. Ochijewicz Jacek w kwocie 497,90 zł oraz 3.300,00 EUR

SBU - LEGAL

1069. Ochocki Michał w kwocie 1.139,93 EUR

1070. Oczoś Agnieszka w kwocie 37.315,00 zł (7.182,75 GBP)

1071. Oczkowicz- Azouri Barbara w kwocie 82.818,72 zł

1072. Olender Paulina w kwocie 51.264,00 zł

1073. Oleksy Maciej w kwocie 19.921,68 zł (4.600,00 EUR)

1074. Olejniczak Michał w kwocie 197.725,91 zł oraz 368,18 EUR

1075. Olesiński Tomasz w kwocie 500,00 GBP (642,10 USD)

1076. Olesiak Marek w kwocie 34.190,00 zł

1077. Onyszkiewicz Piotr w kwocie 2.726,84 USD oraz 461,48 zł

1078. Opanowicz Ariel 11.031,00 zł

1079. Operchał Paweł w kwocie 7.900,00 zł oraz 1.345,92 EUR

1080. Ornowicz Agnieszka w kwocie 1.000,00 EUR (4.265,80 zł)

1081. Orłowicz Bartosz w kwocie 6.871,68 zł (1.600,00 EUR)

1082. Orłowicz-Grzymkowska Katarzyna w kwocie 16.991,35 EUR (73.117,18 zł)

1083. Osman Grzegorz w kwocie 3.122,80 zł (670,00 CHF)

1084. Osmoła Piotr w kwocie 66.919,90 zł oraz 6.718,39 USD

1085. Osowski Maciej w kwocie 5.687,55 zł

1086. Osowski Rafał w kwocie 8.000,00 EUR (34.412,80 zł)

1087. Ossowski Arkadiusz Piotr w kwocie 3.279,35 EUR

1088. Ossowski Paweł/Ossowska Katarzyna w kwocie 2.775,00 EUR (11.923,36 zł)

1089. Ossowski Zbigniew w kwocie 12.000,00 zł (2.574,44 CHF)

1090. Ostap Krzysztof w kwocie 3.000,00 EUR (12.904,80 zł)

1091. Ostrowski Oskar w kwocie 15.405,90 zł

1092. Osypiński Tomasz w kwocie 10.675,00 zł (2.500,00 EUR)

1093. Orthwein Ludwik w kwocie 1.200,28 CHF oraz 5.610,69 EUR (24.000,00 zł)

1094. Otten Karina w kwocie 5.106,36 zł

1095. Owczarczak Przemysław w kwocie 2.500,00 zł (540,12 CHF)

1096. Owczarek Daniel w kwocie 30 035,60 zł

1097. Owczarek Robert w kwocie 2.590.676,00 JPY

1098. Pabiasz Bartłomiej w kwocie 3.884,75 EUR (16.833,50 zł)

1099. Paczoski Krystian Jakub w kwocie 8.568,60 zł

1100. Pachla Paweł w kwocie 130.000,00 zł

1101. Pacholak Joanna w kwocie 41.698,84 EUR



1102. Pacuła Izabela w kwocie 6.166,51 zł (1.440,00 EUR)

1103. Pączka Przemysław w kwocie 545,93 USD

1104. Pajączkowski Emilian w kwocie 7.351,36 zł

1105. Pająk marek w kwocie 49.875,00 NOK

1106. Pajor Tomasz w kwocie 10.008,90 zł

1107. Piciński Michał w kwocie 35.365,50 zł

1108. Ficek Ewa w kwocie 1.488,47 EUR (6.391,43 zł)

1109. Firma Handlowo-Usługowa „EmKaMa" Marcel Bestvater/Bestvater Marcel Patrick w kwocie 35.000,00 EUR (151.690,00 zł)

1110. Firma Handlowa ART. AGD Artur Trąbka w kwocie 333.704,25 zł (82.500,00 USD)

1111. Fijałkowski Tomasz w kwocie 4.126,93 zł

1112. Fiedoruk Marcin w kwocie 113.013,16 zł

1113. Fiedoruk Paula w kwocie 122.081,26 zł

1114. Fietz Tomasz w kwocie 350,00 GBP (1.778,75 zł)

1115. Fit Michał w kwocie 1.865,19 zł (433,00 EUR)

1116. PPH ELEGANT MAN Sp. J./Pakuła Dariusz reprezentowana przez Pakuła Dariusza w kwocie 85.902,00 zł

1117. PHU Sklep Narzędziowy TYTAN Przemysław Surel /Jarosław Surel w kwocie 7.455,82 USD oraz 3.464,12 EUR

1118. Skupska Natalia w kwocie 16.336,79 zł

1119. Skurat Bogiumił 2.087,70 zł (448,91 CHF)

1120. Pańka Piotr w kwocie 5.000,00 GBP (26.001,00 zł)

1121. Pańkowski Marcin w kwocie 5.522,14 zł, 1.353,74 EUR, 208,16 USD

1122. Palarczyk Wojciech w kwocie 998,84 EUR

1123. Paluch Filip w kwocie 17.090,40 zł , 1.300,00 EUR

1124. Paluchiewicz Grzegorz w kwocie 2.799,00 zł (602,00 CHF)

1125. Palusiński Michał w kwocie 3.144,48 zł (681,45 CHF)

1126. Palgont Michał Czaja w kwocie 67.496,16 zł

1127. Palmowski Robert w kwocie 100.000,00 zł

1128. PAKKAR Sp. z o.o./Kucz Paweł w kwocie 15.000,00 EUR

1129. Panas Anna w kwocie 1.170,67 zł

1130. Paplicki Łukasz w kwocie 7.262,00 zł

1131. Paradyż Krzysztof w kwocie 5.163,84 zł

1132. Parczyńska Aneta w kwocie 378,54 EUR

1133. Parfjanowicz Tomasz w kwocie 32.000,00 USD (128.355,20 zł)

1134. Parzybut Paweł/ Parzybut Beata w kwocie 13.800,00 zł (3.442,51 USD)

1135. Pasek Irena w kwocie 10.914,50 zł (2.500,00 EUR)

1136. Pasieczna – Dixit Aleksandra w kwocie 967,66 EUR oraz 1.647,28 zł

1137. Paśko Bartosz w kwocie 3.419,97 USD oraz 1.000,00 EUR

1138. Paszkiewicz Adam w kwocie 1.393,94 EUR (5.961,18 zł)

1139. Paszkot Daniel Jan w kwocie 1.200,00 EUR

1140. Paszkowski Norbert w kwocie 6.927,41 zł (1.600,00 EUR)

1141. Patallas Daniel w kwocie 27.462,06 zł

1142. Paterek Krystian w kwocie 264,00 CHF

1143. Pawelska Hanna Maria w kwocie 3.804,29 zł

1144. Pawlak Marlena w kwocie 141.075,21 zł

1145. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

1146. Pawlik Małgorzata w kwocie 5.890,00 EUR (25.250,43 zł)

1147. Pawlikowski Tomasz w kwocie 2.113,96 zł

1148. Pawłowska Justyna w kwocie 10.232,40 zł

1149. Pawłowski Krzysztof w kwocie 25.251,16 EUR

1150. Pawłowski Daniel w kwocie 2.513,70 zł

1151. Pawski Grzegorz Jan w kwocie 4.000,00 CHF

1152. Paziak Artur w kwocie 4.236,78 zł

1153. Perduta Marzena w kwocie 1.800,00 zł (411,78 EUR)

1154. Perzanowski Dariusz w kwocie 8.000,00 EUR (34.436,80 zł)

1155. Pec Monika w kwocie 496,65 CHF

1156. Pelc Krystian w kwocie 12.500,00 CHF

1157. Pełka Monika w kwocie 1.000,00 EUR (4.263,30 zł)

1158. Pełka Paweł w kwocie 866,00 zł

1159. Pępek Filip w kwocie 3.100,00 EUR (13.304,89 zł)

1160. Pędlowski Zbigniew w kwocie 3.207,98 zł (732,95 EUR)

1161. Pętlak Grzegorz w kwocie 10.008,45 zł

1162. Pfeifer Tomasz w kwocie 2.500,00 zł (578,13 EUR)

1163. Piasecki Krzysztof w kwocie 3.000,00 CHF (13.727,79 zł)

1164. Piasecki Grzegorz w kwocie 102.000,00 NOK (36.911,23 zł)

1165. Piasecki Dariusz w kwocie 11.600,00 EUR oraz 5.045,00 zł

1166. Piątkowski Adam 200,11 GBP (1.000,00 zł)

1167. Piątkowski Grzegorz w kwocie 971,00 zł

1168. Piecha Piotr w kwocie 5.000,00 zł

1169. Piechota Piotr w kwocie 1.013,45 zł (250,00 USD)

1170. Piechota Adam w kwocie 8.564,00 zł oraz 150.000,00 SEK

1171. Pieczonka Grzegorz w kwocie 85.998,00 zł, 1.800,00 EUR

1172. Pieczyński Andrzej w kwocie 505,00 CHF

1173. Pieniądz Jarosław w kwocie 4.306,30 zł (1.000,00 EUR)

1174. Piekarski Bartosz w kwocie 2.597,00 EUR (11.107,89 zł)

1175. Pierchała Jarosław w kwocie 2.197,57 zł (551,42 USD)

1176. Piesyk Marcin w kwocie 103.655,43 zł

1177. Pieściński Adrian w kwocie 1.437,00 EUR (6.212,15 zł)

1178. Pietkiewicz Jerzy w kwocie 3.237,65 zł

1179. Pietrzak Tomasz w kwocie 7.525,32 USD (29.809,00 zł)

1180. Pietrzak Przemysław w kwocie 7.000,00 EUR (30.011,10 zł)

1181. Pietraszkiewicz Marta w kwocie 874,98 zł (188,57 CHF)

1182. Pietraszkiewicz Philip Thomas w kwocie 535.000,00 zł (200.705,55 AUD)

1183. Pietruszka Mateusz w kwocie 1.203,63 USD

1184. Piękoś Adrian Marcin w kwocie 3.034,78 zł

1185. Pięta Danuta w kwocie 2.700,00 CHF

1186. Pikuliński Kamil w kwocie 1.000,00 EUR (4.278,20 zł)

1187. Pikuła Jerzy w kwocie 3.967,80 GBP oraz 500,00 zł

1188. Piłat Agnieszka 2.000,00 USD

1189. Pisarczyk-Łyczywek Lucyna w kwocie 43.684,16 zł

1190. Pisarzak Marcin w kwocie 1.376,25 EUR

1191. Pisanko Elżbieta w kwocie 259,07 EUR

1192. Pióro Krystian w kwocie 8.249,91 EUR (8.900,00 USD)

1193. Piórko Mateusz Marcin w kwocie 4.000,00 EUR (17.339,35 zł)

1194. Piwnik Barbara w kwocie 8.915,34 zł

1195. Piwowarski Jarosław w kwocie 3.009,96 zł

41

1196. Piwowarczyk Tomasz w kwocie 17.696,00 EUR, 34,68 USD, 88,33 zł, 13.532,59 CHF

1197. Bogdan Łukaszewicz reprezentujący PLANTAGO w kwocie 3.463,23 zł

1198. Plaskota Daniel w kwocie 2.545,00 EUR (10.954,70 zł)

1199. Plewa Danuta w kwocie 1.000,00 EUR (4.314,40 zł)

1200. Plucik Jarosław w kwocie 4.800,00 USD, 12,16 zł, 43,00 EUR

1201. Płaczek Damian w kwocie 26.510,05 zł, 21.680,13 EUR

1202. Pławecka Katarzyna w kwocie 908,50 zł

1203. Płatek Kamil w kwocie 54.009,80 USD

1204. Ciuła Tomasz w kwocie 57.102,57 zł

1205. Ciuksza Tomasz w kwocie 1.000,00 EUR (4.283,62 zł)

1206. P.P.H.U. MARKON Marek Dworaczek w kwocie 360.873,00 zł (90.000,00 USD)

1207. Pociask Michał w kwocie 6.300,37 NOK (2.281,36 zł)

1208. Pocztarek Michał w kwocie 10.010,00 zł

1209. Podsiadło Przemysław i Kowal Radosław w kwocie 70.000,00 EUR (300.741,00 zł)

1210. Podsiadło Dariusz w kwocie 1.007,93 zł (250,00 USD)

1211. Podgórski Adrian w kwocie 2.500,00 EUR (10.676,50 zł)

1212. Pogorzelski Paweł w kwocie 22.790,00 USD (89.298,06 zł)

1213. Pogorzelska Danuta w kwocie 500,00 EUR (2.132,45 zł)

1214. Popek Magdalena w kwocie 15.421,67 zł

1215. Popek Paweł w kwocie 43.330,00 zł (10.000,00 EUR)

1216. Popek Monika w kwocie 24.777,09 zł oraz 797.880,00 JPY

1217. Popiel Dariusz w kwocie 5.000,00 GBP (25.605,50 zł)

1218. Popielnicka Małgorzata w kwocie 4.000,00 zł

1219. Popko Wioletta w kwocie 500,00 EUR

1220. Popławska – Barlik Magdalena/Barlik Grzegorz w kwocie 1.438,64 zł (330,00 EUR)

1221. Popławski Stanisław w kwocie 11.099,13 NOK (4.012,34 zł)

1222. Porada Michał w kwocie 2.000,00 EUR (8.545,20 zł)

1223. Poteralski Artur w kwocie 7.380,00 EUR (32.066,10 zł)

1224. Potrząsaj Grzegorz w kwocie 12.000,00 EUR

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 295 of 523
SBU - LEGAL

1225. Potyrała Paweł w kwocie 395.290,53 zł

1226. Pożarski Karol w kwocie 2.000,00 EUR (86.693,00 zł )

1227. Promiński Szymon w kwocie 24.365,55 zł

1228. Późniak Michał w kwocie 75.488,04 zł

1229. Proksa Anna w kwocie 457,12 EUR

1230. Prosniewski Michał w kwocie 235,10 GBP (1.200,00 zł)

1231. Proste Cło Sp. z o.o./Karol Przeździecki w kwocie 40.000,00 EUR

1232. Próchniewicz Marlena w kwocie 2.358,27 zł (510,16 CHF)

1233. Przeperski Krzysztof w kwocie 16.993,90 zł

1234. Perski Marek w kwocie 8.000,00 zł oraz 285,00 CHF

1235. Przybut Paweł i Beata w kwocie 13.800,00 zł

1236. Przybylski Marcin w kwocie 1.794,32 zł, 31 USD, 313 CHF

1237. Przybylski Artur w kwocie 5.100,00 zł

1238. Przybysławski Piotr w kwocie 2.250,00 USD (8.806,50 zł)

1239. Przybysławski Daniel w kwocie 838,77 NZD

1240. Ptak Dawid reprezentujący ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD w kwocie 686.160,00 zł

1241. Ptok Daniel w kwocie 1.396,45 EUR

1242. Puacz Aleksandra i Puacz Piotr w kwocie 216.380,00 zł

1243. Pukocz Aleksander 164.497,24 zł

1244. Pulwin Tomasz w kwocie 106.200,00 zł

1245. Puławski Mateusz w kwocie 75.960,00 zł

1246. Usługi Transportowe Mateusz Puławski sp. z o.o. reprezentowana przez Puławskiego Mateusza w kwocie 40.000,00 EUR (172.160,00 zł)

1247. Ułanowski Dominik w kwocie 18.000,00 EUR

1248. Puzio Marcin w kwocie 24.744,16 zł

1249. P.P.H.U. RAL Anna Różańska w kwocie 129.041,60 zł (32.000,00 USD)

1250. Pustelnik Kamil w kwocie 5.500,00 USD

1251. Pyka Marcin w kwocie 14.000,00 EUR (60.165,00 zł)

1252. Pyka Michał w kwocie 1.577,00 CHF

1253. Pysz Halina w kwocie 13.666,28 USD oraz 10.392,42 EUR

1254. Radziejewska-Kapłon Bożena w kwocie 16.803,49 zł

1255. Radke Bartosz w kwocie ok. 100,00 zł

SBU - LEGAL

43

1256.     Radosiuk Jarosław w kwocie 5.059,96 USD

1257.     Radzimski Paweł w kwocie 3.000,00 zł

1258.     Rafińska Angelika w kwocie 200,00 EUR (857,72 zł)

1259.     Rajchel Paweł w kwocie 1.900,00 EUR (8.148,53 zł)

1260.     Rajtor-Szot Elżbieta w kwocie 8.574,80 zł

1261.     Rakwał Dariusz w kwocie 1.300,00 EUR (5.560,62 zł)

1262.     Rasała Marek w kwocie 196.315,00 zł

1263.     Raszka Dominik w kwocie 5.000,00 zł oraz 3.852,51 EUR

1264.     Rawski Rafał w kwocie 566,25 EUR oraz 1.578,95 zł

1265.     Rawska-Kąca Anna w kwocie 17.230,14 zł

1266.     Rescruitivia Sp. z o.o. w kwocie 13.994,80 EUR (59.968,40 zł)

1267.     Reszkowski Wojciech w kwocie 2.368,01 USD oraz 2.422,35 zł

1268.     Rejmuza Dawid w kwocie 555,83 EUR

1269.     Rejnhard Mariusz w kwocie 11.821,79 zł

1270.     Rynarzewski Bartosz w kwocie 500,00 GBP (597,00 EUR)

1271.     Cezary Kąca w kwocie 15.000,00 zł

1272.     Cyran Grzegorz w kwocie 4.174,27 zł oraz 9.000,00 EUR

1273.     Rębacz Daniel w kwocie 409,39 EUR (1.749,57 zł)

1274.     Rękas Michał w kwocie 1.000,00 EUR (4.302,20 zł)

1275.     Rękorajski Jerzy/ Rękorajska Dorota w kwocie 1.500,00 EUR (6.435,60 zł)

1276.     Ręgiel Agnieszka w kwocie 2.100,00 zł

1277.     Roksztajn Robert w kwocie 32.300,00  USD (133.046,93 zł) oraz 25.120,00 EUR (108.792,21 zł)

1278.     Rogalewski Rafał w kwocie 35.000,00 DKK (20.111,00 zł)

1279.     Rogala Marek w kwocie 1.988,60 zł (500,00 USD) oraz 4.607,05 zł (991,36 CHF)

1280.     Rogowski Marek w kwocie 1.838,63 zł

1281.     Rogowski Dawid w kwocie 4.274,00 zł

1282.     Rogoziński Michał w kwocie 7.333,39 EUR

1283.     Rogoża Jadwiga w kwocie 7.959,81 zł

1284.     Rozdolski Eryk w kwocie 14.927,50 zł

1285.     Rozmiarek Mariusz w kwocie 51.000,00 EUR (218.361,60 zł)

1286. Rozpirski Rafał w kwocie 27.776,03 zł, 1.136,85 CHF, 292,68 GBP, 166,48 EUR, 1.012,43 USD

1287. Róg Michał w kwocie 47.424,00 zł

1288. Premium Store Sp. z o.o./Ratajczyk Izabela w kwocie 43.564,00 zł (10.000,00 EUR)

1289. Prażmowski Jacek w kwocie 230,74 EUR oraz 818,04 CHF

1290. Preś Marlena w kwocie 2.937,44 zł (630,00 CHF)

1291. Rachubiński Rafał w kwocie 211,90 zł

1292. Ratajczak Marcin w kwocie 256,75 zł, 933,95 USD, 886,63 EUR

1293. Rataj Damian w kwocie 2.000,00 GBP (10.254,05 zł)

1294. Ratajczyk Dariusz w kwocie 2.923,17 zł

1295. Rączka Anna w kwocie 10.834,25 zł (2.500,00 EUR)

1296. Rechlicki Arkadiusz w kwocie 120.016,40 zł

1297. Remer Mariusz Adam w kwocie 11.591,97 zł

1298. Rorat Natalia w kwocie 1.100,00 EUR

1299. Rucińska Joanna w kwocie 320,00 CHF

1300. Ruczyński Tomasz w kwocie 36.050,00 zł

1301. Rudek Maciej w kwocie 3.252,80 zł (800,00 USD)

1302. Rudnicki Radosław w kwocie 3.729,06 zł

1303. Rudy Dominik w kwocie 3.000,00 EUR (12.825,00 zł)

1304. Ruman Józef w kwocie 32.400,00 USD

1305. Rumiantsava Daria w kwocie 2.400,00 zł

1306. Rumiński Marcin w kwocie 10.715,97 zł

1307. Rusak Robert w kwocie 1.665,91 EUR

1308. Rusak Dorota w kwocie 2.333,24 EUR

1309. Rusiecki Piotr w kwocie 38.973,58 USD (158.388,63 zł)

1310. Rusoł Maciej w kwocie 11.636,68 zł

1311. Russak Michał w kwocie 6.445,70 zł (1.400,00 CHF)

1312. Ruszaj Jarosław w kwocie 83,26 zł, 327,13 CHF

1313. Ruszczyk Krzysztof w kwocie 6.000,00 EUR (25.901,40 zł)

1314. Rutkowska Katarzyna w kwocie 350,00 EUR (1.493,59 zł), 7.404,83 zł

1315. Rutkowska – Piątek Marta w kwocie 2.000,00 zł (427,98 CHF)

1316. RPCG Jarosław Rutkowski Spółka komandytowo- aukcyjna w kwocie 90.812,40 zł

1317. Rudko Monika w kwocie 200.000,00 SEK (75.240,00 zł)

1318. Rybak Paweł w kwocie 1.431,06 zł

1319. Rybak Sławomir w kwocie 2.407,00 zł oraz 100,00 USD

1320. Rybarczyk Szymon w kwocie 13.352,27 zł

1321. Rybicki Przemysław w kwocie 4.366,70 zł (1.000,00 EUR)

1322. Rybka Jolanta w kwocie 28.108,77 zł

1323. Rychter Rafał w kwocie 1.300,00 EUR (5.570,50 zł)

1324. Rzepecki Aleksander w kwocie 15.000,00 USD (60.105,00 zł)

1325. Rzepecki Przemysław w kwocie 7.500,00 EUR

1326. Sabina Pipa w kwocie 429.340,00 zł

1327. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz w kwocie 128.220,00 zł (30.000,00 EUR)

1328. Sadowski Wiesław w kwocie 19.250,00 zł oraz 37.167,57 USD

1329. Sadza Wiktoria w kwocie 45,36 zł, 360,48 GBP, 20,15 EUR, 741,00 USD

1330. Sagraj Darius w kwocie 1.015,78 EUR

1331. Sajdak Łukasz w kwocie 33.470,09 zł,

1332. Salamon Mateusz w kwocie 15.099,13 zł

1333. Salawa Lucyna w kwocie 27.155,29 NOK (9.982,28 zł)

1334. SALBIS Jesiołowski Wojciech w kwocie 9.000,00 EUR (38.382,15 zł)

1335. Sartanowicz Anna w kwocie 21.525,00 zł

1336. Sarnowski Marcin w kwocie 500,84 zł

1337. Sawczuk Tomasz w kwocie 4.000,00 zł

1338. Sawicki Bartłomiej w kwocie 5.206,52 zł

1339. Sawicki Karol w kwocie 697,94 zł

1340. Szczesiul Sandra Arleta w kwocie 2.000,00 EUR (8.502,20 zł)

1341. Sąsiadek Michał w kwocie 2.133,85 zł

1342. Semegin Anna w kwocie 300,00 zł oraz 163,48 EUR

1343. Sentsiuk Tetiana w kwocie 37.137,01 zł

1344. Sejud Sebastian w kwocie 31.979,04 EUR oraz 7.100,00 USD

1345. Sędzicki Marcin w kwocie 6.002,29 USD

1346. Szymor Radosław w kwocie 2.000,00 EUR (8.554,00 zł)

1347. Szywalska Sandra w kwocie 500,00 EUR (2.136,45 zł)

1348. Nowik Sergiusz w kwocie 9.116,20 zł, 5.100,00 EUR

1349. Sławski Cezary w kwocie 4.880,00 EUR

1350. Siadura Milena w kwocie 8.395,82 USD

1351. Siarkiewicz Bartosz w kwocie 480,00 GBP (2.452,99 zł)

1352. Siatkowski Gracjan w kwocie 36.272,34 zł

1353. Sibera Przemysław w kwocie 7.202,81 zł

1354. Sienko Michał w kwocie 9.224,33 zł

1355. Sienkiewicz Olgierd w kwocie 300,00 EUR (1.300,50 zł)

1356. Siemieńczuk Tomasz w kwocie 4.555,00 EUR (19.545,05 zł)

1357. Siemińska Karolina w kwocie 15.159,55 USD (60.000,00 zł)

1358. Sieradzka Martyna w kwocie 4.314,50 zł

1359. Sieradzka Beata w kwocie 380,00 CHF oraz 28,06 zł

1360. Sieradzki Łukasz w kwocie 4.275,00 zł (1.000,00 EUR)

1361. Sierański Kamil w kwocie 11.181,00 zł

1362. Sierechan Grzegorz w kwocie 7.892,00 zł (1.710,00 CHF)

1363. Sikorski Michał w kwocie 51.705,00 zł

1364. Sikorski Dariusz w kwocie 1.955,61 EUR

1365. Sinica Andrzej w kwocie 1.940,90 zł (419,12 CHF)

1366. Sitarski Grzegorz w kwocie 460,94 EUR oraz 6.983,64 zł

1367. Siwecki Daniel w kwocie 1.726,35 zł (371,00 CHF)

1368. Siwko Ewa w kwocie 1.070,22 zł,

1369. Siwowski Wojciech w kwocie 563.260,00 zł

1370. Skalski Dawid w kwocie 17.384,33 zł

1371. Skoczylas Kamil w kwocie 4.279,80 zł

1372. Skornko Piotr w kwocie 2.295,21 zł

1373. Skowron Krzysztof w kwocie 4.000,00 EUR (17.390,00 zł)

1374. Skrzypek Andrzej w kwocie 2.250,00 USD (8.949,83 zł)

1375. Skrzypczak Radosław w kwocie 30.009,70 zł

1376. Skrzypiec Anna w kwocie 8.494,00 zł

1377. Sliwiński Przemysław w kwocie 11.301,07 zł (2.456,00 CHF)

1378. Slawnikowski Tomasz w kwocie 50.000,00 EUR

1379. Słomkowski Michał w kwocie 12.878,07 zł

1380. Słowik Łukasz w kwocie 19.368,50 zł

1381. Słowik Krzysztof w kwocie 6.013,92 zł

1382. Słowikowska Joanna w kwocie 80.198,00 USD

1383. Smarzynska Kamila w kwocie 5.000,00 EUR (21.503,50 zł)

1384. Smith Martyna w kwocie 30.041,20 zł

1385. Smolarczyk Marcin i Smolarczyk Zofia w kwocie 5.000,00 EUR (21.403,00 zł)

1386. Smolarek Bożena/ Smolarek Bartosz w kwocie 1.800,00 EUR (7.796,92 zł), 1.087,74 zł oraz 388,50 EUR

1387. Smolarski Marcin w kwocie 120,00 RUB (3,60 zł)

1388. Smoliński Andrzej w kwocie 5.285,81 zł oraz 439,86 EUR

1389. Smoszna Jolanta w kwocie 659,53 EUR

1390. Smoter Dariusz w kwocie 850,00 GBP oraz 1.928,73 EUR

1391. Smutek Lucyna w kwocie 9.218,80 zł

1392. Śnieżek Bartosz w kwocie 25.000,00 EUR (108.302,50 zł)

1393. Sobanda Czesław w kwocie 5.202,00 zł, 9.975,00 GBP

1394. Sobaszek Paweł w kwocie 3.000,00 GBP (15.534,40 zł)

1395. Sobieszak Marcin w kwocie 4.330,70 zł

1396. Sobczak Michał w kwocie 1.900,00 EUR (8.223,58 zł)

1397. Sobczyk Jacek w kwocie 75.397,50 GBP

1398. Sobczyk Sławomir w kwocie 100.000,00 zł

1399. Sobolewska Magdalena i Marek Sobolewski w kwocie 17.376,87 USD (15.700,00 EUR), 136,22 USD (530,24 zł),

1400. Sokołowska Karolina w kwocie 11.813,72 zł

1401. Sokół Walter w kwocie 6.033,44 zł

1402. Solarczyk Agnieszka w kwocie 2.100,00 zł

1403. Solecki Mateusz w kwocie 5.000,00 GBP (26.213,00 zł)

1404. Solicki Maciej w kwocie 501,74 CHF

1405. Sosnowski Robert w kwocie 9.000,00 zł

1406. Sowa Rafał w kwocie 36.601,21 zł

1407. Sowa Magdalena w kwocie 2.500,00 EUR oraz 3.074,78 zł

1408. Sowińska Urszula w kwocie 800.000,00 JPY, 3.000,00 EUR, 11,00 zł

1409. Sorys Konrad w kwocie 9.197,00 NOK (3.321,04 zł), oraz 481,00 zł

1410. Sozwa Adrian w kwocie 10.000,00 USD (40.636,00 zł)

SBO1-LEGAL

1411.	Spadło Renata w kwocie 14.202,57 zł

1412.	Srebrny Paweł w kwocie 15.560,38 zł oraz 100,00 USD

1413.	Srebrowska Urszula w kwocie 5.480,42 zł

1414.	Stankiewicz Wiesława w kwocie 1.000,00 EUR (4.347,50 zł)

1415.	Stanowicka Aleksandra w kwocie 2.783,64 zł (600,00 CHF)

1416.	Starkiewicz Michał w kwocie 5.000,00 EUR (21.525,00 zł)

1417.	Starosta Marcin w kwocie 9.376,75 zł

1418.	Starosta Anna w kwocie 48.805,00 EUR

1419.	Staroń Agnieszka 3.653,00 GBP

1420.	STARMAX Marek Starczewski w kwocie 50.000,00 EUR (215.627,50 zł)

1421.	Stawarz Paweł 370,00 EUR (1.567,84 zł)

1422.	Stawiak Marcin w kwocie 2.500,00 EUR (10.788,75 zł)

1423.	Stawicki Marek reprezentujący STAWICKI MAREK F.H. MM STAWICCY w kwocie 5.000,00 zł

1424.	Stawicki Marcin w kwocie 1.312,55 zł (281,50 CHF)

1425.	Stawikowski Michał w kwocie 19.376,34 USD (78.710,57 zł)

1426.	Stawowiak Dawid w kwocie 15.412,27 zł, 2.500,00 EUR, 2.000,00 USD

1427.	Stawowiak Dominika w kwocie 31.163,25 zł (7.500,00 USD)

1428.	Stąporek Kamil w kwocie 1.500,00 EUR (6.435,15 zł)

1429.	Steczkowski Piotr w kwocie 135.047,20 zł (31.000,00 EUR)

1430.	Stencel Robert w kwocie 11.340,00 zł

1431.	Stefaniszyn Jacek w kwocie 31.000,00 EUR (132.456,80 zł)

1432.	Stefańska Joanna w kwocie 7.888,77 zł

1433.	Stefański Albert w kwocie 5.694,00 EUR (24.420,43 zł)

1434.	Stefański Piotr w kwocie 2.142,15 zł (500,00 EUR)

1435.	Stefański Daniel w kwocie 786,54 zł (170,00 CHF)

1436.	Stepokura Kacper Paweł w kwocie 34.827,50 zł

1437.	Stępień Ryszard w kwocie 130,87 zł, 1.049,09 EUR

1438.	Stępniak Łukasz w kwocie 3.665,20 zł

1439.	Stęplewska Dorota w kwocie 34.198,38 zł

1440.	Stężycki Artur w kwocie 50.000,00 zł

1441.	Stoksik Bogumił w kwocie 97.650,37 zł

1442.	Storożuk Jacek w kwocie 1.202,44 EUR

SBU_LEGAL

1443. STOKER Marzoch Marek w kwocie 1.783,53 zł

1444. Strączewski Emilian w kwocie 652.290,00 zł

1445. Stróżycka Anna w kwocie 1.500,00 EUR (6.395,85 zł)

1446. Struciński Przemysław w kwocie 10.000,00 EUR (43.405,00 zł)

1447. Struglik Jerzu w kwocie 1.000,00 GBP

1448. Strychalska Katarzyna w kwocie 2.723,00 zł

1449. Strzecka - Wilusz Klaudia w kwocie 1.170,00 GBP (6.107,52 zł)

1450. Strzelecki Michał reprezentujący MICHUMEDIA Michał Strzelecki w kwocie 7.207,75 zł , 2.826,56 EUR

1451. Strzelecka Małgorzata w kwocie 3.514,12 EUR

1452. Stanisławski Radosław w kwocie 8.575,40 zł

1453. Stanisz Paweł w kwocie 806,21 zł

1454. Sudół Piotr w kwocie 3.289,78 EUR (14.095,06 zł)

1455. Sufin Jacquemart Ewa w kwocie 300,00 EUR (1.283,22 zł)

1456. Sukiennik Grzegorz w kwocie 500,00 GBP (2.581,85 zł)

1457. Sułek Paulina w kwocie 1.760,00 GBP (8.992,46 zł)

1458. Suliński Piotr Stanisław w kwocie 40.000,00 EUR

1459. Surmacz Łukasz w kwocie 10.090,00 EUR oraz 20.000,00 USD

1460. Suś Paweł w kwocie 5.161,56 zł

1461. Suszczyński Sławomir  w kwocie 1.000,00 EUR (4.309,20 zł)

1462. Suszko Tomasz w kwocie 5.500,00 EUR oraz 432,08 zł

1463. Szczepański Jakub w kwocie 65.817,93 zł

1464. Szczerbicka Izolda w kwocie 3.433,00 zł

1465. Szczęsny Paweł 500,00 EUR

1466. Sebza Kamil/ Szczęch – Sebza Magdalena w kwocie 32.000,00 USD

1467. JANUSZ CIEŚLIK SKLEP ROLNO-PRZEMYSŁOWY/Cieślik Jolanta w kwocie 39.380,00 EUR (168.581,84 zł)

1468. Serafin Marcin w kwocie 100.000,00 USD oraz 94,45 EUR

1469. Szczodrowski Patryk w kwocie 11.472,00 EUR (49.334,19 zł)

1470. Szczotka Ireneusz w kwocie 11.217,01 zł, 10.918,46 USD

1471. Szczygłowski Piotr w kwocie 42.786,00 NOK (15.471,42 zł)

1472. Szeliga Krzysztof  w kwocie 2.000,00 EUR (8.604,80 zł)

1473. Szewczyk Albert w kwocie 312,58 GBP oraz 39.524,64 zł

1474. Szewczyk Łukasz w kwocie 1.716,45 zł

1475. Szędzioł Rafał w kwocie 500,00 EUR (2.167,65 zł)

1476. Szkodowski Piotr w kwocie 100.925,66 zł

1477. Szlacht Robert w kwocie 1.500,00 EUR

1478. Szlachta Agnieszka w kwocie 228,79 EUR (1.000,00 zł)

1479. Szlajter Marta w kwocie 400,00 EUR (1.706,96 zł)

1480. Szofer Magdalena w kwocie 5.109,33 zł

1481. Szostak Stanisław w kwocie 21.482,00 zł

1482. Szot Emil w kwocie 4.299,00 zł

1483. Szóstakiewicz Anna w kwocie 288,25 EUR

1484. Szpilka Dariusz Piotr w kwocie 50.000,00 zł

1485. Szpaczyński Grzegorz w kwocie 13.058,41 zł

1486. Szponder Monika w kwocie 8.000,00 EUR (34.597,60 zł)

1487. Sztemberg Aneta w kwocie 7.000,00 EUR (3.033,80 zł)

1488. Szybiński Józef w kwocie 17.280,44 zł

1489. Szydłowski Łukasz w kwocie 2.000,00 EUR (8.666,40 zł)

1490. Szymaniec Dariusz w kwocie 6.990,47 zł

1491. Szymaniak Jerzy w kwocie 415.847,11 zł

1492. Szymański Łukasz w kwocie 4.567,97 zł oraz 2.429,41 EUR

1493. Szymański Dominik w kwocie 2.000,00 EUR (8.571,80 zł)

1494. Szymański Rafał w kwocie 1.139,81 zł (245,00 CHF)

1495. Szymański Grzegorz w kwocie 46.599,64 USD

1496. Szymański Dariusz w kwocie 25.116,86 NOK oraz 651,15 zł

1497. Szyłko Dariusz w kwocie 2.098,54 zł oraz 1.086,59 EUR

1498. Śliż Piotr w kwocie 3.000,00 EUR (12.972,30 zł)

1499. Ślązak Dawid w kwocie 43.626,12 zł (10.000,00 EUR)

1500. Ślązak – Niedbalska Izabela w kwocie 55.224,03 zł oraz 1.263,90 EUR

1501. Śmieszek Aneta w kwocie 17.141,20 zł

1502. Śpiewak Anna w kwocie 1.000,00 EUR (4.232,00 zł)

1503. Świadek Monika w kwocie 5.008,63 zł

1504. Świątkowska Magdalena w kwocie 4.267,56 zł

1505. Świętochowski Karol w kwocie 2.300,00 EUR (9.957,62 zł)

1506. Świechowicz Jarosław w kwocie 150.000,00 zł

1507. Świeczkowski Leszek w kwocie 19.500,00 EUR (83.949,45 zł)

1508. Świederczuk Igor w kwocie 4.125,46 zł

1509. Świerk Aleksandra w kwocie 10.000,00 EUR (42.804,00 zł)

1510. Świerszcz Joanna Dominika w kwocie 2.014,03 zł (465,78 EUR)

1511. Świderski Rafał w kwocie 17.841,08 EUR

1512. Świniarska Ewa w kwocie 749,20 zł

1513. Śwircz Maksymilian w kwocie 47.077,80 zł

1514. Tabor Piotr w kwocie 34.524,66 zł

1515. Tamborski Tomasz w kwocie 10.000,00 zł, 423,19 EUR

1516. Tama Paweł w kwocie 1.980,00 EUR 8.480,14 zł

1517. Tarkiewicz Lucyna w kwocie 2.000,00 EUR (8.586,60 zł)

1518. Tarłowski Damian w kwocie 37.000,00 NOK (3.080,12 EUR) oraz 25.000,00 NOK (9.015,00 zł)

1519. Tąder Konrad w kwocie 4.700,00 EUR (19.983,46 zł)

1520. Tenscher-Teper Iwona w kwocie 281.543,00 zł

1521. Tendelska Agata w kwocie 3.500,00 zł (862,96 USD)

1522. Teodorczyk Artur w kwocie 45.100,00 USD (176.955,98 zł)

1523. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j reprezentowana przez Termanowskiego Marka w kwocie 56.000,01 zł

1524. TDJKZ LIMITED z siedzibą w Anglii / Damian Puczyński w kwocie 85.608,54 GBP, 63.001,00 zł (12.356,57 GBP) , 13.991,00 EUR(11.770,82 GBP)

1525. Turowski Michał w kwocie 70.100,00 EUR (29.687,00 zł)

1526. Markowski Dariusz w kwocie 2.497,25 zł

1527. Markus Magdalena 10.000,00 GBP (52.088,00 zł)

1528. Tęgi Andrzej w kwocie 5.748,22 zł, 5.106,91 EUR

1529. Tępczyk Mariusz w kwocie 9.000,00 EUR (38.522,70 zł)

1530. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH reprezentowana przez Tkocz Olivera w kwocie 836.298,65 zł

1531. Tkacz Paweł w kwocie 3.003,93 USD

1532. Tobiasz Rafał w kwocie 8.601,00 zł

1533. Toczko Robert w kwocie 19.452,48 zł

1534. Toczkowska Patrycja w kwocie 1.696,08 zł

1535. Tomasik Joanna w kwocie 43.476,00 zł

1536. Tomasik Agnieszka w kwocie 2.000,00 zł

1537. Tomasik Marcin w kwocie 925,00 EUR

1538. Tomaszewski Łukasz w kwocie 22.509,44 oraz 3.033,60 zł

1539. Tomczak Paweł w kwocie 6.500,00 EUR (27.921,45 zł),

1540. Tomczuk Michał w kwocie 20.048,73 zł

1541. Tomzik Tomasz w kwocie 4.738,58 zł (1.100,00 EUR)

1542. Trębacka Katarzyna w kwocie 2.786,64 zł (639,93 EUR)

1543. Tran – Thien An- Giang Valery w kwocie 1.000,00 EUR

1544. Trawiński Marcin w kwocie 1.963,00 zł oraz 1.628,49 EUR

1545. Truck & Agro Handel/ Miskiewicz Paweł w kwocie 23.500,00 EUR (101.947,70 zł)

1546. Truchan Hubert w kwocie 19.218,56 CHF, 273,94 zł, 25,00 EUR

1547. Trójca Dariusz w kwocie 25.281,18 zł

1548. Trzaska Andrzej w kwocie 81.687,20 zł

1549. Trzeszczykowski Łukasz w kwocie 1.000,00 EUR (4.330,20 zł)

1550. Trzosek Izabela w kwocie 500,00 EUR (2.147,95 zł)

1551. Tuczyński Sławomir w kwocie 5.470,50 zł

1552. Tuchacz Łukasz w kwocie 1.230,22 zł

1553. Tułaza Krzysztof w kwocie 6.039,39 USD, 95,76 zł, 2.458,80 EUR

1554. Tylka Ryszard w kwocie 1.312,42 zł

1555. Tytuła Stanisław w kwocie 51.745,44 zł

1556. Tuszyńska Katarzyna w kwocie 5.340,38 zł

1557. Tuz Łukasz w kwocie 6.800,00 USD (26.746,44 zł)

1558. Tytoń Przemysław w kwocie 215.045,00 zł

1559. Urbacka Maria Ewelina w kwocie 4.000,00 EUR (17.130,40 zł)

1560. Urban Shaun Mariusz w kwocie 4.950,00 zł

1561. Urban Jacek w kwocie 1.468.949,00 JPY

1562. Urbanek Robert w kwocie 3.169,16 USD

1563. Uznański Krzysztof w kwocie 4.000,00 EUR (17.215,00 zł)

1564. Wałęsa Natalia w kwocie 10.000,00 EUR (42.955,00 zł)

1565. Wajda Mateusz w kwocie 4.024,00 EUR (17.125,74 zł)

1566. Wanderson Scaglia w kwocie 68.124,67 EUR

1567. Wański Tomasz w kwocie 194,00 USD (766,32 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 306 of 523
SBU - LEGAL

1568. Waląg Krystian w kwocie 16.197,83 EUR

1569. Walędowski Marcin w kwocie 2.273,23 zł (520,00 EUR)

1570. Waligóra Dawid w kwocie 1.942,06 zł

1571. Waliszewski Dawid w kwocie 1.600,00 EUR (6.936,16 zł)

1572. Walkiewicz Marek w kwocie 600,00 GBP

1573. Walko Dominika w kwocie 7.864,83 zł oraz 5.400,00 EUR

1574. Walkowicz Dagmara w kwocie 1.786.173,00 JPY

1575. Walz Renata w kwocie 3.036,97 CHF

1576. Wasil marek w kwocie 46.551,47 zł

1577. Wasilewski Jarosław w kwocie 707,97 CHF (3.289,59) zł oraz 104,00 EUR (455,37 zł)

1578. Wasilkowski Bartosz w kwocie 5.556,98 zł

1579. Wasiuta Maciej w kwocie 3.745,31 zł, 200 EUR

1580. Waszak Radosław w kwocie 7.232,94 zł

1581. Waszczak Cezary w kwocie 4.398,13 EUR (19.068,53 zł)

1582. Wasylko Piotr w kwocie 4.309,40 zł (1.000,00 EUR)

1583. Wawrzyniak Piotr w kwocie 2.988,00 zł

1584. Wawer Dorota w kwocie 1.916,21 zł (412,31 CHF)

1585. Wątor-Spyrka Magdalena w kwocie 4.140,00 zł

1586. Wesołowski Tomasz reprezentujący PPHU TOMARK w kwocie 260.148,00 zł

1587. Wesołowski Damian w kwocie 3.734,32 zł (800,00 CHF)

1588. Westrych-Krzanowski Krystian w kwocie 30,00 zł

1589. Wędzik Marcin w kwocie 310,00 EUR (1.339,39 zł)

1590. Wnęk Stanisław w kwocie 12.000,00 USD (48.595,20 zł)

1591. Wlazło Sylwia w kwocie 14.000,00 zł

1592. Wlazły Rafał w kwocie 3.076,13 EUR oraz 16.843,92 zł

1593. Wiąckiewicz Piotr w kwocie 2.307,28 zł

1594. Wichtowska Kamila w kwocie 112.361,60 zł

1595. Wielkoszyński Zbigniew w kwocie 10.719,00 zł

1596. Wieloch Łukasz w kwocie 3.634,85 zł

1597. Wielgosz Stanisław w kwocie 10.000,00 EUR

1598. Więcko Tomasz w kwocie 759,41 zł

1599. Więckowska Marta w kwocie 5.175,00 zł oraz 2.654,69 EUR

1600. Widera Dawid w kwocie 7.139,46 EUR

1601. Wilk Krzysztof w kwocie 19.808,98 zł

1602. Wilk Marcin w kwocie 2.000,00 EUR (8.566,80 zł)

1603. Wilk Krystian w kwocie 39.031,20 zł

1604. Wilk Renata w kwocie 436,27 CHF

1605. Wilkosz Rafał w kwocie 500,00 zł, 388,68 EUR

1606. Wilkicki Mateusz w kwocie 4.309,00 zł (1.000,00 EUR)

1607. Wijas Anna w kwocie 4.336,00 zł (1.000,00 EUR)

1608. Wiśniewska Krystyna w kwocie 200,00 EUR (860,40 zł)

1609. Wiśniewska Grażyna w kwocie 500,00 EUR (2.139,30 zł)

1610. Wiśniewska Iwona w kwocie 5.160,00 USD (20.854,57 zł) oraz 78.742,44 TRY

1611. Bydgoski Klub Sportowy "Chemik" reprezentowany przez Włoch Mikołaja Kacpera w kwocie 43 916,99 zł

1612. Expert – Sport Marek Bartkiewicz w kwocie 22.006,29 EUR

1613. Extech Sp. z o.o. Sp.k./Piróg Wojciech w kwocie 10.000,00 zł

1614. Wodnicka-Wartnik Dominika w kwocie 250.000,00 zł

1615. WOODFORKIDS SP. Z O.O./Adamczak Kamil Tomasz w kwocie 12.281,86 zł (2.840,00 EUR) oraz 248,89 EUR

1616. Wardak - Pascale Magdalena w kwocie 822,22 zł

1617. Warcaba Elżbieta 2.500,00 EUR (10.755,00 zł) oraz 83,40 EUR i 23,92 zł

1618. Warchałowska Adrianna w kwocie 5.000,00 CHF (23.027,50 zł)

1619. Woch Mariusz w kwocie 9.065,00 EUR

1620. Wojciechowska Małgorzata w kwocie 559,67 CHF

1621. Wojciechowski Janusz w kwocie 3.490,76 EUR (14.829,45 zł)

1622. Wojciechowski Kacper (kcper.w.wwojciechowski@gmail.com) w kwocie 4.061,17 zł

1623. Wojnicz Marcin w kwocie 5.002,89 zł

1624. Wojtaszyk Łukasz Piotr w kwocie 10.589,55 zł

1625. Wojtaszek Robert w kwocie 122.544,50 zł

1626. Wojtasik Arkadiusz w kwocie 2.895,34 zł oraz 132.034,00 JPY

1627. Wojtulska Beata w kwocie 70.000,00 EUR

1628. Wojtyczek Krzysztof w kwocie 64.786,50 zł

1629. Wojtyra Jarosław Tomasz w kwocie 4.600,00 zł (999,00 CHF)

55

1630.    Wojsa Mateusz w kwocie 732.091,00 JPY, 4.000,00 zł, 4.111,48 EUR, 5.766,74
     USD

1631.    Wołoszyn Tomasz w kwocie 201.474,00 zł

1632.    Wołoszyn Stanisław w kwocie 10.000,00 zł (2.421,42 USD)

1633.    Wołoszczenko Piotr w kwocie 51.612,60 zł

1634.    Woźniak Marcin w kwocie 11.460,00 EUR (49.598,88 zł)

1635.    Woźny Szymon w kwocie 10.138,95 zł, 3.465,36 USD

1636.    Wójcicki Piotr w kwocie 57.252,58 zł

1637.    Wójtowicz Krzysztof w kwocie 3.034,78 zł (700,00 EUR)

1638.    Wróblewska Iwona w kwocie 10.176,45 zł

1639.    Wróbel Dorota Anna w kwocie 2.005,01 USD (8.000,00 zł)

1640.    Wybraniec Piotr w kwocie 6.340,00 zł

1641.    Wycisło Kamil w kwocie 859,60 zł

1642.    Wykręt Kamil w kwocie 3.500,00 zł

1643.    Wyciślak Oskar w kwocie 7.000,00 EUR (30.273,60 zł)

1644.    Wysocki Arkadiusz w kwocie 87.000 zł

1645.    Wysocki Michał w kwocie 1.895,49 EUR

1646.    Wysota Justyna/ Wysota Dawid w kwocie 2.500,00 EUR (10.712,75 zł)

1647.    Zabłocki Marek w kwocie 22.511,93 zł

1648.    Zaborowicz Maciej w kwocie 53.253,06 zł oraz 4.066,09 EUR

1649.    Zaborowska Wioleta w kwocie 36.736,83 zł

1650.    Zaborowski Wojciech w kwocie 64.318,42 zł

1651.    Zaborowski Mariusz w kwocie 2.160,70 (500,00 EUR)

1652.    Zachara Jarosław w kwocie 7.492,01 zł

1653.    Zadora Maciej w kwocie 1.236,28 USD (5.004,59 zł)

1654.    Zadworna Joanna w kwocie 997,94 zł

1655.    Zagiński Wojciech 6.012,45 zł

1656.    Zagrodny Antoni w kwocie 48.587,68 zł

1657.    Zagórski Paweł w kwocie 3.700,00 USD (15.183,32 zł)

1658.    Ząbek Lucyna w kwocie 1.000,00 EUR (4.330,00 zł

1659.    Zagórski Mateusz w kwocie 9.805,82 zł

1660.    Zagdański Piotr w kwocie 49.087,66 zł

1661.    Zając Romuald w kwocie 5.000,00 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 309 of 523

1662. Zajączkowski Paweł w kwocie 4.015,51 zł (926,00 EUR)

1663. Zajda Mariusz w kwocie 60.559,85 zł

1664. Zakątki Podhala sp. z o.o. reprezentowana przez Wiolettę Frejdlich-Gąsienica w kwocie 38.860,00 EUR (169.596,70 zł)

1665. Zakład Produkcji Materiałów Budowlanych TERRAZZO/ Jacek Kulupa w kwocie 65.478,00 zł (15.000,00 EUR)

1666. Zakrzewski Krzysztof w kwocie 430,00 GBP (2.200,75 zł)

1667. Zakrzewski Paweł reprezentujący PAW-MAR w kwocie 36.900,00 EUR (160.300,78 zł)

1668. Zakrzewski Marek w kwocie 10.000,00 zł (26.066,47 NOK)

1669. Zalewski Tomasz reprezentujący TOM-SERVICE w kwocie 60.000,00 USD (240.876,00 zł), 1.200,00 zł (278,47 EUR).

1670. Zalewski Arkadiusz w kwocie 1.000.000,00 JPY (26.301,00 zł)

1671. Zalewski Marek (P: 72080308172) w kwocie 375.247,69 zł

1672. Zalewski Marek (m.a.zlewski@gmail.com)w kwocie 12.500,00 zł

1673. Zamojski Marcin w kwocie 25.534,00 zł

1674. Zapaśnik Dominik w kwocie 4.650,00 EUR (20.014,06 zł)

1675. Zaprzałek Piotr Janusz w kwocie 1.300,17 zł (300,00 EUR)

1676. Zaręba Krzysztof w kwocie 12.850,17 zł

1677. Zaręba Sławomir w kwocie 35.970,90 zł

1678. Zaród Agnieszka w kwocie 1.000,00 EUR (4.278,80 zł)

1679. Zawoliński Tomasz w kwocie 1.035,00 EUR (4.432,80 zł)

1680. Zawidzki Łukasz w kwocie 7.000,00 EUR (30.114,00 zł)

1681. Zawiślak Mariusz w kwocie 235.000,00 zł

1682. Zentera Daniel w kwocie 245,00 CHF

1683. Zdaniewicz Mariusz w kwocie 2.522,19 zł

1684. Zdanuczyk Agnieszka w kwocie 12.500,00 EUR oraz 4.290,99 zł

1685. Zdębski Szymon w kwocie 10.254,97 EUR (43.800,00 zł)

1686. Zdolińska Dorota w kwocie 6.831,85 zł

1687. Zdoliński Paweł w kwocie 683,85 zł

1688. Zduńczak Iwona w kwocie 1.500,00 USD (6.005,10 zł)

1689. Zender Bogusław w kwocie 68.166,60 zł

1690. Zgagacz Piotr w kwocie 327,96 CHF oraz 1.600,00 zł

1691. Wielkoszyński Zbiegniew w kwocie 30.000,00 NOK (10.719,00 zł)

1692. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłommiej w kwocie 2.182,90 zł (500,00 EUR)

1693. Ziemak Radosław w kwocie 990,00 EUR

1694. Ziemski Michał w kwocie 152.011,04 zł

1695. Zieliński Damian w kwocie 10.702,75 zł

1696. Zieliński Michał w kwocie 27.070,00 USD (110.946,39 zł)

1697. Zieliński Marcin w kwocie4.175,64 zł (895,79 CHF)

1698. Ziębal Sławomir w kwocie 1.000,00 EUR (4.302,60 zł)

1699. Zięcina Sławomir w kwocie 12.192,76 zł oraz 745,00 EUR

1700. Znamirowska Monika w kwocie 8.597,00 zł, 1.000,00 EUR

1701. Żoch Magdalena w kwocie 4.961,09 zł

1702. Ostrowski Krzysztof w kwocie 3.650,70 zł

1703. Dera Dawid w kwocie 8.701,53 zł

1704. Dec Damian Marcin w kwocie 19.833,74 zł

1705. Dawidowicz Michał w kwocie 4.286,22 zł

1706. Daniel Filip w kwocie 19.768,89 zł

1707. Deja Krystyna/Deja Daniel w kwocie 28.600,16 EUR

1708. Demczuk Jarosław/Miękin Marcin Paweł w kwocie 1.200,00 EUR

1709. Pipa Sabina w kwocie 429.340,00 zł

1710. "ROLNIK" Centrala Nasion Sp. zo.o. Pawlak Sebastian w kwocie 313.344,00 zł (72.000,00 EUR)

1711. Kids Boutigue sp. z o.o.- Zadura Aleksandra w kwocie 172.072,00 zł (40.000,00 EUR)

1712. 3mdeb sp. z o.o. w kwocie 20.000,00 EUR

1713. MDM Capital Sp. z o.o./radca prawny Piotr Witkowski w kwocie 92.584,02 EUR (100.000,00 USD)

1714. F.H. AMT POLAND Adamkiewicz Paweł/Adamkiewicz Paweł w kwocie 30.225,65 zł (7.000,00 EUR)

1715. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR, 7.427,21 USD

1716. Gwizdek Adrian w kwocie 12.752,00 EUR

1717. Bielecka Monika w kwocie 5.000,00 EUR (21.626,50 zł)

1718. Beier Joanna/ Jurgen Beier w kwocie 1.000,00 EUR (4.248,30 zł)

1719. Bielecka Justyna w kwocie 710,00 EUR

1720. ADVALUE Doradztwo i Wyceny sp. z o.o. w kwocie 17.182,87 zł (3.958,00 EUR)

1721. Adamkiewicz Robert w kwocie 2.575,09 zł (555,00 CHF)

1722. Adamkiewicz Rafał w kwocie 6.812,00 USD (27.761,62 zł)

1723. Andruszkiewicz Michał w kwocie 19.710,08 EUR

1724. Andruszkiewicz Sebastian w kwocie 713,05 zł, 391,90 EUR, 195,48 CHF, 27,00 USD

1725. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

1726. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata w kwocie 29.603,12 zł (6.800,00 EUR)

1727. Banaszkiewicz Krzysztof w kwocie 200,00 EUR, 126,00 USD, 106,15 CHF, 40.313,00 JPY

1728. Bartkowiak Robert reprezentujący CIH SYSTEMY CZYSZCZĄCE w kwocie 51.028,38 zł (11.700,00 EUR)

1729. Bartkowiak Michał w kwocie 15.600,90 zł

1730. Bartkowski Robert w kwocie 21.086,17 zł

1731. Bartosz Paweł w kwocie 600,00 EUR

1732. Berger Piotr w kwocie 21.651,00 zł (5.000,00 EUR)

1733. Błańska-Mecner Magdalena w kwocie 1.168,50 EUR

1734. Błachowicz Arkadiusz w kwocie 1.042,63 zł

1735. Błaszczuk Witold w kwocie 7.105,56 zł (1.650,00 EUR)

1736. Błaszczyk Paweł w kwocie 9.504,00 zł (2.200,00 EUR)

1737. Błaszczyński Adam w kwocie 1.393,80 zł (300,00 CHF)

1738. Brandyk Magdalena w kwocie 4.000,00 zł (921,19 EUR)

1739. Brandt Damian w kwocie 22.500,00 EUR (98.100,00 zł)

1740. Broda Aneta i Broda Krzysztof w kwocie 16.710,00 EUR

1741. Buczkowska Ewa w kwocie 1.755,51 zł (405,86 EUR)

1742. Buczma Anna w kwocie 5.203,80 zł (1.200,00 EUR)

1743. Bukiel Krzysztof w kwocie 2.800,00 zł oraz 13.556,55 NOK

1744. Bukowski Marek w kwocie 1.029,18 EUR

1745. Burakiewicz Aleksandra w kwocie 300,00 EUR (1.290,93 zł)

1746. Burakiewicz Hubert w kwocie 6.480,10 zł

1747. Burdzy Damian w kwocie 2.566,64 zł (600,00 EUR)

1748. Chabrowski Arkadiusz w kwocie 6.000,00 GBP (7.126,03 EUR)

1749. Chlebowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

1750. Chlebiuk Bożena w kwocie 1.164,05 zł (250,00 CHF)

1751. Chodań Anna w kwocie 920,68 zł (210,00 EUR)

1752. Chodziński Paweł w kwocie 6.679,72 zł

1753. Chojnowska Małgorzata Maria w kwocie 53.905,15 zł (12.500,00 EUR)

1754. Chojnowska Anna w kwocie 38.020,19 zł

1755. Chojnowska – Bieszak Anna w kwocie 6.000,00 zł (1.513,55 USD)

1756. Cieślawska Katarzyna w kwocie 13.706,73 EUR, 26.284,70 USD, 6.710,00 zł

1757. Cieślak Jarosław w kwocie 312,88 EUR oraz 233,84 z

1758. Cygan Adam w kwocie 50.000,00 zł (11.646,87 EUR)

1759. Czyżkowska Katarzyna w kwocie 288,00 EUR

1760. Juchlke Jarosław w kwocie 11.568,60 zł

1761. Dabrowska Małgorzata w kwocie 8.000,54 EUR

1762. Dańczak- Wysocka Karolina w kwocie 359,73 EUR

1763. Dańczyszyn Monika w kwocie 500,00 EUR (114,09 EUR)

1764. Dajczak Jakub w kwocie 600,00 EUR

1765. Draczyński Michał w kwocie 1.148,55 USD, 7.211,27 zł

1766. Dalla Costa Luca w kwocie 29.810,50 EUR

1767. Dalla Villa Agnieszka i Emmanuele w kwocie 25.000,00 EUR (108.075,00 zł)

1768. Dąbrowski Tomasz w kwocie 200.039,64 zł (49.567,52 USD)

1769. Dąbrowskis Adam w kwocie 2.245,11 EUR (9.611,97 zł)

1770. Dźwigała Katarzyna Maria w kwocie 2.142,35 zł (500,00 EUR)

1771. Elwart Sławomir w kwocie 3.880,13 zł (890,00 EUR)

1772. Enozel Frank w kwocie 94.523,62 zł

1773. Katarzyna HawMuł-Adamczyk Bartosz Adamczyk w kwocie 29.037,80 zł, 9.000,00 CHF

1774. Katarzyńska – Banasik Dorota w kwocie 31.721,50 EUR

1775. Fajecki Patryk w kwocie 3.000,00 EUR (13.015,20 zł)

1776. FARMATOR sp. z o.o. w kwocie 15.146,95 zł (3.500,00 EUR)

1777. Farstad Julia w kwocie 23.800,00 NOK (8.610,24 zł)



60

1778. Fedorczyk Bogusław w kwocie 6.368,28 zł

1779. Fundacja Grup DDA/DDD /Małgorzata Agnieszka Gerc w kwocie 17.980,20 zł (4.200,00 EUR)

1780. Fuhrmann Łukasz w kwocie 7.851,50 zł

1781. Gaworek Marcin w kwocie 1.840,40 zł (420,60 EUR)

1782. Gawroński Grzegorz w kwocie 1.833,00 zł

1783. Gawron Magdalena w kwocie 3.612,97 zł (775,00 CHF)

1784. Gawron Jacek w kwocie 43.614,00 zł (10.000,00 EUR)

1785. Gawrych Paweł w kwocie 1.773,03 zł (333,00 GBP)

1786. Gawryło Renata w kwocie 86.570,00 zł

1787. Gehrke Sven w kwocie 3.500,00 EUR

1788. Grupa Handlowa Wiesław Godlewski w kwocie 79.574,05 zł (18.500,00 EUR)

1789. Gruchlik Piotr w kwocie 42.717,52 zł

1790. Gruszka Małgorzata w kwocie 264,04 GBP, 171,57 EUR, 440,58 USD, 91,40 CHF

1791. Gruszczyński Waldemar w kwocie 467,00 EUR

1792. Godek Kamil w kwocie 4.600,00 EUR (19.899,10 zł)

1793. Godleś Hanna w kwocie 1.400,00 EUR (6.013,56 zł)

1794. Gorsiak Renata w kwocie 50.000,00 EUR

1795. Górecka Daria w kwocie 4.992,00 zł oraz 1.150,00 EUR

1796. Górny Adam w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł

1797. Górny Anna w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł, 1.020,00 CHF

1798. Grałek Artur w kwocie 305.026,00 zł (70.000,00 EUR)

1799. Grabka Artur w kwocie 1.000,00 EUR (4.300,00 zł)

1800. Grabow Roger w kwocie 4.383,06 zł

1801. Grabowski Grzegorz w kwocie 9.500,00 EUR (36.572,95 zł)

1802. Grabowski Gabriel w kwocie 269,00 EUR oraz 590,68 zł

1803. Grabowska Marta w kwocie 4.000,00 EUR (17.145,70 zł)

1804. Grabowska Katarzyna w kwocie 11.563,79 EUR

1805. Grabska – Gorgula Marta 20.055,00 zł (54.346,26 NOK)

1806. Granszof Adrian w kwocie 320,00 EUR

1807. Groen Marcin w kwocie 5.000,00 EUR

1808. Grzegorz Dzida w kwocie 3.798,34 zł (880,00 EUR)

1809. Grzegorczyk Anna w kwocie 250,00 EUR (1.061,35 zł)
1810. Grzegorczyk Andrzej w kwocie 359,40 EUR, 221,96 USD, 925,63 zł
1811. Grzelczyk Tomasz w kwocie 2.326,26 EUR
1812. Grzejszczyk Anna w kwocie 15.000,00 zł (3.469,25 EUR)
1813. Grzesiak Zbigniew w kwocie 79.232,00 zł
1814. Grzesiński Paweł Michał w kwocie 110.000,00 zł
1815. Grześkiewicz Rafał w kwocie 97.245,80 zł
1816. Grzymkowska Edyta w kwocie 8.200,00 EUR
1817. Hanusiak Kamil w kwocie 47.120,70 zł
1818. Hanusek Jan w kwocie 3.366,86 zł (720,00 GBP)
1819. Hajok Sara w kwocie 75.982,43 EUR
1820. Hinc Ryszarda Józefa w kwocie 11.000,00 EUR (47.208,70 zł)
1821. Iwanek Radosław w kwocie 2.489,07 EUR
1822. Jabłecki Rafał w kwocie 607.777,95 TRY
1823. Jabłońska Anna w kwocie 15.742,38 zł (3.391,00 CHF)
1824. Jabłoński Paweł w kwocie 9.800,00 EUR oraz 56.494,33 zł
1825. Jabłoński Szymon w kwocie 4.998,83 EUR oraz 21.397,16 zł
1826. Janiszewski Jakub w kwocie 7.000,00 zł (1.623,90 EUR)
1827. Janiszewski Paweł w kwocie 4.310,50 zł (1.000,00 EUR)
1828. Janiszewski Hubert w kwocie 488,00 CHF oraz 87,24 zł
1829. Jankowska Magdalena w kwocie 2.445,47 EUR
1830. Jankowska Maria w kwocie 5.000,00 zł
1831. Jaworski Paweł w kwocie 5.000,00 EUR
1832. Jóźwiak Paweł w kwocie 35.000,00 SEK (13.226,50 zł)
1833. Jóźwiak Anna w kwocie 2.917,94 zł (632,00 CHF)
1834. Kadrzyńska Elżbieta w kwocie 81.864,97 zł
1835. Kadyszewski Kacper w kwocie 5.493,08 EUR oraz 233,55 zł
1836. Kantrzonka Alicja w kwocie 5.800,00 EUR
1837. Kapałczyński Arkadiusz w kwocie 10.000,00 EUR
1838. Kasperski Tomasz w kwocie 2.622,43 zł (602,00 EUR)
1839. Kaszewska Karolina w kwocie 4.418,00 EUR (19.017,28 zł)
1840. Karaś Wioletta w kwocie 3.900,77 zł
1841. Karaś Ewa w kwocie 1.806,74 zł



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 315 of 523

1842.     Szymański Paweł w kwocie 3.400,00 zł

1843.     Klan Szymon w kwocie 9.302,00 USD (8.654,58 EUR)

1844.     Klub Kyokushin Karate im. Masutatsu Oyama w kwocie 25.100,00 EUR

1845.     Kłoda Jan "Maszyny Leśne" w kwocie 282.599,72 zł (65.800,00 EUR), 201.827,40 zł (47.000,00 EUR) łącznie 484.427,12 zł (112.800,00 EUR)

1846.     Kłosiński Jarosław w kwocie 390,00 EUR oraz 9,66 zł

1847.     Konstanty Jarosław w kwocie 156.891,92 zł

1848.     Konarski Bartosz w kwocie 40.000,00 zł (9.166,74 EUR)

1849.     Konarzewski Rafał w kwocie 93.594,00 JPY oraz 1.003,67 EUR

1850.     Koneczny Bartosz w kwocie 2.976,50 zł (639,42 CHF)

1851.     Konecki Józef w kwocie 863.763,50 zł

1852.     Koniarz Patryk w kwocie 1.293,06 zł

1853.     Konieczna Magdalena w kwocie 10.000,00 USD

1854.     Konojacka Paulina w kwocie 20.000,00 EUR (84.800,00 zł)

1855.     Konopka Daniel w kwocie 1.745,96 zł (400,00 EUR)

1856.     Kopczyńska Izabella w kwocie 46.044,14 zł

1857.     Kopczyk Bartłomiej w kwocie 5.170,00 zł oraz 1.320,00 EUR

1858.     Kopicka Weronika w kwocie 1.300,00 zł (302,82 EUR)

1859.     Kopacki Patryk w kwocie 2.096,57 zł

1860.     Kopacz Krzysztof w kwocie 2.587,00 GBP oraz 5.100,00 zł

1861.     Kopaniewska Janina w kwocie 710.000,00 zł (178.318,45 USD)

1862.     Koprek Marcin w kwocie 2.178,80 EUR oraz 3.444,58 zł

1863.     Koprowska Agata w kwocie 8.910,16 EUR

1864.     Kopytyński Krzysztof w kwocie 10.611,10 zł

1865.     Kornacki Sebastian w kwocie 600,00 EUR

1866.     Korpyta Irena w kwocie 3.000,00 EUR

1867.     Kortas Andrzej w kwocie 10.000,00 zł

1868.     Kowalik Piotr w kwocie 1.000,00 EUR

1869.     Kowalik Marcin (Czernikowo) w kwocie 2.516,00 EUR (10.803,96 zł)

1870.     Kowalik Marcin (Szczecin) w kwocie 3.650,91 zł

1871.     Kowalik Mariusz w kwocie 1.744,76 zł (400,00 EUR)

1872.     Krawczyk – Bielecka Dagmara w kwocie 7.958,88 zł (1.840,65 EUR)

1873.     Krupka Sebastian w kwocie 300,00 EUR (1.281,90 zł)

1874. Krupkowska-Ziętkiewicz Jolanta w kwocie 6.000,00 zł (1.389,98 EUR)

1875. Kruk Tomasz w kwocie 1.071,49 EUR (1001,84 CHF)

1876. Kruk Paweł w kwocie 48.653,20 zł

1877. Kruk Maciej w kwocie 7.136,91 zł (1.529,00 CHF)

1878. Kruk Marek w kwocie 201.620,00 zł (50.000,00 USD)

1879. Krukowski Marcin w kwocie 499,07 GBP

1880. Krysiak Dominika w kwocie 7.000,00 EUR

1881. Kryszpin Patrycja w kwocie 639,00 CHF (2.950,00 zł)

1882. Kubera Maciej w kwocie 10.009,75 USD, 21.378,10 zł, 325,67 EUR

1883. Kubik Aneta w kwocie 1.178,00 EUR

1884. Kubik Mariusz w kwocie 5.250,00 EUR

1885. Kubiak Wojciech w kwocie 2.585,88 zł

1886. Kubiak Daniel w kwocie 12.506,61 zł (2.900,00 EUR)

1887. Kubiak Michał w kwocie 41.252,47 EUR oraz 85.988,83 USD

1888. Kucharczyk Marcin w kwocie 5.300 EUR

1889. Kudła Krzysztof w kwocie 13.500,00 EUR oraz 2.019,00 zł

1890. Kupidura Kamil w kwocie 30.139,30 zł (7.000,00 EUR)

1891. Kupka Sebastian w kwocie 300,00 EUR (1.281,90 zł)

1892. Kuprianowicz Andrzej w kwocie 40.855,00 zł oraz 4.729,00 EUR

1893. Kupść Kajetan w kwocie 7.000,00 zł

1894. Kurkowicz Maksymilian w kwocie 696,00 EUR

1895. Kurkierewicz Łukasz w kwocie 4.500,00 EUR (19.424,70 zł)

1896. Kowalczyk Jarosław w kwocie 14.259,78 zł (3.328,38 EUR)

1897. Kurowska – Billaud Anna w kwocie 9.146,25 EUR (39.238,33 zł)

1898. Kurowski Wojciech w kwocie 6.437,15 USD oraz 132,25 zł

1899. Kuśmierczyk Piotr w kwocie 35.000,00 zł

1900. Kulinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

1901. Kuta Łukasz w kwocie 1.770,71 zł (410,00 EUR)

1902. Kuta Kamila w kwocie 70.000,00 SEK

1903. Lachowski Robert w kwocie 46.313,45 EUR

1904. Lebiedziński Marek w kwocie 2.988,58 USD

1905. Lenart Małgorzata Joanna w kwocie 500,00 EUR

1906. Lenart Georg w kwocie 600,94 EUR (2.574,85 zł) oraz 4.351,29 zł

1907. Lewandowski Krzysztof w kwocie 900,00 EUR

1908. Lewandowski Przemysław w kwocie 560,00 GBP (2.886,07 zł)

1909. Lewandowski Robert w kwocie 1.500,00 EUR (6.480,90 zł)

1910. Lewandowski Mariusz w kwocie 6.006,78 zł

1911. Lewandowski Paweł i Lewandowska Marta w kwocie 10.721,51 EUR

1912. Lewandowska Barbara w kwocie 2.000,00 USD (8.005,00 zł)

1913. Litke Rafał w kwocie 1.468,59 EUR

1914. Litwin Łukasz w kwocie 2.550,10 zł (551,35 CHF)

1915. Litwiński Łukasz w kwocie 3.501,30 zł oraz 168,50 EUR

1916. Pietrzyk Lucyna w kwocie 15.000,00 zł (3.469,49 EUR)

1917. Łapaj Grzegorz w kwocie 1.700,00 EUR

1918. Łozińska Emilia w kwocie 10.000,00 EUR

1919. Łobejko Mariusz w kwocie 6.500,00 zł (1.1490,96 EUR)

1920. Łukaszewski Maciej w kwocie 4.000,00 zł (925,09 EUR)

1921. Żelazny Bartosz w kwocie 2.500,00 EUR (10.690,25 zł)

1922. Mach Aleksandra w kwocie 5.000,00 EUR

1923. Machnacka Danuta w kwocie 4.500,00 zł (971,88 CHF)

1924. Machnik Katarzyna w kwocie 11.800,00 GBP (60.469,10 zł)

1925. Machoń Marcel w kwocie 1.068,00 EUR (4.630,63 zł)

1926. Machelski Michał/Machelska Aneta w kwocie 19.836,00 zł (5.000,00 USD)

1927. MACHEJ HOLDING sp. z o.o. w kwocie 14.432,06 zł (3.343,14 EUR)

1928. Maciak Małgorzata w kwocie 46.169,90 zł

1929. Maciantowicz Agnieszka w kwocie 258,71 CHF

1930. Maciaś Waldemar w kwocie 30.000,00 USD

1931. Maciejewska Justyna w kwocie 2.000,00 EUR (8.572,80 zł)

1932. Macoch Marcin w kwocie 2.583,74 zł, 827,28 USD, 1.525,09 EUR

1933. Maksimowska Anna w kwocie 39.500,00 USD (161.025,70 zł)

1934. Maksymiuk Iwona w kwocie 30.201,20 zł (7.000,00 EUR)

1935. Makowski Jakub w kwocie 1.528,91 EUR

1936. Makowski Łukasz (P:88012711437) w kwocie 750,00 EUR

1937. Makowski Lukas (Lubeck DE) w kwocie 6.224,70 EUR

1938. Makowski Mateusz w kwocie 41.616,00 zł oraz 10.394,23 GBP

1939. Małgorzata Skowronek w kwocie 1.292,49 zł (300,00 EUR)

1940.    Mamzerowski Maciej w kwocie 1.043,89 EUR

1941.    Manowiec Piotr w kwocie 4.000,00 GBP (20.616,20 zł)

1942.    Mania Jakub w kwocie 300,00 EUR (1.290,57 zł)

1943.    Margiel Mateusz w kwocie 54.040,44 zł

1944.    Młynarczyk Mateusz p Chabre IT Services Sp. z o. o. w kwocie 40.000,00 EUR (172.004,00 zł)

1945.    Nosal Patryk w kwocie 245.387,70 zł

1946.    Nosal Wiesław w kwocie 19.000,00 zł

1947.    Nosal Jakub w kwocie 2.406,25 zł (520,00 CHF)

1948.    Abramczyk Marcin w kwocie 17.887,80 zł (4.153,00 EUR)

1949.    Kościelniak Marcin w kwocie 1.000,00 EUR

1950.    Kościak Stanisław w kwocie 88.000,00 zł (20.191,36 EUR)

1951.    Kiciński Michał w kwocie 1.000,00 EUR oraz 94.600,00 zł

1952.    Kicior Hieronim w kwocie 17.284,80 zł (4.000,00 EUR)

1953.    Kosciuk Anna w kwocie 2.744,00 zł

1954.    Jagusiak Mariusz w kwocie 1.801,62 EUR

1955.    Jagałła Sławomir w kwocie 3.474,84 zł (800,00 EUR)

1956.    Jagoda Roman w kwocie 2.000,00 USD (7.974,00 zł)

1957.    Miczka Martin w kwocie 34.131,29 EUR

1958.    Migacz Maciej w kwocie 4.000,00 EUR (17.112,40 zł)

1959.    Migodziński Wojciech w kwocie 195,33 EUR

1960.    Migdalski Kamil w kwocie 2.000,00 EUR

1961.    Mikołajczak Bartłomiej w kwocie 500,00 EUR

1962.    Mikołajewski Leszek w kwocie 2.168,85 zł (500,00 EUR)

1963.    Mikulski Marek w kwocie 2.189,05 zł (500,00 EUR)

1964.    Misterska Katarzyna w kwocie 1.000,00 EUR

1965.    Morzycka Karolina w kwocie 3.336,00 EUR

1966.    Moryl Joanna w kwocie 9.981,00 USD

1967.    Mróz Piotr w kwocie 25.000,00 USD (22.787,50 EUR)

1968.    Mróz Karol w kwocie 4.000,00 zł

1969.    Mrówka Rafał w kwocie 10.840,50 zł (2.500,00 EUR)

1970.    Nawrot Ewelina w kwocie 550,00 EUR

1971.    Nawracała Tomasz w kwocie 1.485,79 zł



1972. Nawotny Marcin w kwocie 1.500,00 EUR (6.409,35 zł)

1973. Nęcka Tomasz w kwocie 9.932,39 EUR

1974. Nędza Sabina w kwocie 7.000,92 zł

1975. Nowak Paweł w kwocie 23.456,46 zł (5.432,00 EUR)

1976. Nowak Grzegorz w kwocie 115.111,89 EUR

1977. Nowak Cezary w kwocie 5.000,00 EUR (21.529,00 zł)

1978. Nowak Michał w kwocie 14.000,00 zł

1979. Nowacki Paweł w kwocie 652,91 EUR

1980. Nowacki Tomasz w kwocie 47.842,94 zł

1981. Nowacki Dariusz w kwocie 1.618,05 USD

1982. Nowara Roman w kwocie 4.598,83 EUR oraz 1.728,54 zł

1983. Gładysz Radosław w kwocie 6.233,23 EUR

1984. Gospodarstwo Rolne Roman Nowak w kwocie 30.000,00 EUR

1985. Gospodarstwo Rolne Sebastian Hoekstra w kwocie 426.980,00 zł (100.000,00 EUR)

1986. Gostomski Czesław w kwocie 3.000,00 EUR oraz 5.362,00 USD

1987. Chicken King Family Sp. z o.o./Bojarowski Łaukasz  w kwocie 6.000,00 zł (1.390,40 EUR)

1988. MS PILOT SP. Z O.O./Szczepański Marcin w kwocie 1.000,00 EUR (4.244,20 zł)

1989. Odnosumov Mykola w kwocie 8.256,99 USD (33.360,72 zł)

1990. Odrzywołek Iwona w kwocie 3.028,97 zł

1991. Ogulewicz Marek w kwocie 6.000,00 zł (1.398,04 EUR)

1992. Ogrodnik Sylwester w kwocie 11.000,00 NOK (3.936,74 zł)

1993. Ogrodowski Dawid w kwocie 6.900,00 USD (27.064,56 zł)

1994. Okoniewski Krzysztof w kwocie 2.505,25 zł (578,22 EUR)

1995. OKOŃ II Maria Staszewska/Staszewska Maria w kwocie 2.418,70 zł, 462,72 USD, 16,79 EUR, 17,16 CNY oraz 1.075.869,00 JPY

1996. Okulski Grzegorz w kwocie 15.088,51 zł

1997. Okłocka Diana w kwocie 4.346,10 zł

1998. Okurowska Elżbieta w kwocie 37.000,00 EUR

1999. Olchawska Klaudia w kwocie 4.010,00 zł

2000. Olczak Aleksandra w kwocie 2.000,00 EUR

2001. Olszak Adrian w kwocie 30.000,00 DKK

2002. Olszewski Tomasz w kwocie 2.310,31 zł (535,65 EUR)

2003. Olszewski Marcin w kwocie 5.170,00 EUR

2004. Olszewski Dariusz w kwocie 7.894,89 zł

2005. Oyunkhuu Damian Yadam w kwocie 15.532,00 USD

2006. Pirart Paulina w kwocie 8.621,20 zł (2.000,00 EUR)

2007. Pawlak Przemysław w kwocie 3.000,00 EUR

2008. Robak Adam w kwocie 1.267,00 EUR (5.417,79 zł)

2009. Romanowska Jolanta w kwocie 3.584,20 zł (770,00 CHF)

2010. Romanowski Łukasz w kwocie 7.795,08 zł

2011. Romaniec Michał w kwocie 1.909,88 zł (414,13 CHF)

2012. Rokicki Jarosław w kwocie 100,00 EUR (427,69 zł)

2013. Rokita Anna w kwocie 5.096,96 EUR

2014. Roszak Robert w kwocie 42,32 zł oraz 1.924,12 EUR

2015. Rosiak Roman w kwocie 1.600,87 EUR (6.840,52 zł) oraz 70,00 EUR

2016. Rose Romuald w kwocie 1.200,00 EUR (5.080,08 zł)

2017. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz w kwocie 2.500,00 EUR (10.808,25 zł)

2018. PBDiO Kanbruk sp. z o.o. w kwocie 30.000,00 EUR

2019. Panel Sandwich Sp. z o.o./Emilian Strączewski w kwocie 150.000,00 EUR (652.290,00 zł)

2020. Pankau Maciej w kwocie 10.000,00 CHF

2021. Piskorz Andrzej w kwocie 15.000,00 zł (3.439,34 EUR)

2022. Piskorz Paweł w kwocie 49.288,00 zł

2023. Pilarek Włodzimierz w kwocie 134.272,40 zł

2024. Pilarski Dawid w kwocie 3.755,10 USD (15.050,82 zł)

2025. Pilniak Barbara/Pilniak Ireneusz w kwocie 14.195,00 zł

2026. Pilch Katarzyna w kwocie 2.000,00 EUR (8.556,60 zł)

2027. POLYATLAS sp. z o.o. w kwocie 467.996,40 zł (107.326,88 EUR)

2028. Polsko – Portugalska Izba Gospodarcza w kwocie 30.000,00 EUR (128.598,00 zł)

2029. Potocka Renata w kwocie 1.200,00 zł (274,68 EUR)

2030. Powroźnik Mikołaj w kwocie 1.700,00 EUR



2031. Pręcikowski Paweł w kwocie 2.800,00 EUR

2032. Pstrowski Marek w kwocie 2.616,77 zł (560,00 CHF)

2033. Puchała Aneta i Puchała Ireneusz w kwocie 23.229,88 EUR

2034. Puchalski Janusz w kwocie 160,28 EUR

2035. Puchłowska Paulina w kwocie 107.938,16 zł

2036. Puczka Dominik w kwocie 15.070,77 zł oraz 12,20 EUR

2037. Pudełko Adam w kwocie 42.877,00 zł

2038. Pyza Michał w kwocie 10.000,00 EUR (43.276,00 zł)

2039. Radwan Ewelina i Radwan Grzegorz w kwocie 6.220,00 EUR

2040. Rapior Michał w kwocie 2.146,00 EUR (9.224,80 zł)

2041. Premium Store sp. z o.o. w kwocie 10.000,00 EUR

2042. Rysiewicz Sławomir w kwocie 1.960,85 EUR

2043. Sadowska Aleksandra w kwocie 2.586,00 zł (600,00 EUR)

2044. Samborska Aneta w kwocie 2.000,00 zł (462,19 EUR)

2045. Schlichting Patrick 3.426,50 EUR (14.687,40 zł)

2046. Schroeder Robert reprezentujący AGA Polish Food Ltd. w kwocie 69.255,15 EUR

2047. Schutzmann Edyta w kwocie 2.500,00 EUR (10.747,00 zł)

2048. Matula Mateusz w kwocie 8.041,87 zł (1.750,00 CHF)

2049. Miś Hubert w kwocie 1.153,14 EUR oraz 6.634,69 NOK

2050. Smyk Kazimierz Antoni w kwocie 7.002,29 EUR

2051. Sobolewski Adam w kwocie 350,00 EUR

2052. SOGBI Sp. z o.o./ Grzegorz Soska w kwocie 2.217,41 zł

2053. Sosnowski Piotr w kwocie 901,00 EUR

2054. Sosnowski Krzysztof 5.400,00 EUR (23.094,18 zł)

2055. Sosiński Tomasz w kwocie 5.000,00 EUR (21.432,50 zł)

2056. Spigarski Patryk w kwocie 1.680,00 EUR (6.491,14 zł)

2057. Stachura Aleksandra w kwocie 200,00 EUR

2058. Stachyra Marcin w kwocie 7.200,00 EUR (30.816,72 zł)

2059. Stanek Katarzyna w kwocie 25.463,93 EUR

2060. Stankowski Tomasz w kwocie 1.500,00 zł (345,96 EUR)

2061. Stańczyk Brunon w kwocie 1.644,32 zł

2062. Stańczyk Grzegorz w kwocie 13.000,00 zł (2.482,33 GBP)

2063.    Stasiak Dominik w kwocie 10.200,00 zł (1.959,01 GBP)

2064.    Stasiewicz-Swinney Agnieszka w kwocie  3.000,00 EUR

2065.    Stasiulewicz Jerzy w kwocie 28.825,00 AUD oraz 32.696,49 zł

2066.    Stala Michalina w kwocie 500,00 GBP

2067.    Styliński Rafał w kwocie 7.500,00 EUR

2068.    Suchy Alfons w kwocie  22.500,00 EUR

2069.    Suchodolski Marcin w kwocie 3.900,00 EUR (16.694,73 zł)

2070.    Sypień Wojciech w kwocie  3.020,00 EUR, 3.000,00 CHF

2071.    Sypiański Szymon w kwocie 4.920,84 zł (1.132,53 EUR)

2072.    Sysa Joanna w kwocie 3.208,29 zł (690,00 CHF)

2073.    SYNESTHESIS Robert Wiśniewski w kwocie 106.358,20 zł (26.000,00 USD)

2074.    Sznycer Karolina w kwocie 22.000,00 zł (5.133,74 EUR)

2075.    Szopski Tomasz reprezentujący Fake Bake Polska  w kwocie  17.221,60 zł
(4.000,00 EUR)

2076.    Szopa Magdalena w kwocie 601,44 CHF (630,69 EUR)

2077.    Szymański Krystian w kwocie 1.000,00 EUR

2078.    Szymczak Agnieszka w kwocie  8.00,00 EUR

2079.    Szymczyk Piotr w kwocie 150.000,00 zł

2080.    Śmieja Krzysztof w kwocie  7.900,00 EUR

2081.    Ściskała Karina w kwocie 300.000,00 zł (70.224,72 EUR)

2082.    Taraszkiewicz Andrzej w kwocie  2.000,00 EUR

2083.    Tusiński Daniel w kwocie  518,90 EUR

2084.    Tymrakiewicz Patryk Maciej w kwocie  20.000,00 EUR

2085.    Trybański Mariusz/Teresa w kwocie 16.000,00 zł

2086.    Uler Dorota w kwocie 815,65 EUR

2087.    Urbański Michael w kwocie 21.735,50 zł (5.000,00 EUR)

2088.    Urbański Marek w kwocie 3.280,01 zł (704,00 CHF)

2089.    Urbański Wojciech w kwocie 2.799,03 zł (600,47 CHF)

2090.    Komorowska Jolanta reprezentująca Vivo Jolanta Komorowska w kwocie
700,00 EUR

2091.    Komperda Mateusz Franciszek w kwocie 2.500,00 zł oraz 565,55 EUR

2092.    Kompała Krzysztof w kwocie 13.700,00 zł

2093.    Wiatrowski Dariusz w kwocie 700.000,00 SEK

2094. Wiechnik Przemysław reprezentujący MP BROS LTD w kwocie 8.214,39 EUR, 20.803,40 GBP

2095. Wiecheć Adam w kwocie 700,00 EUR

2096. Wiechowska Anna w kwocie 709,74 USD

2097. Wilczyński Zbigniew w kwocie 1.000,00 EUR

2098. Wilkowska Aneta w kwocie 3.496,72 zł (800,00 EUR)

2099. Wild Willy Sp. z o.o./ Wilczyński Marcin w kwocie 9.782,18 zł (2.265,00 EUR)

2100. Winnicka Justyna w kwocie 2.000,00 EUR (8.626,40 zł)

2101. Wiśniewski Bogdan w kwocie 25.000,00 zł (5.733,55 EUR)

2102. Wiśniewski Łukasz w kwocie 2.904,03 EUR

2103. Wiśniewski Jakub w kwocie 3.738,29 USD (3.537,17 EUR)

2104. Władysław Dubicki w kwocie 6.000,00 EUR

2105. Włodarczyk Mateusz w kwocie 665,00 EUR

2106. Woś Zuzanna w kwocie 32.559,00 CHF oraz 1.000,00 EUR

2107. Woś Beata w kwocie 38.554,08 zł

2108. GAR Trans sp. z o.o./ koczylas Karol w kwocie 4.000,00 EUR (17.342,00 zł)

2109. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna w kwocie 472.481,45

2110. Wójcicki Paweł w kwocie 1.846,97 zł (426,00 EUR)

2111. Wójcik-Michałkowska Natalia w kwocie 2.804,46 EUR

2112. Wójcik Grażyna w kwocie 20.000,00 NOK

2113. Wójcik Mariusz w kwocie 11.154,54 EUR oraz 2.416,62 USD

2114. Wójcik Anna w kwocie 697,77 EUR, 1.340,76 USD, 19.059,61 zł

2115. Wójcik Sylwia w kwocie 4.000,00 EUR (17.368,40 zł)

2116. Wójcik Paweł w kwocie 15.000,00 USD (61.051,50 zł)

2117. Wójcik Tomasz P.P.H.U. EUROPOL w kwocie 65.187,00 zł (15.000,00 EUR)

2118. Wójcik Jacek w kwocie 91,42 EUR

2119. Wójcik Piotr w kwocie 2.571,26 zł

2120. Wójcik – Czech Ewa w kwocie 411,99 EUR

2121. Wójcik Mateusz w kwocie 169.574,99 SEK oraz 3.767,00 zł

2122. Śpiewak Daniel w kwocie 1.241,77 zł

2123. Wrona Sylwia w kwocie 22.498,83 EUR

2124. Wronka Marcin w kwocie 4.353,70 zł (1.000,00 EUR)

2125. Wycisło Kamil w kwocie 19.216,59 EUR

2126. Wzorek Marta w kwocie 1.000,00 EUR (4.333,10 zł)

2127. Wzgarda Łukasz w kwocie 719,34 zł

2128. Zając Zenobia w kwocie w kwocie 13.300,69 EUR

2129. Andrykowska Regina w kwocie 14.000,00 USD

2130. Andryszczak Wojciech w kwocie 76.536,94 zł

2131. Bizon Janusz w kwocie 2.073,58 USD, 2.000,00 EUR (2.157,60 USD)

2132. Bożek Ewelina w kwocie 7.100,00 zł (1.645,54 EUR)

2133. Bożek Agata w kwocie 19.718,82 zł (4.600,00 EUR)

2134. Citko Paweł  kwocie 8.442,96 GBP, 37.084,21 USD

2135. Czech Katarzyna w kwocie 128.194,43 USD

2136. Czechowski Roman w kwocie 1.512,00 EUR , 1.307,63 USD oraz 395,20 GBP

2137. Dudek Jakub w kwocie 4.659,70 USD

2138. Dulski Przemysław w kwocie 7.285,00 USD

2139. Falkiewicz Justyna w kwocie 5.139,32 zł (1.304,00 USD)

2140. Falkiewicz Jarosław/ Falkiewicz Justyna w kwocie 580,00 EUR (2.506,24 zł)

2141. Falkowski Krzysztof w kwocie 1.300,00 GBP

2142. Forma Rafał i Forma Tomasz w kwocie 25.329,92 USD

2143. Fostacz Magdalena w kwocie 3.800,00 zł (881,55 EUR)

2144. Gocek Łukasz w kwocie 16.253,60 zł (4.000,00 USD)

2145. Górka Marcin w kwocie 10.157,47 USD

2146. Izodorczyk Jacek w kwocie 1.776,27 zł (379,82 CHF)

2147. Jabłoński Kamil w kwocie  4.990,00 USD

2148. Jasińska Kinga w kwocie  6.383,82 USD

2149. Jasińska Barbara w kwocie 1.500,00 EUR (6.350,55 zł)

2150. Jasiński Łukasz w kwocie 1.643,17 EUR (7.050,00 zł)

2151. Jasiński Michał w kwocie 12.000,00 EUR (51.044,40 zł)

2152. Jaworska Alina w kwocie  1.450,00 USD

2153. Jaworska Dorota w kwocie 3.402,00 zł

2154. Jochimiak Grzegorz w kwocie 1.250,69 USD

2155. Jonik Tomasz w kwocie   3.700,00 USD

2156. Joskowski Bartłomiej 1.475,00 zł

2157. Kapuściński Giedymin w kwocie 2.430,00 USD (9.493,52 zł)

72

2158. Kapuśniak Damian w kwocie 17.640,04 zł (4.400,00 USD)

2159. Kiełtyka-Michna Monika Anna w kwocie 50.000,00 zł (12.692,92 USD)

2160. Kiełpin Jan w kwocie 18.967,70 zł

2161. Kochan Grzegorz w kwocie 18.200,25 z (4.500,00 USD)

2162. Kochanowski Marcin w kwocie 44.227,85 TRY

2163. Kochańska- Szymczak Marta w kwocie 2.852.389,00 JPY

2164. Koczocik Anna w kwocie 500,00 CHF (2.323,20 zł)

2165. Kozina Anna w kwocie 34.827,03 USD

2166. Koziel Krystian w kwocie 14.000,00 zł (3.226,62 EUR)

2167. Krawczyk Marcin w kwocie 27.000,00 zł (6.740,60 USD)

2168. Krawczyk Aleksandra w kwocie 5.401,00 GBP

2169. Krysiak Grzegorz w kwocie 40.716,00 zł (10.000,00 USD)

2170. Kubicki Kamil w kwocie 7.500,00 zł (1.892,89 USD)

2171. Kubiszewski Szymon w kwocie 1.217,27 CHF

2172. Kula Tomasz w kwocie 5.569,88 EUR

2173. Kula Piotr w kwocie 1.992,88 zł oraz 507,68 USD

2174. Lach Hubert (P: 81090903691) w kwocie 11.581,23 USD

2175. Lach Hubert (P:72041500432) w kwocie 2.673,72 zł (620,18 EUR)

2176. Marek Wacław w kwocie 2.075,63 USD

2177. Waczynska Vaida w kwocie 20.000,00 EUR (85.708,00 zł)

2178. Sachniewicz Mirosław w kwocie 1.085,10 USD

2179. Sajdak Łukasz w kwocie 194,07 USD

2180. Wieloch Justyna w kwocie 3.022,94 USD

2181. Wiesner Marius w kwocie 12.473,20 EUR

2182. Wieszczyk Piotr w kwocie 4.612,01 zł (1.064,00 EUR)

2183. Wieszołek Tomasz w kwocie 3.400,00 EUR oraz 2.167,45 zł

2184. Wierzchowiak Sebastian w kwocie 4.788,27 EUR

2185. Wiewióra Jędrzej w kwocie 500,00 EUR

2186. Wiktor Mucha w kwocie 4.840,30 USD

2187. Wypich Jarosław w kwocie 27.893,97 zł

2188. Wytwer Joanna w kwocie 29.074,32 zł (7.200,00 USD)

2189. Zawada – Biszczad Agnieszka w kwocie 298,00 EUR

2190. Zawadzki Grzegorz w kwocie 19.956,49 USD

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 326 of 523

2191. Zborowski Michał w kwocie 9.049,54 USD

2192. Zemke Aleksander w kwocie 30.936,69 zł (7.819,00 USD)

2193. Zemlik Paweł w kwocie 464,84 EUR

2194. Zielski Sebastian reprezentujący NAMIX Sebastian Zielski w kwocie 287.033,46 zł (72.844,00 USD)

2195. Zielińska Dorota (P: 64062612300) w kwocie 20.178,50 zł (5.000,00 USD)

2196. Zielińska Dorota w kwocie 5.876,16 zł

2197. Kolarz Michał w kwocie 99.328,92 CHF

2198. Kolendo Filip w kwocie 1.726,48 zł (400,00 EUR)

2199. Kolonko Albert w kwocie 2.000,00 EUR

2200. Haba Maciej w kwocie 130,00 CHF

2201. Karda Łukasz w kwocie 4.400,00 zł (1.007,58 EUR)

2202. Kardasz Marek Janusz w kwocie 94.000,00 zł

2203. Buszta Katrzyna w kwocie 615,74 CHF

2204. Sławiński Marcin w kwocie 550,00 CHF

2205. Sławik Tomasz w kwocie 9.000,00 zł (2.098,15 EUR)

2206. Sławiok Patryk w kwocie 10.000,00 zł (2.096,30 USD)

2207. Skwara Michał w kwocie 5.000,00 GBP (26.020,00 zł)

2208. Skwarczyńska Maria w kwocie 39.997,21 EUR (172.220,00 zł)

2209. Wróblewski Krystian w kwocie 698,42 CHF

2210. Wracławek Adrian w kwocie 15.010,00 zł

2211. Wekwejt Aneta w kwocie 41.931,07 zł

2212. Artur Świtała reprezentujący AD-BAU Artur Świtała w kwocie 258.765,00 zł (50.000,00 CHF)

2213. Mil Robert w kwocie 358,82 EUR

2214. Milewski Kamil Krzysztof w kwocie 480,00 CHF

2215. Milewski Łukasz w kwocie 30.136,40 zł

2216. Milewski Arkadiusz w kwocie 2.500,00 EUR (10.667,37 zł)

2217. Krzanicki Daniel w kwocie 5.000,00 EUR (4.149,82 GBP)

2218. Krzanowska Elżbieta w kwocie 4.307,10 zł (1.000,00 EUR)

2219. Weronika Bell w kwocie 4.821,00 GBP

2220. WELDMONT Sp. z o.o./ Krawczyk Kamil w kwocie 41.794,32 zł

2221. Wencel Anna w kwocie 973,59 zł

Case 6:26-mj-02039-DPR    Document-1 LEGAL Filed 05/18/26    Page 327 of 523    EXT-POLO-00523

2222. Wendzonka Katarzyna w kwocie 804,47 EUR

2223. Wetta Agnieszka w kwocie 1.750,00 EUR

2224. Wetzel Łukasz w kwocie 2.973,77 EUR

2225. Malinowski Robert w kwocie 11.970,00 GBP

2226. Malinowski Kamil w kwocie 3.563,80 zł

2227. Maligranda Mariusz w kwocie 869,67 USD (3.524,25 zł) oraz 52.712,36 zł

2228. Malesza – Flak Renata w kwocie 1.634,71 zł (350,00 CHF)

2229. Małkiewicz Tomasz w kwocie 6.503,55 zł

2230. Małkiewicz Paweł w kwocie 27.820,80 zł

2231. Mąka Maria w kwocie 1.847,04 zł (400,00 CHF)

2232. Mąka Przemysław w kwocie 10.090,90 zł

2233. Aleksandrowicz Mirosław w kwocie 428,00 CHF

2234. Baran Jolanta w kwocie 12.146,11 zł

2235. Chmiel Emilia w kwocie 2.304,52 zł (495,00 CHF)

2236. Dorota Keller-Zalewska w kwocie 3.754,53 zł (810,00 CHF)

2237. Dorosz – Olszak Marta w kwocie 1.951,59 zł (420,03 CHF)

2238. Dorenda Jakub w kwocie 8.661,00 zł

2239. Edyta Obłoj-Gąsiorowska w kwocie 3.070,74 zł (670,00 CHF)

2240. Hejnar-Brać Joanna w kwocie 509,10 CHF

2241. Janus Agnieszka w kwocie 1.240,11 CHF

2242. Janus Wioleta w kwocie 1.000,00 EUR (4.238,30 zł)

2243. Janus Łukasz w kwocie 29.740,00 NOK (10.751,01 zł)

2244. Jeliński Mieszko w kwocie 577,23 EUR (539,94 CHF)

2245. Kawka Robert w kwocie 255.315,98 zł (59.312,58 EUR)

2246. Kawa Jakub w kwocie 270,00 EUR

2247. Kawa Karol w kwocie 5.258,13 EUR (5.500,00 USD)

2248. Kawalec Tomasz w kwocie 50.000,95 USD oraz 54.865,90 zł

2249. Kawula Karol w kwocie 5.000,00 CHF (22.970,00 zł)

2250. Kapelańczyk Adrian w kwocie 448,38 zł

2251. Kapelańczyk Michalina w kwocie 4.121,00 USD

2252. Kapica Mariusz w kwocie 2.350,00 zł

2253. Kapica Damian w kwocie 41.571,41 zł

2254. Kaźmierczak Agnieszka w kwocie 1.606,94 zł (345,00 CHF)

2255. Kaźmierczuk Tomasz w kwocie 2.185,97 EUR

2256. Kaźmierski Jacek w kwocie 859,82 zł, 672,54 EUR, 11,90 USD

2257. Kecher Justyna w kwocie 251,54 EUR oraz 2.503,27 zł

2258. Kerner Jarosław w kwocie 301,00 CHF

2259. Kempa Izabela w kwocie 547,79 EUR

2260. Kempa Mirela w kwocie 4.705,47 zł

2261. Kempa Wojciech w kwocie 7.479,85 zł

2262. Kempanowski Radosław w kwocie 8.403,63 zł (1.939,00 EUR)

2263. Kessel Barbara w kwocie 15.097,60 zł

2264. Kędziora Maciej w kwocie 1.387,55 zł (299,81 CHF)

2265. Kędziora Mateusz Norbert w kwocie 21.594,25 DKK (12.490,11 zł)

2266. Kloskowska Anna w kwocie 1.159,93 zł (250,00 CHF)

2267. Kosmal Rafał w kwocie 5.244,02 zł

2268. Kosmala Radosław w kwocie 1.672,56 zł (360,00 CHF)

2269. Kowalski Leszek w kwocie 2.937,51 zł (635,00 CHF)

2270. Kowalski Konrad w kwocie 2.943,36 USD oraz 12.861,90 zł

2271. Kowalski Tomasz w kwocie 45.000,00 EUR (193.023,00 zł)

2272. Kowalski Łukasz w kwocie 12.910,20 zł

2273. Kozłowski Maciej w kwocie 2.165,49 zł (464,00 CHF)

2274. Kozłowska Katarzyna w kwocie 10,02 EUR (1.339,98 zł)

2275. Król Bartłomiej w kwocie 1.577,17 zł (342,00 CHF)

2276. Król Tomasz w kwocie 17.469,76 zł

2277. Królikiewicz Marek w kwocie 500,00 EUR (2.138,25 zł)

2278. Królikowski Zbigniew w kwocie 12.700,00 USD

2279. Lubomski Patryk w kwocie 380,00 CHF

2280. Łoszak Paweł w kwocie 1.808,24 zł (390,00 CHF)

2281. Malik Mariusz w kwocie 2.574,99 zł (560,00 CHF)

2282. Malisz Tomasz w kwocie 10.000,00 USD (40.821,00 zł) oraz 30.000,00 USD

2283. Maliszewski Adam w kwocie 8.700,00 zł (1.672,21 GBP)

2284. Marek Nowotniak w kwocie 4.922,96 zł (1.060,00 CHF)

2285. Marek Michał w kwocie 1.164,51 GBP (6.002,12 zł)

2286. Matuszczyk Michał w kwocie 472,88 CHF

2287. Maślach Mariusz w kwocie 35.000,00 zł



2288. Miałkowski Marek w kwocie 1.199,98 zł (257,06 CHF)

2289. Mikołaj Dulny w kwocie 925,71 zł (201,00 CHF)

2290. Milik Kamil w kwocie 1.697,82 zł

2291. Nawara Diminik 428,70 CHF

2292. Nawra Milena w kwocie 175.000,00 zł (41.015,30 EUR), 200,00 EUR (168,22 GBP), 200,00 EUR (851,68 zł)

2293. Nacewicz Łukasz w kwocie 1.500,00 USD (5.885,40 zł)

2294. Nowak Sebastian w kwocie 1.475,52 zł (320,00 CHF)

2295. Orzeł Katarzyna w kwocie 530,00 CHF

2296. Oset Katarzyna w kwocie 5.732,28 zł (1.232,00 CHF)

2297. Osewski Kamil w kwocie 189.904,00 zł (44.000,00 EUR)

2298. Panek Piotr w kwocie 651,00 CHF

2299. Panek Przemysław w kwocie 434.696,84 zł (91.841,00 zł)

2300. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

2301. Pedrycz Przemysław Henryk w kwocie 3.673,00 zł (791,08 CHF)

2302. Pilis Anna w kwocie 340,15 CHF

2303. Piotrowski Michał w kwocie 4.000,00 EUR (17.347,40 zł)

2304. Piotrowski Przemysław w kwocie 1.000,00 EUR (4.290,10 zł)

2305. Prusakowska Milena w kwocie 1.930,00 USD (7.548,04 zł)

2306. Przybylski Andrzej w kwocie 2.769,78 zł (595,00 CHF)

2307. Przybylski Mateusz (PESEL:90071016631) w kwocie 6.876,35 zł

2308. Przybylski Mateusz (PESEL: 89120601539) w kwocie 12.280,80 USD

2309. Przydacz Sebastian w kwocie 116.082,50 zł

2310. Przygoda- Zielińska Joanna w kwocie 10.018,00 GBP oraz 12.522,00 CHF

2311. Pojazdy Turystyczne Sp. z o.o. / Wojciech Świtalski w kwocie 92.848,70 zł (23.000,00 USD)

2312. Rożybowska-Dwojak Joanna w kwocie 600,00 CHF

2313. Rzepkowski Grzegorz w kwocie 3.344,76 zł (720,00 CHF)

2314. Rzepkowski Jakub w kwocie 113,54 EUR, 565,01 zł, 1.332,65 USD

2315. Siedlikowska Izabela w kwocie 599,60 zł

2316. Siejka Anna w kwocie 9.900,00 USD (38.737,71 zł)

2317. Sikora Mieczysław w kwocie 503,00 CHF

2318. Sikora Grzegorz w kwocie 63.257,73 zł

2319. Sobesto Marcin w kwocie 4.898,53 zł (1.051,30 CHF)

2320. Sobkowiak Jakub w kwocie 5.000,00 USD oraz 46,00 zł

2321. Szczurek Krzysztof w kwocie 2.922,76 zł, (630,00 CHF)

2322. Szczurek Tomasz w kwocie 28.098,58 zł

2323. Szczuka Adam w kwocie 36.226,15 zł oraz 702,16 EUR

2324. Szumański Eryk w kwocie 820,84 GBP, 464,80 EUR, 28.000,00 JPY, 2.000,00 zł

2325. Szumny Beata w kwocie 4.562,92 zł (979,00 CHF)

2326. Szumny Marcin w kwocie 1.000,00 EUR

2327. Szulc Artur w kwocie 13.750,00 EUR

2328. Szulc Paweł w kwocie 14.753,00 EUR (62.543,87 zł)

2329. Szulczyńska – Kaczmarek Marta w kwocie 50.000,00 EUR (215.305,00 zł)

2330. Szufnara Patryk w kwocie 5.000,00 EUR (21.726,00 zł) oraz 8.309,99 zł

2331. Szustakowski Tobiasz w kwocie 3.700,00 GBP (18.919,38 zł)

2332. Szuszko Agnieszka w kwocie 4.500,00 EUR (19.329,55 zł)

2333. Sztuba Grzegorz w kwocie 4.272,00 zł

2334. Szturc Dawid 8.659,00 zł (2.000,00 EUR)

2335. Tatiana Niemczyńska w kwocie 5.388,75 zł (1.159,02 CHF)

2336. Tatur Tomasz w kwocie 8.730,60 zł (2.000,00 EUR)

2337. Trojanek Paulina (zd. Świrydo) w kwocie 1.500,00 zł

2338. Tusiński Daniel w kwocie 495,82 CHF

2339. Wawrzykowska Barbara w kwocie 3.400,00 zł (796,15 EUR)

2340. Wawrzyniak Adam w kwocie 198,00 CHF

2341. Wawryn Konrad w kwocie 110.132,45 EUR

2342. Węglarski Marek w kwocie 2.347,41 zł (543,37 EUR)

2343. Waksmundzki Franciszek w kwocie 4.342,00 zł

2344. Witczak Tomasz w kwocie 8.554,00 zł

2345. Witek Maciej w kwocie 45.860,85 zł (10.500,00 EUR)

2346. Witkiewicz Dominik w kwocie 960,96 CHF

2347. Witkowski Jarosław w kwocie 2.524,68 zł (541,30 CHF)

2348. Witkowski Stanisław w kwocie 750,61 CHF

2349. Witakowski Jarosław w kwocie 20.532,05 zł

2350. Witański Bartłomiej w kwocie 4.000,00 EUR (17.207,20 zł)

2351. Witt Nikodem w kwocie 1.081,49 zł

2352. Wolniewicz Joanna w kwocie 3.493,43 zł (750,00 CHF)

2353. Wolniewicz- Wrabiec Justyna w kwocie 1.200,00 EUR (5.213,28 zł)

2354. Wolnik Agnieszka w kwocie 975,58 zł

2355. Wolny Roksana w kwocie 1.000,00 EUR (4.302,20)

2356. Woszczyna Marcin w kwocie 1.758,56 zł (380,00 CHF)

2357. Wrzoł Adam w kwocie 2.000,00 zł (459,58 EUR)

2358. Wrzosek Paweł w kwocie 303,00 CHF

2359. Wrzesiński Dominik w kwocie 2.453,57 zł (527,32 CHF)

2360. Zimakowska Dorota w kwocie 350,00 CHF

2361. Zimnowoda Tomasz w kwocie 1.186,60 zł

2362. Zimoń Ewa w kwocie 4.872,79 zł (1.046,00 CHF)

2363. Zubrzycki Aleksander w kwocie 7.203,75 zł

2364. Uchal Jarosław w kwocie 3.823,82 zł (820,00 CHF)

2365. Uliński Henryk w kwocie 50.000,00 zł

2366. Uziębło Magdalena w kwocie 5.816,20 zł

2367. Korn Adrian w kwocie 2.254.861,27 NOK

2368. Szacowny Roman w kwocie 2.000,00 GBP (10.240,20 zł)

2369. Szadach Andrzej w kwocie 99.452,52 NOK

2370. Szafrańska - Sagan Joanna w kwocie 2.454,93 EUR (10.500,00 zł)

2371. Szarabajko Dominik w kwocie 36,27 zł

2372. Szarejko Robert Jan w kwocie 10.000,00 EUR (43.529,00 zł)

2373. Szarek Anna w kwocie 3.430,00 zł

2374. Szarek Dariusz w kwocie 2.618,70 zł (656,17 USD) oraz 611,22 zł (1.676,42 SEK)

2375. Szawajewski Bartłomiej w kwocie 1.746,00 EUR (7.544,82 zł)

2376. Szawurski Marcin w kwocie 41.051,52 zł

2377. Szymański Karol (P:92032509659)w kwocie 14.134,00 zł

2378. Szymański Karol (Wejcherowo)w kwocie 14.133,60 zł (39.000,00 NOK)

2379. Ruta Łukasz reprezentujący RUTEX Łukasz Ruta w kwocie 608.052,74 NOK

2380. Kasperek Jacek w kwocie 46.250,00 NOK

2381. Płodowski Krzysztof w kwocie 103.140,08 SEK

2382. Płocki Marek w kwocie 1.480,86 zł

2383.  Posłowski Grzegorz w kwocie 182,63 CHF oraz 10,00 zł

2384.  Pospiszy Andrzej w kwocie 40.000,00 GBP (206.912,00 zł)

2385.  Posyłek – Głębocka Aneta w kwocie 910,37 EUR

2386.  Szwaba Piotr w kwocie 28.183,91 SEK

2387.  Szwach Maciej w kwocie 16.459,42 USD

2388.  Szwaj Bartłomiej w kwocie 4.089,22 zł (881,05 CHF)

2389.  Zwoliński Paweł w kwocie 39.463,32 EUR

2390.  Wąsik Kamil w kwocie 2.347,72 EUR oraz 2.579,75 zł

2391.  Wąsikowski Maciej w kwocie 173.359,60 zł (459.367,72 SEK)

2392.  Wąsowski Andrzej w kwocie 1.000,00 EUR

2393.  Wąsowicz Małgorzata w kwocie 931,00 EUR oraz 600,00 USD

2394.  Voityuk Galyna w kwocie 15.000,00 zł oraz 46,81 USD

2395.  VEGA Wojciech Porowski w kwocie 943,18 zł oraz 1.250,00 EUR

2396.  Velno.pl Kamil Bolek w kwocie 200.000,00 zł (50.996,99 USD)


co stanowi w odniesieniu do wymienionych powyżej klientów łączną kwotę:

- 46.667.076,50 PLN,

- 8.676.980,77 EUR (euro) - po przeliczeniu po najniższym kursie wymiany 1EUR – 36.863.285,10 PLN,

- 4.151.471,98 USD (dolar amerykański) - po przeliczeniu po najniższym kursie wymiany 1USD – 16.020.530,37 PLN,

- 661.340,18 CHF (frank szwajcarski) - po przeliczeniu po najniższym kursie wymiany 1CHF – 2.981.718,34PLN,

- 5.374.651,65 NOK (korona norweska) – po przeliczeniu po najniższym kursie wymiany 1NOK – 1.936.486,99 PLN,

- 1.148.189,92GBP (funt szterling) - po przeliczeniu po najniższym kursie wymiany 1GBP – 5.829.589,86 PLN,

- 1.912.921,28 SEK (korona szwedzka) - po przeliczeniu po najniższym kursie wymiany 1SEK – 705.485,37PLN,

- 23.910.521,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie wymiany 1JPY – 621.099,69 PLN,

- 109.594,25 DKK (korona duńska) - po przeliczeniu po najniższym kursie wymiany 1DKK- 62.402,97 PLN,

- 218.992,50 CZK (korona czeska) – po przeliczeniu po najniższym kursie wymiany 1CZK – 36.834,54 PLN,

- 753.548,78 TRY (lira turecka) – po przeliczeniu po najniższym kursie wymiany 1TRY – 84.096,04 PLN,

- 28.825,00 AUD (dolar australijski) – po przeliczeniu po najniższym kursie wymiany 1AUD – 75.475,38 PLN,

- 79.238,75 CAD (dolar kanadyjski) – po przeliczeniu po najniższym kursie wymiany 1CAD – 223.651,37 PLN,

- 838,77 NZD (dolar nowozelandzki) – po przeliczeniu po najniższym kursie wymiany 1NZD – 1.981,59 PLN,

- 17,16 CNY (juan chiński renminbi) – po przeliczeniu po najniższym kursie wymiany 1CNY – 09,00 PLN,

- 120,00 RUB (rubel rosyjski) – po przeliczeniu po najniższym kursie wymiany 1RUB – 03,60 PLN,

**to jest o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. w zw. z art. 65 § 1 k.k.**

II.     w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., wspólnie i w porozumieniu z Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z korzyści związanych z popełnieniem czynu zabronionego, polegającego na doprowadzeniu klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia

umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiłyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

- w dniu 7 października 2024 roku, kwoty 200.000 zł, z rachunku Cinkciarz.pl. sp. z o.o. o nr 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

- w dniu 7 października 2024 roku, łącznej kwoty 241.000 USD, z rachunku Cinkciarz. pl. sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w dniach 11 i 16 października 2024 roku, łącznej kwoty 401.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi

klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w okresie od 1 do 25 października 2024 roku, łącznej kwoty 610.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding sp. z o.o. o nr 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/160801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych tytułem umowy pożyczki nr K/G/161201/004

- w dniu 28 października 2024 roku, kwoty 80.000,00 EUR, z rachunku Cinkciarz.pl. sp. z o.o. o nr 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 28 listopada 2024 roku, kwoty 185.000 EUR, z rachunku Conotoxia sp. z o.o. o nr 11 1140 1850 0000 2307 7000 1022 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004 tytułem umowy pożyczki, po czym z tego rachunku na rachunek Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 5 grudnia 2024 roku, kwoty w łącznej wysokości 420.000 zł, z rachunku Conotoxia sp. z o.o. o nr 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki,

- w dniu 5 grudnia 2024 roku, kwoty 300.000 USD, z rachunku Conotoxia sp. z o.o. o nr 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o nr 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 zł, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z art. 299 § 1 i 6 k.k. w zw. z art. 306b § 1 k.k. w zw. z art. 12 § 1 k.k.**

**Prokurator Prokuratury Regionalnej**
**Sylwia Fabiś**

Treść postanowienia ogłoszono mi w dniu ........................................... oraz pouczono o prawie żądania – do czasu zawiadomienia mnie o terminie końcowego zaznajomienia z materiałami śledztwa – podania ustnych podstaw zarzutu(ów), a także sporządzenia uzasadnienia postanowienia na piśmie (art. 313 § 3 k.p.k.).

W związku z tym zgłaszam – nie zgłaszam* takie(go) żądanie(a)

........................................
(podpis podejrzanego)

Postanowienie z uzasadnieniem doręczono:

- podejrzanemu* dnia ...........................

- jego obrońcy* dnia ...........................

Uzasadnienie znajduje się na karcie ................ akt sprawy.

........................................
(podpis prokuratora)

**Zarządzenie:**

Na podstawie art. 21 § 2 k.p.k. o wszczęciu postępowania przeciwko wymienionemu podejrzanemu zawiadomić ...................................................................................................

# WYCIĄG Z OBOWIĄZUJĄCYCH PRZEPISÓW
## KODEKSU KARNEGO

**Artykuł 12.**

**Paragraf 1.** Dwa lub więcej zachowań, podjętych w krótkich odstępach czasu w wykonaniu z góry powziętego zamiaru, uważa się za jeden czyn zabroniony; jeżeli przedmiotem zamachu jest dobro osobiste, warunkiem uznania wielości zachowań za jeden czyn zabroniony jest tożsamość pokrzywdzonego.

**Artykuł 65.**

**Paragraf 1.** Przepisy dotyczące wymiaru kary, środków karnych oraz środków związanych z poddaniem sprawcy próbie, przewidziane wobec sprawcy określonego w artykule 64 paragraf 2, stosuje się także do sprawcy, który z popełnienia przestępstwa uczynił sobie stałe źródło dochodu lub popełnia przestępstwo działając w zorganizowanej grupie albo związku mających na celu popełnienie przestępstwa oraz wobec sprawcy przestępstwa o charakterze terrorystycznym.

**Artykuł 101.**

**Paragraf 1.** Karalność przestępstwa ustaje, jeżeli od czasu jego popełnienia upłynęło lat:

1) 40 - gdy czyn stanowi zbrodnię zabójstwa;

2) 20 - gdy czyn stanowi inną zbrodnię;

2a) 15 - gdy czyn stanowi występek zagrożony karą pozbawienia wolności przekraczającą 5 lat;

3) 10 - gdy czyn stanowi występek zagrożony karą pozbawienia wolności przekraczającą 3 lata;

4) 5 - gdy chodzi o pozostałe występki;

5) (uchylony).

1

Case 6:26-mj-02039-DPR   Document 1-1 EGAL Filed 05/18/26   Page 338 of 523

**Artykuł 102.**

**Paragraf 1.** Jeżeli w okresie, o którym mowa w artykule 101, wszczęto postępowanie, karalność przestępstw określonych w artykule 101 paragraf 1 ustaje z upływem 10 lat, a w pozostałych wypadkach - z upływem 5 lat od zakończenia tego okresu.

**Artykuł 284.**

**Paragraf 1.** Kto przywłaszcza sobie cudzą rzecz ruchomą lub prawo majątkowe, podlega karze pozbawienia wolności do lat 3.

**Artykuł 286.**

**Paragraf 1.** Kto, w celu osiągnięcia korzyści majątkowej, doprowadza inną osobę do niekorzystnego rozporządzenia własnym lub cudzym mieniem za pomocą wprowadzenia jej w błąd albo wyzyskania błędu lub niezdolności do należytego pojmowania przedsiębranego działania, podlega karze pozbawienia wolności od 6 miesięcy do lat 8.

**Artykuł 294.**

**Paragraf 4.** Kto dopuszcza się przestępstwa określonego w artykule 278 paragraf 1, 1a, 2, 3a lub 5, artykule 279 paragraf 1, artykule 280, artykule 281, artykule 282, artykule 284 paragraf 1 lub 2, artykule 285 paragraf 1, artykule 286 paragraf 1 lub 2, artykule 287 paragraf 1, artykule 288 paragraf 1 lub 3, artykule 290 paragraf 1 lub w artykule 291 paragraf 1, w stosunku do mienia o wartości większej niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, podlega karze pozbawienia wolności od lat 5 do 25.

**Artykuł 296.**

**Paragraf 1.** Kto, będąc obowiązany na podstawie przepisu ustawy, decyzji właściwego organu lub umowy do zajmowania się sprawami majątkowymi lub działalnością gospodarczą osoby fizycznej, prawnej albo jednostki organizacyjnej niemającej osobowości prawnej, przez nadużycie udzielonych mu uprawnień lub niedopełnienie ciążącego na nim obowiązku, wyrządza jej znaczną szkodę majątkową, podlega karze pozbawienia wolności od 3 miesięcy do lat 5.

2

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 339 of 523

**Paragraf 2.** Jeżeli sprawca przestępstwa określonego w paragrafie 1 lub 1a działa w celu osiągnięcia korzyści majątkowej, podlega karze pozbawienia wolności od 6 miesięcy do lat 8.

**Artykuł 299.**

**Paragraf 1.** Kto środki płatnicze, instrumenty finansowe, papiery wartościowe, wartości dewizowe, prawa majątkowe lub inne mienie ruchome lub nieruchomości, pochodzące z korzyści związanych z popełnieniem czynu zabronionego, przyjmuje, posiada, używa, przekazuje lub wywozi za granicę, ukrywa, dokonuje ich transferu lub konwersji, pomaga do przenoszenia ich własności lub posiadania albo podejmuje inne czynności, które mogą udaremnić lub znacznie utrudnić stwierdzenie ich przestępnego pochodzenia lub miejsca umieszczenia, ich wykrycie, zajęcie albo orzeczenie przepadku, podlega karze pozbawienia wolności od 6 miesięcy do lat 8.

**Paragraf 5.** Jeżeli sprawca dopuszcza się czynu określonego w paragrafie 1 lub 2, działając w porozumieniu z innymi osobami, podlega karze pozbawienia wolności od roku do lat 10.

**Paragraf 6.** Karze określonej w paragrafie 5 podlega sprawca, jeżeli dopuszczając się czynu określonego w paragrafie 1 lub 2, osiąga znaczną korzyść majątkową.

**Artykuł 306b.**

**Paragraf 1.** Kto dopuszcza się przestępstwa określonego w artykule 296 paragraf 1 lub 2, artykule 296a paragraf 1 lub 4, artykule 299 paragraf 1, 2, 5 lub 6 lub w artykule 303 paragraf 1, w stosunku do mienia o wartości większej niż pięciokrotność kwoty określającej mienie wielkiej wartości lub powodując szkodę w rozmiarach odpowiadających takiej wartości, podlega karze pozbawienia wolności od lat 3 do 20.

za zgodność

Zastępca
Prokuratora Regionalnego
w Poznaniu

Adrian Lewandowski

3

Case 6:26-mj-02039-DPR     Document-1 LEGAL Filed 05/18/26     Page 340 of 523     EXT-PIORO-00840

# WYCIĄG  Z OBOWIĄZUJĄCYCH PRZEPISÓW

## USTAWY O RACHUNKOWOŚCI

**Artykuł 77.**

**Punkt 1.** Kto wbrew przepisom ustawy dopuszcza do:

1) nieprowadzenia ksiąg rachunkowych, prowadzenia ich wbrew przepisom ustawy lub podawania w tych księgach nierzetelnych danych,

- podlega grzywnie albo karze pozbawienia wolności do lat 2, albo obu tym karom łącznie.

# WYCIĄG  Z OBOWIĄZUJĄCYCH PRZEPISÓW

## USTAWY O USŁUGACH PŁANTNICZYCH

**Artykuł 152.**

**Ustęp 1.** Kto, będąc odpowiedzialnym w instytucji płatniczej, małej instytucji płatniczej, biurze usług płatniczych, instytucji pieniądza elektronicznego lub oddziale zagranicznej instytucji pieniądza elektronicznego za przekazywanie informacji Komisji Nadzoru Finansowego, podaje informacje niezgodne ze stanem faktycznym albo w inny sposób wprowadza w błąd ten organ, podlega grzywnie do 1 000 000 zł albo karze pozbawienia wolności do lat 2, albo obu tym karom łącznie.



za zgodność

Zastępca
Prokuratora Regionalnego
w Poznaniu

Adrian Lewandowski

4



REPUBLIC OF POLAND
NATIONAL PROSECUTOR'S OFFICE
**BUREAU OF INTERNATIONAL COOPERATION**
3 Postępu Street, 02-676 Warsaw
e-mail: sekretariat.pk.bwm@prokuratura.gov.pl
fax: + 48 22 125-14-22

Warsaw, 4/11/2025

**URGENT**
Our Ref. No.: 1001-5.Oz.1406.2025 CK
Your Ref. No.: 95-100-32761 – extradition of MARCIN PIÓRO

**U.S. Department of Justice**
**Office of International Affairs**
**Criminal Division**
**1301 New York Avenue, N.W.**
**WASHINGTON D.C. 20530**
**U.S.A**

By post and e-mail: Christine.Yurechko@usdoj.gov
Dominique.Sparks@usdoj.gov

With reference to our previous correspondence concerning the request for extradition of Marcin Pióro, Ref. No. 2007-2.Ds.21.2024, issued by the Regional Prosecutor in Poznań - and especially as a response to your e-mail of 1 October 2025 – enclosed please find the decision on presenting charges, dated 5 March 2025 and the decision to supplement the charges, dated 30 May 2025, along with an English translation thereof.

The documents have been duly authorized by the Polish Ministry of Justice.



Sincerely yours,

Director of Bureau
of International Cooperation

Mirosław Jerzy Iwanicki

Cc:
1. Regional Prosecutor in Poznań, 2007-2.Ds.21.2024
2. Eurojust Polish Desk, ID 91824
   pawel.wasik@eurojust.europa.eu, CollegePL@eurojust.europa.eu,

*Translator's notes in italics.*

*Footers of all pages of the document include a round, official stamp with the national emblem of the Republic of Poland in the centre, and the following circumscription:* Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań *2*

[*National emblem of the Republic of Poland*]
**PROKURATURA REGIONALNA**
*[REGIONAL PROSECUTOR'S OFFICE]* **IN POZNAŃ**
2nd Division of Financial and Fiscal Crimes
61-736 Poznań, ul. Solna 10
phone: 61 885 2900

**reference number 2007-2.Ds.21.2024**

<u>**DECISION**</u>
**to present charges**

Poznań, 5 March 2025

Sylwia Fabiś – prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań, taking into account the data gathered in the course of investigation 2007-2.Ds.21.2024 regarding a prohibited act under Article 286 § 1 of the Criminal Code in conjunction with Article 294 § 4 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code and others
- pursuant to Article 313 § 1 and 2 of the Code of Criminal Procedure

**decided to:**

present the following charges to <u>Marcin Pióro</u>:
I. in the period from at least 2020 until 19 December 2024, in Zielona Góra and other locations throughout Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit, making the commission of crimes a regular source of income, as the president of the management board of the companies: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o., and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia sp. z o.o., acting jointly and in agreement with Robert Górny, who until 22 October 2024 was a member of the management board of Cinkciarz.pl sp. z o.o., in the period from 29 November 2020 to 22 October 2024 the president of the management board of Conotoxia sp. z o.o., and from 22 October 2024 an independent proxy of the indicated company, led customers of Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. to disadvantageously dispose of their property in the total amount of at least **PLN 49,335,682.67**, constituting a value greater than ten times the amount defining property of great value, by misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl sp. z o.o., resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl sp. z o.o. through online currency exchange and from payment services offered by Conotoxia sp. z o.o., to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, as a result of which, among others, the following persons were harmed:
1. Abramczuk Paweł in the amount of PLN 1,969.00, USD 1,000.00, EUR 1,000, CHF 162.12
2. Kluczyński Paweł and Małgorzata Kluczyńska acting on behalf of Airpotic sp. z o.o. in the amount of EUR 100,000.00 (PLN 431,050.00)
3. Andrzej Chmielewski in the amount of PLN 16,500.00, JPY 1,252,260.00, NOK 61,550.70
4. Anioła-Hemmaty Karolina in the amount of PLN 42,304.23

5. Apacki Szymon in the amount of PLN 836.34, EUR 5,120.46, USD 3,701.87, CHF 3,142.52
6. Augustynowicz Sebastian in the amount of PLN 83,670.83, EUR 1,978.01
7. Balcerzak Agnieszka in the amount of PLN 45,026.61
8. Banach Olga in the amount of PLN 47,757.12
9. Banaś Mariusz in the amount of EUR 15,000.00 (PLN 64,080.00)
10. Bandyk Jacek in the amount of EUR 1,000.00, (PLN 4,302.10)
11. Baran Tomasz in the amount of CHF 42.82, to obtain PLN 201.04 and PLN 334.00
12. Barnaś Piotr in the amount of EUR 7,000.00, to obtain PLN 30,003.40
13. Banas Magdalena in the amount of CHF 10,000.00 (PLN 45,500.00)
14. Bartosiak Jacek in the amount of PLN 2,315.71
15. Baryłko Grzegorz in the amount of EUR 700.00 (PLN 3,000.20)
16. Bąk Dariusz in the amount of PLN 218,427.00
17. Bąk Karol in the amount of PLN 427.59
18. Bednarski Rafał in the amount of PLN 38,521.80
19. Berkowska Marta in the amount of PLN 767.70 and GBP 200 (PLN 1,027.02) – total PLN 1,794.72
20. Bernacki Andrzej in the amount of NOK 100,356.12 (PLN 35,857.24)
21. Białowąs Sebastian in the amount of PLN 13,375.23 (PLN 58,003.02)
22. Bielak Mirosław in the amount of EUR 387.00 (PLN 1,674.01) and PLN 3,200.00 – total PLN 4,874.01
23. Bielawa Roman in the amount of DKK 13,000.00 (PLN 7,551.70)
24. Blaszczyk Piotr in the amount of EUR 322.88 and PLN 10,045.64
25. Błażewski Tomasz in the amount of PLN 49,185.92
26. Bochnak Joanna acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 30,000.00 (PLN 129,327.00)
27. Bochnak Marek acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 40,000.00 (PLN 172,628.00)
28. Bochniarz Joanna acting on behalf of Centrum Innowacyjnej Edukacji in the amount of EUR 10,000.00 (PLN 42,798.00)
29. Boczarski Rafał in the amount of NOK 23,000.00 (PLN 8,358.20)
30. Bojczuk Adriana in the amount of PLN 173,328.00
31. Bombik Anna in the amount of PLN 700.00
32. Berezowski Marcin acting on behalf of Real-Construct sp. z o.o. in the amount of EUR 12,000.00 (PLN 51,300.00)
33. Borowski Rafał in the amount of PLN 15,299.51
34. Borys Magdalena in the amount of EUR 1,740.00 (PLN 7,441.98)
35. Brancewicz Michał in the amount of EUR 7,000.00 (PLN 30,002.70)
36. Bryk Jakub in the amount of USD 50,000.00 (PLN 200,435.00)
37. Budek-Janek Beata in the amount of PLN 2,504.84
38. Budzyński Piotr in the amount of PLN 11,783.03
39. Byczyński Jacek in the amount of PLN 9,068.69
40. Byrska Wiktoria in the amount of PLN 2,160.19
41. Ceglarska Magdalena in the amount of PLN 31,102.80
42. Chmielnicka Marta in the amount of EUR 1,852.00 (PLN 7,874.15)
43. Chmielowiec Jacek in the amount of USD 10,000.00 (PLN 39,176.00)
44. Chochorowski Piotr in the amount of PLN 74,326.83 and GBP 40,000.00
45. Chwała Artur in the amount of PLN 1,750.00
46. Chyłek Aneta Sylwia in the amount of PLN 8,668.07
47. Cichoń Michał in the amount of PLN 6,223.91 and EUR 2,211.55
48. Cichorski Michał EUR 1,500.00 (PLN 6,461.25)
49. Ciesielski Michał in the amount of EUR 10,000.00 (PLN 43,404.00)
50. Ciesielski Michał (74100404552) in the amount of PLN 2,000.00 (EUR 463.90)
51. Ciesielski Daniel in the amount of USD 5,000.00 (PLN 19,878.50)
52. Cupak Adrian in the amount of USD 2,000.00 (PLN 7,803.40)
53. Cylwik Andrzej in the amount of USD 12,000.00 (PLN 46,826.40)
54. Czapla Ewelina in the amount of USD 5,000.00 (PLN 20,465.00)
55. Czarczyński Maciej in the amount of PLN 950.36
56. Czekierda Piotr in the amount of PLN 5,518.00 and EUR 700.00



57. Czernicki Jan in the amount of PLN 24,101.03
58. Czerwiński Łukasz in the amount of PLN 4,335.10
59. Czestkowska Marta in the amount of PLN 8,578.30
60. Czopik Marcin acting on behalf of IAPS sp. z o.o. in the amount of EUR 60,000.00 (PLN 259,128.00),
61. Maria Szymańska – Graca acting on behalf of MARYTEX Sp. z o.o. in the amount of EUR 7,200.00
62. Damaskinos Kamila in the amount of PLN 49,336.30
63. Daniluk Roman in the amount of PLN 870.13, EUR 918.89 and USD 3,582.19
64. Dargacz Piotr in the amount of PLN 52,735.27
65. Dargiewicz Janusz in the amount of EUR 50,000.00 (PLN 215,205.00)
66. Dąbek Jacek in the amount of PLN 26,320.90
67. Dąbkowski Damian in the amount of PLN 23,706.32
68. Dąbrowska Urszula in the amount of PLN 11,829.49 and USD 2,000.00
69. Dąbrowska-Wyra Daria and Dąbrowski Łukasz in the amount of EUR 1,850 (PLN 7,907.03)
70. Dąbrowski Kazimierz in the amount of EUR 39,500.00 (PLN 170,057.30)
71. Diduszko Mateusz in the amount of PLN 40,110.00
72. APF POLSKA Sp. z o.o./Karpowicz Agnieszka in the amount of PLN 566,417.28
73. Długosz Arkadiusz in the amount of PLN 42,881.28
74. Domaszewicz Ewa in the amount of PLN 3,646.84
75. Domejko Krzysztof in the amount of PLN 8,172.19
76. Domoradzka Monika in the amount of EUR 3,138.02 (PLN 13,512.94)
77. Musiał Kamil representing Doradztwo Gruntowe Kamil Musiał in the amount of EUR 15,019.00 (PLN 63,751.15), EUR 199.00 and USD 269.43 (EUR 245.52)
78. Dovhanych Volodymyr in the amount of EUR 35,174.00 (PLN 138,093.12)
79. Draczyński Michał in the amount of PLN 7,211.27 and USD 1,148.55
80. Drescher Edyta in the amount of EUR 8,050.00 (PLN 34,463.66)
81. Drużbiński Paweł in the amount of PLN 4,324.10
82. Włodzimierz Rogowski acting on behalf of AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA in the amount of EUR 2,500.00 (PLN 10,808.25)
83. Dubrawska Sylwia and Dubrawski Kamil in the amount of EUR 10,000.00 (PLN 43,025.00)
84. Dudek Mariusz in the amount of PLN 10,000.00
85. Dydo Tomasz in the amount of PLN 758.06
86. Dziamski Piotr in the amount of USD 4,072.42 (PLN 16,000.00)
87. Dzioba Anna in the amount of EUR 7,300.00 (PLN 31,262.25)
88. Żyrkowski Daniel acting on behalf of EKOROL in the amount of EUR 53,000.00 (PLN 229,961.70)
89. Eksztein Paweł in the amount of PLN 8,645.60
90. Fanty Dawid in the amount of EUR 2,300.00 (PLN 9,943.59)
91. Fedorczyk Bogusław in the amount of PLN 6,368.28
92. Flkiewitz- Bulatecka Dorota acting on behalf of ASG Technik in the amount of EUR 1,844.98 (PLN 7,929.45)
93. Francuz Krzysztof in the amount of PLN 10,238.40
94. Frankiewicz Gabriela in the amount of EUR 4,000.00 (PLN 509.10)
95. Fredko Magdalena in the amount of EUR 2,000.00 (PLN 8,584.20)
96. Gałązka Andrzej in the amount of EUR 3,480.00 (PLN 14,907.28)
97. GAR Trans sp. z o.o. in the amount of EUR 4,000.00 (PLN 17,342.00)
98. Garbacz Grzegorz in the amount of PLN 53,854.67
99. Garwoliński Konrad PLN 200.57 and EUR 1,420.32
100. Gastropol Łukasz Targowski sp.k in the amount of EUR 25,000.00 (PLN 107,027.70)
101. Gawłowski Rafał in the amount of PLN 13,058.58
102. Gąsiorowski Marcin in the amount of PLN 20,000.00
103. Geliński Bartosz in the amount of NOK 22,500.00 (PLN 8,273.25)
104. Gentelman Tomasz in the amount of PLN 437,095.00
105. Gidyński Łukasz acting on behalf of LUXOFT in the amount of EUR 6,144.00 (PLN 26,418.59)
106. Gierak Mariusz in the amount of EUR 7,300.00 (PLN 31,257.46)
107. Gil Daniel in the amount of PLN 5,116.30
108. Gils Gabriel in the amount of EUR 1,500.00 (PLN 6,406.11)
109. Głowacki Marcin in the amount of EUR 1,200.00 (PLN 5,139.12)

110. Gnaciński Krzysztof in the amount of EUR 4,600.00 (PLN 19,948.82)
111. Gnielka Łukasz Bartłomiej PLN 12,734.40
112. Golonka Gabriela in the amount of EUR 4,000.00 (PLN 17,298.40) and EUR 3,000.00
113. Gołąb Karol in the amount of PLN 22,877.77, EUR 1,081.73 and USD 2,055.84
114. Gołąb Michał in the amount of EUR 1,075.90 (PLN 4,655.20)
115. Goncerzewicz Robert in the amount of GBP 40,000.00 (PLN 206,056.00)
116. Gorczyńska Edyta in the amount of EUR 510.01 (PLN 2,210.43)
117. Górski Marcin in the amount of PLN 9,867.65
118. Więckiewicz Grażyna in the amount of EUR 10,000.00 (PLN 43,043.00)
119. Grochowski Roman in the amount of USD 10,000.00 (PLN 38,610.00)
120. Gromek Monika in the amount of USD 25,000.00 (PLN 98,040.00)
121. Grybel Tomasz in the amount of PLN 7,900.00
122. Grzywaczyk Zbigniew in the amount of PLN 75,000.00
123. Gulbierz Tomasz in the amount of PLN 9,819.50, EUR 900.00 and USD 10,000.00
124. Gunia-Krzyżak Agnieszka in the amount of EUR 200.00 (PLN 862.66)
125. Gwiżdż Damian acting on behalf of Górka-Trans Szczyrek, Gwiżdż Sp. J. in the amount of PLN 35,868.34
126. Gwiżdż Sebastian in the amount of EUR 1,000 (PLN 4,296.80)
127. Hachuła Piotr in the amount of EUR 6,599.07 (PLN 28,233.48)
128. Hajduczenia Dariusz in the amount of EUR 2,844.00 (PLN 12,232.90)
129. Harkabuzik Mateusz in the amount of EUR 1,000.00 (PLN 4,287.00)
130. Hawro Konrad in the amount of USD 6,000.00 (PLN 23,793.60) and EUR 15,500.00 (PLN 66,712.00) – total PLN 90,505.60
131. Hawryl-Adamczyk Katarzyna and Adamczyk Bartosz in the amount of PLN 29,037.80 and CHF 9,000.00
132. Hełbowicz Aleksander in the amount of EUR 2,500.00 (PLN 10,742.50)
133. Holuta Marcin in the amount of PLN 4,300.00
134. Kordecki Mateusz in the amount of PLN 4,302.17
135. Hryniewicz Marek in the amount of EUR 46,800.05 (PLN 200,000.00)
136. Hudyka – Grzesik Ewelina in the amount of PLN 4,314.00
12.1. Idziaszek Weronika in the amount of EUR 2,000.00 (PLN 8,527.00)
138. Igielski Adam in the amount of USD 25,595.00 (PLN 101,537.92)
139. Zięba Bogumił representing Inovatica AGV sp. z o.o. in the amount of EUR 15,653.11 (PLN 67,000.00), USD 42,560.00
140. Iwanicki Andrzej in the amount of PLN 39,950.00
141. Iwanucha – Blumberg Lidia in the amount of PLN 2,154.05
142. Iachowski Dariusz in the amount of EUR 400.00 (PLN 1,718.72)
143. Jakubczak Jarosław in the amount of NOK 40,000.00 (PLN 14,592.00)
144. Janeczek Robert in the amount of PLN 175,959.03
145. Janik Patryk in the amount of PLN 30,000.00 and EUR 3,000.00
146. Jankowski Mateusz in the amount of USD 3,000.00 (PLN 11,892.40)
147. Jankowski Rafał in the amount of EUR 3,000.00 (PLN 12,908.40)
148. cVest sp. z o.o. in the amount of EUR 4,760.00 (PLN 20,487.99)
149. Janowski Mirosław in the amount of PLN 4,375.00
150. Januszek Maciej in the amount of EUR 62,966.01 (PLN 270,980.52)
151. Jarek Arkadiusz in the amount of EUR 6,200.00 (PLN 26,897.46)
152. Jasina Jarosław in the amount of PLN 90,267.90
153. Jasiok Dawid in the amount of EUR 7,500.00 (PLN 32,112.75)
154. Jaworski Łukasz in the amount of EUR 19,091.69 (PLN 82,185.91)
155. Jedliński Marcin in the amount of PLN 12,863.45
156. Jeremin Robert in the amount of PLN 6,000.00
157. Jewsiewiecki Bartosz in the amount of EUR 1,700.00 (PLN 7,279.17)
12.1. Jędrzejek Sebastian in the amount of EUR 4,000.00 (PLN 17,162.40)
159. Jucha Piotr in the amount of PLN 6,943.76
160. Juchlke Jarosław in the amount of PLN 11,568.60
161. Junkert Hubert in the amount of PLN 4,294.00
162. Jus Anna in the amount of EUR 3,000.00 (PLN 12,985.50)
163. Juszkiewicz Arkadiusz in the amount of EUR 20,987.28 (PLN 89,934.69)



164. Kachel Marek in the amount of CHF 4,363.21 (PLN 20,226.53)
165. Kacprzak Tomasz in the amount of USD 43,300.00 (PLN 168,818.04)
166. Kaługa Henryk in the amount of PLN 910.04
167. Kamiński Andrzej in the amount of EUR 2,000.00 (PLN 8,640.00)
168. Kania Piotr in the amount of EUR 2,215.00 (PLN 9,553.96)
169. Kanonik Piotr in the amount of EUR 1,500.00 (PLN 6,430.05)
170. Karlińska Justyna in the amount of EUR 950.00 (PLN 4,079.78)
171. Karolewicz Karol in the amount of PLN 55,456.20
172. Karpowicz Agata in the amount of PLN 21,366.80 and EUR 5,000.00
173. APF POLSKA sp. z o.o. in the amount of PLN 566,417.28
174. Kazanowski Tomasz in the amount of EUR 200.00 (PLN 860.04)
175. Kaznowski Michał in the amount of PLN 9,000.00
176. Kiełtyka Piotr in the amount of PLN 16,044.95
177. Kita Elżbieta in the amount of PLN 49,340.75
178. Klepacka Beata in the amount of EUR 11,649.04 (PLN 50,000.00)
179. Knapczyk Sławomir in the amount of PLN 3,962.71
180. Kobryn – Bodanka Urszula in the amount of EUR 1,000.00 (PLN 4,299.50)
181. Kocik Marzena in the amount of PLN 2,140.80
182. Kołodziej Bartosz in the amount of PLN 45,133.48
183. Kołodziej Zbigniew in the amount of CHF 17,173.29 (PLN 77,448.00)
184. Sopala Konrad in the amount of EUR 9,500.00 (PLN 40,801.55)
185. Koperczuk Damian in the amount of EUR 1,600.00 (PLN 6,888.00)
186. Koperczuk Renata in the amount of EUR 2,850.00 (PLN 12,270.68)
187. Kordaczuk Sławomir in the amount of CHF 586.67 (PLN 2,734.70)
188. Korotkiewicz Adrian in the amount of PLN 17,114.20
189. Korpal Piotr in the amount of EUR 35,818.00 (PLN 154,336.49)
190. Korytowska Małgorzata in the amount of CZK 26,000 (PLN 4,306.31)
191. Korzec-Frejowska Magdalena in the amount of PLN 11,217.00, SEK 40,000.00 (PLN 16,003.00) – total PLN 27,220.00
192. WGS Polska sp. z o.o. in the amount of SEK 30,000.00 (PLN 11,277.00)
193. Korzeniewska Barbara in the amount of PLN 130,367.22
194. Kosakiewicz Michal in the amount of EUR 250.00 (PLN 1,071.90)
195. Kosior Paweł in the amount of PLN 7,653.14, USD 32,521.15 and EUR 3,726.28
196. Kossakowski Janusz in the amount of EUR 6,948.81
197. Kotula Grzegorz in the amount of EUR 1,900.00 (PLN 8,156.70)
198. Kowalczyk Sylwia in the amount of USD 12,950.00 (PLN 53,326.80)
199. Kowalewska-Hope Anna in the amount of GBP 200.00 (PLN 1,024.96)
200. Kowalska Magdalena in the amount of EUR 1,500.00 (PLN 6,480.45)
201. Kowalski Paweł in the amount of EUR 90,000.00 (PLN 385,903.99)
202. Koźlik Adrian in the amount of PLN 4,726.47
203. Krajewski Bogdan in the amount of PLN 42,800.00
204. Krajza Mariusz in the amount of EUR 1,000.00
205. Krawczyk Rafał Mirosław in the amount of EUR 5,000.00 (PLN 21,429.00)
206. Kreczko Dariusz in the amount of PLN 14,019.16 and EUR 23,432.23
207. Kremplewski Mariusz in the amount of USD 5,000.00 (PLN 19,797.00)
208. Krogul Mieczysław in the amount of PLN 32,000.00
209. Król-Dębek Marta in the amount of PLN 202,016.80 and EUR 303.32
210. Kruczek Jacek in the amount of PLN 21,663.60
211. Krupa Mariusz in the amount of PLN 2,500.01 and EUR 748.15
212. Krzysztoszek Marta in the amount of USD 4,867.60 (PLN 20,000.00)
213. Krzywańska Patrycja (Stołowska) in the amount of EUR 23,439.00 (PLN 100,808.80)
214. Krzyżanowski Dawid in the amount of EUR 1,875.00 (PLN 8,014.69)
215. Krzyżowski Krzysztof in the amount of NOK 30,000.00 (PLN 10,827.00)
216. Kuc Wiesław in the amount of EUR 60,000.00 (PLN 25,833.60)
217. Kucharski Artur in the amount of EUR 1,666.00 (PLN 7,136.64)
218. Kuczyński Piotr in the amount of PLN 15,414.30

219. Kujawiak Marian in the amount of EUR 490.00 (PLN 2,126.40)
220. Kukuła Michał in the amount of USD 45,000.00 (PLN 179,095.50)
221. Kulewicz Piotr in the amount of PLN 17,170.76
222. Kulikov Vladyslav in the amount of PLN 2,600.00
223. Kura Wojciech in the amount of EUR 11,130.00 (PLN 47,851.21)
224. Kurnik Piotr in the amount of PLN 5,667.93
225. Midas sp. z o.o. in the amount of EUR 6,086.22 (PLN 26,351.51)
226. Kwaśniewska Katarzyna in the amount of EUR 2,150.00 (PLN 9,195.55)
227. Kwiatek Kamil in the amount of PLN 1,758.98
228. Lach Katarzyna in the amount of CHF 17,430.99 (PLN 80,254.00)
229. Lachiewicz Czesław in the amount of PLN 7,944.00 and EUR 21,887.00
230. Natalia Langa LAN-WOOD HOUSE spółka z o.o in the amount of EUR 60,000.00 (PLN 258,000.00)
231. Lech Mirosław in the amount of CHF 1,800.00 (PLN 8,190.18)
232. Legierska Daria in the amount of PLN 2,600.00, EUR 6,000.00 (PLN 25,820.00) and EUR 6,562.00
233. Lepich Marcin in the amount of PLN 2,478.00 and USD 11,220.23
234. Leśniak Wojciech in the amount of PLN 42,831.24 and EUR 9,990.00
235. Lettly sp. z o.o. Jakub Orłowski in the amount of EUR 90,000.00 (PLN 387,162.00)
236. Lewko Marian in the amount of SEK 55,000.00 (PLN 20,641.50)
237. Linkiewicz Mateusz in the amount of PLN 4,284.60
238. Lipecka Anna in the amount of PLN 200.00 and CHF 1,911.13
239. Lisiecki Piotr in the amount of PLN 42,117.17
240. Lisowski Michał in the amount of PLN 12,910.50
241. Liwak – Marzec Katarzyna in the amount of PLN 2,582.88
242. Lubojański Łukasz in the amount of PLN 12,731.43
243. Skrok Lucjan in the amount of EUR 15,000.00 (PLN 64,662.00)
244. Lach Maciej in the amount of PLN 22,799.00
245. Łazewski Bartosz in the amount of PLN 30,000.00
246. Abble Lątka Sławomir in the amount of EUR 57,000.00 (PLN 246,148.00)
247. Łukasik Aneta in the amount of PLN 8,588.40 and EUR 2,000.00
248. Maćko Sebastian in the amount of USD 3,277.13 (PLN 12,845.27)
249. Madejski Tomasz in the amount of EUR 537.74 (PLN 2,324.54)
250. Magnuszewski Łukasz in the amount of PLN 24,353.31
251. Maj Krzysztof in the amount of GBP 10,000.00 (PLN 51,456.00)
252. Majgier Aron in the amount of PLN 19,671.50
253. Majorek Michał in the amount of EUR 1,000.00 (PLN 4,294.10)
254. Malatyński Jacek in the amount of USD 3,965.00 (PLN 15,769.99)
255. Malinowska-Pacuła Hanna in the amount of PLN 14,439.21
256. Małek Aleksandra in the amount of EUR 1,520.00 (PLN 6,504.57)
257. Rogowska Marcelina in the amount of EUR 3,200.00 (PLN 13,730.04)
258. Masalski Paweł in the amount of PLN 10,000.00 and EUR 320.00
259. Matelska Weronika in the amount of CHF 10,000.00 (PLN 45,840.00)
260. Matkowski Paweł in the amount of EUR 700.00 (PLN 3,003.70)
261. Matuszelański Dariusz in the amount of PLN 110,866.71
262. Matyjaszczyk Sonia in the amount of PLN 4,283.08
263. Maziarek Artur in the amount of PLN 9,500
264. Maziarz Monika in the amount of EUR 1,320.00 (PLN 5,643.53)
265. Mazur Dariusz in the amount of PLN 5,077.94
266. Medyński Paweł in the amount of PLN 1,756.13 and CHF 401.67
267. Mentel Marcin in the amount of EUR 300.00 (PLN 1,287.09)
268. Michnik Artur in the amount of PLN 3,567.46 and CHF 470.95
269. Miecznik Magdalena in the amount of CHF 6,700.00 (PLN 30,556.02)
270. MILLGRAND sp. z o.o. in the amount of PLN 472,481.45
271. Mielcarek Adam in the amount of NOK 1,083,436.48 (PLN 408,347.21) and SEK 154,290.97 (PLN 58,970.01) – total PLN 467,317.22
272. Miklewska Klaudyna in the amount of EUR 1,500.00 (PLN 6,426.30) – to determine if there were 2 identical transactions

273. Misiukanis Jarosław in the amount of EUR 5,000.00 (PLN 21,650.00)
274. Moczydłowski Andrzej in the amount of EUR 2,000.00 (PLN 8,600.00)
275. Mommers Irena in the amount of EUR 5,000.00 (PLN 21,396.00)
276. Oryl Monika in the amount of PLN 192,814.80
277. Morawiak Borys in the amount of EUR 1,700.00 (PLN 7,313.06)
278. Mroczkowski Paweł in the amount of PLN 8,909.91
279. Mulawa Emil in the amount of PLN 6,584.04
280. Murawski Piotr in the amount of PLN 66,000.00
281. Musielak-Ulaszewska Agnieszka in the amount of CHF 70,737.94 (PLN 324,927.65)
282. Muszyc Marcin in the amount of PLN 1,811.16, USD 3,300.00, EUR 1,900.00
283. Myśliwa Anna in the amount of PLN 41,180.60
284. Myśliwiec Isabella in the amount of PLN 52,682.36
285. Napora Łukasz in the amount of PLN 61,009.51, USD 7,000.00
286. Narejko Rafał in the amount of EUR 10,000 (PLN 42,817.50) and PLN 4,000 – total PLN 46,817.50
287. Nawrocka Natalia in the amount of PLN 4,283.60
288. Timex Logistics spółka z ograniczoną odpowiedzialnością represented by Nessel Joanna in the amount of PLN 38,746.80
289. Niedzielski Rafał in the amount of EUR 253.92 (PLN 1,086.30)
290. Niemiec Tomasz in the amount of PLN 5,315.00, EUR 29.86
291. Niestój Anna in the amount of PLN 5,642.29
292. Nikiel Józef in the amount of GBP 1,500.00 (PLN 7,650.70)
293. Niklas Monika in the amount of PLN 6,461.80
294. Niklewicz Nikodem in the amount of PLN 560.00, EUR 1,320.73
295. Nolka-Wiśniewski Karol in the amount of EUR 150 (PLN 641.37)
296. Nowak Kamil in the amount of PLN 6,415.65
297. PCG ACADEMIA sp. z o.o. represented by Nowak Łukasz in the amount of CHF 101,600.00 (PLN 468,564.09)
298. Nowicka Anna in the amount of PLN 1,499.56
299. Nowryta Dariusz in the amount of PLN 5,138.00
300. Nyklarz Przemysław in the amount of PLN 1,130.63 and EUR 11.45
301. Olender Paulina in the amount of PLN 51,264.00
302. Opanowicz Ariel PLN 11,031.00
303. Orłowicz-Grzymkowska Katarzyna in the amount of EUR 16,991.35 (PLN 73,117.18)
304. Osowski Maciej in the amount of PLN 5,687.55
305. Osowski Rafał in the amount of EUR 8,000.00 (PLN 34,412.80)
306. Ostap Krzysztof in the amount of EUR 3,000.00 (PLN 12,904.80)
307. Ostrowski Oskar in the amount of PLN 15,405.90
308. Owczarek Daniel in the amount of PLN 30,035.60
309. Pabiasz Bartłomiej in the amount of EUR 3,884.75 (PLN 16,833.50)
310. Paczoski Krystian Jakub in the amount of PLN 8,568.60
311. Pajączkowski Emilian in the amount of PLN 7,351.36
312. PPH ELEGANT MAN Sp. J./Pakuła Dariusz represented by Pakuła Dariusz in the amount of PLN 85,902.00
313. Paluch Filip in the amount of PLN 17,090.40, EUR 1,300.00
314. Panas Anna in the amount of PLN 1,170.67
315. Paradyż Krzysztof in the amount of PLN 5,163.84
316. Parfjanowicz Tomasz in the amount of USD 32,000.00 (PLN 128,355.20)
317. Paszkiewicz Adam in the amount of EUR 1,393.94 (PLN 5,961.18)
318. Pawelska Hanna Maria in the amount of PLN 3,804.29
319. Pawlak Marlena in the amount of PLN 141,075.21
320. Paziak Artur in the amount of PLN 4,236.78
321. Perzanowski Dariusz in the amount of EUR 8,000.00 (PLN 34,436.80)
322. Piasecki Krzysztof in the amount of CHF 3,000.00 (PLN 13,727.79)
323. Pieczonka Grzegorz in the amount of PLN 85,998.00, EUR 1,800.00
324. Pietrzak Tomasz in the amount of USD 7,525.32 (PLN 29,809.00)
325. Piękoś Adrian Marcin in the amount of PLN 3,034.78



326. Pisarczyk-Łyczywek Lucyna in the amount of PLN 43,684.16
327. Piwnik Barbara in the amount of PLN 8,915.34
328. Bogdan Łukaszewicz representing PLANTAGO in the amount of PLN 3,463.23
329. Płaczek Damian in the amount of PLN 26,510.05, EUR 21,680.13
330. Pławecka Katarzyna in the amount of PLN 908.50
331. Pociask Michał in the amount of NOK 6,300.37 (PLN 2,281.36)
332. Podsiadło Przemysław and Kowal Radosław in the amount of EUR 70,000.00 (PLN 300,741.00)
333. Pogorzelski Paweł in the amount of USD 22,790.00 (PLN 89,298.06)
334. Popek Magdalena in the amount of PLN 15,421.67
335. Poteralski Artur in the amount of EUR 7,380.00 (PLN 32,066.10)
336. Potyrała Paweł in the amount of PLN 395,290.53
337. Przeperski Krzysztof in the amount of PLN 16,993.90
338. Przybylski Marcin in the amount of PLN 1,794.32, USD 31, CHF 313
339. Ptak Dawid representing ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD in the amount of PLN 686,160.00
340. Puacz Aleksandra and Puacz Piotr in the amount of PLN 216,380.00
341. Puławski Mateusz in the amount of PLN 75,960.00
342. Usługi Transportowe Mateusz Puławski sp. z o.o. represented by Puławski Mateusz in the amount of EUR 40,000.00 (PLN 172,160.00)
343. Pyka Marcin in the amount of EUR 14,000.00 (PLN 60,165.00)
344. Radziejewska-Kaplon Bożena in the amount of PLN 16,803.49
345. Rajchel Paweł in the amount of EUR 1,900.00 (PLN 8,148.53)
346. Rajtor-Szot Elżbieta in the amount of PLN 8,574.80
347. Rasała Marek in the amount of PLN 196,315.00
348. Rawska-Kąca Anna in the amount of PLN 17,230.14
349. Rębacz Daniel in the amount of EUR 409.39 (PLN 1,749.57)
350. Rogalewski Rafał in the amount of DKK 35,000.00 (PLN 20,111.00)
351. Rogowski Marek in the amount of PLN 1,838.63
352. Rogoża Jadwiga in the amount of PLN 7,959.81
353. Rozdolski Eryk in the amount of PLN 14,927.50
354. Rozmiarek Mariusz in the amount of EUR 51,000.00 (PLN 218,361.60)
355. Premium Storę Sp. z o.o./Ratajczyk Izabela in the amount of PLN 43,564.00 (EUR 10,000.00)
356. Rumiński Marcin in the amount of PLN 10,715.97
357. Ruszaj Jarosław in the amount of PLN 83.26, CHF 327.13
358. Rutkowska Katarzyna in the amount of EUR 350.00 (PLN 1,493.59), PLN 7,404.83
359. Rybarczyk Szymon in the amount of PLN 13,352.27
360. Rybka Jolanta in the amount of PLN 28,108.77
361. Rzepecki Aleksander in the amount of USD 15,000.00 (PLN 60,105.00)
362. Sabina Pipa in the amount of PLN 429,340.00
363. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz in the amount of PLN 128,220.00 (EUR 30,000.00)
364. Sadza Wiktoria in the amount of PLN 45.36, GBP 360.48, EUR 20.15, USD 741.00
365. Sajdak Łukasz in the amount of PLN 33,470.09
366. Salawa Lucyna in the amount of NOK 27,155.29 (PLN 9,982.28)
367. Sąsiadek Michał in the amount of PLN 2,133.85
368. Sentsiuk Tetiana in the amount of PLN 37,137.01
369. Nowik Sergiusz in the amount of PLN 9,116.20, EUR 5,100.00
370. Sieńko Michał in the amount of PLN 9,224.33
371. Sikorski Michał in the amount of PLN 51,705.00
372. Siwko Ewa in the amount of PLN 1,070.22
373. Siwowski Wojciech in the amount of PLN 563,260.00
374. Skoczylas Kamil in the amount of PLN 4,279.80
375. Skrzypek Andrzej in the amount of USD 2,250.00 (PLN 8,949.83)
376. Słomkowski Michał in the amount of PLN 12,878.07
377. Słowik Łukasz in the amount of PLN 19,368.50
378. Smarzynska Kamila in the amount of EUR 5,000.00 (PLN 21,503.50)
379. Smith Martyna in the amount of PLN 30,041.20



380. Smolarczyk Marcin and Smolarczyk Zofia in the amount of EUR 5,000.00 (PLN 21,403.00)
381. Smutek Lucyna in the amount of PLN 9,218.80
382. Sobanda Czesław in the amount of PLN 5,202.00, GBP 9,975.00
383. Sobieszak Marcin in the amount of PLN 4,330.70
384. Sobolewska Magdalena and Marek Sobolewski in the amount of USD 17,376.87 (EUR 15,700.00), USD 136.22 (PLN 530.24)
385. Sokołowska Karolina in the amount of PLN 11,813.72
386. Sokół Walter in the amount of PLN 6,033.44
387. Solarczyk Agnieszka in the amount of PLN 2,100.00
388. Solecki Mateusz in the amount of GBP 5,000.00 (PLN 26,213.00)
389. Sosnowski Robert in the amount of PLN 9,000.00
390. Sowa Rafał in the amount of PLN 36,601.21
391. Srebrowska Urszula in the amount of PLN 5,480.42
392. Stankiewicz Wiesława in the amount of PLN 4,347.50
393. Starkiewicz Michał in the amount of EUR 5,000.00 (PLN 21,525.00)
394. Starosta Marcin in the amount of PLN 9,376.75
395. Stawicki Marek representing STAWICKI MAREK F.H. MM STAWICCY in the amount of PLN 5,000.00
396. Stawowiak Dawid in the amount of PLN 15,412.27, EUR 2,500.00, USD 2,000.00
397. Stefańska Joanna in the amount of PLN 7,888.77
398. Stefański Albert in the amount of PLN 24,420.43
399. Stępień Ryszard in the amount of PLN 130.87, EUR 1,049.09
400. Stępniak Łukasz in the amount of PLN 3,665.20
401. Stoksik Bogumił in the amount of PLN 97,650.37
402. Strączewski Emilian in the amount of PLN 652,290.00
403. Stróżycka Anna in the amount of EUR 1,500.00 (PLN 6,395.85)
404. Struciński Przemysław in the amount of EUR 10,000.00 (PLN 43,405.00)
405. Strzecka – Wilusz Klaudia in the amount of GBP 1,170.00 (PLN 6,107.52)
406. Strzelecki Michał representing MICHUMEDIA Michał Strzelecki in the amount of PLN 7,207.75, EUR 2,826.56
407. Sukiennik Grzegorz in the amount of GBP 500.00 (PLN 2,581.85)
408. Sułek Paulina in the amount of GBP 1,760.00 (PLN 8,992.46)
409. Suszczyński Sławomir in the amount of EUR 1,000.00 (PLN 4,309.20)
410. Szczepański Jakub in the amount of PLN 65,817.93
411. Szczodrowski Patryk in the amount of EUR 11,472.00 (PLN 49,334.19)
412. Szczotka Ireneusz in the amount of PLN 11,217.01, USD 10,918.46
413. Szewczyk Łukasz in the amount of PLN 1,716.45
414. Szkodowski Piotr in the amount of PLN 100,925.66
415. Szlajter Marta in the amount of EUR 400.00 (PLN 1,706.96)
416. Szostak Stanisław in the amount of PLN 21,482.00
417. Szot Emil in the amount of PLN 4,299.00
418. Sztemberg Aneta in the amount of PLN 3,033.80
419. Szymaniec Dariusz in the amount of PLN 6,990.47
420. Szymański Łukasz in the amount of PLN 4,567.97
421. Śmieszek Aneta in the amount of PLN 17,141.20
422. Śpiewak Anna in the amount of PLN 4,232.00
423. Świadek Monika in the amount of PLN 5,008.63
424. Świątkowska Magdalena in the amount of PLN 4,267.56
425. Tamborski Tomasz in the amount of PLN 10,000.00, EUR 423.19
426. Tarkiewicz Lucyna in the amount of EUR 2,000.00 (PLN 8,586.60)
427. Tenscher-Teper Iwona in the amount of PLN 281,543.00
428. Teodorczyk Artur in the amount of USD 45,100.00 (PLN 176,955.98)
429. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j represented by Termanowski Marek in the amount of PLN 56,000.01
430. Tęgi Andrzej in the amount of PLN 5,748.22, EUR 5,106.91
431. Tępczyk Mariusz in the amount of EUR 9,000.00 (PLN 38,522.70)
432. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH represented by Tkocz Oliver in the

amount of PLN 836,298.65

433. Tomasik Joanna in the amount of PLN 43,476.00
434. Tomaszewski Łukasz in the amount of PLN 25,543.04
435. Tomczak Paweł in the amount of EUR 6,500.00 (PLN 27,921.45)
436. Tomczuk Michał in the amount of PLN 20,048.73
437. Trójca Dariusz in the amount of PLN 25,281.18
438. Trzaska Andrzej in the amount of PLN 81,687.20
439. Trzosek Izabela in the amount of EUR 500.00 (PLN 2,147.95)
440. Tuczyński Sławomir in the amount of PLN 5,470.50
441. Tuszyńska Katarzyna in the amount of PLN 5,340.38
442. Tytoń Przemysław in the amount of PLN 215,045.00
443. Urbacka Maria Ewelina in the amount of EUR 4,000.00 (PLN 17,130.40)
444. Urban Shaun Mariusz in the amount of PLN 4,950.00
445. Uznański Krzysztof in the amount of EUR 4,000.00 (PLN 17,215.00)
446. Wałęsa Natalia in the amount of EUR 10,000.00 (PLN 42,955.00)
447. Wański Tomasz in the amount of USD 194.00 (PLN 766.32)
448. Wasilewski Jarosław in the amount of PLN 3,745.00
449. Wasiuta Maciej in the amount of PLN 3,745.31, EUR 200
450. Waszak Radosław in the amount of PLN 7,232.94
451. Waszczak Cezary in the amount of EUR 4,398.13 (PLN 19,068.53)
452. Wawrzyniak Piotr in the amount of PLN 2,988.00
453. Wątor-Spyrka Magdalena in the amount of PLN 4,140.00
454. Wesołowski Tomasz representing PPHU TOMARK in the amount of PLN 260,148.00
455. Wiąckiewicz Piotr in the amount of PLN 2,307.28
456. Wielkoszyński Zbigniew in the amount of PLN 10,719.00
457. Wieloch Łukasz in the amount of PLN 3,634.85
458. Więcko Tomasz in the amount of PLN 759.41
459. Wilk Krzysztof in the amount of PLN 19,808.98
460. Wilk Marcin in the amount of PLN 8,566.80
461. Wilkosz Rafał in the amount of PLN 500.00, EUR 388.68
462. Wiśniewska Krystyna in the amount of EUR 200.00 (PLN 860.40)
463. Bydgoski Klub Sportowy "Chemik" represented by Włoch Mikołaj Kacper in the amount of PLN 43,916.99
464. Wodnicka-Wartnik Dominika in the amount of PLN 250,000.00
465. Wojtyczek Krzysztof in the amount of PLN 64,786.50
466. Wołoszyn Tomasz in the amount of PLN 201,474.00
467. Woźniak Marcin in the amount of EUR 11,460.00 (PLN 49,598.88)
468. Woźny Szymon in the amount of PLN 10,138.95, USD 3,465.36
469. Wójcicki Piotr in the amount of PLN 57,252.58
470. Wróblewska Iwona in the amount of PLN 10,176.45
471. Wycisło Kamil in the amount of PLN 859.60
472. Wysocki Arkadiusz in the amount of PLN 87,000
473. Zabłocki Marek in the amount of PLN 22,511.93
474. Zagórski Paweł in the amount of USD 3,700.00 (PLN 15,183.32)
475. Zając Romuald in the amount of PLN 5,000.00
476. Zajda Mariusz in the amount of PLN 60,559.85
477. Zakątki Podhala sp. z o.o. represented by Wioletta Frejdlich-Gąsienica in the amount of EUR 38,860.00 (PLN 169,596.70)
478. Zakrzewski Krzysztof in the amount of GBP 430.00 (PLN 2,200.75)
479. Zakrzewski Paweł representing PAW-MAR in the amount of EUR 36,900.00 (PLN 160,300.78)
480. Zalewski Tomasz representing TOM-SERVICE in the amount of USD 60,000.00 (PLN 240,876.00), PLN 1,200.00 (EUR 278.47)
481. Zamojski Marcin in the amount of PLN 25,534.00
482. Zapaśnik Dominik in the amount of EUR 4,650.00 (PLN 20,014.06)
483. Zaręba Krzysztof in the amount of PLN 12,850.17
484. Zawoliński Tomasz in the amount of EUR 1,035.00 (PLN 4,432.80)



485. Zdaniewicz Mariusz in the amount of PLN 2,522.19
486. Zdębski Szymon in the amount of EUR 10,254.97 (PLN 43,800.00)
487. Zender Bogusław in the amount of PLN 68,166.60
488. Wielkoszyński Zbiegniew in the amount of NOK 30,000.00 (PLN 10,719.00)
489. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłommiej in the amount of PLN 2,182.90 (EUR 500.00)
490. Zieliński Damian in the amount of PLN 10,702.75
491. Ziębal Sławomir in the amount of EUR 1,000.00 (PLN 4,302.60)
492. Znamirowska Monika in the amount of PLN 8,597.00, EUR 1,000.00
493. Żoch Magdalena in the amount of PLN 4,961.09
494. Ostrowski Krzysztof in the amount of PLN 348.00
495. Dera Dawid in the amount of PLN 8,701.53
496. Pipa Sabina in the amount of PLN 429,340.00
497. „ROLNIK" centrala Nasion Sp. z o.o. Pawlak Sebastian in the amount of PLN 313,344.00 (EUR 72,000.00)
498. Kids Boutigue sp. z o.o. – Zadura Aleksandra in the amount of PLN 172,072.00 (EUR 40,000.00)
499. 3mdeb sp. z o.o. in the amount of EUR 20,000.00
500. Krawczyk – Bielecka Dagmara in the amount of PLN 5,958.88 (EUR 1,378.15)
501. Adamkiewicz Paweł in the amount of PLN 30,225.65 (EUR 7,000.00)
502. Łumińska-Żelazny Elżbieta in the amount of EUR 28,540.23, USD 7,427.21
503. Gwizdek Adrian in the amount of EUR 12,752.00
504. ADVALUE Doradztwo i Wyceny sp. z o.o. in the amount of PLN 17,182.87 (EUR 3,958.00)
505. Andruszkiewicz Michał in the amount of EUR 19,710.08
506. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej in the amount of PLN 2,182.90 (EUR 500.00)
507. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata in the amount of PLN 29,603.12 (EUR 6,800.00)
508. Banaszkiewicz Krzysztof in the amount of EUR 200.00, USD 126.00, CHF 106.15, JPY 40,313.00
509. Bartkowiak Robert representing CIH SYSTEMY CZYSZCZĄCE in the amount of PLN 51,028.38 (EUR 11,700.00)
510. Bartosz Paweł in the amount of EUR 600.00
511. Berger Piotr in the amount of EUR 5,000.00
512. Błańska-Mecner Magdalena in the amount of EUR 1,168.50
513. Bożek Ewelina in the amount of EUR 1,645.54
514. Brandyk Magdalena in the amount of PLN 4,000.00 (EUR 921.19)
515. Broda Aneta and Broda Krzysztof in the amount of EUR 16,710.00
516. Buczkowska Ewa in the amount of EUR 405.86
517. Chabrowski Arkadiusz in the amount of EUR 7,126.03
518. Chodań Anna in the amount of EUR 210.00
519. Cieślawska Katarzyna in the amount of EUR 10,356.14, USD 5,443.90
520. Cygan Adam in the amount of PLN 50,000.00 (EUR 11,646.87)
521. Czyżkowska Katarzyna in the amount of EUR 288.00
522. Juchlke Jarosław in the amount of PLN 11,568.60
523. Dąbrowska Małgorzata in the amount of EUR 8,000.54
524. Draczyński Michał in the amount of USD 1,148.55, PLN 7,211.27
525. Dalla Costa Luca in the amount of EUR 29,810.50
526. Dąbrowski Kazimierz in the amount of EUR 51,658.80
527. Elwart Sławomir in the amount of PLN 3,880.13 (EUR 890.00)
528. Katarzyna Hawryl-Adamczyk Bartosz Adamczyk in the amount of PLN 29,037.80, CHF 9,000.00
529. FARMATOR sp. z o.o. in the amount of PLN 15,146.95 (EUR 3,500.00)
530. Fedorczyk Bogusław in the amount of PLN 6,368.28
531. Gaworek Marcin in the amount of PLN 1,840.40 (EUR 420.60)
532. Gehrke Sven in the amount of EUR 3,500.00
533. Grupa Handlowa Wiesław Godlewski in the amount of PLN 79,574.05 (EUR 18,500.00)
534. Gorsiak Renata in the amount of EUR 50,000.00
535. Górny Adam in the amount of EUR 510.11, USD 493.94, PLN 9,182.04
536. Grałek Artur in the amount of PLN 305,026.00 (EUR 70,000.00)
537. Groen Marcin in the amount of EUR 5,000.00

538. Grzegorz Dzida in the amount of PLN 3,798.34 (EUR 880.00)
539. Grzelczyk Tomasz in the amount of EUR 2,326.26
540. Grzymkowska Edyta in the amount of EUR 8,200.00
541. Hajok Sara in the amount of EUR 75,982.43
542. Iwanek Radosław in the amount of EUR 2,489.07
543. Jabłoński Paweł in the amount of EUR 79,477.88
544. Janiszewski Jakub in the amount of PLN 7,000.00 (EUR 1,623.90)
545. Janiszewski Paweł in the amount of PLN 4,310.50 (EUR 1,000.00)
546. Jankowska Magdalena in the amount of EUR 2,445.47
547. Jaworski Paweł in the amount of EUR 5,000.00
548. Kantrzonka Alicja in the amount of EUR 5,800.00
549. Kapałczyński Arkadiusz in the amount of EUR 10,000.00
550. Kasperski Tomasz in the amount of PLN 2,622.43 (EUR 602.00)
551. Klan Szymon in the amount of EUR 8,654.58
552. Klub Kyokushin Karate im. Masutatsu Oyama in the amount of EUR 23,000.00
553. Kłoda Jan „Maszyny Leśne" in the amount of PLN 282,599.72 (EUR 65,800.00), PLN 201,827.40 (EUR 47,000.00) total PLN 484,427.12 (EUR 112,800.00)
554. Kopicka Weronika in the amount of PLN 1,300.00 (EUR 302.82)
555. Koprowska Agata in the amount of EUR 8,910.16
556. Kornacki Sebastian in the amount of EUR 600.00
557. Korpyta Irena in the amount of EUR 3,000.00
558. Kowalik Piotr in the amount of EUR 1,000.00
559. Krawczyk – Bielecka Dagmara in the amount of EUR 1,840.65
560. Krupkowska-Ziętkiewicz Jolanta in the amount of PLN 6,000.00 (EUR 1,389.98)
561. Krysiak Dominika in the amount of EUR 7,000.00
562. Kubik Aneta in the amount of EUR 1,178.00
563. Kubik Mariusz in the amount of EUR 5,250.00
564. Kucharczyk Marcin in the amount of EUR 5,300
565. Kupidura Kamil in the amount of PLN 30,139.30 (EUR 7,000.00)
566. Kurkowicz Maksymilian in the amount of EUR 696.00
567. Kuta Łukasz in the amount of PLN 1,770.71 (EUR 410.00)
568. Lachowski Robert in the amount of EUR 46,313.45
569. Lenart Małgorzata Joanna in the amount of EUR 500.00
570. Lewandowski Krzysztof in the amount of EUR 900.00
571. Lewandowski Paweł and Lewandowska Marta in the amount of EUR 10,721.51
572. Pietrzyk Lucyna in the amount of PLN 15,000.00 (EUR 3,469.49)
573. Łapaj Grzegorz in the amount of EUR 1,700.00
574. Łozińska Emilia in the amount of EUR 10,000.00
575. Łukaszewski Maciej in the amount of PLN 4,000.00 (EUR 925.09)
576. Łumińska-Żelazny Elżbieta in the amount of EUR 28,540.23
577. Mach Aleksandra in the amount of EUR 5,000.00
578. MACHEJ HOLDING sp. z o.o. in the amount of PLN 14,432.06 (EUR 3,343.14)
579. Makowski Jakub in the amount of EUR 1,528.91
580. Makowski Łukasz in the amount of EUR 750.00
581. Małgorzata Skowronek in the amount of PLN 1,292.49 (EUR 300.00)
582. Mamzerowski Maciej in the amount of EUR 1,043.89
583. Abramczyk Marcin in the amount of PLN 17,887.80 (EUR 4,153.00)
584. Kościelniak Marcin in the amount of EUR 1,000.00
585. Jagusiak Mariusz in the amount of EUR 1,801.62
586. Miczka Martin in the amount of EUR 34,131.29
587. Migodziński Wojciech in the amount of EUR 195.33
588. Mikołajczak Bartłomiej in the amount of EUR 500.00
589. Mikulski Marek in the amount of EUR 500.00
590. Misterska Katarzyna in the amount of EUR 1,000.00
591. Morzycka Karolina in the amount of EUR 3,336.00
592. Mróz Piotr in the amount of USD 25,000.00 (EUR 22,787.50)



593. Nawrot Ewelina in the amount of EUR 550.00
594. Nęcka Tomasz in the amount of EUR 9,932.39
595. Nowak Paweł in the amount of PLN 23,456.46 (EUR 5,432.00)
596. Gospodarstwo Rolne Roman Nowak in the amount of EUR 30,000.00
597. Ogulewicz Marek in the amount of PLN 6,000.00 (EUR 1,398.04)
598. Okoniewski Krzysztof in the amount of PLN 2,505.25 (EUR 578.22)
599. Olszewski Tomasz in the amount of PLN 2,310.31 (EUR 535.65)
600. Olszewski Marcin in the amount of EUR 5,170.00
601. Ostrowski Krzysztof in the amount of EUR 348.00
602. Pirart Paulina in the amount of PLN 8,621.20 (EUR 2,000.00)
603. Pawlak Przemysław in the amount of EUR 3,000.00
604. ROLNIK Centrala Nasion sp. z o.o. in the amount of EUR 72,000.00
605. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz in the amount of EUR 2,500.00 (PLN 10,808.25)
606. PBDiO Kanbruk sp. z o.o. in the amount of EUR 30,000.00
607. Panel Sandwich Sp. z o.o./Emilian Strączewski in the amount of EUR 150,000.00 (PLN 652,290.00)
608. Piskorz Andrzej in the amount of PLN 15,000.00 (EUR 3,439.34)
609. POLYATLAS sp. z o.o. in the amount of PLN 467,996.40 (EUR 107,326.88)
610. Potocka Renata in the amount of PLN 1,200.00 (EUR 274.68)
611. Powroźnik Mikołaj in the amount of EUR 1,700.00
612. Pręcikowski Paweł in the amount of EUR 2,800.00
613. Puchała Aneta and Puchała Ireneusz in the amount of EUR 23,229.88
614. Pyza Michał in the amount of EUR 10,000.00
615. Radwan Ewelina and Radwan Grzegorz in the amount of EUR 6,220.00
616. Premium Storę sp. z o.o. in the amount of EUR 10,000.00
617. Rysiewicz Sławomir in the amount of EUR 1,960.85
618. Sadowska Aleksandra in the amount of EUR 600.00
619. Samborska Aneta in the amount of PLN 2,000.00 (EUR 462.19)
620. Schroeder Robert representing AGA Polish Food Ltd. in the amount of EUR 69,255.45
621. SILEX Małgorzata Matuszewska in the amount of EUR 6,800.00
622. Smyk Kazimierz Antoni in the amount of EUR 7,002.29
623. Sobolewski Adam in the amount of EUR 350.00
624. Sosnowski Piotr in the amount of EUR 901.00
625. Stachura Aleksandra in the amount of EUR 200.00
626. Stanek Katarzyna in the amount of EUR 25,463.93
627. Stankowski Tomasz in the amount of PLN 1,500.00 (EUR 345.96)
628. Stasiewicz-Swinney Agnieszka in the amount of EUR 3,000.00
629. Styliński Rafał in the amount of EUR 7,500.00
630. Suchy Alfons in the amount of EUR 22,500.00
631. Sypień Wojciech in the amount of EUR 3,020.00, CHF 3,610.00
632. Szopski Tomasz representing Fake Bakę Polska in the amount of PLN 17,221.60 (EUR 4,000.00)
633. Szymański Krystian in the amount of EUR 1,000.00
634. Szymczak Agnieszka in the amount of EUR 800.00
635. Śmieja Krzysztof in the amount of EUR 7,900.00
636. Taraszkiewicz Andrzej in the amount of EUR 2,000.00
637. Tomaszewski Łukasz in the amount of EUR 676.88
638. Tusiński Daniel in the amount of EUR 518.90
639. Tymrakiewicz Patryk Maciej in the amount of EUR 20,000.00
640. Urbański Michael in the amount of PLN 21,735.50 (EUR 5,000.00)
641. Komorowska Jolanta representing Vivo Jolanta Komorowska in the amount of EUR 700.00
642. Wiechnik Przemysław representing MP BROS LTD in the amount of EUR 8,214.39, GBP 20,803.40
643. Wilczyński Zbigniew in the amount of EUR 1,000.00
644. Wilkowska Aneta in the amount of PLN 3,496.72 (EUR 800.00)
645. Wiśniewski Bogdan in the amount of PLN 25,000.00 (EUR 5,733.55)
646. Wiśniewski Łukasz in the amount of EUR 2,904.03
647. Władysław Dubicki in the amount of EUR 6,000.00

648. Włodarczyk Mateusz in the amount of EUR 665.00
649. GAR Trans sp. z o.o./ Koczylas Karol in the amount of EUR 4,000.00 (PLN 17,342.00)
650. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna in the amount of PLN 472,481.45
651. Wójcicki Paweł in the amount of PLN 1,846.97 (EUR 426.00)
652. Wójcik-Michałkowska Natalia in the amount of EUR 2,804.46
653. Śpiewak Anna in the amount of EUR 1,000.00 (PLN 4,232.00)
654. Wrona Sylwia in the amount of EUR 22,498.83
655. Wycisło Kamil in the amount of EUR 19,216.59
656. Kids Boutigue sp. z o.o. in the amount of EUR 40,000.00
657. Zając Zenobia in the amount of EUR 13,300.69
658. Andiykowska Regina in the amount of USD 14,000.00
659. Bizon Janusz in the amount of USD 2,073.58, EUR 2,000.00
660. Bożek Ewelina in the amount of PLN 7,100.00 (EUR 1,645.54)
661. Citko Paweł in the amount of GBP 8,442.96
662. Czech Katarzyna in the amount of USD 128,194.43
663. Dudek Jakub in the amount of USD 4,659.70
664. Falkiewicz Justyna in the amount of PLN 5,139.32 (USD 1,304.00)
665. Forma Rafał and Forma Tomasz in the amount of USD 25,329.92
666. Gocek Łukasz in the amount of PLN 16,253.60 (USD 4,000.00)
667. Górka Marcin in the amount of USD 10,157.47
668. Jabłoński Kamil in the amount of USD 4,990.00
669. Jasińska Kinga in the amount of USD 6,383.82
670. Jaworska Alina in the amount of USD 1,450.00
671. Jonik Tomasz in the amount of USD 3,700.00
672. Kapuśniak Damian in the amount of PLN 17,640.04 (USD 4,400.00)
673. Kiełtyka-Michna Monika Anna in the amount of PLN 50,000.00 (USD 12,692.92)
674. Kochan Grzegorz in the amount of PLN 18,200.25 (USD 4,500.00)
675. Kozina Anna in the amount of USD 34,827.03
676. Krawczyk Marcin in the amount of PLN 27,000.00 (USD 6,740.60)
677. Krysiak Grzegorz in the amount of PLN 40,716.00 (USD 10,000.00)
678. Kubicki Kamil in the amount of PLN 7,500.00 (USD 1,892.89)
679. Lach Hubert in the amount of USD 11,581.23
680. Łumińska-Żelazny Elżbieta in the amount of USD 7,427.21
681. Marek Wacław in the amount of USD 2,075.63
682. Sachniewicz Miroslaw in the amount of USD 1,085.10
683. Sajdak Łukasz in the amount of USD 194.07
684. Wieloch Justyna in the amount of USD 3,022.94
685. Wiktor Mucha in the amount of USD 4,840.30
686. Wytwer Joanna in the amount of PLN 29,074.32 (USD 7,200.00)
687. Zawadzki Grzegorz in the amount of USD 19,956.49
688. Zborowski Michał in the amount of USD 9,049.54
689. Zemke Aleksander in the amount of PLN 30,936.69 (USD 7,819.00)
690. Zielski Sebastian representing NAMIX Sebastian Zielski in the amount of PLN 287,033.46 (USD 72,844.00)
691. Kolarz Michał in the amount of CHF 99,328.92
692. Haba Maciej in the amount of CHF 130.00
693. Kardasz Magdalena in the amount of CHF 435.26
694. Buszta Katrzyna in the amount of CHF 615.74
695. Sławiński Marcin in the amount of CHF 550.00
696. Wróblewski Krystian in the amount of CHF 698.42
697. Artur Świtała representing AD-BAU Artur Świtała in the amount of PLN 258,765.00 (CHF 50,000.00)
698. Milewski Kamil Krzysztof in the amount of CHF 480.00
699. Krzanicki Daniel in the amount of EUR 5,000.00 (GBP 4,149.82)
700. Weronika Bell in the amount of GBP 4,821.00
701. Malinowski Robert in the amount of GBP 11,970.00
702. Aleksandrowicz Mirosław in the amount of CHF 428.00

703. Baran Tomasz in the amount of CHF 334.00
704. Chmiel Emilia in the amount of CHF 495.00
705. Dorota Keller-Zalewska in the amount of PLN 3,754.53 (CHF 810.00)
706. Edyta Obłoj-Gąsiorowska in the amount of PLN 3,070.74 (CHF 670.00)
707. Hejnar-Brać Joanna in the amount of CHF 509.10
708. Janus Agnieszka in the amount of CHF 1,240.11
709. Jeliński Mieszko in the amount of EUR 577.23 (CHF 539.94)
710. Kaźmierczak Agnieszka in the amount of PLN 1,606.94 (CHF 345.00)
711. Kemer Jarosław in the amount of CHF 301.00
712. Kloskowska Anna in the amount of PLN 1,159.93 (CHF 250.00)
713. Kosmala Radosław in the amount of PLN 1,672.56 (CHF 360.00)
714. Kowalski Leszek in the amount of PLN 2,937.51 (CHF 635.00)
715. Kozłowski Maciej in the amount of PLN 2,165.49 (CHF 464.00)
716. Król Bartłomiej in the amount of PLN 1,577.17 (CHF 342.00)
717. Lubomski Patryk in the amount of CHF 380.00
718. Łoszak Paweł in the amount of CHF 390.00
719. Malik Mariusz in the amount of PLN 2,574.99 (CHF 560.00)
720. Marck Nowotniak in the amount of PLN 4,922.96 (CHF 1,060.00)
721. Matuszczyk Michał in the amount of CHF 472.88
722. Miałkowski Marek in the amount of PLN 1,199.98 (CHF 257.06)
723. Mikołaj Dulny in the amount of PLN 925.71 (CHF 201.00)
724. Nawara Diminik CHF 428.70
725. Nowak Sebastian, in the amount of CHF 320.00
726. Orzeł Katarzyna in the amount of CHF 530.00
727. Oset Katarzyna in the amount of PLN 5,732.28 (CHF 1,232.00)
728. Panek Piotr in the amount of CHF 651.00
729. Pawlak Karol in the amount of CHF 456.33
730. Pedrycz Przemysław Henryk in the amount of PLN 3,673.00 (CHF 791.08)
731. Pilis Anna in the amount of CHF 340.15
732. Przybylski Andrzej in the amount of PLN 2,769.78 (CHF 595.00)
733. Rożybowska-Dwojak Joanna in the amount of CHF 600.00
734. Rzepkowski Grzegorz in the amount of PLN 3,344.76 (CHF 720.00)
735. Sikora Mieczysław in the amount of CHF 503.00
736. Sobesto Marcin in the amount of PLN 4,898.53 (CHF 1,051.30)
737. Szczurek Krzysztof in the amount of PLN 2,922.76, (CHF 630.00)
738. Szumny Beata in the amount of PLN 4,562.92 (CHF 979.00)
739. Tatiana Niemczyńska in the amount of PLN 5,388.75 (CHF 1,159.02)
740. Tusiński Daniel in the amount of CHF 495.82
741. Wawrzyniak Adam in the amount of CHF 198.00
742. Witkowski Jarosław in the amount of PLN 2,524.68 (CHF 541.30)
743. Wolniewicz Joanna in the amount of PLN 3,493.43 (CHF 750.00)
744. Woszczyna Marcin in the amount of PLN 1,758.56 (CHF 380.00)
745. Wrzosek Paweł in the amount of CHF 303.00
746. Zimakowska Dorota in the amount of CHF 350.00
747. Zimoń Ewa in the amount of PLN 4,872.79 (CHF 1,046.00)
748. Kom Adrian in the amount of NOK 2,254,861.27
749. Szadach Andrzej in the amount of NOK 99,452.52
750. Ruta Łukasz representing RUTEX Łukasz Ruta in the amount of NOK 608,052.74
751. Kasperek Jacek in the amount of NOK 46,250.00
752. Płodowski Krzysztof in the amount of SEK 103,140.08
753. Szwaba Piotr in the amount of SEK 28,183.91
754. Wąsikowski Maciej in the amount of PLN 173,359.60 (SEK 459,367.72)

which constitutes, in relation to the above-mentioned clients, a total amount of:
- PLN 14,630,319.78,
- EUR 2,723,363.41 – after conversion at the lowest exchange rate EUR 1 – PLN 11,679,143.98,

- USD 1,180,434.06 – after conversion at the lowest exchange rate USD 1 – PLN 4,573,237.64,
- CHF 390,553.40 – after conversion at the lowest exchange rate CHF 1 – PLN 1,781,587.44,
- NOK 4,459,635.49 (Norwegian krone) – after conversion at the lowest exchange rate NOK 1 – PLN 1,617,063.83,
- GBP 185,475.36 – after conversion at the lowest exchange rate GBP 1 – PLN 950,691.05,
- SEK 410,614.96 (Swedish kronor) – after conversion at the lowest exchange rate SEK 1 – PLN 152,830.89,
- JPY 1,292,573.00 (Japanese yen) – after conversion at the lowest exchange rate JPY 1 – PLN 33,710.30,
- DKK 58,000.00 (Danish krone) – after conversion at the lowest exchange rate DKK 1 – PLN 33,344.20,
- CZK 26,000.00 (Czech koruna) – after conversion at the lowest exchange rate CZK 1 – PLN 4,407.00,

**which is a prohibited act under Article 286 § 1 of the Criminal Code in conjunction with Article 294 § 4 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code in conjunction with Article 65 § 1 of the Criminal Code.**

II.  in the period at least from the beginning of October 2024 to 5 December 2024, in Zielona Góra and other locations in Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit and obtaining significant material benefit, as the president of the management board of companies: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o., and, from 22 October 2024, Conotoxia sp. z o.o., took actions aimed at preventing or significantly impeding the seizure of payment instruments, derived from benefits related to the commission of a prohibited act, consisting in leading Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers to disadvantageously dispose of their property, as a result of misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl sp. z o.o., resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl sp. z o.o. through online currency exchange and from payment services offered by Conotoxia sp. z o.o., to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, in such a way that he led to the transfer of these funds as follows:
- on 7 October 2024, the amount of PLN 200,000, from the Cinkciarz.pl sp. z o.o. account number 47 1140 1850 0000 2155 5000 1082 to the Conotoxia Holding sp. z o.o. account number 44 1140 1850 0000 4217 7700 1001, as a granted loan,
- on 7 October 2024, a total amount of USD 241,000, from the Cinkciarz.pl sp. z o.o. account number 23 1140 1850 0 2155 5000 1029, used for customer service, to his own bank account of held in the United States of America, titled WW CD174763033805CD,
- on 11 and 16 October 2024, a total amount of USD 401,000, from the Cinkciarz.pl sp. z o.o. account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to his own bank account held in the United States of America, titled WW CD174763033805CD,
- in the period from 1 to 25 October 2024, a total amount of USD 610,000, from the Cinkciarz.pl sp. z o.o. account number 21 1140 1850 0000 2155 5000 1108 to the Conotoxia Holding sp. z o.o. account number 17 1140 1850 0000 4217 7700 1002, titled „loan agreement K/G/160801/005", and then to the Conotoxia Holding Inc. account in the United States,
- on 28 October 2024, the amount of EUR 80,000.00, from the Cinkciarz.pl sp. z o.o. account number 94 1140 1850 0000 2155 5000 1109 to the Conotoxia Holding sp. z o.o. account number 60 1140 1850 0000 4217 7700 1004, and then to Conotoxia Holding Ltd. Cyprus, titled „capital increase share capital increase",
- on 28 November 2024, the amount of EUR 185,000, from the account of Conotoxia Holding sp. z o.o. no. 60 1140 1850 0000 4217 7700 1004 to the account of Conotoxia Holding Ltd. Cyprus.
- on 5 December 2024, the amount of PLN 420,000, from the Cinkciarz.pl sp. z o.o. account number 53 1140 1850 0000 2307 7000 1023 to the Conotoxia Holding sp. z o.o. account number 44 1140 1850 0000 4217 7700 1001, as a loan agreement concluded
- on 5 December 2024, the amount of USD 300,000, from the Conotoxia sp. z o.o. account number 80 1140 1850 0000 2307 7000 1022 to the account held for Conotoxia Holding Cyprus number 17 1140 1850 0000 4217 7700 1002, as a loan agreement concluded on 5 December 2024,

which constitutes a total of PLN 620,000, USD 1,552,000, EUR 265,000, thus after conversion to PLN, an amount greater than five times the amount defining property of great value

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 359 of 523

**which is a prohibited act under Article 299 § 1 and 6 of the Criminal Code in conjunction with Article 306b § 1 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code.**

**Prosecutor of Prokuratura Regionalna** *[Regional Prosecutor's Office]*
*(-) illegible signature*
**Sylwia Fabiś**

The decision was announced to me on_____and I was advised about my right – before I am informed about the date of final familiarization with the materials of the investigation – to the verbal provision of the justification of the charges, and also preparation of such justification in writing (Article 313 § 3 of the Code of Criminal Procedure).

In consideration of the aforesaid I hereby request – do not request so *.

_____

(signature of the suspect)

The decision with the justification was served to:
- the suspect* on
- the defence counsel* on

Justification on page     of the case file.

_____

(prosecutor's signature)

**Order:**
Pursuant to Article 21 § 2 of the Code of Criminal Procedure, notify the following persons about initiation of the proceedings against the abovementioned suspect

Case 6:26-mj-02039-DPR     Document 1-1     Filed 05/18/26     Page 359 of 523

*[National emblem of the Republic of Poland]*
**PROKURATURA REGIONALNA**
*[REGIONAL PROSECUTOR'S OFFICE]* **IN POZNAŃ**
2nd Division of Financial and Fiscal Crimes
61-736 Poznań, ul. Solna 10
phone: 61 885 2900

**reference number 2007-2.Ds.21.2024**

<u>**DECISION**</u>
**on supplementing the decision to present charges**

Poznań, 30 May 2025

Sylwia Fabiś – prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]* in Poznań, taking into account the data gathered in the course of investigation 2007-2.Ds.21.2024 against Marcin Pióro and other suspects for a prohibited act under Article 286 § 1 of the Criminal Code in conjunction with Article 294 § 4 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code and others, acting pursuant to Article 314 of the Code of Criminal Procedure

**decided to:**

to present to Marcin Pióro the decision to supplement the decision on presenting charges dated 5 March 2025 and charge him that:

I.  in the period from at least 2020 until 19 December 2024, in Zielona Góra and other locations throughout Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material benefit, making the commission of crimes a regular source of income, as the president of the management board of the companies: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o., and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia sp. z o.o., acting jointly and in agreement with Robert Górny, who until 22 October 2024 was a member of the management board of Cinkciarz.pl sp. z o.o., in the period from 29 November 2020 to 22 October 2024 the president of the management board of Conotoxia sp. z o.o., and from 22 October 2024 an independent proxy of the indicated company, and Monika Jakubowska, chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl sp. z o.o., and from 17 October 2024 an independent proxy of Cinkciarz.pl sp. z o.o. and from 14 October 2024 an independent proxy of Conotoxia sp. z o.o., led customers of Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. to disadvantageously dispose of their property in the total amount of at least **PLN 112,109,714.12**, constituting a value greater than ten times the amount defining property of great value, by misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl sp. z o.o., resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl sp. z o.o. through online currency exchange and from payment services offered by Conotoxia sp. z o.o., to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, <u>as a result of which, among others, the following persons were harmed:</u>

1.  Abramczuk Paweł in the amount of PLN 1,969.00, USD 1,000.00, EUR 1,000.00, CHF 162.12
2.  Abramek Wiesława/ Abramek Krzysztof in the amount of PLN 42,676.00 (EUR 10,000.00)
3.  Adamczak Julia in the amount of EUR 2,500.00 (PLN 10,688.08)
4.  Adamczak Natalia in the amount of USD 21,843.00, CAD 52,813.00, PLN 175.71, and GBP 13,286.02
5.  Adamczyk Tomasz in the amount of PLN 4,085.20 and EUR 4,708.01
6.  Adamczyk Paweł in the amount of PLN 4,184.41 and CHF 1,007.29
7.  Adamska Justyna in the amount of PLN 2,874.08 (EUR 658.00)
8.  Adamski Krzysztof in the amount of EUR 700.00 (PLN 2,984.03)

9. Adamski Mariusz in the amount of PLN 3,200.00, USD 12,472.88, EUR 17,631.85
10. Adach Marcin SAVAPROM in the amount of EUR 10,000.00 (PLN 43,104.00)
11. Adydan Rafał in the amount of PLN 578.80
12. Agencja Artystyczna BELLA VOCE Rafał Tomkiewicz in the amount of EUR 6,300.00 (PLN 27,885.65)
13. Alpai Yagiz in the amount of PLN 12,082.28
14. Alicja Fitness Motivation/ Janowicz Alicja in the amount of PLN 285,793.87
15. Andrzejewski Sebastian in the amount of USD 8,438.58
16. Andreatto-Jednoróg Danuta in the amount of EUR 6,601.91
17. Anuszkiewicz Maciej in the amount of PLN 10,169.44
18. Albusz Karolina in the amount of PLN 50,000.00 (EUR 11,621.96)
19. ARMASTER Maciej Zawieja in the amount of PLN 21,568.00
20. Kluczyński Paweł and Małgorzata Kluczyńska acting on behalf of Airpotic sp. z o.o. in the amount of EUR 100,000.00 (PLN 431,050.00)
21. Andrzej Chmielewski in the amount of PLN 16,500.00, JPY 1,252,260.00, NOK 61,550.70
22. Anioła-Hemmaty Karolina in the amount of PLN 42,304.23
23. Antoniuk - Wójcik Aleksandra in the amount of PLN 1,800.00 (EUR 411.10)
24. Apacki Szymon in the amount of PLN 856.34, EUR 5,120.46, USD 3,701.87, CHF 3,142.52
25. Augustyniak Wojciech in the amount of PLN 8,554.00 and EUR 36,000.00
26. Augustynowicz Sebastian in the amount of PLN 83,670.83, EUR 1,978.01
27. AUTOS-TOP SP. Z O.O./Czeczot Łukasz in the amount of PLN 50,248.10 (EUR 10,500.00)
28. ART FOR FUN Aneta Adamoszek- Papina in the amount of PLN 5,254.97 and EUR 11,498.69
29. Arkuszewski Jacek in the amount of EUR 3,491.21 (PLN 15,000.00)
30. Avelino Da Sika Aleksandra in the amount of EUR 5,000.00 (PLN 21,693.00)
31. Badach Kamil in the amount of EUR 1,100.00 (PLN 4,706.90)
32. Bajor Jerzy in the amount of PLN 4,665.70 (CHF 1,000.00) and PLN 823.46 (USD 200.00)
33. Bajorski Marcin in the amount of EUR 1,371.74, USD 41.07, PLN 130.33
34. Bajster Robert in the amount of PLN 1,289.13 and EUR 253.69
35. Bagliński Tomasz in the amount of PLN 25,800.00 (EUR 6,027.47)
36. Bailey Barbara in the amount of GBP 4,000.00 (PLN 20,545.20)
37. Bak Dariucz/Rok Marlena in the amount of EUR 2,000.00 (PLN 8,473.80)
38. Balcerzak Agnieszka in the amount of PLN 45,026.61
39. Balińska Aleksandra in the amount of EUR 300.00 (PLN 1,290.30)
40. Banach Olga in the amount of PLN 47,757.12
41. Banaś Mariusz in the amount of EUR 15,000.00 (PLN 64,080.00)
42. Banaś Dariusz in the amount of PLN 12,918.90 (EUR 3,000.00)
43. Banaś Bartłomiej in the amount of GBP 1,000.00 (PLN 5,123.92)
44. Bandyk Jacek in the amount of EUR 1,000.00, (PLN 4,302.10)
45. Baniewicz Michał in the amount of PLN 39,012.30 (EUR 9,000.00)
46. Bańczyk Agata in the amount of PLN 755.77 (CHF 165.00)
47. Baran Tomasz in the amount of CHF 42.82, in order to obtain PLN 201.04 and CHF 334.00
48. Baran Adam in the amount of PLN 2,046.24
49. Baranowski Jakub in the amount of PLN 13,280.58, USD 903.05, EUR 110.16, GBP 207.91
50. Baranowska Iwona in the amount of EUR 2,000.00 (PLN 8,636.60)
51. Barańska Karina Anna in the amount of PLN 12,349.49 (CHF 2,650.00)
52. Barcewicz Marta in the amount of EUR 6,000.00 (PLN 25,864.80)
53. Barcikowski Przemysław in the amount of PLN 8,396.27 and EUR 296.00
54. Bargiel Mateusz in the amount of PLN 20,000.00 (EUR 4,575.09)
55. Barnaś Piotr in the amount of EUR 7,000.00, in order to obtain PLN 30,003.40
56. Barras Magdalena in the amount of CHF 10,000.00 (PLN 45,500.00)
57. Baron Arkadiusz in the amount of EUR 400.00, PLN 1,370.89
58. Baron Dawid in the amount of PLN 5,457.32
59. Bartosik Radosław in the amount of USD 24,638.54
60. Bartosik Bartosz in the amount of JPY 5,000,000.00 and USD 306.38
61. Bartosiak Jacek in the amount of PLN 2,315.71
62. Bartosiewicz Maciej in the amount of EUR 2,253.93
63. Bartosiewicz Magdalena in the amount of PLN 1,032.13 (USD 250.00)



64. Bartkiewicz Małgorzata in the amount of PLN 3,508.07
65. BARTEK CANDLES Małgorzata and Janusz Bryłkowscy Sp. j. in the amount of EUR 36,842.59 (USD 40,000.00) and EUR 200,000.00 (PLN 858,880.00)
66. Baryła Alicja in the amount of EUR 2,250.00 (PLN 9,618.98)
67. Baryłko Grzegorz in the amount of EUR 700.00 (PLN 3,000.20)
68. Bator Anna in the amount of PLN 34,778.40
69. Bator Dominika in the amount of GBP 3,480.96 (EUR 4,150.00)
70. Bębol Michał in the amount of PLN 17,206.70
71. Bąk Danusz in the amount of PLN 218,427.00
72. Bąk Karol in the amount of PLN 427.59 and EUR 600.00
73. Bąk Robert in the amount of EUR 1,000.00 (PLN 4,243.40)
74. Bąk Magdalena in the amount of EUR 2,060.00 (PLN 8,842.34)
75. Bąkowski Bartosz in the amount of CAD 12,309.29
76. Bącala Michał in the amount of USD 2,689.99 (PLN 10,599.10)
77. Bączkowski Jarosław in the amount of EUR 220.16 and PLN 2,700.00
78. Bednarski Rafał in the amount of PLN 38,521.80
79. Bednarek Grzegorz in the amount of PLN 7,304.95
80. Bednarczyk Marcin in the amount of PLN 128,860.18
81. Bednarczyk- Grabowska Aleksandra in the amount of PLN 2,100.00 (EUR 478.31)
82. Bednarz Robert in the amount of EUR 600.00 (PLN 2,578.00)
83. Bekier Dobiesław in the amount of PLN 648.34
84. Bekiesza Piotr in the amount of PLN 3,559.30 (EUR 825.00)
85. Bejko Przemysław in the amount of EUR 16,000.00 (PLN 68,416.00)
86. Berk Sylwia in the amount of PLN 666,056.86
87. Berkowska Marta in the amount of PLN 767.70 and GBP 200.00 (PLN 1,027.22) - łącznie PLN 1,794.72
88. Bereza Kamil in the amount of PLN 5,788.86
89. Bereźnicki Seweryn in the amount of EUR 1,598.98
90. Bernacki Andrzej in the amount of NOK 100,356.12 (PLN 35,857.24)
91. „Bernardinio" Beata Rybak in the amount of USD 5,853.66
92. Bestcan Spółka Jawna Tomasz Fabianowicz, Jacek Radosz, Paweł Fabianowicz in the amount of PLN 238,519.26 (EUR 54,600.00)
93. Betlejewska Alicja in the amount of EUR 2,366.31
94. Better Futurę Fund/ Rabiej Sebastian in the amount of PLN 401,210.81 (USD 100,100.00)
95. Będziński Mateusz in the amount of USD 12,730.42 (PLN 51,451.27)
96. Białek Wojciech in the amount of PLN 5,875.59
97. Białowąs Sebastian in the amount of PLN 13,375.23 (PLN 58,003.02)
98. Bianciardi Maya in the amount of EUR 37,026.75 (PLN 160,000.00)
99. Biarda Agata in the amount of PLN 200,000.00 (EUR 46,493.17)
100. Biegalska Nikola in the amount of EUR 2,050.00 (PLN 8,710.45)
101. Biela Paweł in the amount of CHF 2,000.00
102. Bielak Mirosław in the amount of EUR 387.00 (PLN 1,674.01) and PLN 3,200.00 — łącznie PLN 4,874.01
103. Bielaszka Anna in the amount of PLN 5,120.37
104. Bielawa Roman in the amount of DKK 13,000.00 (PLN 7,551.70)
105. Bielawski Łukasz in the amount of EUR 1,000.64 (PLN 4,321.36)
106. Bielecki Michał in the amount of PLN 30,000.00 (EUR 7,007.71)
107. Bieliński Arkadiusz in the amount of PLN 2,000.00
108. Bieńkowski Michał in the amount of EUR 1,172.75 (PLN 5,000.00)
109. Biereźnicki Mirosław in the amount of PLN 2,338.21
110. Biniecka Martyna in the amount of PLN 44,294.10
111. Binkowski Maciej in the amount of PLN 4,780.42
112. Bilek Bartłomiej in the amount of USD 10,500.00
113. Bilkova Ivana in the amount of EUR 3,000.00 (PLN 12,899.70)
114. Bisewski Mikołaj in the amount of PLN 45,838.93
115. BIO-TRADER SP. Z O.O./Głuszek Stefan in the amount of EUR 590,176.77
116. Biuro Podróży Elżbieta/Kot Paweł in the amount of PLN 2,257.52 and EUR 1,213.69
117. Błaszczyk Piotr in the amount of EUR 322.88 and PLN 10,045.64

118. Bliźniak Bolesław in the amount of PLN 3,622.28
119. Blok Kamil in the amount of EUR 5,275.38 (PLN 22,594.98)
120. Błazewski Tomasz in the amount of PLN 49,185.92
121. Błaziak Damian in the amount of USD 2,141.07
122. Błotniak Piotr in the amount of PLN 21,795.00 (EUR 5,000.00)
123. Bobek Dominik in the amount of EUR 5,000.00 (PLN 21,248.00)
124. Bobowski Wiesław in the amount of NOK 10,000.00 (PLN 3,605.00)
125. Bochnak Joanna acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 30,000.00 (PLN 129,327.00)
126. Bochnak Marek acting on behalf of Podkarpacka Grupa Okienna OKNO-REST in the amount of EUR 40,000.00 (PLN 172,628.00)
127. Bochniarz Joanna acting on behalf of Centrum Innowacyjnej Edukacji in the amount of EUR 10,000.00 (PLN 42,798.00)
128. Boczarski Rafał in the amount of NOK 23,000.00 (PLN 8,358.20)
129. Boczkowska Marzena in the amount of EUR 3,336.67
130. Boczkowski Adrian in the amount of PLN 1,178.68 and USD 661.42
131. Bogaczuk Andrzej in the amount of USD 13,959.00
132. Bogocz Aleksander in the amount of USD 4,000.00, PLN 1,400.00, EUR 5,900.00, CHF 6,000.00
133. Bohucka Małgorzata in the amount of PLN 2,296.09 (CHF 491.95)
134. Bojarowska Ilona in the amount of PLN 48,540.00 (USD 12,308.86)
135. Bojczuk Adriana in the amount of PLN 175,328.00
136. Bombik Anna in the amount of PLN 700.00
137. Boniec Anna in the amount of USD 5,000.00 (PLN 20,016.50)
138. Boreczek Magdalena in the amount of PLN 25,675.20
139. Borenstein Dawid in the amount of PLN 4,000.00 (EUR 935.30)
140. Borczowski Marcin acting on behalf of Real-Construct sp. z o.o. in the amount of EUR 12,000.00 (PLN 51,300.00)
141. Borkowski Jacek in the amount of PLN 2,812.39
142. Borowiak Bartosz in the amount of EUR 2,805.25
143. Borowski Janusz in the amount of PLN 8,907.50
144. Borowski Rafał in the amount of PLN 15,299.51
145. Borowski Wojciech in the amount of PLN 10,000.00
146. Borowy Robert in the amount of PLN 64,966.06 and USD 5,300.00
147. Borys Magdalena in the amount of EUR 1,740.00 (PLN 7,441.98)
148. Boryń Jarosław in the amount of EUR 57.62
149. Borusiewicz Andrzej in the amount of USD 1,062.54
150. Bowsza Joanna in the amount of EUR 900.00 (PLN 3,851.91)
151. Branach Ewa in the amount of EUR 15,000.00 (PLN 64,575.00)
152. Brancewicz Michał in the amount of EUR 7,000.00 (PLN 30,002.70)
153. Brej Janusz in the amount of PLN 10,300.00 and GBP 4,000.00
154. Bronicz Sebastian in the amount of EUR 1,200.00 (PLN 5,195.16)
155. Broniszewski Andrzej in the amount of PLN 53,411.80 and EUR 12,500.00
156. Brosz Adrian in the amount of PLN 10,000.00
157. Bryl Katarzyna in the amount of EUR 10,000.00
158. Brymora Dawid in the amount of USD 12,984.62
159. Bryk Jakub in the amount of USD 50,000.00 (PLN 200,435.00)
160. Brzoza Andrzej in the amount of USD 1,000.00 (PLN 3,906.00), CHF 2,000.00 (PLN 9,110.80) and PLN 459.30 (CHF 100.00)
161. Brzozowski Robert in the amount of USD 83,105.32
162. Bródka Wojciech in the amount of EUR 638.64
163. Budek-Janek Beata in the amount of PLN 2,504.84
164. Budkowski Paweł in the amount of EUR 2,500.00 (PLN 10,781.50)
165. Budny Arkadiusz in the amount of EUR 6,090.00
166. Budzyński Piotr in the amount of PLN 11,783.03
167. Buhr Edyta Barbara in the amount of PLN 12,919.50
168. Bujniak Daniel in the amount of USD 27,550.00 (PLN 110,277.14)



169. Kucner Paulina in the amount of PLN 14,904.31
170. Byczyński Jacek in the amount of PLN 9,068.69
171. Byrska Wiktoria in the amount of PLN 5,435.86
172. Bzymek Martyna in the amount of EUR 900.00 (PLN 3,881.07)
173. Caban Łukasz in the amount of PLN 3,536.99
174. Cecula Bartosz - Pilotaż Transportów Nienormatywnych in the amount of PLN 54,102.45
175. Ceglarska Magdalena in the amount of PLN 31,102.80
176. Celmerowski Michał in the amount of PLN 181,837.60
177. Celegrat Krzysztof in the amount of PLN 59,920.50
178. CASSIOPEIA Sp. z o.o./ Olejniczak Wojciech in the amount of PLN 428,480.00
179. Chłopek Tomasz in the amount of PLN 2,112.31 (EUR 487.00)
180. Chachoń Damian in the amount of PLN 21,638.00 and EUR 1,959.26
181. Charchut Ewa in the amount of EUR 1,000.00 (PLN 4,275.50) and PLN 85.00
182. Charkiewicz Kamil in the amount of EUR 1,200.00 (PLN 5,189.04)
183. Chemiąz Teodor in the amount of PLN 177,056.24
184. Chejda Łukasz in the amount of PLN 60,000.00 and EUR 34,626.84
185. Chejda Sebastian in the amount of PLN 64,387.02 and GBP 1,000.00
186. Chmielnicka Marta in the amount of EUR 1,852.00 (PLN 7,874.15)
187. Chmielowiec Jacek in the amount of USD 10,000.00 (PLN 39,176.00)
188. Chochorowski Piotr, in the amount of PLN 74,326.83 and GBP 40,000.00
189. Chomicz Katarzyna in the amount of PLN 2,777.52 (CHF 600.00)
190. Choncel Anna in the amount of PLN 5,000.00
191. Chronowski Piotr in the amount of PLN 8,548.00
192. Chrostowski Paweł in the amount of EUR 1,008.18
193. Chwała Artur in the amount of PLN 1,750.00
194. Cliwazik Piotr in the amount of PLN 28,480.00
195. Chwiej Przemysław in the amount of EUR 2,030.74
196. Chwierut Paweł in the amount of USD 56,072.73
197. Chu Huu Nhan in the amount of PLN 974,800.00
198. Chudy Małgorzata in the amount of EUR 3,000.00 (PLN 12,830.10)
199. Chudy Ryszard in the amount of PLN 16,641.63
200. Chudzyński Krzysztof in the amount of PLN 22,584.00 and SEK 60,000.00
201. Chyłek Aneta Sylwia in the amount of PLN 8,668.07
202. Chyl Jolanta in the amount of USD 1,999.90 (PLN 8,182.60)
203. Chyliński Jarosław in the amount of PLN 168,888.20
204. Cimielewicz Paweł in the amount of EUR 1,000.00
205. Ciblik Katarzyna in the amount of GBP 4,750.00 (PLN 24,458.23)
206. Cichoń Michał in the amount of PLN 6,223.91 and EUR 2,211.55
207. Cichorski Michał in the amount of EUR 1,500.00 (PLN 6,461.25)
208. Cichosz Ireneusz in the amount of EUR 690.00 (PLN 2,943.06)
209. Cichosz Łukasz in the amount of PLN 9,100.00
210. Cichocki Paweł in the amount of PLN 10,546.14
211. Cichocka Lidia in the amount of EUR 727.53
212. Cichopek Jacek PLN 73,254.52
213. Cidyło Marcin in the amount of PLN 24,204.20
214. Ciećko Dominik in the amount of PLN 41,933.30
215. Ciesielski Michał in the amount of EUR 10,000.00 (PLN 43,404.00)
216. Ciesielski Michał (74100404552) in the amount of PLN 2,000.00 (EUR 463.90)
217. Ciesielski Daniel in the amount of USD 5,000.00 (PLN 19,878.50)
218. Ciesielski Andrzej in the amount of PLN 17,630.90 and EUR 3,874.40
219. Ciesielski Tomasz in the amount of PLN 429.38
220. Cisel Sławomir in the amount of GBP 75,000.00 (PLN 386,512.50)
221. Cieśliński Krzysztof in the amount of PLN 990.00 (GBP 190.11)
222. Mateusz Włodarczyk CLIMCRAFT in the amount of GBP 7,390.00 (EUR 8,782.28)
223. Connacci Ewa in the amount of EUR 950.00 (CHF 827.23)
224. COLOR WORKZ Grzegorz Skoneczny in the amount of EUR 13,500.00 (PLN 58,217.40)

225. Coleman Agata in the amount of USD 89,497.20
226. Cupak Adrian in the amount of USD 2,000.00 (PLN 7,803.40)
227. Cylwik Andrzej in the amount of USD 12,000.00 (PLN 46,826.40)
228. Ćmil Rafał in the amount of PLN 9,404.56
229. Ćwikła Sylwester in the amount of USD 5,091.52 (PLN 20,747.43)
230. Czaban Anatol in the amount of CHF 7,727.11 (PLN 35,068.72)
231. Czapla Ewelina in the amount of USD 5,000.00 (PLN 20,465.00)
232. Czapla Mariusz in the amount of PLN 12,837.10
233. Czaplewski Karol in the amount of PLN 30,206.06 (USD 7,400.00)
234. Czaplicki Antoni in the amount of PLN 2,070.48
235. Czarczyński Maciej in the amount of PLN 950.36
236. Czarnecka Sylwia in the amount of PLN 64,661.30
237. Czarnecka Teresa in the amount of EUR 16,000.00 (PLN 68,460.80)
238. Czarnecki Marcin in the amount of EUR 16,435.77 and PLN 30,043.73
239. Czaja Daniel in the amount of EUR 700.00 and USD 1,600.00
240. Czajkowski Paweł in the amount of PLN 3,483.12
241. Czech Paulina in the amount of PLN 11,129.30
242. Czekierda Piotr in the amount of PLN 5,518.00 and EUR 700.00
243. Czerniak Maciej in the amount of PLN 21,322.58 and EUR 670.94
244. Czernicki Jan in the amount of PLN 24,101.03
245. Czerwiński Łukasz in the amount of EUR 1,000.00 (PLN 4,335.10), NOK 11,720.00 (PLN 4,236.78)
246. Czerwiński Zbigniew in the amount of EUR 9,965.00
247. Czestkowska Marta in the amount of PLN 8,578.30
248. Czopik Marcin acting on behalf of IAPS sp. z o.o. in the amount of EUR 60,000.00 (PLN 259,128.00),
249. Czopek Edyta in the amount of PLN 8,631.70
250. Czopko - Miohnik Ramona in the amount of PLN 3,927.50 (CHF 843.01)
251. Maria Szymańska - Graca acting on behalf of MARYTEX Sp. z o.o. in the amount of EUR 7,200.00
252. Mitura Patrycja in the amount of GBP 2,900.00 (PLN 15,087.83)
253. Jawid Piotr in the amount of EUR 1,000.00 (PLN 4,277.00)
254. JB TRANS JULIA BIŃKOWSKA/Bińkowska Julia in the amount of EUR 2,292.68
255. Damaskinos Kamila in the amount of PLN 49,336.30
256. Drzewiecka Celina in the amount of PLN 3,829.57 (EUR 883.00)
257. Dziedzic Marcin in the amount of PLN 20,000.00 (EUR 4,633.56)
258. Dziedzic Dariusz in the amount of EUR 25,000.00
259. Dziendziel Maciej in the amount of PLN 25,245.00 and CZK 150,000.00
260. Dziewulski Jarosław in the amount of PLN 5,919.06
261. Dzikowska Aleksandra in the amount of PLN 107.70
262. Dziocha Grzegorz in the amount of PLN 58,355.89
263. Dziub Jarosław in the amount of PLN 17,422.80 (EUR 4,000.00)
264. Dziuba Daria in the amount of GBP 1,850.00 (PLN 9,480.30) and EUR 1,730.00 (PLN 7,143.22)
265. Dziura Tomasz in the amount of EUR 2,000.00 (PLN 8,581.00)
266. Dziworska Diana in the amount of USD 60.15 and EUR 4,765.92
267. Dziworska Krystyna in the amount of PLN 10,000.00 (EUR 2,285.61)
268. Daniluk Roman in the amount of PLN 870.13, EUR 918.89 and USD 3,582.19
269. Daniłow Wojciech in the amount of PLN 2,031.98 (CHF 436.00)
270. Dargacz Piotr in the amount of PLN 52,735.27
271. Danisiewicz Krzysztof in the amount of PLN 92,499.15
272. DAPPI Sp. z o.o./Werblińska Angelika in the amount of EUR 20,000.00 (PLN 86,482.00)
273. Dargiewicz Janusz in the amount of EUR 50,000.00 (PLN 215,205.00)
274. Dąbek Jacek in the amount of PLN 26,320.90
275. Dąbkowski Damian in the amount of PLN 23,706.32
276. Dąbrowska Urszula in the amount of PLN 11,829.49 and USD 2,000.00
277. Dąbrowska - Goebel Izabela in the amount of PLN 20,557.10 (EUR 7,000.00)
278. Dąbrowska-Wyra Daria and Dąbrowski Łukasz in the amount of EUR 1,850.00 (PLN 7,907.03)
279. Dąbrowski Kazimierz in the amount of EUR 39,500.00 (PLN 170,057.30)
280. Denys Aleksander in the amount of PLN 6,451.14 (CHF 1,386.00) and PLN 109.45

281. Depta Krzysztof in the amount of EUR 2,000.00 (PLN 8,554.40)
282. Dębkowski Michał in the amount of PLN 5,100.00
283. Dębska - Stewart Bożena in the amount of GBP 2,000.00 (PLN 10,299.80)
284. Diduszko Mateusz in the amount of PLN 40,110.00
285. APF POLSKA Sp. z o.o./Karpowicz Agnieszka in the amount of PLN 566,417.28
286. Dłubacz Mateusz in the amount of PLN 36,089.38 (EUR 8,367.00)
287. Długosz Arkadiusz in the amount of PLN 42,881.28
288. Długosz Olga in the amount of USD 15,000.00
289. Dobrzański Kamil in the amount of EUR 3,000.00
290. Dobrzańska Karolina in the amount of GBP 92,536.06
291. Domański Dominik in the amount of PLN 37,149.44
292. Domański Dariusz in the amount of CHF 7,600.00 (PLN 33,164.44)
293. Domaszewicz Ewa in the amount of PLN 3,646.84
294. Domaszewski Piotr in the amount of PLN 29,999.00 (USD 7,361.09) and PLN 8,563.80 (EUR 2,000.00)
295. Domagała Mateusz in the amount of USD 10,750.00 (PLN 43,981.48) and EUR 4,014.00 (PLN 17,308.37)
296. Domagała Marcin in the amount of SEK 59,447.70
297. Domejko Krzysztof in the amount of PLN 8,172.19
298. Dominiczak Paweł in the amount of PLN 28,534.30
299. Domoradzka Monika in the amount of EUR 3,138.02 (PLN 13,512.94)
300. Donat Cierpik in the amount of PLN 2,953.77
301. Dokurno Anna in the amount of EUR 2,339.02
302. BIOSHELL Sp. z o.o./Domagała IVO in the amount of EUR 67,454.40 (PLN 289,789.10)
303. Musiał Sebastian in the amount of EUR 3,723.00 (PLN 16,125.80)
304. Musiał Kamil representing Doradztwo Gruntowe Kamil Musiał in the amount of EUR 15,019.00 (PLN 63,751.15), EUR 199.00 and USD 269.43 (EUR 245.52)
305. Musiał - Dominiak Roksana in the amount of PLN 5,509.58 (CHF 1,190.00)
306. Dowhan - Ostrowski Beata in the amount of PLN 4,999.90 (CHF 1,073.01)
307. Dovhanych Volodymyr in the amount of EUR 35,174.00 (PLN 138,093.12)
308. Draczyński Michał in the amount of PLN 7,211.27 and USD 1,148.55
309. Drescher Edyta in the amount of EUR 8,050.00 (PLN 34,463.66)
310. Drewniak Rafał in the amount of USD 10,805.00 and PLN 283.77
311. Drohomirecki Łukasz in the amount of PLN 3,663.55
312. Drużbiński Paweł in the amount of PLN 4,324.10
313. Włodzimierz Rogowski acting on behalf of AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA in the amount of EUR 2,500.00 (PLN 10,808.25)
314. Wrona Piotr in the amount of NOK 37,000.00 (PLN 13,394.00)
315. Dubis Jerzy in the amount of PLN 14,962.93
316. Dubrawska Sylwia and Dubrawski Kamil in the amount of EUR 10,000.00 (PLN 43,023.00)
317. Duda Anna in the amount of PLN 98,118.00
318. Dudek Mariusz in the amount of PLN 10,000.00
319. Dudek Maciej in the amount of PLN 15,648.24 and EUR 3,489.28
320. Dudek Michał in the amount of PLN 5,018.62 (CHF 1,074.79) and EUR 98.47
321. Duszyński Przemysław in the amount of PLN 1,764.98 (CHF 377.43)
322. Durkiewicz Patryk in the amount of EUR 4,500.00 (PLN 19,373.40)
323. Duż Artur in the amount of PLN 32,341.82
324. Dworakowski Marcin in the amount of PLN 936.14 and CHF 1,518.00
325. Dydo Tomasz in the amount of PLN 758.06 and EUR 229.80
326. Dylgg Sławomir in the amount of EUR 30,923.40
327. Dylewski Artur in the amount of PLN 3,093.19 and USD 1,621.97
328. Dytz Magdalena in the amount of PLN 30,100.00
329. Dziadosz Paweł in the amount of PLN 2,214.91
330. Dziamski Piotr in the amount of USD 4,072.42 (PLN 16,000.00)
331. Dzioba Anna in the amount of EUR 7,300.00 (PLN 31,262.25)
332. Dżugan Marta in the amount of PLN 4,000.00
333. Ziarkowski Maciej in the amount of GBP 5,000.00
334. Żyrkowski Daniel acting on behalf of EKOROL in the amount of EUR 53,000.00 (PLN 229,961.70)



335. Żyszkowski Bartosz in the amount of PLN 640.71 and EUR 337.42
336. Żydak Przemysław in the amount of EUR 15,000.00 (PLN 64,678.50)
337. Ilski Arkadiusz in the amount of PLN 1,286.10 (EUR 300.00)
338. Eksztein Paweł in the amount of PLN 8,645.60
339. Elak Hubert in the amount of EUR 279.28 and PLN 2,030.28
340. Faber Michał in the amount of PLN 4,300.00
341. Fanty Dawid in the amount of EUR 2,300.00 (PLN 9,943.59)
342. Filipczyński Artur in the amount of PLN 34,000.00
343. Filipkowski Ryszard Piotr in the amount of EUR 3,431.00
344. Finch Adam in the amount of GBP 1,000.00
345. Fedorczyk Bogusław in the amount of PLN 6,368.28
346. Fekete Robert in the amount of EUR 4,616.06 (PLN 20,000.00)
347. Flemmig Frederik in the amount of PLN 43,015.00 (EUR 10,000.00)
348. Flkiewitz- Bulatecka Dorota acting on behalf of ASG Technik in the amount of EUR 1,844.98 (PLN 7,929.45)
349. P.H. Prymus Violetta Burgielska in the amount of PLN 12,914.70 (EUR 3,000.00)
350. FHU P. Rejnis Transport/ Paweł Rejnis in the amount of EUR 8,000.00 (PLN 34,628.80)
351. Florczyk Marcin in the amount of JPY 1,659,723.00
352. Florczak Paweł in the amount of GBP 10,000.00 (PLN 51,907.00)
353. Francuz Krzysztof in the amount of PLN 10,238.40
354. Franek - Janicka Alicja in the amount of USD 16,254.96, CHF 5,438.37, EUR 12,634.00, GBP 5,661.77, PLN 23,072.34
355. Frankiewicz Gabriela in the amount of EUR 4,000.00 (PLN 509.10)
356. Frankowski Krzysztof in the amount of EUR 450.00 (PLN 1,949.04)
357. Frankowski Tomasz in the amount of EUR 100,000.00
358. Frączak Monika in the amount of PLN 1,305.87 (EUR 299.45)
359. Fredko Magdalena in the amount of EUR 2,000.00 (PLN 8,584.20)
360. Frontczak Mariusz in the amount of EUR 9,000.00 (PLN 38,920.50)
361. Formela Piotr in the amount of EUR 7,784.86
362. Fortuniak Rafał in the amount of EUR 3,170.00 (PLN 13,719.76)
363. Fotyniuk Katarzyna in the amount of EUR 39,566.85
364. Furmański Bartosz in the amount of PLN 14,222.38
365. Furmankiewicz Monika in the amount of PLN 3,257.10
366. Gabor Maria in the amount of PLN 13,709.26
367. Gabryś Artur in the amount of PLN 11,300.00 (EUR 2,611.47)
368. Gantz Gregor in the amount of PLN 72,830.023 and EUR 6,212.00
369. Gałązka Andrzej in the amount of EUR 3,480.00 (PLN 14,907.28)
370. Gałwa Wojciech in the amount of EUR 62,963.43
371. Galicki Tomasz in the amount of PLN 2,699.21 (CHF 581.00)
372. Galas Szymon in the amount of EUR 100,000.00
373. GAMBIT Damian Buczek in the amount of PLN 75,822.24 (GBP 14,700.50)
374. GAR Trans sp. z o.o. in the amount of EUR 4,000.00 (PLN 17,342.00)
375. G - Transport Rafał Gamrat in the amount of EUR 37.50 and PLN 10,806.08
376. Garbacz Grzegorz in the amount of PLN 53,854.67
377. Garbalski Adam in the amount of PLN 9,380.60
378. Gomuaruk Katarzyna in the amount of PLN 34,000.00 and CHF 3,996.00
379. Garwoliński Konrad PLN 200.57 and EUR 1,420.32
380. Gastropol Łukasz Targowski sp.k in the amount of EUR 25,000.00 (PLN 107,027.50)
381. Gaś Ireneusz in the amount of PLN 14,163.73 and USD 16,000.00
382. Gawłowski Rafał in the amount of PLN 13,058.58
383. Gawęda Dawid in the amount of EUR 315.00 (PLN 1,332.17)
384. Gajewski Robert in the amount of GBP 4,500.00 (PLN 22,986.90)
385. Gajewski Janusz in the amount of EUR 500.00 (PLN 2,142.00)
386. Gądela Edyta in the amount of PLN 728.49
387. Gąsiorowski Marcin in the amount of PLN 20,000.00
388. Gąsiorowski Sławomir in the amount of EUR 3,690.00 and PLN 3,772.00



389. Gąsiorek Anna in the amount of USD 81,568.00 (PLN 320,154.40)
390. Geliński Bartosz in the amount of NOK 22,500.00 (PLN 8,273.25)
391. Gentelman Tomasz in the amount of PLN 437,095.00
392. Gerlach Tadeusz in the amount of GBP 308.77
393. Gębka Weronika in the amount of PLN 4,646.71
394. Gębura - Nowak Karolina in the amount of USD 10,500.00 (PLN 42,649.17)
395. Gęsłowski Dawid in the amount of EUR 6,000.00 (PLN 26,112.00)
396. Gidek Andrzej in the amount of EUR 1,400.00 (PLN 5,987.38)
397. Gidyński Łukasz acting on behalf of LUXOFT in the amount of EUR 6,144.00 (PLN 26,418.59)
398. Giedrys Paweł in the amount of PLN 4,060.01
399. Gierak Mariusz in the amount of EUR 7,300.00 (PLN 31,257.46)
400. Gierlach Bogdan in the amount of PLN 3,617.15 (CHF 776.13)
401. Gil Daniel in the amount of PLN 5,116.30
402. Gilewski Błażej in the amount of PLN 1,659.91
403. Gils Gabriel in the amount of EUR 1,500.00 (PLN 6,406.11)
404. Giłżejewska Alina in the amount of PLN 4,000.00 (CHF 865.00)
405. Gintrowski Łukasz in the amount of GBP 60.35 (PLN 313.62) and EUR 507.26 (PLN 2,192.02)
406. Giziewski Tomasz Piotr in the amount of SEK 14,900.00 (PLN 5,505.55)
407. Gizińska Eryka in the amount of PLN 6,027.72 (CHF 1,300.00)
408. Gizulewska Maria in the amount of USD 12,970.66
409. Giżycki Mateusz in the amount of GBP 3,800.00 (PLN 19,448.40)
410. Gliński Paweł in the amount of PLN 4,886.76 (CHF 1,055.00)
411. CT Global Logistics Sp. z o.o. / Karolina Jasińska in the amount of PLN 95,407.65 (USD 23,500.00)
412. Głód Marcel in the amount of EUR 620.00 (PLN 2,644.42)
413. Głodzik Tomasz in the amount of PLN 388.91 and USD 71,772.51
414. Głogowski Marcin in the amount of PLN 186,028.00 (CHF 40,000.00)
415. Głowacki Marcin in the amount of EUR 1,200.00 (PLN 5,139.12)
416. Głowacki Jarosław in the amount of EUR 1,578.03, CZK 576.15, TRY 27.93
417. Głowacki Łukasz in the amount of USD 18,000.00 (PLN 71,515.80)
418. Głowacki Mariusz in the amount of JPY 2,150,000.00 and PLN 9,305.26
419. Gnaciński Krzysztof in the amount of EUR 4,600.00 (PLN 19,948.82)
420. Gnielka Łukasz Bartłomiej PLN 12,734.40
421. Gotkowicz Paweł in the amount of EUR 2,957.65 (PLN 12,550.20)
422. Goldsztejn Maciej in the amount of EUR 1,295.86 (PLN 5,500.00)
423. Goleniowski Patryk in the amount of PLN 2,715.45
424. Golonka Gabriela in the amount of EUR 4,000.00 (PLN 17,298.40) and EUR 3,000.00
425. Gołąb Karol in the amount of PLN 22,877.77, EUR 1,081.73 and USD 2,055.84
426. Gołąb Michał in the amount of EUR 1,075.90 (PLN 4,655.20)
427. Gołębiewska Kamila in the amount of EUR 9,000.00 (PLN 38,682.00)
428. Gołębiowska Barbara in the amount of PLN 32,018.59
429. Goncerzewicz Robert in the amount of GBP 40,000.00 (PLN 206,056.00)
430. Gonczaronek Tomasz in the amount of PLN 9,347.02
431. Gorzelany Adam in the amount of EUR 3,141.00
432. Graczyk Kamila in the amount of EUR 5,836.95 and USD 3,840.91
433. Grudowska Grażyna in the amount of PLN 1,678.21 (CHF 360.00)
434. Grudzińska Dagmara in the amount of PLN 2,095.34 (CHF 457.00)
435. Grabiański Tomasz EUR 924.43
436. Gorezyńska Edyta in the amount of EUR 510.01 (PLN 2,210.43)
437. Górski Marcin in the amount of PLN 9,867.65
438. Górski Łukasz in the amount of PLN 2,452.11
439. Góralski Arkadiusz in the amount of EUR 1,300.00 (PLN 5,578.30)
440. Góralski Krzysztof in the amount of PLN 5,012.28 and CAD 8,700.00
441. Więckiewicz Grażyna in the amount of EUR 10,000.00 (PLN 43,043.00)
442. Grochala Szymon in the amount of EUR 3,000.00 (PLN 12,852.00)
443. Grochowski Roman in the amount of USD 10,000.00 (PLN 38,610.00)
444. Gromek Monika in the amount of USD 25,000.00 (PLN 98,040.00)



445. Gromek Dariusz in the amount of PLN 93,566.36 (JPY 3,522,650.00)
446. Gronkiewicz Agata/Mateusz Gronkiewicz in the amount of EUR 5,000.00 (PLN 21,550.50)
447. Grybel Tomasz in the amount of PLN 7,900.00
448. Grygiel Bogusław in the amount of PLN 1,842.82
449. Grygorowioz Patryk in the amount of EUR 900.00 (PLN 3,843.12) and PLN 700.00
450. Gryes Magdalena in the amount of PLN 1,946.18
451. Gryszka Łukasz in the amount of PLN 15,000.00 (EUR 3,440.37)
452. Gryszun Mateusz in the amount of USD 2,400.00 (PLN 9,499.92)
453. Gryko Tomasz in the amount of USD 985.84, EUR 1,055.45
454. Grzywaczyk Zbigniew in the amount of PLN 75,000.00
455. Grzyb Ewelina in the amount of PLN 9,456.30
456. Grzybowska Magdalena in the amount of EUR 5,000.00 (PLN 21,684.50)
457. Grzybowski Łukasz in the amount of EUR 1,000.00
458. Gubała Krzysztof in the amount of PLN 200,000.00 (USD 50,000.00)
459. Gubała Mariusz in the amount of PLN 4,000.00 (EUR 933.64)
460. Gucwa Maria in the amount of PLN 2,173.00
461. Gugała Elżbieta in the amount of PLN 688,534.70 and USD 77,000.00
462. Gulbierz Tomasz in the amount of PLN 9,819.50, EUR 900.00 and USD 10,000.00
463. Gunia-Krzyżak Agnieszka in the amount of EUR 200.00 (PLN 862.66)
464. Gulaś Karol in the amount of CHF 11,041.96, EUR 25,291.97, GBP 9,971.00, USD 22,809.40
465. Gustaw Edyta in the amount of EUR 350.01 (PLN 1,498.95)
466. Gużewski Rafał in the amount of EUR 9,400.00 (PLN 40,799.08)
467. Gwiaździński Daniel in the amount of SEK 1,108.24 (PLN 406.83)
468. Gwiżdż Damian acting on behalf of Górka-Trans Szczyzek, Gwiżdż Sp. J. in the amount of PLN 35,868.34
469. Gwiżdż Sebastian in the amount of EUR 1,000.00 (PLN 4,296.80)
470. Hachula Piotr in the amount of EUR 6,599.07 (PLN 28,233.48)
471. Hadyniak - Kamińska Magdalena in the amount of USD 950.00
472. Halona Paweł in the amount of PLN 5,000.00 (EUR 1,155.64)
473. Halik Mariusz in the amount of JPY 148,483.00
474. Hałas Arnold in the amount of EUR 1,214.74
475. Hałka Piotr in the amount of PLN 30,000.00
476. Hajduczenia Dariusz in the amount of EUR 2,844.00 (PLN 12,232.90)
477. Hajduk Artur in the amount of GBP 340.00 (PLN 1,738.68)
478. Hajdrych Maciej in the amount of NOK 20,000.00 (PLN 7,354.00)
479. Harasim Jakub in the amount of USD 74.98 and EUR 314.51
480. Harkabuzik Mateusz in the amount of EUR 1,000.00 (PLN 4,287.00)
481. Harkabuzik Agnieszka in the amount of EUR 1,710.00 (PLN 7,355.57)
482. Hauffa Marta in the amount of CHF 10,000.00 (PLN 45,348.12)
483. Hawro Konrad in the amount of USD 6,000.00 (PLN 23,793.60) and EUR 15,500.00 (PLN 66,712.00) - łącznie PLN 90,505.60
484. Hawrył-Adamozyk Katarzyna and Adamczyk Bartosz in the amount of PLN 29,037.80 and CHF 9,000.00
485. HANAMA Rafał Żak in the amount of EUR 3,591.40
486. HatPol Antoni Hat/ Hat Daniel in the amount of PLN 39,462.00
487. Hądz Wacław in the amount of EUR 800.00 (PLN 3,413.92)
488. Helbowicz Aleksander in the amount of EUR 2,500.00 (PLN 10,742.50)
489. Hennek Patryk in the amount of PLN 4,346.29
490. Henzel Jan in the amount of PLN 236.08
491. HMPA Daniel Łorunko in the amount of EUR 10,000.00 (PLN 43,130.00)
492. Hołuta Marcin in the amount of PLN 4,300.00
493. Holak Bernadeta in the amount of EUR 213.59 and PLN 10,274.80
494. Hołubowska Aleksandra in the amount of EUR 2,000.00
495. Hordecki Mateusz in the amount of PLN 4,302.17
496. Hosner Ryszard in the amount of PLN 619.73
497. Hospod Paweł in the amount of PLN 18,003.74
498. Hreczka Krzysztof in the amount of PLN 8,345.98
499. Hryniewicz Marek in the amount of EUR 46,800.05 (PLN 200,000.00)



500. Hudyka - Grzesik Ewelina in the amount of PLN 4,314.00
501. Hudzik Tomasz in the amount of EUR 2,400.00 (PLN 10,271.28)
502. Huk Tomasz in the amount of PLN 2,281.88 (CHF 492.57)
503. Humana Second Hand Poland Sp. z o.o./ Smolicki Jacek in the amount of EUR 16,313.32 (PLN 70,060.82)
504. Hutyra Wioleta in the amount of GBP 5,000.00 (PLN 25,658.50)
505. HyperHub Ltd. With its registered office in England / Damian Puczyński in the amount of PLN 281,666.37, PLN 173,104.00 (EUR 40,517.65), GBP 148,871.51, GBP 20,885.00 (EUR 25,218.73), EUR 13,740.69, USD 12,800.00 (EUR 11,828.76)
506. Mierzejewska Bożena in the amount of PLN 2,143.70
507. Miłcz Bartłomiej in the amount of EUR 2,000.00 (PLN 8,508.00)
508. Moliński Piotr in the amount of EUR 400.92 and PLN 1,615.50
509. Imielski Karol in the amount of GBP 3,100.00 (PLN 15,965.31)
510. Idziaszek Weronika in the amount of EUR 2,000.00 (PLN 8,527.00)
511. Idźkiewicz Marcin in the amount of EUR 1,000.00 (PLN 4,280.92)
512. Łącka Sylwia Grażyna in the amount of PLN 7,400.00 (EUR 1,723.92)
513. Łazuga Marcin in the amount of USD 7,378.55
514. Łyszczek Paweł in the amount of PLN 35,000.00 (GBP 6,733.62)
515. Łyskawa Paweł Stowarzyszenie Krakowski Teatr Tańca in the amount of EUR 3,500.00
516. Łyżwa Przemysław in the amount of EUR 3,000.00
517. Igielski Adam in the amount of USD 25,595.00 (PLN 101,537.92)
518. Ignasiak - Kretowicz Justyna in the amount of CHF 20,000.00 (PLN 90,880.00)
519. Ignasiak Andżelika in the amount of PLN 41,166.60 (EUR 9,500.00)
520. IGNASMET Mariusz Ignatowicz/ Ignatowicz Marcin in the amount of EUR 80,000.00 (PLN 341,336.00)
521. Zięba Bogumił representing Inovatics AGV sp. z o.o. in the amount of EUR 15,653.11 (PLN 67,000.00), USD 42,560.00
522. Zięba Tomasz in the amount of PLN 21,352.00
523. Żak Michał in the amount of PLN 21,931.09 (USD 5,501.00)
524. Żak Katarzyna in the amount of PLN 22,336.50
525. Żak Mirosław in the amount of PLN 3,822.94
526. Żelaśkiewicz Adam in the amount of GBP 2,000.00 and PLN 12,478.80
527. Żołnierczyk Piotr in the amount of EUR 900.00
528. Żukowski Michał Radosław in the amount of EUR 25,000.00 (PLN 107,787.50)
529. Żerański Radosław in the amount of PLN 710.03
530. Żurawka Sławomir in the amount of PLN 1,297.91 (CHF 280.00)
531. Żurawicki Jarosław in the amount of PLN 4,318.87
532. Żurowski Dawid in the amount of PLN 6,330.94 (CAD 2,000.00)
533. Iwanicki Andrzej in the amount of PLN 39,950.00
534. Iwańska Wioleta in the amount of PLN 10,000.00
535. Iwanowski Paweł in the amount of PLN 3,647.26 (EUR 835.32)
536. Iwanowski Tomasz in the amount of CAD 2,711.46
537. Iwanucha - Blumberg Lidia in the amount of PLN 2,154.05
538. INTECH TECHNICAL DOCUMENTATION SP. Z O.O./Kaczorowski Arkadiusz in the amount of EUR 20,000.00 (PLN 85,692.00) and USD 22,000.00 (PLN 86,169.60)
539. Jachowicz Zbigniew in the amount of PLN 14,000.00 (CHF 3,030.25)
540. Jachowski Dariusz in the amount of EUR 400.00 (PLN 1,718.72)
541. Jachimska-Malkiewicz Katarzyna in the amount of PLN 128,700.00 (EUR 30,000.00)
542. Jachna Anna in the amount of PLN 2,408.68 (CHF 524.07)
543. Jackowiak Marcin in the amount of PLN 1,400.00
544. Jackowiak Krzysztof in the amount of EUR 1,051.19
545. Jacków Jacek in the amount of EUR 10,000.00
546. Jadczyk Mateusz in the amount of EUR 2,000.00 (PLN 8,511.60)
547. Jakś Tomasz in the amount of PLN 9,828.59 (EUR 2,300.00)
548. Jakubczak Jarosław in the amount of NOK 40,000.00 (PLN 14,592.00)
549. Jakubczak Przemysław in the amount of NOK 40,000.00
550. Jakubczak Karolina in the amount of PLN 10,000.00
551. Jakubaszek Przemysław in the amount of CHF 14,993.00



552. Jakubiuk Sławomir in the amount of CHF 913.28
553. Jakubowicz Piotr in the amount of PLN 38,739.23
554. Jałowiec Maciej in the amount of PLN 5,188.52 (EUR 1,200.00)
555. Janczy Janusz in the amount of PLN 3,770.56
556. Janeczek Robert in the amount of PLN 175,959.03
557. Janiec Jakub Kacper in the amount of EUR 2,000.00
558. Janik Patryk in the amount of PLN 30,000.00 and EUR 3,000.00
559. Jankowski Mateusz (residing in Dolioe) in the amount of USD 3,000.00 (PLN 11,892.40)
560. Jankowski Mateusz (residing in Giżycko) in the amount of PLN 26,000.00
561. Jankowski Karel in the amount of EUR 3,000.00 (PLN 12,903.40)
562. Jankowski Karol in the amount of GBP 1,327.00 (PLN 6,834.88)
563. cVest sp. z o.o. in the amount of EUR 4,760.00 (PLN 20,487.99)
564. Janowski Robert in the amount of EUR 16,000.00 (PLN 68,516.80)
565. Janowski Mirosław in the amount of PLN 4,375.00
566. Janowski Mariusz in the amount of PLN 2,568.50 (CHF 550.00)
567. Janowski Marcin in the amount of EUR 12,000.00 (PLN 51,703.20)
568. Januszek Maciej in the amount of EUR 62,966.01 (PLN 270,980.52)
569. Jarek Arkadiusz in the amount of EUR 6,200.00 (PLN 26,897.46)
570. Jarecka Barbara Krystyna in the amount of EUR 3,500.00 (PLN 15,055.35)
571. Jargan Tomasz in the amount of EUR 11,170.22
572. Jasina Jarosław in the amount of PLN 90,267.90
573. Jasiewicz Elżbieta in the amount of PLN 43,104.00
574. Jasiok Dawid in the amount of EUR 7,500.00 (PLN 32,112.75)
575. Jaskierny Angelika in the amount of EUR 3,000.00 (PLN 12,818.40)
576. Jaskulski Piotr in the amount of PLN 2,421.02 (CHF 520.00)
577. Jastrzębski Daniel in the amount of EUR 15,841.97 (PLN 67,277.68)
578. Jastrzębowski Tomasz in the amount of EUR 2,566.32 (PLN 11,000.00)
579. Jaros Agnieszka in the amount of PLN 18,001.92
580. Jarosz Wadim in the amount of EUR 504.54
581. Jaworski Łukasz in the amount of EUR 19,091.69 (PLN 82,185.91)
582. Jedliński Marcin in the amount of PLN 12,863.45
583. Jeremin Robert in the amount of PLN 6,000.00
584. Jerzewska - Palmer Teresa in the amount of USD 10,000.00
585. Jerzynowski Karol in the amount of PLN 2,833.33 (CHF 610.00)
586. Jewsiewiecki Bartosz in the amount of EUR 1,700.00 (PLN 7,279.17)
587. Jewtuschenko Andrij in the amount of PLN 1,310.37 (EUR 300.00)
588. Jeż Michał in the amount of PLN 5,000.00 (EUR 1,145.00)
589. Jędruszko Jacek in the amount of PLN 48,852.93
590. Jędrzejek Sebastian in the amount of EUR 4,000.00 (PLN 17,162.40)
591. Jędrzejewicz Przemysław in the amount of PLN 7,075.85, EUR 2,727.39, CHF 455.75 and USD 998.56
592. Jędrzejczak Bartosz in the amount of PLN 7,374.41 (CHF 1,583.00)
593. Jędrzejczyk Marcin EUR 2,205.07
594. Jucha Piotr in the amount of PLN 6,943.76
595. JULEK-TRANS WYSZOGRODZKI/Wyszogrodzki Maciej in the amount of EUR 11,000.00
596. Juchlke Jarosław in the amount of PLN 11,568.60
597. Junkert Hubert in the amount of PLN 4,294.00
598. Jungbardt Tomasz in the amount of EUR 493.71
599. Jurasz Krystian in the amount of EUR 32,166.95 and USD 1,285.73
600. Jurczak Ryszard in the amount of CHF 319.88 and PLN 1,000.00
601. Jurczyk Mateusz in the amount of USD 12,000.00 (PLN 48,132.00)
602. Jurkiewicz Wojciech in the amount of PLN 10,370.98
603. Jurdziński Tomasz in the amount of PLN 779.20 and USD 1,996.00
604. Jus Anna in the amount of EUR 3,000.00 (PLN 12,985.50)
605. Justyński Rafał in the amount of USD 52,452.13, EUR 1,700.46, PLN 25,118.79
606. Juszkiewicz Arkadiusz in the amount of EUR 20,987.28 (PLN 89,934.69)
607. Juszkiewicz Aleksandra in the amount of GBP 440.00 (PLN 2,253.00)

608. Kachel Marek in the amount of CHF 4,363.21 (PLN 20,226.53)
609. Kacprzak Tomasz in the amount of USD 43,300.00 (PLN 168,818.04)
610. Kaczmarek Roman in the amount of EUR 1,000.00 (PLN 4,300.80)
611. Kaczmarek Renata in the amount of PLN 700.00 and EUR 184.84
612. Kaczmarzyk Dagmara in the amount of EUR 23,217.23 and PLN 7,146.80 (EUR 1,650.00)
613. Kaczorowska Olga in the amount of EUR 10,000.00 (PLN 43,025.00)
614. Kaczyńska Anna in the amount of PLN 1,847.78 (CHF 400.56)
615. Kahan Wojciech in the amount of EUR 9,640.00 (PLN 41,857.84)
616. Kaługa Henryk in the amount of PLN 910.04
617. Kałuża Tomasz in the amount of PLN 1,772.44 (EUR 405.00)
618. Kałużny Krzysztof in the amount of USD 4,451.92
619. Kamecki Jerzy in the amount of USD 39,647.00 (PLN 162,386.18)
620. Kamiński Andrzej in the amount of EUR 2,000.00 (PLN 8,640.00)
621. Kamiński Piotr in the amount of PLN 68,004.30
622. Kamiński Paweł in the amount of EUR 9,234.89 (PLN 40,000.00)
623. Kamiński Tomasz in the amount of EUR 2,467.63, USD 1,984.64 and PLN 840.22
624. Kamińska Joanna in the amount of USD 771.07, EUR 4,739.54, PLN 93.72
625. Kamińska Justyna in the amount of EUR 500.00 (PLN 1,300.26)
626. Kamianowski Maciej in the amount of PLN 4,355.30 (EUR 1,000.00)
627. Kamyszek Tomasz in the amount of EUR 3,700.00 (PLN 15,863.77)
628. Kanak Kacper in the amount of PLN 10,358.26
629. Kania Piotr in the amount of EUR 2,215.00 (PLN 9,553.96)
630. Kania Krzysztof in the amount of PLN 15,727.19
631. Kania Agnieszka in the amount of EUR 1,000.00 (PLN 4,337.30)
632. Kanonik Piotr in the amount of EUR 1,500.00 (PLN 6,430.05)
633. Kaleta Mariusz in the amount of EUR 3,000.00 (PLN 12,933.30)
634. Kalicki Jacek in the amount of CZK 42,416.35 and EUR 1,473.69
635. Kalisz Paweł in the amount of PLN 381.35 and CHF 338.83
636. Kalinowski Zbigniew in the amount of PLN 2,361.00 and NOK 274,593.94
637. Kalinowski Piotr in the amount of USD 63,000.00 and PLN 721.43
638. Kaługa Darek in the amount of USD 3,900.00 (PLN 15,302.43)
639. Kasiewicz Alicja in the amount of EUR 200.00 (PLN 848.84)
640. Kasicki Rafał Marian in the amount of PLN 9,425.69 and GBP 18,674.49
641. Kass Łukasz in the amount of EUR 2,600.00 (PLN 11,257.48)
642. Karbownik Piotr in the amount of PLN 397.65 and EUR 7,685.00 (PLN 32,802.65)
643. Karcz Karolina in the amount of PLN 10,221.22
644. Karlińska Justyna in the amount of EUR 950.00 (PLN 4,079.78)
645. Karnecka Viktoria in the amount of EUR 27,200.00 and PLN 10.30
646. Karolowicz Karol in the amount of PLN 55,456.20
647. Karoń Adam and Karoń Małgorzata Warsztat Szewski s.c. in the amount of EUR 20,000.00
648. Karpowicz Agata in the amount of PLN 21,366.80 and EUR 5,000.00
649. Karpiński Adam Marek in the amount of PLN 2,344.38 (CHF 503.42)
650. Karpiński Przemysław in the amount of PLN 46,332.00 and CHF 1,500.00
651. Karpiński Łukasz in the amount of EUR 245.00 and PLN 3,065.75
652. Kazanowski Tomasz in the amount of EUR 200.00 (PLN 860.04)
653. Kazanowski Radosław in the amount of CHF 217.40 and PLN 1,003.18
654. Kaznowski Michał in the amount of PLN 9,000.00
655. Kaziuk Tomasz in the amount of PLN 687.46 and EUR 400.00
656. Kącka Marzena in the amount of PLN 1,308.76 (EUR 300.00)
657. Kielski Leszek in the amount of PLN 50,000.00 (GBP 9,565.23)
658. Kiełtyka Piotr in the amount of PLN 16,044.95
659. Kiełtyka Maciej in the amount of USD 13,715.92
660. Kiepura Sławomir in the amount of PLN 1,200.00, GBP 2,816.37, and CHF 5,165.57
661. Kiermasch Piotr in the amount of EUR 1,901.31, PLN 1,677.25, USD 1,872.90
662. Kierkowski Sylwester in the amount of GBP 9,000.00 (PLN 46,854.00)
663. Kiewicz Andrzej in the amount of PLN 2,899.06 (CHF 620.00)

664. Kurzepa Leszek in the amount of PLN 3,596.18
665. Kurzok Sebastian in the amount of PLN 177,360.41
666. Kik Dawid in the amount of EUR 28,500.00 (PLN 123,313.80)
667. Kiraga Michał in the amount of PLN 5,153.43
668. Kita Elżbleta in the amount of PLN 49,340.75
669. Kitowski Tomasz in the amount of PLN 798.58 and EUR 499.00
670. Kisala Daniel in the amount of PLN 2,142.37
671. Kisiel Dawid in the amount of NOK 40,000.00 (PLN 14,592.00)
672. Kieczewski Łukasz in the amount of PLN 12,662.08
673. Kleinowska Monika in the amount of PLN 721.14
674. Klepacka Beata in the amount of EUR 11,649.04 (PLN 50,000.00)
675. Klęsk Patryk in the amount of PLN 3,987.81
676. Knapczyk Sławomir in the amount of PLN 3,962.71
677. Knot Krzysztof in the amount of GBP 734.29
678. Knyszko Krzysztof in the amount of EUR 1,000.00 (PLN 4,331.20)
679. Kobialka Łukasz in the amount of EUR 3,500.00 (PLN 15,199.10)
680. Kobiałka Grzegorz in the amount of EUR 36,802.18
681. Kobiałka Wioletta in the amount of EUR 28,640.00
682. Kobierski Mariusz in the amount of GBP 22,006.00
683. Kobryn - Bodanka Urszula in the amount of EUR 1,000.00 (PLN 4,299.50)
684. Kobojek Angelika in the amount of EUR 2,000.00 (PLN 8,604.40)
685. Kocik Marzena in the amount of PLN 2,140.80
686. Kociszewska Monika in the amount of PLN 1,856.76 (CHF 400.00)
687. Kocoń Dominik in the amount of PLN 525.16 (CHF 114.00)
688. Konur Sławomir in the amount of EUR 1,000.00
689. Kogut Ireneusz in the amount of PLN 1,171.61 (CHF 231.78)
690. Kołaciak Daniel in the amount of EUR 3,070.00
691. Kołakowski Grzegorz in the amount of PLN 2,282.24 (CHF 496.00)
692. Kołodziej Marcin CAR SYSTEM in the amount of EUR 16,117.52
693. Kołodziej Bartosz in the amount of PLN 45,133.48
694. Kołodziej Zbigniew in the amount of CHF 17,173.29 (PLN 77,448.00)
695. Kołodziejak Remigiusz in the amount of PLN 12,814.62
696. Kołodziejczak Tomasz in the amount of PLN 2,935.65 and EUR 10,400.00
697. Kołodziejczak Witold in the amount of PLN 201,822.08
698. Kołodziejczyk Jakub in the amount of PLN 41,397.70 and EUR 4,284.00
699. Kołodziejski Michał in the amount of PLN 215,880.00 (EUR 50,000.00)
700. Kożuchowski Maciej in the amount of PLN 6,565.05 (EUR 1,500.00)
701. Sopala Konrad in the amount of EUR 9,500.00 (PLN 40,801.55)
702. Socha Justyna in the amount of GBP 70,000.00
703. Sołanko Grzegorz in the amount of EUR 7,353.48 (PLN 31,246.57)
704. Szmagalski Konrad in the amount of USD 171.18
705. MJS SP. Z O.O. SP. K./Szmurio Jarosław in the amount of USD 22,636.00 (PLN 88,923.26)
706. Kopet Paweł in the amount of EUR 464.36 (PLN 2,000.00)
707. Koperczuk Damian in the amount of EUR 1,600.00 (PLN 6,888.00)
708. Koperczuk Renata in the amount of EUR 2,850.00 (PLN 12,270.68)
709. Koperda Tomasz in the amount of PLN 16,368.90
710. Koperwas Kamil in the amount of PLN 25,748.50 and GBP 2,575.33
711. Koralewski Rafał in the amount of PLN 100,000.00
712. Kordaczuk Sławomir in the amount of CHF 586.67 (PLN 2,734.70)
713. Korotkiewicz Adrian in the amount of PLN 17,114.20
714. Korpal Piotr in the amount of EUR 35,818.00 (PLN 154,336.49)
715. Korytowska Małgorzata in the amount of CZK 26,000.00 (PLN 4,306.31)
716. Korus Tomasz in the amount of PLN 6,852.03 (CHF 1,488.72),
717. Korzec-Frejowska Magdalena in the amount of PLN 11,217.00, SEK 40,000.00 (PLN 16,003.00) łącznie PLN 27,220.00
718. WGS Polska sp. z o.o. in the amount of SEK 30,000.00 (PLN 11,277.00)

719. Korzeniewska Barbara in the amount of PLN 130,367.22
720. Kos Tomasz in the amount of PLN 1,004.24
721. Kosakiewicz Michał in the amount of EUR 250.00 (PLN 1,071.50)
722. Kosior Paweł in the amount of PLN 7,653.14,
723. Kosiada Małgorzata in the amount of EUR 10,118.02
724. Kosowski Jarosław in the amount of PLN 18,522.70
725. Kossakowski Janusz in the amount of EUR 6,948.81
726. Kossowska Małgorzata in the amount of PLN 5,915.93 (EUR 1,370.00)
727. Kostecki Marek in the amount of PLN 17,262.21 and EUR 2,367.20
728. Koszuta Robert in the amount of EUR 211.54 and PLN 321.04
729. Kotarski Bartłomiej in the amount of EUR 1,300.00 (PLN 5,635.76)
730. Kotuła Grzegorz in the amount of EUR 1,900.00 (PLN 8,156.70)
731. Kotulak Marcin Krzysztof in the amount of PLN 11,063.52
732. Kotulski Paweł in the amount of USD 17,000.00
733. Kotulska Agnieszka in the amount of EUR 4,713.78
734. Kowalczyk Sylwia in the amount of USD 12,950.00 (PLN 53,326.80)
735. Kowalczyk Krystyna in the amount of PLN 2,061.01 (CHF 446.29)
736. Kowalczyk Michał PLN 2,537.29 (CHF 543.97)
737. Kowal Michał in the amount of PLN 10,088.00
738. Kowol Andrzej in the amount of PLN 5,116.24
739. Kowalewska Izabela in the amount of PLN 26,000.00
740. Kowalewska-Hope Anna in the amount of GBP 200.00 (PLN 1,024.96)
741. Kowalska Beata in the amount of EUR 1,800.00 (PLN 7,773.84)
742. Kowalska Magdalena in the amount of EUR 1,500.00 (PLN 6,480.45)
743. Kowalska Mirela in the amount of SEK 7,275.39, GBP 100.68, JPY 102,087.00
744. Kowalska Katarzyna in the amount of NOK 40,000.00 (PLN 14,504.00)
745. Kowalski Paweł in the amount of EUR 90,000.00 (PLN 385,903.99)
746. Kowalski Janusz in the amount of EUR 2,000.00, USD 3,992.99, PLN 7,693.03
747. Kowalski Piotr in the amount of PLN 950.02 and GBP 2,790.93 (EUR 3,311.22)
748. Kowalik Kazimierz in the amount of PLN 269.40 and EUR 821.07
749. Ludwiński Mariusz in the amount of EUR 4,800.00 (PLN 20,664.96)
750. Koźlik Adrian in the amount of PLN 4,726.47
751. Krajewski Bogdan in the amount of PLN 42,800.00
752. Krajewska Agnieszka in the amount of PLN 3,930.00 (CHF 850.46)
753. Krajza Mariusz in the amount of EUR 1,000.00 (PLN 4,271.30)
754. Kramarski Daniel in the amount of PLN 44,875.54
755. Kras Marek in the amount of EUR 5,624.26 (PLN 22,333.80)
756. Krawczyk Rafał Mirosław in the amount of EUR 5,000.00 (PLN 21,429.00)
757. Krawczyk Michał in the amount of PLN 12,970.80 (EUR 3,000.00)
758. Krawczyk Wojciech in the amount of PLN 42,230.00
759. Kreczko Dariusz in the amount of PLN 14,019.16 and EUR 23,432.23
760. Kregiel Erie in the amount of PLN 90,000.00 (EUR 20,609.38)
761. Kremplewski Mariusz in the amount of USD 5,000.00 (PLN 19,797.00)
762. Krogul Mieczysław in the amount of PLN 32,000.00
763. Krotosik Ewelina in the amount of PLN 14,000.00 (EUR 3,232.62)
764. Krowicki Krzysztof in the amount of PLN 2,509.02 (CHF 538.00)
765. Król-Dębek Marta in the amount of PLN 202,016.80 and EUR 303.32
766. Kruczek Jacek in the amount of PLN 21,663.60
767. Krupa Mariusz in the amount of PLN 2,500.01 and EUR 748.15
768. Krupa Beata in the amount of EUR 1,000.00 (PLN 4,300.00)
769. Krzemień Agnieszka in the amount of PLN 6,000.00 (EUR 1,391.76)
770. Krzemieniewska Monika in the amount of EUR 2,000.00 (PLN 8,632.20)
771. Krzykwa Łukasz in the amount of GBP 2,000.00 (PLN 10,211.88)
772. Krzysztoszek Marta in the amount of USD 4,867.60 (PLN 20,000.00)
773. Krzywańska Patrycja (Stołowska) in the amount of EUR 23,439.00 (PLN 100,808.80)
774. Krzywda Tomasz in the amount of EUR 1,150.00 (PLN 4,913.61)

775. Krzyżanowski Dawid in the amount of EUR 1,875.00 (PLN 8,014.69)
776. Krzyżowski Ireneusz in the amount of PLN 1,470.36
777. Krzyżowski Krzysztof in the amount of NOK 30,000.00 (PLN 10,827.00)
778. Książek Teresa in the amount of PLN 49,862.51 (EUR 11,550.00)
779. Książek Kamil in the amount of EUR 4,500.00
780. Kuc Wiesław in the amount of EUR 60,000.00 (PLN 25,833.60)
781. Kucfir Krzysztof in the amount of EUR 1,500.00 (PLN 6,441.00)
782. Kucharski Artur in the amount of EUR 1,666.00 (PLN 7,136.64)
783. Kucharski Arkadiusz in the amount of USD 1,460.85
784. Kucharski Robert Tadeusz in the amount of PLN 63,724.45
785. Kuchta Michał in the amount of PLN 11,233.44 (CHF 2,400.00)
786. Kuczek Piotr in the amount of USD 992.65 (PLN 3,878.88)
787. Kuczyński Piotr in the amount of PLN 15,414.30
788. Kujawiak Marian in the amount of EUR 490.00 (PLN 2,126.40)
789. Kukuła Michał in the amount of USD 45,000.00 (PLN 179,095.50)
790. Kulbacki Wojciech in the amount of PLN 14,729.88 (USD 3,610.00)
791. Kulewicz Piotr in the amount of PLN 17,170.76
792. Kuleczka Piotr in the amount of EUR 17,000.00 (PLN 72,790.60)
793. Kulka Mateusz in the amount of PLN 34,733.60
794. Kulka Marcin in the amount of EUR 1,000.00 (PLN 4,326.80)
795. Kulikov Vladyslav in the amount of PLN 2,600.00
796. Kuligowski Adam in the amount of PLN 2,160.55
797. Kura Wojciech in the amount of EUR 11,130.00 (PLN 47,851.21)
798. Kurat Sebastian in the amount of PLN 51,500.00
799. Kurek Radosław in the amount of PLN 2,554.34 and EUR 898.96
800. Kurnik Piotr in the amount of PLN 5,667.90
801. Kurzydło Kamil in the amount of EUR 1,168.00 (PLN 5,054.05)
802. Midas sp. z o.o. in the amount of EUR 6,086.22 (PLN 26,351.51)
803. Kwasiborski Krzysztof in the amount of PLN 1,511.09 (EUR 350.00)
804. Kwaśniewska Katarzyna in the amount of EUR 2,150.00 (PLN 9,195.55)
805. Kwiatek Kamil in the amount of PLN 1,758.98
806. Kwiatkowska - Kwarta Danuta in the amount of EUR 2,000.00 (PLN 8,637.80)
807. Kwiatkowski Arkadiusz in the amount of PLN 30,223.51
808. Kwiatkowski Jakub in the amount of PLN 6,500.00 (CHF 1,400.71)
809. Kwiecińska-Awieruk Sylwia in the amount of CHF 10,171.88 (PLN 47,114.50)
810. Klimas Piotr Marek in the amount of PLN 11,785.46, EUR 100.20
811. Klimko-Kardel Sylwia in the amount of USD 3,449.81
812. Klimowicz Daniel in the amount of PLN 1,294.66
813. Klishevich Viktoryja in the amount of PLN 193,707.50 and EUR 10,000.00
814. Kyrcz Marta in the amount of CHF 847.47
815. Lach Katarzyna in the amount of CHF 17,430.99 (PLN 80,254.00)
816. Lachiewicz Czesław in the amount of PLN 7,944.00 and EUR 121,887.00
817. Lalewicz Anna in the amount of PLN 1,366.66 (CHF 296.00)
818. Lampka Anna in the amount of PLN 20,000.00 (EUR 4,616.93)
819. Langowski Adrian in the amount of PLN 270,000.00 (EUR 62,712.24)
820. Lankamer Maria in the amount of EUR 1,750.02
821. Laszczyk Ireneusz in the amount of USD 6,880.00
822. Natalia Langa LAN-WOOD HOUSE sp. z.o.o in the amount of EUR 60,000.00 (PLN 258,000.00)
823. Nadolna Marta in the amount of PLN 2,000.00 (CHF 434.53)
824. Nadolny Piotr in the amount of GBP 3,290.00 (PLN 16,980.00)
825. Nazarewski Stefan in the amount of PLN 25,005.00 (EUR 5,707.24)
826. Lech Mirosław in the amount of CHF 1,800.00 (PLN 8,190.18)
827. Lebioda Adrian in the amount of EUR 23.12, PLN 1,895.00, USD 1,001.46
828. Legierska Daria in the amount of PLN 2,600.00, EUR 6,000.00 (PLN 25,820.00), and EUR 6,562.00
829. Legat Radosław in the amount of NOK 6,614.99
830. Leitgeber Adrian in the amount of EUR 1,940.00 (PLN 8,332.43)

831. Leitermeier Aleksandra in the amount of EUR 4,000.00 (PLN 17,174.80)
832. Lenarczyk Michał in the amount of EUR 47,556.00 (PLN 201,894.24)
833. Leonowicz Lea in the amount of PLN 1,284.48
834. Lepich Marcin in the amount of PLN 2,478.00 and USD 11,220.23
835. Lesnal Marcin Mariusz in the amount of EUR 1,500.00 (PLN 6,422.85)
836. Lesiak Sławomir in the amount of EUR 2,865.00 (PLN 12,180.55)
837. Leszczyński Łukasz in the amount of EUR 50.00 (PLN 214.46)
838. Leszczyński Marcin in the amount of EUR 218.28, PLN 150.00, GBP 23.73
839. Leśniak Wojciech in the amount of PLN 42,831.24 and EUR 9,590.00
840. Leśniak Adrian in the amount of PLN 19,783.74
841. Leśniewski Michał in the amount of TRY 2,850.43 and PLN 4,343.96
842. Leśniewski Paweł in the amount of USD 40,000.00
843. Lettly sp. z o.o. Jakub Orłowski in the amount of EUR 90,000.00 (PLN 387,162.00)
844. Lew Natalia in the amount of PLN 21,530.03
845. Lewko Marian in the amount of SEK 55,000.00 (PLN 20,641.50)
846. Lewandowska Dorota in the amount of PLN 1,871.07 (CHF 402.00)
847. Lewalski Karol in the amount of PLN 13,565.94
848. Lewandowska Marlena in the amount of EUR 39.20
849. Linkiewicz Mateusz in the amount of PLN 4,284.60
850. Lievore Luca in the amount of PLN 21,380.00 (EUR 5,005.38)
851. Lipecka Anna in the amount of PLN 200.00 and CHF 1,911.13
852. Lipka Jacek in the amount of PLN 3,226.99 (EUR 740.00)
853. Lipiński Krzysztof in the amount of PLN 19,170.10
854. Lipiec Katarzyna in the amount of EUR 1,300.00 (PLN 5,541.72)
855. Lipińska Ewa in the amount of PLN 14,332.00 and EUR 3,032.00
856. Lisiak Iwona in the amount of PLN 2,658.70 (CHF 576.00)
857. Lisiecki Piotr in the amount of PLN 42,117.17
858. Lisowski Michał in the amount of PLN 12,910.50
859. Lisowski Piotr, Agata in the amount of EUR 2,000.00
860. Lisowski Janusz Piotr in the amount of EUR 2,267.00 and PLN 830.00
861. Liwak - Marzec Katarzyna in the amount of PLN 2,582.88
862. Lubaś Krzysztof in the amount of PLN 18,301.02
863. Lubiński Piotr in the amount of EUR 400.00 (PLN 1,715.44)
864. Lubojański Łukasz in the amount of PLN 12,731.43
865. Ludera Filip in the amount of PLN 14,060.61
866. Ludwiński Mariusz in the amount of EUR 4,800.00 (PLN 20,664.96)
867. Lulek Grzegorz in the amount of USD 1,150.00
868. Lusting Jarosław in the amount of EUR 896.37
869. Skrok Lucjan in the amount of EUR 15,000.00 (PLN 64,662.00)
870. Skrobała Dariusz in the amount of PLN 10,000.00 (EUR 2,322.72)
871. Skrobek Marek in the amount of PLN 7,000.00 (USD 1,700.85)
872. Łabaj Maciej Jan in the amount of PLN 9,620.05 and EUR 2,000.00
873. Łach Maciej in the amount of PLN 22,799.00
874. Łachocka Paulina in the amount of EUR 8,067.56
875. Łajdyk Krystian in the amount of PLN 9,391.00 and GBP 1,000.00
876. Łask Elżbieta in the amount of PLN 1,077.28 (EUR 250.00)
877. Łaskowski Jacek in the amount of PLN 3,516.10 (CHF 760.00)
878. Łaskowska Paulina in the amount of USD 25,500.00 (PLN 99,735.60)
879. Łasisz Dominik in the amount of PLN 2,380.95 (EUR 550.00)
880. Łata Marta in the amount of PLN 155,858.57
881. Łata Arkadiusz in the amount of EUR 4,700.00 (PLN 20,232.80)
882. Łata Leszek in the amount of EUR 2,000.00
883. Łazewaki Bartosz in the amount of PLN 30,000.00
884. Łomacz Grzegorz in the amount of EUR 1,582.04
885. Abble Łątka Sławomir in the amount of EUR 57,000.00 (PLN 246,148.00)
886. Łukasik Aneta in the amount of PLN 8,588.40 and EUR 2,000.00



887. Łukasiuk Adam in the amount of USD 3,500.00
888. Łuczków Patryk in the amount of EUR 1,950.00 (PLN 8,341.90)
889. Madko Sebastian in the amount of USD 3,277.13 (PLN 12,845.27)
890. Madej Piotr in the amount of EUR 109.12, PLN 172.22, and CHF 5,889.65
891. Madej Mirosław in the amount of PLN 8,316.54 (CHF 1,800.00), PLN 31,179.60 (GBP 6,000.00), PLN 2,045.50 (USD 500.00),
892. Markot Aniela in the amount of EUR 27,000.00 (PLN 115,927.20)
893. Madejski Tomasz in the amount of EUR 537.74 (PLN 2,324.54)
894. Madejski Łukasz in the amount of USD 2,477.39
895. Madrak Jerzy in the amount of PLN 24,189.60 (USD 6,000.00)
896. Magnuszewski Łukasz in the amount of PLN 24,353.31
897. Maik Karolina in the amount of PLN 2,788.57
898. Maj Krzysztof in the amount of GBP 10,000.00 (PLN 51,456.00)
899. Maj Rafał in the amount of CHF 15,000.00 (PLN 69,013.50)
900. Majchrzyk Robert, Polkowski Łukasz rodzina in the amount of PLN 2,552.00
901. Majewski Wojciech in the amount of USD 19,000.00 and PLN 43,452.70
902. Majewski Hubert in the amount of USD 28,200.00
903. Majka Dariusz in the amount of PLN 8,670.80
904. Majka Kamil in the amount of EUR 3,500.00 (PLN 15,119.65)
905. Majka Grzegorz in the amount of PLN 40,511.01
906. Majgier Aron in the amount of PLN 19,671.50
907. Majorek Michał in the amount of EUR 1,000.00 (PLN 4,294.10)
908. Malatyński Jacek in the amount of USD 3,965.00 (PLN 15,769.89)
909. Malinowska-Paculá Hanna in the amount of PLN 14,439.21
910. Maliński Bartosz in the amount of USD 25,408.86
911. Małek Aleksandra in the amount of EUR 1,320.00 (PLN 6,504.57)
912. Małek Małgorzata in the amount of EUR 2,090.45
913. Małecki Zbigniew in the amount of EUR 1,700.00 (PLN 7,274.74)
914. Małż Mariusz in the amount of PLN 14,469.76
915. Marfiany Monika in the amount of EUR 1,000.00 (PLN 4,275.60)
916. Rogowska Marcelina in the amount of EUR 3,200.00 (PLN 13,730.04)
917. Marciniak Dawid in the amount of PLN 80,000.00 and EUR 96,114.98
918. Marcinkowska Iwona in the amount of PLN 2,467.04 (CHF 530.00)
919. Marchewka Anna in the amount of PLN 1,515.66
920. Marchut Maria in the amount of CHF 3,000.00 (PLN 13,776.30)
921. Marczak Mateusz in the amount of PLN 325,000.00
922. Marques Justyna in the amount of EUR 5,000.00 (PLN 21,627.50)
923. Masalski Paweł in the amount of PLN 10,000.00 and EUR 320.00
924. Mastela Mateusz in the amount of EUR 25,000.00 (PLN 106,097.50)
925. Muskus Marta in the amount of EUR 1,279.00 (PLN 5,546.00)
926. Marszał Anna in the amount of PLN 60,978.32
927. Marina U. (bd) (marina.frontdev@gmail.com) in the amount of EUR 2,515.00 (PLN 10,765.45)
928. Marszałek Józef in the amount of EUR 615.00 and PLN 5,340.00
929. Marszałkowski Cezary in the amount of GBP 28,000.00
930. Matelska Weronika in the amount of CHF 10,000.00 (PLN 45,840.00)
931. Mateja Piotr in the amount of EUR 5,000.00 and PLN 21,300.50
932. Matkowski Paweł in the amount of EUR 700.00 (PLN 3,003.70)
933. Matuszelański Dariusz in the amount of PLN 110,866.71
934. Matyjaszczyk Sonia in the amount of PLN 4,283.08
935. MATODLEW RYSZARD ŚWIERCZ SP. JAWNA/Świercz Ryszard in the amount of PLN 90,000.00 (EUR 21,058.05)
936. Maziarek Artur in the amount of PLN 9,500.00
937. Maziarz Monika in the amount of EUR 1,320.00 (PLN 5,643.53)
938. Mazur Anna in the amount of PLN 1,369.88 (CHF 293.00)
939. Mazur Dariusz (mail: dmazur.76@gmail.com, residing in Bydgoszcz) in the amount of PLN 5,077.94
940. Mazur Dariusz (mail: dareczekk@O2.pl, residing in Warszawa) in the amount of PLN 2,404.57 (CHF

515.57)

941. Mazur Kacper Filip in the amount of USD 4,664.00 (PLN 18,202.55)
942. Mazur Paweł in the amount of PLN 4,350.00 (EUR 1,002.70)
943. Mazurkiewicz Agnieszka in the amount of CHF 243.18 and PLN 113.30
944. Medyński Paweł in the amount of PLN 1,756.13 and CHF 401.67
945. Mendyk Dominik in the amount of EUR 2,150.00 (PLN 9,276.39)
946. Mendyk Konrad in the amount of EUR 1,358.40
947. Mentel Marcin in the amount of EUR 300.00 (PLN 1,287.09)
948. Merzouk Marino San Lorenzo in the amount of EUR 10,000.00 (PLN 43,347.00)
949. MERCANTE Sp. z o.o./ Rowiński Tymoteusz in the amount of PLN 4,149.64 (PLN 16,169.45)
950. MERPOL Sp. Jawna/ Kula Ryszard in the amount of EUR 314.51
951. Merler Bartłomiej in the amount of PLN 3,193.45 (CHF 686.72)
952. Michnik Artur in the amount of PLN 3,567.46 and CHF 470.95
953. Michna Piotr in the amount of EUR 1,100.00
954. Miecznik Magdalena in the amount of CHF 6,700.00 (PLN 30,556.02)
955. Mieczkowski Marcin in the amount of PLN 902.82 (CHF 194.61)
956. Megger Adrian in the amount of PLN 8,351.28 (CHF 1,800.00)
957. MILLGRAND sp. z o.o. in the amount of PLN 472,481.45
958. Mieleszko Paweł in the amount of PLN 20,000.00 (EUR 4,597.70)
959. Mielcarek Adam in the amount of NOK 1,083,436.48 (PLN 408,347.21) and SEK 154,290.97 (PLN 58,970.01) - łącznie PLN 467,317.22
960. Mielczarek Tomasz in the amount of TRY 19,922.18
961. Milanowski Paweł in the amount of EUR 5,082.39, USD 7,559.00, PLN 85,080.80
962. Milejski Łukasz in the amount of CHF 627.01
963. Miłko Edyta in the amount of USD 7,000.00 and PLN 30,000.00
964. Mieszczanin Maria in the amount of PLN 19,155.90
965. Mieszkowski Arkadiusz in the amount of EUR 11,000.00 (PLN 47,565.10)
966. Mieszkowski Damian in the amount of EUR 934.69
967. Michalski Piotr in the amount of USD 26,891.22 (PLN 108,774.73)
968. Michalczuk Marek in the amount of EUR 5,700.00 (PLN 2,437.21)
969. Michalczyk Piotr in the amount of PLN 49,500.00 (GBP 9,493.97)
970. Michałowicz Karolina in the amount of EUR 1,350.00 (PLN 5,780.43)
971. Michałowicz Marek in the amount of EUR 9,920.18
972. Michaś Tomasz in the amount of PLN 71,000.00
973. Michoń - Bres Violetta in the amount of PLN 301.85 and EUR 7,659.10
974. Miklewska Klaudyna in the amount of EUR 1,500.00 (PLN 6,426.30) – determine whether there were 2 identical transactions
975. Misiak Anna in the amount of PLN 30,000.00 (EUR 6,915.15)
976. Misiaszek Magdalena in the amount of PLN 42,923.00
977. Misiukanis Jarosław in the amount of EUR 5,000.00 (PLN 21,650.00)
978. Miksa Kamil Łukasz in the amount of PLN 23,534.00
979. Mikszewicz Paula in the amount of PLN 17,594.00 (EUR 4,111.17)
980. Mirkowska Małgorzata in the amount of EUR 4,500.00
981. Miszewski Arkadiusz in the amount of PLN 4,288.70
982. Miszczak Kamil in the amount of USD 7,013.67
983. Misział Mirosław in the amount of EUR 1,998.83
984. Moczydłowski Andrzej in the amount of EUR 2,000.00 (PLN 8,600.00)
985. Modziolewski Marek in the amount of PLN 40,000.00 (EUR 9,233.61)
986. Mojsa Mariusz in the amount of GBP 1,990.00
987. Mommers Irena in the amount of EUR 5,000.00 (PLN 21,396.00)
988. Montaż Partner/ Filarowska Barbara in the amount of PLN 73,000.00
989. Molak - Tomsia Martyna in the amount of PLN 17,329.00 (EUR 4,000.00)
990. Molendowski Grzegorz in the amount of PLN 18,400.00
991. Mol Marian in the amount of USD 9,520.49
992. Oryl Monika in the amount of PLN 192,814.80
993. Oryniak Piotr in the amount of PLN 2,241.50



EXT PIORO-00378

994. Morawiak Borys in the amount of EUR 1,700.00 (PLN 7,313.06)
995. Moraczewski Patryk in the amount of EUR 1,800.00 (PLN 7,785.36)
996. Mordarska Julia in the amount of EUR 500.00 (PLN 2,141.45)
997. Moritz Rafał Paweł in the amount of PLN 20,154.60
998. MOSTAL Piotr Jakubowski/Jakubowski Piotr Czesław in the amount of EUR 21,100.00 (PLN 89,685.55)
999. Motylewicz Mirosław in the amount of GBP 20,000.00 (PLN 103,998.00)
1000. Możdzierzewska Katarzyna in the amount of EUR 473.81
1001. Mroczkowski Paweł in the amount of PLN 8,909.91
1002. Mroczek Jakub in the amount of PLN 4,265.25
1003. Mroczyńska Martyna in the amount of EUR 100.00 (PLN 424.19)
1004. Mroszozak Marcin in the amount of EUR 1,500.00 (PLN 6,499.95)
1005. Mrozek Damian in the amount of PLN 61,457.45 and EUR 4,161.23
1006. Mrozik Mateusz in the amount of PLN 300,000.00 (EUR 69,709.08)
1007. Muca Piotr in the amount of EUR 6,678.00 (PLN 28,898.38)
1008. Muchowski Marcin in the amount of EUR 1,003.00 (PLN 4,301.16) and PLN 429.00
1009. Mucha Beata in the amount of PLN 25,886.26, USD 1,031.60, EUR 10,030.79
1010. Mulawa Emil in the amount of PLN 6,584.04
1011. Muller Raimund in the amount of PLN 89,000.00
1012. Muntowski Piotr in the amount of NOK 30,000.00 (PLN 11,004.00)
1013. Murawski Piotr in the amount of PLN 66,000.00
1014. Musielak-Ulaszewska Agnieszka in the amount of CHF 70,737.94 (PLN 324,927.65)
1015. Muszyc Marcin in the amount of PLN 1,811.16, USD 3,300.00, EUR 1,900.00
1016. Muszyński Krzysztof in the amount of EUR 791.02
1017. Mycka Ewa in the amount of EUR 2,000.00 (PLN 8,600.40)
1018. Myna Jacek in the amount of USD 11,305.00 (PLN 46,996.02)
1019. Mysłek Witold in the amount of PLN 2,138.20 (EUR 500.00)
1020. Myśliński Marcin in the amount of PLN 56,346.00
1021. Myśliwa Anna in the amount of PLN 41,180.60
1022. Myśliwiec Isabella in the amount of PLN 52,682.36
1023. Myśliwiec Artur in the amount of PLN 31,759.47
1024. Napierała Marek in the amount of PLN 10,113.22
1025. Napora Łukasz in the amount of PLN 61,009.51, USD 7,000.00
1026. Napora Paulina in the amount of PLN 1,911.01 (CHF 410.00)
1027. Najman Dariusz in the amount of PLN 20,338.42
1028. Narejko Rafał in the amount of EUR 10,000.00 (PLN 42,817.50) and PLN 4,000.00 - łącznie PLN 46,817.50
1029. Nawrocka Natalia in the amount of PLN 4,283.60
1030. Niatkowski Patryk in the amount of PLN 5,577.22 and EUR 17,357.40
1031. Timex Logistics sp. z o.o. represented by Nessel Joanna in the amount of PLN 38,746.80
1032. TIMECAMP S.A./Rudnicki Kamil/Ciborski Kamil in the amount of USD 120,000.00 (PLN 470,340.00)
1033. IMPOL sarl in the amount of EUR 959.07 and PLN 1,117.13
1034. Neffe Alice in the amount of EUR 3,000.00 (PLN 12,738.00)
1035. Nerc Anna in the amount of EUR 4,800.00 and PLN 2,855.82
1036. Niedzielski Rafał in the amount of EUR 253.92 (PLN 1,086.30)
1037. Niedziela Jacek in the amount of EUR 259.40
1038. Niemiec Tomasz in the amount of PLN 5,315.00, EUR 29.86
1039. Niemiec Henryk in the amount of PLN 6,858.51
1040. Niemiec Krystian in the amount of EUR 1,004.40 (PLN 4,348.43)
1041. Niemirowski Mateusz in the amount of EUR 1,200.00 (PLN 5,086.32)
1042. Niestój Anna in the amount of PLN 5,642.29
1043. Nieznalski Norbert in the amount of GBP 400.00 (PLN 2,053.40)
1044. Nikiel Józef in the amount of GBP 1,500.00 (PLN 7,650.70)
1045. Nikiel Marcin in the amount of EUR 522.00
1046. Niklas Monika in the amount of PLN 6,461.80
1047. Niklewicz Nikodem in the amount of PLN 560.00, EUR 1,320.73
1048. Nikliborc Marcin in the amount of USD 10,000.00 (PLN 39,676.00)



1049. Niziolek Radosław in the amount of PLN 2,697.95 (CHF 586.69)
1050. Nulka-Wiśniewski Karol in the amount of EUR 150.00 (PLN 641.37)
1051. Nowak Kamil in the amount of PLN 6,415.65
1052. Nowak Mariusz in the amount of PLN 14,388.13
1053. Nowakowska Diana in the amount of EUR 400.00
1054. Nowakowski Marek in the amount of PLN 1,578.13
1055. PCG ACADEMIA sp. z o.o. represented by Nowak Łukasz in the amount of CHF 101,600.00 (PLN 468,564.09)
1056. Nowicka Anna in the amount of PLN 1,499.56
1057. Nowicka Karolina in the amount of PLN 34,926.80 (EUR 8,010.00)
1058. Nowicki Krzysztof in the amount of PLN 3,500.00 (EUR 817.18)
1059. Nowicki Karol in the amount of PLN 716.00
1060. Nowicki Rafał in the amount of PLN 24,188.85
1061. Nowińska Małgorzata in the amount of GBP 15,000.00 (PLN 78,603.00)
1062. Nowryta Dariusz in the amount of PLN 5,138.00
1063. Nyklarz Przemysław in the amount of PLN 1,130.63 and EUR 11.45
1064. JK Elektro Technic/ Jakub Koszorek in the amount of PLN 120,352.40
1065. Lorenc Michał/Lorenc Iga in the amount of EUR 10,000.00 (PLN 43,290.00)
1066. Lorek Karolina in the amount of GBP 6,000.00 (PLN 31,021.80)
1067. Obidziński Adam in the amount of PLN 11,961.38
1068. Ochijewicz Jacek in the amount of PLN 497.90 and EUR 3,500.00
1069. Ochocki Michał in the amount of EUR 1,139.93
1070. Oczoś Agnieszka in the amount of PLN 37,315.00 (GBP 7,182.75)
1071. Oczkowicz Azoari Barbara in the amount of PLN 82,818.72
1072. Olender Paulina in the amount of PLN 51,264.00
1073. Oleksy Maciej in the amount of PLN 19,921.68 (EUR 4,600.00)
1074. Olejniczak Michał in the amount of PLN 197,725.91 and EUR 368.18
1075. Olesiński Tomasz in the amount of GBP 500.00 (USD 642.10)
1076. Olesiak Marek in the amount of PLN 34,190.00
1077. Onyszkiewicz Piotr in the amount of USD 2,726.84 and PLN 461.48
1078. Opanowicz Ariel PLN 11,031.00
1079. Operchał Paweł in the amount of PLN 7,900.00 and EUR 1,345.92
1080. Ornowicz Agnieszka in the amount of EUR 1,000.00 (PLN 4,265.80)
1081. Orłowicz Bartosz in the amount of PLN 6,871.68 (EUR 1,600.00)
1082. Orłowicz-Grzymkowska Katarzyna in the amount of EUR 16,991.35 (PLN 73,117.18)
1083. Osman Grzegorz in the amount of PLN 3,122.80 (CHF 670.00)
1084. Osmola Piotr in the amount of PLN 66,919.90 and USD 6,718.39
1085. Osowski Maciej in the amount of PLN 5,687.55
1086. Osowski Rafał in the amount of EUR 8,000.00 (PLN 34,412.80)
1087. Ossowski Arkadiusz Piotr in the amount of EUR 3,279.35
1088. Ossowski Paweł/Ossowska Katarzyna in the amount of EUR 2,775.00 (PLN 11,923.36)
1089. Ossowski Zbigniew in the amount of PLN 12,000.00 (CHF 2,574.44)
1090. Ostap Krzysztof in the amount of EUR 3,000.00 (PLN 12,904.80)
1091. Ostrowski Oskar in the amount of PLN 15,405.90
1092. Osypński Tomasz in the amount of PLN 10,675.00 (EUR 2,500.00)
1093. Orthwein Ludwik in the amount of CHF 1,200.28 and EUR 5,610.69 (PLN 24,000.00)
1094. Otten Karina in the amount of PLN 5,106.36
1095. Owczarczak Przemysław in the amount of PLN 2,500.00 (CHF 540.12)
1096. Owczarek Daniel in the amount of PLN 30,035.60
1097. Owczarek Robert in the amount of JPY 2,590,676.00
1098. Pabiasz Bartłomiej in the amount of EUR 3,884.75 (PLN 16,833.50)
1099. Paczoski Krystian Jakub in the amount of PLN 8,568.60
1100. Pachla Paweł in the amount of PLN 130,000.00
1101. Pacholak Joanna in the amount of EUR 41,698.84
1102. Pacuła Izabela in the amount of PLN 6,166.51 (EUR 1,440.00)
1103. Pączka Przemysław in the amount of USD 545.93



EXT-PIORO 00480

1104. Pajączkowski Emilian in the amount of PLN 7,351.36
1105. Pająk marek in the amount of NOK 49,875.00
1106. Pajor Tomasz in the amount of PLN 10,008.90
1107. Pieński Michał in the amount of PLN 35,365.50
1108. Picek Ewa in the amount of EUR 1,488.47 (PLN 6,391.43)
1109. Firma Handlowo-Usługowa „EmKaMa" Marcel Bestvater/Bestvater Marcel Patrick in the amount of EUR 35,000.00 (PLN 151,690.00)
1110. Firma Handlowa ART. AGD Artur Trąbka in the amount of PLN 333,704.25 (USD 82,500.00)
1111. Pijałkowski Tomasz in the amount of PLN 4,126.93
1112. Fiedoruk Marcin in the amount of PLN 113,015.16
1113. Fiedoruk Paula in the amount of PLN 122,081.26
1114. Fietz Tomasz in the amount of GBP 350.00 (PLN 1,778.75)
1115. Fit Michał in the amount of PLN 1,865.19 (EUR 433.00)
1116. PPH ELEGANT MAN Sp. J./Pakuła Dariusz represented by Pakuła Dariusz in the amount of PLN 85,902.00
1117. PHU Sklep Narzędziowy TYTAN Przemysław Surel /Jarosław Surel in the amount of USD 7,455.82 and EUR 3,464.12
1118. Skupska Natalia in the amount of PLN 16,336.79
1119. Skurat Bogumił PLN 2,087.70 (CHF 448.91)
1120. Pańka Piotr in the amount of GBP 5,000.00 (PLN 26,001.00)
1121. Pańkowski Marcin in the amount of PLN 5,522.14, EUR 1,353.74, USD 208.16
1122. Palarczyk Wojciech in the amount of EUR 998.84
1123. Paluch Filip in the amount of PLN 17,090.40, EUR 1,300.00
1124. Pałuchlewicz Grzegorz in the amount of PLN 2,799.00 (CHF 602.00)
1125. Pałusiński Michał in the amount of PLN 3,144.48 (CHF 681.45)
1126. Palgont Michał Czaja in the amount of PLN 67,496.16
1127. Palmowski Robert in the amount of PLN 100,000.00
1128. PAKKAR Sp. z o.o./Kucz Paweł in the amount of EUR 15,000.00
1129. Panas Anna in the amount of PLN 1,170.67
1130. Paplicki Łukasz in the amount of PLN 2,222.00
1131. Paradyż Krzysztof in the amount of PLN 5,163.84
1132. Parczyńska Anela in the amount of EUR 378.54
1133. Parandowicz Tomasz in the amount of USD 32,000.00 (PLN 128,355.20)
1134. Parzybut Paweł/ Parzybut Beata in the amount of PLN 13,800.00 (USD 3,442.51)
1135. Pasek Irena in the amount of PLN 10,914.50 (EUR 2,500.00)
1136. Pasieczna - Dixit Aleksandra in the amount of EUR 967.66 and PLN 1,647.28
1137. Paśko Bartosz in the amount of USD 3,419.97 and EUR 1,000.00
1138. Paszkiewicz Adam in the amount of EUR 1,393.94 (PLN 5,961.18)
1139. Paszkot Daniel Jan in the amount of EUR 1,200.00
1140. Paszkowski Norbert in the amount of EUR 1,600.00 (PLN 6,927.41)
1141. Patallas Daniel in the amount of PLN 27,462.06
1142. Paterek Krystian in the amount of CHF 264.00
1143. Pawelska Hanna Maria in the amount of PLN 3,804.29
1144. Pawlak Marlena in the amount of PLN 141,075.21
1145. Pawlak Karol in the amount of PLN 2,117.19 (CHF 456.33)
1146. Pawlik Małgorzata in the amount of EUR 5,890.00 (PLN 25,250.43)
1147. Pawlikowski Tomasz in the amount of PLN 2,113.96
1148. Pawłowska Justyna in the amount of PLN 10,232.40
1149. Pawłowski Krzysztof in the amount of EUR 25,251.16
1150. Pawłowski Daniel in the amount of PLN 2,513.70
1151. Pawski Grzegorz Jan in the amount of CHF 4,000.00
1152. Paziak Artur in the amount of PLN 4,236.78
1153. Perduta Marzena in the amount of PLN 1,800.00 (EUR 411.78)
1154. Perzanowski Dariusz in the amount of EUR 8,000.00 (PLN 34,436.80)
1155. Peo Monika in the amount of CHF 496.65
1156. Pelc Krystian in the amount of CHF 12,500.00



EXT-PLO22-00381

1157. Pełka Monika in the amount of EUR 1,000.00 (PLN 4,263.30)
1158. Pełka Pawel in the amount of PLN 866.00
1159. Pepek Filip in the amount of EUR 3,100.00 (PLN 13,304.89)
1160. Pędlowski Zbigniew in the amount of PLN 3,207.98 (EUR 732.95)
1161. Petlak Grzegorz in the amount of PLN 10,008.45
1162. Pielfer Tomasz in the amount of PLN 2,500.00 (EUR 578.13)
1163. Piasecki Krzysztof in the amount of CHF 3,000.00 (PLN 13,727.79)
1164. Piasecki Grzegorz in the amount of NOK 102,000.00 (PLN 36,911.23)
1165. Piasecki Dariusz in the amount of EUR 11,600.00 and PLN 5,043.00
1166. Piątkowski Adam GBP 200.11 (PLN 1,000.00)
1167. Piątkowski Grzegorz in the amount of PLN 971.00
1168. Piecha Piotr in the amount of PLN 5,000.00
1169. Piechota Piotr in the amount of PLN 1,013.45 (USD 250.00)
1170. Piechota Adam in the amount of PLN 8,564.00 and SEK 150,000.00
1171. Pieczonka Grzegorz in the amount of PLN 85,998.00, EUR 1,800.00
1172. Pieczyński Andrzej in the amount of CHF 505.00
1173. Pieniądz Jarosław in the amount of PLN 4,306.30 (EUR 1,000.00)
1174. Piekarski Bartosz in the amount of EUR 2,597.00 (PLN 11,107.89)
1175. Pierchała Jarosław in the amount of PLN 2,197.57 (USD 551.42)
1176. Piesyk Marcin in the amount of PLN 103,655.43
1177. Pieściński Adrian in the amount of EUR 1,437.00 (PLN 6,212.15)
1178. Pietkiewicz Jerzy in the amount of PLN 3,237.65
1179. Pietrzak Tomasz in the amount of USD 7,525.32 (PLN 29,809.00)
1180. Pietrzak Przemysław in the amount of EUR 7,000.00 (PLN 30,011.10)
1181. Pietraszkiewicz Marta in the amount of PLN 874.98 (CHF 188.57)
1182. Pietraszkiewicz Philip Thomas in the amount of PLN 535,000.00 (AUD 200,765.55)
1183. Pietruszka Mateusz in the amount of USD 1,203.63
1184. Piękot Adrian Marcin in the amount of PLN 3,034.78
1185. Pięta Danuta in the amount of CHF 2,700.00
1186. Pikuliński Kamil in the amount of EUR 1,000.00 (PLN 4,278.20)
1187. Pikula Jerzy in the amount of GBP 3,967.80 and PLN 500.00
1188. Pilat Agnieszka USD 2,000.00
1189. Pisarczyk-Lyczywek Lucyna in the amount of PLN 43,684.16
1190. Pisarzak Marcin in the amount of EUR 1,376.25
1191. Pisanko Elżbieta in the amount of EUR 259.07
1192. Pióro Krystian in the amount of EUR 8,249.91 (USD 8,900.00)
1193. Piórko Mateusz Marcin in the amount of EUR 4,000.00 (PLN 17,339.35)
1194. Piwnik Barbara in the amount of PLN 8,915.34
1195. Piwowarski Jarosław in the amount of PLN 3,009.96
1196. Piwowarczyk Tomasz in the amount of EUR 17,696.00, USD 34.68, PLN 88.33, CHF 13,552.59
1197. Bogdan Łukaszewicz representing PLANTAGO in the amount of PLN 3,463.23
1198. Plaskota Daniel in the amount of EUR 2,545.00 (PLN 10,954.70)
1199. Plewa Danuta in the amount of EUR 1,000.00 (PLN 4,314.40)
1200. Plucik Jarosław in the amount of USD 4,800.00, PLN 12.16, EUR 43.00
1201. Płaczek Damian in the amount of PLN 26,510.05, EUR 21,680.13
1202. Pławecka Katarzyna in the amount of PLN 908.50
1203. Płatek Kamil in the amount of USD 54,009.80
1204. Ciula Tomasz in the amount of PLN 57,102.57
1205. Ciuksza Tomasz in the amount of EUR 1,000.00 (PLN 4,283.62)
1206. P.P.H.U. MARKON Marek Dworaczek in the amount of PLN 360,873.00 (USD 90,000.00)
1207. Pociask Michał in the amount of NOK 6,300.37 (PLN 2,281.36)
1208. Pocztarek Michał in the amount of PLN 10,010.00
1209. Podsiadło Przemysław and Kowal Radosław in the amount of EUR 70,000.00 (PLN 300,741.00)
1210. Podsiadło Dariusz in the amount of PLN 1,097.93 (USD 250.00)
1211. Podgórski Adrian in the amount of EUR 2,500.00 (PLN 10,676.50)
1212. Pogorzelski Pawel in the amount of USD 22,790.00 (PLN 89,298.06)

1213. Pogorzelska Danuta in the amount of EUR 500.00 (PLN 2,132.45)
1214. Popek Magdalena in the amount of PLN 15,421.67
1215. Popek Paweł in the amount of PLN 43,330.00 (EUR 10,000.00)
1216. Popek Monika in the amount of PLN 24,777.09 and JPY 797,880.00
1217. Popiel Dariusz in the amount of GBP 5,000.00 (PLN 25,605.50)
1218. Popielnicka Małgorzata in the amount of PLN 4,000.00
1219. Popko Wioletta in the amount of EUR 500.00
1220. Popławska - Barlik Magdalena/Barlik Grzegorz in the amount of PLN 1,438.64 (EUR 330.00)
1221. Popławski Stanisław in the amount of NOK 11,099.13 (PLN 4,012.34)
1222. Porada Michał in the amount of EUR 2,000.00 (PLN 8,545.20)
1223. Poteralski Artur in the amount of EUR 7,380.00 (PLN 32,066.10)
1224. Potrzasaj Grzegorz in the amount of EUR 12,000.00
1225. Potyrała Paweł in the amount of PLN 395,290.53
1226. Pożarski Karol in the amount of EUR 2,000.00 (PLN 86,693.00)
1227. Promiński Szymon in the amount of PLN 24,365.55
1228. Późniak Michał in the amount of PLN 75,488.04
1229. Proksa Anna in the amount of EUR 457.12
1230. Prosniewski Michał in the amount of GBP 235.10 (PLN 1,200.00)
1231. Proste Cło Sp. z o.o./Karol Przeździecki in the amount of EUR 40,000.00
1232. Próchniewicz Marlena in the amount of PLN 2,358.27 (CHF 510.16)
1233. Przeperski Krzysztof in the amount of PLN 16,993.90
1234. Perski Marek in the amount of PLN 8,000.00 and CHF 285.00
1235. Przybut Paweł and Beata in the amount of PLN 13,800.00
1236. Przybylski Marcin in the amount of PLN 1,794.32, USD 31.00, CHF 313.00
1237. Przybylski Artur in the amount of PLN 5,100.00
1238. Przybysławski Piotr in the amount of USD 2,250.00 (PLN 8,806.50)
1239. Przybysławski Daniel in the amount of NZD 838.77
1240. Ptak Dawid representing ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD in the amount of PLN 686,160.00
1241. Ptok Daniel in the amount of EUR 1,396.45
1242. Puacz Aleksandra and Puacz Piotr in the amount of PLN 216,380.00
1243. Pukooz Aleksander PLN 164,497.24
1244. Pulwin Tomasz in the amount of PLN 106,200.00
1245. Puławski Mateusz in the amount of PLN 75,960.00
1246. Usługi Transportowe Mateusz Puławski sp. z o.o. represented by Puławski Mateusz in the amount of EUR 40,000.00 (PLN 172,160.00)
1247. Ulanowski Dominik in the amount of EUR 18,000.00
1248. Puzio Marcin in the amount of PLN 24,744.16
1249. P.P.H.U. RAL Anna Różańska in the amount of PLN 129,041.60 (USD 32,000.00)
1250. Pustelnik Kamil in the amount of USD 5,500.00
1251. Pyka Marcin in the amount of EUR 14,000.00 (PLN 60,165.00)
1252. Pyka Michał in the amount of CHF 1,577.00
1253. Pysz Halina in the amount of USD 13,666.28 and EUR 10,392.42
1254. Radziejewska-Kapłon Bożena in the amount of PLN 16,803.49
1255. Radke Bartosz in the amount of ok. PLN 100.00
1256. Radosiuk Jarosław in the amount of USD 5,059.96
1257. Radzimski Paweł in the amount of PLN 3,000.00
1258. Rafińska Angelika in the amount of EUR 200.00 (PLN 857.72)
1259. Rajchel Paweł in the amount of EUR 1,900.00 (PLN 8,148.53)
1260. Rajtor-Szot Elżbieta in the amount of PLN 8,574.80
1261. Rakwal Dariusz in the amount of EUR 1,300.00 (PLN 5,560.62)
1262. Rasała Marek in the amount of PLN 196,515.00
1263. Raszka Dominik in the amount of PLN 5,000.00 and EUR 3,852.51
1264. Rawski Rafał in the amount of EUR 566.25 and PLN 1,578.95
1265. Rawska-Kąca Anna in the amount of PLN 17,230.14
1266. Rescruitivia Sp. z o.o. in the amount of EUR 13,994.80 (PLN 59,968.40)



1267. Reszkowski Wojciech in the amount of USD 2,368.01 and PLN 2,422.35
1268. Rejmuza Dawid in the amount of EUR 555.83
1269. Rejnhard Mariusz in the amount of PLN 11,821.79
1270. Rynarzewski Bartosz in the amount of GBP 500.00 (EUR 597.00)
1271. Cezary Kaca in the amount of PLN 15,000.00
1272. Cyran Grzegorz in the amount of PLN 4,174.27 and EUR 9,000.00
1273. Rębacz Daniel in the amount of EUR 409.39 (PLN 1,749.57)
1274. Rękas Michał in the amount of EUR 1,000.00 (PLN 4,302.20)
1275. Rękorajski Jerzy/ Rękorajska Dorota in the amount of EUR 1,500.00 (PLN 6,435.60)
1276. Regiel Agnieszka in the amount of PLN 2,100.00
1277. Rokosztajn Robert in the amount of USD 32,300.00 (PLN 133,046.93) and EUR 25,120.00 (PLN 108,792.21)
1278. Rogalewski Rafał in the amount of DKK 35,000.00 (PLN 20,111.00)
1279. Rogala Marek in the amount of PLN 1,988.60 (USD 500.00) and PLN 4,607.05 (CHF 991.36)
1280. Rogowski Marek in the amount of PLN 1,838.63
1281. Rogowski Dawid in the amount of PLN 4,274.00
1282. Rogoziński Michał in the amount of EUR 7,333.39
1283. Rogoża Jadwiga in the amount of PLN 7,959.81
1284. Rozdolski Eryk in the amount of PLN 14,927.50
1285. Rozmiarek Mariusz in the amount of EUR 51,000.00 (PLN 218,361.60)
1286. Rozpirski Rafał in the amount of PLN 27,776.03, CHF 1,136.85, GBP 292.68, EUR 166.48, USD 1,012.43
1287. Róg Michał in the amount of PLN 47,424.00
1288. Premium Store Sp. z o.o./Ratajczyk Izabela in the amount of PLN 43,564.00 (EUR 10,000.00)
1289. Prażmowski Jacek in the amount of EUR 230.74 and CHF 818.04
1290. Pres Marlena in the amount of PLN 2,937.44 (CHF 630.00)
1291. Rachubiński Rafał in the amount of PLN 211.90
1292. Ratajczak Marcin in the amount of PLN 256.75, USD 933.95, EUR 886.63
1293. Rataj Damian in the amount of GBP 2,000.00 (PLN 10,254.05)
1294. Ratajczyk Dariusz in the amount of PLN 2,923.17
1295. Rączka Anna in the amount of PLN 10,834.25 (EUR 2,500.00)
1296. Rechlicki Arkadiusz in the amount of PLN 120,016.40
1297. Remer Mariusz Adam in the amount of PLN 11,591.97
1298. Rorat Natalia in the amount of EUR 1,100.00
1299. Rucińska Joanna in the amount of CHF 320.00
1300. Ruczyński Tomasz in the amount of PLN 36,050.00
1301. Rudek Maciej in the amount of PLN 3,252.80 (USD 800.00)
1302. Rudnicki Radosław in the amount of PLN 3,729.06
1303. Rudy Dominik in the amount of EUR 3,000.00 (PLN 12,825.00)
1304. Ruman Józef in the amount of USD 32,400.00
1305. Rumiantsava Daria in the amount of PLN 2,400.00
1306. Rumiński Marcin in the amount of PLN 10,715.97
1307. Rusak Robert in the amount of EUR 1,665.91
1308. Rusak Dorota in the amount of EUR 2,333.24
1309. Rusiecki Piotr in the amount of USD 38,973.58 (PLN 158,388.63)
1310. Rusol Maciej in the amount of PLN 11,636.68
1311. Russak Michał in the amount of PLN 6,445.70 (CHF 1,400.00)
1312. Ruszaj Jarosław in the amount of PLN 83.26, CHF 327.13
1313. Ruszczyk Krzysztof in the amount of EUR 6,000.00 (PLN 25,901.40)
1314. Rutkowska Katarzyna in the amount of EUR 350.00 (PLN 1,493.59), PLN 7,404.83
1315. Rutkowska - Piątek Marta in the amount of PLN 2,000.00 (CHF 427.98)
1316. RPCG Jarosław Rutkowski Spółka komandytowo- aukcyjna in the amount of PLN 90,812.40
1317. Rudko Monika in the amount of SEK 200,000.00 (PLN 75,240.00)
1318. Rybak Paweł in the amount of PLN 1,431.06
1319. Rybak Sławomir in the amount of PLN 2,407.00 and USD 100.00
1320. Rybarozyk Szymon in the amount of PLN 13,352.27
1321. Rybicki Przemysław in the amount of PLN 4,366.70 (EUR 1,000.00)

1322. Rybka Jolanta in the amount of PLN 28,108.77
1323. Rychter Rafał in the amount of EUR 1,300.00 (PLN 5,570.50)
1324. Rzepecki Aleksander in the amount of USD 15,000.00 (PLN 60,105.00)
1325. Rzepecki Przemysław in the amount of EUR 7,500.00
1326. Sabina Pipa in the amount of PLN 429,340.00
1327. PBDiO Kenbruk Sp. z o.o./Sadowski Łukasz in the amount of PLN 128,220.00 (EUR 30,000.00)
1328. Sadowski Wiesław in the amount of PLN 19,250.00 and USD 37,167.57
1329. Sadza Wiktoria in the amount of PLN 45.36, GBP 360.48, EUR 20.15, USD 741.00
1330. Sagraj Darius in the amount of EUR 1,015.78
1331. Sajdak Łukasz in the amount of PLN 33,470.09,
1332. Salamon Mateusz in the amount of PLN 15,099.13
1333. Salawa Lucyna in the amount of NOK 27,155.29 (PLN 9,982.28)
1334. SALBIS Jesiołowski Wojciech in the amount of EUR 9,000.00 (PLN 38,382.15)
1335. Sartanowicz Anna in the amount of PLN 21,525.00
1336. Sarnowski Marcin in the amount of PLN 500.84
1337. Sawczuk Tomasz in the amount of PLN 4,000.00
1338. Sawicki Bartłomiej in the amount of PLN 5,206.52
1339. Sawicki Karol in the amount of PLN 697.94
1340. Szczesiul Sandra Arleta in the amount of EUR 2,000.00 (PLN 8,502.20)
1341. Sąsiadek Michał in the amount of PLN 2,133.85
1342. Semegin Anna in the amount of PLN 300.00 and EUR 163.48
1343. Sentsiuk Teriana in the amount of PLN 37,137.01
1344. Sejud Sebastian in the amount of EUR 31,979.04 and USD 7,100.00
1345. Sędzicki Marcin in the amount of USD 6,002.29
1346. Szymor Radosław in the amount of EUR 2,000.00 (PLN 8,554.00)
1347. Szywalska Sandra in the amount of EUR 300.00 (PLN 2,136.45)
1348. Nowik Sergiusz in the amount of PLN 9,116.20, EUR 5,100.00
1349. Sławski Cezary in the amount of EUR 4,880.00
1350. Siadura Milena in the amount of USD 8,395.82
1351. Siarkiewicz Bartosz in the amount of GBP 480.00 (PLN 2,452.99)
1352. Siatkowski Gracjan in the amount of PLN 36,272.34
1353. Sibera Przemysław in the amount of PLN 7,202.81
1354. Sieńko Michał in the amount of PLN 9,224.33
1355. Sienkiewicz Olgierd in the amount of EUR 300.00 (PLN 1,300.50)
1356. Siemieńczuk Tomasz in the amount of EUR 4,555.00 (PLN 19,545.05)
1357. Siemińska Karolina in the amount of USD 15,159.55 (PLN 60,000.00)
1358. Sieradzka Martyna in the amount of PLN 4,314.50
1359. Sieradzka Beata in the amount of CHF 380.00 and PLN 28.06
1360. Sieradzki Łukasz in the amount of PLN 4,275.00 (EUR 1,000.00)
1361. Sierański Kamil in the amount of PLN 11,181.00
1362. Sierechan Grzegorz in the amount of PLN 7,892.00 (CHF 1,710.00)
1363. Sikorski Michał in the amount of PLN 51,705.00
1364. Sikorski Dariusz in the amount of EUR 1,955.61
1365. Sinica Andrzej in the amount of PLN 1,940.90 (CHF 419.12)
1366. Sitarski Grzegorz in the amount of EUR 460.94 and PLN 6,983.64
1367. Siwecki Daniel in the amount of PLN 1,726.35 (CHF 371.00)
1368. Siwko Ewa in the amount of PLN 1,070.22,
1369. Siwowski Wojciech in the amount of PLN 563,260.00
1370. Skalski Dawid in the amount of PLN 17,384.33
1371. Skoczylas Kamil in the amount of PLN 4,279.80
1372. Skornko Piotr in the amount of PLN 2,295.21
1373. Skowron Krzysztof in the amount of EUR 4,000.00 (PLN 17,390.00)
1374. Skrzypek Andrzej in the amount of USD 2,250.00 (PLN 8,949.83)
1375. Skrzypczak Radosław in the amount of PLN 30,009.70
1376. Skrzypiec Anna in the amount of PLN 8,494.00
1377. Śliwiński Przemysław in the amount of PLN 11,301.07 (CHF 2,456.00)



1378. Sławnikowski Tomasz in the amount of EUR 50,000.00
1379. Słomkowski Michał in the amount of PLN 12,476.07
1380. Słowik Lukasz in the amount of PLN 19,368.50
1381. Słowik Krzysztof in the amount of PLN 6,013.92
1382. Słowikowska Joanna in the amount of USD 80,198.00
1383. Smarzynska Kamila in the amount of EUR 5,000.00 (PLN 21,503.50)
1384. Smith Martyna in the amount of PLN 30,041.20
1385. Smolarczyk Marcin and Smolarczyk Zofia in the amount of EUR 5,000.00 (PLN 21,403.00)
1386. Smolarek Bożena/ Smolarek Bartosz in the amount of EUR 1,800.00 (PLN 7,796.92), PLN 1,087.74, and EUR 388.50
1387. Smolarski Marcin in the amount of RUB 120.00 (PLN 3.60)
1388. Smoliński Andrzej in the amount of PLN 3,285.81 and EUR 439.86
1389. Smoszna Jolanta in the amount of EUR 659.53
1390. Smoter Dariusz in the amount of GBP 850.00 and EUR 1,928.73
1391. Smutek Lucyna in the amount of PLN 9,218.80
1392. Śnieżek Bartosz in the amount of EUR 25,000.00 (PLN 108,302.50)
1393. Sobanda Czesław in the amount of PLN 5,202.00, GBP 9,975.00
1394. Sobaszek Paweł in the amount of GBP 3,000.00 (PLN 15,534.40)
1395. Sobieszak Marcin in the amount of PLN 4,330.70
1396. Sobczak Michał in the amount of EUR 1,900.00 (PLN 8,223.58)
1397. Sobczyk Jacek in the amount of GBP 75,397.50
1398. Sobczyk Sławomir in the amount of PLN 100,000.00
1399. Sobolewska Magdalena and Marek Sobolewski in the amount of USD 17,376.87 (EUR 15,700.00), USD 136.22 (PLN 530.24),
1400. Sokołowska Karolina in the amount of PLN 11,813.72
1401. Sokół Walter in the amount of PLN 6,033.44
1402. Solarczyk Agnieszka in the amount of PLN 2,100.00
1403. Solecki Mateusz in the amount of GBP 5,000.00 (PLN 26,213.00)
1404. Solicki Maciej in the amount of CHF 501.74
1405. Sosnowski Robert in the amount of PLN 9,000.00
1406. Sowa Rafał in the amount of PLN 36,601.21
1407. Sowa Magdalena in the amount of EUR 2,500.00 and PLN 3,074.78
1408. Sowińska Urszula in the amount of JPY 800,000.00, EUR 3,000.00, PLN 11.00
1409. Sorys Konrad in the amount of NOK 9,197.00 (PLN 3,321.04), and PLN 481.00
1410. Sozwa Adrian in the amount of USD 10,000.00 (PLN 40,636.00)
1411. Spadło Renata in the amount of PLN 14,202.57
1412. Srebrny Paweł in the amount of PLN 15,560.38 and USD 100.00
1413. Srebrowska Urszula in the amount of PLN 5,480.42
1414. Stankiewicz Wiesława in the amount of EUR 1,000.00 (PLN 4,347.50)
1415. Stanowicka Aleksandra in the amount of PLN 2,783.64 (CHF 600.00)
1416. Starkiewicz Michał in the amount of EUR 5,000.00 (PLN 21,525.00)
1417. Starosta Marcin in the amount of PLN 9,576.75
1418. Starosta Anna in the amount of EUR 48,805.00
1419. Staroń Agnieszka GBP 3,653.00
1420. STARMAX Marek Starczewski in the amount of EUR 50,000.00 (PLN 215,627.50)
1421. Stawarz Paweł EUR 370.00 (PLN 1,567.84)
1422. Stawiak Marcin in the amount of EUR 2,500.00 (PLN 10,788.75)
1423. Stawicki Marek representing STAWICKI MAREK F.H. MM STAWICCY in the amount of PLN 5,000.00
1424. Stawicki Marcin in the amount of PLN 1,312.55 (CHF 281.50)
1425. Stawikowski Michał in the amount of USD 19,376.34 (PLN 78,710.57)
1426. Stawowiak Dawid in the amount of PLN 15,412.27, EUR 2,500.00, USD 2,000.00
1427. Stawowiak Dominika in the amount of PLN 31,163.25 (USD 7,500.00)
1428. Stąporek Kamil in the amount of EUR 1,500.00 (PLN 6,435.15)
1429. Steczkowski Piotr in the amount of PLN 135,047.30 (EUR 31,000.00)
1430. Stencel Robert in the amount of PLN 11,340.00
1431. Stefaniszyn Jacek in the amount of EUR 31,000.00 (PLN 132,456.80)



1432. Stefańska Joanna in the amount of PLN 7,888.77
1433. Stefański Albert in the amount of EUR 5,694.00 (PLN 24,420.43)
1434. Stefański Piotr in the amount of PLN 2,142.15 (EUR 500.00)
1435. Stefański Daniel in the amount of PLN 786.54 (CHF 170.00)
1436. Stępokura Kacper Paweł in the amount of PLN 34,827.50
1437. Stępień Ryszard in the amount of PLN 130.87, EUR 1,049.09
1438. Stępniak Łukasz in the amount of PLN 3,665.20
1439. Stęplewska Dorota in the amount of PLN 34,198.38
1440. Stężycki Artur in the amount of PLN 50,000.00
1441. Stoksik Bogumił in the amount of PLN 97,650.37
1442. Storożuk Jacek in the amount of EUR 1,202.44
1443. STOKER Marzoch Marek in the amount of PLN 1,783.53
1444. Straczewski Emilian in the amount of PLN 652,290.00
1445. Stróżycka Anna in the amount of EUR 1,500.00 (PLN 6,395.85)
1446. Struciński Przemysław in the amount of EUR 10,000.00 (PLN 43,405.00)
1447. Struglik Jerzu in the amount of GBP 1,000.00
1448. Strychalska Katarzyna in the amount of PLN 2,723.00
1449. Strzecka - Wilusz Klaudia in the amount of GBP 1,170.00 (PLN 6,107.52)
1450. Strzelecki Michał representing MICHUMEDIA Michał Strzelecki in the amount of PLN 7,207.75, EUR 2,826.56
1451. Strzelecka Małgorzata in the amount of EUR 3,514.12
1452. Stanisławski Radosław in the amount of PLN 8,575.40
1453. Stanisz Paweł in the amount of PLN 806.21
1454. Sudoł Piotr in the amount of EUR 3,289.78 (PLN 14,095.06)
1455. Sufin Jacquemart Ewa in the amount of EUR 300.00 (PLN 1,283.22)
1456. Sukiennik Grzegorz in the amount of GBP 500.00 (PLN 2,581.85)
1457. Sułek Paulina in the amount of GBP 1,760.00 (PLN 8,992.46)
1458. Suliński Piotr Stanisław in the amount of EUR 40,000.00
1459. Surmacz Łukasz in the amount of EUR 10,090.00 and USD 20,000.00
1460. Suś Paweł in the amount of PLN 5,161.56
1461. Suszczyński Sławomir in the amount of EUR 1,000.00 (PLN 4,309.20)
1462. Suszko Tomasz in the amount of EUR 5,500.00 and PLN 432.08
1463. Szczepański Jakub in the amount of PLN 65,817.93
1464. Szczerbicka Izolda in the amount of PLN 3,433.00
1465. Szczęsny Paweł EUR 500.00
1466. Sebza Kamil/ Szczęch - Sebza Magdalena in the amount of USD 32,000.00
1467. JANUSZ CIEŚLIK SKLEP ROLNO-PRZEMYSŁOWY/Cieślik Jolanta in the amount of EUR 39,380.00 (PLN 168,581.84)
1468. Serafin Marcin in the amount of USD 100,000.00 and EUR 94.45
1469. Szozodrowski Patryk in the amount of EUR 11,472.00 (PLN 49,334.19)
1470. Szczotka Ireneusz in the amount of PLN 11,217.01, USD 10,918.46
1471. Szczygłowski Piotr in the amount of NOK 42,786.00 (PLN 15,471.42)
1472. Szeliga Krzysztof in the amount of EUR 2,000.00 (PLN 8,604.80)
1473. Szewczyk Albert in the amount of GBP 312.58 and PLN 39,524.64
1474. Szewczyk Łukasz in the amount of PLN 1,716.45
1475. Szędzioł Rafał in the amount of EUR 500.00 (PLN 2,167.65)
1476. Szkodowski Piotr in the amount of PLN 100,925.66
1477. Szlacht Robert in the amount of EUR 1,500.00
1478. Szlachta Agnieszka in the amount of EUR 228.79 (PLN 1,000.00)
1479. Szlajier Marta in the amount of EUR 400.00 (PLN 1,706.96)
1480. Szofer Magdalena in the amount of PLN 5,109.33
1481. Szostak Stanisław in the amount of PLN 21,482.00
1482. Szot Emil in the amount of PLN 4,299.00
1483. Szostakiewicz Anna in the amount of EUR 288.25
1484. Szpilka Dariusz Piotr in the amount of PLN 50,000.00
1485. Szpaczyński Grzegorz in the amount of PLN 13,058.41



1486. Szponder Monika in the amount of EUR 8,000.00 (PLN 34,597.60)
1487. Sztemberg Aneta in the amount of EUR 7,000.00 (PLN 3,033.80)
1488. Szybiński Józef in the amount of PLN 17,280.44
1489. Szydłowski Łukasz in the amount of EUR 2,000.00 (PLN 8,666.40)
1490. Szymaniec Dariusz in the amount of PLN 6,990.47
1491. Szymaniak Jerzy in the amount of PLN 415,847.11
1492. Szymański Łukasz in the amount of PLN 4,567.97 and EUR 2,429.41
1493. Szymański Dominik in the amount of EUR 2,000.00 (PLN 8,571.80)
1494. Szymański Rafał in the amount of PLN 1,139.81 (CHF 245.00)
1495. Szymański Grzegorz in the amount of USD 46,599.64
1496. Szymański Dariusz in the amount of NOK 25,116.86 and PLN 651.15
1497. Szyłko Dariusz in the amount of PLN 2,098.54 and EUR 1,086.59
1498. Śliż Piotr in the amount of EUR 3,000.00 (PLN 12,972.30)
1499. Ślązak Dawid in the amount of PLN 43,626.12 (EUR 10,000.00)
1500. Ślązak-Niedbalska Izabela in the amount of PLN 55,224.03 and EUR 1,263.90
1501. Śmieszek Aneta in the amount of PLN 17,141.30
1502. Śpiewak Anna in the amount of EUR 1,000.00 (PLN 4,232.00)
1503. Świadek Monika in the amount of PLN 5,008.63
1504. Świątkowska Magdalena in the amount of PLN 4,267.56
1505. Świętochowski Karol in the amount of EUR 2,300.00 (PLN 9,957.62)
1506. Świochowicz Jarosław in the amount of PLN 150,000.00
1507. Świeczkowski Leszek in the amount of EUR 19,500.00 (PLN 83,949.45)
1508. Świederczuk Igor in the amount of PLN 4,125.46
1509. Świerk Aleksandra in the amount of EUR 10,000.00 (PLN 42,804.00)
1510. Świerszcz Joanna Dominika in the amount of PLN 2,014.03 (EUR 465.78)
1511. Świderski Rafał in the amount of EUR 17,841.08
1512. Świniarska Ewa in the amount of PLN 749.20
1513. Śwircz Maksymilian in the amount of PLN 47,077.80
1514. Tabor Piotr in the amount of PLN 34,524.66
1515. Tamborski Tomasz in the amount of PLN 10,000.00, EUR 423.19
1516. Tama Paweł in the amount of EUR 1,980.00 PLN 8,480.14
1517. Tarkiewicz Lucyna in the amount of EUR 2,000.00 (PLN 8,586.60)
1518. Tarlowski Damian in the amount of NOK 37,000.00 (EUR 3,080.12) and NOK 25,000.00 (PLN 9,015.00)
1519. Tąder Konrad in the amount of EUR 4,700.00 (PLN 19,983.46)
1520. Tenscher-Teper Iwona in the amount of PLN 281,543.00
1521. Tendelska Agata in the amount of PLN 3,500.00 (USD 862.96)
1522. Teodorczyk Artur in the amount of USD 45,100.00 (PLN 176,955.98)
1523. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j represented by Termanowski Marek in the amount of PLN 56,000.01
1524. TDJKZ LIMITED with its registered office in England / Damian Puczyński in the amount of GBP 83,608.54, PLN 63,001.00 (GBP 12,356.57), EUR 13,991.00 (GBP 11,770.82)
1525. Turowski Michał in the amount of EUR 70,100.00 (PLN 29,687.00)
1526. Markowski Dariusz in the amount of PLN 2,497.25
1527. Markus Magdalena GBP 10,000.00 (PLN 52,088.00)
1528. Tęgi Andrzej in the amount of PLN 5,748.22, EUR 5,106.91
1529. Tępczyk Mariusz in the amount of EUR 9,000.00 (PLN 38,522.70)
1530. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH represented by Tkocz Oliwer in the amount of PLN 836,298.65
1531. Tkacz Paweł in the amount of USD 3,003.93
1532. Tobiasz Rafał in the amount of PLN 8,601.00
1533. Toczko Robert in the amount of PLN 19,452.48
1534. Toczkowska Patrycja in the amount of PLN 1,696.08
1535. Tomasik Joanna in the amount of PLN 43,476.00
1536. Tomasik Agnieszka in the amount of PLN 2,000.00
1537. Tomasik Marcin in the amount of EUR 925.00
1538. Tomaszewski Łukasz in the amount of PLN 22,509.44 and PLN 3,033.60



1539. Tomczuk Paweł in the amount of EUR 6,500.00 (PLN 27,921.45),
1540. Tomczuk Michał in the amount of PLN 20,048.73
1541. Tomzik Tomasz in the amount of PLN 4,738.38 (EUR 1,100.00)
1542. Trębacka Katarzyna in the amount of PLN 2,786.64 (EUR 639.93)
1543. Tran - Thien An- Giang Valery in the amount of EUR 1,000.00
1544. Trawiński Marcin in the amount of PLN 1,963.00 and EUR 1,628.49
1545. Truck & Agro Handel/ Miśkiewicz Paweł in the amount of EUR 23,500.00 (PLN 101,947.70)
1546. Truchan Hubert in the amount of CHF 19,218.56, PLN 273.94, EUR 25.00
1547. Trójca Dariusz in the amount of PLN 25,281.18
1548. Trzaska Andrzej in the amount of PLN 81,687.20
1549. Trzeszozykowski Łukasz in the amount of EUR 1,000.00 (PLN 4,330.20)
1550. Trzosek Izabela in the amount of EUR 500.00 (PLN 2,147.95)
1551. Łuczyński Sławomir in the amount of PLN 5,470.50
1552. Tuchacz Łukasz in the amount of PLN 1,230.22
1553. Tułaza Krzysztof in the amount of USD 6,039.39, PLN 95.76, EUR 2,458.80
1554. Tylka Ryszard in the amount of PLN 1,312.42
1555. Tytuła Stanisław in the amount of PLN 51,745.44
1556. Tuszyńska Katarzyna in the amount of PLN 5,340.38
1557. Tuz Łukasz in the amount of USD 6,800.00 (PLN 26,746.44)
1558. Tytoń Przemysław in the amount of PLN 215,045.00
1559. Urbanek Maria Ewelina in the amount of EUR 4,000.00 (PLN 17,130.40)
1560. Urban Shaun Mariusz in the amount of PLN 4,950.00
1561. Urban Jacek in the amount of JPY 1,468,949.00
1562. Urbanek Robert in the amount of USD 3,169.16
1563. Uznański Krzysztof in the amount of EUR 4,000.00 (PLN 17,215.00)
1564. Wałęsa Natalia in the amount of EUR 10,000.00 (PLN 42,955.00)
1565. Wajda Mateusz in the amount of EUR 4,024.00 (PLN 17,123.74)
1566. Wanderson Scaglia in the amount of EUR 68,124.67
1567. Waflski Tomasz in the amount of USD 194.00 (PLN 700.52)
1568. Wałąg Krystian in the amount of EUR 16,197.83
1569. Walędowski Marcin in the amount of PLN 2,273.23 (EUR 520.00)
1570. Waligóra Dawid in the amount of PLN 1,942.06
1571. Waliszewski Dawid in the amount of EUR 1,600.00 (PLN 6,936.16)
1572. Walkiewicz Marek in the amount of GBP 600.00
1573. Walko Dominika in the amount of PLN 7,864.83 and EUR 5,400.00
1574. Walkowicz Dagmara in the amount of JPY 1,786,173.00
1575. Walz Renata in the amount of CHF 3,036.97
1576. Wasil Marek in the amount of PLN 46,551.47
1577. Wasilewski Jarosław in the amount of CHF 707.97 (PLN 3,289.59) and EUR 104.00 (PLN 455.37)
1578. Wasilkowski Bartosz in the amount of PLN 5,556.98
1579. Wasiuta Maciej in the amount of PLN 3,745.31, EUR 200.00
1580. Waszak Radosław in the amount of PLN 7,232.94
1581. Waszczak Cezary in the amount of EUR 4,398.13 (PLN 19,068.53)
1582. Wasyłko Piotr in the amount of PLN 4,309.40 (EUR 1,000.00)
1583. Wawrzyniak Piotr in the amount of PLN 2,988.00
1584. Wawer Dorota in the amount of PLN 1,916.21 (CHF 412.31)
1585. Wątor-Spyrka Magdalena in the amount of PLN 4,140.00
1586. Wesołowski Tomasz representing PPHU TOMARK in the amount of PLN 260,148.00
1587. Wesołowski Damian in the amount of PLN 3,734.32 (CHF 800.00)
1588. Westrych-Krzanowski Krystian in the amount of PLN 30.00
1589. Wędzik Marcin in the amount of EUR 310.00 (PLN 1,339.39)
1590. Wnęk Stanisław in the amount of USD 12,000.00 (PLN 48,595.20)
1591. Wlazło Sylwia in the amount of PLN 14,000.00
1592. Wlazły Rafał in the amount of EUR 3,076.13 and PLN 16,843.92
1593. Wiąckiewicz Piotr in the amount of PLN 2,307.28
1594. Wichtowska Kamila in the amount of PLN 112,361.60



EXT-PIORO-00389

1595. Wielkoszyński Zbigniew in the amount of PLN 10,719.00
1596. Wieloch Łukasz in the amount of PLN 3,634.85
1597. Wielgosz Stanisław in the amount of EUR 10,000.00
1598. Więcko Tomasz in the amount of PLN 759.41
1599. Więckowska Marta in the amount of PLN 5,175.00 and EUR 2,654.69
1600. Widera Dawid in the amount of EUR 7,139.46
1601. Wilk Krzysztof in the amount of PLN 19,808.98
1602. Wilk Marcin in the amount of EUR 2,000.00 (PLN 8,566.80)
1603. Wilk Krystian in the amount of PLN 39,031.20
1604. Wilk Renata in the amount of CHF 436.27
1605. Wilkosz Rafał in the amount of PLN 300.00, EUR 388.68
1606. Wilkicki Mateusz in the amount of PLN 4,309.00 (EUR 1,000.00)
1607. Wijas Anna in the amount of PLN 4,336.00 (EUR 1,000.00)
1608. Wiśniewska Krystyna in the amount of EUR 200.00 (PLN 860.40)
1609. Wiśniewska Grażyna in the amount of EUR 500.00 (PLN 2,139.30)
1610. Wiśniewska Iwona in the amount of USD 5,160.00 (PLN 20,854.57) and TRY 78,742.44
1611. Bydgoski Klub Sportowy "Chemik" represented by Włoch Mikołaj Kacper in the amount of PLN 43,916.99
1612. Expert- Sport Marek Bartkiewicz in the amount of EUR 22,006.29
1613. Extech Sp. z o.o. Sp.k./Piróg Wojciech in the amount of PLN 10,000.00
1614. Wodnicka-Wartuik Dominika in the amount of PLN 250,000.00
1615. WOODFORKIDS SP. Z O.O./Adamczak Kamil Tomasz in the amount of PLN 12,281.86 (EUR 2,840.00) and EUR 248.89
1616. Wardak - Pascale Magdalena in the amount of PLN 822.22
1617. Warcaba Elżbieta EUR 2,500.00 (PLN 10,755.00) and EUR 83.40 and PLN 23.92
1618. Warchałowska Adrianna in the amount of CHF 5,000.00 (PLN 23,027.50)
1619. Woch Mariusz in the amount of EUR 9,065.00
1620. Wojciechowska Małgorzata in the amount of CHF 559.67
1621. Wojciechowski Janusz in the amount of EUR 3,490.76 (PLN 14,829.45)
1622. Wojciechowski Kacper (kcper.w.wwojciechowski@gmail.com) in the amount of PLN 4,061.17
1623. Wojnicz Marcin in the amount of PLN 5,002.89
1624. Wojtaszyk Łukasz Piotr in the amount of PLN 10,589.55
1625. Wojtaszek Robert in the amount of PLN 122,544.50
1626. Wojtasik Arkadiusz in the amount of PLN 2,895.34 and JPY 132,034.00
1627. Wojtulska Beata in the amount of EUR 70,000.00
1628. Wojtyczek Krzysztof in the amount of PLN 64,786.50
1629. Wojtyra Jarosław Tomasz in the amount of PLN 4,600.00 (CHF 999.00)
1630. Wojsa Mateusz in the amount of JPY 732,091.00, PLN 4,000.00, EUR 4,111.48, USD 5,766.74
1631. Wołoszyn Tomasz in the amount of PLN 201,474.00
1632. Wołoszyn Stanisław in the amount of PLN 10,000.00 (USD 2,421.42)
1633. Wołoszczenko Piotr in the amount of PLN 51,612.60
1634. Woźniak Marcin in the amount of EUR 11,460.00 (PLN 49,598.88)
1635. Woźny Szymon in the amount of PLN 10,138.95, USD 3,465.36
1636. Wójcicki Piotr in the amount of PLN 57,252.58
1637. Wojtowicz Krzysztof in the amount of PLN 3,034.78 (EUR 700.00)
1638. Wróblewska Iwona in the amount of PLN 10,176.45
1639. Wróbel Dorota Anna in the amount of USD 2,005.01 (PLN 8,000.00)
1640. Wybraniec Piotr in the amount of PLN 6,340.00
1641. Wycisło Kamil in the amount of PLN 859.60
1642. Wykręt Kamil in the amount of PLN 3,500.00
1643. Wyciślak Oskar in the amount of EUR 7,000.00 (PLN 30,273.60)
1644. Wysocki Arkadiusz in the amount of PLN 87,000.00
1645. Wysocki Michał in the amount of EUR 1,895.49
1646. Wysota Justyna/ Wysota Dawid in the amount of EUR 2,500.00 (PLN 10,712.75)
1647. Zabłocki Marek in the amount of PLN 22,511.93
1648. Zaborowicz Maciej in the amount of PLN 53,253.96 and EUR 4,066.09
1649. Zaborowska Wioleta in the amount of PLN 36,736.83



1650. Zaborowski Wojciech in the amount of PLN 64,318.42
1651. Zaborowski Mariusz in the amount of PLN 2,160.70 (EUR 500.00)
1652. Zachara Jarosław in the amount of PLN 7,492.01
1653. Zadora Maciej in the amount of USD 1,236.28 (PLN 5,004.59)
1654. Zadworna Joanna in the amount of PLN 997.94
1655. Zaginski Wojciech PLN 6,012.45
1656. Zagrodny Antoni in the amount of PLN 48,587.68
1657. Zagórski Paweł in the amount of USD 3,700.00 (PLN 15,183.32)
1658. Ząbek Lucyna in the amount of EUR 1,000.00 (PLN 4,330.00)
1659. Zagórski Mateusz in the amount of PLN 9,805.82
1660. Zagdański Piotr in the amount of PLN 49,087.66
1661. Zając Romuald in the amount of PLN 5,000.00
1662. Zajączkowski Paweł in the amount of PLN 4,015.51 (EUR 926.00)
1663. Zajda Mariusz in the amount of PLN 60,559.85
1664. Zakątki Podhala sp. z o.o. represented by Wioletta Frejdlich-Gąsienica in the amount of EUR 38,860.00 (PLN 169,596.70)
1665. Zakład Produkcji Materiałów Budowlanych TERRAZZO/ Jacek Kulupa in the amount of PLN 65,478.00 (EUR 15,000.00)
1666. Zakrzewski Krzysztof in the amount of GBP 450.00 (PLN 2,200.75)
1667. Zakrzewski Paweł representing PAW-MAR in the amount of EUR 36,900.00 (PLN 160,300.78)
1668. Zakrzewski Marek in the amount of PLN 10,000.00 (NOK 26,066.47)
1669. Zalewski Tomasz representing TOM-SERVICE in the amount of USD 60,000.00 (PLN 240,876.00), PLN 1,200.00 (EUR 278.47)
1670. Zalewski Arkadiusz in the amount of JPY 1,000,000.00 (PLN 26,301.00)
1671. Zalewski Marek (P: 72080308172) in the amount of PLN 378,247.69
1672. Zalewski Marek (m.a.zlewski@gmail.com) in the amount of PLN 12,500.00
1673. Zamojski Marcin in the amount of PLN 25,534.00
1674. Zapaśnik Dominik in the amount of EUR 4,650.00 (PLN 20,014.06)
1675. Zaprzałek Piotr Janusz in the amount of PLN 1,300.17 (EUR 300.00)
1676. Zaręba Krzysztof in the amount of PLN 12,850.17
1677. Zaręba Sławomir in the amount of PLN 35,970.90
1678. Zaród Agnieszka in the amount of EUR 1,000.00 (PLN 4,278.80)
1679. Zawoliński Tomasz in the amount of EUR 1,035.00 (PLN 4,432.80)
1680. Zawidzki Łukasz in the amount of EUR 7,000.00 (PLN 30,114.00)
1681. Zawiślak Mariusz in the amount of PLN 235,000.00
1682. Zentera Daniel in the amount of CHF 245.00
1683. Zdaniewicz Mariusz in the amount of PLN 2,522.19
1684. Zdanuczyk Agnieszka in the amount of EUR 12,500.00 and PLN 4,290.99
1685. Zdębski Szymon in the amount of EUR 10,254.97 (PLN 43,800.00)
1686. Zdolińska Dorota in the amount of PLN 6,831.85
1687. Zdoliński Paweł in the amount of PLN 683.85
1688. Zduńczak Iwona in the amount of USD 1,500.00 (PLN 6,005.10)
1689. Zender Bogusław in the amount of PLN 68,166.60
1690. Zgagacz Piotr in the amount of CHF 327.96 and PLN 1,600.00
1691. Wielkoszyński Zbigniew in the amount of NOK 30,000.00 (PLN 10,719.60)
1692. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłomiej in the amount of PLN 2,182.90 (EUR 500.00)
1693. Ziemak Radosław in the amount of EUR 990.00
1694. Ziemski Michał in the amount of PLN 152,011.04
1695. Zieliński Damian in the amount of PLN 10,702.75
1696. Zieliński Michał in the amount of USD 27,070.00 (PLN 110,946.39)
1697. Zieliński Marcin in the amount of PLN 4,175.64 (CHF 895.79)
1698. Ziebal Sławomir in the amount of EUR 1,000.00 (PLN 4,302.60)
1699. Zięcina Sławomir in the amount of PLN 12,192.76 and EUR 745.00
1700. Znamirowska Monika in the amount of PLN 8,597.00, EUR 1,000.00
1701. Żoch Magdalena in the amount of PLN 4,961.09



1702. Ostrowski Krzysztof in the amount of PLN 3,650.70
1703. Dera Dawid in the amount of PLN 8,701.53
1704. Dec Damian Marcin in the amount of PLN 19,833.74
1705. Dawidowicz Michał in the amount of PLN 4,286.22
1706. Daniel Filip in the amount of PLN 19,768.89
1707. Deja Krystyna/Deja Daniel in the amount of EUR 28,600.16
1708. Dernczuk Jarosław/Mękin Marcin Paweł in the amount of EUR 1,200.00
1709. Pipa Sabina in the amount of PLN 429,340.00
1710. "ROLNIK" Centrala Nasion Sp. zo.o. Pawlak Sebastian in the amount of PLN 313,344.00 (EUR 72,000.00)
1711. Kids Boutigne sp. z o.o.- Zadura Aleksandra in the amount of PLN 172,072.00 (EUR 40,000.00)
1712. 3mdeb sp. z o.o. in the amount of EUR 20,000.00
1713. MDM Capital Sp. z o.o./legal counsel Piotr Witkowski in the amount of EUR 92,584.02 (USD 100,000.00)
1714. F.H. AMT POLAND Adamkiewicz Paweł/Adamkiewicz Paweł in the amount of PLN 30,225.65 (EUR 7,000.00)
1715. Łumińska-Żelazny Elżbieta in the amount of EUR 28,540.23, USD 7,427.21
1716. Gwizdek Adrian in the amount of EUR 12,752.00
1717. Bielecka Monika in the amount of EUR 5,000.00 (PLN 21,626.50)
1718. Beier Joanna/ Jurgen Beier in the amount of EUR 1,000.00 (PLN 4,248.30)
1719. Bielecka Justyna in the amount of EUR 710.00
1720. ADVALUE Doradztwo i Wyceny sp. z o.o. in the amount of PLN 17,182.87 (EUR 3,958.00)
1721. Adamkiewicz Robert in the amount of PLN 2,575.09 (CHF 555.00)
1722. Adamkiewicz Rafał in the amount of USD 6,812.00 (PLN 27,761.62)
1723. Andruszkiewicz Michał in the amount of EUR 19,710.08
1724. Andruszkiewicz Sebastian in the amount of PLN 713.05, EUR 391.90, CHF 195.48, USD 27.00
1725. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej in the amount of PLN 2,182.90 (EUR 500.00)
1726. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata in the amount of PLN 29,603.12 (EUR 6,800.00)
1727. Banaszkiewicz Krzysztof in the amount of EUR 200.00, USD 126.00, CHF 106.15, JPY 40,313.00
1728. Bartkowiak Robert representing CIH SYSTEMY CZYSZCZĄCE in the amount of PLN 51,028.38 (EUR 11,700.00)
1729. Bartkowiak Michał in the amount of PLN 15,600.90
1730. Bartkowski Robert in the amount of PLN 21,086.17
1731. Bartosz Paweł in the amount of EUR 600.00
1732. Berger Piotr in the amount of PLN 21,651.00 (EUR 5,000.00)
1733. Białaska-Mezner Magdalena in the amount of EUR 1,168.50
1734. Błachowicz Arkadiusz in the amount of PLN 1,042.63
1735. Błaszczak Witold in the amount of PLN 7,105.56 (EUR 1,650.00)
1736. Błaszczyk Paweł in the amount of PLN 9,504.00 (EUR 2,200.00)
1737. Błaszczyński Adam in the amount of PLN 1,393.80 (CHF 300.00)
1738. Brandyk Magdalena in the amount of PLN 4,000.00 (EUR 921.19)
1739. Brandt Damian in the amount of EUR 22,500.00 (PLN 98,100.00)
1740. Broda Aneta and Broda Krzysztof in the amount of EUR 16,710.00
1741. Buczkowska Ewa in the amount of PLN 1,755.51 (EUR 405.86)
1742. Buczma Anna in the amount of PLN 5,203.80 (EUR 1,200.00)
1743. Bukiel Krzysztof in the amount of PLN 2,800.00 and NOK 13,556.55
1744. Bukowski Marek in the amount of EUR 1,029.18
1745. Burakiewicz Aleksandra in the amount of EUR 300.00 (PLN 1,290.93)
1746. Burakiewicz Hubert in the amount of PLN 6,480.10
1747. Burdzy Damian in the amount of PLN 2,566.64 (EUR 600.00)
1748. Chabrowski Arkadiusz in the amount of GBP 6,000.00 (EUR 7,126.03)
1749. Chlebowicz Aleksander in the amount of EUR 2,500.00 (PLN 10,742.50)
1750. Chlebiuk Bożena in the amount of PLN 1,164.05 (CHF 250.00)
1751. Chodań Anna in the amount of PLN 920.68 (EUR 210.00)
1752. Chodziński Paweł in the amount of PLN 6,679.72
1753. Chojnowska Małgorzata Maria in the amount of PLN 53,905.15 (EUR 12,500.00)
1754. Chojnowska Anna in the amount of PLN 38,020.19

EXT-PL-ORD-00392

1755. Chojnowska - Bieszak Anna in the amount of PLN 6,000.00 (USD 1,513.55)
1756. Cieślawska Katarzyna in the amount of EUR 13,706.73, USD 26,284.70, PLN 6,710.00
1757. Cieślak Jarosław in the amount of EUR 312.88 and PLN 233.84
1758. Cygan Adam in the amount of PLN 50,000.00 (EUR 11,646.87)
1759. Czyżkowska Katarzyna in the amount of EUR 288.00
1760. Juchlke Jarosław in the amount of PLN 11,568.60
1761. Dąbrowską Małgorzata in the amount of EUR 8,000.54
1762. Dadczak- Wysocka Karolina in the amount of EUR 359.73
1763. Dadczyszyn Monika in the amount of EUR 500.00 (EUR 114.09)
1764. Dajczak Jakub in the amount of EUR 600.00
1765. Draczyński Michał in the amount of USD 1,148.55, PLN 7,211.27
1766. Dalia Costa Luca in the amount of EUR 29,810.50
1767. Dalia Villa Agnieszka and Emmanuele in the amount of EUR 25,000.00 (PLN 108,075.00)
1768. Dabrowski Tomasz in the amount of PLN 200,039.64 (USD 49,567.52)
1769. Dąbrowskis Adam in the amount of EUR 2,245.11 (PLN 9,611.97)
1770. Dźwigała Katarzyna Maria in the amount of PLN 2,142.35 (EUR 500.00)
1771. Elwart Sławomir in the amount of PLN 3,880.13 (EUR 890.00)
1772. Enozel Frank in the amount of PLN 94,523.62
1773. Katarzyna Hawryl-Adamczyk Bartosz Adamczyk in the amount of PLN 29,037.80, CHF 9,000.00
1774. Katarzyńska - Banasik Dorota in the amount of EUR 31,721.50
1775. Fajecki Patryk in the amount of EUR 3,000.00 (PLN 13,015.20)
1776. FARMATOR sp. z o.o. in the amount of PLN 15,146.95 (EUR 3,500.00)
1777. Farstad Julia in the amount of NOK 23,800.00 (PLN 8,610.24)
1778. Fedorczyk Bogusław in the amount of PLN 6,368.28
1779. Fundacja Grup DDA/DDD /Małgorzata Agnieszka Gerc in the amount of PLN 17,980.20 (EUR 4,200.00)
1780. Fuhrmann Łukasz in the amount of PLN 7,851.50
1781. Gaworek Marcin in the amount of PLN 1,840.40 (EUR 420.60)
1782. Gawroński Grzegorz in the amount of PLN 1,833.00
1783. Gawron Magdalena in the amount of PLN 3,612.97 (CHF 775.00)
1784. Gawron Jacek in the amount of PLN 43,614.00 (EUR 10,000.00)
1785. Gawrych Paweł in the amount of PLN 1,773.03 (GBP 333.00)
1786. Gawryło Renata in the amount of PLN 86,570.00
1787. Gehrke Sven in the amount of EUR 3,500.00
1788. Grupa Handlowa Wiesław Godlewski in the amount of PLN 79,574.05 (EUR 18,500.00)
1789. Gruchlik Piotr in the amount of PLN 42,717.52
1790. Gruszka Małgorzata in the amount of GBP 264.04, EUR 171.57, USD 440.58, CHF 91.40
1791. Gruszczyński Waldemar in the amount of EUR 467.00
1792. Godek Kamil in the amount of EUR 4,600.00 (PLN 19,899.10)
1793. Godleś Hanna in the amount of EUR 1,400.00 (PLN 6,013.56)
1794. Gorsiak Renata in the amount of EUR 50,000.00
1795. Górecka Daria in the amount of PLN 4,992.00 and EUR 1,150.00
1796. Górny Adam in the amount of EUR 510.11, USD 493.94, PLN 9,182.04
1797. Górny Anna in the amount of EUR 510.11, USD 493.94, PLN 9,182.04, CHF 1,020.00
1798. Grałek Artur in the amount of PLN 305,026.00 (EUR 70,000.00)
1799. Grabka Artur in the amount of EUR 1,000.00 (PLN 4,300.00)
1800. Grabów Roger in the amount of PLN 4,383.06
1801. Grabowski Grzegorz in the amount of EUR 9,500.00 (PLN 36,572.95)
1802. Grabowski Gabriel in the amount of EUR 269.00 and PLN 590.68
1803. Grabowska Maria in the amount of EUR 4,000.00 (PLN 17,145.70)
1804. Grabowska Katarzyna in the amount of EUR 11,563.79
1805. Grabska - Gorgula Maria PLN 20,055.00 (NOK 54,346.26)
1806. Granszof Adrian in the amount of EUR 320.00
1807. Groen Marcin in the amount of EUR 5,000.00
1808. Grzegorz Dzida in the amount of PLN 3,798.34 (EUR 880.00)
1809. Grzegorczyk Anna in the amount of EUR 250.00 (PLN 1,061.35)
1810. Grzegorczyk Andrzej in the amount of EUR 359.40, USD 221.96, PLN 925.63

EXT-PROD-00393

1811. Grzelczyk Tomasz in the amount of EUR 2,326.26
1812. Grzejszczyk Anna in the amount of PLN 15,000.00 (EUR 3,469.25)
1813. Grzesiak Zbigniew in the amount of PLN 79,232.00
1814. Grzesiński Paweł Michał in the amount of PLN 110,000.00
1815. Grześkiewicz Rafał in the amount of PLN 97,245.80
1816. Grzymkowska Edyta in the amount of EUR 8,200.00
1817. Hanusiak Kamil in the amount of PLN 47,120.70
1818. Hanusek Jan in the amount of PLN 3,366.86 (GBP 720.00)
1819. Hajok Sara in the amount of EUR 75,982.43
1820. Hinc Ryszarda Józefa in the amount of EUR 11,000.00 (PLN 47,208.70)
1821. Iwanek Radosław in the amount of EUR 2,489.07
1822. Jabłecki Rafał in the amount of TRY 607,777.95
1823. Jabłońska Anna in the amount of PLN 15,742.38 (CHF 3,391.00)
1824. Jabłoński Paweł in the amount of EUR 9,800.00 and PLN 56,494.33
1825. Jabłoński Szymon in the amount of EUR 4,998.83 and PLN 21,397.16
1826. Janiszewski Jakub in the amount of PLN 7,000.00 (EUR 1,623.90)
1827. Janiszewski Paweł in the amount of PLN 4,310.50 (EUR 1,000.00)
1828. Janiszewski Hubert in the amount of CHF 488.00 and PLN 87.24
1829. Jankowska Magdalena in the amount of EUR 2,445.47
1830. Jankowska Maria in the amount of PLN 5,000.00
1831. Jaworski Paweł in the amount of EUR 5,000.00
1832. Jóźwiak Paweł in the amount of SEK 35,000.00 (PLN 13,226.50)
1833. Jóźwiak Anna in the amount of PLN 2,917.94 (CHF 632.00)
1834. Kadrzyńska Elżbieta in the amount of PLN 81,864.97
1835. Kadyszewski Kacper in the amount of EUR 5,493.08 and PLN 233.55
1836. Kantrzonka Alicja in the amount of EUR 5,800.00
1837. Kapałczyński Arkadiusz in the amount of EUR 10,000.00
1838. Kasperski Tomasz in the amount of PLN 2,622.43 (EUR 602.00)
1839. Kaszewska Karolina in the amount of EUR 4,418.00 (PLN 19,017.28)
1840. Karaś Wioletta in the amount of PLN 3,900.77
      *[List number missing in the source document]*
1842. Szymański Paweł in the amount of PLN 3,400.00
1843. Klan Szymon in the amount of USD 9,302.00 (EUR 8,654.58)
1844. Klub Kyokushin Karate im. Masutatsu Oyama in the amount of EUR 25,100.00
1845. Kłoda Jan "Maszyny Leśne" in the amount of PLN 282,599.72 (EUR 65,800.00), PLN 201,827.40 (EUR 47,000.00) łącznie PLN 484,427.12 (EUR 112,800.00)
1846. Kłosiński Jarosław in the amount of EUR 390.00 and PLN 9.66
1847. Konstanty Jarosław in the amount of PLN 156,891.92
1848. Konarski Bartosz in the amount of PLN 40,000.00 (EUR 9,166.74)
1849. Konarzewski Rafał in the amount of JPY 93,594.00 and EUR 1,003.67
1850. Koneczny Bartosz in the amount of PLN 2,976.50 (CHF 639.42)
1851. Konecki Józef in the amount of PLN 863,763.50
1852. Koniarz Patryk in the amount of PLN 1,293.06
1853. Konieczna Magdalena in the amount of USD 10,000.00
1854. Konojacka Paulina in the amount of EUR 20,000.00 (PLN 84,800.00)
1855. Konopka Daniel in the amount of PLN 1,745.96 (EUR 400.00)
1856. Kopczyńska Izabella in the amount of PLN 46,044.14
1857. Kopczyk Bartłomiej in the amount of PLN 8,170.00 and EUR 1,320.00
1858. Kopicka Weronika in the amount of PLN 1,300.00 (EUR 302.82)
1859. Kopacki Patryk in the amount of PLN 2,096.57
1860. Kopacz Krzysztof in the amount of GBP 2,587.00 and PLN 5,100.00
1861. Kopaniewska Janina in the amount of PLN 710,000.00 (USD 178,318.45)
1862. Koprek Marcin in the amount of EUR 2,178.80 and PLN 3,444.58
1863. Koprowska Agata in the amount of EUR 8,910.16
1864. Kopryński Krzysztof in the amount of PLN 10,611.10
1865. Kornacki Sebastian in the amount of EUR 600.00



EXT-PIORO 00394

1866. Kortyra Irena in the amount of EUR 3,000.00
1867. Kortas Andrzej in the amount of PLN 10,000.00
1868. Kowalik Piotr in the amount of EUR 1,000.00
1869. Kowalik Marcin (Czernikowo) in the amount of EUR 2,516.00 (PLN 10,803.96)
1870. Kowalik Marcin (Szczecin) in the amount of PLN 3,650.91
1871. Kowalik Mariusz in the amount of PLN 1,744.76 (EUR 400.00)
1872. Krawczyk - Bielecka Dagmara in the amount of PLN 7,958.88 (EUR 1,840.65)
1873. Krupka Sebastian in the amount of EUR 300.00 (PLN 1,291.98)
1874. Krupkowska-Ziętkiewicz Jolanta in the amount of PLN 6,000.00 (EUR 1,389.98)
1875. Kruk Tomasz in the amount of EUR 1,071.49 (CHF 1,001.84)
1876. Kruk Paweł in the amount of PLN 48,653.20
1877. Kruk Maciej in the amount of PLN 7,136.91 (CHF 1,529.00)
1878. Kruk Marek in the amount of PLN 201,620.00 (USD 50,000.00)
1879. Krukowski Marcin in the amount of GBP 499.07
1880. Krysiak Dominika in the amount of EUR 7,000.00
1881. Kryszpin Patrycja in the amount of CHF 639.00 (PLN 2,950.00)
1882. Kubera Maciej in the amount of USD 10,009.73, PLN 21,378.10, EUR 325.67
1883. Kubik Aneta in the amount of EUR 1,178.00
1884. Kubik Mariusz in the amount of EUR 5,250.00
1885. Kubiak Wojciech in the amount of PLN 2,585.88
1886. Kubiak Daniel in the amount of PLN 12,506.61 (EUR 2,900.00)
1887. Kubiak Michał in the amount of EUR 41,252.47 and USD 85,988.83
1888. Kucharczyk Marcin in the amount of EUR 5,300.00
1889. Kudła Krzysztof in the amount of EUR 13,500.00 and PLN 2,019.00
1890. Kupidura Kamil in the amount of PLN 30,139.30 (EUR 7,000.00)
1891. Kupka Sebastian in the amount of EUR 300.00 (PLN 1,281.90)
1892. Kuprianowicz Andrzej in the amount of PLN 40,855.00 and EUR 4,729.00
1893. Kupść Kajetan in the amount of PLN 7,000.00
1894. Kurtowicz Maksymilian in the amount of EUR 696.00
1895. Kuricierewicz Łukasz in the amount of EUR 4,500.00 (PLN 19,424.70)
1896. Kowalczyk Jarosław in the amount of PLN 14,259.78 (EUR 3,328.38)
1897. Kurowska - Billaud Anna in the amount of EUR 9,146.25 (PLN 39,238.33)
1898. Kurowski Wojciech in the amount of USD 6,437.15 and PLN 132.25
1899. Kuśmierczyk Piotr in the amount of PLN 35,000.00
1900. Kulinowski Piotr in the amount of USD 63,000.00 and PLN 721.43
1901. Kuta Łukasz in the amount of PLN 1,770.71 (EUR 410.00)
1902. Kuta Kamila in the amount of SEK 70,000.00
1903. Lachowski Robert in the amount of EUR 46,313.45
1904. Lebiedziński Marek in the amount of USD 2,988.58
1905. Lenart Małgorzata Joanna in the amount of EUR 500.00
1906. Lenart Georg in the amount of EUR 600.94 (PLN 2,574.85) and PLN 4,351.29
1907. Lewandowski Krzysztof in the amount of EUR 900.00
1908. Lewandowski Przemysław in the amount of GBP 560.00 (PLN 2,886.07)
1909. Lewandowski Robert in the amount of EUR 1,500.00 (PLN 6,480.90)
1910. Lewandowski Mariusz in the amount of PLN 6,006.78
1911. Lewandowski Paweł and Lewandowska Marta in the amount of EUR 10,721.51
1912. Lewandowska Barbara in the amount of USD 2,000.00 (PLN 8,005.00)
1913. Litke Rafał in the amount of EUR 1,468.59
1914. Litwin Łukasz in the amount of PLN 2,550.10 (CHF 551.35)
1915. Litwiński Łukasz in the amount of PLN 3,501.30 and EUR 168.50
1916. Pietrzyk Lucyna in the amount of PLN 15,000.00 (EUR 3,469.49)
1917. Łapaj Grzegorz in the amount of EUR 1,700.00
1918. Łozińska Emilia in the amount of EUR 10,000.00
1919. Łobejko Mariusz in the amount of PLN 6,500.00 (EUR 1,490.96)
1920. Łukaszewski Maciej in the amount of PLN 4,000.00 (EUR 925.09)
1921. Żelazny Bartosz in the amount of EUR 2,500.00 (PLN 10,690.25)



EXT-PIORO-00395

1922. Mach Aleksander in the amount of EUR 5,000.00
1923. Machnacka Danuta in the amount of PLN 4,500.00 (CHF 971.88)
1924. Machnik Katarzyna in the amount of GBP 11,800.00 (PLN 60,469.10)
1925. Machoń Marcel in the amount of EUR 1,068.00 (PLN 4,630.63)
1926. Machelski Michał/Machelska Aneta in the amount of PLN 19,836.00 (USD 5,000.00)
1927. MACHEI HOLDING sp. z o.o. in the amount of PLN 14,432.06 (EUR 3,343.14)
1928. Maciak Małgorzata in the amount of PLN 46,169.90
1929. Maciantowicz Agnieszka in the amount of CHF 258.71
1930. Maciaś Waldemar in the amount of USD 30,000.00
1931. Maciejewska Justyna in the amount of EUR 2,000.00 (PLN 8,572.80)
1932. Macoch Marcin in the amount of PLN 2,583.74, USD 827.28, EUR 1,525.09
1933. Maksimowska Anna in the amount of USD 39,500.00 (PLN 161,025.70)
1934. Maksymiuk Iwona in the amount of PLN 30,201.20 (EUR 7,000.00)
1935. Makowski Jakub in the amount of EUR 1,528.91
1936. Makowski Łukasz (P:88012711437) in the amount of EUR 750.00
1937. Makowski Lukas (Lubeck DE) in the amount of EUR 6,224.70
1938. Makowski Mateusz in the amount of PLN 41,616.00 and GBP 10,394.23
1939. Małgorzata Skowronek in the amount of PLN 1,292.49 (EUR 300.00)
1940. Mamzerowski Maciej in the amount of EUR 1,043.89
1941. Manowiec Piotr in the amount of GBP 4,000.00 (PLN 20,616.20)
1942. Mania Jakub in the amount of EUR 300.00 (PLN 1,290.57)
1943. Margiel Mateusz in the amount of PLN 54,040.44
1944. Młynarczyk Mateusz p Chabre IT Services Sp. z o. o. in the amount of EUR 40,000.00 (PLN 172,604.00)
1945. Nosal Patryk in the amount of PLN 245,387.70
1946. Nosal Wiesław in the amount of PLN 19,000.00
1947. Nosal Jakub in the amount of PLN 2,406.25 (CHF 520.00)
1948. Abramczyk Marcin in the amount of PLN 17,887.80 (EUR 4,153.00)
1949. Kościelniak Marcin in the amount of EUR 1,000.00
1950. Kościak Stanisław in the amount of PLN 88,000.00 (EUR 20,191.36)
1951. Kiciński Michał in the amount of EUR 1,000.00 and PLN 94,600.00
1952. Kicior Hieronim in the amount of PLN 17,284.80 (EUR 4,000.00)
1953. Kościuk Anna in the amount of PLN 2,744.00
1954. Jagusiak Mariusz in the amount of EUR 1,801.62
1955. Jagalla Sławomir in the amount of PLN 3,474.84 (EUR 800.00)
1956. Jagoda Roman in the amount of USD 2,000.00 (PLN 7,974.00)
1957. Miozka Martin in the amount of EUR 34,131.29
1958. Migacz Maciej in the amount of EUR 4,000.00 (PLN 17,112.40)
1959. Migodziński Wojciech in the amount of EUR 195.33
1960. Migdalski Kamil in the amount of EUR 2,000.00
1961. Mikołajczak Bartłomiej in the amount of EUR 500.00
1962. Mikołajewski Leszek in the amount of PLN 2,168.85 (EUR 500.00)
1963. Mikulski Marek in the amount of PLN 2,189.05 (EUR 500.00)
1964. Misterska Katarzyna in the amount of EUR 1,000.00
1965. Morzycka Karolina in the amount of EUR 3,336.00
1966. Moryl Joanna in the amount of USD 9,981.00
1967. Mróz Piotr in the amount of USD 25,000.00 (EUR 22,787.50)
1968. Mróz Karol in the amount of PLN 4,000.00
1969. Mrówka Rafał in the amount of PLN 10,840.50 (EUR 2,500.00)
1970. Nawrot Ewelina in the amount of EUR 550.00
1971. Nawracała Tomasz in the amount of PLN 1,485.79
1972. Nawotny Marcin in the amount of EUR 1,500.00 (PLN 6,409.35)
1973. Necka Tomasz in the amount of EUR 9,932.39
1974. Nędza Sabina in the amount of PLN 7,000.92
1975. Nowak Paweł in the amount of PLN 23,436.46 (EUR 5,432.00)
1976. Nowak Grzegorz in the amount of EUR 115,111.89
1977. Nowak Cezary in the amount of EUR 5,000.00 (PLN 21,529.00)



EXT-P-0020-00396

1978. Nowak Michał in the amount of PLN 14,000.00
1979. Nowacki Paweł in the amount of EUR 652.91
1980. Nowacki Tomasz in the amount of PLN 47,842.94
1981. Nowacki Dariusz in the amount of USD 1,618.05
1982. Nowara Roman in the amount of EUR 4,598.83 and PLN 1,728.54
1983. Gładysz Radosław in the amount of EUR 6,233.23
1984. Gospodarstwo Rolne Roman Nowak in the amount of EUR 30,000.00
1985. Gospodarstwo Rolne Sebastian Hoekstra in the amount of PLN 426,980.00 (EUR 100,000.00)
1986. Gostomski Czesław in the amount of EUR 3,000.00 and USD 5,362.00
1987. Chicken King Family Sp. z o.o./Biejarowski Łukasz in the amount of PLN 6,000.00 (EUR 1,390.40)
1988. MS PILOT SP. Z O.O./Szczepański Marcin in the amount of EUR 1,000.00 (PLN 4,244.20)
1989. Odnosumov Mykola in the amount of USD 8,256.99 (PLN 33,360.72)
1990. Odrzywołek Iwona in the amount of PLN 3,028.97
1991. Ogulewicz Marek in the amount of PLN 6,000.00 (EUR 1,398.04)
1992. Ogrodnik Sylwester in the amount of NOK 11,000.00 (PLN 3,936.74)
1993. Ogrodowski Dawid in the amount of USD 6,900.00 (PLN 27,064.56)
1994. Okoniewski Krzysztof in the amount of PLN 2,505.25 (EUR 578.22)
1995. OKON II Maria Staszewska/Staszewska Maria in the amount of PLN 2,418.70, USD 462.72, EUR 16.79, CNY 17.16, and JPY 1,075,869.00
1996. Okulski Grzegorz in the amount of PLN 15,088.51
1997. Okłocka Diana in the amount of PLN 4,346.10
1998. Okurowska Elżbieta in the amount of EUR 37,000.00
1999. Olchawska Klaudia in the amount of PLN 4,010.00
2000. Olczak Aleksandra in the amount of EUR 2,000.00
2001. Olszak Adrian in the amount of DKK 30,000.00
2002. Olszewski Tomasz in the amount of PLN 2,310.31 (EUR 535.65)
2003. Olszewski Marcin in the amount of EUR 5,170.00
2004. Olszewski Dariusz in the amount of PLN 7,894.89
2005. Oyunkhuu Damian Yadam in the amount of USD 15,532.00
2006. Pirart Paulina in the amount of PLN 8,621.20 (EUR 2,000.00)
2007. Pawlak Przemysław in the amount of EUR 3,000.00
2008. Robak Adam in the amount of EUR 1,267.00 (PLN 5,417.79)
2009. Romanowska Jolanta in the amount of PLN 3,584.20 (CHF 770.00)
2010. Romanowski Łukasz in the amount of PLN 7,795.08
2011. Romaniec Michał in the amount of PLN 1,909.88 (CHF 414.13)
2012. Rokleki Jarosław in the amount of EUR 100.00 (PLN 427.69)
2013. Rokita Anna in the amount of EUR 5,096.96
2014. Roszak Robert in the amount of PLN 42.32 and EUR 1,924.12
2015. Rosiak Roman in the amount of EUR 1,600.87 (PLN 6,840.52) and EUR 70.00
2016. Rosę Romuald in the amount of EUR 1,200.00 (PLN 5,080.08)
2017. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz in the amount of EUR 2,500.00 (PLN 10,808.25)
2018. PBDIO Kanbruk sp. z o.o. in the amount of EUR 30,000.00
2019. Panel Sandwich Sp. z o.o./Emilian Stręczewski in the amount of EUR 150,000.00 (PLN 652,290.00)
2020. Pankau Maciej in the amount of CHF 10,000.00
2021. Piskorz Andrzej in the amount of PLN 15,000.00 (EUR 3,439.34)
2022. Piskorz Paweł in the amount of PLN 49,288.00
2023. Pilarek Włodzimierz in the amount of PLN 134,272.40
2024. Pilarski Dawid in the amount of USD 3,755.10 (PLN 15,050.82)
2025. Pilniak Barbara/Pilniak Ireneusz in the amount of PLN 14,195.00
2026. Piłch Katarzyna in the amount of EUR 2,000.00 (PLN 8,556.60)
2027. POLYATLAS sp. z o.o. in the amount of PLN 467,996.40 (EUR 107,326.88)
2028. Polsko - Portugalska Izba Gospodarcza in the amount of EUR 30,000.00 (PLN 128,598.00)
2029. Potocka Renata in the amount of PLN 1,200.00 (EUR 274.68)
2030. Powroźnik Mikołaj in the amount of EUR 1,700.00
2031. Pręcikowski Paweł in the amount of EUR 2,800.00

2032. Pstrowski Marek in the amount of PLN 2,616.77 (CHF 560.00)
2033. Puchała Aneta and Puchała Ireneusz in the amount of EUR 23,229.88
2034. Puchalski Janusz in the amount of EUR 160.28
2035. Puchłowska Paulina in the amount of PLN 107,938.16
2036. Puczka Dominik in the amount of PLN 15,070.77 and EUR 12.20
2037. Pudelko Adam in the amount of PLN 42,877.00
2038. Pyza Michał in the amount of EUR 10,000.00 (PLN 43,276.00)
2039. Radwan Ewelina and Radwan Grzegorz in the amount of EUR 6,220.00
2040. Rapior Michał in the amount of EUR 2,146.00 (PLN 9,224.80)
2041. Premium Storę sp. z o.o. in the amount of EUR 10,000.00
2042. Rysiewicz Sławomir in the amount of EUR 1,960.85
2043. Sadowska Aleksandra in the amount of PLN 2,586.00 (EUR 600.00)
2044. Samborska Aneta in the amount of PLN 2,000.00 (EUR 462.19)
2045. Schlichting Patrick EUR 3,426.50 (PLN 14,687.40)
2046. Schroeder Robert representing AGA Polish Food Ltd. in the amount of EUR 69,255.15
2047. Schutzmann Edyta in the amount of EUR 2,500.00 (PLN 10,747.00)
2048. Matula Mateusz in the amount of PLN 8,041.87 (CHF 1,750.00)
2049. Mlś Hubert in the amount of EUR 1,153.14 and NOK 6,634.69
2050. Smyk Kazimierz Antoni in the amount of EUR 7,002.29
2051. Sobolewski Adam in the amount of EUR 350.00
2052. SOGBI Sp. z o.o./ Grzegorz Soska in the amount of PLN 2,217.41
2053. Sosnowski Piotr in the amount of EUR 901.00
2054. Sosnowski Krzysztof EUR 5,400.00 (PLN 23,094.18)
2055. Sosiński Tomasz in the amount of EUR 5,000.00 (PLN 21,432.50)
2056. Spigarski Patryk in the amount of EUR 1,680.00 (PLN 6,491.14)
2057. Stachura Aleksandra in the amount of EUR 200.00
2058. Stachyra Marcin in the amount of EUR 7,200.00 (PLN 30,816.72)
2059. Stanek Katarzyna in the amount of EUR 25,463.93
2060. Stankowski Tomasz in the amount of PLN 1,500.00 (EUR 345.96)
2061. Stańczyk Brunon in the amount of PLN 1,644.32
2062. Stańczyk Grzegorz in the amount of PLN 13,000.00 (GBP 2,482.33)
2063. Stasiak Dominik in the amount of PLN 10,200.00 (GBP 1,959.01)
2064. Stasiewicz-Świaney Agnieszka in the amount of EUR 3,000.00
2065. Stasiulewicz Jerzy in the amount of AUD 28,825.00 and PLN 32,696.49
2066. Stała Michalina in the amount of GBP 500.00
2067. Styliński Rafał in the amount of EUR 7,500.00
2068. Suchy Alfons in the amount of EUR 22,500.00
2069. Suchodolski Marcin in the amount of EUR 3,900.00 (PLN 16,694.73)
2070. Sypień Wojciech in the amount of EUR 3,020.00, CHF 3,000.00
2071. Sypiański Szymon in the amount of PLN 4,920.84 (EUR 1,132.53)
2072. Sysa Joanna in the amount of PLN 3,208.29 (CHF 690.00)
2073. SYNESTHESIS Robert Wiśniewski in the amount of PLN 106,358.20 (USD 26,000.00)
2074. Sznycer Karolina in the amount of PLN 22,000.00 (EUR 5,133.74)
2075. Szopski Tomasz representing Fake Baką Polska in the amount of PLN 17,221.60 (EUR 4,000.00)
2076. Szopa Magdalena in the amount of CHF 601.44 (EUR 630.69)
2077. Szymański Krystian in the amount of EUR 1,000.00
2078. Szymczak Agnieszka in the amount of EUR 800.00
2079. Szymczyk Piotr in the amount of PLN 150,000.00
2080. Śmieja Krzysztof in the amount of EUR 7,900.00
2081. Ściskała Karina in the amount of PLN 300,000.00 (EUR 70,224.72)
2082. Taraszkiewicz Andrzej in the amount of EUR 2,000.00
2083. Tusiński Daniel in the amount of EUR 518.90
2084. Tymrakiewicz Patryk Maciej in the amount of EUR 20,000.00
2085. Trzybański Mertusz/Teresa in the amount of PLN 16,000.00
2086. Uler Dorota in the amount of EUR 815.65
2087. Urbański Michael in the amount of PLN 21,735.50 (EUR 5,000.00)



2088. Urbański Marek in the amount of PLN 3,280.01 (CHF 704.00)
2089. Urbański Wojciech in the amount of PLN 2,799.03 (CHF 600.47)
2090. Komorowska Jolanta representing Vivo Jolanta Komorowska in the amount of EUR 700.00
2091. Komperda Mateusz Franciszek in the amount of PLN 2,500.00 and EUR 565.55
2092. Kompała Krzysztof in the amount of PLN 13,700.00
2093. Wiatrowski Dariusz in the amount of SEK 700,000.00
2094. Wiechnik Przemysław representing MP BROS LTD in the amount of EUR 8,214.39, GBP 20,803.40
2095. Wiecheć Adam in the amount of EUR 700.00
2096. Wiechowska Anna in the amount of USD 709.74
2097. Wilczyński Zbigniew in the amount of EUR 1,000.00
2098. Witkowska Aneta in the amount of PLN 3,496.72 (EUR 800.00)
2099. Wild Willy Sp. z o.o./ Wilczyński Marcin in the amount of PLN 9,782.18 (EUR 2,265.00)
2100. Winnicka Justyna in the amount of EUR 2,000.00 (PLN 8,626.40)
2101. Wiśniewski Bogdan in the amount of PLN 25,000.00 (EUR 5,733.55)
2102. Wiśniewski Łukasz in the amount of EUR 2,904.03
2103. Wiśniewski Jakub in the amount of USD 3,738.29 (EUR 3,537.17)
2104. Władysław Dubicki in the amount of EUR 6,000.00
2105. Włodarczyk Mateusz in the amount of EUR 665.00
2106. Woś Zuzanna in the amount of CHF 32,559.90 and EUR 1,000.00
2107. Woś Beata in the amount of PLN 38,554.08
2108. GAR Trans sp. z o.o./ koczylas Karol in the amount of EUR 4,000.00 (PLN 17,342.00)
2109. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna in the amount of PLN 472,481.45
2110. Wojcicki Paweł in the amount of PLN 1,846.97 (EUR 426.00)
2111. Wójcik-Michałkowska Natalia in the amount of EUR 2,804.46
2112. Wójcik Grażyna in the amount of NOK 20,000.00
2113. Wójcik Mariusz in the amount of EUR 11,154.54 and USD 2,416.62
2114. Wójcik Anna in the amount of EUR 697.77, USD 1,340.76, PLN 19,059.61
2115. Wójcik Sylwia in the amount of EUR 4,000.00 (PLN 17,368.40)
2116. Wójcik Paweł in the amount of USD 15,000.00 (PLN 61,051.50)
2117. Wójcik Tomasz P.P.H.U. EUROPOL in the amount of PLN 65,187.00 (EUR 15,000.00)
2118. Wójcik Jacek in the amount of EUR 91.42
2119. Wójcik Piotr in the amount of PLN 2,571.26
2120. Wójcik- Czech Ewa in the amount of EUR 411.99
2121. Wójcik Mateusz in the amount of SEK 169,574.99 and PLN 3,767.00
2122. Śpiewak Daniel in the amount of PLN 1,241.77
2123. Wrona Sylwia in the amount of EUR 22,498.83
2124. Wronka Marcin in the amount of PLN 4,353.70 (EUR 1,000.00)
2125. Wycisło Kamil in the amount of EUR 19,216.59
2126. Wzorek Marta in the amount of EUR 1,000.00 (PLN 4,333.10)
2127. Wzgarda Łukasz in the amount of PLN 719.34
2128. Zając Zenobia in the amount of EUR 13,300.69
2129. Andrykowska Regina in the amount of USD 14,000.00
2130. Andryszczak Wojciech in the amount of PLN 76,536.94
2131. Bizon Janusz in the amount of USD 2,073.58, EUR 2,000.00 (USD 2,157.60)
2132. Bożek Ewelina in the amount of PLN 7,100.00 (EUR 1,645.54)
2133. Bożek Agata in the amount of PLN 19,718.82 (EUR 4,600.00)
2134. Citko Paweł in the amount of GBP 8,442.96, USD 37,084.21
2135. Czech Katarzyna in the amount of USD 128,194.43
2136. Czechowski Roman in the amount of EUR 1,512.00, USD 1,307.63 and GBP 395.20
2137. Dudek Jakub in the amount of USD 4,659.70
2138. Dulski Przemysław in the amount of USD 7,285.00
2139. Falkiewicz Justyna in the amount of PLN 5,139.32 (USD 1,304.00)
2140. Falkiewicz Jarosław/ Falkiewicz Justyna in the amount of EUR 580.00 (PLN 2,506.24)
2141. Felkowski Krzysztof in the amount of GBP 1,300.00
2142. Forma Rafał and Forma Tomasz in the amount of USD 25,329.92
2143. Fostacz Magdalena in the amount of PLN 3,800.00 (EUR 881.55)

EXT-PIORO-00399

2144. Gocek Łukasz in the amount of PLN 16,253.60 (USD 4,000.00)
2145. Górka Marcin in the amount of USD 10,157.47
2146. Izodorczyk Jacek in the amount of PLN 1,776.27 (CHF 379.82)
2147. Jabłoński Kamil in the amount of USD 4,990.00
2148. Jasińska Kinga in the amount of USD 6,383.82
2149. Jasińska Barbara in the amount of EUR 1,500.00 (PLN 6,350.55)
2150. Jasiński Łukasz in the amount of EUR 1,643.17 (PLN 7,050.00)
2151. Jasiński Michał in the amount of EUR 12,000.00 (PLN 51,044.40)
2152. Jaworska Alina in the amount of USD 1,450.00
2153. Jaworska Dorota in the amount of PLN 3,402.00
2154. Jochimiak Grzegorz in the amount of USD 1,250.69
2155. Jonik Tomasz in the amount of USD 3,700.00
2156. Joskowski Bardomiej PLN 1,475.00
2157. Kapuściński Giedymin in the amount of USD 2,430.00 (PLN 9,493.52)
2158. Kapuśniak Damian in the amount of PLN 17,640.04 (USD 4,400.00)
2159. Kiełtyka-Michna Monika Anna in the amount of PLN 50,000.00 (USD 12,692.92)
2160. Kiełpin Jan in the amount of PLN 18,967.70
2161. Kochan Grzegorz in the amount of PLN 18,200.25 (USD 4,500.00)
2162. Kochanowski Marcin in the amount of TRY 44,227.85
2163. Kochańska- Szymczak Marta in the amount of JPY 2,852,389.00
2164. Koczocik Anna in the amount of CHF 500.00 (PLN 2,323.20)
2165. Kozina Anna in the amount of USD 34,827.03
2166. Kozieł Krystian in the amount of PLN 14,000.00 (EUR 3,226.62)
2167. Krawczyk Marcin in the amount of PLN 27,000.00 (USD 6,740.60)
2168. Krawczyk Aleksandra in the amount of GBP 5,401.00
2169. Kryślak Grzegorz in the amount of PLN 40,716.00 (USD 10,000.00)
2170. Kubicki Kamil in the amount of PLN 7,500.00 (USD 1,892.89)
2171. Kubiszewski Szymon in the amount of CHF 1,217.27
2172. Kula Tomasz in the amount of EUR 5,569.88
2173. Kula Piotr in the amount of PLN 1,992.88 and USD 507.68
2174. Lach Hubert (P: 81090903691) in the amount of USD 11,581.23
2175. Lach Hubert (P:72041500432) in the amount of PLN 2,673.72 (EUR 620.18)
2176. Marek Wacław in the amount of USD 2,073.63
2177. Waczynska Vaida in the amount of EUR 20,000.00 (PLN 85,708.00)
2178. Sachniewicz Mirosław in the amount of USD 1,085.10
2179. Sajdak Łukasz in the amount of USD 194.07
2180. Wieloch Justyna in the amount of USD 3,022.94
2181. Wiesner Marius in the amount of EUR 12,473.20
2182. Wieszczyk Piotr in the amount of PLN 4,612.01 (EUR 1,064.00)
2183. Wieszolek Tomasz in the amount of EUR 3,400.00 and PLN 2,167.45
2184. Wierzchowiak Sebastian in the amount of EUR 4,788.27
2185. Wiewióra Jędrzej in the amount of EUR 500.00
2186. Wiktor Mucha in the amount of USD 4,840.30
2187. Wypich Jarosław in the amount of PLN 27,893.97
2188. Wynver Joanna in the amount of PLN 29,074.32 (USD 7,200.00)
2189. Zawada - Biszczad Agnieszka in the amount of EUR 298.00
2190. Zawadzki Grzegorz in the amount of USD 19,950.49
2191. Zborowski Michał in the amount of USD 9,049.54
2192. Zemke Aleksander in the amount of PLN 30,936.69 (USD 7,819.00)
2193. Zemlik Paweł in the amount of EUR 464.84
2194. Zielaki Sebastian representing NAMIX Sebastian Zielaki in the amount of PLN 287,033.46 (USD 72,844.00)
2195. Zielińska Dorota (P: 64062612300) in the amount of PLN 20,178.50 (USD 5,000.00)
2196. Zielińska Dorota in the amount of PLN 5,876.16
2197. Kolarz Michał in the amount of CHF 99,328.92
2198. Kolendo Filip in the amount of PLN 1,726.48 (EUR 400.00)

EXT-PIORO-00400

2199. Kolonko Albert in the amount of EUR 2,000.00
2200. Haba Maciej in the amount of CHF 130.00
2201. Karda Łukasz in the amount of PLN 4,400.00 (EUR 1,007.58)
2202. Kardasz Marek Janusz in the amount of PLN 94,000.00
2203. Buszta Katrzyna in the amount of CHF 615.74
2204. Sławiński Marcin in the amount of CHF 550.00
2205. Sławik Tomasz in the amount of PLN 9,000.00 (EUR 2,098.15)
2206. Sławiok Patryk in the amount of PLN 10,000.00 (USD 2,096.30)
2207. Skwara Michał in the amount of GBP 5,000.00 (PLN 26,020.00)
2208. Skwarczyńska Maria in the amount of EUR 39,997.21 (PLN 172,220.00)
2209. Wróblewski Krystian in the amount of CHF 698.42
2210. Wracławek Adrian in the amount of PLN 15,010.00
2211. Wełcwejt Aneta in the amount of PLN 41,931.07
2212. Artur Świała representing AD-BAU Artur Świała in the amount of PLN 258,765.00 (CHF 50,000.00)
2213. Mil Robert in the amount of EUR 358.82
2214. Milewski Kamil Krzysztof in the amount of CHF 480.00
2215. Milewski Łukasz in the amount of PLN 20,136.40
2216. Milewski Arkadiusz in the amount of EUR 2,500.00 (PLN 10,667.37)
2217. Krzanicki Daniel in the amount of EUR 5,000.00 (GBP 4,149.82)
2218. Krzanowska Elżbieta in the amount of PLN 4,307.10 (EUR 1,000.00)
2219. Weronika Bell in the amount of GBP 4,821.00
2220. WELDMONT Sp. z o.o./ Krawczyk Kamil in the amount of PLN 41,794.32
2221. Wendzonka Katarzyna in the amount of EUR 804.47
   *[List number missing in the source document]*
2223. Wetta Agnieszka in the amount of EUR 1,750.00
2224. Wetzel Łukasz in the amount of EUR 2,973.77
2225. Malinowski Robert in the amount of GBP 11,970.00
2226. Malinowski Kamil in the amount of PLN 3,563.80
2227. Maligranda Mariusz in the amount of USD 869.67 (PLN 3,524.25) and PLN 52,712.36
2228. Malesza - Flak Renata in the amount of PLN 1,634.71 (CHF 350.00)
2229. Małkiewicz Tomasz in the amount of PLN 6,503.55
2230. Małkiewicz Paweł in the amount of PLN 27,820.80
2231. Mąka Maria in the amount of PLN 1,847.04 (CHF 400.00)
2232. Mąka Przemysław in the amount of PLN 10,090.90
2233. Aleksandrowicz Mirosław in the amount of CHF 428.00
2234. Baran Jolanta in the amount of PLN 12,146.11
2235. Chmiel Emilia in the amount of PLN 2,304.52 (CHF 495.00)
2236. Dorota Keller-Zalewska in the amount of PLN 3,754.53 (CHF 810.00)
2237. Dorosz - Olszak Marta in the amount of PLN 1,951.59 (CHF 420.03)
2238. Dorenda Jakub in the amount of PLN 8,661.00
2239. Edyta Obłoj-Gąsiorowska in the amount of PLN 3,070.74 (CHF 670.00)
2240. Hejnar-Braś Joanna in the amount of CHF 509.10
2241. Janus Agnieszka in the amount of CHF 1,240.11
2242. Janus Wioleta in the amount of EUR 1,000.00 (PLN 4,238.30)
2243. Janus Łukasz in the amount of NOK 29,740.00 (PLN 10,751.01)
2244. Jeliński Mieszko in the amount of EUR 577.23 (CHF 539.94)
2245. Kawka Robert in the amount of PLN 255,315.98 (EUR 59,312.58)
2246. Kawa Jakub in the amount of EUR 270.00
2247. Kawa Karol in the amount of EUR 5,258.13 (USD 5,500.00)
2248. Kawalec Tomasz in the amount of USD 50,000.95 and PLN 54,865.90
2249. Kawula Karol in the amount of CHF 5,000.00 (PLN 22,970.00)
2250. Kapelańczyk Adrian in the amount of PLN 448.38
2251. Kapelańczyk Michalina in the amount of USD 4,121.00
2252. Kapica Mariusz in the amount of PLN 2,350.00
2253. Kapica Damian in the amount of PLN 41,571.41
2254. Kazmierczak Agnieszka in the amount of PLN 1,000.94 (CHF 345.00)



EXT-PIORO-00401

2255. Kaźmierczuk Tomasz in the amount of EUR 2,185.97
2256. Kaźmierski Jacek in the amount of PLN 859.82, EUR 672.54, USD 11.90
2257. Kecher Justyna in the amount of EUR 251.54 and PLN 2,503.27
2258. Kerner Jarosław in the amount of CHF 301.00
2259. Kempa Izabela in the amount of EUR 547.79
2260. Kempa Mirela in the amount of PLN 4,705.47
2261. Kempa Wojciech in the amount of PLN 7,479.85
2262. Kompanowski Radosław in the amount of PLN 8,403.63 (EUR 1,939.00)
2263. Kessel Barbara in the amount of PLN 15,097.60
2264. Kędziora Maciej in the amount of PLN 1,387.55 (CHF 299.81)
2265. Kędziora Mateusz Norbert in the amount of DKK 21,594.25 (PLN 12,490.11)
2266. Kłoskowska Anna in the amount of PLN 1,159.93 (CHF 250.00)
2267. Kosmał Rafał in the amount of PLN 5,244.02
2268. Kosmala Radosław in the amount of PLN 1,672.56 (CHF 360.00)
2269. Kowalski Leszek in the amount of PLN 2,937.51 (CHF 635.00)
2270. Kowalski Konrad in the amount of USD 2,943.36 and PLN 12,861.90
2271. Kowalski Tomasz in the amount of EUR 45,000.00 (PLN 193,023.00)
2272. Kowalski Łukasz in the amount of PLN 12,910.20
2273. Kozłowski Maciej in the amount of PLN 2,165.49 (CHF 464.00)
2274. Kozłowska Katarzyna in the amount of EUR 10.02 (PLN 1,339.98)
2275. Król Bartłomiej in the amount of PLN 1,577.17 (CHF 342.00)
2276. Król Tomasz in the amount of PLN 17,469.76
2277. Królikiewicz Marek in the amount of EUR 500.00 (PLN 2,138.25)
2278. Królikowski Zbigniew in the amount of USD 12,700.00
2279. Lubomski Patryk in the amount of CHF 380.00
2280. Łoszak Paweł in the amount of PLN 1,808.24 (CHF 390.00)
2281. Malik Mariusz in the amount of PLN 2,574.99 (CHF 560.00)
2282. Malicz Tomasz in the amount of USD 10,000.00 (PLN 40,821.00) and USD 30,000.00
2283. Maliszewski Adam in the amount of PLN 4,700.00 (GBP 1,672.21)
2284. Marek Nowoiniak in the amount of PLN 4,922.96 (CHF 1,060.00)
2285. Marek Michał in the amount of GBP 1,164.51 (PLN 6,002.12)
2286. Matuszczyk Michał in the amount of CHF 472.88
2287. Maslach Mariusz in the amount of PLN 35,000.00
2288. Miałkowski Marek in the amount of PLN 1,199.98 (CHF 257.06)
2289. Mikołaj Dulny in the amount of PLN 925.71 (CHF 201.00)
2290. Milik Kamil in the amount of PLN 1,697.82
2291. Nawara Diminik CHF 428.70
2292. Nawra Milena in the amount of PLN 175,000.00 (EUR 41,015.30), EUR 200.00 (GBP 168.22), EUR 200.00 (PLN 851.68)
2293. Nacewicz Łukasz in the amount of USD 1,500.00 (PLN 5,885.40)
2294. Nowak Sebastian in the amount of PLN 1,475.52 (CHF 320.00)
2295. Orzel Katarzyna in the amount of CHF 530.00
2296. Oser Katarzyna in the amount of PLN 5,732.28 (CHF 1,232.00)
2297. Osewski Kamil in the amount of PLN 183,904.00 (EUR 44,000.00)
2298. Panek Piotr in the amount of CHF 651.00
2299. Panek Przemysław in the amount of PLN 434,696.84 (PLN 91,841.00)
2300. Pawlak Karol in the amount of PLN 2,117.19 (CHF 456.33)
2301. Pedrycz Przemysław Henryk in the amount of PLN 3,673.00 (CHF 791.08)
2302. Pills Anna in the amount of CHF 340.15
2303. Piotrowski Michał in the amount of EUR 4,000.00 (PLN 17,347.40)
2304. Piotrowski Przemysław in the amount of EUR 1,000.00 (PLN 4,290.10)
2305. Prusakowska Milena in the amount of USD 1,930.00 (PLN 7,548.04)
2306. Przybylski Andrzej in the amount of PLN 2,769.78 (CHF 595.00)
2307. Przybylski Mateusz (PESEL:90071016631) in the amount of PLN 6,876.35
2308. Przybylski Mateusz (PESEL: 89120601539) in the amount of USD 12,280.80
2309. Przydacz Sebastian in the amount of PLN 116,082.50



EXT-P-0039-00493

2310. Przygoda- Zielińska Joanna in the amount of GBP 10,018.00 and CHF 12,522.00
2311. Pojazdy Turystyczne Sp. z o.o. / Wojciech Świtalski in the amount of PLN 92,848.70 (USD 23,000.00)
2312. Rożybowska-Dwojak Joanna in the amount of CHF 600.00
2313. Rzepkowski Grzegorz in the amount of PLN 3,344.76 (CHF 720.00)
2314. Rzepkowski Jakub in the amount of EUR 113.54, PLN 565.01, USD 1,332.65
2315. Siedlikowska Izabela in the amount of PLN 599.60
2316. Siejka Anna in the amount of USD 9,900.00 (PLN 38,737.71)
2317. Sikora Mieczysław in the amount of CHF 503.00
2318. Sikora Grzegorz in the amount of PLN 63,257.73
2319. Sobesto Marcin in the amount of PLN 4,898.53 (CHF 1,051.30)
2320. Sobkowiak Jakub in the amount of USD 5,000.00 and PLN 46.00
2321. Szczurek Krzysztof in the amount of PLN 2,922.76, (CHF 630.00)
2322. Szczurek Tomasz in the amount of PLN 28,098.58
2323. Szczuka Adam in the amount of PLN 36,226.15 and EUR 702.16
2324. Szumański Eryk in the amount of GBP 820.84, EUR 464.80, JPY 28,000.00, PLN 2,000.00
2325. Szumny Beata in the amount of PLN 4,562.92 (CHF 979.00)
2326. Szumny Marcin in the amount of EUR 1,000.00
2327. Szulc Artur in the amount of EUR 13,750.00
2328. Szulc Paweł in the amount of EUR 14,753.00 (PLN 62,543.87)
2329. Szulczyńska - Kaczmarek Marta in the amount of EUR 50,000.00 (PLN 215,305.00)
2330. Szufnara Patryk in the amount of EUR 5,000.00 (PLN 21,726.00) and PLN 8,309.99
2331. Szustakowski Tobiasz in the amount of GBP 3,700.00 (PLN 18,919.38)
2332. Szuszko Agnieszka in the amount of EUR 4,500.00 (PLN 19,329.53)
2333. Sztuba Grzegorz in the amount of PLN 4,272.00
2334. Sznurc Dawid PLN 8,659.00 (EUR 2,000.00)
2335. Tatiana Niemczyńska in the amount of PLN 5,388.75 (CHF 1,159.02)
2336. Tatur Tomasz in the amount of PLN 8,730.60 (EUR 2,000.00)
2337. Trojanek Paulina (zd. Świrydo) in the amount of PLN 1,500.00
2338. Tusiński Daniel in the amount of CHF 495.82
2339. Wawrzykowska Barbara in the amount of PLN 3,400.00 (EUR 796.15)
2340. Wawrzyniak Adam in the amount of CHF 198.00
2341. Wawryn Konrad in the amount of EUR 110,132.45
2342. Waglarski Marek in the amount of PLN 2,347.41 (EUR 545.37)
2343. Waksmundzki Franciszek in the amount of PLN 4,342.00
2344. Witczak Tomasz in the amount of PLN 8,554.00
2345. Witek Maciej in the amount of PLN 45,860.85 (EUR 10,500.00)
2346. Witkiewicz Dominik in the amount of CHF 960.96
2347. Witkowski Jarosław in the amount of PLN 2,524.68 (CHF 541.30)
2348. Witkowski Stanisław in the amount of CHF 750.61
2349. Witakowski Jarosław in the amount of PLN 20,532.05
2350. Witański Bartłomiej in the amount of EUR 4,000.00 (PLN 17,207.20)
2351. Witt Nikodem in the amount of PLN 1,081.49
2352. Wolniewicz Joanna in the amount of PLN 3,493.43 (CHF 750.00)
2353. Wolniewicz- Wrabiec Justyna in the amount of EUR 1,200.00 (PLN 5,213.28)
2354. Wolnik Agnieszka in the amount of PLN 975.58
2355. Wolny Roksana in the amount of EUR 1,000.00 (PLN 4,302.20)
2356. Woszczyna Marcin in the amount of PLN 1,758.56 (CHF 380.00)
2357. Wrzol Adam in the amount of PLN 2,000.00 (EUR 459.58)
2358. Wrzosek Paweł in the amount of CHF 303.00
2359. Wrzesiński Dominik in the amount of PLN 2,453.57 (CHF 527.32)
2360. Zimakowska Dorota in the amount of CHF 350.00
2361. Zimnowoda Tomasz in the amount of PLN 1,186.60
2362. Zimoń Ewa in the amount of PLN 4,872.79 (CHF 1,046.00)
2363. Zobrzycki Aleksander in the amount of PLN 7,203.75
2364. Uchal Jarosław in the amount of PLN 3,823.82 (CHF 820.00)
2365. Uliński Henryk in the amount of PLN 50,000.00



EXT-10-00403

2366. Uziębło Magdalena in the amount of PLN 5,816.20
2367. Korn Adrian in the amount of NOK 2,254,861.27
2368. Szacowny Roman in the amount of GBP 2,000.00 (PLN 10,240.20)
2369. Szadach Andrzej in the amount of NOK 99,452.52
2370. Szafrańska - Sagan Joanna in the amount of EUR 2,454.93 (PLN 10,500.00)
2371. Szarabajko Dominik in the amount of PLN 36.27
2372. Szarejko Robert Jan in the amount of EUR 10,000.00 (PLN 43,529.00)
2373. Szarek Anna in the amount of PLN 3,430.00
2374. Szarek Dariusz in the amount of PLN 2,618.70 (USD 656.17) and PLN 611.22 (SEK 1,676.42)
2375. Szawajewski Bartłomiej in the amount of EUR 1,746.00 (PLN 7,544.82)
2376. Szaworski Marcin in the amount of PLN 41,051.52
2377. Szymański Karol (P:92032509659) in the amount of PLN 14,134.00
2378. Szymański Karol (Wejcherowo) in the amount of PLN 14,133.60 (NOK 39,000.00)
2379. Ruta Łukasz representing RUTEX Łukasz Ruta in the amount of NOK 608,052.74
2380. Kasperek Jacek in the amount of NOK 46,250.00
2381. Płodowski Krzysztof in the amount of SEK 103,140.08
2382. Płocki Marek in the amount of PLN 1,450.56
2383. Posłowski Grzegorz in the amount of CHF 182.63 and PLN 10.00
2384. Pospiszy Andrzej in the amount of GBP 40,000.00 (PLN 206,912.00)
2385. Posyłek - Giębocka Aneta in the amount of EUR 910.37
2386. Szwaba Piotr in the amount of SEK 28,183.91
2387. Szwach Maciej in the amount of USD 16,459.42
2388. Szwaj Bartłomiej in the amount of PLN 4,089.22 (CHF 881.05)
2389. Zwoliński Paweł in the amount of EUR 39,463.32
2390. Wąsik Kamil in the amount of EUR 2,347.72 and PLN 2,379.75
2391. Wąsikowski Maciej in the amount of PLN 173,359.60 (SEK 459,367.72)
2392. Wąsowski Andrzej in the amount of EUR 1,000.00
2393. Wąsowicz Małgorzata in the amount of EUR 931.00 and USD 600.00
2394. Voityuk Galyna in the amount of PLN 15,000.00 and USD 46.81
2395. VEGA Wojciech Porowski in the amount of PLN 943.18 and EUR 1,250.00
2396. Velno.pl Kamil Bolek in the amount of PLN 200,000.00 (USD 50,996.99)

which constitutes, in relation to the above-mentioned clients, a total amount of:
- PLN 46,667,076.50,
- EUR 8,676,980.77 (euro) – after conversion at the lowest exchange rate EUR 1 – PLN 36,863,285.10,
- USD 4,151,471.98 (US dollar) – after conversion at the lowest exchange rate USD 1 – PLN 16,020,530.37,
- CHF 661,340.18 (Swiss franc) – after conversion at the lowest exchange rate CHF 1 – PLN 2,981,718.34,
- NOK 5,374,651.65 (Norwegian krone) – after conversion at the lowest exchange rate NOK 1 – PLN 1,936,486.99,
- GBP 1,148,189.92 (pound sterling) – after conversion at the lowest exchange rate GBP 1 – PLN 5,829,589.86,
- SEK 1,912,921.28 (Swedish krona) – after conversion at the lowest exchange rate SEK 1 – PLN 705,485.37,
- JPY 23,910,521.00 (Japanese yen) – after conversion at the lowest exchange rate JPY 1 – PLN 621,099.69,
- DKK 109,594.25 (Danish krone) – after conversion at the lowest exchange rate DKK 1 – PLN 62,402.97,
- CZK 218,992.50 (Czech koruna) – after conversion at the lowest exchange rate CZK 1 – PLN 36,834.54,
- TRY 753,548.78 (Turkish lira) – after conversion at the lowest exchange rate TRY 1 – PLN 84,096.04,
- AUD 28,825.00 (Australian dollar) – after conversion at the lowest exchange rate AUD 1 – PLN 75,475.38,
- CAD 79,238.75 (Canadian dollar) – after conversion at the lowest exchange rate CAD 1 – PLN 223,651.37,
- NZD 838.77 (New Zealand dollar) – after conversion at the lowest exchange rate NZD 1 – PLN 1,981.59,
- CNY 17.16 (Chinese yuan renminbi) – after conversion at the lowest exchange rate CNY 1 – PLN 9.00,
- RUB 120.00 (Russian rouble) – after conversion at the lowest exchange rate RUB 1 – PLN 3.60,

**which is a prohibited act under Article 286 § 1 of the Criminal Code in conjunction with Article 294 § 4 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code in conjunction with Article 65 § 1 of the Criminal Code.**

II.  in the period at least from the beginning of October 2024 to 5 December 2024, in Zielona Góra and other locations in Poland and abroad, acting at short intervals, in execution of a predetermined plan, in order to obtain material

EXT-PIQRO-00404

benefit and obtaining significant material benefit, as the president of the management board of Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o., and in the period until 12 November 2020, as well as from 22 October 2024 Conotoxia sp. z o.o., jointly and in agreement with Monika Jakubowska – chief accountant of the companies belonging to the Conotoxia Holding Capital Group, including Cinkciarz.pl sp. z o.o., and from 17 October 2024 an independent proxy of Cinkciarz.pl sp. z o.o. and from 14 October 2024 an independent proxy of Conotoxia sp. z o.o., took actions aimed at preventing or significantly impeding the seizure of payment instruments, derived from benefits related to the commission of a prohibited act, consisting in leading Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers to disadvantageously dispose of their property, as a result of misleading them as to circumstances relevant to concluding an agreement in the Cinkciarz.pl mobile application, by concealing from them the current financial condition of Cinkciarz.pl sp. z o.o., resulting from the adopted company management model, consisting in allocating financial resources obtained by Cinkciarz.pl sp. z o.o. through online currency exchange and from payment services offered by Conotoxia sp. z o.o., to finance the operational activities of companies belonging to the Conotoxia Holding Capital Group, including loans granted to entities from the Conotoxia Holding Capital Group and repayment of earlier financial obligations resulting from the operation of the Cinkciarz.pl portal, which funds, according to the regulations posted on the Cinkciarz.pl portal, should have been allocated, within a strictly specified time, to execute the ordered currency exchange transaction and transferred to bank accounts indicated by customers or returned from customers' currency wallets, which consequently led to making the execution of agreements concluded in the mobile application dependent on obtaining financial resources from subsequent Cinkciarz.pl sp. z o.o. and Conotoxia sp. z o.o. customers and resulted in insufficient funds in the companies' bank accounts that would enable fulfilling agreements concluded with Cinkciarz.pl platform customers, which these persons were unaware of at the time of the transaction, in such a way that he led to the transfer of these funds as follows:

- on 7 October 2024, the amount of PLN 200,000, from the Cinkciarz.pl sp. z o.o. account number 47 1140 1850 0000 2155 5000 1082 to the Conotoxia Holding sp. z o.o. account number 44 1140 1850 0000 4217 7700 1001, as a granted loan.
- on 7 October 2024, a total amount of USD 241,000, from the Cinkciarz.pl sp. z o.o. account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,
- on 11 and 16 October 2024, a total amount of USD 401,000, from the Cinkciarz.pl sp. z o.o. account number 23 1140 1850 0000 2155 5000 1029, used for customer service, to the bank account of Marcin Pióro held in the United States of America, titled WW CD174763033805CD,
- in the period from 1 to 25 October 2024, a total amount of USD 610,000, from the Cinkciarz.pl sp. z o.o. account number 21 1140 1850 0000 2155 5000 1108 to the Conotoxia Holding sp. z o.o. account number 17 1140 1850 0000 4217 7700 1002, titled „loan agreement K/G/160801/005", and then to the Conotoxia Holding Inc. account in the United States titled loan agreement number K/G/161201/004
- on 28 October 2024, the amount of EUR 80,000,00, from the Cinkciarz.pl sp. z o.o. account number 94 1140 1850 0000 2155 5000 1109 to the Conotoxia Holding sp. z o.o. account number 60 1140 1850 0000 4217 7700 1004, and then to Conotoxia Holding Ltd. Cyprus, titled „capital increase share capital increase",
- on 28 November 2024, the amount of EUR 185,000, from the Conotoxia sp. z o.o. account number 11 1140 1850 0000 2307 7000 1022 to the Conotoxia Holding sp. z o.o. account number 60 1140 1850 0000 4217 7700 1004 as a loan agreement, and then from that account to the Conotoxia Holding Ltd. account Cyprus, titled „capital increase share capital increase",
- on 5 December 2024, a total amount of PLN 420,000, from the Cinkciarz.pl sp. z o.o. account number 53 1140 1850 0000 2307 7000 1023 to the Conotoxia Holding sp. z o.o. account number 44 1140 1850 0000 4217 7700 1001, as a loan agreement concluded
- on 5 December 2024, the amount of USD 300,000, from the Conotoxia sp. z o.o. account number 80 1140 1850 0000 2307 7000 1022 to the account held for Conotoxia Holding Cyprus number 17 1140 1850 0000 4217 7700 1002, as a loan agreement concluded on 5 December 2024,

which constitutes a total of PLN 620,000, USD 1,552,000, EUR 265,000, thus after conversion to PLN, an amount greater than five times the amount defining property of great value

**which is a prohibited act under Article 299 § 1 and 6 of the Criminal Code in conjunction with Article 306b § 1 of the Criminal Code in conjunction with Article 12 § 1 of the Criminal Code.**

Prosecutor of Prokuratura Regionalna *[Regional Prosecutor's Office]*

*[illegible signature]*

Sylwia Fabiś

Case 6:26-mj-02039-DCI    Document 1-1    Filed 05/18/26    Page 405 of 523

EXT-PIORO-00405

The decision was announced to me on_____and I was advised about my right – before I am informed about the date of final familiarization with the materials of the investigation – to the verbal provision of the justification of the charges, and also preparation of such justification in writing (Article 313 § 3 of the Code of Criminal Procedure).

In consideration of the aforesaid I hereby request – do not request so *.

_____

(signature of the suspect)

The decision with the justification was served to:
- the suspect* on
- the defence counsel* on

Justification on page    of the case file.

_____

(prosecutor's signature)

**Order:**

Pursuant to Article 21 § 2 of the Code of Criminal Procedure, notify the following persons about initiation of the proceedings against the abovementioned suspect





sygn. **2007-2.Ds.21.2024**

### POSTANOWIENIE

### o przedstawieniu zarzutów

Poznań, dnia 5 marca 2025 roku

Sylwia Fabiś – prokurator Prokuratury Regionalnej w Poznaniu, uwzględniając dane zebrane w toku śledztwa  2007-2.Ds.21.2024 w sprawie o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k.  w zw. z art. 12 § 1 k.k. i inne

- działając na podstawie art. 313 § 1 i 2 k.p.k.

**postanowił:**

przedstawić Marcinowi Pióro  zarzut, że:

I.  w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu  spółek: Cinkciarz.pl sp. z o.o.,  Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl sp. z o.o., w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia sp. z o.o., a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki, doprowadził ustalonych do chwili obecnej  klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem w łącznej kwocie co najmniej **49.335.682,67 zł**, stanowiącej  wartość większą niż dziesięciokrotność kwoty określającej  mienie wielkiej wartości, za pomocą wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp.

wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, <u>w wyniku czego pokrzywdzeni m.in. zostali</u>:

1. Abramczuk Paweł w kwocie 1.969,00 zł,  1.000,00 USD, 1.000 EUR, 162,12 CHF
2. Kluczyński Paweł i Małgorzata Kluczyńska działający w imieniu Airpotic sp. z o.o. w kwocie 100.000,00 EUR (431.050,00 zł )
3. Andrzej Chmielewski w kwocie 16.500,00 zł, 1.252.260,00 JPY, 61.550,70 NOK
4. Anioła-Hemmaty Karolina w kwocie 42.304,23 zł
5. Apacki Szymon w kwocie 836,34 zł, 5.120,46 EUR, 3.701,87 USD, 3.142,52 CHF
6. Augustynowicz Sebastian w kwocie 83.670,83 zł,  1.978,01 EUR
7. Balcerzak Agnieszka w kwocie 45.026,61 zł
8. Banach Olga w kwocie 47.757,12 zł
9. Banaś Mariusz w kwocie 15.000,00 EUR (64.080,00 zł)
10. Bandyk Jacek w kwocie 1.000,00 EUR, (4.302,10 zł)
11. Baran Tomasz w kwocie 42,82 CHF, celem uzyskania  201,04 zł oraz 334,00 zł
12. Barnaś Piotr w kwocie 7.000,00 EUR, celem uzyskania 30.003,40 zł
13. Barras Magdalena w kwocie 10.000,00 CHF (45.500,00 zł)

14. Bartosiak Jacek w kwocie 2.315,71 zł

15. Baryłko Grzegorz w kwocie 700,00 EUR (3.000,20 zł)

16. Bąk Dariusz w kwocie 218.427,00 zł

17. Bąk Karol w kwocie 427,59 zł

18. Bednarski Rafał w kwocie 38.521,80 zł

19. Berkowska Marta w kwocie 767,70 zł i 200 GBP (1.027,02 zł) - łącznie 1.794,72 zł

20. Bernacki Andrzej w kwocie 100.356,12 NOK (35.857,24 zł)

21. Białowąs Sebastian w kwocie 13.375,23 zł (58.003,02 zł)

22. Bielak Mirosław w kwocie 387,00 EUR (1.674,01 zł) i 3.200,00 zł – łącznie 4.874,01 zł

23. Bielawa Roman w kwocie 13.000,00 DKK (7.551,70 zł)

24. Blaszczyk Piotr w kwocie 322,88 EUR i 10.045,64 zł

25. Błażewski Tomasz w kwocie 49.185,92 zł

26. Bochnak Joanna działająca w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 30.000,00 EUR (129.327,00 zł)

27. Bochnak Marek działający w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 40.000,00 EUR (172.628,00 zł)

28. Bochniarz Joanna działając w imieniu Centrum Innowacyjnej Edukacji w kwocie 10.000,00 EUR (42.798,00 zł)

29. Boczarski Rafał w kwocie 23.000,00 NOK (8.358,20 zł)

30. Bojczuk Adriana w kwocie 173.328,00 zł

31. Bombik Anna w kwocie 700,00 zł

32. Borczowski Marcin działający w imieniu Real-Construct sp. z o.o. w kwocie 12.000,00 EUR (51 300,00 zł)

33. Borowski Rafał w kwocie 15.299,51 zł

34. Borys Magdalena w kwocie 1.740,00 EUR (7.441,98 zł)

35. Brancewicz Michał w kwocie 7.000,00 EUR (30.002,70 zł)

36. Bryk Jakub w kwocie 50.000,00 USD (200.435,00 zł)

37. Budek-Janek Beata w kwocie 2.504,84 zł

38. Budzyński Piotr w kwocie 11.783,03 zł

39. Byczyński Jacek w kwocie 9.068,69 zł

40. Byrska Wiktoria w kwocie 2.160,19 zł

41. Ceglarska Magdalena w kwocie 31.102,80 zł



42. Chmielnicka Marta w kwocie 1.852,00 EUR (7.874,15 zł)

43. Chmielowiec Jacek w kwocie 10.000,00 USD (39.176,00 zł)

44. Chochorowski Piotr w kwocie 74.326,83 zł i 40.000,00 GBP

45. Chwała Artur w kwocie 1.750,00 zł

46. Chyłek Aneta Sylwia w kwocie 8.668,07 zł

47. Cichoń Michał w kwocie 6.223,91 zł i 2.211,55 EUR

48. Cichorski Michał 1.500,00 EUR (6.461,25 zł)

49. Ciesielski Michał w kwocie 10.000,00 EUR (43.404,00 zł)

50. Ciesielski Michał (74100404552) w kwocie 2.000,00 zł (463,90 EUR)

51. Ciesielski Daniel w kwocie 5.000,00 USD (19.878,50 zł)

52. Cupak Adrian w kwocie 2.000,00 USD (7.803,40 zł)

53. Cylwik Andrzej w kwocie 12.000,00 USD (46.826,40 zł)

54. Czapla Ewelina w kwocie 5.000,00 USD (20.465,00 zł)

55. Czarczyński Maciej w kwocie 950,36 zł

56. Czekierda Piotr w kwocie 5.518,00 zł i 700,00 EUR

57. Czernicki Jan w kwocie 24.101,03 zł

58. Czerwiński Łukasz w kwocie 4.335,10 zł

59. Czestkowska Marta w kwocie 8.578,30 zł

60. Czopik Marcin działający w imieniu IAPS sp. z o.o. w kwocie 60.000,00 EUR (259.128,00 zł),

61. Maria Szymańska – Graca działająca w imieniu MARYTEX Sp. z o.o. w kwocie 7.200,00 EUR

62. Damaskinos Kamila w kwocie 49.336,30 zł

63. Daniluk Roman w kwocie 870,13 zł, 918,89 EUR i 3.582,19 USD

64. Dargacz Piotr w kwocie 52.735,27 zł

65. Dargiewicz Janusz w kwocie 50.000,00 EUR (215.205,00 zł)

66. Dąbek Jacek w kwocie 26.320,90 zł

67. Dąbkowski Damian w kwocie 23.706,32 zł

68. Dąbrowska Urszula w kwocie 11.829,49 zł i 2.000,00 USD

69. Dąbrowska-Wyra Daria i Dąbrowski Łukasz w kwocie 1.850 EUR (7.907,03 zł)

70. Dąbrowski Kazimierz w kwocie 39.500,00 EUR (170.057,30 zł)

71. Diduszko Mateusz w kwocie 40.110,00 zł

72. APF POLSKA Sp. z o.o./Karpowicz Agnieszka w kwocie 566.417,28 zł

73. Długosz Arkadiusz w kwocie 42.881,28 zł

74. Domaszewicz Ewa w kwocie 3.646,84 zł

75. Domejko Krzysztof w kwocie 8.172,19 zł

76. Domoradzka Monika w kwocie 3.138,02 EUR (13.512,94 zł)

77. Musiał Kamil reprezentujący Doradztwo Gruntowe Kamil Musiał w kwocie 15.019,00 EUR (63.751,15 zł), 199,00 EUR i 269,43 USD (245,52 EUR)

78. Dovhanych Volodymyr w kwocie 35.174,00 EUR (138.093,12 zł)

79. Draczyński Michał w kwocie 7.211,27 zł i 1.148,55 USD

80. Drescher Edyta w kwocie 8.050,00 EUR (34.463,66 zł)

81. Drużbiński Paweł w kwocie 4.324,10 zł

82. Włodzimierz Rogowski działający w imieniu AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA w kwocie 2.500,00 EUR (10.808,25 zł)

83. Dubrawska Sylwia i Dubrawski Kamil w kwocie 10.000,00 EUR (43.025,00 zł)

84. Dudek Mariusz w kwocie 10.000,00 zł

85. Dydo Tomasz w kwocie 758,06 zł

86. Dziamski Piotr w kwocie 4.072,42 USD (16.000,00 zł)

87. Dzióba Anna w kwocie 7.300,00 EUR (31.262,25 zł)

88. Żyrkowski Daniel działający w imieniu EKOROL w kwocie 53.000,00 EUR (229.961,70 zł)

89. Eksztein Paweł w kwocie 8.645,60 zł

90. Fanty Dawid w kwocie 2.300,00 EUR (9.943,59 zł)

91. Fedorczyk Bogusław w kwocie 6.368,28 zł

92. Flkiewitz- Bulatecka Dorota działająca w imieniu ASG Technik w kwocie 1.844,98 EUR (7.929,45 zł)

93. Francuz Krzysztof w kwocie 10.238,40 zł

94. Frankiewicz Gabriela w kwocie 4.000,00 EUR (509,10 zł)

95. Fredko Magdalena w kwocie 2.000,00 EUR (8.584,20 zł)

96. Gałązka Andrzej w kwocie 3.480,00 EUR (14.907,28 zł)

97. GAR Trans sp. z o.o. w kwocie 4.000,00 EUR (17.342,00 zł)

98. Garbacz Grzegorz w kwocie 53.854,67 zł

99. Garwoliński Konrad 200,57 zł i 1.420,32 EUR

100. Gastropol Łukasz Targowski sp.k w kwocie 25.000,00 EUR (107.027,50 zł)

101. Gawłowski Rafał w kwocie 13.058,58 zł

102. Gąsiorowski Marcin w kwocie 20.000,00 zł

103. Geliński Bartosz w kwocie 22.500,00 NOK (8.273,25 zł)

104. Gentelman Tomasz w kwocie 437.095,00 zł

105. Gidyński Łukasz działający w imieniu LUXOFT w kwocie 6.144,00 EUR (26.418,59 zł)

106. Gierak Mariusz w kwocie 7.300,00 EUR (31.257,46 zł)

107. Gil Daniel w kwocie 5.116,30 zł

108. Gils Gabriel w kwocie 1.500,00 EUR (6.406,11 zł)

109. Głowacki Marcin w kwocie 1.200,00 EUR (5.139,12 zł)

110. Gnaciński Krzysztof w kwocie 4.600,00 EUR (19.948,82 zł)

111. Gnielka Łukasz Bartłomiej 12.734,40 zł

112. Golonka Gabriela w kwocie 4.000,00 EUR (17.298,40 zł) i 3.000,00 EUR

113. Gołąb Karol w kwocie 22.877,77 zł, 1.081,73 EUR oraz 2.055,84 USD

114. Gołąb Michał w kwocie 1.075,90 EUR (4.655,20 zł)

115. Goncerzewicz Robert w kwocie 40.000,00 GBP (206.056,00 zł)

116. Górczyńska Edyta w kwocie 510,01 EUR (2.210,43 zł)

117. Górski Marcin w kwocie 9.867,65 zł

118. Więckiewicz Grażyna w kwocie 10.000,00 EUR (43.043,00 zł)

119. Grochowski Roman w kwocie 10.000,00 USD (38.610,00 zł)

120. Gromek Monika w kwocie 25.000,00 USD (98.040,00 zł)

121. Grybel Tomasz w kwocie 7.900,00 zł

122. Grzywaczyk Zbigniew w kwocie 75.000,00 zł

123. Gulbierz Tomasz w kwocie 9.819,50 zł, 900,00 EUR i 10.000,00 USD

124. Gunia-Krzyżak Agnieszka w kwocie 200,00 EUR (862,66 zł)

125. Gwiżdż Damian działający w imieniu Górka-Trans Szczyrek, Gwiżdż Sp. J. w kwocie 35.868,34 zł

126. Gwiżdż Sebastian w kwocie 1.000 EUR (4.296,80 zł)

127. Hachuła Piotr w kwocie 6.599,07 EUR (28.233,48 zł)

128. Hajduczenia Dariusz w kwocie 2.844,00 EUR (12.232,90 zł)

129. Harkabuzik Mateusz w kwocie 1.000,00 EUR (4.287,00 zł)

130. Hawro Konrad w kwocie 6.000,00 USD (23.793,60 zł) i 15.500,00 EUR (66.712.00 zł ) – łącznie 90.505,60 zł

EXT-PIORO-004124

131. Hawrył-Adamczyk Katarzyna i Adamczyk Bartosz w kwocie 29.037,80 zł i 9.000,00 CHF

132. Helbowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

133. Holuta Marcin w kwocie 4.300,00 zł

134. Hordecki Mateusz w kwocie 4.302,17 zł

135. Hryniewicz Marek w kwocie 46.800,05 EUR (200.000,00 zł)

136. Hudyka - Grzesik Ewelina w kwocie 4.314,00 zł

137. Idziaszek Weronika w kwocie 2.000,00 EUR (8.527,00 zł)

138. Igielski Adam w kwocie 25.595,00 USD (101.537,92 zł)

139. Zięba Bogumił reprezentujący Inovatica AGV sp. z o.o. w kwocie 15.653,11 EUR (67.000,00 zł), 42.560,00 USD

140. Iwanicki Andrzej w kwocie 39.950,00 zł

141. Iwanucha - Blumberg Lidia w kwocie 2.154,05 zł

142. Jachowski Dariusz w kwocie 400,00 EUR (1.718,72 zł)

143. Jakubczak Jarosław w kwocie 40.000,00 NOK (14.592,00 zł)

144. Janeczek Robert w kwocie 175.959,03 zł

145. Janik Patryk w kwocie 30.000,00 zł i 3.000,00 EUR

146. Jankowski Mateusz w kwocie 3.000,00 USD (11.892,40 zł)

147. Jankowski Rafał w kwocie 3.000,00 EUR (12.908,40 zł)

148. cVest sp. z o.o. w kwocie 4.760,00 EUR (20.487,99 zł)

149. Janowski Mirosław w kwocie 4.375,00 zł

150. Januszek Maciej w kwocie 62.966,01 EUR (270.980,52 zł)

151. Jarek Arkadiusz w kwocie 6.200,00 EUR (26.897,46 zł)

152. Jasina Jarosław w kwocie 90.267,90 zł

153. Jasiok Dawid w kwocie 7.500,00 EUR (32.112,75 zł)

154. Jaworski Łukasz w kwocie 19.091,69 EUR (82.185,91 zł)

155. Jedliński Marcin w kwocie 12.863,45 zł

156. Jeremin Robert w kwocie 6.000,00 zł

157. Jewsiewiecki Bartosz w kwocie 1.700,00 EUR (7.279,17 zł)

158. Jędrzejek Sebastian w kwocie 4.000,00 EUR (17.162,40 zł)

159. Jucha Piotr w kwocie 6.943,76 zł

160. Juchlke Jarosław w kwocie 11.568,60 zł

161. Junkert Hubert w kwocie 4.294,00 zł



162. Jus Anna w kwocie 3.000,00 EUR (12.985,50 zł)

163. Juszkiewicz Arkadiusz w kwocie 20.987,28 EUR (89.934,69 zł)

164. Kachel Marek w kwocie 4.363,21 CHF (20.226,53 zł)

165. Kacprzak Tomasz w kwocie 43.300,00 USD (168.818,04 zł)

166. Kaługa Henryk w kwocie 910,04 zł

167. Kamiński Andrzej w kwocie 2.000,00 EUR (8.640,00 zł)

168. Kania Piotr w kwocie 2.215,00 EUR (9.553,96 zł)

169. Kanonik Piotr w kwocie 1.500,00 EUR (6.430,05 zł)

170. Karlińska Justyna w kwocie 950,00 EUR (4.079,78 zł)

171. Karolewicz Karol w kwocie 55.456,20 zł

172. Karpowicz Agata w kwocie 21.366,80 zł i 5.000,00 EUR

173. APF POLSKA sp. z o.o. w kwocie 566.417,28 zł

174. Kazanowski Tomasz w kwocie 200,00 EUR (860,04 zł)

175. Kaznowski Michał w kwocie 9.000,00 zł

176. Kiełtyka Piotr w kwocie 16.044,95 zł

177. Kita Elżbieta w kwocie 49.340,75 zł

178. Klepacka Beata w kwocie 11.649,04 EUR (50.000,00 zł)

179. Knapczyk Sławomir w kwocie 3.962,71 zł

180. Kobryn - Bodanka Urszula w kwocie 1.000,00 EUR (4.299,50 zł)

181. Kocik Marzena w kwocie 2.140,80 zł

182. Kołodziej Bartosz w kwocie 45.133,48 zł

183. Kołodziej Zbigniew w kwocie 17.173,29 CHF (77.448,00 zł)

184. Sopala Konrad w kwocie 9.500,00 EUR (40.801,55 zł)

185. Koperczuk Damian w kwocie 1.600,00 EUR (6.888,00 zł)

186. Koperczuk Renata w kwocie 2.850,00 EUR (12.270,68 zł)

187. Kordaczuk Sławomir w kwocie 586,67 CHF (2.734,70 zł)

188. Korotkiewicz Adrian w kwocie 17.114,20 zł

189. Korpal Piotr w kwocie 35.818,00 EUR (154.336,49 zł)

190. Korytowska Małgorzata w kwocie 26.000 CZK (4.306,31 zł)

191. Korzec-Frejowska Magdalena w kwocie 11.217,00 zł, 40.000,00 SEK (16.003,00 zł) – łącznie 27.220,00 zł

192. WGS Polska sp. z o.o. w kwocie 30.000,00 SEK (11 277,00 zł)

193. Korzeniewska Barbara w kwocie 130.367,22 zł

194. Kosakiewicz Michał w kwocie 250,00 EUR (1.071,90 zł)

195. Kosior Paweł w kwocie 7.653,14 zł, 32.521,15 USD i 3.726,28 EUR

196. Kossakowski Janusz w kwocie 6.948,81 EUR

197. Kotuła Grzegorz w kwocie 1.900,00 EUR (8.156,70 zł)

198. Kowalczyk Sylwia w kwocie 12.950,00 USD (53.326,80 zł)

199. Kowalewska-Hope Anna w kwocie 200,00 GBP (1.024,96 zł)

200. Kowalska Magdalena w kwocie 1.500,00 EUR (6.480,45 zł)

201. Kowalski Paweł w kwocie 90.000,00 EUR (385.903,99 zł)

202. Koźlik Adrian w kwocie 4.726,47 zł

203. Krajewski Bogdan w kwocie 42.800,00 zł

204. Krajza Mariusz w kwocie 1.000,00 EUR

205. Krawczyk Rafał Mirosław w kwocie 5.000,00 EUR (21.429,00 zł)

206. Kreczko Dariusz w kwocie 14.019,16 zł i 23.432,23 EUR

207. Kremplewski Mariusz w kwocie 5.000,00 USD (19.797,00 zł)

208. Krogul Mieczysław w kwocie 32.000,00 zł

209. Król-Dębek Marta w kwocie 202.016,80 zł i 303,32 EUR

210. Kruczek Jacek w kwocie 21.663,60 zł

211. Krupa Mariusz w kwocie 2.500,01 zł i 748,15 EUR

212. Krzysztoszek Marta w kwocie 4.867,60 USD (20.000,00 zł)

213. Krzywańska Patrycja (Stołowska) w kwocie 23.439,00 EUR (100.808,80 zł)

214. Krzyżanowski Dawid w kwocie 1.875,00 EUR (8.014,69 zł)

215. Krzyżowski Krzysztof w kwocie 30.000,00 NOK (10.827,00 zł)

216. Kuc Wiesław w kwocie 60.000,00 EUR (25.833,60 zł)

217. Kucharski Artur w kwocie 1.666,00 EUR (7.136,64 zł)

218. Kuczyński Piotr w kwocie 15.414,30 zł

219. Kujawiak Marian w kwocie 490,00 EUR (2.126,40 zł)

220. Kukuła Michał w kwocie 45.000,00 USD (179.095,50 zł)

221. Kulewicz Piotr w kwocie 17.170,76 zł

222. Kulikov Vladyslav w kwocie 2.600,00 zł

223. Kura Wojciech w kwocie 11.130,00 EUR (47.851,21 zł)

224. Kurnik Piotr w kwocie 5.667,93 zł

225. Midas sp. z o.o. w kwocie 6.086,22 EUR (26.351,51 zł)

226. Kwaśniewska Katarzyna w kwocie 2.150,00 EUR (9.195,55 zł)

227.  Kwiatek Kamil w kwocie 1.758,98 zł

228.  Lach Katarzyna w kwocie  17.430,99 CHF (80.254,00 zł)

229.  Lachiewicz Czesław w kwocie 7.944,00 zł i 21.887,00 EUR

230.  Natalia Langa LAN-WOOD HOUSE sp. z.o.o  w kwocie  60.000,00  EUR (258.000,00 zł)

231.  Lech Mirosław w kwocie 1.800,00 CHF (8.190,18 zł)

232.  Legierska Daria w kwocie 2.600,00 zł, 6.000,00 EUR (25.820,00 zł) i 6. 562,00 EUR

233.  Lepich Marcin w kwocie 2.478,00 zł i 11.220,23 USD

234.  Leśniak Wojciech w kwocie 42.831.24 zł i 9.990,00 EUR

235.  Lettly sp. z o.o. Jakub Orłowski w kwocie 90.000,00 EUR (387.162,00zł)

236.  Lewko Marian w kwocie 55.000,00 SEK (20.641,50 zł)

237.  Linkiewicz Mateusz w kwocie 4.284,60 zł

238.  Lipecka Anna w kwocie 200,00 zł i 1.911,13 CHF

239.  Lisiecki Piotr w kwocie 42.117,17 zł

240.  Lisowski Michał w kwocie 12.910,50 zł

241.  Liwak – Marzec Katarzyna w kwocie 2.582,88 zł

242.  Lubojański Łukasz w kwocie 12.731,43 zł

243.  Skrok Lucjan w kwocie 15.000,00 EUR (64.662,00 zł)

244.  Lach Maciej w kwocie 22.799,00 zł

245.  Łazewski Bartosz w kwocie 30.000,00 zł

246.  Abble Łątka Sławomir w kwocie 57.000,00 EUR (246.148,00 zł)

247.  Łukasik Aneta w kwocie 8.588,40 zł i 2.000,00 EUR

248.  Maćko Sebastian w kwocie 3.277,13 USD (12.845,27 zł)

249.  Madejski Tomasz w kwocie 537,74 EUR  (2.324,54 zł)

250.  Magnuszewski Łukasz w kwocie 24.353,31 zł

251.  Maj Krzysztof w kwocie 10.000,00 GBP (51.456,00 zł)

252.  Majgier Aron w kwocie 19.671,50 zł

253.  Majorek Michał w kwocie 1.000,00 EUR (4.294,10 zł)

254.  Malatyński Jacek w kwocie 3.965,00 USD (15.769,99 zł)

255.  Malinowska-Pacuła Hanna w kwocie 14.439,21 zł

256.  Małek Aleksandra w kwocie 1.520,00 EUR (6.504,57 zł)

257.  Rogowska Marcelina w kwocie 3.200,00 EUR (13.730,04 zł)

258. Masalski Paweł w kwocie 10.000,00 zł i 320,00 EUR

259. Matelska Weronika w kwocie 10.000,00 CHF (45.840,00 zł)

260. Matkowski Paweł w kwocie 700,00 EUR (3.003,70 zł)

261. Matuszelański Dariusz w kwocie 110.866,71 zł

262. Matyjaszczyk Sonia w kwocie 4.283,08 zł

263. Maziarek Artur w kwocie 9.500 zł

264. Maziarz Monika w kwocie 1.320,00 EUR (5.643,53 zł)

265. Mazur Dariusz w kwocie 5.077,94 zł

266. Medyński Paweł w kwocie 1.756,13 zł i 401,67 CHF

267. Mentel Marcin w kwocie 300,00 EUR (1.287,09 zł)

268. Michnik Artur w kwocie 3.567,46 zł i 470,95 CHF

269. Miecznik Magdalena w kwocie 6.700,00 CHF (30.556,02 zł)

270. MILLGRAND sp. z o.o. w kwocie 472.481,45 zł

271. Mielcarek Adam w kwocie 1.083.436,48 NOK (408.347,21 zł) i 154.290,97 SEK (58.970,01 zł) – łącznie 467.317,22 zł

272. Miklewska Klaudyna w kwocie 1.500,00 EUR (6.426,30 zł) – ustalić czy były 2 takie same transakcje

273. Misiukanis Jarosław w kwocie 5.000,00 EUR (21.650,00 zł)

274. Moczydłowski Andrzej w kwocie 2.000,00 EUR (8.600,00 zł)

275. Mommers Irena w kwocie 5.000,00 EUR (21.396,00 zł)

276. Oryl Monika w kwocie 192.814,80 zł

277. Morawiak Borys w kwocie 1.700,00 EUR (7.313,06 zł)

278. Mroczkowski Paweł w kwocie 8.909,91 zł

279. Mulawa Emil w kwocie 6.584,04 zł

280. Murawski Piotr w kwocie 66 000,00 zł

281. Musielak-Ulaszewska Agnieszka w kwocie 70.737,94 CHF (324.927,65 zł)

282. Muszyc Marcin w kwocie 1.811,16 zł, 3.300,00 USD, 1.900,00 EUR

283. Myśliwa Anna w kwocie 41.180,60 zł

284. Myśliwiec Isabella w kwocie 52.682,36 zł

285. Napora Łukasz w kwocie 61.009,51 zł, 7.000,00 USD

286. Narejko Rafał w kwocie 10.000 EUR (42.817,50 zł) i 4.000 zł – łącznie 46.817,50 zł

287. Nawrocka Natalia w kwocie 4.283,60 zł

288. Timex Logistics sp. z o.o. reprezentowana przez Nessel Joannę w kwocie 38.746,80 zł

289. Niedzielski Rafał w kwocie 253,92 EUR (1.086,30 zł)

290. Niemiec Tomasz w kwocie 5.315,00 zł, 29,86 EUR

291. Niestój Anna w kwocie 5.642,29 zł

292. Nikiel Józef w kwocie 1.500,00 GBP (7.650,70 zł)

293. Niklas Monika w kwocie 6.461,80 zł

294. Niklewicz Nikodem w kwocie 560,00 zł, 1.320,73 EUR

295. Nolka-Wiśniewski Karol w kwocie 150 EUR (641,37 zł)

296. Nowak Kamil w kwocie 6.415,65 zł

297. PCG ACADEMIA sp. z o.o. reprezentowana przez Nowak Łukasza w kwocie 101.600,00 CHF (468.564,09 zł)

298. Nowicka Anna w kwocie 1.499,56 zł

299. Nowryta Dariusz w kwocie 5.138,00 zł

300. Nyklarz Przemysław w kwocie 1.130,63 zł i 11,45 EUR

301. Olender Paulina w kwocie 51.264,00 zł

302. Opanowicz Ariel 11.031,00 zł

303. Orłowicz-Grzymkowska Katarzyna w kwocie 16.991,35 EUR (73.117,18 zł)

304. Osowski Maciej w kwocie 5.687,55 zł

305. Osowski Rafał w kwocie 8.000,00 EUR (34.412,80 zł)

306. Ostap Krzysztof w kwocie 3.000,00 EUR (12.904,80 zł)

307. Ostrowski Oskar w kwocie 15.405,90 zł

308. Owczarek Daniel w kwocie 30 035,60 zł

309. Pabiasz Bartłomiej w kwocie 3.884,75 EUR (16.833,50 zł)

310. Paczoski Krystian Jakub w kwocie 8.568,60 zł

311. Pajączkowski Emilian w kwocie 7.351,36 zł

312. PPH ELEGANT MAN Sp. J./Pakuła Dariusz reprezentowana przez Pakuła Dariusza w kwocie 85.902,00 zł

313. Paluch Filip w kwocie 17.090,40 zł , 1.300,00 EUR

314. Panas Anna w kwocie 1.170,67 zł

315. Paradyż Krzysztof w kwocie 5.163,84 zł

316. Parfjanowicz Tomasz w kwocie 32.000,00 USD (128.355,20 zł)

317. Paszkiewicz Adam w kwocie 1.393,94 EUR (5.961,18 zł)

318.     Pawelska Hanna Maria w kwocie 3.804,29 zł

319.     Pawlak Marlena w kwocie 141.075,21 zł

320.     Paziak Artur w kwocie 4.236,78 zł

321.     Perzanowski Dariusz w kwocie 8.000,00 EUR (34.436,80 zł)

322.     Piasecki Krzysztof w kwocie 3.000,00 CHF (13.727,79 zł)

323.     Pieczonka Grzegorz w kwocie 85.998,00 zł, 1.800,00 EUR

324.     Pietrzak Tomasz w kwocie 7.525,32 USD (29.809,00 zł)

325.     Piękoś Adrian Marcin w kwocie 3.034,78 zł

326.     Pisarczyk-Łyczywek Lucyna w kwocie 43.684,16 zł

327.     Piwnik Barbara w kwocie 8.915,34 zł

328.     Bogdan Łukaszewicz reprezentujący PLANTAGO w kwocie 3.463,23 zł

329.     Płaczek Damian w kwocie 26.510,05 zł, 21.680,13 EUR

330.     Pławecka Katarzyna w kwocie 908,50 zł

331.     Pociask Michał w kwocie 6.300,37 NOK (2.281,36 zł)

332.     Podsiadło Przemysław i Kowal Radosław w kwocie 70.000,00 EUR (300.741,00 zł)

333.     Pogorzelski Paweł w kwocie 22.790,00 USD (89.298,06 zł)

334.     Popek Magdalena w kwocie 15.421,67 zł

335.     Poteralski Artur w kwocie 7.380,00 EUR (32.066,10 zł)

336.     Potyrała Paweł w kwocie 395.290,53 zł

337.     Przeperski Krzysztof w kwocie 16.993,90 zł

338.     Przybylski Marcin w kwocie 1.794,32 zł, 31 USD, 313 CHF

339.     Ptak Dawid reprezentujący ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD w kwocie 686.160,00 zł

340.     Puacz Aleksandra i Puacz Piotr w kwocie 216.380,00 zł

341.     Puławski Mateusz w kwocie 75.960,00 zł

342.     Usługi Transportowe Mateusz Puławski sp. z o.o. reprezentowana przez Puławskiego Mateusza w kwocie 40.000,00 EUR (172.160,00 zł)

343.     Pyka Marcin w kwocie 14.000,00 EUR (60.165,00 zł)

344.     Radziejewska-Kapłon Bożena w kwocie 16.803,49 zł

345.     Rajchel Paweł w kwocie 1.900,00 EUR (8.148,53 zł)

346.     Rajtor-Szot Elżbieta w kwocie 8.574,80 zł

347.     Rasała Marek w kwocie 196.315,00 zł

348. Rawska-Kąca Anna w kwocie 17.230,14 zł

349. Rębacz Daniel w kwocie 409,39 EUR (1.749,57 zł)

350. Rogalewski Rafał w kwocie 35.000,00 DKK (20.111,00 zł)

351. Rogowski Marek w kwocie 1.838,63 zł.

352. Rogoża Jadwiga w kwocie 7.959,81 zł

353. Rozdolski Eryk w kwocie 14.927,50 zł

354. Rozmiarek Mariusz w kwocie 51.000,00 EUR (218.361,60 zł)

355. Premium Store Sp. z o.o./Ratajczyk Izabela w kwocie 43.564,00 zł (10.000,00 EUR)

356. Rumiński Marcin w kwocie 10.715,97 zł

357. Ruszaj Jarosław w kwocie 83,26 zł, 327,13 CHF

358. Rutkowska Katarzyna w kwocie 350,00 EUR (1.493,59 zł), 7.404,83 zł

359. Rybarczyk Szymon w kwocie 13.352,27 zł

360. Rybka Jolanta w kwocie 28.108,77 zł

361. Rzepecki Aleksander w kwocie 15.000,00 USD (60.105,00 zł)

362. Sabina Pipa w kwocie 429.340,00 zł

363. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz w kwocie 128.220,00 zł (30.000,00 EUR)

364. Sadza Wiktoria w kwocie 45,36 zł, 360,48 GBP, 20,15 EUR, 741,00 USD

365. Sajdak Łukasz w kwocie 33.470,09 zł,

366. Salawa Lucyna w kwocie 27.155,29 NOK (9.982,28 zł)

367. Sąsiadek Michał w kwocie 2.133,85 zł

368. Sentsiuk Tetiana w kwocie 37.137,01 zł

369. Nowik Sergiusz w kwocie 9.116,20 zł, 5.100,00 EUR

370. Sienko Michał w kwocie 9.224,33 zł

371. Sikorski Michał w kwocie 51.705,00 zł

372. Siwko Ewa w kwocie 1.070,22 zł,

373. Siwowski Wojciech w kwocie 563.260,00 zł

374. Skoczylas Kamil w kwocie 4.279,80 zł

375. Skrzypek Andrzej w kwocie 2.250,00 USD (8.949,83 zł)

376. Słomkowski Michał w kwocie 12.878,07 zł

377. Słowik  Łukasz w kwocie 19.368,50 zł

378. Smarzynska Kamila w kwocie 5.000,00 EUR (21.503,50 zł)

379. Smith Martyna w kwocie 30.041,20 zł

380. Smolarczyk Marcin i Smolarczyk Zofia w kwocie 5.000,00 EUR (21.403,00 zł)

381. Smutek Lucyna w kwocie 9.218,80 zł

382. Sobanda Czesław w kwocie 5.202,00 zł, 9.975,00 GBP

383. Sobieszak Marcin w kwocie 4.330,70 zł

384. Sobolewska Magdalena i Marek Sobolewski w kwocie 17.376,87 USD (15.700,00 EUR), 136,22 USD (530,24 zł),

385. Sokołowska Karolina w kwocie 11.813,72 zł

386. Sokół Walter w kwocie 6.033,44 zł

387. Solarczyk Agnieszka w kwocie 2.100,00 zł

388. Solecki Mateusz w kwocie 5.000,00 GBP (26.213,00 zł)

389. Sosnowski Robert w kwocie 9.000,00 zł

390. Sowa Rafał w kwocie 36.601,21 zł

391. Srebrowska Urszula w kwocie 5.480,42 zł

392. Stankiewicz Wiesława w kwocie 4.347,50 zł

393. Starkiewicz Michał w kwocie 5.000,00 EUR (21.525,00 zł)

394. Starosta Marcin w kwocie 9.376,75 zł

395. Stawicki Marek reprezentujący STAWICKI MAREK F.H. MM STAWICCY w kwocie 5.000,00 zł

396. Stawowiak Dawid w kwocie 15.412,27 zł, 2.500,00 EUR, 2.000,00 USD

397. Stefańska Joanna w kwocie 7.888,77 zł

398. Stefański Albert w kwocie 24.420,43 zł

399. Stępień Ryszard w kwocie 130,87 zł, 1.049,09 EUR

400. Stępniak Łukasz w kwocie 3.665,20 zł

401. Stoksik Bogumił w kwocie 97.650,37 zł

402. Strączewski Emilian w kwocie 652.290,00 zł

403. Stróżycka Anna w kwocie 1.500,00 EUR (6.395,85 zł)

404. Struciński Przemysław w kwocie 10.000,00 EUR (43.405,00 zł)

405. Strzecka - Wilusz Klaudia w kwocie 1.170,00 GBP (6.107,52 zł)

406. Strzelecki Michał reprezentujący MICHUMEDIA Michał Strzelecki w kwocie 7.207,75 zł , 2.826,56 EUR

407. Sukiennik Grzegorz w kwocie 500,00 GBP (2.581,85 zł)

408. Sułek Paulina w kwocie 1.760,00 GBP (8.992,46 zł)

409. Suszczyński Sławomir w kwocie 1.000,00 EUR (4.309,20 zł)

410. Szczepański Jakub w kwocie 65.817,93 zł

411. Szczodrowski Patryk w kwocie 11.472,00 EUR (49.334,19 zł)

412. Szczotka Ireneusz w kwocie 11.217,01 zł, 10.918,46 USD

413. Szewczyk Łukasz w kwocie 1.716,45 zł

414. Szkodowski Piotr w kwocie 100.925,66 zł

415. Szlajter Marta w kwocie 400,00 EUR (1.706,96 zł)

416. Szostak Stanisław w kwocie 21.482,00 zł

417. Szot Emil w kwocie 4.299,00 zł

418. Sztemberg Aneta w kwocie 3.033,80 zł

419. Szymaniec Dariusz w kwocie 6.990,47 zł

420. Szymański Łukasz w kwocie 4.567,97 zł

421. Śmieszek Aneta w kwocie 17.141,20 zł

422. Śpiewak Anna w kwocie 4.232,00 zł

423. Świadek Monika w kwocie 5.008,63 zł

424. Świątkowska Magdalena w kwocie 4.267,56 zł

425. Tamborski Tomasz w kwocie 10.000,00 zł, 423,19 EUR

426. Tarkiewicz Lucyna w kwocie 2.000,00 EUR (8.586,60 zł)

427. Tenscher-Teper Iwona w kwocie 281.543,00 zł

428. Teodorczyk Artur w kwocie 45.100,00 USD (176.955,98 zł)

429. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j reprezentowana przez Termanowskiego Marka w kwocie 56.000,01 zł

430. Tęgi Andrzej w kwocie 5.748,22 zł, 5.106,91 EUR

431. Tępczyk Mariusz w kwocie 9.000,00 EUR (38.522,70 zł)

432. TAG-SPEZIALTRANSPORTE & PROJEKTLOGISTIK GmbH reprezentowana przez Tkocz Olivera w kwocie 836.298,65 zł

433. Tomasik Joanna w kwocie 43.476,00 zł

434. Tomaszewski Łukasz w kwocie 25.543,04 zł

435. Tomczak Paweł w kwocie 6.500,00 EUR (27.921,45 zł),

436. Tomczuk Michał w kwocie 20.048,73 zł

437. Trójca Dariusz w kwocie 25.281,18 zł

438. Trzaska Andrzej w kwocie 81.687,20 zł

439. Trzosek Izabela w kwocie 500,00 EUR (2.147,95 zł)

EXT-PIORO-00422

440. Tuczyński Sławomir w kwocie 5.470,50 zł

441. Tuszyńska Katarzyna w kwocie 5.340,38 zł

442. Tytoń Przemysław w kwocie 215.045,00 zł

443. Urbacka Maria Ewelina w kwocie 4.000,00 EUR (17.130,40 zł)

444. Urban Shaun Mariusz w kwocie 4.950,00 zł

445. Uznański Krzysztof w kwocie 4.000,00 EUR (17.215,00 zł)

446. Wałęsa Natalia w kwocie 10.000,00 EUR (42.955,00 zł)

447. Wański Tomasz w kwocie 194,00 USD (766,32 zł)

448. Wasilewski Jarosław w kwocie 3.745,00 zł

449. Wasiuta Maciej w kwocie 3.745,31 zł, 200 EUR

450. Waszak Radosław w kwocie 7.232,94 zł

451. Waszczak Cezary w kwocie 4.398,13 EUR (19.068,53 zł)

452. Wawrzyniak Piotr w kwocie 2.988,00 zł

453. Wątor-Spyrka Magdalena w kwocie 4.140,00 zł

454. Wesołowski Tomasz reprezentujący PPHU TOMARK w kwocie 260.148,00 zł

455. Wiąckiewicz Piotr w kwocie 2.307,28 zł

456. Wielkoszyński Zbigniew w kwocie 10.719,00 zł

457. Wieloch Łukasz w kwocie 3.634,85 zł

458. Więcko Tomasz w kwocie 759,41 zł

459. Wilk Krzysztof w kwocie 19.808,98 zł

460. Wilk Marcin w kwocie 8.566,80 zł

461. Wilkosz Rafał w kwocie 500,00 zł, 388,68 EUR

462. Wiśniewska Krystyna w kwocie 200,00 EUR (860,40 zł)

463. Bydgoski Klub Sportowy "Chemik" reprezentowany przez Włoch Mikołaja Kacpera w kwocie 43 916,99 zł

464. Wodnicka-Wartnik Dominika w kwocie 250.000,00 zł

465. Wojtyczek Krzysztof w kwocie 64.786,50 zł

466. Wołoszyn Tomasz w kwocie 201.474,00 zł

467. Woźniak Marcin w kwocie 11.460,00 EUR (49.598,88 zł)

468. Woźny Szymon w kwocie 10.138,95 zł, 3.465,36 USD

469. Wójcicki Piotr w kwocie 57.252,58 zł

470. Wróblewska Iwona w kwocie 10.176,45 zł

471. Wycisło Kamil w kwocie 859,60 zł

EXT-PIORO-00

472.    Wysocki Arkadiusz w kwocie 87.000 zł

473.    Zabłocki Marek w kwocie 22.511,93 zł

474.    Zagórski Paweł w kwocie 3.700,00 USD (15.183,32 zł)

475.    Zając Romuald w kwocie 5.000,00 zł

476.    Zajda Mariusz w kwocie 60.559,85 zł

477.    Zakątki Podhala sp. z o.o. reprezentowana przez Wiolettę Frejdlich-Gąsienica w kwocie 38.860,00 EUR (169.596,70 zł)

478.    Zakrzewski Krzysztof w kwocie 430,00 GBP (2.200,75 zł)

479.    Zakrzewski Paweł reprezentujący PAW-MAR w kwocie 36.900,00 EUR (160.300,78 zł)

480.    Zalewski Tomasz reprezentujący TOM-SERVICE w kwocie 60.000,00 USD (240.876,00 zł), 1.200,00 zł (278,47 EUR)

481.    Zamojski Marcin w kwocie 25.534,00 zł

482.    Zapaśnik Dominik w kwocie 4.650,00 EUR (20.014,06 zł)

483.    Zaręba Krzysztof w kwocie 12.850,17 zł

484.    Zawoliński Tomasz w kwocie 1.035,00 EUR (4.432,80 zł)

485.    Zdaniewicz Mariusz w kwocie 2.522,19 zł

486.    Zdębski Szymon w kwocie 10.254,97 EUR (43.800,00 zł)

487.    Zender Bogusław w kwocie 68.166,60 zł

488.    Wielkoszyński Zbiegniew w kwocie 30.000,00 NOK (10.719,00 zł)

489.    APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłommiej w kwocie 2.182,90 zł (500,00 EUR)

490.    Zieliński Damian w kwocie 10.702,75 zł

491.    Ziębal Sławomir w kwocie 1.000,00 EUR (4.302,60 zł)

492.    Znamirowska Monika w kwocie 8.597,00 zł, 1.000,00 EUR

493.    Żoch Magdalena w kwocie 4.961,09 zł

494.    Ostrowski Krzysztof w kwocie 348,00 zł

495.    Dera Dawid w kwocie 8.701,53 zł

496.    Pipa Sabina w kwocie 429.340,00 zł

497.    "ROLNIK" centrala Nasion Sp. zo.o. Pawlak Sebastian w kwocie 313.344,00 zł (72.000,00 EUR)

498.    Kids Boutigue sp. zo.o.- Zadura Aleksandra w kwocie 172.072,00 zł (40.000,00 EUR)

EXT-PIORO-00424

499. 3mdeb sp. z o.o. w kwocie 20.000,00 EUR

500. Krawczyk - Bielecka Dagmara w kwocie. 5.958,88 zł (1.378,15 EUR)

501. Adamkiewicz Paweł w kwocie 30.225,65 zł (7.000,00 EUR)

502. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR, 7.427,21 USD

503. Gwizdek Adrian w kwocie 12.752,00 EUR

504. ADVALUE Doradztwo i Wyceny sp. z o.o. w kwocie 17.182,87 zł (3.958,00 EUR)

505. Andruszkiewicz Michał w kwocie 19.710,08 EUR

506. APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

507. SILEX Małgorzata Matuszewska/Matuszewska Małgorzata w kwocie 29.603,12 zł (6.800,00 EUR)

508. Banaszkiewicz Krzysztof w kwocie 200,00 EUR, 126,00 USD, 106,15 CHF, 40.313,00 JPY

509. Bartkowiak Robert reprezentujący CIH SYSTEMY CZYSZCZĄCE w kwocie 51.028,38 zł (11.700,00 EUR)

510. Bartosz Paweł w kwocie 600,00 EUR

511. Berger Piotr w kwocie 5.000,00 EUR

512. Biańska-Mecner Magdalena w kwocie 1.168,50 EUR

513. Bożek Ewelina w kwocie 1.645,54 EUR

514. Brandyk Magdalena w kwocie 4.000,00 zł (921,19 EUR)

515. Broda Aneta i Broda Krzysztof w kwocie 16.710,00 EUR

516. Buczkowska Ewa w kwocie 405,86 EUR

517. Chabrowski Arkadiusz w kwocie 7.126,03 EUR

518. Chodań Anna w kwocie 210,00 EUR

519. Cieślawska Katarzyna w kwocie 10.356,14 EUR, 5.443,9 USD

520. Cygan Adam w kwocie 50.000,00 zł (11.646,87 EUR)

521. Czyżkowska Katarzyna w kwocie 288,00 EUR

522. Juchlke Jarosław w kwocie 11.568,60 zł

523. Dabrowska Małgorzata w kwocie 8.000,54 EUR

524. Draczyński Michał w kwocie 1.148,55 USD, 7.211,27 zł

525. Dalla Costa Luca w kwocie 29.810,50 EUR

526. Dąbrowski Kazimierz w kwocie 51.658,80 EUR



527. Elwart Sławomir w kwocie 3.880,13 zł (890,00 EUR)

528. Katarzyna Hawryl-Adamczyk Bartosz Adamczyk w kwocie 29.037,80 zł, 9.000,00 CHF

529. FARMATOR sp. z o.o. w kwocie 15.146,95 zł (3.500,00 EUR)

530. Fedorczyk Bogusław w kwocie 6.368,28 zł

531. Gaworek Marcin w kwocie 1.840,40 zł (420,60 EUR)

532. Gehrke Sven w kwocie 3.500,00 EUR

533. Grupa Handlowa Wiesław Godlewski w kwocie 79.574,05 zł (18.500,00 EUR)

534. Gorsiak Renata w kwocie 50.000,00 EUR

535. Górny Adam w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł

536. Grałek Artur w kwocie 305.026,00 zł (70.000,00 EUR)

537. Groen Marcin w kwocie 5.000,00 EUR

538. Grzegorz Dzida w kwocie 3.798,34 zł (880,00 EUR)

539. Grzelczyk Tomasz w kwocie 2.326,26 EUR

540. Grzymkowska Edyta w kwocie 8.200,00 EUR

541. Hajok Sara w kwocie 75.982,43 EUR

542. Iwanek Radosław w kwocie 2.489,07 EUR

543. Jabłoński Paweł w kwocie 79.477,88 EUR

544. Janiszewski Jakub w kwocie 7.000,00 zł (1.623,90 EUR)

545. Janiszewski Paweł w kwocie 4.310,50 zł (1.000,00 EUR)

546. Jankowska Magdalena w kwocie 2.445,47 EUR

547. Jaworski Paweł w kwocie 5.000,00 EUR

548. Kantrzonka Alicja w kwocie 5.800,00 EUR

549. Kapałczyński Arkadiusz w kwocie 10.000,00 EUR

550. Kasperski Tomasz w kwocie 2.622,43 zł (602,00 EUR)

551. Klan Szymon w kwocie 8.654,58 EUR

552. Klub Kyokushin Karate im. Masutatsu Oyama w kwocie 23.000,00 EUR

553. Kłoda Jan "Maszyny Leśne" w kwocie 282.599,72 zł (65.800,00 EUR), 201.827,40 zł (47.000,00 EUR) łącznie 484.427,12 zł (112.800,00 EUR)

554. Kopicka Weronika w kwocie 1.300,00 zł (302,82 EUR)

555. Koprowska Agata w kwocie 8.910,16 EUR

556. Kornacki Sebastian w kwocie 600,00 EUR

557. Korpyta Irena w kwocie 3.000,00 EUR

558. Kowalik Piotr w kwocie 1.000,00 EUR

559. Krawczyk – Bielecka Dagmara w kwocie 1.840,65 EUR

560. Krupkowska-Ziętkiewicz Jolanta w kwocie 6.000,00 zł (1.389,98 EUR)

561. Krysiak Dominika w kwocie 7.000,00 EUR

562. Kubik Aneta w kwocie 1.178,00 EUR

563. Kubik Mariusz w kwocie 5.250,00 EUR

564. Kucharczyk Marcin w kwocie 5.300 EUR

565. Kupidura Kamil w kwocie 30.139,30 zł (7.000,00 EUR)

566. Kurkowicz Maksymilian w kwocie 696,00 EUR

567. Kuta Łukasz w kwocie 1.770,71 zł (410,00 EUR)

568. Lachowski Robert w kwocie 46.313,45 EUR

569. Lenart Małgorzata Joanna w kwocie 500,00 EUR

570. Lewandowski Krzysztof w kwocie 900,00 EUR

571. Lewandowski Paweł i Lewandowska Marta w kwocie 10.721,51 EUR

572. Pietrzyk Lucyna w kwocie 15.000,00 zł (3.469,49 EUR)

573. Łapaj Grzegorz w kwocie 1.700,00 EUR

574. Łozińska Emilia w kwocie 10.000,00 EUR

575. Łukaszewski Maciej w kwocie 4.000,00 zł (925,09 EUR)

576. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR

577. Mach Aleksandra w kwocie 5.000,00 EUR

578. MACHEJ HOLDING sp. z o.o. w kwocie 14.432,06 zł (3.343,14 EUR)

579. Makowski Jakub w kwocie 1.528,91 EUR

580. Makowski Łukasz w kwocie 750,00 EUR

581. Małgorzata Skowronek w kwocie 1.292,49 zł (300,00 EUR)

582. Mamzerowski Maciej w kwocie 1.043,89 EUR

583. Abramczyk Marcin w kwocie 17.887,80 zł (4.153,00 EUR)

584. Kościelniak Marcin w kwocie 1.000,00 EUR

585. Jagusiak Mariusz w kwocie 1.801,62 EUR

586. Miczka Martin w kwocie 34.131,29 EUR

587. Migodziński Wojciech w kwocie 195,33 EUR

588. Mikołajczak Bartłomiej w kwocie 500,00 EUR

589. Mikulski Marek w kwocie 500,00 EUR

590. Misterska Katarzyna w kwocie 1.000,00 EUR



22

591. Morzycka Karolina w kwocie 3.336,00 EUR
592. Mróz Piotr w kwocie 25.000,00 USD (22.787,50 EUR)
593. Nawrot Ewelina w kwocie 550,00 EUR
594. Nęcka Tomasz w kwocie 9.932,39 EUR
595. Nowak Paweł w kwocie 23.456,46 zł (5.432,00 EUR)
596. Gospodarstwo Rolne Roman Nowak w kwocie 30.000,00 EUR
597. Ogulewicz Marek w kwocie 6.000,00 zł (1.398,04 EUR)
598. Okoniewski Krzysztof w kwocie 2.505,25 zł (578,22 EUR)
599. Olszewski Tomasz w kwocie 2.310,31 zł (535,65 EUR)
600. Olszewski Marcin w kwocie 5.170,00 EUR
601. Ostrowski Krzysztof w kwocie 348, 00 EUR
602. Pirart Paulina w kwocie 8.621,20 zł (2.000,00 EUR)
603. Pawlak Przemysław w kwocie 3.000,00 EUR
604. ROLNIK Centrala Nasion sp. z o.o. w kwocie 72.000,00 EUR
605. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz w kwocie 2.500,00 EUR (10.808,25 zł)
606. PBDiO Kanbruk sp. z o.o. w kwocie 30.000,00 EUR
607. Panel Sandwich Sp. z o.o./Emilian Strączewski w kwocie 150.000,00 EUR (652.290,00 zł)
608. Piskorz Andrzej w kwocie 15.000,00 zł (3.439,34 EUR)
609. POLYATLAS sp. z o.o. w kwocie 467.996,40 zł (107.326,88 EUR)
610. Potocka Renata w kwocie 1.200,00 zł (274,68 EUR)
611. Powroźnik Mikołaj w kwocie 1.700,00 EUR
612. Pręcikowski Paweł w kwocie 2.800,00 EUR
613. Puchała Aneta i Puchała Ireneusz w kwocie 23.229,88 EUR
614. Pyza Michał w kwocie 10.000,00 EUR
615. Radwan Ewelina i Radwan Grzegorz w kwocie 6.220,00 EUR
616. Premium Store sp. z o.o. w kwocie 10.000,00 EUR
617. Rysiewicz Sławomir w kwocie 1.960,85 EUR
618. Sadowska Aleksandra w kwocie 600,00 EUR
619. Samborska Aneta w kwocie 2.000,00 zł (462,19 EUR)
620. Schroeder Robert reprezentujący AGA Polish Food Ltd. w kwocie 69.255,15 EUR

621.     SILEX Małgorzata Matuszewska w kwocie 6.800,00 EUR

622.     Smyk Kazimierz Antoni w kwocie  7.002,29 EUR

623.     Sobolewski Adam w kwocie  350,00 EUR

624.     Sosnowski Piotr w kwocie  901,00 EUR

625.     Stachura Aleksandra w kwocie  200,00 EUR

626.     Stanek Katarzyna w kwocie  25.463,93 EUR

627.     Stankowski Tomasz w kwocie  1.500,00 zł (345,96 EUR)

628.     Stasiewicz-Swinney Agnieszka w kwocie  3.000,00 EUR

629.     Styliński Rafał w kwocie 7.500,00 EUR

630.     Suchy Alfons w kwocie  22.500,00 EUR

631.     Sypień Wojciech w kwocie  3.020,00 EUR, 3.610,00 CHF

632.     Szopski Tomasz reprezentujący Fake Bake Polska  w kwocie 17.221,60 zł (4.000,00 EUR)

633.     Szymański Krystian w kwocie 1.000,00

634.     Szymczak Agnieszka w kwocie  8.00,00 EUR

635.     Śmieja Krzysztof w kwocie  7.900,00 EUR

636.     Taraszkiewicz Andrzej w kwocie  2.000,00 EUR

637.     Tomaszewski Łukasz w kwocie   676,88 EUR

638.     Tusiński Daniel w kwocie  518,90 EUR

639.     Tymrakiewicz Patryk Maciej w kwocie  20.000,00 EUR

640.     Urbański Michael w kwocie 21.735,50 zł (5.000,00 EUR)

641.     Komorowska Jolanta reprezentująca Vivo Jolanta Komorowska w kwocie 700,00 EUR

642.     Wiechnik Przemysław reprezentujący MP BROS LTD w kwocie 8.214,39 EUR, 20.803,40 GBP

643.     Wilczyński Zbigniew w kwocie  1.000,00 EUR

644.     Wilkowska Aneta w kwocie 3.496,72 zł (800,00 EUR)

645.     Wiśniewski Bogdan w kwocie 25.000,00 zł (5.733,55 EUR)

646.     Wiśniewski Łukasz w kwocie  2.904,03 EUR

647.     Władysław Dubicki w kwocie 6.000,00 EUR

648.     Włodarczyk Mateusz w kwocie 665,00 EUR

649.     GAR Trans sp. z o.o./ koczylas Karol w kwocie 4.000,00 EUR (17.342,00

650. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna w kwocie 472.481,45

651. Wójcicki Paweł w kwocie 1.846,97 zł (426,00 EUR)

652. Wójcik-Michałkowska Natalia w kwocie 2.804,46 EUR

653. Śpiewak Anna w kwocie 1.000,00 EUR (4.232,00 zł)

654. Wrona Sylwia w kwocie 22.498,83 EUR

655. Wycisło Kamil w kwocie 19.216,59 EUR

656. Kids Boutigue sp. z o.o. w kwocie 40.000,00 EUR

657. Zając Zenobia w kwocie w kwocie 13.300,69 EUR

658. Andrykowska Regina w kwocie 14.000,00 USD

659. Bizon Janusz w kwocie 2.073,58 USD, 2.000,00 EUR

660. Bożek Ewelina w kwocie 7.100,00 zł(1.645,54 zł)

661. Citko Paweł kwocie 8.442,96 GBP

662. Czech Katarzyna w kwocie 128.194,43 USD

663. Dudek Jakub w kwocie 4.659,70 USD

664. Falkiewicz Justyna w kwocie 5.139,32 zł (1.304,00 USD)

665. Forma Rafał i Forma Tomasz w kwocie 25.329,92 USD

666. Gocek Łukasz w kwocie 16.253,60 zł (4.000,00 USD)

667. Górka Marcin w kwocie 10.157,47 USD

668. Jabłoński Kamil w kwocie 4.990,00 USD

669. Jasińska Kinga w kwocie 6.383,82 USD

670. Jaworska Alina w kwocie 1.450,00 USD

671. Jonik Tomasz w kwocie 3.700,00 USD

672. Kapuśniak Damian w kwocie 17.640,04 zł (4.400,00 USD)

673. Kiełtyka-Michna Monika Anna w kwocie 50.000,00 zł (12.692,92 USD)

674. Kochan Grzegorz w kwocie 18.200,25 z (4.500,00 USD)

675. Kozina Anna w kwocie 34.827,03 USD

676. Krawczyk Marcin w kwocie 27.000,00 zł (6.740,60 USD)

677. Krysiak Grzegorz w kwocie 40.716,00 zł (10.000,00 USD)

678. Kubicki Kamil w kwocie 7.500,00 zł (1.892,89 USD)

679. Lach Hubert w kwocie 11.581,23 USD

680. Lumińska-Żelazny Elżbieta w kwocie 7.427,21 USD

681. Marek Wacław w kwocie 2.075,63 USD

682. Sachniewicz Mirosław w kwocie 1.085,10 USD

683. Sajdak Łukasz w kwocie 194,07 USD

684. Wieloch Justyna w kwocie 3.022,94 USD

685. Wiktor Mucha w kwocie 4.840,30 USD

686. Wytwer Joanna w kwocie 29.074,32 zł (7.200,00 USD)

687. Zawadzki Grzegorz w kwocie 19.956,49 USD

688. Zborowski Michał w kwocie 9.049,54 USD

689. Zemke Aleksander w kwocie 30.936,69 zł (7.819,00 USD)

690. Zielski Sebastian reprezentujący NAMIX Sebastian Zielski w kwocie 287.033,46 zł (72.844,00 USD)

691. Kolarz Michał w kwocie 99.328,92 CHF

692. Haba Maciej w kwocie 130,00 CHF

693. Kardasz Magdalena w kwocie 435,26 CHF

694. Buszta Katrzyna w kwocie 615,74 CHF

695. Sławiński Marcin w kwocie 550,00 CHF

696. Wróblewski Krystian w kwocie 698,42 CHF

697. Artur Świtała reprezentujący AD-BAU Artur Świtała w kwocie 258.765,00 zł (50.000,00 CHF)

698. Milewski Kamil Krzysztof w kwocie 480,00 CHF

699. Krzanicki Daniel w kwocie 5.000,00 EUR (4.149,82 GBP)

700. Weronika Bell w kwocie 4.821,00 GBP

701. Malinowski Robert w kwocie 11.970,00 GBP

702. Aleksandrowicz Mirosław w kwocie 428,00 CHF

703. Baran Tomasz w kwocie 334,00 CHF

704. Chmiel Emilia w kwocie 495,00 CHF

705. Dorota Keller-Zalewska w kwocie 3.754,53 zł (810,00 CHF)

706. Edyta Obłoj-Gąsiorowska w kwocie 3.070,74 zł (670,00 CHF)

707. Hejnar-Brać Joanna w kwocie 509,10 CHF

708. Janus Agnieszka w kwocie 1.240,11 CHF

709. Jeliński Mieszko w kwocie 577,23 EUR (539,94 CHF)

710. Kaźmierczak Agnieszka w kwocie 1.606,94 zł (345,00 CHF)

711. Kerner Jarosław w kwocie 301,00 CHF

712. Kłoskowska Anna w kwocie 1.159,93 zł (250,00 CHF)

713. Kosmala Radosław w kwocie 1.672,56 zł (360,00 CHF)
714. Kowalski Leszek w kwocie 2.937,51 zł (635,00 CHF)
715. Kozłowski Maciej w kwocie 2.165,49 zł (464,00 CHF)
716. Król Bartłomiej w kwocie 1.577,17 zł (342,00 CHF)
717. Lubomski Patryk w kwocie 380,00 CHF
718. Łoszak Paweł w kwocie 390,00 CHF
719. Malik Mariusz w kwocie 2.574,99 zł (560,00 CHF)
720. Marek Nowotniak w kwocie 4.922,96 zł (1.060,00 CHF)
721. Matuszczyk Michał w kwocie 472,88 CHF
722. Miałkowski Marek w kwocie 1.199,98 zł (257,06 CHF)
723. Mikołaj Dulny w kwocie 925,71 zł (201,00 CHF)
724. Nawara Diminik 428,70 CHF
725. Nowak Sebastian w kwocie 320,00 CHF
726. Orzeł Katarzyna w kwocie 530,00 CHF
727. Oset Katarzyna w kwocie 5.732,28 zł (1.232,00 CHF)
728. Panek Piotr w kwocie 651,00 CHF
729. Pawlak Karol w kwocie 456,33 CHF
730. Pedrycz Przemysław Henryk w kwocie 3.673,00 zł (791,08 CHF)
731. Pilis Anna w kwocie 340,15 CHF
732. Przybylski Andrzej w kwocie 2.769,78 zł (595,00 CHF)
733. Rożybowska-Dwojak Joanna w kwocie 600,00 CHF
734. Rzepkowski Grzegorz w kwocie 3.344,76 zł (720,00 CHF)
735. Sikora Mieczysław w kwocie 503,00 CHF
736. Sobesto Marcin w kwocie 4.898,53 zł (1.051,30 CHF)
737. Szczurek Krzysztof w kwocie 2.922,76 zł, (630,00 CHF)
738. Szumny Beata w kwocie 4.562,92 zł (979,00 CHF)
739. Tatiana Niemczyńska w kwocie 5.388,75 zł (1.159,02 CHF)
740. Tusiński Daniel w kwocie 495,82 CHF
741. Wawrzyniak Adam w kwocie 198,00 CHF
742. Witkowski Jarosław w kwocie 2.524,68 zł (541,30 CHF)
743. Wolniewicz Joanna w kwocie 3.493,43 zł (750,00 CHF)
744. Woszczyna Marcin w kwocie 1.758,56 zł (380,00 CHF)
745. Wrzosek Paweł w kwocie 303,00 CHF

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 432 of 523

EXT-PIORO-00432

746.      Zimakowska Dorota w kwocie 350,00 CHF

747.      Zimoń Ewa w kwocie 4.872,79 zł (1.046,00 CHF)

748.      Korn Adrian w kwocie 2.254.861,27 NOK

749.      Szadach Andrzej w kwocie 99.452,52 NOK

750.      Ruta Łukasz reprezentujący RUTEX Łukasz Ruta w kwocie 608.052,74 NOK

751.      Kasperek Jacek w kwocie 46.250,00 NOK

752.      Płodowski Krzysztof w kwocie 103.140,08 SEK

753.      Szwaba Piotr w kwocie 28.183,91 SEK

754.      Wąsikowski Maciej w kwocie 173.359,60 zł (459.367,72 SEK)

co stanowi w odniesieniu do wymienionych powyżej klientów łączną kwotę:

- 14.630.319,78 PLN,

- 2.723.363,41 EUR - po przeliczeniu po najniższym kursie 1EUR - 11.679.143,98 PLN,

- 1.180.434,06 USD - po przeliczeniu po najniższym kursie wymiany 1USD - 4.573.237,64 PLN,

- 390.553,40 CHF - po przeliczeniu po najniższym kursie wymiany 1CHF - 1.781.587,44 PLN,

- 4.459.635,49 NOK (korona norweska) – po przeliczeniu po najniższym kursie wymiany 1NOK - 1.617.063,83 PLN,

- 185.475,36 GBP - po przeliczeniu po najniższym kursi 1GBP – 950.691.05 PLN,

- 410.614,96 SEK (koron szwedzkich) - po przeliczeniu po najniższym kursie wymiany 1SEK - 152.830,89 PLN,

- 1.292.573,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie 1JPY - 33.710,30 PLN,

- 58.000,00 DKK (korona duńska) - po przeliczeniu po najniższym kursie 1DKK- 33.344,20 PLN,

- 26.000,00 CZK (korona czeska) – po przeliczeniu po najniższym kurskie 1CZK - 4.407,00 PLN,

**to jest o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. w zw. z art. 65 § 1 k.k.**

II. w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu spółek: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz od 22 października 2024 roku Conotoxia sp. z o.o., podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z korzyści związanych z popełnieniem czynu zabronionego, polegającego na doprowadzeniu klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

- w dniu 7 października 2024 roku, kwoty 200.000 zł, z rachunku Cinkciarz.pl. sp. z o.o. o nr 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

- w dniu 7 października 2024 roku, łącznej kwoty 241.000 USD, z rachunku Cinkciarz. pl. sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na swój rachunek bankowy prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w dniach 11 i 16 października 2024 roku, łącznej kwoty 401.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na swój rachunek bankowy prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w okresie od 1 do 25 października 2024 roku, łącznej kwoty 610.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding sp. z o.o. o nr 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/160801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych,

- w dniu 28 października 2024 roku, kwoty 80.000,00 EUR, z rachunku Cinkciarz.pl. sp. z o.o. o nr 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 28 listopada 2024 roku, kwoty 185.000 EUR, z rachunku Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004 na rachunek Conotoxia Holding Ltd. Cypr.

- w dniu 5 grudnia 2024 roku, kwoty 420.000 zł, z rachunku Conotoxia sp. z o.o. o nr 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki,

- w dniu 5 grudnia 2024 roku, <u>kwoty 300.000 USD</u>, z rachunku Conotoxia sp. z o.o. o nr 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o nr 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 zł, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z art. 299 § 1 i 6 k.k. w zw. z art. 306b § 1 k.k. w zw. z art. 12 § 1 k.k.**

Prokurator Prokuratury Regionalnej
Sylwia Fabiś

Treść postanowienia ogłoszono mi w dniu ............................... oraz pouczono o prawie żądania – do czasu zawiadomienia mnie o terminie końcowego zaznajomienia z materiałami śledztwa – podania ustnych podstaw zarzutu(ów), a także sporządzenia uzasadnienia postanowienia na piśmie (art. 313 § 3 k.p.k.).

W związku z tym zgłaszam – nie zgłaszam* takie(go) żądanie(a)

......................................
(podpis podejrzanego)

Postanowienie z uzasadnieniem doręczono:

- podejrzanemu* dnia ...........................

- jego obrońcy* dnia ...........................

Uzasadnienie znajduje się na karcie ................. akt sprawy.

......................................

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 436 of 523    EXT-PIOTR-00435

(podpis prokuratora)

**Zarządzenie:**

Na podstawie art. 21 § 2 k.p.k. o wszczęciu postępowania przeciwko wymienionemu podejrzanemu zawiadomić ...............................................................................................





PROKURATURA REGIONALNA
W POZNANIU
2 Wydział do Spraw Przestępczości Finansowo-Skarbowej
61-736 Poznań ul. Solna 10
tel. 61 885 2900

sygn. **2007-2.Ds.21.2024**

## POSTANOWIENIE

### o uzupełnieniu postanowienia o przedstawieniu zarzutów

Poznań, dnia 30 maja 2025 roku

Sylwia Fabiś – prokurator Prokuratury Regionalnej w Poznaniu, uwzględniając dane zebrane w toku śledztwa 2007-2.Ds.21.2024 p-ko Marcinowi Pióro i innym podejrzanym o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. i inne działając na podstawie art. 314 k.p.k.

**postanowił:**

przedstawić Marcinowi Pióro postanowienie o uzupełnieniu postanowienia o przedstawieniu zarzutów z dnia 5 marca 2025 roku i zarzucić jemu, iż:

I. w okresie od co najmniej 2020 roku do 19 grudnia 2024 roku, w Zielonej Górze oraz innych miejscach na terenie całej Polski oraz poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej, czyniąc sobie z popełnienia przestępstwa stałe źródło dochodów, jako prezes zarządu spółek: Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., działając wspólnie i w porozumieniu z Robertem Górnym, będącym do 22 października 2024 roku członkiem zarządu Cinkciarz.pl sp. z o.o., w okresie od 29 listopada 2020 roku do 22 października 2024 roku prezesem zarządu Conotoxia sp. z o.o., a od 22 października 2024 roku prokurentem samoistnym wskazanej spółki i Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., doprowadził ustalonych do chwili obecnej klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego

Case 6:26-mj-02039-DPR   Document 1-1   Filed 05/18/26   Page 438 of 523

EXT-PIORO-000438

rozporządzenia mieniem w łącznej kwocie co najmniej **112.109.714,12 zł**, stanowiącej wartość większą niż dziesięciokrotność kwoty określającej mienie wielkiej wartości, za pomocą wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, <u>w wyniku czego pokrzywdzeni m.in. zostali:</u>

1. Abramczuk Paweł w kwocie 1.969,00 zł, 1.000,00 USD, 1.000 EUR, 162,12 CHF
2. Abramek Wiesława/ Abramek Krzysztof w kwocie 42.676,00 zł (10.000,00 EUR)
3. Adamczak Julia w kwocie 2.500,00 EUR (10.688,08 zł)
4. Adamczak Natalia w kwocie 21.843,00 USD, 52.813,00 CAD, 175,71 zł oraz 13.286,02 GBP
5. Adamczyk Tomasz w kwocie 4.085,20 zł oraz 4.708,01 EUR
6. Adamczyk Paweł w kwocie 4.184,41 zł oraz 1.007,29 CHF
7. Adamska Justyna w kwocie 2.874,08 zł (658,00 EUR)
8. Adamski Krzysztof w kwocie 700,00 EUR (2.984,03 zł)



Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 439 of 523

9. Adamski Mariusz w kwocie 3.200,00 zł, 12.472,88 USD, 17.631,85 EUR

10. Adach Marcin SAVAPROM w kwocie 10.000,00 EUR (43.104,00 zł)

11. Adydan Rafał w kwocie 578,80 zł

12. Agencja Artystyczna BELLA VOCE Rafał Tomkiewicz w kwocie 6.500,00 EUR (27.885,65 zł)

13. Alpat Yagiz w kwocie 12.082,28 zł

14. Alicja Fitness Motivation/ Janowicz Alicja w kwocie 285.793,87 zł

15. Andrzejewski Sebastian w kwocie 8.438,58 USD

16. Andreatto-Jednoróg Danuta w kwocie 6.601,91 EUR

17. Anuszkiewicz Maciej w kwocie 10.169,44 zł

18. Albusz Karolina w kwocie 50.000,00 zł (11.621,96 EUR)

19. ARMASTER Maciej Zawieja w kwocie 21.568,00 zł

20. Kluczyński Paweł i Małgorzata Kluczyńska działający w imieniu Airpotic sp. z o.o. w kwocie 100.000,00 EUR (431.050,00 zł )

21. Andrzej Chmielewski w kwocie 16.500,00 zł, 1.252.260,00 JPY, 61.550,70 NOK

22. Anioła-Hemmaty Karolina w kwocie 42.304,23 zł

23. Antoniuk – Wójcik Aleksandra w kwocie 1.800,00 zł (411,10 EUR)

24. Apacki Szymon w kwocie 836,34 zł, 5.120,46 EUR, 3.701,87 USD, 3.142,52 CHF

25. Augustyniak Wojciech w kwocie 8.554,00 zł oraz 36.000,00 EUR

26. Augustynowicz Sebastian w kwocie 83.670,83 zł, 1.978,01 EUR

27. AUTOS-TOP SP. Z O.O./Czeczot Łukasz w kwocie 50.248,10 zł (10.500,00 EUR)

28. ART FOR FUN Aneta Adamoszek- Papina w kwocie 5.254,97 zł oraz 11.498,69 EUR

29. Arkuszewski Jacek w kwocie 3.491,21 EUR (15.000,00 zł)

30. Avelino Da Silva Aleksandra w kwocie 5.000,00 EUR (21.693,00 zł)

31. Badach Kamil w kwocie 1.100,00 EUR (4.706,90 zł)

32. Bajor Jerzy w kwocie 4.665,70 zł (1.000,00 CHF) oraz 823,46 zł (200,00 USD)

33. Bajorski Marcin w kwocie 1.371,74 EUR, 41,07 USD, 130,33 zł

34. Bajster Robert w kwocie 1.289,13 zł oraz 253,69 EUR

35. Bagiński Tomasz w kwocie 25.800,00 zł (6.027,47 EUR)

36. Bailey Barbara w kwocie 4.000,00 GBP (20.545,20 zł)

37. Bak Dariusz/Bak Marlena w kwocie 2.000,00 EUR (8.473,80 zł)

38. Balcerzak Agnieszka w kwocie 45.026,61 zł

39. Balińska Aleksandra w kwocie 300,00 EUR (1.290,30 zł)



40. Banach Olga w kwocie 47.757,12 zł

41. Banaś Mariusz w kwocie 15.000,00 EUR (64.080,00 zł)

42. Banaś Dariusz w kwocie 12.918,90 zł (3.000,00 EUR)

43. Banaś Bartłomiej w kwocie 1.000,00 GBP (5.123,92 zł)

44. Bandyk Jacek w kwocie 1.000,00 EUR, (4.302,10 zł)

45. Baniewicz Michał w kwocie 39.012,30 zł (9.000,00 EUR)

46. Bańczyk Agata w kwocie 755,77 zł (165,00 CHF)

47. Baran Tomasz w kwocie 42,82 CHF, celem uzyskania 201,04 zł oraz 334,00 CHF

48. Baran Adam w kwocie 2.046,24 zł

49. Baranowski Jakub w kwocie 13.280,58 zł, 903,05 USD, 110,16 EUR, 207,91 GBP

50. Baranowska Iwona w kwocie 2.000,00 EUR (8.636,60 zł)

51. Barańska Karina Anna w kwocie 12.349,49 zł (2.650,00 CHF)

52. Barcewicz Marta w kwocie 6.000,00 EUR (25.864,80 zł)

53. Barcikowski Przemysław w kwocie 8.396,27 zł oraz 296,00 EUR

54. Bargiel Mateusz w kwocie 20.000,00 zł (4.575,09 EUR)

55. Barnaś Piotr w kwocie 7.000,00 EUR, celem uzyskania 30.003,40 zł

56. Barras Magdalena w kwocie 10.000,00 CHF (45.500,00 zł)

57. Baron Arkadiusz w kwocie 400,00 EUR, 1.370,89 zł

58. Baron Dawid w kwocie 5.457,32 zł

59. Bartosik Radosław w kwocie 24.638,54 USD

60. Bartosik Bartosz w kwocie 5.000.000,00 JPY oraz 306,38 USD

61. Bartosiak Jacek w kwocie 2.315,71 zł

62. Bartosiewicz Maciej w kwocie 2.253,93 EUR

63. Bartosiewicz Magdalena w kwocie 1.032,13 zł (250,00 USD)

64. Bartkiewicz Małgorzata w kwocie 3.508,07 zł

65. BARTEK CANDLES Małgorzata i Janusz Bryłkowscy Sp. j. w kwocie 36.842,59 EUR (40.000,00 USD) oraz 200.000,00 EUR (858.880,00 zł)

66. Baryła Alicja w kwocie 2.250,00 EUR (9.618,98 zł)

67. Baryłko Grzegorz w kwocie 700,00 EUR (3.000,20 zł)

68. Bator Anna w kwocie 34.778,40 zł

69. Bator Dominika w kwocie 3.480,96 GBP (4.150,00 EUR)

70. Bąbol Michał w kwocie 17.206,70 zł

71. Bąk Dariusz w kwocie 218.427,00 zł



72. Bąk Karol w kwocie 427,59 zł oraz 600,00 EUR

73. Bąk Robert w kwocie 1.000,00 EUR (4.243,40 zł)

74. Bąk Magdalena w kwocie 2.060,00 EUR (8.842,34 zł)

75. Bąkowski Bartosz w kwocie 12.309,29 CAD

76. Bącała Michał w kwocie 2.689,99 USD (10.599,10 zł)

77. Bączkowski Jarosław w kwocie 220,16 EUR oraz 2.700,00 zł

78. Bednarski Rafał w kwocie 38.521,80 zł

79. Bednarek Grzegorz w kwocie 7.304,95 zł

80. Bednarczyk Marcin w kwocie 128.860,18 zł

81. Bednarczyk- Grabowska Aleksandra w kwocie 2.100,00 zł (478,31 EUR)

82. Bednarz Robert w kwocie 600,00 EUR (2.578,00 zł)

83. Bekier Dobiesław w kwocie 648,34 zł

84. Bekiesza Piotr w kwocie 3.559,30 zł (825,00 EUR)

85. Bejko Przemysław w kwocie 16.000,00 EUR (68.416,00 zł)

86. Berk Sylwia w kwocie 666.056,86 zł

87. Berkowska Marta w kwocie 767,70 zł i 200 GBP (1.027,02 zł) - łącznie 1.794,72 zł

88. Bereza Kamil w kwocie 5.788,86 zł

89. Bereźnicki Seweryn w kwocie 1.598,98 EUR

90. Bernacki Andrzej w kwocie 100.356,12 NOK (35.857,24 zł)

91. „Bernardinio" Beata Rybak w kwocie 5.853,66 USD

92. Bestcan Spółka Jawna Tomasz Fabianowicz, Jacek Radosz, Paweł Fabianowicz w kwocie 238.519,26 zł (54.600,00 EUR)

93. Betlejewska Alicja w kwocie 2.366,31 EUR

94. Better Future Fund/ Rabiej Sebastian w kwocie 401.210,81 zł (100.100,00 USD)

95. Będziński Mateusz w kwocie 12.730,42 USD (51.451,27 zł)

96. Białek Wojciech w kwocie 5.875,59 zł

97. Białowąs Sebastian w kwocie 13.375,23 zł (58.003,02 zł)

98. Bianciardi Maya w kwocie 37.026,75 EUR (160.000,00 zł)

99. Biarda Agata w kwocie 200.000,00 zł (46.493,17 EUR)

100. Biegalska Nikola w kwocie 2.050,00 EUR (8.710,45 zł)

101. Biela Paweł w kwocie 2.000,00 CHF

102. Bielak Mirosław w kwocie 387,00 EUR (1.674,01 zł) i 3.200,00 zł — łącznie 4.874,01 zł

6

103. Bielaszka Anna w kwocie 5.120,37 zł

104. Bielawa Roman w kwocie 13.000,00 DKK (7.551,70 zł)

105. Bielawski Łukasz w kwocie 1.000,64 EUR (4.321,36 zł)

106. Bielecki Michał w kwocie 30.000,00 zł (7.007,71 EUR)

107. Bieliński Arkadiusz w kwocie 2.000,00 zł

108. Bieńkowski Michał w kwocie 1.172,75 EUR (5.000,00 zł)

109. Biereźnicki Mirosław w kwocie 2.338,21 zł

110. Biniecka Martyna w kwocie 44.294,10 zł

111. Bińkowski Maciej w kwocie 4.780,42 zł

112. Bilek Bartłomiej w kwocie 10.500,00 USD

113. Bilkova Ivana w kwocie 3.000,00 EUR (12.899,70 zł)

114. Bisewski Mikołaj w kwocie 45.838,93 zł

115. BIO-TRADER SP. Z O.O./Głuszek Stefan w kwocie 590.176,77 EUR

116. Biuro Podróży Elżbieta/Kot Paweł w kwocie 2.257,52 zł oraz 1.213,69 EUR

117. Blaszczyk Piotr w kwocie 322,88 EUR i 10.045,64 zł

118. Bliźniak Bolesław w kwocie 3.622,28 zł

119. Blok Kamil w kwocie 5.275,38 EUR (22.594,98 zł)

120. Błażewski Tomasz w kwocie 49.185,92 zł

121. Błaziak Damian w kwocie 2.141,07 USD

122. Błotniak Piotr w kwocie 21.795,00 zł (5.000,00 EUR)

123. Bobek Dominik w kwocie 5.000,00 EUR (21.248,00 zł)

124. Bobowski Wiesław w kwocie 10.000,00 NOK (3.605,00 zł)

125. Bochnak Joanna działająca w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 30.000,00 EUR (129.327,00 zł)

126. Bochnak Marek działający w imieniu Podkarpackiej Grupy Okiennej OKNO-REST w kwocie 40.000,00 EUR (172.628,00 zł)

127. Bochniarz Joanna działając w imieniu Centrum Innowacyjnej Edukacji w kwocie 10.000,00 EUR (42.798,00 zł)

128. Boczarski Rafał w kwocie 23.000,00 NOK (8.358,20 zł)

129. Boczkowska Marzena w kwocie 3.336,67 EUR

130. Boczkowski Adrian w kwocie 1.178,68 zł oraz 661,42 USD

131. Bogaczuk Andrzej w kwocie 13.959,00 USD

132.     Bogocz Aleksander w kwocie 4.000,00 USD, 1.400,00 zł, 5.900,00 EUR, 6.000,00 CHF

133.     Bohucka Małgorzata w kwocie 2.296,09 zł (491,95 CHF)

134.     Bojarowska Ilona w kwocie 48.540,00 zł (12.308,86 USD)

135.     Bojczuk Adriana w kwocie 173.328,00 zł

136.     Bombik Anna w kwocie 700,00 zł

137.     Boniec Anna w kwocie 5.000,00 USD (20.016,50 zł)

138.     Boreczek Magdalena w kwocie 25.675,20 zł

139.     Borenstein Dawid w kwocie 4.000,00 zł (935,30 EUR)

140.     Borczowski Marcin działający w imieniu  Real-Construct sp. z o.o. w kwocie 12.000,00 EUR (51 300,00 zł)

141.     Borkowski Jacek w kwocie 2.812,39 zł

142.     Borowiak Bartosz w kwocie 2.805,25 EUR

143.     Borowski Janusz w kwocie 8.907,50 zł

144.     Borowski Rafał w kwocie 15.299,51 zł

145.     Borowski Wojciech w kwocie 10.000,00 zł

146.     Borowy Robert w kwocie 64.966,06 zł oraz 5.300,00 USD

147.     Borys Magdalena w kwocie 1.740,00 EUR (7.441,98 zł)

148.     Boryń Jarosław w kwocie 57,62 EUR

149.     Borusiewicz Andrzej w kwocie 1.062,54 USD

150.     Bowsza Joanna w kwocie 900,00 EUR (3.851,91 zł)

151.     Branach Ewa w kwocie 15.000,00 EUR (64.575,00 zł)

152.     Brancewicz Michał w kwocie 7.000,00 EUR (30.002,70 zł)

153.     Brej Janusz w kwocie 10.300,00 zł oraz 4.000,00 GBP

154.     Bronicz Sebastian w kwocie 1.200,00 EUR (5.195,16 zł)

155.     Broniszewski Andrzej w kwocie 53.411,80 zł oraz 12.500,00 EUR

156.     Brosz Adrian w kwocie 10.000,00 zł

157.     Bryl Katarzyna w kwocie 10.000,00 EUR

158.     Brymora Dawid w kwocie 12.984,62 USD

159.     Bryk Jakub w kwocie 50.000,00 USD (200.435,00 zł)

160.     Brzoza Andrzej w kwocie 1.000,00 USD (3.906,00 zł), 2.000,00 CHF (9.110,80 zł) oraz 459,30 zł (100,00 CHF)

161.     Brzozowski Robert w kwocie 83.105,32 USD

162. Bródka Wojciech w kwocie 638,64 EUR

163. Budek-Janek Beata w kwocie 2.504,84 zł

164. Budkowski Paweł w kwocie 2.500,00 EUR (10.781,50 zł)

165. Budny Arkadiusz w kwocie 6.090,00 EUR

166. Budzyński Piotr w kwocie 11.783,03 zł

167. Buhr Edyta Barbara w kwocie 12.919,50 zł

168. Bujniak Daniel w kwocie 27.550,00 USD (110.277,14 zł)

169. Kucner Paulina w kwocie 14.904,31 zł

170. Byczyński Jacek w kwocie 9.068,69 zł

171. Byrska Wiktoria w kwocie 5.435,86 zł

172. Bzymek Martyna w kwocie 900,00 EUR (3.881,07 zł)

173. Caban Łukasz w kwocie 3.536,99 zł

174. Cecuła Bartosz – Pilotaż Transportów Nienormatywnych w kwocie 54.102,45 zł

175. Ceglarska Magdalena w kwocie 31.102,80 zł

176. Celmerowski Michał w kwocie 181.837,60 zł

177. Celegrat Krzysztof w kwocie 59.920,50 zł

178. CASSIOPEIA Sp. z o.o./ Olejniczak Wojciech w kwocie 428.480,00 zł

179. Chłopek Tomasz w kwocie 2.112,31 zł (487,00 EUR)

180. Chachoń Damian w kwocie 21.638,00 zł oraz 1.959,26 EUR

181. Charchut Ewa w kwocie 1.000,00 EUR (4.275,50 zł) oraz 85,00 zł

182. Charkiewicz Kamil w kwocie 1.200,00 EUR (5.189,04 zł)

183. Chemicz Teodor w kwocie 177.056,24 zł

184. Chejda Łukasz w kwocie 60.000,00 zł oraz 34.626,84 EUR

185. Chejda Sebastian w kwocie 64.387,02 zł oraz 1.000,00 GBP

186. Chmielnicka Marta w kwocie 1.852,00 EUR (7.874,15 zł)

187. Chmielowiec Jacek w kwocie 10.000,00 USD (39.176,00 zł)

188. Chochorowski Piotr w kwocie 74.326,83 zł i 40.000,00 GBP

189. Chomicz Katarzyna w kwocie 2.777,52 zł (600,00 CHF)

190. Choncel Anna w kwocie 5.000,00 zł

191. Chronowski Piotr w kwocie 8.548,00 zł

192. Chrostowski Paweł w kwocie 1.008,18 EUR

193. Chwała Artur w kwocie 1.750,00 zł

194. Chwazik Piotr w kwocie 28.480,00 zł

195. Chwiej Przemysław w kwocie 2.030,74 EUR
196. Chwierut Paweł w kwocie 56.072,73 USD
197. Chu Huu Nhan w kwocie 974.800,00 zł
198. Chudy Małgorzata w kwocie 3.000,00 EUR (12.830,10 zł)
199. Chudy Ryszard w kwocie 16.641,63 zł
200. Chudzyński Krzysztof w kwocie 22.584,00 zł oraz 60.000,00 SEK
201. Chyłek Aneta Sylwia w kwocie 8.668,07 zł
202. Chyl Jolanta w kwocie 1.999,90 USD (8.182,60 zł)
203. Chyliński Jarosław w kwocie 168.888,20 zł
204. Chmielewicz Paweł w kwocie 1.000,00 EUR
205. Ciblik Katarzyna w kwocie 4.750,00 GBP (24.458,23 zł)
206. Cichoń Michał w kwocie 6.223,91 zł i 2.211,55 EUR
207. Cichorski Michał w kwocie 1.500,00 EUR (6.461,25 zł)
208. Cichosz Ireneusz w kwocie 690,00 EUR (2.943,06 zł)
209. Cichosz Łukasz w kwocie 9.100,00 zł
210. Cichocki Paweł w kwocie 10.546,14 zł
211. Cichocka Lidia w kwocie 727,53 EUR
212. Cichopek Jacek 73.254,32 zł
213. Cidyło Marcin w kwocie 24.204,20 zł
214. Ciećko Dominik w kwocie 41.933,30 zł
215. Ciesielski Michał w kwocie 10.000,00 EUR (43.404,00 zł)
216. Ciesielski Michał (74100404552) w kwocie 2.000,00 zł (463,90 EUR)
217. Ciesielski Daniel w kwocie 5.000,00 USD (19.878,50 zł)
218. Ciesielski Andrzej w kwocie 17.630,90 zł oraz 3.874,40 EUR
219. Ciesielski Tomasz w kwocie 429,38 zł
220. Cisel Sławomir w kwocie 75.000,00 GBP (386.512,50 zł)
221. Cieśliński Krzysztof w kwocie 990,00zł (190,11 GBP)
222. Mateusz Włodarczyk CLIMCRAFT w kwocie 7.390,00 GBP (8.782,28 EUR)
223. Contucci Ewa w kwocie 950,00 EUR (827,23 CHF)
224. COLOR WORKZ Grzegorz Skoneczny w kwocie 13.500,00 EUR (58.217,40 zł)
225. Coleman Agata w kwocie 89.497,20 USD
226. Cupak Adrian w kwocie 2.000,00 USD (7.803,40 zł)

227. Cylwik Andrzej w kwocie 12.000,00 USD (46.826,40 zł)

228. Ćmil Rafał w kwocie 9.404,56 zł

229. Ćwikła Sylwester w kwocie 5.091,52 USD (20.747,43 zł)

230. Czaban Anatol w kwocie 7.727,11 CHF (35.068,72 zł )

231. Czapla Ewelina w kwocie 5.000,00 USD (20.465,00 zł)

232. Czapla Mariusz w kwocie 12.837,10 zł

233. Czaplewski Karol w kwocie 30.206,06 zł (7.400,00 USD)

234. Czaplicki Antoni w kwocie 2.070,48 zł

235. Czarczyński Maciej w kwocie 950,36 zł

236. Czarnecka Sylwia w kwocie 64.661,30 zł

237. Czarnecka Teresa w kwocie 16.000,00 EUR (68.460,80 zł)

238. Czarnecki Marcin w kwocie 16.435,77 EUR oraz 30.043,73 zł

239. Czaja Daniel w kwocie 700,00 EUR oraz 1.600,00 USD

240. Czajkowski Paweł w kwocie 3.483,12 zł

241. Czech Paulina w kwocie 11.129,30 zł

242. Czekierda Piotr w kwocie 5.518,00 zł i 700,00 EUR

243. Czerniak Maciej w kwocie 21.322,58 zł oraz 670,94 EUR

244. Czernicki Jan w kwocie 24.101,03 zł

245. Czerwiński Łukasz w kwocie 1.000,00 EUR (4.335,10 zł), 11.720,00 NOK (4.236,78 zł)

246. Czerwiński Zbigniew w kwocie 9.965,00 EUR

247. Czestkowska Marta w kwocie 8.578,30 zł

248. Czopik Marcin działający w imieniu IAPS sp. z o.o. w kwocie 60.000,00 EUR (259.128,00 zł),

249. Czopek Edyta w kwocie 8.631,70 zł

250. Czopko – Michnik Ramona w kwocie 3.927,50 zł (843,01 CHF)

251. Maria Szymańska – Graca działająca w imieniu MARYTEX Sp. z o.o. w kwocie 7.200,00 EUR

252. Mitura Patrycja w kwocie 2.900,00 GBP (15.087,83 zł)

253. Jawid Piotr w kwocie 1.000,00 EUR (4.277,00 zł)

254. JB TRANS JULIA BIŃKOWSKA/Bińkowska Julia w kwocie 2.292,68 EUR

255. Damaskinos Kamila w kwocie 49.336,30 zł

256. Drzewiecka Celina w kwocie 3.829,57 zł (883,00 EUR)

257.     Dziedzic Marcin w kwocie 20.000,00 zł (4.633,56 EUR)

258.     Dziedzic Dariusz w kwocie 25.000,00 EUR

259.     Dziendziel Maciej w kwocie 25.245,00 zł oraz 150.000,00 CZK

260.     Dziewulski Jarosław w kwocie 5.919,06 zł

261.     Dzikowska Aleksandra w kwocie 107,70 zł

262.     Dziocha Grzegorz w kwocie 58.355,89 zł

263.     Dziub Jarosław w kwocie 17.422,80 zł (4.000,00 EUR)

264.     Dziuba Daria w kwocie 1.850,00 GBP (9.480,30 zł) oraz 1.730,00 EUR (7.143,22 zł)

265.     Dziura Tomasz w kwocie 2.000,00 EUR (8.581,00 zł)

266.     Dziworska Diana w kwocie 60,15 USD oraz 4.765,92 EUR

267.     Dziworska Krystyna w kwocie 10.000,00 zł (2.285,61 EUR)

268.     Daniluk Roman w kwocie 870,13 zł, 918,89 EUR i 3.582,19 USD

269.     Daniłow Wojciech w kwocie 2.031,98 zł (436,00 CHF)

270.     Dargacz Piotr w kwocie 52.735,27 zł

271.     Danisiewicz Krzysztof w kwocie 92.499,15 zł

272.     DAPPI Sp. z o.o./Werblińska Angelika w kwocie 20.000,00 EUR (86.482,00 zł)

273.     Dargiewicz Janusz w kwocie 50.000,00 EUR (215.205,00 zł)

274.     Dąbek Jacek w kwocie 26.320,90 zł

275.     Dąbkowski Damian w kwocie 23.706,32 zł

276.     Dąbrowska Urszula w kwocie 11.829,49 zł i 2.000,00 USD

277.     Dąbrowska – Goebel Izabela w kwocie 30.557,10 zł (7.000,00 EUR)

278.     Dąbrowska-Wyra Daria i Dąbrowski Łukasz w kwocie 1.850 EUR (7.907,03 zł)

279.     Dąbrowski Kazimierz w kwocie 39.500,00 EUR (170.057,30 zł)

280.     Denys Aleksander w kwocie 6.451,14 zł (1.386,00 CHF) oraz 109,45 zł

281.     Depta Krzysztof w kwocie 2.000,00 EUR (8.554,40 zł)

282.     Dębkowski Michał w kwocie 5.100,00 zł

283.     Dębska – Stewart Bożena w kwocie 2.000,00 GBP (10.299,80 zł)

284.     Diduszko Mateusz w kwocie 40.110,00 zł

285.     APF POLSKA Sp. z o.o./Karpowicz Agnieszka w kwocie 566.417,28 zł

286.     Dłubacz Mateusz w kwocie 36.089,38 zł (8.367,00 EUR)

287.     Długosz Arkadiusz w kwocie 42.881,28 zł

288.     Długosz Olga w kwocie 15.000,00 USD

289. Dobrzański Kamil w kwocie 3.000,00 EUR

290. Dobrzańska Karolina w kwocie 92.536,06 GBP

291. Domański Dominik w kwocie 37.149,44 zł

292. Domański Dariusz w kwocie 7.600,00 CHF (35.164,44 zł)

293. Domaszewicz Ewa w kwocie 3.646,84 zł

294. Domaszewski Piotr w kwocie 29.999,00 zł (7.361,09 USD) oraz 8.563,80 zł (2.000,00 EUR)

295. Domagała Mateusz w kwocie 10.750,00 USD (43.981,48 zł) oraz 4.014,00 EUR (17.308,37 zł)

296. Domagała Marcin w kwocie 59.447,70 SEK

297. Domejko Krzysztof w kwocie 8.172,19 zł

298. Dominiczak Paweł w kwocie 28.534,30 zł

299. Domoradzka Monika w kwocie 3.138,02 EUR (13.512,94 zł)

300. Donat Cierpik w kwocie 2.953,77 zł

301. Dokurno Anna w kwocie 2.339,02 EUR

302. BIOSHELL Sp. z o.o./Domagała IVO w kwocie 67.454,40 EUR (289.789,10 zł)

303. Musiał Sebastian w kwocie 3.723,00 EUR (16.125,80 zł)

304. Musiał Kamil reprezentujący Doradztwo Gruntowe Kamil Musiał w kwocie 15.019,00 EUR (63.751,15 zł), 199,00 EUR i 269,43 USD (245,52 EUR)

305. Musiał – Dominiak Roksana w kwocie 5.509,58 zł (1.190,00 CHF)

306. Dowhan – Ostrowski Beata w kwocie 4.999,90 zł (1.073,01 CHF)

307. Dovhanych Volodymyr w kwocie 35.174,00 EUR (138.093,12 zł)

308. Draczyński Michał w kwocie 7.211,27 zł i 1.148,55 USD

309. Drescher Edyta w kwocie 8.050,00 EUR (34.463,66 zł)

310. Drewniak Rafał w kwocie 10.805,00 USD oraz 283,77 zł

311. Drohomirecki Łukasz w kwocie 3.663,55 zł

312. Drużbiński Paweł w kwocie 4.324,10 zł

313. Włodzimierz Rogowski działający w imieniu AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA w kwocie 2.500,00 EUR (10.808,25 zł)

314. Wrona Piotr w kwocie 37.000,00 NOK ( 13.394,00 zł)

315. Dubis Jerzy w kwocie 14.962,93 zł

316. Dubrawska Sylwia i Dubrawski Kamil w kwocie 10.000,00 EUR (43.025,00 zł)

317. Duda Anna w kwocie 98.118,00 zł

318. Dudek Mariusz w kwocie 10.000,00 zł

319. Dudek Maciej w kwocie 15.648,24 zł oraz 3.489,28 EUR

320. Dudek Michał w kwocie 5.018,62 zł (1.074,79 CHF)oraz 98,47 EUR

321. Duszyński Przemysław w kwocie 1.764,98 zł (377,43 CHF)

322. Durkiewicz Patryk w kwocie 4.500,00 EUR (19.373,40 zł)

323. Duż Artur w kwocie 32.341,82 zł

324. Dworakowski Marcin w kwocie 936,14 zł oraz 1.518,00 CHF

325. Dydo Tomasz w kwocie 758,06 zł oraz 229,80 EUR

326. Dyląg Sławomir w kwocie 50.923,40 EUR

327. Dylewski Artur w kwocie 3.093,19 zł oraz 1.621,97 USD

328. Dytz Magdalena w kwocie 30.100,00 zł

329. Dziadosz Paweł w kwocie 2.214,91 zł

330. Dziamski Piotr w kwocie 4.072,42 USD (16.000,00 zł)

331. Dzióba Anna w kwocie 7.300,00 EUR (31.262,25 zł)

332. Dżugan Marta w kwocie 4.000,00 zł

333. Ziarkowski Maciej w kwocie 5.000,00 GBP

334. Żyrkowski Daniel działający w imieniu EKOROL w kwocie 53.000,00 EUR (229.961,70 zł)

335. Żyszkowski Bartosz w kwocie 640,71 zł oraz 337,42 EUR

336. Żydak Przemysław w kwocie 15.000,00 EUR (64.678,50 zł)

337. Ilski Arkadiusz w kwocie 1.286,10 zł (300,00 EUR)

338. Eksztein Paweł w kwocie 8.645,60 zł

339. Elak Hubert w kwocie 279,28 EUR oraz 2.030,28 zł

340. Faber Michał w kwocie 4.300,00 zł

341. Fanty Dawid w kwocie 2.300,00 EUR (9.943,59 zł)

342. Filipczyński Artur w kwocie 34.000,00 zł

343. Filipkowski Ryszard Piotr w kwocie 3.431,00 EUR

344. Finch Adam w kwocie 1.000,00 GBP

345. Fedorczyk Bogusław w kwocie 6.368,28 zł

346. Fekete Robert w kwocie 4.616,06 EUR (20.000,00 zł)

347. Flemmig Frederik w kwocie 43.015,00 zł (10.000,00 EUR)

348. Flkiewitz- Bulatecka Dorota działająca w imieniu ASG Technik w kwocie 1.844,98 EUR (7.929,45 zł)

349. F.H. Prymus Violetta Burgielska w kwocie 12.914,70 zł (3.000,00 EUR)

350. FHU P. Rejnis Transport/ Paweł Rejnis w kwocie 8.000,00 EUR (34.628,80 zł)

351. Florczyk Marcin w kwocie 1.659.723,00 JPY

352. Florczak Paweł w kwocie 10.000,00 GBP (51.907,00 zł)

353. Francuz Krzysztof w kwocie 10.238,40 zł

354. Franek – Janicka Alicja w kwocie 16.254,96 USD, 5.438,37 CHF, 12.634,00 EUR, 5.661,77 GBP, 23.072,34 zł

355. Frankiewicz Gabriela w kwocie 4.000,00 EUR (509,10 zł)

356. Frankowski Krzysztof w kwocie 450,00 EUR (1.949,04 zł)

357. Frankowski Tomasz w kwocie 100.000,00 EUR

358. Frączak Monika w kwocie 1.305,87 zł (299,45 EUR)

359. Fredko Magdalena w kwocie 2.000,00 EUR (8.584,20 zł)

360. Frontczak Mariusz w kwocie 9.000,00 EUR (38.920,50 zł)

361. Formela Piotr w kwocie 7.784,86 EUR

362. Fortuniak Rafał w kwocie 3.170,00 EUR (13.719,76 zł)

363. Fotyniuk Katarzyna w kwocie 39.566,85 EUR

364. Furmański Bartosz w kwocie 14.222,38 zł

365. Furmankiewicz Monika w kwocie 3.257,10 zł

366. Gabor Marta w kwocie 13.709,26 zł

367. Gabryś Artur w kwocie 11.300,00 zł (2.611,47 EUR)

368. Gantz Gregor w kwocie 72.830,023 zł oraz 6.212,00 EUR

369. Gałązka Andrzej w kwocie 3.480,00 EUR (14.907,28 zł)

370. Gałwa Wojciech w kwocie 62.963,43 EUR

371. Galicki Tomasz w kwocie 2.699,21 zł (581,00 CHF)

372. Galas Szymon w kwocie 100.000,00 EUR

373. GAMBIT Damian Buczek w kwocie 75.822,24 zł (14.700,50 GBP)

374. GAR Trans sp. z o.o. w kwocie 4.000,00 EUR (17.342,00 zł)

375. G – Transport Rafał Gamrat w kwocie 37,50 EUR oraz 10.806,08 zł

376. Garbacz Grzegorz w kwocie 53.854,67 zł

377. Garbalski Adam w kwocie 9.380,60 zł

378. Garncarek Katarzyna w kwocie 34.000,00 zł oraz 3.996,00 CHF

379. Garwoliński Konrad 200,57 zł i 1.420,32 EUR

380. Gastropol Łukasz Targowski sp.k w kwocie 25.000,00 EUR (107.027,50 zł)

381. Gaś Ireneusz w kwocie 14.163,73 zł oraz 16.000,00 USD

382. Gawłowski Rafał w kwocie 13.058,58 zł

383. Gawęda Dawid w kwocie 315,00 EUR (1.352,17 zł)

384. Gajewski Robert w kwocie 4.500,00 GBP (22.986,90 zł)

385. Gajewski Janusz w kwocie 500,00 EUR (2.142,00 zł)

386. Gądela Edyta w kwocie 728,49 zł

387. Gąsiorowski Marcin w kwocie 20.000,00 zł

388. Gąsiorowski Sławomir w kwocie 3.690,00 EUR oraz 3.772,00 zł

389. Gąsiorek Anna w kwocie 81.568,00 USD (320.154,40 zł)

390. Geliński Bartosz w kwocie 22.500,00 NOK (8.273,25 zł)

391. Gentelman Tomasz w kwocie 437.095,00 zł

392. Gerlach Tadeusz w kwocie 308,77 GBP

393. Gębka Weronika w kwocie 4.646,71 zł

394. Gębura – Nowak Karolina w kwocie 10.500,00 USD (42.649,17 zł)

395. Gęslowski Dawid w kwocie 6.000,00 EUR (26.112,00 zł)

396. Gidek Andrzej w kwocie 1.400,00 EUR (5.987,38 zł)

397. Gidyński Łukasz działający w imieniu LUXOFT w kwocie 6.144,00 EUR (26.418,59 zł)

398. Giedrys Paweł w kwocie 4.060,01 zł

399. Gierak Mariusz w kwocie 7.300,00 EUR (31.257,46 zł)

400. Gierlach Bogdan w kwocie 3.617,15 zł (776,13 CHF)

401. Gil Daniel w kwocie 5.116,30 zł

402. Gilewski Błażej w kwocie 1.659,91 zł

403. Gils Gabriel w kwocie 1.500,00 EUR (6.406,11 zł)

404. Gilżejewska Alina w kwocie 4.000,00 zł (865,00 CHF)

405. Gintrowski Łukasz w kwocie 60,35 GBP (313,62 zł) oraz 507,26 EUR (2.192,02 zł)

406. Giziewski Tomasz Piotr w kwocie 14.900,00 SEK (5.505,55 zł)

407. Gizińska Eryka w kwocie 6.027,72 zł (1.300,00 CHF)

408. Gizulewska Maria w kwocie 12.970,66 USD

409. Giżycki Mateusz w kwocie 3.800,00 GBP (19.448,40 zł)

410. Gliński Paweł w kwocie 4.886,76 zł (1.055,00 CHF)

411. CT Global Logistics Sp. z o.o. / Karolina Jasińska w kwocie 95.407,65 zł (23.500,00 USD)

412. Głód Marcel w kwocie 620,00 EUR (2.644,42 zł)

413. Głodzik Tomasz w kwocie 388,91 zł oraz 71.772,51 USD

414. Głogowski Marcin w kwocie 186.028,00 zł (40.000,00 CHF)

415. Głowacki Marcin w kwocie 1.200,00 EUR (5.139,12 zł)

416. Głowacki Jarosław w kwocie 1.578,03 EUR, 576,15 CZK, 27,93 TRY

417. Głowacki Łukasz w kwocie 18.000,00 USD (71.515,80 zł)

418. Głowacki Mariusz w kwocie 2.150.000,00 JPY oraz 9.305,26 zł

419. Gnaciński Krzysztof w kwocie 4.600,00 EUR (19.948,82 zł)

420. Gnielka Łukasz Bartłomiej 12.734,40 zł

421. Gotkowicz Paweł w kwocie 2.957,65 EUR (12.550,20 zł)

422. Goldsztejn Maciej w kwocie 1.295,86 EUR (5.500,00 zł)

423. Goleniowski Patryk w kwocie 2.715,45 zł

424. Golonka Gabriela w kwocie 4.000,00 EUR (17.298,40 zł) i 3.000,00 EUR

425. Gołąb Karol w kwocie 22.877,77 zł, 1.081,73 EUR oraz 2.055,84 USD

426. Gołąb Michał w kwocie 1.075,90 EUR (4.655,20 zł)

427. Gołębiewska Kamila w kwocie 9.000,00 EUR (38.682,00 zł)

428. Gołębiowska Barbara w kwocie 32.018,59 zł

429. Goncerzewicz Robert w kwocie 40.000,00 GBP (206.056,00 zł)

430. Gonczaronek Tomasz w kwocie 9.347,02 zł

431. Gorzelany Adam w kwocie 3.141,00 EUR

432. Graczyk Kamila w kwocie 5.836,95 EUR oraz 3.840,91 USD

433. Grudowska Grażyna w kwocie 1.678,21 zł (360,00 CHF)

434. Grudzińska Dagmara w kwocie 2.095,34 zł (457,00 CHF)

435. Grabiański Tomasz 924,43 EUR

436. Górczyńska Edyta w kwocie 510,01 EUR (2.210,43 zł)

437. Górski Marcin w kwocie 9.867,65 zł

438. Górski Łukasz w kwocie 2.452,11 zł

439. Góralski Arkadiusz w kwocie 1.300,00 EUR (5.578,30 zł)

440. Góralski Krzysztof w kwocie 5.012,28 zł oraz 8.700,00 CAD

441. Więckiewicz Grażyna w kwocie 10.000,00 EUR (43.043,00 zł)

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 453 of 523

442. Grochala Szymon w kwocie 3.000,00 EUR (12.852,00 zł)

443. Grochowski Roman w kwocie 10.000,00 USD (38.610,00 zł)

444. Gromek Monika w kwocie 25.000,00 USD (98.040,00 zł)

445. Gromek Dariusz w kwocie 93.566,36 zł (3.522.650,00 JPY)

446. Gronkiewicz Agata/Mateusz Gronkiewicz w kwocie 5.000,00 EUR (21.550,50 zł)

447. Grybel Tomasz w kwocie 7.900,00 zł

448. Grygiel Bogusław w kwocie 1.842,82 zł

449. Grygorowicz Patryk w kwocie 900,00 EUR (3.843,12 zł) oraz 700,00 zł

450. Gryss Magdalena w kwocie 1.946,18 zł

451. Gryszka Łukasz w kwocie 15.000,00 zł (3.440,37 EUR)

452. Gryszun Mateusz w kwocie 2.400,00 USD (9.499,92 zł)

453. Gryko Tomasz w kwocie 985,84 USD, 1.055,45 EUR

454. Grzywaczyk Zbigniew w kwocie 75.000,00 zł

455. Grzyb Ewelina w kwocie 9.456,30 zł

456. Grzybowska Magdalena w kwocie 5.000,00 EUR (21.684,50 zł)

457. Grzybowski Łukasz w kwocie 1.000,00 EUR

458. Gubała Krzysztof w kwocie 200.000,00 zł (50.000,00 USD)

459. Gubała Mariusz w kwocie 4.000,00 zł (933,64 EUR)

460. Gucwa Maria w kwocie 2.173,00 zł

461. Gugała Elżbieta w kwocie 688.534,70 zł oraz 77.000,00 USD

462. Gulbierz Tomasz w kwocie 9.819,50 zł, 900,00 EUR i 10.000,00 USD

463. Gunia-Krzyżak Agnieszka w kwocie 200,00 EUR (862,66 zł)

464. Gułaś Karol w kwocie 11.041,96 CHF, 25.291,97 EUR, 9.971,00 GBP, 22.809,40 USD

465. Gustaw Edyta w kwocie 350,01 EUR (1.498,95 zł)

466. Gużewski Rafał w kwocie 9.400,00 EUR (40.799,08 zł)

467. Gwiaździński Daniel w kwocie 1.108,24 SEK (406,83 zł)

468. Gwiżdż Damian działający w imieniu Górka-Trans Szczyrek, Gwiżdż Sp. J. w kwocie 35.868,34 zł

469. Gwiżdż Sebastian w kwocie 1.000 EUR (4.296,80 zł)

470. Hachuła Piotr w kwocie 6.599,07 EUR (28.233,48 zł)

471. Hadyniak – Kamińska Magdalena w kwocie 950,00 USD

472. Halotta Paweł w kwocie 5.000,00 zł (1.155,64 EUR)

473. Halik Mariusz w kwocie 148.483,00 JPY

474. Hałas Arnold w kwocie 1.214,74 EUR

475. Hałka Piotr w kwocie 30.000,00 zł

476. Hajduczenia Dariusz w kwocie 2.844,00 EUR (12.232,90 zł)

477. Hajduk Artur w kwocie 340,00 GBP (1.738,68 zł)

478. Hajdrych Maciej w kwocie 20.000,00 NOK (7.354,00 zł)

479. Harasim Jakub w kwocie 74,98 USD oraz 314,51 EUR

480. Harkabuzik Mateusz w kwocie 1.000,00 EUR (4.287,00 zł)

481. Harkabuzik Agnieszka w kwocie 1.710,00 EUR (7.355,57 zł)

482. Hauffe Marta w kwocie 10.000,00 CHF (45.348,12 zł)

483. Hawro Konrad w kwocie 6.000,00 USD (23.793,60 zł) i 15.500,00 EUR (66.712.00 zł ) – łącznie 90.505,60 zł

484. Hawryl-Adamczyk Katarzyna i Adamczyk Bartosz w kwocie 29.037,80 zł i 9.000,00 CHF

485. HANAMA Rafał Żak w kwocie 3.591,40 EUR

486. HatPol Antoni Hat/ Hat Daniel w kwocie 39.462,00 zł

487. Hądz Wacław w kwocie 800,00 EUR (3.413,92 zł)

488. Helbowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

489. Hennek Patryk w kwocie 4.346,29 zł

490. Henzel Jan w kwocie 236,08 zł

491. HMPA Daniel Łohunko w kwocie 10.000,00 EUR (43.130,00 zł)

492. Holuta Marcin w kwocie 4.300,00 zł

493. Holak Bernadeta w kwocie 213,59 EUR oraz 10.274,80 zł

494. Hołubowska Aleksandra w kwocie 2.000,00 EUR

495. Hordecki Mateusz w kwocie 4.302,17 zł

496. Hosner Ryszard w kwocie 619,73 zł

497. Hospod Paweł w kwocie 18.003,74 zł

498. Hreczka Krzysztof w kwocie 8.345,98 zł

499. Hryniewicz Marek w kwocie 46.800,05 EUR (200.000,00 zł)

500. Hudyka - Grzesik Ewelina w kwocie 4.314,00 zł

501. Hudzik Tomasz w kwocie 2.400,00 EUR (10.271,28 zł)

502. Huk Tomasz w kwocie 2.281,88 zł (492,57 CHF)

503. Humana Second Hand Poland Sp. z o.o./ Smolicki Jacek w kwocie 16.313,32 EUR (70.060,82 zł)

504. Hutyra Wioleta w kwocie 5.000,00 GBP (25.658,50 zł)

505. HyperHub Ltd. Z siedzibą w Anglii / Damian Puczyński w kwocie 281.666,37 zł, 173.104,00 zł (40.517,65 EUR), 148.671,51 GBP, 20.885,00 GBP (25.218,73 EUR), 13.740,69 EUR, 12.800,00 USD (11.828,76 EUR)

506. Mierzejewska Bożena w kwocie 2.143,70 zł

507. Milcz Bartłomiej w kwocie 2.000,00 EUR (8.508,00 zł)

508. Moliński Piotr w kwocie 400,92 EUR oraz 1.615,50 zł

509. Imielski Karol w kwocie 3.100,00 GBP (15.965,31 zł)

510. Idziaszek Weronika w kwocie 2.000,00 EUR (8.527,00 zł)

511. Idzkiewicz Marcin w kwocie 1.000,00 EUR (4.280,92 zł)

512. Łącka Sylwia Grażyna w kwocie 7.400,00 zł (1.723,92 EUR)

513. Łazuga Marcin w kwocie 7.378,55 USD

514. Łyszczek Paweł w kwocie 35.000,00 zł (6.733,62 GBP)

515. Łyskawa Paweł Stowarzyszenie Krakowski Teatr Tańca w kwocie 3.500,00 EUR

516. Łyżwa Przemysław w kwocie 3.000,00 EUR

517. Igielski Adam w kwocie 25.595,00 USD (101.537,92 zł)

518. Ignasiak – Kretowicz Justyna w kwocie 20.000,00 CHF (90.880,00 zł)

519. Ignasiak Andżelika w kwocie 41.166,60 zł (9.500,00 EUR)

520. IGNASMET Mariusz Ignatowicz/ Ignatowicz Marcin w kwocie 80.000,00 EUR (341.336,00 zł)

521. Zięba Bogumił reprezentujący Inovatica AGV sp. z o.o. w kwocie 15.653,11 EUR (67.000,00 zł), 42.560,00 USD

522. Zięba Tomasz w kwocie 21.352,00 zł

523. Żak Michał w kwocie 21.931,09 zł (5.501,00 USD)

524. Żak Katarzyna w kwocie 22.336,50 zł

525. Żak Mirosław w kwocie 3.822,94 zł

526. Żelaśkiewicz Adam w kwocie 2.000,00 GBP oraz 12.478,80 zł

527. Żołnierzyk Piotr w kwocie 900,00 EUR

528. Żukowski Michał Radosław w kwocie 25.000,00 EUR (107.787,50 zł)

529. Żerański Radosław w kwocie 710,03 zł

530. Żurawka Sławomir w kwocie 1.297,91 zł (280,00 CHF)

531. Żurawicki Jarosław w kwocie 4.318,87 zł

532. Żurowski Dawid w kwocie 6.330,94 zł (2.000,00 CAD)

533. Iwanicki Andrzej w kwocie 39.950,00 zł

534. Iwańska Wioleta w kwocie 10.000,00 zł

535. Iwanowski Paweł w kwocie 3.647,26 zł (835,32 EUR)

536. Iwanowski Tomasz w kwocie 2.711,46 CAD

537. Iwanucha - Blumberg Lidia w kwocie 2.154,05 zł

538. INTECH TECHNICAL DOCUMENTATION SP. Z O.O./Kaczorowski Arkadiusz w kwocie 20.000,00 EUR (85.692,00 zł) oraz 22.000,00 USD (86.169,60 zł)

539. Jachowicz Zbigniew w kwocie 14.000,00 zł (3.030,25 CHF)

540. Jachowski Dariusz w kwocie 400,00 EUR (1.718,72 zł)

541. Jachimska-Małkiewicz Katarzyna w kwocie 128.700,00 zł (30.000,00 EUR)

542. Jachna Anna w kwocie 2.408,68 zł (524,07 CHF)

543. Jackowiak Marcin w kwocie 1.400,00 zł

544. Jackowiak Krzysztof w kwocie 1.051,19 EUR

545. Jacków Jacek w kwocie 10.000,00 EUR

546. Jadczyk Mateusz w kwocie 2.000,00 EUR (8.511,60 zł)

547. Jakś Tomasz w kwocie 9.828,59 zł (2.300,00 EUR)

548. Jakubczak Jarosław w kwocie 40.000,00 NOK (14.592,00 zł)

549. Jakubczak Przemysław w kwocie 40.000,00 NOK

550. Jakubczak Karolina w kwocie 10.000,00 zł

551. Jakubaszek Przemysław w kwocie 14.993,00 CHF

552. Jakubiuk Sławomir w kwocie 913,28 CHF

553. Jakubowicz Piotr w kwocie 38.739,23 zł

554. Jałowiec Maciej w kwocie 5.188,52 zł (1.200,00 EUR)

555. Janczy Janusz w kwocie 3.770,56 zł

556. Janeczek Robert w kwocie 175.959,03 zł

557. Janiec Jakub Kacper w kwocie 2.000,00 EUR

558. Janik Patryk w kwocie 30.000,00 zł i 3.000,00 EUR

559. Jankowski Mateusz ( zam. Dolice)w kwocie 3.000,00 USD (11.892,40 zł)

560. Jankowski Mateusz ( zam. Giżycko)w kwocie 26.000,00 zł

561. Jankowski Rafał w kwocie 3.000,00 EUR (12.908,40 zł)

| | |
|---|---|
| 562. | Jankowski Karol w kwocie 1.327,00 GBP (6.854,88 zł) |
| 563. | cVest sp. z o.o. w kwocie 4.760,00 EUR (20.487,99 zł) |
| 564. | Janowski Robert w kwocie 16.000,00 EUR (68.516,80 zł) |
| 565. | Janowski Mirosław w kwocie 4.375,00 zł |
| 566. | Janowski Mariusz w kwocie 2.568,50 zł (550,00 CHF) |
| 567. | Janowski Marcin w kwocie 12.000,00 EUR (51.703,20 zł) |
| 568. | Januszek Maciej w kwocie 62.966,01 EUR (270.980,52 zł) |
| 569. | Jarek Arkadiusz w kwocie 6.200,00 EUR (26.897,46 zł) |
| 570. | Jarecka Barbara Krystyna w kwocie 3.500,00 EUR (15.055,35 zł) |
| 571. | Jargan Tomasz w kwocie 11.170,22 EUR |
| 572. | Jasina Jarosław w kwocie 90.267,90 zł |
| 573. | Jasiewicz Elżbieta w kwocie 43.104,00 zł |
| 574. | Jasiok Dawid w kwocie 7.500,00 EUR (32.112,75 zł) |
| 575. | Jaskierny Angelika w kwocie 3.000,00 EUR (12.818,40 zł) |
| 576. | Jaskulski Piotr w kwocie 2.421,02 zł (520,00 CHF) |
| 577. | Jastrzębski Daniel w kwocie 15.841,97 EUR (67.277,68 zł) |
| 578. | Jastrzębowski Tomasz w kwocie 2.566,32 EUR (11.000,00 zł) |
| 579. | Jaros Agnieszka w kwocie 18.001,92 zł |
| 580. | Jarosz Wadim w kwocie 504,54 EUR |
| 581. | Jaworski Łukasz w kwocie 19.091,69 EUR (82.185,91 zł) |
| 582. | Jedliński Marcin w kwocie 12.863,45 zł |
| 583. | Jeremin Robert w kwocie 6.000,00 zł |
| 584. | Jerzewska – Palmer Teresa w kwocie 10.000,00 USD |
| 585. | Jerzynowski Karol w kwocie 2.833,33 zł (610,00 CHF |
| 586. | Jewsiewiecki Bartosz w kwocie 1.700,00 EUR (7.279,17 zł) |
| 587. | Jewtuszenko Andrij w kwocie 1.310,37 zł (300,00 EUR) |
| 588. | Jeż Michał w kwocie 5.000,00 zł (1.145,00 EUR) |
| 589. | Jędruszko Jacek w kwocie 48.852,93 zł |
| 590. | Jędrzejek Sebastian w kwocie 4.000,00 EUR (17.162,40 zł) |
| 591. | Jędrzejewicz Przemysław w kwocie 7.075,85 zł, 2.727,39 EUR, 455,75 CHF oraz 998,56 USD |
| 592. | Jędrzejczak Bartosz w kwocie 7.374,41 zł (1.583,00 CHF) |
| 593. | Jędrzejczyk Marcin 2.205,07 EUR |

594. Jucha Piotr w kwocie 6.943,76 zł

595. JULEK-TRANS WYSZOGRODZKI/Wyszogrodzki Maciej w kwocie 11.000,00 EUR

596. Juchlke Jarosław w kwocie 11.568,60 zł

597. Junkert Hubert w kwocie 4.294,00 zł

598. Junghardt Tomasz w kwocie 493,71 EUR

599. Jurasz Krystian w kwocie 32.166,95 EUR oraz 1.285,73 USD

600. Jurczak Ryszard w kwocie 319,88 CHF oraz 1.000,00 zł

601. Jurczyk Mateusz w kwocie 12.000,00 USD (48.132,00 zł)

602. Jurkiewicz Wojciech w kwocie 10.370,98 zł

603. Jurdziński Tomasz w kwocie 779,20 zł oraz 1.996,00 USD

604. Jus Anna w kwocie 3.000,00 EUR (12.985,50 zł)

605. Justyński Rafał w kwocie 52.452,13 USD, 1.700,46 EUR, 25.118,79 zł

606. Juszkiewicz Arkadiusz w kwocie 20.987,28 EUR (89.934,69 zł)

607. Juszkiewicz Aleksandra w kwocie 440,00 GBP (2.253,00 zł)

608. Kachel Marek w kwocie 4.363,21 CHF (20.226,53 zł)

609. Kacprzak Tomasz w kwocie 43.300,00 USD (168.818,04 zł)

610. Kaczmarek Roman w kwocie 1.000,00 EUR (4.300,80 zł)

611. Kaczmarek Renata w kwocie 700,00 zł oraz 184,84 EUR

612. Kaczmarzyk Dagmara w kwocie 23.217,23 EUR oraz 7.146,80 zł (1.650,00 EUR)

613. Kaczorowska Olga w kwocie 10.000,00 EUR (43.025,00 zł)

614. Kaczyńska Anna w kwocie 1.847,78 zł (400,56 CHF)

615. Kahan Wojciech w kwocie 9.640,00 EUR (41.857,84 zł)

616. Kaługa Henryk w kwocie 910,04 zł

617. Kałuża Tomasz w kwocie 1.772,44 zł (405,00 EUR)

618. Kałużny Krzysztof w kwocie 4.451,92 USD

619. Kamecki Jerzy w kwocie 39.647,00 USD (162.386,18 zł)

620. Kamiński Andrzej w kwocie 2.000,00 EUR (8.640,00 zł)

621. Kamiński Piotr w kwocie 68.004,30 zł

622. Kamiński Paweł w kwocie 9.234,89 EUR (40.000,00 zł)

623. Kamiński Tomasz w kwocie 2.467,63 EUR, 1.984,64 USD oraz 840,22 zł

624. Kamińska Joanna w kwocie 771,67 USD, 4.739,54 EUR, 93,72 zł

625.    Kamińska Justyna w kwocie 300,00 EUR (1.300,26 zł)

626.    Kamianowski Maciej w kwocie 4.355,30 zł (1.000,00 EUR)

627.    Kamyszek Tomasz w kwocie 3.700,00 EUR (15.863,77 zł)

628.    Kanak Kacper w kwocie 10.358,26 zł

629.    Kania Piotr w kwocie 2.215,00 EUR (9.553,96 zł)

630.    Kania Krzysztof w kwocie 15.727,19 zł

631.    Kania Agnieszka w kwocie 1.000,00 EUR (4.337,30 zł)

632.    Kanonik Piotr w kwocie 1.500,00 EUR (6.430,05 zł)

633.    Kaleta Mariusz w kwocie 3.000,00 EUR (12.933,30)

634.    Kalicki Jacek w kwocie 42.416,35 CZK oraz 1.473,69 EUR

635.    Kalisz Paweł w kwocie 381,35 zł oraz 538,83 CHF

636.    Kalinowski Zbigniew w kwocie 2.361,00 zł oraz 274.595,94 NOK

637.    Kalinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

638.    Kaluga Darek w kwocie 3.900,00 USD (15.302,43 zł)

639.    Kasiewicz Alicja w kwocie 200,00 EUR (848,84 zł)

640.    Kasicki Rafał Marian w kwocie 9.425,69 zł oraz 18.674,49 GBP

641.    Kass Łukasz w kwocie 2.600,00 EUR (11.257,48 zł)

642.    Karbownik Piotr w kwocie 337,65 zł oraz 7.685,00 EUR (32.802,65 zł)

643.    Karcz Karolina w kwocie 10.221,22 zł

644.    Karlińska Justyna w kwocie 950,00 EUR (4.079,78 zł)

645.    Karnecka Viktoria w kwocie 27.200,00 EUR oraz 10,30 zł

646.    Karolewicz Karol w kwocie 55.456,20 zł

647.    Karoń Adam i Karoń Małgorzata Warsztat Szewski s.c. w kwocie 20.000,00 EUR

648.    Karpowicz Agata w kwocie 21.366,80 zł i 5.000,00 EUR

649.    Karpiński Adam Marek w kwocie 2.344,38 zł (503,42 CHF)

650.    Karpiński Przemysław w kwocie 46.352,00 zł oraz 1.500,00 CHF

651.    Karpiński Łukasz w kwocie 245,00 EUR oraz 3.065,75 zł

652.    Kazanowski Tomasz w kwocie 200,00 EUR (860,04 zł)

653.    Kazanowski Radosław w kwocie 217,40 CHF oraz 1.003,18 zł

654.    Kaznowski Michał w kwocie 9.000,00 zł

655.    Kaziuk Tomasz w kwocie 687,46 zł oraz 400,00 EUR

656.    Kącka Marzena w kwocie 1.308,78 zł (300,00 EUR)

657. Kielski Leszek w kwocie 50.000,00 zł (9.565,23 GBP)

658. Kiełtyka Piotr w kwocie 16.044,95 zł

659. Kiełtyka Maciej w kwocie 13.715,92 USD

660. Kiepura Sławomir w kwocie 1.200,00 zł, 2.816,37 GBP oraz 5.165,57 CHF

661. Kiermasch Piotr w kwocie 1.901,31 EUR, 1.677,25 zł, 1.872,90 USD

662. Kierkowski Sylwester w kwocie 9.000,00 GBP (46.854,00 zł)

663. Kiewicz Andrzej w kwocie 2.899,06 zł (620,00 CHF)

664. Kurzepa Leszek w kwocie 3.596,18 zł

665. Kurzok Sebastian w kwocie 177.360,41 zł

666. Kik Dawid w kwocie 28.500,00 EUR (123.313,80 zł)

667. Kiraga Michał w kwocie 5.153,43 zł

668. Kita Elżbieta w kwocie 49.340,75 zł

669. Kitowski Tomasz w kwocie 798,58 zł oraz 499,00 EUR

670. Kisała Daniel w kwocie 2.142,37 zł

671. Kisiel Dawid w kwocie 40.000,00 NOK (14.592,00 zł)

672. Kleczewski Łukasz w kwocie 12.662,08 zł

673. Kleinowska Monika w kwocie 721,14 zł

674. Klepacka Beata w kwocie 11.649,04 EUR (50.000,00 zł)

675. Klęsk Patryk w kwocie 3.987,81 zł

676. Knapczyk Sławomir w kwocie 3.962,71 zł

677. Knot Krzysztof w kwocie 734,29 GBP

678. Knyszko Krzysztof w kwocie 1.000,00 EUR ( 4.331,20 zł)

679. Kobiałka Łukasz w kwocie 3.500,00 EUR (15.199,10 zł)

680. Kobiałka Grzegorz w kwocie 36.802,18 EUR

681. Kobiałka Wioletta w kwocie 28.640,00 EUR

682. Kobierski Mariusz w kwocie 22.006,00 GBP

683. Kobryn - Bodanka Urszula w kwocie 1.000,00 EUR (4.299,50 zł)

684. Kobojek Angelika w kwocie 2.000,00 EUR (8.604,40 zł)

685. Kocik Marzena w kwocie 2.140,80 zł

686. Kociszewska Monika w kwocie 1.856,76 zł (400,00 CHF)

687. Kocoń Dominik w kwocie 525,16 zł (114,00 CHF)

688. Kocur Sławomir w kwocie 1.000,00 EUR

689. Kogut Ireneusz w kwocie 1.171,61 zł (251,78 CHF)

690.     Kołaciak Daniel w kwocie 3.070,00 EUR

691.     Kołakowski Grzegorz w kwocie 2.282,24 zł (496,00 CHF)

692.     Kołodziej Marcin CAR SYSTEM w kwocie 16.117,52 EUR

693.     Kołodziej Bartosz w kwocie 45.133,48 zł

694.     Kołodziej Zbigniew w kwocie 17.173,29 CHF (77.448,00 zł)

695.     Kołodziejak Remigiusz w kwocie 12.814,62 zł

696.     Kołodziejczak Tomasz w kwocie 2.935,65 zł oraz 10.400,00 EUR

697.     Kołodziejczak Witold w kwocie 201.822,08 zł

698.     Kołodziejczyk Jakub w kwocie 41.397,70 zł oraz 4.284,00 EUR

699.     Kołodziejski Michał w kwocie 215.880,00 zł (50.000,00 EUR)

700.     Kożuchowski Maciej w kwocie 6.565,05 zł (1.500,00 EUR)

701.     Sopala Konrad w kwocie 9.500,00 EUR (40.801,55 zł)

702.     Socha Justyna w kwocie 70.000,00 GBP

703.     Sołanko Grzegorz w kwocie 7.353,48 EUR (31.246,57 zł)

704.     Szmagalski Konrad w kwocie 171,18 USD

705.     MJS SP. Z O.O. SP. K./Szmurło Jarosław w kwocie 22.636,00 USD (88.923,26 zł)

706.     Kopeć Paweł w kwocie 464,36 EUR (2.000,00 zł)

707.     Koperczuk Damian w kwocie 1.600,00 EUR (6.888,00 zł)

708.     Koperczuk Renata w kwocie 2.850,00 EUR (12.270,68 zł)

709.     Koperda Tomasz w kwocie 16.368,90 zł

710.     Koperwas Kamil w kwocie 25.748,50 zł oraz 2.575,33 GBP

711.     Koralewski Rafał w kwocie 100.000,00 zł

712.     Kordaczuk Sławomir w kwocie 586,67 CHF (2.734,70 zł)

713.     Korotkiewicz Adrian w kwocie 17.114,20 zł

714.     Korpal Piotr w kwocie 35.818,00 EUR (154.336,49 zł)

715.     Korytowska Małgorzata w kwocie 26.000 CZK (4.306,31 zł)

716.     Korus Tomasz w kwocie 6.852,03 zł (1.488,72 CHF),

717.     Korzec-Frejowska Magdalena w kwocie 11.217,00 zł, 40.000,00 SEK (16.003,00 zł) – łącznie 27.220,00 zł

718.     WGS Polska sp. z o.o. w kwocie 30.000,00 SEK (11 277,00 zł)

719.     Korzeniewska Barbara w kwocie 130.367,22 zł

720.     Kos Tomasz w kwocie 1.004,24 zł

721. Kosakiewicz Michał w kwocie 250,00 EUR (1.071,90 zł)

722. Kosior Paweł w kwocie 7.653,14 zł,

723. Kosiada Małgorzata w kwocie 10.118,02 EUR

724. Kosowski Jarosław w kwocie 18.522,70 zł

725. Kossakowski Janusz w kwocie 6.948,81 EUR

726. Kossowska Małgorzata w kwocie 5.915,93 zł (1.370,00 EUR)

727. Kostecki Marek w kwocie 17.262,21 zł oraz 2.367,20 EUR

728. Koszuta Robert w kwocie 211,54 EUR oraz 321,04 zł

729. Kotarski Bartłomiej w kwocie 1.300,00 EUR (5.635,76 zł)

730. Kotuła Grzegorz w kwocie 1.900,00 EUR (8.156,70 zł)

731. Kotulak Marcin Krzysztof w kwocie 11.063,52 zł

732. Kotulski Paweł w kwocie 17.000,00 USD

733. Kotulska Agnieszka w kwocie 4.713,78 EUR

734. Kowalczyk Sylwia w kwocie 12.950,00 USD (53.326,80 zł)

735. Kowalczyk Krystyna w kwocie 2.061,01 zł (446,29 CHF)

736. Kowalczyk Michał 2.537,29 zł (543,97 CHF)

737. Kowal Michał w kwocie 10.088,00 zł

738. Kowol Andrzej w kwocie 5.116,24 zł

739. Kowalewska Izabela w kwocie 26.000,00 zł

740. Kowalewska-Hope Anna w kwocie 200,00 GBP (1.024,96 zł)

741. Kowalska Beata w kwocie 1.800,00 EUR (7.773,84 zł)

742. Kowalska Magdalena w kwocie 1.500,00 EUR (6.480,45 zł)

743. Kowalska Mirela w kwocie 7.275,39 SEK, 100,68 GBP, 102.087,00 JPY

744. Kowalska Katarzyna w kwocie 40.000,00 NOK (14.504,00 zł)

745. Kowalski Paweł w kwocie 90.000,00 EUR (385.903,99 zł)

746. Kowalski Janusz w kwocie 2.000,00 EUR, 3.992,99 USD, 7.693,03 zł

747. Kowalski Piotr w kwocie 950,02 zł oraz 2.790,93 GBP (3.311,22 EUR)

748. Kowalik Kazimierz w kwocie 269,40 zł oraz 821,07 EUR

749. Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł)

750. Koźlik Adrian w kwocie 4.726,47 zł

751. Krajewski Bogdan w kwocie 42.800,00 zł

752. Krajewska Agnieszka w kwocie 3.930,00 zł (850,46 CHF)

753. Krajza Mariusz w kwocie 1.000,00 EUR (4.271,50 zł)

754. Kramarski Daniel w kwocie 44.875,54 zł

755. Kras Marek w kwocie 5.624,26 EUR (22.333,80 zł)

756. Krawczyk Rafał Mirosław w kwocie 5.000,00 EUR (21.429,00 zł)

757. Krawczyk Michał w kwocie 12.970,80 zł (3.000,00 EUR)

758. Krawczyk Wojciech w kwocie 42.230,00 zł

759. Kreczko Dariusz w kwocie 14.019,16 zł i 23.432,23 EUR

760. Kregiel Eric w kwocie 90.000,00 zł (20.609,38 EUR)

761. Kremplewski Mariusz w kwocie 5.000,00 USD (19.797,00 zł)

762. Krogul Mieczysław w kwocie 32.000,00 zł

763. Krotosik Ewelina w kwocie 14.000,00 zł (3.232,62 EUR)

764. Krowicki Krzysztof w kwocie 2.509,02 zł (538,00 CHF)

765. Król-Dębek Marta w kwocie 202.016,80 zł i 303,32 EUR

766. Kruczek Jacek w kwocie 21.663,60 zł

767. Krupa Mariusz w kwocie 2.500,01 zł i 748,15 EUR

768. Krupa Beata w kwocie 1.000,00 EUR (4.300,00 zł)

769. Krzemień Agnieszka w kwocie 6.000,00 zł (1.391,76 EUR)

770. Krzemieniewska Monika w kwocie 2.000,00 EUR (8.632,20 zł)

771. Krzykwa Łukasz w kwocie 2.000,00 GBP (10.211,88 zł)

772. Krzysztoszek Marta w kwocie 4.867,60 USD (20.000,00 zł)

773. Krzywańska Patrycja (Stołowska) w kwocie 23.439,00 EUR (100.808,80 zł)

774. Krzywda Tomasz w kwocie 1.150,00 EUR (4.913,61 zł)

775. Krzyżanowski Dawid w kwocie 1.875,00 EUR (8.014,69 zł)

776. Krzyżowski Ireneusz w kwocie 1.470,36 zł

777. Krzyżowski Krzysztof w kwocie 30.000,00 NOK (10.827,00 zł)

778. Książek Teresa w kwocie 49.862,51 zł (11.550,00 EUR)

779. Książek Kamil w kwocie 4.500,00 EUR

780. Kuc Wiesław w kwocie 60.000,00 EUR (25.833,60 zł)

781. Kucfir Krzysztof w kwocie 1.500,00 EUR (6.441,00 zł)

782. Kucharski Artur w kwocie 1.666,00 EUR (7.136,64 zł)

783. Kucharski Arkadiusz w kwocie 1.460,85 USD

784. Kucharski Robert Tadeusz w kwocie 63.724,45 zł

785. Kuchta Michał w kwocie 11.233,44 zł (2.400,00 CHF)

786. Kuczek Piotr w kwocie 992,65 USD (3.878,88 zł)

787. Kuczyński Piotr w kwocie 15.414,30 zł
788. Kujawiak Marian w kwocie 490,00 EUR (2.126,40 zł)
789. Kukuła Michał w kwocie 45.000,00 USD (179.095,50 zł)
790. Kulbacki Wojciech w kwocie 14.729,88 zł (3.610,00 USD)
791. Kulewicz Piotr w kwocie 17.170,76 zł
792. Kuleczka Piotr w kwocie 17.000,00 EUR (72.790,60 zł)
793. Kulka Mateusz w kwocie 34.733,60 zł
794. Kulka Marcin w kwocie 1.000,00 EUR (4.326,80 zł)
795. Kulikov Vladyslav w kwocie 2.600,00 zł
796. Kuligowski Adam w kwocie 2.160,55 zł
797. Kura Wojciech w kwocie 11.130,00 EUR (47.851,21 zł)
798. Kural Sebastian w kwocie 51.500,00 zł
799. Kurek Radosław w kwocie 2.554,34 zł oraz 898,96 EUR
800. Kurnik Piotr w kwocie 5.667,9
801. Kurzydło Kamil w kwocie 1.168,00 EUR (5.054,05 zł)
802. Midas sp. z o.o. w kwocie 6.086,22 EUR (26.351,51 zł)
803. Kwasiborski Krzysztof w kwocie 1.511,09 zł (350,00 EUR)
804. Kwaśniewska Katarzyna w kwocie 2.150,00 EUR (9.195,55 zł)
805. Kwiatek Kamil w kwocie 1.758,98 zł
806. Kwiatkowska – Kwarta Danuta w kwocie 2.000,00 EUR (8.637,80 zł)
807. Kwiatkowski Arkadiusz w kwocie 30.223,51 zł
808. Kwiatkowski Jakub w kwocie 6.500,00 zł (1.400,71 CHF)
809. Kwiecińska-Awieruk Sylwia w kwocie 10.171,88 CHF (47.114,50 zł)
810. Klimas Piotr Marek w kwocie 11.785,46 zł, 100,20 EUR
811. Klimko- Kardel Sylwia w kwocie 3.449,81 USD
812. Klimowicz Daniel w kwocie 1.294,66 zł
813. Klishevich Viktoryja w kwocie 193.707,50 zł oraz 10.000,00 EUR
814. Kyrcz Marta w kwocie 847,47 CHF
815. Lach Katarzyna w kwocie 17.430,99 CHF (80.254,00 zł)
816. Lachiewicz Czesław w kwocie 7.944,00 zł i 21.887,00 EUR
817. Lalewicz Anna w kwocie 1.366,66 zł (296,00 CHF)
818. Lampka Anna w kwocie 20.000,00 zł (4.616,93 EUR)
819. Langowski Adrian w kwocie 270.000,00 zł (62.712,24 EUR)

820.     Lankamer Marta w kwocie 1.750,02 EUR

821.     Laszczyk Ireneusz w kwocie 6.880,00 USD

822.     Natalia Langa LAN-WOOD HOUSE sp. z.o.o w kwocie 60.000,00 EUR (258.000,00 zł)

823.     Nadolna Marta w kwocie 2.000,00 zł (434,53 CHF)

824.     Nadolny Piotr w kwocie 3.290,00 GBP (16.980,00 zł)

825.     Nazarewski Stefan w kwocie 25.005,00 zł (5.707,24 EUR)

826.     Lech Mirosław w kwocie 1.800,00 CHF (8.190,18 zł)

827.     Lebioda Adrian w kwocie 23,12 EUR, 1.895,00 zł, 1.001,46 USD

828.     Legierska Daria w kwocie 2.600,00 zł, 6.000,00 EUR (25.820,00 zł) i 6. 562,00 EUR

829.     Legat Radosław w kwocie 6.614,99 NOK

830.     Leitgeber Adrian w kwocie 1.940,00 EUR (8.332,43 zł)

831.     Leitermeier Aleksandra w kwocie 4.000,00 EUR (17.174,80 zł)

832.     Lenarczyk Michał w kwocie 47.556,00 EUR (201.894,24 zł)

833.     Leonowicz Lea w kwocie 1.284,48 zł

834.     Lepich Marcin w kwocie 2.478,00 zł i 11.220,23 USD

835.     Lesnał Marcin Mariusz w kwocie 1.500,00 EUR (6.422,85 zł)

836.     Lesiak Sławomir w kwocie 2.865,00 EUR (12.180,55 zł)

837.     Leszczyński Łukasz w kwocie 50,00 EUR (214,46 zł)

838.     Leszczyński Marcin w kwocie 218,28 EUR, 150,00 zł, 23,73 GBP

839.     Leśniak Wojciech w kwocie 42.831.24 zł i 9.990,00 EUR

840.     Leśniak Adrian w kwocie 19.783,74 zł

841.     Leśniewski Michał w kwocie 2.850,43 TRY oraz 4.343,96 zł

842.     Leśniewski Paweł w kwocie 40.000,00 USD

843.     Lettly sp. z o.o. Jakub Orłowski w kwocie 90.000,00 EUR (387.162,00zł)

844.     Lew Natalia w kwocie 21.530,03 zł

845.     Lewko Marian w kwocie 55.000,00 SEK (20.641,50 zł)

846.     Lewandowska Dorota w kwocie 1.871,07 zł (402,00 CHF)

847.     Lewalski Karol w kwocie 13.565,94 zł

848.     Lewandowska Marlena w kwocie 39,20 EUR

849.     Linkiewicz Mateusz w kwocie 4.284,60 zł

850.     Lievore Luca w kwocie 21.380,00 zł (5.005,38 EUR)

| | |
|---|---|
| 851. | Lipecka Anna w kwocie 200,00 zł i 1.911,13 CHF |
| 852. | Lipka Jacek w kwocie 3.226,99 zł (740,00 EUR) |
| 853. | Lipiński Krzysztof w kwocie 19.170,10 zł |
| 854. | Lipiec Katarzyna w kwocie 1.300,00 EUR (5.541,72 zł) |
| 855. | Lipńska Ewa w kwocie 14.332,00 zł oraz 3.032,00 EUR |
| 856. | Lisiak Iwona w kwocie 2.658,70 zł (576,00 CHF) |
| 857. | Lisiecki Piotr w kwocie 42.117,17 zł |
| 858. | Lisowski Michał w kwocie 12.910,50 zł |
| 859. | Lisowski Piotr, Agata w kwocie 2.000,00 EUR |
| 860. | Lisowski Janusz Piotr w kwocie 2.267,00 EUR oraz 830,00 zł |
| 861. | Liwak – Marzec Katarzyna w kwocie 2.582,88 zł |
| 862. | Lubaś Krzysztof w kwocie 18.301,02 zł |
| 863. | Lubiński Piotr w kwocie 400,00 EUR (1.715,44 zł) |
| 864. | Lubojański Łukasz w kwocie 12.731,43 zł |
| 865. | Ludera Filip w kwocie 14.060,61 zł |
| 866. | Ludwiński Mariusz w kwocie 4.800,00 EUR (20.664,96 zł) |
| 867. | Lulek Grzegorz w kwocie 1.150,00 USD |
| 868. | Lusting Jarosław w kwocie 896,37 EUR |
| 869. | Skrok Lucjan w kwocie 15.000,00 EUR (64.662,00 zł) |
| 870. | Skrobała Dariusz w kwocie 10.000,00 zł (2.322,72 EUR) |
| 871. | Skrobek Marek w kwocie 7.000,00 zł (1.700,85 USD) |
| 872. | Łabaj Maciej Jan w kwocie 9.620,05 zł oraz 2.000,00 EUR |
| 873. | Łach Maciej w kwocie 22.799,00 zł |
| 874. | Łachocka Paulina w kwocie 8.067,56 EUR |
| 875. | Łajdyk Krystian w kwocie 9.391,00 zł oraz 1.000,00 GBP |
| 876. | Łask Elżbieta w kwocie 1.077,28 zł (250,00 EUR) |
| 877. | Łaskowski Jacek w kwocie 3.516,10 zł (760,00 CHF) |
| 878. | Łaskowska Paulina w kwocie 25.500,00 USD (99.735,60 zł) |
| 879. | Łasisz Dominik w kwocie 2.380,95 zł (550,00 EUR) |
| 880. | Łata Marta w kwocie 155.858,57 zł |
| 881. | Łata Arkadiusz w kwocie 4.700,00 EUR (20.232,80 zł) |
| 882. | Łata Leszek w kwocie 2.000,00 EUR |
| 883. | Łazewski Bartosz w kwocie 30.000,00 zł |

884.  Łomacz Grzegorz w kwocie 1.582,04 EUR

885.  Abble Łątka Sławomir w kwocie 57.000,00 EUR (246.148,00 zł)

886.  Łukasik Aneta w kwocie 8.588,40 zł i 2.000,00 EUR

887.  Łukasiuk Adam w kwocie 3.500,00 USD

888.  Łuczków Patryk w kwocie 1.950,00 EUR (8.341,90 zł)

889.  Maćko Sebastian w kwocie 3.277,13 USD (12.845,27 zł)

890.  Madej Piotr w kwocie 109,12 EUR, 172,22 zł oraz 5.889,65 CHF

891.  Madej Mirosław w kwocie 8.316,54 zł (1.800,00 CHF), 31.179,60 zł (6.000,00 GBP), 2.045,50 zł (500,00 USD),

892.  Markot Aniela w kwocie 27.000,00 EUR (115.927,20 zł)

893.  Madejski Tomasz w kwocie 537,74 EUR  (2.324,54 zł)

894.  Madejski Łukasz w kwocie 2.477,39 USD

895.  Madrak Jerzy w kwocie 24.189,60 zł (6.000,00 USD)

896.  Magnuszewski Łukasz w kwocie 24.353,31 zł

897.  Maik Karolina w kwocie 2.788,57 zł

898.  Maj Krzysztof w kwocie 10.000,00 GBP (51.456,00 zł)

899.  Maj Rafał w kwocie 15.000,00 CHF (69.013,50 zł)

900.  Majchrzyk Robert, Politowski Łukasz rodzina w kwocie 2.352,00 zł

901.  Majewski Wojciech w kwocie 19.000,00 USD oraz 43.452,70 zł

902.  Majewski Hubert w kwocie 28.200,00 USD

903.  Majka Dariusz w kwocie 8.670,80 zł

904.  Majka Kamil w kwocie 3.500,00EUR (15.119,65 zł)

905.  Majka Grzegorz w kwocie 40.511,01 zł

906.  Majgier Aron w kwocie 19.671,50 zł

907.  Majorek Michał w kwocie 1.000,00 EUR (4.294,10 zł)

908.  Malatyński Jacek w kwocie 3.965,00 USD (15.769,99 zł)

909.  Malinowska-Pacuła Hanna w kwocie 14.439,21 zł

910.  Maliński Bartosz w kwocie 25.408,86 USD

911.  Małek Aleksandra w kwocie 1.520,00 EUR (6.504,57 zł)

912.  Małek Małgorzata w kwocie 2.090,45 EUR

913.  Małecki Zbigniew w kwocie 1.700,00 EUR (7.274,74 zł)

914.  Małż Mariusz w kwocie 14.469,76 zł

915.  Marfiany Monika w kwocie 1.000,00 EUR (4.275,60 zł)



916. Rogowska Marcelina w kwocie 3.200,00 EUR (13.730,04 zł)

917. Marciniak Dawid w kwocie 80.000,00 zł oraz 96.114,98 EUR

918. Marcinkowska Iwona w kwocie 2.467,04 zł (530,00 CHF)

919. Marchewka Anna w kwocie 1.515,66 zł

920. Marchut Marta w kwocie 3.000,00 CHF (13.776,30 zł)

921. Marczak Mateusz w kwocie 325.000,00 zł

922. Marques Justyna w kwocie 5.000,00 EUR (21.627,50 zł)

923. Masalski Paweł w kwocie 10.000,00 zł i 320,00 EUR

924. Masteła Mateusz w kwocie 25.000,00 EUR (106.007,50 zł)

925. Muskus Marta w kwocie 1.279,00 EUR (5.546,00 zł)

926. Marszał Anna w kwocie 60.978,32 zł

927. Marina U. (bd) (marina.frontdev@gmail.com) w kwocie 2.515,00 EUR (10.765,45 zł)

928. Marszałek Józef w kwocie 615,00 EUR oraz 5.340,00 zł

929. Marszałkowski Cezary w kwocie 28.000,00 GBP

930. Matelska Weronika w kwocie 10.000,00 CHF (45.840,00 zł)

931. Mateja Piotr w kwocie 5.000,00 EUR oraz 21.300,50 zł

932. Matkowski Paweł w kwocie 700,00 EUR (3.003,70 zł)

933. Matuszelański Dariusz w kwocie 110.866,71 zł

934. Matyjaszczyk Sonia w kwocie 4.283,08 zł

935. MATODLEW RYSZARD ŚWIERCZ SP. JAWNA/Świercz Ryszard w kwocie 90.000,00 zł (21.058,05 EUR)

936. Maziarek Artur w kwocie 9.500 zł

937. Maziarz Monika w kwocie 1.320,00 EUR (5.643,53 zł)

938. Mazur Anna w kwocie 1.369,88 zł (293,00 CHF)

939. Mazur Dariusz (mail: dmazur.76@gmail.com, zam. Bydgoszcz) w kwocie 5.077,94 zł

940. Mazur Dariusz (mail: dareczekk@O2.pl, zam. Warszawa) w kwocie 2.404,57 zł (515,57 CHF)

941. Mazur Kacper Filip w kwocie 4.664,00 USD (18.202,55 zł)

942. Mazur Paweł w kwocie 4.350,00 zł (1.002,70 EUR)

943. Mazurkiewicz Agnieszka w kwocie 243,18 CHF oraz 113,30 zł

944. Medyński Paweł w kwocie 1.756,13 zł i 401,67 CHF

945.     Mendyk Dominik w kwocie 2.150,00 EUR (9.276,39 zł)

946.     Mendyk Konrad w kwocie 1.358,40 EUR

947.     Mentel Marcin w kwocie 300,00 EUR (1.287,09 zł)

948.     Merzouk Marino San Lorenzo w kwocie 10.000,00 EUR (43.347,00 zł)

949.     MERCANTE Sp. z o.o./ Rowiński Tymoteusz w kwocie 4.149,64 zł (16.169,45 zł)

950.     MERPOL Sp. Jawna/ Kula Ryszard w kwocie 314,51 EUR

951.     Metler Bartłomiej w kwocie 3.193,45 zł (686,72 CHF)

952.     Michnik Artur w kwocie 3.567,46 zł i 470,95 CHF

953.     Michna Piotr w kwocie 1.100,00 EUR

954.     Miecznik Magdalena w kwocie 6.700,00 CHF (30.556,02 zł)

955.     Mieczkowski Marcin w kwocie 902,82 zł (194,61 CHF)

956.     Megger Adrian w kwocie 8.351,28 zł (1.800,00 CHF)

957.     MILLGRAND sp. z o.o. w kwocie 472.481,45 zł

958.     Mieleszko Paweł w kwocie 20.000,00 zł (4.597,70 EUR)

959.     Mielcarek Adam w kwocie 1.083.436,48 NOK (408.347,21 zł) i 154.290,97 SEK (58.970,01 zł) – łącznie 467.317,22 zł

960.     Mielczarek Tomasz w kwocie 19.922,18 TRY

961.     Milanowski Paweł w kwocie 5.082,39 EUR, 7.559,00 USD, 85.080,80 zł

962.     Milejski Łukasz w kwocie 627,01 CHF

963.     Milko Edyta w kwocie 7.000,00 USD oraz 30.000,00 zł

964.     Mieszczanin Maria w kwocie 19.155,90 zł

965.     Mieszkowski Arkadiusz w kwocie 11.000,00 EUR (47.565,10 zł)

966.     Mieszkowski Damian w kwocie 934,69 EUR

967.     Michalski Piotr w kwocie 26.691,22 USD (108.774,73 zł)

968.     Michalczuk Marek w kwocie 5.700,00 EUR (2.437,21 zł)

969.     Michalczyk Piotr w kwocie 49.500,00 zł (9.493,97 GBP)

970.     Michalewicz Karolina w kwocie 1.350,00 EUR (5.780,43 zł)

971.     Michałowicz Marek w kwocie 9.920,18 EUR

972.     Michaś Tomasz w kwocie 71.000,00 zł

973.     Michon – Bres Violetta w kwocie 301,85 zł oraz 7.659,10 EUR

974.     Miklewska Klaudyna w kwocie 1.500,00 EUR (6.426,30 zł) – ustalić czy były 2 takie same transakcje

975. Misiak Anna w kwocie 30.000,00 zł (6.915,15 EUR)

976. Misiaszek Magdalena w kwocie 42.923,00 zł

977. Misiukanis Jarosław w kwocie 5.000,00 EUR (21.650,00 zł)

978. Miksa Kamil Łukasz w kwocie 23.534,00 zł

979. Mikszewicz Paula w kwocie 17.594,00 zł (4.111,17 EUR)

980. Mirkowska Małgorzata w kwocie 4.500,00 EUR

981. Miszewski Arkadiusz w kwocie 4.288,70 zł

982. Miszczak Kamil w kwocie 7.013,67 USD

983. Misztal Mirosław w kwocie 1.998,83 EUR

984. Moczydłowski Andrzej w kwocie 2.000,00 EUR (8.600,00 zł)

985. Modzielewski Marek w kwocie 40.000,00 zł (9.233,61 EUR)

986. Mojsa Mariusz w kwocie 1.990,00 GBP

987. Mommers Irena w kwocie 5.000,00 EUR (21.396,00 zł)

988. Montaż Partner/ Filarowska Barbara w kwocie 73.000,00 zł

989. Molak – Tomsia Martyna w kwocie 17.329,00 zł (4.000,00 EUR)

990. Molendowski Grzegorz w kwocie 18.400,00 zł

991. Mol Marian w kwocie 9.520,49 USD

992. Oryl Monika w kwocie 192.814,80 zł

993. Oryniak Piotr w kwocie 2.241,50 zł

994. Morawiak Borys w kwocie 1.700,00 EUR (7.313,06 zl)

995. Moraczewski Patryk w kwocie 1.800,00 EUR (7.785,36 zł)

996. Mordarska Julia w kwocie 500,00 EUR (2.141,45 zł)

997. Moritz Rafał Paweł w kwocie 20.154,60 zł

998. MOSTAL Piotr Jakubowski/Jakubowski Piotr Czesław w kwocie 21.100,00 EUR (89.685,55 zł)

999. Motylewicz Mirosław w kwocie 20.000,00 GBP (103.998,00 zł)

1000. Możdzierzewska Katarzyna w kwocie 473,81 EUR

1001. Mroczkowski Paweł w kwocie 8.909,91 zł

1002. Mroczek Jakub w kwocie 4.265,25 zł

1003. Mroczyńska Martyna w kwocie 100,00 EUR (424,19 zł)

1004. Mroszczak Marcin w kwocie 1.500,00 EUR (6.499,95 zł)

1005. Mrozek Damian w kwocie 61.457,45 zł oraz 4.161,23 EUR

1006. Mrozik Mateusz w kwocie 300.000,00 zł (69.709,08 EUR)

1007. Muca Piotr w kwocie 6.678,00 EUR (28.898,38 zł)

1008. Muchowski Marcin w kwocie 1.003,00 EUR (4.301,16 zł) oraz 429,00 zł

1009. Mucha Beata w kwocie 25.886,26 zł, 1.031,60 USD, 10.030,79 EUR

1010. Mulawa Emil w kwocie 6.584,04 zł

1011. Muller Rajmund w kwocie 89.000,00 zł

1012. Muntowski Piotr w kwocie 30.000,00 NOK (11.004,00 zł)

1013. Murawski Piotr w kwocie 66 000,00 zł

1014. Musielak-Ulaszewska Agnieszka w kwocie 70.737,94 CHF (324.927,65 zł)

1015. Muszyc Marcin w kwocie 1.811,16 zł, 3.300,00 USD, 1.900,00 EUR

1016. Muszyński Krzysztof w kwocie 791,02 EUR

1017. Myćka Ewa w kwocie 2.000,00 EUR (8.600,40 zł)

1018. Myna Jacek w kwocie 11.305,00 USD (46.996,02 zł)

1019. Mysłek Witold w kwocie 2.138,20 zł (500,00 EUR)

1020. Myśliński Marcin w kwocie 56.346,00 zł

1021. Myśliwa Anna w kwocie 41.180,60 zł

1022. Myśliwiec Isabella w kwocie 52.682,36 zł

1023. Myśliwiec Artur w kwocie 31.759,47 zł

1024. Napierała Marek w kwocie 10.113,22 zł

1025. Napora Łukasz w kwocie 61.009,51 zł, 7.000,00 USD

1026. Napora Paulina w kwocie 1.911,01 zł (410,00 CHF)

1027. Najman Dariusz w kwocie 20.338,42 zł

1028. Narejko Rafał w kwocie 10.000 EUR (42.817,50 zł) i 4.000 zł – łącznie 46.817,50 zł

1029. Nawrocka Natalia w kwocie 4.283,60 zł

1030. Natkowski Patryk w kwocie 5.577,22 zł oraz 17.357,40 EUR

1031. Timex Logistics sp. z o.o. reprezentowana przez Nessel Joannę w kwocie 38.746,80 zł

1032. TIMECAMP S.A./Rudnicki Kamil/Ciborski Kamil w kwocie 120.000,00 USD (470.340,00 zł)

1033. IMPOL sari w kwocie 959,07 EUR oraz 1.117,15 zł

1034. Neffe Alice w kwocie 3.000,00 EUR (12.738,00 zł)

1035. Nerc Anna w kwocie 4.800,00 EUR oraz 2.855,82 zł

1036. Niedzielski Rafał w kwocie 253,92 EUR (1.086,30 zł)



1037. Niedziela Jacek w kwocie 259,40 EUR

1038. Niemiec Tomasz w kwocie 5.315,00 zł, 29,86 EUR

1039. Niemiec Henryk w kwocie 6.858,51 zł

1040. Niemiec Krystian w kwocie 1.004,40 EUR (4.348,45 zł)

1041. Niemirowski Mateusz w kwocie 1.200,00 EUR (5.086,32 zł)

1042. Niestój Anna w kwocie 5.642,29 zł

1043. Nieznalski Norbert w kwocie 400,00 GBP (2.053,40 zł)

1044. Nikiel Józef w kwocie 1.500,00 GBP (7.650,70 zł)

1045. Nikiel Marcin w kwocie 522,00 EUR

1046. Niklas Monika w kwocie 6.461,80 zł

1047. Niklewicz Nikodem w kwocie 560,00 zł, 1.320,73 EUR

1048. Nikliborc Marcin w kwocie 10.000,00 USD (39.676,00 zł)

1049. Niziołek Radosław w kwocie 2.697,95 zł (586,69 CHF)

1050. Nolka-Wiśniewski Karol w kwocie 150 EUR (641,37 zł)

1051. Nowak Kamil w kwocie 6.415,65 zł

1052. Nowak Mariusz w kwocie 14.388,13 zł

1053. Nowakowska Diana w kwocie 400,00 EUR

1054. Nowakowski Marek w kwocie 1.578,13 zł

1055. PCG ACADEMIA sp. z o.o. reprezentowana przez Nowak Łukasza w kwocie 101.600,00 CHF (468.564,09 zł)

1056. Nowicka Anna w kwocie 1.499,56 zł

1057. Nowicka Karolina w kwocie 34.926,80 zł (8.010,00 EUR)

1058. Nowicki Krzysztof w kwocie 3.500,00 zł (817,18 EUR)

1059. Nowicki Karol w kwocie 716,00 zł

1060. Nowicki Rafał w kwocie 24.188,85 zł

1061. Nowińska Małgorzata w kwocie 15.000,00 GBP (78.603,00 zł)

1062. Nowryta Dariusz w kwocie 5.138,00 zł

1063. Nyklarz Przemysław w kwocie 1.130,63 zł i 11,45 EUR

1064. JK Elektro Technic/ Jakub Koszorek w kwocie 120.352,40 zł

1065. Lorenc Michał/Lorenc Iga w kwocie 10.000,00 EUR (43.290,00 zł)

1066. Lorek Karolina w kwocie 6.000,00 GBP (31.021,80 zł)

1067. Obidziński Adam w kwocie 11.961,38 zł

1068. Ochijewicz Jacek w kwocie 497,90 zł oraz 3.300,00 EUR

1069. Ochocki Michał w kwocie 1.139,93 EUR

1070. Oczoś Agnieszka w kwocie 37.315,00 zł (7.182,75 GBP)

1071. Oczkowicz- Azouri Barbara w kwocie 82.818,72 zł

1072. Olender Paulina w kwocie 51.264,00 zł

1073. Oleksy Maciej w kwocie 19.921,68 zł (4.600,00 EUR)

1074. Olejniczak Michał w kwocie 197.725,91 zł oraz 368,18 EUR

1075. Olesiński Tomasz w kwocie 500,00 GBP (642,10 USD)

1076. Olesiak Marek w kwocie 34.190,00 zł

1077. Onyszkiewicz Piotr w kwocie 2.726,84 USD oraz 461,48 zł

1078. Opanowicz Ariel 11.031,00 zł

1079. Operchał Paweł w kwocie 7.900,00 zł oraz 1.345,92 EUR

1080. Ornowicz Agnieszka w kwocie 1.000,00 EUR (4.265,80 zł)

1081. Orłowicz Bartosz w kwocie 6.871,68 zł (1.600,00 EUR)

1082. Orłowicz-Grzymkowska Katarzyna w kwocie 16.991,35 EUR (73.117,18 zł)

1083. Osman Grzegorz w kwocie 3.122,80 zł (670,00 CHF)

1084. Osmoła Piotr w kwocie 66.919,90 zł oraz 6.718,39 USD

1085. Osowski Maciej w kwocie 5.687,55 zł

1086. Osowski Rafał w kwocie 8.000,00 EUR (34.412,80 zł)

1087. Ossowski Arkadiusz Piotr w kwocie 3.279,35 EUR

1088. Ossowski Paweł/Ossowska Katarzyna w kwocie 2.775,00 EUR (11.923,36 zł)

1089. Ossowski Zbigniew w kwocie 12.000,00 zł (2.574,44 CHF)

1090. Ostap Krzysztof w kwocie 3.000,00 EUR (12.904,80 zł)

1091. Ostrowski Oskar w kwocie 15.405,90 zł

1092. Osypiński Tomasz w kwocie 10.675,00 zł (2.500,00 EUR)

1093. Orthwein Ludwik w kwocie 1.200,28 CHF oraz 5.610,69 EUR (24.000,00 zł)

1094. Otten Karina w kwocie 5.106,36 zł

1095. Owczarczak Przemysław w kwocie 2.500,00 zł (540,12 CHF)

1096. Owczarek Daniel w kwocie 30 035,60 zł

1097. Owczarek Robert w kwocie 2.590.676,00 JPY

1098. Pabiasz Bartłomiej w kwocie 3.884,75 EUR (16.833,50 zł)

1099. Paczoski Krystian Jakub w kwocie 8.568,60 zł

1100. Pachla Paweł w kwocie 130.000,00 zł

1101. Pacholak Joanna w kwocie 41.698,84 EUR

1102. Pacuła Izabela w kwocie 6.166,51 zł (1.440,00 EUR)

1103. Pączka Przemysław w kwocie 545,93 USD

1104. Pajączkowski Emilian w kwocie 7.351,36 zł

1105. Pająk marek w kwocie 49.875,00 NOK

1106. Pajor Tomasz w kwocie 10.008,90 zł

1107. Ficiński Michał w kwocie 35.365,50 zł

1108. Ficek Ewa w kwocie 1.488,47 EUR (6.391,43 zł)

1109. Firma Handlowo-Usługowa „EmKaMa" Marcel Bestvater/Bestvater Marcel Patrick w kwocie 35.000,00 EUR (151.690,00 zł)

1110. Firma Handlowa ART. AGD Artur Trąbka w kwocie 333.704,25 zł (82.500,00 USD)

1111. Fijałkowski Tomasz w kwocie 4.126,93 zł

1112. Fiedoruk Marcin w kwocie 113.013,16 zł

1113. Fiedoruk Paula w kwocie 122.081,26 zł

1114. Fietz Tomasz w kwocie 350,00 GBP (1.778,75 zł)

1115. Fit Michał w kwocie 1.865,19 zł (433,00 EUR)

1116. PPH ELEGANT MAN Sp. J./Pakuła Dariusz reprezentowana przez Pakuła Dariusza w kwocie 85.902,00 zł

1117. PHU Sklep Narzędziowy TYTAN Przemysław Surel /Jarosław Surel w kwocie 7.455,82 USD oraz 3.464,12 EUR

1118. Skupska Natalia w kwocie 16.336,79 zł

1119. Skurat Bogiumił 2.087,70 zł (448,91 CHF)

1120. Pańka Piotr w kwocie 5.000,00 GBP (26.001,00 zł)

1121. Pańkowski Marcin w kwocie 5.522,14 zł, 1.353,74 EUR, 208,16 USD

1122. Palarczyk Wojciech w kwocie 998,84 EUR

1123. Paluch Filip w kwocie 17.090,40 zł , 1.300,00 EUR

1124. Paluchiewicz Grzegorz w kwocie 2.799,00 zł (602,00 CHF)

1125. Palusiński Michał w kwocie 3.144,48 zł (681,45 CHF)

1126. Palgont Michał Czaja w kwocie 67.496,16 zł

1127. Palmowski Robert w kwocie 100.000,00 zł

1128. PAKKAR Sp. z o.o./Kucz Paweł w kwocie 15.000,00 EUR

1129. Panas Anna w kwocie 1.170,67 zł

1130. Paplicki Łukasz w kwocie 7.262,00 zł

39

1131. Paradyż Krzysztof w kwocie 5.163,84 zł

1132. Parczyńska Aneta w kwocie 378,54 EUR

1133. Parfjanowicz Tomasz w kwocie 32.000,00 USD (128.355,20 zł)

1134. Parzybut Paweł/ Parzybut Beata w kwocie 13.800,00 zł (3.442,51 USD)

1135. Pasek Irena w kwocie 10.914,50 zł (2.500,00 EUR)

1136. Pasieczna – Dixit Aleksandra w kwocie 967,66 EUR oraz 1.647,28 zł

1137. Paśko Bartosz w kwocie 3.419,97 USD oraz 1.000,00 EUR

1138. Paszkiewicz Adam w kwocie 1.393,94 EUR (5.961,18 zł)

1139. Paszkot Daniel Jan w kwocie 1.200,00 EUR

1140. Paszkowski Norbert w kwocie 6.927,41 zł (1.600,00 EUR)

1141. Patallas Daniel w kwocie 27.462,06 zł

1142. Paterek Krystian w kwocie 264,00 CHF

1143. Pawelska Hanna Maria w kwocie 3.804,29 zł

1144. Pawlak Marlena w kwocie 141.075,21 zł

1145. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

1146. Pawlik Małgorzata w kwocie 5.890,00 EUR (25.250,43 zł)

1147. Pawlikowski Tomasz w kwocie 2.113,96 zł

1148. Pawłowska Justyna w kwocie 10.232,40 zł

1149. Pawłowski Krzysztof w kwocie 25.251,16 EUR

1150. Pawłowski Daniel w kwocie 2.513,70 zł

1151. Pawski Grzegorz Jan w kwocie 4.000,00 CHF

1152. Paziak Artur w kwocie 4.236,78 zł

1153. Perduta Marzena w kwocie 1.800,00 zł (411,78 EUR)

1154. Perzanowski Dariusz w kwocie 8.000,00 EUR (34.436,80 zł)

1155. Pec Monika w kwocie 496,65 CHF

1156. Pelc Krystian w kwocie 12.500,00 CHF

1157. Pełka Monika w kwocie 1.000,00 EUR (4.263,30 zł)

1158. Pełka Paweł w kwocie 866,00 zł

1159. Pępek Filip w kwocie 3.100,00 EUR (13.304,89 zł)

1160. Pędlowski Zbigniew w kwocie 3.207,98 zł (732,95 EUR)

1161. Pętlak Grzegorz w kwocie 10.008,45 zł

1162. Pfeifer Tomasz w kwocie 2.500,00 zł (578,13 EUR)

1163. Piasecki Krzysztof w kwocie 3.000,00 CHF (13.727,79 zł)

1164. Piasecki Grzegorz w kwocie 102.000,00 NOK (36.911,23 zł)

1165. Piasecki Dariusz w kwocie 11.600,00 EUR oraz 5.045,00 zł

1166. Piątkowski Adam 200,11 GBP (1.000,00 zł)

1167. Piątkowski Grzegorz w kwocie 971,00 zł

1168. Piecha Piotr w kwocie 5.000,00 zł

1169. Piechota Piotr w kwocie 1.013,45 zł (250,00 USD)

1170. Piechota Adam w kwocie 8.564,00 zł oraz 150.000,00 SEK

1171. Pieczonka Grzegorz w kwocie 85.998,00 zł, 1.800,00 EUR

1172. Pieczyński Andrzej w kwocie 505,00 CHF

1173. Pieniądz Jarosław w kwocie 4.306,30 zł (1.000,00 EUR)

1174. Piekarski Bartosz w kwocie 2.597,00 EUR (11.107,89 zł)

1175. Pierchała Jarosław w kwocie 2.197,57 zł (551,42 USD)

1176. Piesyk Marcin w kwocie 103.655,43 zł

1177. Pieściński Adrian w kwocie 1.437,00 EUR (6.212,15 zł)

1178. Pietkiewicz Jerzy w kwocie 3.237,65 zł

1179. Pietrzak Tomasz w kwocie 7.525,32 USD (29.809,00 zł)

1180. Pietrzak Przemysław w kwocie 7.000,00 EUR (30.011,10 zł)

1181. Pietraszkiewicz Marta w kwocie 874,98 zł (188,57 CHF)

1182. Pietraszkiewicz Philip Thomas w kwocie 535.000,00 zł (200.705,55 AUD)

1183. Pietruszka Mateusz w kwocie 1.203,63 USD

1184. Piękoś Adrian Marcin w kwocie 3.034,78 zł

1185. Pięta Danuta w kwocie 2.700,00 CHF

1186. Pikuliński Kamil w kwocie 1.000,00 EUR (4.278,20 zł)

1187. Pikuła Jerzy w kwocie 3.967,80 GBP oraz 500,00 zł

1188. Piłat Agnieszka 2.000,00 USD

1189. Pisarczyk-Łyczywek Lucyna w kwocie 43.684,16 zł

1190. Pisarzak Marcin w kwocie 1.376,25 EUR

1191. Pisanko Elżbieta w kwocie 259,07 EUR

1192. Pióro Krystian w kwocie 8.249,91 EUR (8.900,00 USD)

1193. Piórko Mateusz Marcin w kwocie 4.000,00 EUR (17.339,35 zł)

1194. Piwnik Barbara w kwocie 8.915,34 zł

1195. Piwowarski Jarosław w kwocie 3.009,96 zł

1196. Piwowarczyk Tomasz w kwocie 17.696,00 EUR, 34,68 USD, 88,33 zł, 13.532,59 CHF

1197. Bogdan Łukaszewicz reprezentujący PLANTAGO w kwocie 3.463,23 zł

1198. Plaskota Daniel w kwocie 2.545,00 EUR (10.954,70 zł)

1199. Plewa Danuta w kwocie 1.000,00 EUR (4.314,40 zł)

1200. Plucik Jarosław w kwocie 4.800,00 USD, 12,16 zł, 43,00 EUR

1201. Płaczek Damian w kwocie 26.510,05 zł, 21.680,13 EUR

1202. Pławecka Katarzyna w kwocie 908,50 zł

1203. Płatek Kamil w kwocie 54.009,80 USD

1204. Ciuła Tomasz w kwocie 57.102,57 zł

1205. Ciuksza Tomasz w kwocie 1.000,00 EUR (4.283,62 zł)

1206. P.P.H.U. MARKON Marek Dworaczek w kwocie 360.873,00 zł (90.000,00 USD)

1207. Pociask Michał w kwocie 6.300,37 NOK (2.281,36 zł)

1208. Pocztarek Michał w kwocie 10.010,00 zł

1209. Podsiadło Przemysław i Kowal Radosław w kwocie 70.000,00 EUR (300.741,00 zł)

1210. Podsiadło Dariusz w kwocie 1.007,93 zł (250,00 USD)

1211. Podgórski Adrian w kwocie 2.500,00 EUR (10.676,50 zł)

1212. Pogorzelski Paweł w kwocie 22.790,00 USD (89.298,06 zł)

1213. Pogorzelska Danuta w kwocie 500,00 EUR (2.132,45 zł)

1214. Popek Magdalena w kwocie 15.421,67 zł

1215. Popek Paweł w kwocie 43.330,00 zł (10.000,00 EUR)

1216. Popek Monika w kwocie 24.777,09 zł oraz 797.880,00 JPY

1217. Popiel Dariusz w kwocie 5.000,00 GBP (25.605,50 zł)

1218. Popielnicka Małgorzata w kwocie 4.000,00 zł

1219. Popko Wioletta w kwocie 500,00 EUR

1220. Popławska – Barlik Magdalena/Barlik Grzegorz w kwocie 1.438,64 zł (330,00 EUR)

1221. Popławski Stanisław w kwocie 11.099,13 NOK (4.012,34 zł)

1222. Porada Michał w kwocie 2.000,00 EUR (8.545,20 zł)

1223. Poteralski Artur w kwocie 7.380,00 EUR (32.066,10 zł)

1224. Potrząsaj Grzegorz w kwocie 12.000,00 EUR

1225. Potyrała Paweł w kwocie 395.290,53 zł

1226. Pożarski Karol w kwocie 2.000,00 EUR (86.693,00 zł )

1227. Promiński Szymon w kwocie 24.365,55 zł

1228. Późniak Michał w kwocie 75.488,04 zł

1229. Proksa Anna w kwocie 457,12 EUR

1230. Prosniewski Michał w kwocie 235,10 GBP (1.200,00 zł)

1231. Proste Cło Sp. z o.o./Karol Przeździecki w kwocie 40.000,00 EUR

1232. Próchniewicz Marlena w kwocie 2.358,27 zł (510,16 CHF)

1233. Przeperski Krzysztof w kwocie 16.993,90 zł

1234. Perski Marek w kwocie 8.000,00 zł oraz 285,00 CHF

1235. Przybut Paweł i Beata w kwocie 13.800,00 zł

1236. Przybylski Marcin w kwocie 1.794,32 zł, 31 USD, 313 CHF

1237. Przybylski Artur w kwocie 5.100,00 zł

1238. Przybysławski Piotr w kwocie 2.250,00 USD (8.806,50 zł)

1239. Przybysławski Daniel w kwocie 838,77 NZD

1240. Ptak Dawid reprezentujący ELEKTRO-PROFESSIONAL PTAK DAWID RYSZARD w kwocie 686.160,00 zł

1241. Ptok Daniel w kwocie 1.396,45 EUR

1242. Puacz Aleksandra i Puacz Piotr w kwocie 216.380,00 zł

1243. Pukocz Aleksander 164.497,24 zł

1244. Pulwin Tomasz w kwocie 106.200,00 zł

1245. Puławski Mateusz w kwocie 75.960,00 zł

1246. Usługi Transportowe Mateusz Puławski sp. z o.o. reprezentowana przez Puławskiego Mateusza w kwocie 40.000,00 EUR (172.160,00 zł)

1247. Ulanowski Dominik w kwocie 18.000,00 EUR

1248. Puzio Marcin w kwocie 24.744,16 zł

1249. P.P.H.U. RAL Anna Różańska w kwocie 129.041,60 zł (32.000,00 USD)

1250. Pustelnik Kamil w kwocie 5.500,00 USD

1251. Pyka Marcin w kwocie 14.000,00 EUR (60.165,00 zł)

1252. Pyka Michał w kwocie 1.577,00 CHF

1253. Pysz Halina w kwocie 13.666,28 USD oraz 10.392,42 EUR

1254. Radziejewska-Kapłon Bożena w kwocie 16.803,49 zł

1255. Radke Bartosz w kwocie ok. 100,00 zł

1256.   Radosiuk Jarosław w kwocie 5.059,96 USD

1257.   Radzimski Paweł w kwocie 3.000,00 zł

1258.   Rafińska Angelika w kwocie 200,00 EUR (857,72 zł)

1259.   Rajchel Paweł w kwocie 1.900,00 EUR (8.148,53 zł)

1260.   Rajtor-Szot Elżbieta w kwocie 8.574,80 zł

1261.   Rakwał Dariusz w kwocie 1.300,00 EUR (5.560,62 zł)

1262.   Rasała Marek w kwocie 196.315,00 zł

1263.   Raszka Dominik w kwocie 5.000,00 zł oraz 3.852,51 EUR

1264.   Rawski Rafał w kwocie 566,25 EUR oraz 1.578,95 zł

1265.   Rawska-Kąca Anna w kwocie 17.230,14 zł

1266.   Rescruitivia Sp. z o.o. w kwocie 13.994,80 EUR (59.968,40 zł)

1267.   Reszkowski Wojciech w kwocie 2.368,01 USD oraz 2.422,35 zł

1268.   Rejmuza Dawid w kwocie 555,83 EUR

1269.   Rejnhard Mariusz w kwocie 11.821,79 zł

1270.   Rynarzewski Bartosz w kwocie 500,00 GBP (597,00 EUR)

1271.   Cezary Kąca w kwocie 15.000,00 zł

1272.   Cyran Grzegorz w kwocie 4.174,27 zł oraz 9.000,00 EUR

1273.   Rębacz Daniel w kwocie 409,39 EUR (1.749,57 zł)

1274.   Rękas Michał w kwocie 1.000,00 EUR (4.302,20 zł)

1275.   Rękorajski Jerzy/ Rękorajska Dorota w kwocie 1.500,00 EUR (6.435,60 zł)

1276.   Regiel Agnieszka w kwocie 2.100,00 zł

1277.   Roksztajn Robert w kwocie 32.300,00 USD (133.046,93 zł) oraz 25.120,00 EUR (108.792,21 zł)

1278.   Rogalewski Rafał w kwocie 35.000,00 DKK (20.111,00 zł)

1279.   Rogala Marek w kwocie 1.988,60 zł (500,00 USD) oraz 4.607,05 zł (991,36 CHF)

1280.   Rogowski Marek w kwocie 1.838,63 zł

1281.   Rogowski Dawid w kwocie 4.274,00 zł

1282.   Rogoziński Michał w kwocie 7.333,39 EUR

1283.   Rogoża Jadwiga w kwocie 7.959,81 zł

1284.   Rozdolski Eryk w kwocie 14.927,50 zł

1285.   Rozmiarek Mariusz w kwocie 51.000,00 EUR (218.361,60 zł)

1286. Rozpirski Rafał w kwocie 27.776,03 zł, 1.136,85 CHF, 292,68 GBP, 166,48 EUR, 1.012,43 USD

1287. Róg Michał w kwocie 47.424,00 zł

1288. Premium Store Sp. z o.o./Ratajczyk Izabela w kwocie 43.564,00 zł (10.000,00 EUR)

1289. Prażmowski Jacek w kwocie 230,74 EUR oraz 818,04 CHF

1290. Preś Marlena w kwocie 2.937,44 zł (630,00 CHF)

1291. Rachubiński Rafał w kwocie 211,90 zł

1292. Ratajczak Marcin w kwocie 256,75 zł, 933,95 USD, 886,63 EUR

1293. Rataj Damian w kwocie 2.000,00 GBP (10.254,05 zł)

1294. Ratajczyk Dariusz w kwocie 2.923,17 zł

1295. Rączka Anna w kwocie 10.834,25 zł (2.500,00 EUR)

1296. Rechlicki Arkadiusz w kwocie 120.016,40 zł

1297. Remer Mariusz Adam w kwocie 11.591,97 zł

1298. Rorat Natalia w kwocie 1.100,00 EUR

1299. Rucińska Joanna w kwocie 320,00 CHF

1300. Ruczyński Tomasz w kwocie 36.050,00 zł

1301. Rudek Maciej w kwocie 3.252,80 zł (800,00 USD)

1302. Rudnicki Radosław w kwocie 3.729,06 zł

1303. Rudy Dominik w kwocie 3.000,00 EUR (12.825,00 zł)

1304. Ruman Józef w kwocie 32.400,00 USD

1305. Rumiantsava Daria w kwocie 2.400,00 zł

1306. Rumiński Marcin w kwocie 10.715,97 zł

1307. Rusak Robert w kwocie 1.665,91EUR

1308. Rusak Dorota w kwocie 2.333,24 EUR

1309. Rusiecki Piotr w kwocie 38.973,58 USD (158.388,63 zł)

1310. Rusoł Maciej w kwocie 11.636,68 zł

1311. Russak Michał w kwocie 6.445,70 zł (1.400,00 CHF)

1312. Ruszaj Jarosław w kwocie 83,26 zł, 327,13 CHF

1313. Ruszczyk Krzysztof w kwocie 6.000,00 EUR (25.901,40 zł)

1314. Rutkowska Katarzyna w kwocie 350,00 EUR (1.493,59 zł), 7.404,83 zł

1315. Rutkowska – Piątek Marta w kwocie 2.000,00 zł (427,98 CHF)

1316. RPCG Jarosław Rutkowski Spółka komandytowo- aukcyjna w kwocie 90.812,40 zł

1317. Rudko Monika w kwocie 200.000,00 SEK (75.240,00 zł)

1318. Rybak Paweł w kwocie 1.431,06 zł

1319. Rybak Sławomir w kwocie 2.407,00 zł oraz 100,00 USD

1320. Rybarczyk Szymon w kwocie 13.352,27 zł

1321. Rybicki Przemysław w kwocie 4.366,70 zł (1.000,00 EUR)

1322. Rybka Jolanta w kwocie 28.108,77 zł

1323. Rychter Rafał w kwocie 1.300,00 EUR (5.570,50 zł)

1324. Rzepecki Aleksander w kwocie 15.000,00 USD (60.105,00 zł)

1325. Rzepecki Przemysław w kwocie 7.500,00 EUR

1326. Sabina Pipa w kwocie 429.340,00 zł

1327. PBDiO Kanbruk Sp. z o.o./Sadowski Łukasz w kwocie 128.220,00 zł (30.000,00 EUR)

1328. Sadowski Wiesław w kwocie 19.250,00 zł oraz 37.167,57 USD

1329. Sadza Wiktoria w kwocie 45,36 zł, 360,48 GBP, 20,15 EUR, 741,00 USD

1330. Sagraj Darius w kwocie 1.015,78 EUR

1331. Sajdak Łukasz w kwocie 33.470,09 zł,

1332. Salamon Mateusz w kwocie 15.099,13 zł

1333. Salawa Lucyna w kwocie 27.155,29 NOK (9.982,28 zł)

1334. SALBIS Jesiołowski Wojciech w kwocie 9.000,00 EUR (38.382,15 zł)

1335. Sartanowicz Anna w kwocie 21.525,00 zł

1336. Sarnowski Marcin w kwocie 500,84 zł

1337. Sawczuk Tomasz w kwocie 4.000,00 zł

1338. Sawicki Bartłomiej w kwocie 5.206,52 zł

1339. Sawicki Karol w kwocie 697,94 zł

1340. Szczesiul Sandra Arleta w kwocie 2.000,00 EUR (8.502,20 zł)

1341. Sąsiadek Michał w kwocie 2.133,85 zł

1342. Semegin Anna w kwocie 300,00 zł oraz 163,48 EUR

1343. Sentsiuk Tetiana w kwocie 37.137,01 zł

1344. Sejud Sebastian w kwocie 31.979,04 EUR oraz 7.100,00 USD

1345. Sędzicki Marcin w kwocie 6.002,29 USD

1346. Szymor Radosław w kwocie 2.000,00 EUR (8.554,00 zł)

1347. Szywalska Sandra w kwocie 500,00 EUR (2.136,45 zł)

1348. Nowik Sergiusz w kwocie 9.116,20 zł, 5.100,00 EUR

1349. Sławski Cezary w kwocie 4.880,00 EUR

1350. Siadura Milena w kwocie 8.395,82 USD

1351. Siarkiewicz Bartosz w kwocie 480,00 GBP (2.452,99 zł)

1352. Siatkowski Gracjan w kwocie 36.272,34 zł

1353. Sibera Przemysław w kwocie 7.202,81 zł

1354. Sienko Michał w kwocie 9.224,33 zł

1355. Sienkiewicz Olgierd w kwocie 300,00 EUR (1.300,50 zł)

1356. Siemieńczuk Tomasz w kwocie 4.555,00 EUR (19.545,05 zł)

1357. Siemińska Karolina w kwocie 15.159,55 USD (60.000,00 zł)

1358. Sieradzka Martyna w kwocie 4.314,50 zł

1359. Sieradzka Beata w kwocie 380,00 CHF oraz 28,06 zł

1360. Sieradzki Łukasz w kwocie 4.275,00 zł (1.000,00 EUR)

1361. Sierański Kamil w kwocie 11.181,00 zł

1362. Sierechan Grzegorz w kwocie 7.892,00 zł (1.710,00 CHF)

1363. Sikorski Michał w kwocie 51.705,00 zł

1364. Sikorski Dariusz w kwocie 1.955,61 EUR

1365. Sinica Andrzej w kwocie 1.940,90 zł (419,12 CHF)

1366. Sitarski Grzegorz w kwocie 460,94 EUR oraz 6.983,64 zł

1367. Siwecki Daniel w kwocie 1.726,35 zł (371,00 CHF)

1368. Siwko Ewa w kwocie 1.070,22 zł,

1369. Siwowski Wojciech w kwocie 563.260,00 zł

1370. Skalski Dawid w kwocie 17.384,33 zł

1371. Skoczylas Kamil w kwocie 4.279,80 zł

1372. Skornko Piotr w kwocie 2.295,21 zł

1373. Skowron Krzysztof w kwocie 4.000,00 EUR (17.390,00 zł)

1374. Skrzypek Andrzej w kwocie 2.250,00 USD (8.949,83 zł)

1375. Skrzypczak Radosław w kwocie 30.009,70 zł

1376. Skrzypiec Anna w kwocie 8.494,00 zł

1377. Sliwiński Przemysław w kwocie 11.301,07 zł (2.456,00 CHF)

1378. Slawnikowski Tomasz w kwocie 50.000,00 EUR

1379. Słomkowski Michał w kwocie 12.878,07 zł

1380. Słowik Łukasz w kwocie 19.368,50 zł

1381. Słowik Krzysztof w kwocie 6.013,92 zł

1382. Słowikowska Joanna w kwocie 80.198,00 USD

1383. Smarzynska Kamila w kwocie 5.000,00 EUR (21.503,50 zł)

1384. Smith Martyna w kwocie 30.041,20 zł

1385. Smolarczyk Marcin i Smolarczyk Zofia w kwocie 5.000,00 EUR (21.403,00 zł)

1386. Smolarek Bożena/ Smolarek Bartosz w kwocie 1.800,00 EUR (7.796,92 zł), 1.087,74 zł oraz 388,50 EUR

1387. Smolarski Marcin w kwocie 120,00 RUB (3,60 zł)

1388. Smoliński Andrzej w kwocie 5.285,81 zł oraz 439,86 EUR

1389. Smoszna Jolanta w kwocie 659,53 EUR

1390. Smoter Dariusz w kwocie 850,00 GBP oraz 1.928,73 EUR

1391. Smutek Lucyna w kwocie 9.218,80 zł

1392. Śnieżek Bartosz w kwocie 25.000,00 EUR (108.302,50 zł)

1393. Sobanda Czesław w kwocie 5.202,00 zł, 9.975,00 GBP

1394. Sobaszek Paweł w kwocie 3.000,00 GBP (15.534,40 zł)

1395. Sobieszak Marcin w kwocie 4.330,70 zł

1396. Sobczak Michał w kwocie 1.900,00 EUR (8.223,58 zł)

1397. Sobczyk Jacek w kwocie 75.397,50 GBP

1398. Sobczyk Sławomir w kwocie 100.000,00 zł

1399. Sobolewska Magdalena i Marek Sobolewski w kwocie 17.376,87 USD (15.700,00 EUR), 136,22 USD (530,24 zł),

1400. Sokołowska Karolina w kwocie 11.813,72 zł

1401. Sokół Walter w kwocie 6.033,44 zł

1402. Solarczyk Agnieszka w kwocie 2.100,00 zł

1403. Solecki Mateusz w kwocie 5.000,00 GBP (26.213,00 zł)

1404. Solicki Maciej w kwocie 501,74 CHF

1405. Sosnowski Robert w kwocie 9.000,00 zł

1406. Sowa Rafał w kwocie 36.601,21 zł

1407. Sowa Magdalena w kwocie 2.500,00 EUR oraz 3.074,78 zł

1408. Sowińska Urszula w kwocie 800.000,00 JPY, 3.000,00 EUR, 11,00 zł

1409. Sorys Konrad w kwocie 9.197,00 NOK (3.321,04 zł), oraz 481,00 zł

1410. Sozwa Adrian w kwocie 10.000,00 USD (40.636,00 zł)

1411. Spadło Renata w kwocie 14.202,57 zł

1412. Srebrny Paweł w kwocie 15.560,38 zł oraz 100,00 USD

1413. Srebrowska Urszula w kwocie 5.480,42 zł

1414. Stankiewicz Wiesława w kwocie 1.000,00 EUR (4.347,50 zł)

1415. Stanowicka Aleksandra w kwocie 2.783,64 zł (600,00 CHF)

1416. Starkiewicz Michał w kwocie 5.000,00 EUR (21.525,00 zł)

1417. Starosta Marcin w kwocie 9.376,75 zł

1418. Starosta Anna w kwocie 48.805,00 EUR

1419. Staroń Agnieszka 3.653,00 GBP

1420. STARMAX Marek Starczewski w kwocie 50.000,00 EUR (215.627,50 zł)

1421. Stawarz Paweł 370,00 EUR (1.567,84 zł)

1422. Stawiak Marcin w kwocie 2.500,00 EUR (10.788,75 zł)

1423. Stawicki Marek reprezentujący STAWICKI MAREK F.H. MM STAWICCY w kwocie 5.000,00 zł

1424. Stawicki Marcin w kwocie 1.312,55 zł (281,50 CHF)

1425. Stawikowski Michał w kwocie 19.376,34 USD (78.710,57 zł)

1426. Stawowiak Dawid w kwocie 15.412,27 zł, 2.500,00 EUR, 2.000,00 USD

1427. Stawowiak Dominika w kwocie 31.163,25 zł (7.500,00 USD)

1428. Stąporek Kamil w kwocie 1.500,00 EUR (6.435,15 zł)

1429. Steczkowski Piotr w kwocie 135.047,20 zł (31.000,00 EUR)

1430. Stencel Robert w kwocie 11.340,00 zł

1431. Stefaniszyn Jacek w kwocie 31.000,00 EUR (132.456,80 zł)

1432. Stefańska Joanna w kwocie 7.888,77 zł

1433. Stefański Albert w kwocie 5.694,00 EUR (24.420,43 zł)

1434. Stefański Piotr w kwocie 2.142,15 zł (500,00 EUR)

1435. Stefański Daniel w kwocie 786,54 zł (170,00 CHF)

1436. Stepokura Kacper Paweł w kwocie 34.827,50 zł

1437. Stępień Ryszard w kwocie 130,87 zł, 1.049,09 EUR

1438. Stępniak Łukasz w kwocie 3.665,20 zł

1439. Stęplewska Dorota w kwocie 34.198,38 zł

1440. Stężycki Artur w kwocie 50.000,00 zł

1441. Stoksik Bogumił w kwocie 97.650,37 zł

1442. Storożuk Jacek w kwocie 1.202,44 EUR

1443. STOKER Marzoch Marek w kwocie 1.783,53 zł

1444. Strączewski Emilian w kwocie 652.290,00 zł

1445. Stróżycka Anna w kwocie 1.500,00 EUR (6.395,85 zł)

1446. Struciński Przemysław w kwocie 10.000,00 EUR (43.405,00 zł)

1447. Struglik Jerzu w kwocie 1.000,00 GBP

1448. Strychalska Katarzyna w kwocie 2.723,00 zł

1449. Strzecka - Wilusz Klaudia w kwocie 1.170,00 GBP (6.107,52 zł)

1450. Strzelecki Michał reprezentujący MICHUMEDIA Michał Strzelecki w kwocie 7.207,75 zł , 2.826,56 EUR

1451. Strzelecka Małgorzata w kwocie 3.514,12 EUR

1452. Stanisławski Radosław w kwocie 8.575,40 zł

1453. Stanisz Paweł w kwocie 806,21 zł

1454. Sudół Piotr w kwocie 3.289,78 EUR (14.095,06 zł)

1455. Sufin Jacquemart Ewa w kwocie 300,00 EUR (1.283,22 zł)

1456. Sukiennik Grzegorz w kwocie 500,00 GBP (2.581,85 zł)

1457. Sułek Paulina w kwocie 1.760,00 GBP (8.992,46 zł)

1458. Suliński Piotr Stanisław w kwocie 40.000,00 EUR

1459. Surmacz Łukasz w kwocie 10.090,00 EUR oraz 20.000,00 USD

1460. Suś Paweł w kwocie 5.161,56 zł

1461. Suszczyński Sławomir w kwocie 1.000,00 EUR (4.309,20 zł)

1462. Suszko Tomasz w kwocie 5.500,00 EUR oraz 432,08 zł

1463. Szczepański Jakub w kwocie 65.817,93 zł

1464. Szczerbicka Izolda w kwocie 3.433,00 zł

1465. Szczęsny Paweł 500,00 EUR

1466. Sebza Kamil/ Szczęch – Sebza Magdalena w kwocie 32.000,00 USD

1467. JANUSZ CIEŚLIK SKLEP ROLNO-PRZEMYSŁOWY/Cieślik Jolanta w kwocie 39.380,00 EUR (168.581,84 zł)

1468. Serafin Marcin w kwocie 100.000,00 USD oraz 94,45 EUR

1469. Szczodrowski Patryk w kwocie 11.472,00 EUR (49.334,19 zł)

1470. Szczotka Ireneusz w kwocie 11.217,01 zł, 10.918,46 USD

1471. Szczygłowski Piotr w kwocie 42.786,00 NOK (15.471,42 zł)

1472. Szeliga Krzysztof w kwocie 2.000,00 EUR (8.604,80 zł)

1473. Szewczyk Albert w kwocie 312,58 GBP oraz 39.524,64 zł

1474. Szewczyk Łukasz w kwocie 1.716,45 zł
1475. Szędzioł Rafał w kwocie 500,00 EUR (2.167,65 zł)
1476. Szkodowski Piotr w kwocie 100.925,66 zł
1477. Szlacht Robert w kwocie 1.500,00 EUR
1478. Szlachta Agnieszka w kwocie 228,79 EUR (1.000,00 zł)
1479. Szlajter Marta w kwocie 400,00 EUR (1.706,96 zł)
1480. Szofer Magdalena w kwocie 5.109,33 zł
1481. Szostak Stanisław w kwocie 21.482,00 zł
1482. Szot Emil w kwocie 4.299,00 zł
1483. Szóstakiewicz Anna w kwocie 288,25 EUR
1484. Szpilka Dariusz Piotr w kwocie 50.000,00 zł
1485. Szpaczyński Grzegorz w kwocie 13.058,41 zł
1486. Szponder Monika w kwocie 8.000,00 EUR (34.597,60 zł)
1487. Sztemberg Aneta w kwocie 7.000,00 EUR (3.033,80 zł)
1488. Szybiński Józef w kwocie 17.280,44 zł
1489. Szydłowski Łukasz w kwocie 2.000,00 EUR (8.666,40 zl)
1490. Szymaniec Dariusz w kwocie 6.990,47 zł
1491. Szymaniak Jerzy w kwocie 415.847,11 zł
1492. Szymański Łukasz w kwocie 4.567,97 zł oraz 2.429,41 EUR
1493. Szymański Dominik w kwocie 2.000,00 EUR (8.571,80 zł)
1494. Szymański Rafał w kwocie 1.139,81 zł (245,00 CHF)
1495. Szymański Grzegorz w kwocie 46.599,64 USD
1496. Szymański Dariusz w kwocie 25.116,86 NOK oraz 651,15 zł
1497. Szyłko Dariusz w kwocie 2.098,54 zł oraz 1.086,59 EUR
1498. Śliż Piotr w kwocie 3.000,00 EUR (12.972,30 zł)
1499. Ślązak Dawid w kwocie 43.626,12 zł (10.000,00 EUR)
1500. Ślązak – Niedbalska Izabela w kwocie 55.224,03 zł oraz 1.263,90 EUR
1501. Śmieszek Aneta w kwocie 17.141,20 zł
1502. Śpiewak Anna w kwocie 1.000,00 EUR (4.232,00 zł)
1503. Świadek Monika w kwocie 5.008,63 zł
1504. Świątkowska Magdalena w kwocie 4.267,56 zł
1505. Świętochowski Karol w kwocie 2.300,00 EUR (9.957,62 zł)
1506. Świechowicz Jarosław w kwocie 150.000,00 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 487 of 523

1507. Świeczkowski Leszek w kwocie 19.500,00 EUR (83.949,45 zł)

1508. Świederczuk Igor w kwocie 4.125,46 zł

1509. Świerk Aleksandra w kwocie 10.000,00 EUR (42.804,00 zł)

1510. Świerszcz Joanna Dominika w kwocie 2.014,03 zł (465,78 EUR)

1511. Świderski Rafał w kwocie 17.841,08 EUR

1512. Świniarska Ewa w kwocie 749,20 zł

1513. Śwircz Maksymilian w kwocie 47.077,80 zł

1514. Tabor Piotr w kwocie 34.524,66 zł

1515. Tamborski Tomasz w kwocie 10.000,00 zł, 423,19 EUR

1516. Tama Paweł w kwocie 1.980,00 EUR 8.480,14 zł

1517. Tarkiewicz Lucyna w kwocie 2.000,00 EUR (8.586,60 zł)

1518. Tarłowski Damian w kwocie 37.000,00 NOK (3.080,12 EUR) oraz 25.000,00 NOK (9.015,00 zł)

1519. Tąder Konrad w kwocie 4.700,00 EUR (19.983,46 zł)

1520. Tenscher-Teper Iwona w kwocie 281.543,00 zł

1521. Tendelska Agata w kwocie 3.500,00 zł (862,96 USD)

1522. Teodorczyk Artur w kwocie 45.100,00 USD (176.955,98 zł)

1523. KRAKBET Marek Termanowski, Krzysztof Termanowski sp.j reprezentowana przez Termanowskiego Marka w kwocie 56.000,01 zł

1524. TDJKZ LIMITED z siedzibą w Anglii / Damian Puczyński w kwocie 85.608,54 GBP, 63.001,00 zł (12.356,57 GBP) , 13.991,00 EUR(11.770,82 GBP)

1525. Turowski Michał w kwocie 70.100,00 EUR (29.687,00 zł)

1526. Markowski Dariusz w kwocie 2.497,25 zł

1527. Markus Magdalena 10.000,00 GBP (52.088,00 zł)

1528. Tęgi Andrzej w kwocie 5.748,22 zł, 5.106,91 EUR

1529. Tępczyk Mariusz w kwocie 9.000,00 EUR (38.522,70 zł)

1530. TAG-SPEZJALTRANSPORTE & PROJEKTLOGISTIK GmbH reprezentowana przez Tkocz Olivera w kwocie 836.298,65 zł

1531. Tkacz Paweł w kwocie 3.003,93 USD

1532. Tobiasz Rafał w kwocie 8.601,00 zł

1533. Toczko Robert w kwocie 19.452,48 zł

1534. Toczkowska Patrycja w kwocie 1.696,08 zł

1535. Tomasik Joanna w kwocie 43.476,00 zł

1536. Tomasik Agnieszka w kwocie 2.000,00 zł

1537. Tomasik Marcin w kwocie 925,00 EUR

1538. Tomaszewski Łukasz w kwocie 22.509,44 oraz 3.033,60 zł

1539. Tomczak Paweł w kwocie 6.500,00 EUR (27.921,45 zł),

1540. Tomczuk Michał w kwocie 20.048,73 zł

1541. Tomzik Tomasz w kwocie 4.738,58 zł (1.100,00 EUR)

1542. Trębacka Katarzyna w kwocie 2.786,64 zł (639,93 EUR)

1543. Tran – Thien An- Giang Valery w kwocie 1.000,00 EUR

1544. Trawiński Marcin w kwocie 1.963,00 zł oraz 1.628,49 EUR

1545. Truck & Agro Handel/ Miskiewicz Paweł w kwocie 23.500,00 EUR (101.947,70 zł)

1546. Truchan Hubert w kwocie 19.218,56 CHF, 273,94 zł, 25,00 EUR

1547. Trójca Dariusz w kwocie 25.281,18 zł

1548. Trzaska Andrzej w kwocie 81.687,20 zł

1549. Trzeszczykowski Łukasz w kwocie 1.000,00 EUR (4.330,20 zł)

1550. Trzosek Izabela w kwocie 500,00 EUR (2.147,95 zł)

1551. Tuczyński Sławomir w kwocie 5.470,50 zł

1552. Tuchacz Łukasz w kwocie 1.230,22 zł

1553. Tułaza Krzysztof w kwocie 6.039,39 USD, 95,76 zł, 2.458,80 EUR

1554. Tylka Ryszard w kwocie 1.312,42 zł

1555. Tytuła Stanisław w kwocie 51.745,44 zł

1556. Tuszyńska Katarzyna w kwocie 5.340,38 zł

1557. Tuz Łukasz w kwocie 6.800,00 USD (26.746,44 zł)

1558. Tytoń Przemysław w kwocie 215.045,00 zł

1559. Urbacka Maria Ewelina w kwocie 4.000,00 EUR (17.130,40 zł)

1560. Urban Shaun Mariusz w kwocie 4.950,00 zł

1561. Urban Jacek w kwocie 1.468.949,00 JPY

1562. Urbanek Robert w kwocie 3.169,16 USD

1563. Uznański Krzysztof w kwocie 4.000,00 EUR (17.215,00 zł)

1564. Wałęsa Natalia w kwocie 10.000,00 EUR (42.955,00 zł)

1565. Wajda Mateusz w kwocie 4.024,00 EUR (17.125,74 zł)

1566. Wanderson Scaglia w kwocie 68.124,67 EUR

1567. Wański Tomasz w kwocie 194,00 USD (766,32 zł)

1568.   Waląg Krystian w kwocie 16.197,83 EUR

1569.   Walędowski Marcin w kwocie 2.273,23 zł (520,00 EUR)

1570.   Waligóra Dawid w kwocie 1.942,06 zł

1571.   Waliszewski Dawid w kwocie 1.600,00 EUR (6.936,16 zł)

1572.   Walkiewicz Marek w kwocie 600,00 GBP

1573.   Walko Dominika w kwocie 7.864,83 zł oraz 5.400,00 EUR

1574.   Walkowicz Dagmara w kwocie 1.786.173,00 JPY

1575.   Walz Renata w kwocie 3.036,97 CHF

1576.   Wasil marek w kwocie 46.551,47 zł

1577.   Wasilewski Jarosław w kwocie 707,97 CHF (3.289,59) zł oraz 104,00 EUR (455,37 zł)

1578.   Wasilkowski Bartosz w kwocie 5.556,98 zł

1579.   Wasiuta Maciej w kwocie 3.745,31 zł, 200 EUR

1580.   Waszak Radosław w kwocie 7.232,94 zł

1581.   Waszczak Cezary w kwocie 4.398,13 EUR (19.068,53 zł)

1582.   Wasylko Piotr w kwocie 4.309,40 zł (1.000,00 EUR)

1583.   Wawrzyniak Piotr w kwocie 2.988,00 zł

1584.   Wawer Dorota w kwocie 1.916,21 zł (412,31 CHF)

1585.   Wątor-Spyrka Magdalena w kwocie 4.140,00 zł

1586.   Wesołowski Tomasz reprezentujący PPHU  TOMARK w kwocie 260.148,00 zł

1587.   Wesołowski Damian w kwocie 3.734,32 zł (800,00 CHF)

1588.   Westrych-Krzanowski Krystian w kwocie 30,00 zł

1589.   Wędzik Marcin w kwocie 310,00 EUR (1.339,39 zł)

1590.   Wnęk Stanisław w kwocie 12.000,00 USD (48.595,20 zł)

1591.   Wlazło Sylwia w kwocie 14.000,00 zł

1592.   Wlazły Rafał w kwocie 3.076,13 EUR oraz 16.843,92 zł

1593.   Wiąckiewicz Piotr w kwocie 2.307,28 zł

1594.   Wichtowska Kamila w kwocie 112.361,60 zł

1595.   Wielkoszyński Zbigniew w kwocie 10.719,00 zł

1596.   Wieloch Łukasz w kwocie 3.634,85 zł

1597.   Wielgosz Stanisław w kwocie 10.000,00 EUR

1598.   Więcko Tomasz w kwocie 759,41 zł

1599.   Więckowska Marta w kwocie 5.175,00 zł oraz 2.654,69 EUR

1600. Widera Dawid w kwocie 7.139,46 EUR

1601. Wilk Krzysztof w kwocie 19.808,98 zł

1602. Wilk Marcin w kwocie 2.000,00 EUR (8.566,80 zł)

1603. Wilk Krystian w kwocie 39.031,20 zł

1604. Wilk Renata w kwocie 436,27 CHF

1605. Wilkosz Rafał w kwocie 500,00 zł, 388,68 EUR

1606. Wilkicki Mateusz w kwocie 4.309,00 zł (1.000,00 EUR)

1607. Wijas Anna w kwocie 4.336,00 zł (1.000,00 EUR)

1608. Wiśniewska Krystyna w kwocie 200,00 EUR (860,40 zł)

1609. Wiśniewska Grażyna w kwocie 500,00 EUR (2.139,30 zł)

1610. Wiśniewska Iwona w kwocie 5.160,00 USD (20.854,57 zł) oraz 78.742,44 TRY

1611. Bydgoski Klub Sportowy "Chemik" reprezentowany przez Włoch Mikołaja Kacpera w kwocie 43 916,99 zł

1612. Expert – Sport Marek Bartkiewicz w kwocie 22.006,29 EUR

1613. Extech Sp. z o.o. Sp.k./Piróg Wojciech w kwocie 10.000,00 zł

1614. Wodnicka-Wartnik Dominika w kwocie 250.000,00 zł

1615. WOODFORKIDS SP. Z O.O./Adamczak Kamil Tomasz w kwocie 12.281,86 zł (2.840,00 EUR) oraz 248,89 EUR

1616. Wardak - Pascale Magdalena w kwocie 822,22 zł

1617. Warcaba Elżbieta 2.500,00 EUR (10.755,00 zł) oraz 83,40 EUR i 23,92 zł

1618. Warchałowska Adrianna w kwocie 5.000,00 CHF (23.027,50 zł)

1619. Woch Mariusz w kwocie 9.065,00 EUR

1620. Wojciechowska Małgorzata w kwocie 559,67 CHF

1621. Wojciechowski Janusz w kwocie 3.490,76 EUR (14.829,45 zł)

1622. Wojciechowski Kacper (kcper.w.wwojciechowski@gmail.com) w kwocie 4.061,17 zł

1623. Wojnicz Marcin w kwocie 5.002,89 zł

1624. Wojtaszyk Łukasz Piotr w kwocie 10.589,55 zł

1625. Wojtaszek Robert w kwocie 122.544,50 zł

1626. Wojtasik Arkadiusz w kwocie 2.895,34 zł oraz 132.034,00 JPY

1627. Wojtulska Beata w kwocie 70.000,00 EUR

1628. Wojtyczek Krzysztof w kwocie 64.786,50 zł

1629. Wojtyra Jarosław Tomasz w kwocie 4.600,00 zł (999,00 CHF)

1630. Wojsa Mateusz w kwocie 732.091,00 JPY, 4.000,00 zł, 4.111,48 EUR, 5.766,74 USD

1631. Wołoszyn Tomasz w kwocie 201.474,00 zł

1632. Wołoszyn Stanisław w kwocie 10.000,00 zł (2.421,42 USD)

1633. Wołoszczenko Piotr w kwocie 51.612,60 zł

1634. Woźniak Marcin w kwocie 11.460,00 EUR (49.598,88 zł)

1635. Woźny Szymon w kwocie 10.138,95 zł, 3.465,36 USD

1636. Wójcicki Piotr w kwocie 57.252,58 zł

1637. Wójtowicz Krzysztof w kwocie 3.034,78 zł (700,00 EUR)

1638. Wróblewska Iwona w kwocie 10.176,45 zł

1639. Wróbel Dorota Anna w kwocie 2.005,01 USD (8.000,00 zł)

1640. Wybraniec Piotr w kwocie 6.340,00 zł

1641. Wycisło Kamil w kwocie 859,60 zł

1642. Wykręt Kamil w kwocie 3.500,00 zł

1643. Wyciślak Oskar w kwocie 7.000,00 EUR (30.273,60 zł)

1644. Wysocki Arkadiusz w kwocie 87.000 zł

1645. Wysocki Michał w kwocie 1.895,49 EUR

1646. Wysota Justyna/ Wysota Dawid w kwocie 2.500,00 EUR (10.712,75 zł)

1647. Zabłocki Marek w kwocie 22.511,93 zł

1648. Zaborowicz Maciej w kwocie 53.253,06 zł oraz 4.066,09 EUR

1649. Zaborowska Wioleta w kwocie 36.736,83 zł

1650. Zaborowski Wojciech w kwocie 64.318,42 zł

1651. Zaborowski Mariusz w kwocie 2.160,70 (500,00 EUR)

1652. Zachara Jarosław w kwocie 7.492,01 zł

1653. Zadora Maciej w kwocie 1.236,28 USD (5.004,59 zł)

1654. Zadworna Joanna w kwocie 997,94 zł

1655. Zagiński Wojciech 6.012,45 zł

1656. Zagrodny Antoni w kwocie 48.587,68 zł

1657. Zagórski Paweł w kwocie 3.700,00 USD (15.183,32 zł)

1658. Ząbek Lucyna w kwocie 1.000,00 EUR (4.330,00 zł

1659. Zagórski Mateusz w kwocie 9.805,82 zł

1660. Zagdański Piotr w kwocie 49.087,66 zł

1661. Zając Romuald w kwocie 5.000,00 zł

1662. Zajączkowski Paweł w kwocie 4.015,51 zł (926,00 EUR)

1663. Zajda Mariusz w kwocie 60.559,85 zł

1664. Zakątki Podhala sp. z o.o. reprezentowana przez Wiolettę Frejdlich-Gąsienica w kwocie 38.860,00 EUR (169.596,70 zł)

1665. Zakład Produkcji Materiałów Budowlanych TERRAZZO/ Jacek Kulupa w kwocie 65.478,00 zł (15.000,00 EUR)

1666. Zakrzewski Krzysztof w kwocie 430,00 GBP (2.200,75 zł)

1667. Zakrzewski Paweł reprezentujący PAW-MAR w kwocie 36.900,00 EUR (160.300,78 zł)

1668. Zakrzewski Marek w kwocie 10.000,00 zł (26.066,47 NOK)

1669. Zalewski Tomasz reprezentujący TOM-SERVICE w kwocie 60.000,00 USD (240.876,00 zł), 1.200,00 zł (278,47 EUR)

1670. Zalewski Arkadiusz w kwocie 1.000.000,00 JPY (26.301,00 zł)

1671. Zalewski Marek (P: 72080308172) w kwocie 375.247,69 zł

1672. Zalewski Marek (m.a.zlewski@gmail.com)w kwocie 12.500,00 zł

1673. Zamojski Marcin w kwocie 25.534,00 zł

1674. Zapaśnik Dominik w kwocie 4.650,00 EUR (20.014,06 zł)

1675. Zaprzałek Piotr Janusz w kwocie 1.300,17 zł (300,00 EUR)

1676. Zaręba Krzysztof w kwocie 12.850,17 zł

1677. Zaręba Sławomir w kwocie 35.970,90 zł

1678. Zaród Agnieszka w kwocie 1.000,00 EUR (4.278,80 zł)

1679. Zawoliński Tomasz w kwocie 1.035,00 EUR (4.432,80 zł)

1680. Zawidzki Łukasz w kwocie 7.000,00 EUR (30.114,00 zł)

1681. Zawiślak Mariusz w kwocie 235.000,00 zł

1682. Zentera Daniel w kwocie 245,00 CHF

1683. Zdaniewicz Mariusz w kwocie 2.522,19 zł

1684. Zdanuczyk Agnieszka w kwocie 12.500,00 EUR oraz 4.290,99 zł

1685. Zdębski Szymon w kwocie 10.254,97 EUR (43.800,00 zł)

1686. Zdolińska Dorota w kwocie 6.831,85 zł

1687. Zdoliński Paweł w kwocie 683,85 zł

1688. Zduńczak Iwona w kwocie 1.500,00 USD (6.005,10 zł)

1689. Zender Bogusław w kwocie 68.166,60 zł

1690. Zgagacz Piotr w kwocie 327,96 CHF oraz 1.600,00 zł

1691. Wielkoszyński Zbiegniew w kwocie 30.000,00 NOK (10.719,00 zł)

1692. APLAUZ S.C. Bartłomiej Wilczański Marek Gnus/Wilczański Bartłommiej w kwocie 2.182,90 zł (500,00 EUR)

1693. Ziemak Radosław w kwocie 990,00 EUR

1694. Ziemski Michał w kwocie 152.011,04 zł

1695. Zieliński Damian w kwocie 10.702,75 zł

1696. Zieliński Michał w kwocie 27.070,00 USD (110.946,39 zł)

1697. Zieliński Marcin w kwocie4.175,64 zł (895,79 CHF)

1698. Ziębal Sławomir w kwocie 1.000,00 EUR (4.302,60 zł)

1699. Zięcina Sławomir w kwocie 12.192,76 zł oraz 745,00 EUR

1700. Znamirowska Monika w kwocie 8.597,00 zł, 1.000,00 EUR

1701. Żoch Magdalena w kwocie 4.961,09 zł

1702. Ostrowski Krzysztof w kwocie 3.650,70 zł

1703. Dera Dawid w kwocie 8.701,53 zł

1704. Dec Damian Marcin w kwocie 19.833,74 zł

1705. Dawidowicz Michał w kwocie 4.286,22 zł

1706. Daniel Filip w kwocie 19.768,89 zł

1707. Deja Krystyna/Deja Daniel w kwocie 28.600,16 EUR

1708. Demczuk Jarosław/Miękin Marcin Paweł w kwocie 1.200,00 EUR

1709. Pipa Sabina w kwocie 429.340,00 zł

1710. "ROLNIK" Centrala Nasion Sp. zo.o. Pawlak Sebastian w kwocie 313.344,00 zł (72.000,00 EUR)

1711. Kids Boutigue sp. z o.o.- Zadura Aleksandra w kwocie 172.072,00 zł (40.000,00 EUR)

1712. 3mdeb sp. z o.o. w kwocie 20.000,00 EUR

1713. MDM Capital Sp. z o.o./radca prawny Piotr Witkowski w kwocie 92.584,02 EUR (100.000,00 USD)

1714. F.H. AMT POLAND Adamkiewicz Paweł/Adamkiewicz Paweł w kwocie 30.225,65 zł (7.000,00 EUR)

1715. Łumińska-Żelazny Elżbieta w kwocie 28.540,23 EUR, 7.427,21 USD

1716. Gwizdek Adrian w kwocie 12.752,00 EUR

1717. Bielecka Monika w kwocie 5.000,00 EUR (21.626,50 zł)

1718. Beier Joanna/ Jurgen Beier w kwocie 1.000,00 EUR (4.248,30 zł)

1719.   Bielecka Justyna w kwocie 710,00 EUR

1720.   ADVALUE Doradztwo i Wyceny sp. z o.o. w kwocie 17.182,87 zł (3.958,00 EUR)

1721.   Adamkiewicz Robert w kwocie 2.575,09 zł (555,00 CHF)

1722.   Adamkiewicz Rafał w kwocie 6.812,00 USD (27.761,62 zł)

1723.   Andruszkiewicz Michał w kwocie 19.710,08 EUR

1724.   Andruszkiewicz Sebastian w kwocie 713,05 zł, 391,90 EUR, 195,48 CHF, 27,00 USD

1725.   APLAUZ S.C. Marek Gnus/Wilczański Bartłomiej w kwocie 2.182,90 zł (500,00 EUR)

1726.   SILEX Małgorzata Matuszewska/Matuszewska Małgorzata w kwocie 29.603,12 zł (6.800,00 EUR)

1727.   Banaszkiewicz Krzysztof w kwocie 200,00 EUR, 126,00 USD, 106,15 CHF, 40.313,00 JPY

1728.   Bartkowiak Robert reprezentujący CIH SYSTEMY CZYSZCZĄCE w kwocie 51.028,38 zł (11.700,00 EUR)

1729.   Bartkowiak Michał w kwocie 15.600,90 zł

1730.   Bartkowski Robert w kwocie 21.086,17 zł

1731.   Bartosz Paweł w kwocie 600,00 EUR

1732.   Berger Piotr w kwocie 21.651,00 zł (5.000,00 EUR)

1733.   Błańska-Mecner Magdalena w kwocie 1.168,50 EUR

1734.   Błachowicz Arkadiusz w kwocie 1.042,63 zł

1735.   Błaszczuk Witold w kwocie 7.105,56 zł (1.650,00 EUR)

1736.   Błaszczyk Paweł w kwocie 9.504,00 zł (2.200,00 EUR)

1737.   Błaszczyński Adam w kwocie 1.393,80 zł (300,00 CHF)

1738.   Brandyk Magdalena w kwocie 4.000,00 zł (921,19 EUR)

1739.   Brandt Damian w kwocie 22.500,00 EUR (98.100,00 zł)

1740.   Broda Aneta i Broda Krzysztof w kwocie 16.710,00 EUR

1741.   Buczkowska Ewa w kwocie 1.755,51 zł (405,86 EUR)

1742.   Buczma Anna w kwocie 5.203,80 zł (1.200,00 EUR)

1743.   Bukiel Krzysztof w kwocie 2.800,00 zł oraz 13.556,55 NOK

1744.   Bukowski Marek w kwocie 1.029,18 EUR

1745.   Burakiewicz Aleksandra w kwocie 300,00 EUR (1.290,93 zł)

1746. Burakiewicz Hubert w kwocie 6.480,10 zł

1747. Burdzy Damian w kwocie 2.566,64 zł (600,00 EUR)

1748. Chabrowski Arkadiusz w kwocie 6.000,00 GBP (7.126,03 EUR)

1749. Chlebowicz Aleksander w kwocie 2.500,00 EUR (10.742,50 zł)

1750. Chlebiuk Bożena w kwocie 1.164,05 zł (250,00 CHF)

1751. Chodań Anna w kwocie 920,68 zł (210,00 EUR)

1752. Chodziński Paweł w kwocie 6.679,72 zł

1753. Chojnowska Małgorzata Maria w kwocie 53.905,15 zł (12.500,00 EUR)

1754. Chojnowska Anna w kwocie 38.020,19 zł

1755. Chojnowska – Bieszak Anna w kwocie 6.000,00 zł (1.513,55 USD)

1756. Cieślawska Katarzyna w kwocie 13.706,73 EUR, 26.284,70 USD, 6.710,00 zł

1757. Cieślak Jarosław w kwocie 312,88 EUR oraz 233,84 z

1758. Cygan Adam w kwocie 50.000,00 zł (11.646,87 EUR)

1759. Czyżkowska Katarzyna w kwocie 288,00 EUR

1760. Juchlke Jarosław w kwocie 11.568,60 zł

1761. Dabrowska Małgorzata w kwocie 8.000,54 EUR

1762. Dańczak- Wysocka Karolina w kwocie 359,73 EUR

1763. Dańczyszyn Monika w kwocie 500,00 EUR (114,09 EUR)

1764. Dajczak Jakub w kwocie 600,00 EUR

1765. Draczyński Michał w kwocie 1.148,55 USD, 7.211,27 zł

1766. Dalla Costa Luca w kwocie 29.810,50 EUR

1767. Dalla Villa Agnieszka i Emmanuele w kwocie 25.000,00 EUR (108.075,00 zł)

1768. Dąbrowski Tomasz w kwocie 200.039,64 zł (49.567,52 USD)

1769. Dąbrowskis Adam w kwocie 2.245,11 EUR (9.611,97 zł)

1770. Dźwigała Katarzyna Maria w kwocie 2.142,35 zł (500,00 EUR)

1771. Elwart Sławomir w kwocie 3.880,13 zł (890,00 EUR)

1772. Enozel Frank w kwocie 94.523,62 zł

1773. Katarzyna Hawrył-Adamczyk Bartosz Adamczyk w kwocie 29.037,80 zł, 9.000,00 CHF

1774. Katarzyńska – Banasik Dorota w kwocie 31.721,50 EUR

1775. Fajecki Patryk w kwocie 3.000,00 EUR (13.015,20 zł)

1776. FARMATOR sp. z o.o. w kwocie 15.146,95 zł (3.500,00 EUR)

1777. Farstad Julia w kwocie 23.800,00 NOK (8.610,24 zł)

1778.   Fedorczyk Bogusław w kwocie 6.368,28 zł

1779.   Fundacja Grup DDA/DDD /Małgorzata Agnieszka Gerc w kwocie 17.980,20 zł (4.200,00 EUR)

1780.   Fuhrmann Łukasz w kwocie 7.851,50 zł

1781.   Gaworek Marcin w kwocie 1.840,40 zł (420,60 EUR)

1782.   Gawroński Grzegorz w kwocie 1.833,00 zł

1783.   Gawron Magdalena w kwocie 3.612,97 zł (775,00 CHF)

1784.   Gawron Jacek w kwocie 43.614,00 zł (10.000,00 EUR)

1785.   Gawrych Paweł w kwocie 1.773,03 zł (333,00 GBP)

1786.   Gawryło Renata w kwocie 86.570,00 zł

1787.   Gehrke Sven w kwocie 3.500,00 EUR

1788.   Grupa Handlowa Wiesław Godlewski w kwocie 79.574,05 zł (18.500,00 EUR)

1789.   Gruchlik Piotr w kwocie 42.717,52 zł

1790.   Gruszka Małgorzata w kwocie 264,04 GBP, 171,57 EUR, 440,58 USD, 91,40 CHF

1791.   Gruszczyński Waldemar w kwocie 467,00 EUR

1792.   Godek Kamil w kwocie 4.600,00 EUR (19.899,10 zł)

1793.   Godleś Hanna w kwocie 1.400,00 EUR (6.013,56 zł)

1794.   Gorsiak Renata w kwocie 50.000,00 EUR

1795.   Górecka Daria w kwocie 4.992,00 zł oraz 1.150,00 EUR

1796.   Górny Adam w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł

1797.   Górny Anna w kwocie 510,11 EUR, 493,94 USD, 9.182,04 zł, 1.020,00 CHF

1798.   Grałek Artur w kwocie 305.026,00 zł (70.000,00 EUR)

1799.   Grabka Artur w kwocie 1.000,00 EUR (4.300,00 zł)

1800.   Grabow Roger w kwocie 4.383,06 zł

1801.   Grabowski Grzegorz w kwocie 9.500,00 EUR (36.572,95 zł)

1802.   Grabowski Gabriel w kwocie 269,00 EUR oraz 590,68 zł

1803.   Grabowska Marta w kwocie 4.000,00 EUR (17.145,70 zł)

1804.   Grabowska Katarzyna w kwocie 11.563,79 EUR

1805.   Grabska – Gorgula Marta 20.055,00 zł (54.346,26 NOK)

1806.   Granszof Adrian w kwocie 320,00 EUR

1807.   Groen Marcin w kwocie 5.000,00 EUR

1808.   Grzegorz Dzida w kwocie 3.798,34 zł (880,00 EUR)

1809.  Grzegorczyk Anna w kwocie 250,00 EUR (1.061,35 zł)

1810.  Grzegorczyk Andrzej w kwocie 359,40 EUR, 221,96 USD, 925,63 zł

1811.  Grzelczyk Tomasz w kwocie 2.326,26 EUR

1812.  Grzejszczyk Anna w kwocie 15.000,00 zł (3.469,25 EUR)

1813.  Grzesiak Zbigniew w kwocie 79.232,00 zł

1814.  Grzesiński Paweł Michał w kwocie 110.000,00 zł

1815.  Grześkiewicz Rafał w kwocie 97.245,80 zł

1816.  Grzymkowska Edyta w kwocie 8.200,00 EUR

1817.  Hanusiak Kamil w kwocie 47.120,70 zł

1818.  Hanusek Jan w kwocie 3.366,86 zł (720,00 GBP)

1819.  Hajok Sara w kwocie 75.982,43 EUR

1820.  Hinc Ryszarda Józefa w kwocie 11.000,00 EUR (47.208,70 zł)

1821.  Iwanek Radosław w kwocie 2.489,07 EUR

1822.  Jabłecki Rafał w kwocie 607.777,95 TRY

1823.  Jabłońska Anna w kwocie 15.742,38 zł (3.391,00 CHF)

1824.  Jabłoński Paweł w kwocie 9.800,00 EUR oraz 56.494,33 zł

1825.  Jabłoński Szymon w kwocie 4.998,83 EUR oraz 21.397,16 zł

1826.  Janiszewski Jakub w kwocie 7.000,00 zł (1.623,90 EUR)

1827.  Janiszewski Paweł w kwocie 4.310,50 zł (1.000,00 EUR)

1828.  Janiszewski Hubert w kwocie 488,00 CHF oraz 87,24 zł

1829.  Jankowska Magdalena w kwocie 2.445,47 EUR

1830.  Jankowska Maria w kwocie 5.000,00 zł

1831.  Jaworski Paweł w kwocie 5.000,00 EUR

1832.  Jóźwiak Paweł w kwocie 35.000,00 SEK (13.226,50 zł)

1833.  Jóźwiak Anna w kwocie 2.917,94 zł (632,00 CHF)

1834.  Kadrzyńska Elżbieta w kwocie 81.864,97 zł

1835.  Kadyszewski Kacper w kwocie 5.493,08 EUR oraz 233,55 zł

1836.  Kantrzonka Alicja w kwocie 5.800,00 EUR

1837.  Kapałczyński Arkadiusz w kwocie 10.000,00 EUR

1838.  Kasperski Tomasz w kwocie 2.622,43 zł (602,00 EUR)

1839.  Kaszewska Karolina w kwocie 4.418,00 EUR (19.017,28 zł)

1840.  Karaś Wioletta w kwocie 3.900,77 zł

1841.  Karaś Ewa w kwocie 1.806,74 zł

1842. Szymański Paweł w kwocie 3.400,00 zł

1843. Klan Szymon w kwocie 9.302,00 USD (8.654,58 EUR)

1844. Klub Kyokushin Karate im. Masutatsu Oyama w kwocie 25.100,00 EUR

1845. Kłoda Jan "Maszyny Leśne" w kwocie 282.599,72 zł (65.800,00 EUR), 201.827,40 zł (47.000,00 EUR) łącznie 484.427,12 zł (112.800,00 EUR)

1846. Kłosiński Jarosław w kwocie 390,00 EUR oraz 9,66 zł

1847. Konstanty Jarosław w kwocie 156.891,92 zł

1848. Konarski Bartosz w kwocie 40.000,00 zł (9.166,74 EUR)

1849. Konarzewski Rafał w kwocie 93.594,00 JPY oraz 1.003,67 EUR

1850. Koneczny Bartosz w kwocie 2.976,50 zł (639,42 CHF)

1851. Konecki Józef w kwocie 863.763,50 zł

1852. Koniarz Patryk w kwocie 1.293,06 zł

1853. Konieczna Magdalena w kwocie 10.000,00 USD

1854. Konojacka Paulina w kwocie 20.000,00 EUR (84.800,00 zł)

1855. Konopka Daniel w kwocie 1.745,96 zł (400,00 EUR)

1856. Kopczyńska Izabella w kwocie 46.044,14 zł

1857. Kopczyk Bartłomiej w kwocie 5.170,00 zł oraz 1.320,00 EUR

1858. Kopicka Weronika w kwocie 1.300,00 zł (302,82 EUR)

1859. Kopacki Patryk w kwocie 2.096,57 zł

1860. Kopacz Krzysztof w kwocie 2.587,00 GBP oraz 5.100,00 zł

1861. Kopaniewska Janina w kwocie 710.000,00 zł (178.318,45 USD)

1862. Koprek Marcin w kwocie 2.178,80 EUR oraz 3.444,58 zł

1863. Koprowska Agata w kwocie 8.910,16 EUR

1864. Kopytyński Krzysztof w kwocie 10.611,10 zł

1865. Kornacki Sebastian w kwocie 600,00 EUR

1866. Korpyta Irena w kwocie 3.000,00 EUR

1867. Kortas Andrzej w kwocie 10.000,00 zł

1868. Kowalik Piotr w kwocie 1.000,00 EUR

1869. Kowalik Marcin (Czernikowo) w kwocie 2.516,00 EUR (10.803,96 zł)

1870. Kowalik Marcin (Szczecin) w kwocie 3.650,91 zł

1871. Kowalik Mariusz w kwocie 1.744,76 zł (400,00 EUR)

1872. Krawczyk – Bielecka Dagmara w kwocie 7.958,88 zł (1.840,65 EUR)

1873. Krupka Sebastian w kwocie 300,00 EUR (1.281,90 zł)

1874. Krupkowska-Ziętkiewicz Jolanta w kwocie 6.000,00 zł (1.389,98 EUR)

1875. Kruk Tomasz w kwocie 1.071,49 EUR (1001,84 CHF)

1876. Kruk Paweł w kwocie 48.653,20 zł

1877. Kruk Maciej w kwocie 7.136,91 zł (1.529,00 CHF)

1878. Kruk Marek w kwocie 201.620,00 zł (50.000,00 USD)

1879. Krukowski Marcin w kwocie 499,07 GBP

1880. Krysiak Dominika w kwocie 7.000,00 EUR

1881. Kryszpin Patrycja w kwocie 639,00 CHF (2.950,00 zł)

1882. Kubera Maciej w kwocie 10.009,75 USD, 21.378,10 zł, 325,67 EUR

1883. Kubik Aneta w kwocie 1.178,00 EUR

1884. Kubik Mariusz w kwocie 5.250,00 EUR

1885. Kubiak Wojciech w kwocie 2.585,88 zł

1886. Kubiak Daniel w kwocie 12.506,61 zł (2.900,00 EUR)

1887. Kubiak Michał w kwocie 41.252,47 EUR oraz 85.988,83 USD

1888. Kucharczyk Marcin w kwocie 5.300 EUR

1889. Kudła Krzysztof w kwocie 13.500,00 EUR oraz 2.019,00 zł

1890. Kupidura Kamil w kwocie 30.139,30 zł (7.000,00 EUR)

1891. Kupka Sebastian w kwocie 300,00 EUR (1.281,90 zł)

1892. Kuprianowicz Andrzej w kwocie 40.855,00 zł oraz 4.729,00 EUR

1893. Kupść Kajetan w kwocie 7.000,00 zł

1894. Kurkowicz Maksymilian w kwocie 696,00 EUR

1895. Kurkierewicz Łukasz w kwocie 4.500,00 EUR (19.424,70 zł)

1896. Kowalczyk Jarosław w kwocie 14.259,78 zł (3.328,38 EUR)

1897. Kurowska – Billaud Anna w kwocie 9.146,25 EUR (39.238,33 zł)

1898. Kurowski Wojciech w kwocie 6.437,15 USD oraz 132,25 zł

1899. Kuśmierczyk Piotr w kwocie 35.000,00 zł

1900. Kulinowski Piotr w kwocie 63.000,00 USD oraz 721,43 zł

1901. Kuta Łukasz w kwocie 1.770,71 zł (410,00 EUR)

1902. Kuta Kamila w kwocie 70.000,00 SEK

1903. Lachowski Robert w kwocie 46.313,45 EUR

1904. Lebiedziński Marek w kwocie 2.988,58 USD

1905. Lenart Małgorzata Joanna w kwocie 500,00 EUR

1906. Lenart Georg w kwocie 600,94 EUR (2.574,85 zł) oraz 4.351,29 zł

1907. Lewandowski Krzysztof w kwocie 900,00 EUR

1908. Lewandowski Przemysław w kwocie 560,00 GBP (2.886,07 zł)

1909. Lewandowski Robert w kwocie 1.500,00 EUR (6.480,90 zł)

1910. Lewandowski Mariusz w kwocie 6.006,78 zł

1911. Lewandowski Paweł i Lewandowska Marta w kwocie 10.721,51 EUR

1912. Lewandowska Barbara w kwocie 2.000,00 USD (8.005,00 zł)

1913. Litke Rafał w kwocie 1.468,59 EUR

1914. Litwin Łukasz w kwocie 2.550,10 zł (551,35 CHF)

1915. Litwiński Łukasz w kwocie 3.501,30 zł oraz 168,50 EUR

1916. Pietrzyk Lucyna w kwocie 15.000,00 zł (3.469,49 EUR)

1917. Łapaj Grzegorz w kwocie 1.700,00 EUR

1918. Łozińska Emilia w kwocie 10.000,00 EUR

1919. Łobejko Mariusz w kwocie 6.500,00 zł (1.1490,96 EUR)

1920. Łukaszewski Maciej w kwocie 4.000,00 zł (925,09 EUR)

1921. Żelazny Bartosz w kwocie 2.500,00 EUR (10.690,25 zł)

1922. Mach Aleksandra w kwocie 5.000,00 EUR

1923. Machnacka Danuta w kwocie 4.500,00 zł (971,88 CHF)

1924. Machnik Katarzyna w kwocie 11.800,00 GBP (60.469,10 zł)

1925. Machoń Marcel w kwocie 1.068,00 EUR (4.630,63 zł)

1926. Machelski Michał/Machelska Aneta w kwocie 19.836,00 zł (5.000,00 USD)

1927. MACHEJ HOLDING sp. z o.o. w kwocie 14.432,06 zł (3.343,14 EUR)

1928. Maciak Małgorzata w kwocie 46.169,90 zł

1929. Maciantowicz Agnieszka w kwocie 258,71 CHF

1930. Maciaś Waldemar w kwocie 30.000,00 USD

1931. Maciejewska Justyna w kwocie 2.000,00 EUR (8.572,80 zł)

1932. Macoch Marcin w kwocie 2.583,74 zł, 827,28 USD, 1.525,09 EUR

1933. Maksimowska Anna w kwocie 39.500,00 USD (161.025,70 zł)

1934. Maksymiuk Iwona w kwocie 30.201,20 zł (7.000,00 EUR)

1935. Makowski Jakub w kwocie 1.528,91 EUR

1936. Makowski Łukasz (P:88012711437) w kwocie 750,00 EUR

1937. Makowski Lukas (Lubeck DE) w kwocie 6.224,70 EUR

1938. Makowski Mateusz w kwocie 41.616,00 zł oraz 10.394,23 GBP

1939. Małgorzata Skowronek w kwocie 1.292,49 zł (300,00 EUR)

1940. Mamzerowski Maciej w kwocie 1.043,89 EUR

1941. Manowiec Piotr w kwocie 4.000,00 GBP (20.616,20 zł)

1942. Mania Jakub w kwocie 300,00 EUR (1.290,57 zł)

1943. Margiel Mateusz w kwocie 54.040,44 zł

1944. Młynarczyk Mateusz p Chabre IT Services Sp. z o. o. w kwocie 40.000,00 EUR (172.004,00 zł)

1945. Nosal Patryk w kwocie 245.387,70 zł

1946. Nosal Wiesław w kwocie 19.000,00 zł

1947. Nosal Jakub w kwocie 2.406,25 zł (520,00 CHF)

1948. Abramczyk Marcin w kwocie 17.887,80 zł (4.153,00 EUR)

1949. Kościelniak Marcin w kwocie 1.000,00 EUR

1950. Kościak Stanisław w kwocie 88.000,00 zł (20.191,36 EUR)

1951. Kiciński Michał w kwocie 1.000,00 EUR oraz 94.600,00 zł

1952. Kicior Hieronim w kwocie 17.284,80 zł (4.000,00 EUR)

1953. Kosciuk Anna w kwocie 2.744,00 zł

1954. Jagusiak Mariusz w kwocie 1.801,62 EUR

1955. Jagałła Sławomir w kwocie 3.474,84 zł (800,00 EUR)

1956. Jagoda Roman w kwocie 2.000,00 USD (7.974,00 zł)

1957. Miczka Martin w kwocie 34.131,29 EUR

1958. Migacz Maciej w kwocie 4.000,00 EUR (17.112,40 zł)

1959. Migodziński Wojciech w kwocie 195,33 EUR

1960. Migdalski Kamil w kwocie 2.000,00 EUR

1961. Mikołajczak Bartłomiej w kwocie 500,00 EUR

1962. Mikołajewski Leszek w kwocie 2.168,85 zł (500,00 EUR)

1963. Mikulski Marek w kwocie 2.189,05 zł (500,00 EUR)

1964. Misterska Katarzyna w kwocie 1.000,00 EUR

1965. Morzycka Karolina w kwocie 3.336,00 EUR

1966. Moryl Joanna w kwocie 9.981,00 USD

1967. Mróz Piotr w kwocie 25.000,00 USD (22.787,50 EUR)

1968. Mróz Karol w kwocie 4.000,00 zł

1969. Mrówka Rafał w kwocie 10.840,50 zł (2.500,00 EUR)

1970. Nawrot Ewelina w kwocie 550,00 EUR

1971. Nawracała Tomasz w kwocie 1.485,79 zł



1972. Nawotny Marcin w kwocie 1.500,00 EUR (6.409,35 zł)

1973. Nęcka Tomasz w kwocie 9.932,39 EUR

1974. Nędza Sabina w kwocie 7.000,92 zł

1975. Nowak Paweł w kwocie 23.456,46 zł (5.432,00 EUR)

1976. Nowak Grzegorz w kwocie 115.111,89 EUR

1977. Nowak Cezary w kwocie 5.000,00 EUR (21.529,00 zł)

1978. Nowak Michał w kwocie 14.000,00 zł

1979. Nowacki Paweł w kwocie 652,91 EUR

1980. Nowacki Tomasz w kwocie 47.842,94 zł

1981. Nowacki Dariusz w kwocie 1.618,05 USD

1982. Nowara Roman w kwocie 4.598,83 EUR oraz 1.728,54 zł

1983. Gładysz Radosław w kwocie 6.233,23 EUR

1984. Gospodarstwo Rolne Roman Nowak w kwocie 30.000,00 EUR

1985. Gospodarstwo Rolne Sebastian Hoekstra w kwocie 426.980,00 zł (100.000,00 EUR)

1986. Gostomski Czesław w kwocie 3.000,00 EUR oraz 5.362,00 USD

1987. Chicken King Family Sp. z o.o./Bojarowski Łaukasz w kwocie 6.000,00 zł (1.390,40 EUR)

1988. MS PILOT SP. Z O.O./Szczepański Marcin w kwocie 1.000,00 EUR (4.244,20 zł)

1989. Odnosumov Mykola w kwocie 8.256,99 USD (33.360,72 zł)

1990. Odrzywołek Iwona w kwocie 3.028,97 zł

1991. Ogulewicz Marek w kwocie 6.000,00 zł (1.398,04 EUR)

1992. Ogrodnik Sylwester w kwocie 11.000,00 NOK (3.936,74 zł)

1993. Ogrodowski Dawid w kwocie 6.900,00 USD (27.064,56 zł)

1994. Okoniewski Krzysztof w kwocie 2.505,25 zł (578,22 EUR)

1995. OKOŃ II Maria Staszewska/Staszewska Maria w kwocie 2.418,70 zł, 462,72 USD, 16,79 EUR, 17,16 CNY oraz 1.075.869,00 JPY

1996. Okulski Grzegorz w kwocie 15.088,51 zł

1997. Okłocka Diana w kwocie 4.346,10 zł

1998. Okurowska Elżbieta w kwocie 37.000,00 EUR

1999. Olchawska Klaudia w kwocie 4.010,00 zł

2000. Olczak Aleksandra w kwocie 2.000,00 EUR

2001. Olszak Adrian w kwocie 30.000,00 DKK

2002. Olszewski Tomasz w kwocie 2.310,31 zł (535,65 EUR)

2003. Olszewski Marcin w kwocie 5.170,00 EUR

2004. Olszewski Dariusz w kwocie 7.894,89 zł

2005. Oyunkhuu Damian Yadam w kwocie 15.532,00 USD

2006. Pirart Paulina w kwocie 8.621,20 zł (2.000,00 EUR)

2007. Pawlak Przemysław w kwocie 3.000,00 EUR

2008. Robak Adam w kwocie 1.267,00 EUR (5.417,79 zł)

2009. Romanowska Jolanta w kwocie 3.584,20 zł (770,00 CHF)

2010. Romanowski Łukasz w kwocie 7.795,08 zł

2011. Romaniec Michał w kwocie 1.909,88 zł (414,13 CHF)

2012. Rokicki Jarosław w kwocie 100,00 EUR (427,69 zł)

2013. Rokita Anna w kwocie 5.096,96 EUR

2014. Roszak Robert w kwocie 42,32 zł oraz 1.924,12 EUR

2015. Rosiak Roman w kwocie 1.600,87 EUR (6.840,52 zł) oraz 70,00 EUR

2016. Rose Romuald w kwocie 1.200,00 EUR (5.080,08 zł)

2017. AGACHEM S.C.GRZEGORZ DUBIEL, WŁODZIMIERZ ROGOWSKI, ADAM WRONA/Rogowski Włodzimierz w kwocie 2.500,00 EUR (10.808,25 zł)

2018. PBDiO Kanbruk sp. z o.o. w kwocie 30.000,00 EUR

2019. Panel Sandwich Sp. z o.o./Emilian Strączewski w kwocie 150.000,00 EUR (652.290,00 zł)

2020. Pankau Maciej w kwocie 10.000,00 CHF

2021. Piskorz Andrzej w kwocie 15.000,00 zł (3.439,34 EUR)

2022. Piskorz Paweł w kwocie 49.288,00 zł

2023. Pilarek Włodzimierz w kwocie 134.272,40 zł

2024. Pilarski Dawid w kwocie 3.755,10 USD (15.050,82 zł)

2025. Pilniak Barbara/Pilniak Ireneusz w kwocie 14.195,00 zł

2026. Pilch Katarzyna w kwocie 2.000,00 EUR (8.556,60 zł)

2027. POLYATLAS sp. z o.o. w kwocie 467.996,40 zł (107.326,88 EUR)

2028. Polsko – Portugalska Izba Gospodarcza w kwocie 30.000,00 EUR (128.598,00 zł)

2029. Potocka Renata w kwocie 1.200,00 zł (274,68 EUR)

2030. Powroźnik Mikołaj w kwocie 1.700,00 EUR

2031. Pręcikowski Paweł  w kwocie  2.800,00 EUR

2032. Pstrowski Marek w kwocie 2.616,77 zł (560,00 CHF)

2033. Puchała Aneta i Puchała Ireneusz w kwocie  23.229,88 EUR

2034. Puchalski Janusz w kwocie 160,28 EUR

2035. Puchłowska Paulina w kwocie 107.938,16 zł

2036. Puczka Dominik w kwocie 15.070,77 zł oraz 12,20 EUR

2037. Pudełko Adam w kwocie 42.877,00 zł

2038. Pyza Michał w kwocie  10.000,00 EUR (43.276,00 zł)

2039. Radwan Ewelina i Radwan Grzegorz w kwocie  6.220,00 EUR

2040. Rapior Michał w kwocie 2.146,00 EUR (9.224,80 zł)

2041. Premium Store sp. z o.o. w kwocie  10.000,00 EUR

2042. Rysiewicz Sławomir w kwocie  1.960,85 EUR

2043. Sadowska Aleksandra w kwocie  2.586,00 zł (600,00 EUR)

2044. Samborska Aneta w kwocie  2.000,00 zł (462,19 EUR)

2045. Schlichting Patrick 3.426,50 EUR (14.687,40 zł)

2046. Schroeder Robert reprezentujący AGA Polish Food Ltd. w kwocie  69.255,15 EUR

2047. Schutzmann Edyta w kwocie 2.500,00 EUR (10.747,00 zł)

2048. Matula Mateusz w kwocie 8.041,87 zł (1.750,00 CHF)

2049. Miś Hubert w kwocie 1.153,14 EUR oraz 6.634,69 NOK

2050. Smyk Kazimierz Antoni w kwocie  7.002,29 EUR

2051. Sobolewski Adam w kwocie  350,00 EUR

2052. SOGBI Sp. z o.o./ Grzegorz Soska w kwocie 2.217,41 zł

2053. Sosnowski Piotr w kwocie  901,00 EUR

2054. Sosnowski Krzysztof 5.400,00 EUR  (23.094,18 zł)

2055. Sosiński Tomasz w kwocie 5.000,00 EUR (21.432,50 zł)

2056. Spigarski Patryk w kwocie 1.680,00 EUR (6.491,14 zł)

2057. Stachura Aleksandra w kwocie  200,00 EUR

2058. Stachyra Marcin w kwocie 7.200,00 EUR (30.816,72 zł)

2059. Stanek Katarzyna w kwocie  25.463,93 EUR

2060. Stankowski Tomasz w kwocie  1.500,00 zł (345,96 EUR)

2061. Stańczyk Brunon w kwocie 1.644,32 zł

2062. Stańczyk Grzegorz w kwocie 13.000,00 zł (2.482,33 GBP)

2063.    Stasiak Dominik w kwocie 10.200,00 zł (1.959,01 GBP)

2064.    Stasiewicz-Swinney Agnieszka w kwocie 3.000,00 EUR

2065.    Stasiulewicz Jerzy w kwocie 28.825,00 AUD oraz 32.696,49 zł

2066.    Stala Michalina w kwocie 500,00 GBP

2067.    Styliński Rafał w kwocie 7.500,00 EUR

2068.    Suchy Alfons w kwocie 22.500,00 EUR

2069.    Suchodolski Marcin w kwocie 3.900,00 EUR (16.694,73 zł)

2070.    Sypień Wojciech w kwocie 3.020,00 EUR, 3.000,00 CHF

2071.    Sypiański Szymon w kwocie 4.920,84 zł (1.132,53 EUR)

2072.    Sysa Joanna w kwocie 3.208,29 zł (690,00 CHF)

2073.    SYNESTHESIS Robert Wiśniewski w kwocie 106.358,20 zł (26.000,00 USD)

2074.    Sznycer Karolina w kwocie 22.000,00 zł (5.133,74 EUR)

2075.    Szopski Tomasz reprezentujący Fake Bake Polska w kwocie 17.221,60 zł (4.000,00 EUR)

2076.    Szopa Magdalena w kwocie 601,44 CHF (630,69 EUR)

2077.    Szymański Krystian w kwocie 1.000,00 EUR

2078.    Szymczak Agnieszka w kwocie 8.00,00 EUR

2079.    Szymczyk Piotr w kwocie 150.000,00 zł

2080.    Śmieja Krzysztof w kwocie 7.900,00 EUR

2081.    Ściskała Karina w kwocie 300.000,00 zł (70.224,72 EUR)

2082.    Taraszkiewicz Andrzej w kwocie 2.000,00 EUR

2083.    Tusiński Daniel w kwocie 518,90 EUR

2084.    Tymrakiewicz Patryk Maciej w kwocie 20.000,00 EUR

2085.    Trybański Mariusz/Teresa w kwocie 16.000,00 zł

2086.    Uler Dorota w kwocie 815,65 EUR

2087.    Urbański Michael w kwocie 21.735,50 zł (5.000,00 EUR)

2088.    Urbański Marek w kwocie 3.280,01 zł (704,00 CHF)

2089.    Urbański Wojciech w kwocie 2.799,03 zł (600,47 CHF)

2090.    Komorowska Jolanta reprezentująca Vivo Jolanta Komorowska w kwocie 700,00 EUR

2091.    Komperda Mateusz Franciszek w kwocie 2.500,00 zł oraz 565,55 EUR

2092.    Kompała Krzysztof w kwocie 13.700,00 zł

2093.    Wiatrowski Dariusz w kwocie 700.000,00 SEK

2094. Wiechnik Przemysław reprezentujący MP BROS LTD w kwocie 8.214,39 EUR, 20.803,40 GBP

2095. Wiecheć Adam w kwocie 700,00 EUR

2096. Wiechowska Anna w kwocie 709,74 USD

2097. Wilczyński Zbigniew w kwocie 1.000,00 EUR

2098. Wilkowska Aneta w kwocie 3.496,72 zł (800,00 EUR)

2099. Wild Willy Sp. z o.o./ Wilczyński Marcin w kwocie 9.782,18 zł (2.265,00 EUR)

2100. Winnicka Justyna w kwocie 2.000,00 EUR (8.626,40 zł)

2101. Wiśniewski Bogdan w kwocie 25.000,00 zł (5.733,55 EUR)

2102. Wiśniewski Łukasz w kwocie 2.904,03 EUR

2103. Wiśniewski Jakub w kwocie 3.738,29 USD (3.537,17 EUR)

2104. Władysław Dubicki w kwocie 6.000,00 EUR

2105. Włodarczyk Mateusz w kwocie 665,00 EUR

2106. Woś Zuzanna w kwocie 32.559,00 CHF oraz 1.000,00 EUR

2107. Woś Beata w kwocie 38.554,08 zł

2108. GAR Trans sp. z o.o./ koczylas Karol w kwocie 4.000,00 EUR (17.342,00 zł)

2109. MILLGRAND sp. z o.o./Miecznikowska Magdalena Katarzyna w kwocie 472.481,45

2110. Wójcicki Paweł w kwocie 1.846,97 zł (426,00 EUR)

2111. Wójcik-Michałkowska Natalia w kwocie 2.804,46 EUR

2112. Wójcik Grażyna w kwocie 20.000,00 NOK

2113. Wójcik Mariusz w kwocie 11.154,54 EUR oraz 2.416,62 USD

2114. Wójcik Anna w kwocie 697,77 EUR, 1.340,76 USD, 19.059,61 zł

2115. Wójcik Sylwia w kwocie 4.000,00 EUR (17.368,40 zł)

2116. Wójcik Paweł w kwocie 15.000,00 USD (61.051,50 zł)

2117. Wójcik Tomasz P.P.H.U. EUROPOL w kwocie 65.187,00 zł (15.000,00 EUR)

2118. Wójcik Jacek w kwocie 91,42 EUR

2119. Wójcik Piotr w kwocie 2.571,26 zł

2120. Wójcik – Czech Ewa w kwocie 411,99 EUR

2121. Wójcik Mateusz w kwocie 169.574,99 SEK oraz 3.767,00 zł

2122. Śpiewak Daniel w kwocie 1.241,77 zł

2123. Wrona Sylwia w kwocie 22.498,83 EUR

2124. Wronka Marcin w kwocie 4.353,70 zł (1.000,00 EUR)

2125. Wycisło Kamil w kwocie 19.216,59 EUR

2126. Wzorek Marta w kwocie 1.000,00 EUR (4.333,10 zł)

2127. Wzgarda Łukasz w kwocie 719,34 zł

2128. Zając Zenobia w kwocie w kwocie 13.300,69 EUR

2129. Andrykowska Regina w kwocie 14.000,00 USD

2130. Andryszczak Wojciech w kwocie 76.536,94 zł

2131. Bizon Janusz w kwocie 2.073,58 USD, 2.000,00 EUR (2.157,60 USD)

2132. Bożek Ewelina w kwocie 7.100,00 zł (1.645,54 EUR)

2133. Bożek Agata w kwocie 19.718,82 zł (4.600,00 EUR)

2134. Citko Paweł kwocie 8.442,96 GBP, 37.084,21 USD

2135. Czech Katarzyna w kwocie 128.194,43 USD

2136. Czechowski Roman w kwocie 1.512,00 EUR , 1.307,63 USD oraz 395,20 GBP

2137. Dudek Jakub w kwocie 4.659,70 USD

2138. Dulski Przemysław w kwocie 7.285,00 USD

2139. Falkiewicz Justyna w kwocie 5.139,32 zł (1.304,00 USD)

2140. Falkiewicz Jarosław/ Falkiewicz Justyna w kwocie 580,00 EUR (2.506,24 zł)

2141. Falkowski Krzysztof w kwocie 1.300,00 GBP

2142. Forma Rafał i Forma Tomasz w kwocie 25.329,92 USD

2143. Fostacz Magdalena w kwocie 3.800,00 zł (881,55 EUR)

2144. Gocek Łukasz w kwocie 16.253,60 zł (4.000,00 USD)

2145. Górka Marcin w kwocie 10.157,47 USD

2146. Izodorczyk Jacek w kwocie 1.776,27 zł (379,82 CHF)

2147. Jabłoński Kamil w kwocie 4.990,00 USD

2148. Jasińska Kinga w kwocie 6.383,82 USD

2149. Jasińska Barbara w kwocie 1.500,00 EUR (6.350,55 zł)

2150. Jasiński Łukasz w kwocie 1.643,17 EUR (7.050,00 zł)

2151. Jasiński Michał w kwocie 12.000,00 EUR (51.044,40 zł)

2152. Jaworska Alina w kwocie 1.450,00 USD

2153. Jaworska Dorota w kwocie 3.402,00 zł

2154. Jochimiak Grzegorz w kwocie 1.250,69 USD

2155. Jonik Tomasz w kwocie 3.700,00 USD

2156. Joskowski Bartłomiej 1.475,00 zł

2157. Kapuściński Giedymin w kwocie 2.430,00 USD (9.493,52 zł)

2158. Kapuśniak Damian w kwocie 17.640,04 zł (4.400,00 USD)

2159. Kiełtyka-Michna Monika Anna w kwocie 50.000,00 zł (12.692,92 USD)

2160. Kiełpin Jan w kwocie 18.967,70 zł

2161. Kochan Grzegorz w kwocie 18.200,25 z (4.500,00 USD)

2162. Kochanowski Marcin w kwocie 44.227,85 TRY

2163. Kochańska- Szymczak Marta w kwocie 2.852.389,00 JPY

2164. Koczocik Anna w kwocie 500,00 CHF (2.323,20 zł)

2165. Kozina Anna w kwocie 34.827,03 USD

2166. Koziel Krystian w kwocie 14.000,00 zł (3.226,62 EUR)

2167. Krawczyk Marcin w kwocie 27.000,00 zł (6.740,60 USD)

2168. Krawczyk Aleksandra w kwocie 5.401,00 GBP

2169. Krysiak Grzegorz w kwocie 40.716,00 zł (10.000,00 USD)

2170. Kubicki Kamil w kwocie 7.500,00 zł (1.892,89 USD)

2171. Kubiszewski Szymon w kwocie 1.217,27 CHF

2172. Kula Tomasz w kwocie 5.569,88 EUR

2173. Kula Piotr w kwocie 1.992,88 zl oraz 507,68 USD

2174. Lach Hubert (P: 81090903691) w kwocie 11.581,23 USD

2175. Lach Hubert (P:72041500432) w kwocie 2.673,72 zł (620,18 EUR)

2176. Marek Wacław w kwocie 2.075,63 USD

2177. Waczynska Vaida w kwocie 20.000,00 EUR (85.708,00 zł)

2178. Sachniewicz Mirosław w kwocie 1.085,10 USD

2179. Sajdak Łukasz w kwocie 194,07 USD

2180. Wieloch Justyna w kwocie 3.022,94 USD

2181. Wiesner Marius w kwocie 12.473,20 EUR

2182. Wieszczyk Piotr w kwocie 4.612,01 zł (1.064,00 EUR)

2183. Wieszołek Tomasz w kwocie 3.400,00 EUR oraz 2.167,45 zł

2184. Wierzchowiak Sebastian w kwocie 4.788,27 EUR

2185. Wiewióra Jędrzej w kwocie 500,00 EUR

2186. Wiktor Mucha w kwocie 4.840,30 USD

2187. Wypich Jarosław w kwocie 27.893,97 zł

2188. Wytwer Joanna w kwocie 29.074,32 zł (7.200,00 USD)

2189. Zawada – Biszczad Agnieszka w kwocie 298,00 EUR

2190. Zawadzki Grzegorz w kwocie 19.956,49 USD

2191.      Zborowski Michał w kwocie 9.049,54 USD

2192.      Zemke Aleksander w kwocie 30.936,69 zł (7.819,00 USD)

2193.      Zemlik Paweł w kwocie 464,84 EUR

2194.      Zielski Sebastian reprezentujący NAMIX Sebastian Zielski w kwocie 287.033,46 zł (72.844,00 USD)

2195.      Zielińska Dorota (P: 64062612300) w kwocie 20.178,50 zł (5.000,00 USD)

2196.      Zielińska Dorota w kwocie 5.876,16 zł

2197.      Kolarz Michał w kwocie 99.328,92 CHF

2198.      Kolendo Filip w kwocie 1.726,48 zł (400,00 EUR)

2199.      Kolonko Albert w kwocie 2.000,00 EUR

2200.      Haba Maciej w kwocie 130,00 CHF

2201.      Karda Łukasz w kwocie 4.400,00 zł (1.007,58 EUR)

2202.      Kardasz Marek Janusz w kwocie 94.000,00 zł

2203.      Buszta Katrzyna w kwocie 615,74 CHF

2204.      Sławiński Marcin w kwocie 550,00 CHF

2205.      Sławik Tomasz w kwocie 9.000,00 zł (2.098,15 EUR)

2206.      Sławiok Patryk w kwocie 10.000,00 zł (2.096,30 USD)

2207.      Skwara Michał w kwocie 5.000,00 GBP (26.020,00 zł)

2208.      Skwarczyńska Maria w kwocie 39.997,21 EUR (172.220,00 zł)

2209.      Wróblewski Krystian w kwocie 698,42 CHF

2210.      Wracławek Adrian w kwocie 15.010,00 zł

2211.      Wekwejt Aneta w kwocie 41.931,07 zł

2212.      Artur Świtała reprezentujący AD-BAU Artur Świtała w kwocie 258.765,00 zł (50.000,00 CHF)

2213.      Mil Robert w kwocie 358,82 EUR

2214.      Milewski Kamil Krzysztof w kwocie 480,00 CHF

2215.      Milewski Łukasz w kwocie 30.136,40 zł

2216.      Milewski Arkadiusz w kwocie 2.500,00 EUR (10.667,37 zł)

2217.      Krzanicki Daniel w kwocie 5.000,00 EUR (4.149,82 GBP)

2218.      Krzanowska Elżbieta w kwocie 4.307,10 zł (1.000,00 EUR)

2219.      Weronika Bell w kwocie 4.821,00 GBP

2220.      WELDMONT Sp. z o.o./ Krawczyk Kamil w kwocie 41.794,32 zł

2221.      Wencel Anna w kwocie 973,59 zł

2222. Wendzonka Katarzyna w kwocie 804,47 EUR

2223. Wetta Agnieszka w kwocie 1.750,00 EUR

2224. Wetzel Łukasz w kwocie 2.973,77 EUR

2225. Malinowski Robert w kwocie 11.970,00 GBP

2226. Malinowski Kamil w kwocie 3.563,80 zł

2227. Maligranda Mariusz w kwocie 869,67 USD (3.524,25 zł) oraz 52.712,36 zł

2228. Malesza – Flak Renata w kwocie 1.634,71 zł (350,00 CHF)

2229. Małkiewicz Tomasz w kwocie 6.503,55 zł

2230. Małkiewicz Paweł w kwocie 27.820,80 zł

2231. Mąka Maria w kwocie 1.847,04 zł (400,00 CHF)

2232. Mąka Przemysław w kwocie 10.090,90 zł

2233. Aleksandrowicz Mirosław w kwocie 428,00 CHF

2234. Baran Jolanta w kwocie 12.146,11 zł

2235. Chmiel Emilia w kwocie 2.304,52 zł (495,00 CHF)

2236. Dorota Keller-Zalewska w kwocie 3.754,53 zł (810,00 CHF)

2237. Dorosz – Olszak Marta w kwocie 1.951,59 zł (420,03 CHF)

2238. Dorenda Jakub w kwocie 8.661,00 zł

2239. Edyta Obłoj-Gąsiorowska w kwocie 3.070,74 zł (670,00 CHF)

2240. Hejnar-Brać Joanna w kwocie 509,10 CHF

2241. Janus Agnieszka w kwocie 1.240,11 CHF

2242. Janus Wioleta w kwocie 1.000,00 EUR (4.238,30 zł)

2243. Janus Łukasz w kwocie 29.740,00 NOK (10.751,01 zł)

2244. Jeliński Mieszko w kwocie 577,23 EUR (539,94 CHF)

2245. Kawka Robert w kwocie 255.315,98 zł (59.312,58 EUR)

2246. Kawa Jakub w kwocie 270,00 EUR

2247. Kawa Karol w kwocie 5.258,13 EUR (5.500,00 USD)

2248. Kawalec Tomasz w kwocie 50.000,95 USD oraz 54.865,90 zł

2249. Kawula Karol w kwocie 5.000,00 CHF (22.970,00 zł)

2250. Kapelańczyk Adrian w kwocie 448,38 zł

2251. Kapelańczyk Michalina w kwocie 4.121,00 USD

2252. Kapica Mariusz w kwocie 2.350,00 zł

2253. Kapica Damian w kwocie 41.571,41 zł

2254. Kaźmierczak Agnieszka w kwocie 1.606,94 zł (345,00 CHF)

2255. Kaźmierczuk Tomasz w kwocie 2.185,97 EUR

2256. Kaźmierski Jacek w kwocie 859,82 zł, 672,54 EUR, 11,90 USD

2257. Kecher Justyna w kwocie 251,54 EUR oraz 2.503,27 zł

2258. Kerner Jarosław w kwocie 301,00 CHF

2259. Kempa Izabela w kwocie 547,79 EUR

2260. Kempa Mirela w kwocie 4.705,47 zł

2261. Kempa Wojciech w kwocie 7.479,85 zł

2262. Kempanowski Radosław w kwocie 8.403,63 zł (1.939,00 EUR)

2263. Kessel Barbara w kwocie 15.097,60 zł

2264. Kędziora Maciej w kwocie 1.387,55 zł (299,81 CHF)

2265. Kędziora Mateusz Norbert w kwocie 21.594,25 DKK (12.490,11 zł)

2266. Kłoskowska Anna w kwocie 1.159,93 zł (250,00 CHF)

2267. Kosmal Rafał w kwocie 5.244,02 zł

2268. Kosmala Radosław w kwocie 1.672,56 zł (360,00 CHF)

2269. Kowalski Leszek w kwocie 2.937,51 zł (635,00 CHF)

2270. Kowalski Konrad w kwocie 2.943,36 USD oraz 12.861,90 zł

2271. Kowalski Tomasz w kwocie 45.000,00 EUR (193.023,00 zł)

2272. Kowalski Łukasz w kwocie 12.910,20 zł

2273. Kozłowski Maciej w kwocie 2.165,49 zł (464,00 CHF)

2274. Kozłowska Katarzyna w kwocie 10,02 EUR (1.339,98 zł)

2275. Król Bartłomiej w kwocie 1.577,17 zł (342,00 CHF)

2276. Król Tomasz w kwocie 17.469,76 zł

2277. Królikiewicz Marek w kwocie 500,00 EUR (2.138,25 zł)

2278. Królikowski Zbigniew w kwocie 12.700,00 USD

2279. Lubomski Patryk w kwocie 380,00 CHF

2280. Łoszak Paweł w kwocie 1.808,24 zł (390,00 CHF)

2281. Malik Mariusz w kwocie 2.574,99 zł (560,00 CHF)

2282. Malisz Tomasz w kwocie 10.000,00 USD (40.821,00 zł) oraz 30.000,00 USD

2283. Maliszewski Adam w kwocie 8.700,00 zł (1.672,21 GBP)

2284. Marek Nowotniak w kwocie 4.922,96 zł (1.060,00 CHF)

2285. Marek Michał w kwocie 1.164,51 GBP (6.002,12 zł)

2286. Matuszczyk Michał w kwocie 472,88 CHF

2287. Maślach Mariusz w kwocie 35.000,00 zł

Case 6:26-mj-02039-DPR    Document 1-1    Filed 05/18/26    Page 512 of 523

2288. Miałkowski Marek w kwocie 1.199,98 zł (257,06 CHF)

2289. Mikołaj Dulny w kwocie 925,71 zł (201,00 CHF)

2290. Milik Kamil w kwocie 1.697,82 zł

2291. Nawara Diminik 428,70 CHF

2292. Nawra Milena w kwocie 175.000,00 zł (41.015,30 EUR), 200,00 EUR (168.22 GBP), 200,00 EUR (851,68 zł)

2293. Nacewicz Łukasz w kwocie 1.500,00 USD (5.885,40 zł)

2294. Nowak Sebastian w kwocie 1.475,52 zł (320,00 CHF)

2295. Orzeł Katarzyna w kwocie 530,00 CHF

2296. Oset Katarzyna w kwocie 5.732,28 zł (1.232,00 CHF)

2297. Osewski Kamil w kwocie 189.904,00 zł (44.000,00 EUR)

2298. Panek Piotr w kwocie 651,00 CHF

2299. Panek Przemysław w kwocie 434.696,84 zł (91.841,00 zł)

2300. Pawlak Karol w kwocie 2.117,19 zł (456,33 CHF)

2301. Pedrycz Przemysław Henryk w kwocie 3.673,00 zł (791,08 CHF)

2302. Pilis Anna w kwocie 340,15 CHF

2303. Piotrowski Michał w kwocie 4.000,00 EUR (17.347,40 zł)

2304. Piotrowski Przemysław w kwocie 1.000,00 EUR (4.290,10 zł)

2305. Prusakowska Milena w kwocie 1.930,00 USD (7.548,04 zł)

2306. Przybylski Andrzej w kwocie 2.769,78 zł (595,00 CHF)

2307. Przybylski Mateusz (PESEL:90071016631) w kwocie 6.876,35 zł

2308. Przybylski Mateusz (PESEL: 89120601539) w kwocie 12.280,80 USD

2309. Przydacz Sebastian w kwocie 116.082,50 zł

2310. Przygoda- Zielińska Joanna w kwocie 10.018,00 GBP oraz 12.522,00 CHF

2311. Pojazdy Turystyczne Sp. z o.o. / Wojciech Świtalski w kwocie 92.848,70 zł (23.000,00 USD)

2312. Rożybowska-Dwojak Joanna w kwocie 600,00 CHF

2313. Rzepkowski Grzegorz w kwocie 3.344,76 zł (720,00 CHF)

2314. Rzepkowski Jakub w kwocie 113,54 EUR, 565,01 zł, 1.332,65 USD

2315. Siedlikowska Izabela w kwocie 599,60 zł

2316. Siejka Anna w kwocie 9.900,00 USD (38.737,71 zł)

2317. Sikora Mieczysław w kwocie 503,00 CHF

2318. Sikora Grzegorz w kwocie 63.257,73 zł

2319. Sobesto Marcin w kwocie 4.898,53 zł (1.051,30 CHF)

2320. Sobkowiak Jakub w kwocie 5.000,00 USD oraz 46,00 zł

2321. Szczurek Krzysztof w kwocie 2.922,76 zł, (630,00 CHF)

2322. Szczurek Tomasz w kwocie 28.098,58 zł

2323. Szczuka Adam w kwocie 36.226,15 zł oraz 702,16 EUR

2324. Szumański Eryk w kwocie 820,84 GBP, 464,80 EUR, 28.000,00 JPY, 2.000,00 zł

2325. Szumny Beata w kwocie 4.562,92 zł (979,00 CHF)

2326. Szumny Marcin w kwocie 1.000,00 EUR

2327. Szulc Artur w kwocie 13.750,00 EUR

2328. Szulc Paweł w kwocie 14.753,00 EUR (62.543,87 zł)

2329. Szulczyńska – Kaczmarek Marta w kwocie 50.000,00 EUR (215.305,00 zł)

2330. Szufnara Patryk w kwocie 5.000,00 EUR (21.726,00 zł) oraz 8.309,99 zł

2331. Szustakowski Tobiasz w kwocie 3.700,00 GBP (18.919,38 zł)

2332. Szuszko Agnieszka w kwocie 4.500,00 EUR (19.329,55 zł)

2333. Sztuba Grzegorz w kwocie 4.272,00 zł

2334. Szturc Dawid 8.659,00 zł (2.000,00 EUR)

2335. Tatiana Niemczyńska w kwocie 5.388,75 zł (1.159,02 CHF)

2336. Tatur Tomasz w kwocie 8.730,60 zł (2.000,00 EUR)

2337. Trojanek Paulina (zd. Świrydo) w kwocie 1.500,00 zł

2338. Tusiński Daniel w kwocie 495,82 CHF

2339. Wawrzykowska Barbara w kwocie 3.400,00 zł (796,15 EUR)

2340. Wawrzyniak Adam w kwocie 198,00 CHF

2341. Wawryn Konrad w kwocie 110.132,45 EUR

2342. Węglarski Marek w kwocie 2.347,41 zł (543,37 EUR)

2343. Waksmundzki Franciszek w kwocie 4.342,00 zł

2344. Witczak Tomasz w kwocie 8.554,00 zł

2345. Witek Maciej w kwocie 45.860,85 zł (10.500,00 EUR)

2346. Witkiewicz Dominik w kwocie 960,96 CHF

2347. Witkowski Jarosław w kwocie 2.524,68 zł (541,30 CHF)

2348. Witkowski Stanisław w kwocie 750,61 CHF

2349. Witakowski Jarosław w kwocie 20.532,05 zł

2350. Witański Bartłomiej w kwocie 4.000,00 EUR (17.207,20 zł)

2351. Witt Nikodem w kwocie 1.081,49 zł

2352. Wolniewicz Joanna w kwocie 3.493,43 zł (750,00 CHF)

2353. Wolniewicz- Wrabiec Justyna w kwocie 1.200,00 EUR (5.213,28 zł)

2354. Wolnik Agnieszka w kwocie 975,58 zł

2355. Wolny Roksana w kwocie 1.000,00 EUR (4.302,20)

2356. Woszczyna Marcin w kwocie 1.758,56 zł (380,00 CHF)

2357. Wrzoł Adam w kwocie 2.000,00 zł (459,58 EUR)

2358. Wrzosek Paweł w kwocie 303,00 CHF

2359. Wrzesiński Dominik w kwocie 2.453,57 zł (527,32 CHF)

2360. Zimakowska Dorota w kwocie 350,00 CHF

2361. Zimnowoda Tomasz w kwocie 1.186,60 zł

2362. Zimoń Ewa w kwocie 4.872,79 zł (1.046,00 CHF)

2363. Zubrzycki Aleksander w kwocie 7.203,75 zł

2364. Uchal Jarosław w kwocie 3.823,82 zł (820,00 CHF)

2365. Uliński Henryk w kwocie 50.000,00 zł

2366. Uziębło Magdalena w kwocie 5.816,20 zł

2367. Korn Adrian w kwocie 2.254.861,27 NOK

2368. Szacowny Roman w kwocie 2.000,00 GBP (10.240,20 zł)

2369. Szadach Andrzej w kwocie 99.452,52 NOK

2370. Szafrańska - Sagan Joanna w kwocie 2.454,93 EUR (10.500,00 zł)

2371. Szarabajko Dominik w kwocie 36,27 zł

2372. Szarejko Robert Jan w kwocie 10.000,00 EUR (43.529,00 zł)

2373. Szarek Anna w kwocie 3.430,00 zł

2374. Szarek Dariusz w kwocie 2.618,70 zł (656,17 USD) oraz 611,22 zł (1.676,42 SEK)

2375. Szawajewski Bartłomiej w kwocie 1.746,00 EUR (7.544,82 zł)

2376. Szawurski Marcin w kwocie 41.051,52 zł

2377. Szymański Karol (P:92032509659)w kwocie 14.134,00 zł

2378. Szymański Karol (Wejcherowo)w kwocie 14.133,60 zł (39.000,00 NOK)

2379. Ruta Łukasz reprezentujący RUTEX Łukasz Ruta w kwocie 608.052,74 NOK

2380. Kasperek Jacek w kwocie 46.250,00 NOK

2381. Płodowski Krzysztof w kwocie 103.140,08 SEK

2382. Płocki Marek w kwocie 1.480,86 zł

2383. Posłowski Grzegorz w kwocie 182,63 CHF oraz 10,00 zł

2384. Pospiszy Andrzej w kwocie 40.000,00 GBP (206.912,00 zł)

2385. Posyłek – Głębocka Aneta w kwocie 910,37 EUR

2386. Szwaba Piotr w kwocie 28.183,91 SEK

2387. Szwach Maciej w kwocie 16.459,42 USD

2388. Szwaj Bartłomiej w kwocie 4.089,22 zł (881,05 CHF)

2389. Zwoliński Paweł w kwocie 39.463,32 EUR

2390. Wąsik Kamil w kwocie 2.347,72 EUR oraz 2.579,75 zł

2391. Wąsikowski Maciej w kwocie 173.359,60 zł (459.367,72 SEK)

2392. Wąsowski Andrzej w kwocie 1.000,00 EUR

2393. Wąsowicz Małgorzata w kwocie 931,00 EUR oraz 600,00 USD

2394. Voityuk Galyna w kwocie 15.000,00 zł oraz 46,81 USD

2395. VEGA Wojciech Porowski w kwocie 943,18 zł oraz 1.250,00 EUR

2396. Velno.pl Kamil Bolek w kwocie 200.000,00 zł (50.996,99 USD)

co stanowi w odniesieniu do wymienionych powyżej klientów łączną kwotę:

- 46.667.076,50 PLN,

- 8.676.980,77 EUR (euro) - po przeliczeniu po najniższym kursie wymiany 1EUR – 36.863.285,10 PLN,

- 4.151.471,98 USD (dolar amerykański) - po przeliczeniu po najniższym kursie wymiany 1USD – 16.020.530,37 PLN,

- 661.340,18 CHF (frank szwajcarski) - po przeliczeniu po najniższym kursie wymiany 1CHF – 2.981.718,34PLN,

- 5.374.651,65 NOK (korona norweska) – po przeliczeniu po najniższym kursie wymiany 1NOK – 1.936.486,99 PLN,

- 1.148.189,92GBP (funt szterling) - po przeliczeniu po najniższym kursie wymiany 1GBP – 5.829.589,86 PLN,

- 1.912.921,28 SEK (korona szwedzka) - po przeliczeniu po najniższym kursie wymiany 1SEK – 705.485,37PLN,

- 23.910.521,00 JPY (jen japoński) - po przeliczeniu po najniższym kursie wymiany 1JPY – 621.099,69 PLN,

- 109.594,25 DKK (korona duńska) - po przeliczeniu po najniższym kursie wymiany 1DKK- 62.402,97 PLN,

- 218.992,50 CZK (korona czeska) – po przeliczeniu po najniższym kursie wymiany 1CZK – 36.834,54 PLN,

- 753.548,78 TRY (lira turecka) – po przeliczeniu po najniższym kursie wymiany 1TRY – 84.096,04 PLN,

- 28.825,00 AUD (dolar australijski) – po przeliczeniu po najniższym kursie wymiany 1AUD – 75.475,38 PLN,

- 79.238,75 CAD (dolar kanadyjski) – po przeliczeniu po najniższym kursie wymiany 1CAD – 223.651,37 PLN,

- 838,77 NZD (dolar nowozelandzki) – po przeliczeniu po najniższym kursie wymiany 1NZD – 1.981,59 PLN,

- 17,16 CNY (juan chiński renminbi) – po przeliczeniu po najniższym kursie wymiany 1CNY – 09,00 PLN,

- 120,00 RUB (rubel rosyjski) – po przeliczeniu po najniższym kursie wymiany 1RUB – 03,60 PLN,

**to jest o przestępstwo z art. 286 § 1 k.k. w zw. z art. 294 § 4 k.k. w zw. z art. 12 § 1 k.k. w zw. z art. 65 § 1 k.k.**

II.    w okresie co najmniej od początku października 2024 roku do 5 grudnia 2024 roku, w Zielonej Górze oraz innych miejscowościach na terenie Polski i poza granicami kraju, działając w krótkich odstępach czasu, w wykonaniu z góry powziętego zamiaru, w celu osiągnięcia korzyści majątkowej i osiągając znaczną korzyść majątkową, jako prezes zarządu Cinkciarz.pl sp. z o.o., Conotoxia Holding sp. z o.o. oraz w okresie do 12 listopada 2020 roku, jak również od 22 października 2024 roku Conotoxia sp. z o.o., wspólnie i w porozumieniu z Moniką Jakubowską - główną księgową spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym Cinkciarz.pl sp. z o.o., a od dnia 17 października 2024 roku prokurentem samoistnym Cinkciarz.pl sp. z o.o. i od dnia 14 października 2024 roku prokurentem samoistnym Conotoxia sp. z o.o., podejmował czynności zmierzające do udaremnienia lub znacznego utrudnienia zajęcia środków płatniczych, pochodzących z korzyści związanych z popełnieniem czynu zabronionego, polegającego na doprowadzeniu klientów Cinkciarz.pl sp. z o.o. i Conotoxia sp. z o.o. do niekorzystnego rozporządzenia mieniem, w wyniku wprowadzenia ich w błąd, co do okoliczności mających znaczenie dla zawarcia

umowy w aplikacji mobilnej Cinkciarz.pl., poprzez zatajenie przed nimi bieżącej kondycji finansowej Cinkciarz.pl sp. z o.o., wynikającej z przyjętego modelu zarządzania spółką, polegającego na przeznaczaniu środków finansowych, pozyskanych przez Cinkciarz.pl sp. z o.o. w ramach internetowej wymiany walut oraz z usług płatniczych oferowanych przez Conotoxia sp. z o.o., na finansowanie działalności operacyjnej spółek wchodzących w skład Grupy Kapitałowej Conotoxia Holding, w tym na pożyczki udzielane podmiotom z Grupy Kapitałowej Conotoxia Holding i spłatę wcześniejszych zobowiązań finansowych wynikających z działalności portalu Cinkciarz.pl, które to środki pieniężne, zgodnie z treścią regulaminu zamieszczonego w portalu Cinkciarz.pl., powinny zostać przeznaczone, w ściśle określonym czasie, na realizację zleconej transakcji wymiany waluty i przetransferowane na wskazane przez klientów rachunki bankowe lub też na ich zwrot z portfeli walutowych klientów, co w konsekwencji doprowadziło do uzależnienia realizacji umów zawieranych w aplikacji mobilnej, od pozyskania środków finansowych od kolejnych klientów Cinkciarz.pl. sp. z o.o. i Conotoxia sp. z o.o. i skutkowało brakiem wystarczającej ilości środków pieniężnych na rachunkach bankowych spółek, które umożliwiałyby wywiązanie się z zawieranych z klientami platformy Cinkciarz.pl umów, o czym osoby te w momencie transakcji nie wiedziały, w ten sposób, że doprowadził do wytransferowania tych środków i tak:

- w dniu 7 października 2024 roku, <u>kwoty 200.000 zł</u>, z rachunku Cinkciarz.pl. sp. z o.o. o nr 47 1140 1850 0000 2155 5000 1082 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem udzielonej pożyczki,

- w dniu 7 października 2024 roku, <u>łącznej kwoty 241.000 USD</u>, z rachunku Cinkciarz. pl. sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w dniach 11 i 16 października 2024 roku, <u>łącznej kwoty 401.000 USD</u>, z rachunku Cinkciarz.pl sp. z o.o. o nr 23 1140 1850 0000 2155 5000 1029, służącego do obsługi

EXT-PIORO-00518

klientów, na rachunek bankowy Marcina Pióro prowadzony w Stanach Zjednoczonych Ameryki Północnej, tytułem WW CD174763033805CD,

- w okresie od 1 do 25 października 2024 roku, łącznej kwoty 610.000 USD, z rachunku Cinkciarz.pl sp. z o.o. o nr 21 1140 1850 0000 2155 5000 1108 na rachunek Conotoxia Holding sp. z o.o. o nr 17 1140 1850 0000 4217 7700 1002, tytułem „umowa pożyczki K/G/160801/005", a następnie na rachunek Conotoxia Holding Inc. w Stanach Zjednoczonych tytułem umowy pożyczki nr K/G/161201/004

- w dniu 28 października 2024 roku, kwoty 80.000,00 EUR, z rachunku Cinkciarz.pl. sp. z o.o. o nr 94 1140 1850 0000 2155 5000 1109 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004, a następnie Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 28 listopada 2024 roku, kwoty 185.000 EUR, z rachunku Conotoxia sp. z o.o. o nr 11 1140 1850 0000 2307 7000 1022 na rachunek Conotoxia Holding sp. z o.o. o nr 60 1140 1850 0000 4217 7700 1004 tytułem umowy pożyczki, po czym z tego rachunku na rachunek Conotoxia Holding Ltd. Cypr, tytułem „podniesienie kapitału share capital increase",

- w dniu 5 grudnia 2024 roku, kwoty w łącznej wysokości 420.000 zł, z rachunku Conotoxia sp. z o.o. o nr 53 1140 1850 0000 2307 7000 1023 na rachunek Conotoxia Holding sp. z o.o. o nr 44 1140 1850 0000 4217 7700 1001, tytułem zawartej umowy pożyczki,

- w dniu 5 grudnia 2024 roku, kwoty 300.000 USD, z rachunku Conotoxia sp. z o.o. o nr 80 1140 1850 0000 2307 7000 1022 na rachunek prowadzony na rzecz Conotoxia Holding Cypr o nr 17 1140 1850 0000 4217 7700 1002, tytułem zawartej umowy pożyczki z dnia 5 grudnia 2024 roku,

co stanowi łącznie 620.000 zł, 1.552.000 USD, 265.000 EUR, a więc po przeliczeniu na PLN, kwotę większą niż pięciokrotność kwoty określającej mienie wielkiej wartości

**to jest o przestępstwo z art. 299 § 1 i 6 k.k. w zw. z art. 306b § 1 k.k. w zw. z art. 12 § 1 k.k.**

**Prokurator Prokuratury Regionalnej**
**Sylwia Fabiś**

Treść postanowienia ogłoszono mi w dniu ........................................ oraz pouczono o prawie żądania – do czasu zawiadomienia mnie o terminie końcowego zaznajomienia z materiałami śledztwa – podania ustnych podstaw zarzutu(ów), a także sporządzenia uzasadnienia postanowienia na piśmie (art. 313 § 3 k.p.k.).

W związku z tym zgłaszam – nie zgłaszam* takie(go) żądanie(a)

........................................
(podpis podejrzanego)

Postanowienie z uzasadnieniem doręczono:

- podejrzanemu* dnia ...........................

- jego obrońcy* dnia ...........................

Uzasadnienie znajduje się na karcie ................. akt sprawy.

........................................
(podpis prokuratora)

**Zarządzenie:**

Na podstawie art. 21 § 2 k.p.k. o wszczęciu postępowania przeciwko wymienionemu podejrzanemu zawiadomić ................................................................



REPUBLIC OF POLAND
NATIONAL PROSECUTOR'S OFFICE
**BUREAU OF INTERNATIONAL COOPERATION**
3 Postępu Street, 02-676 Warsaw
e-mail: sekretariat.pk.bwm@prokuratura.gov.pl
fax: + 48 22 125-14-22

Warsaw, 5 February 2026

Our Ref. No: 1001-5.Oz.1406.2025 CK
Your Ref. No: CRM-95-100-32761

**U.S. Department of Justice**
**Criminal Division**
**Office of International Affairs**
**1301 New York Avenue, N.W.**
**Washington, D.C. 20530**
**USA**

With reference to our previous correspondence concerning the requests for extradition of the Polish citizen Marcin Pióro please find enclosed requested supplementary information of the Prosecutor.



Sincerely yours,

Director of Bureau
of International Cooperation
Mirosław Jerzy Iwanicki

EXT-PIORO-00521



2007-2.Ds.21.2024

Poznań, dnia 9 stycznia 2026 roku

Informacja uzupełniająca do wniosku o tymczasowe aresztowanie i ekstradycję Marcina Pióro

W odpowiedzi na pismo z dnia 19 grudnia 2025 roku uprzejmie informuję, że osobą widniejącą na załączonym do wniosku o tymczasowe aresztowanie i ekstradycję wizerunku, jest podejrzany Marcin Pióro.

Fotografię wyżej wymienionego pozyskano z państwowego Rejestru Dowodów Osobistych. Dodatkowo tożsamość osoby widniejącej na załączonym wizerunku została potwierdzona przez współpodejrzaną w tym śledztwie Monikę Jakubowską, która na okazanej jej fotografii rozpoznała Marcina Pióro, jako prezesa zarządu spółki Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Monika Jakubowska była zatrudniona w tej spółce na stanowisku głównej księgowej, a Marcin Pióro był szefem tej firmy i miała z nim bezpośredni kontakt.

Wobec powyższego stwierdzam, iż tożsamość osoby widniejącej na załączonym do wniosku wizerunku została potwierdzona w sposób niepodważalny.

prokurator Prokuratury Regionalnej

w Poznaniu

Agata Ludwiczak



Sworn translator of English and Russian
mgr Małgorzata Panasiuk

<hr>

Certified translation from the Polish language

<hr>

*Italics used for translator's comments.*

*Oblong stamp:*
Regional Prosecutor's Office in Poznań
2nd Financial and Tax Frauds Department
61-736 Poznań, ul. Solna 10
-1-

2007-2.Ds.21.2024                                       Poznań, 9 January 2026

### Supplementary information to the request for provisional detention and extradition of Marcin Pióro

In response to the letter dated 19 December 2025, please be advised that the person appearing in the image attached to the request for provisional detention and extradition is the suspect Marcin Pióro..

The photograph of the above-mentioned individual was obtained from the State Register of Identity Cards. Additionally, the identity of the person appearing in the attached image was confirmed by Monika Jakubowska, a co-suspect in this investigation, who recognised Marcin Pióro in the photograph shown to her as the president of the management board of Cinkciarz.pl spółka z ograniczoną odpowiedzialnością. Monika Jakubowska was employed by the company as chief accountant, and Marcin Pióro was the head of the company and she had direct contact with him..

In view of the above, I hereby declare that the identity of the person appearing in the image attached to the request has been confirmed beyond doubt.

| | |
|---|---|
| *Round stamp with the national emblem of the Republic of Poland in the centre and the following circumscription:* Regional Prosecutor's Office in Poznań *2* | Prosecutor of Regional Prosecutor's Office in Poznań Agata Ludwiczak *(-) handwritten signature* |

<hr>

Rep. No. 56/2026
Lipsk, 14 January 2026
I, Małgorzata Panasiuk, a sworn translator of the English and Russian languages, recorded on the list of sworn translators kept by Minister of Justice under No. TP/4455/05, do hereby certify and attest that the foregoing is a true and accurate translation of the original document presented to me.

Case 6:26-mj-02039-DPR          Document 1-1          Filed 05/18/26          Page 323 of 523

EXT_PIORO_00523