*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**                **Date:**        **May 20, 2026**

**vs.**                                      **Case No.:  26-mj-2039DPR**

**MARCIN PIORO**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Initial Appearance – Matter of Extradition**

**Time Commenced:  12:57 p.m.**                    **Time Terminated:   1:09 p.m.**

---

### APPEARANCES

**Plaintiff:**     **Casey Clark, AUSA**
**Defendant:**   **Brian Risley and Paul Duschscherer, FPD**
**USPPTS:**     **Hannah Jarrett**

---

**Proceedings:   Parties appear as indicated above.   Defendant appears in person.**

**Because Defendant has been arrested, Government orally requests to unseal the case. Court grants oral requests and orders that indictment/case be unsealed and processed in accordance with established procedure and law.**

**Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order. Government moves for pretrial detention.**

**Detention Hearing set for 5/26/2026 at 11:15 a.m.**

**Briefing Schedule entered as to In the Matter of the Extradition of Marcin Pioro.**
- **Government's brief due June 3, 2026;**
- **Defendant's reply due June 17, 2026;**
- **Government's response due June 24, 2026.**

**Defendant in custody.**

**Courtroom Deputy/ERO:   Karla Berziel**