**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,    )
    )
                 Plaintiff,    )
    )
vs.    )      Case No. 26-mj-02039-DPR
    )
MARCIN PIORO,    )
    )
             Defendant.    )

## <u>MOTION TO CONTINUE DETENTION HEARING</u>

Comes now, Steven Berry, Assistant Federal Public Defender, and hereby requests a continuance of the above Defendant's Detention Hearing currently set on May 26, 2026 (Docket Entry 10). Additional time is needed to review the government's pleadings and attached documentation; therefore, Defendant requests the hearing be continued to May 28, 2026.

This continuance is not being sought for the purpose of undue delay but is in fact for the purpose of meeting with the Defendant to explain the ramifications of the government's motion and to safeguard Defendant's rights under the United States Constitution.

Respectfully submitted,

*/s/ Steven R. Berry*
**STEVEN R. BERRY, #48586**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Steven R. Berry
**STEVEN R. BERRY**